IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE and ERISA LITIGATION | ) ) ) ) ) | MDL Docket No. 2009 |
| This Document Relates to: | ) ) | |
| *Kaplan v. Regions Bank*,<br>No. 2:08-cv-02422-SHM-dvk | ) ) ) | |
| *Thompson v. Regions Bank*,<br>No. 2:08-cv-02533-SHM-dvk | ) ) ) | |
| *Meritan, Inc. v. Regions Bank*,<br>No. 2:08-cv-02795-SHM-dvk | ) ) ) | |
| *Norris v. MK Holding, Inc.*,<br>No.2:08-cv-02830-SHM-dvk | ) ) ) | |
| *Olsen v. Regions Bank*,<br>No. 2:09-cv-02017-SHM-dvk | ) ) ) | |
| *Parris v. Regions Bank*,<br>No. 2:09-cv-02462-SHM-dvk | ) ) ) | |
| *Kramer v. Regions Bank*,<br>No. 2:09-cv-02408-SHM-dvk | ) ) ) | |

## **REGIONS BANK'S MOTION TO DISMISS**

Regions Bank ("Regions") respectfully files this motion to dismiss the state law claims asserted in the above-captioned actions, on the ground that they are precluded under the Securities Litigation Uniform Standards Act of 1998, 15 U.S.C. §§78bb(f) and 77p.

Respectfully submitted,

**EVANS | PETREE PC**

By: s/John McQuiston II

        John McQuiston II (BPR 7806)
        Mary C. (Katy) Laster (BPR 26260)
        EVANS PETREE PC
        1000 Ridgeway Loop Road, Suite 200
        Memphis, Tennessee 38120
        (901) 521-4587
        jmcquiston@evanspetree.com

        *Attorneys for Defendants*

OF COUNSEL:
Luther M. "Rusty" Dorr
Cynthia G. Lamar-Hart
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203-2618
rdorr@maynardcooper.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on January 8, 2010, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following and/or served the following via U.S. Mail:

    H. Naill Falls, Jr.
    John B. Veach, III
    Falls & Veach
    1143 Sewanee Road
    Nashville, TN 37220

    Scott T. Beall
    6800 Poplar Avenue
    Atrium I, Suite 215
    Memphis, TN 38138

    Frank L. Watson
    William F. Burns
    John M. Zuck
    Watson Burns, PLLC
    11 S. Idlewild St.
    Memphis, TN 38104

    Bobby M. Leatherman , Jr.
    Leatherman Law Office
    1661 International Place Dr.

Ste. 400
Memphis , TN 38120

Philip B. Seaton
Law Office of Philip B. Seaton
One Greentree Centre
Suite 201
10000 Lincoln Drive East
Marlton, NJ 08053-3105

John Michael DeCarlo Barclay
Peter H. Burke
Richard S. Frankowski
Burke Harvey & Frankowski, LLC
2151 Highland Avenue South
Suite 120
Birmingham, AL 35205

Joshua D. Jones
Peter S. Fruin
Scott S. Brown
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203-2618

Matthew M. Curley
Michael L. Dagley
W. Brantley Phillips, Jr.
315 Deaderick Street, Suite 2700
Nashville, TN 37238

                                                    s/John McQuiston II

K:\jmcquiston\Regions RMK MDL and Catch-All\Drafts\Regions Motion to Dismiss all 7 cases on SLUSA.DOC