**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**MEMPHIS DIVISION**

| | |
|---|---|
| IN RE REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE and ERISA LITIGATION<br><br>This Document Relates to:<br>*Landers* v. *Morgan Asset Management, Inc.*,<br>No. 2:08-cv-02260-SHM-dkv | MDL Docket No. 2009<br><br>Judge Samuel H. Mays, Jr.<br><br>Magistrate Judge Diane K. Vescovo |

**ORDER GRANTING MOTION FOR SUBSTITUTION OF PARTY**

Before the Court is Plaintiff Diana W. Crump's unopposed Motion for Substitution of Party pursuant to Fed. R. Civ. P. 25 (a )(1) seeking substitution of the Estate of Charles M. Crump, acting through Diana W. Crump as Executrix of Mr. Crump's estate, in place of Plaintiff Charles M. Crump. The Court having considered the pleadings and the Letters Testamentary and Order of the Probate Court of Shelby County, Tennessee appointing Diana W. Crump, Executrix of the Estate of Charles M. Crump, and finding that the Motion is well taken and should be granted, and for good cause shown, the motion is GRANTED, and it is therefore:

ORDERED that the Estate of Charles M. Crump acting by and through Diana W. Crump, Executrix of the Estate of the Charles M. Crump, be and is hereby substituted as Plaintiff in this cause in place of Charles M. Crump, deceased.

ENTERED this 12th day of November, 2010.

*s/Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE