IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| IN RE REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE and ERISA LITIGATION<br><br>This Document Relates to:<br>*Landers* v. *Morgan Asset Management, Inc.*,<br>No. 2:08-cv-02260-SHM-dkv<br><br>─ and ─<br><br>*In re Regions Morgan Keegan Open-End Mutual Fund Litigation*,<br>No. 2:07-cv-02784-SHM-dkv | MDL Docket No. 2009<br><br>Judge Samuel H. Mays, Jr.<br><br>Magistrate Judge Diane K. Vescovo |

**ORDER GRANTING PLAINTIFFS' AND FUNDS' UNOPPOSED JOINT MOTION FOR LEAVE TO FILE CONSOLIDATED RESPONSES TO DEFENDANTS' MEMORANDA IN OPPOSITION TO JOINT MOTIONS REGARDING PRELIMINARY APPROVAL OF THE PROPOSED PARTIAL SETTLEMENT OF CLASS ACTION CLAIMS AND APPROVAL OF NOTICE AND FINAL APPROVAL OF THE MEMORANDUM OF UNDERSTANDING**

Before the Court is Plaintiffs' and Funds' May 13, 2011, Unopposed Joint Motion for leave to file consolidated responses to Defendants' memoranda in opposition to (1) the "Joint Motion for Preliminary Approval of Partial Settlement and Approval of Notice to Settlement Class Members" filed by Lead Plaintiffs and the Funds in *In re Regions Morgan Keegan Open-End Mutual Fund Litigation*, Case No. 2:07-cv-02784-SHM-dkv the (the "*Class Action")* (*Class Action* ECF No. 309) and (2) the "Joint Motion for Approval of Rule 23.1 Notice to Shareholders and Final Approval of the Memorandum of Understanding" (the "MOU") filed by Derivative Plaintiffs and the Funds in *Landers v. Morgan Keegan Asset*

1

*Management, Inc.*, Case No. 2:08-cv-02260 ("*Landers*") (*Landers* ECF No. 103). Collectively, said joint motions are referred to herein as the "Joint MOU-Partial Settlement Motions." For good cause shown, the Joint Motion for Leave is GRANTED.

The Court's Scheduling Order, dated December 16, 2010 (*Class Action* ECF No. 289), is hereby amended to provide that Plaintiffs and Funds shall file their respective Plaintiffs' and Funds' pleadings as follows:

1. Plaintiffs' may file a consolidated response (the "Plaintiffs' Consolidated Response") to the five (5) separate memoranda in opposition (the "Defendants' Memoranda in Opposition") to the Joint MOU-Partial Settlement Motions filed in the *Class Action* and *Landers* by defendants Morgan Keegan & Company, Inc., Morgan Asset Management, Inc., MK Holding, Inc. and certain individual defendants (*Class Action* ECF No. 326; *Landers* ECF No. 118); Regions Financial Corporation and Regions Bank (*Class Action* ECF No. 315; *Landers* ECF No. 108); PricewaterhouseCoopers LLP (*Class Action* ECF No. 314; *Landers* ECF No. 107); Carter E. Anthony (*Class Action* ECF No 316); and certain individuals who formerly served as independent directors for the Funds (*Landers* ECF No. 113);

2. Plaintiffs' Consolidated Response to Defendants' Memoranda in Opposition shall not exceed eighty (80) pages in length;

3. The Funds may file a consolidated response (the "Funds' Consolidated Response") to Defendants' Memoranda in Opposition;

4. The Funds' Consolidated Response shall not exceed thirty (30) pages in length; and

5. Plaintiffs and the Funds shall have to and including June 17, 2011, to file their Consolidated Responses to Defendants' Memoranda in Opposition.

The Court's Scheduling Order, dated December 16, 2010 (*Class Action* ECF No. 289), is hereby amended to provide that Defendants shall have until July 20, 2011, to file their optional replies to Plaintiffs' and the Funds' respective Consolidated Responses to Defendants' Memoranda in Opposition.

It is so ORDERED this the 16th day of May, 2011.

 s/Samuel H. Mays, Jr.
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE