**EXHIBIT 1**

*In re Regions Morgan Keegan ERISA Litigation,* Case No. 08-cv-02192-SHM
List of Defendants and Related Claims

| Defendants | Count I: Company Stock Prudence Claim | Count II: Company Stock Monitoring Claim | Count III: Company Stock Co-Fiduciary Disclosure Claim | Count IV: Company Stock Failure to Provide Complete and Accurate Information Claim | Count V: Company Stock Co-Fiduciary Liability Claim |
|---|---|---|---|---|---|
| Regions Financial Corporation | X | X | X |  | X |
| Regions Bank | X |  |  |  | X |
| All Plans' Compensation Committee Defendants | X | X | X |  | X |
| Legacy Plan Benefits Management Committee | X | X |  | X | X |
| Legacy Plan Benefits Administration Committee | X |  |  |  | X |
| Additional Legacy Plan Defendants | X |  |  |  | X |
| AmSouth Thrift Benefits Committee Defendants | X | X |  | X | X |
| Additional AmSouth Thrift Plan Defendants | X |  |  |  | X |
| Regions 401(k) Plan Benefits Management Committee Defendants | X | X |  | X | X |
| Additional Regions 401(k) Defendants | X |  |  |  | X |
| Regions 401(k) Plan Benefit Investment Committee Defendants | X |  |  |  | X |

2

*In re Regions Morgan Keegan ERISA Litigation,* Case No. 08-cv-02192-SHM
**List of Defendants and Related Claims**

| Defendants | Count VI: Bond Fund Subclass Prudence Claim | Count VII: Bond Fund Subclass Monitoring Claim | Count X: Bond Fund Subclass Co-Fiduciary Liability Claim |
|---|---|---|---|
| Regions Financial Corporation | X | X | X |
| Regions Bank | X | X | X |
| All Compensation Committee Defendants | X | | |
| Legacy Plan Benefits Management Committee | X | | |
| Legacy Plan Benefits Administration Committee | X | | |
| Additional Legacy Plan Defendants | X | | |
| AmSouth Thrift Benefits Committee Defendants | X | | |
| Additional AmSouth Thrift Plan Defendants | X | | |
| Regions 401(k) Benefits Management Committee Defendants | X | | |
| Additional Regions 401(k) Defendants | X | | |
| Regions 401(k) Plan Investment Committee Defendants | X | | |
| Morgan Asset Management | X | | X |
| Morgan Keegan & Co. | X | | X |
| Individual Bond Fund Defendants | X | X | |

3

*In re Regions Morgan Keegan ERISA Litigation,* Case No. 08-cv-02192-SHM
**List of Defendants and Related Claims**

| Defendants | Count XI: Excessive Fee Prudence Claim | Count XII: Excessive Fee Monitoring Claim | Count XIII: Excessive Fee Failure to Provide Complete and Accurate Information Claim | Count XIV: Excessive Fee Co-Fiduciary Liability Claim | Count XV: Prohibited Transactions Claim |
|---|---|---|---|---|---|
| Regions Financial Corporation | X | X |  | X | X |
| Regions Bank | X |  |  | X | X |
| Legacy and Regions 401(k) Plans' Compensation Committee Defendants | X | X |  | X | X |
| Legacy Plan Benefits Management Committee | X | X | X | X | X |
| Legacy Plan Benefits Administration Committee | X |  |  | X | X |
| Additional Legacy Plan Defendants | X | X |  | X | X |
| AmSouth Thrift Benefits Committee Defendants |  |  |  |  |  |
| Additional AmSouth Thrift Plan Defendants |  |  |  |  |  |
| Regions 401(k) Plan Benefits Management Committee Defendants | X | X | X | X | X |
| Additional Regions 401(k) Defendants | X | X |  |  | X |
| Regions 401(k) Plan Benefit Investment Committee Defendants | X | X |  |  | X |
| Morgan Asset Management |  |  |  |  | X |
| Morgan Keegan & Co. |  |  |  |  | X |

4

## In re Regions Morgan Keegan ERISA Litigation, Case No. 08-cv-02192-SHM
## List of Subclasses, Definitions and related Counts

| SubclasseSubs | Class Period | Definition | Counts Involved |
|---|---|---|---|
| Company Stock | January 1, 2007 to Present | All persons, other than Defendants, who were participants in or beneficiaries of the Legacy, AmSouth, and/or Regions 401(k) Plans at any time between January 1, 2007 and the present and whose Plan accounts were invested in Regions common stock at any time during this period. | I, II, III, IV, V |
| Excessive Fees | May 1, 2003 to Present | All persons, other than Defendants, who were participants in or beneficiaries of the Legacy and/or Regions 401(k) Plans at any time between May 1, 2003 and the present for and whose Plan accounts were invested in one or more of the RMK Select Funds at any time during this period. The RMK Funds include those funds offered as investment options to the Legacy Plan and the Regions 401(k) Plan. This includes without limitation the: Regions Morgan Keegan ("RMK") Select Balanced Fund; RMK Select Ltd. Maturity Fixed Income Fund; RMK Select Growth Fund; RMK Select Value Fund; RMK Select Fixed Income Fund; RMK Select Core Equity Fund; RMK Select Mid Cap Growth Fund; RMK Select Mid Cap Value Fund; RMK Select Treasury Money Market Fund; RMK Select High Income Fund; RMK Select Intermediate Bond Fund; and RMK Select Short Term Bond Fund. The Legacy Plan also offered the following as investment options: Federated International Max Cap Institutional Fund; AIM Small Cap Growth Fund; and Fidelity Advisor Diversified International Fund. | XI, XII, XIII, XIV, XV |
| Bond Fund | November 9, 2006 to July 29, 2008 | ERISA Plan participants, beneficiaries, and/or fiduciaries on behalf of all ERISA Plans that had any plan assets invested in any of the Bond Funds at any time between November 9, 2006 and July 29, 2008, and has suffered losses to their accounts as a result of their accounts being invested in the Bond Funds. | VI, VII, X |