# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION AT MEMPHIS

|  |  |
|---|---|
| IN RE REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE and ERISA LITIGATION<br><br>This Document Relates to:<br><br>*In re Helios Closed-End Funds Derivative Litigation*, No. 2:10-cv-02188-SHM-tmp | ) ) Case No. 2:09-md-02009-SHM<br>)<br>)<br>) **ORDER REVISING**<br>) **BRIEFING SCHEDULE**<br>)<br>)<br>)<br>) |

Before the Court is Plaintiffs' June 24, 2011 unopposed motion for an Order revising the briefing schedule with respect to Defendants' motions to dismiss the above-captioned shareholder derivative action. For good cause shown, the Court accepts the revised schedule proposed by Plaintiffs and GRANTS this motion. Accordingly, it is hereby ORDERED that the Parties shall adhere to the following schedule with respect to the balance of the briefing on Defendants' respective motions to dismiss:

1. Plaintiffs shall file oppositions to Defendants' motions to dismiss on or before July 19, 2011; and

2. Defendants shall file replies in support of their respective motions to dismiss on or before August 18, 2011.

IT IS SO ORDERED this 28th day of June, 2011.

*s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE