IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | |
|---|---|
| IN RE REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE and ERISA LITIGATION ) ) ) ) ) | |
| | Case No. 2:09-md-02009-SHM |
| This Document Relates to: ) ) | |
| *In re Region Morgan Keegan ERISA Litig.*, ) No. 2:08-cv-2192-SHM-dvk ) _____) | |

### JOINT STIPULATION AND [PROPOSED] ORDER FOR ENTRY OF A REVISED SCHEDULING ORDER

In light of recent events in this action, the parties respectfully submit this Joint Stipulation and Proposed Order for Entry of a Revised Scheduling Order.

WHEREAS previously, on December 20, 2011, the Court granted the Parties' Joint Motion for Scheduling Order, setting forth the following schedule for briefing on a motion to dismiss: Defendants have forty-five days from the date of Lead Plaintiffs' filing the Third Amended Complaint to file any motions to dismiss that Complaint; Lead Plaintiffs' response shall be due forty-five days after Defendants file their motions to dismiss; and any optional reply by Defendants shall be due thirty days after the response is filed.  (Doc. 209.)

WHEREAS, given certain corrections recently made by Plaintiffs to the Third Amended Complaint, the Parties, having conferred, stipulate to, and hereby propose to the Court the following amended schedule:

1. Defendants shall have until August 8, 2011, to file a motion to dismiss or answer with respect to the Third Amended Complaint.

1

2. With respect to any motion to dismiss, Lead Plaintiffs' opposition shall be due forty-five days after Defendants file their motions to dismiss

3. Defendants shall have thirty days after Lead Plaintiffs file their opposition to file any reply in support of their motion to dismiss.

WHEREAS on April 22, 2011, the Court entered a Minute Entry setting forth the briefing deadlines for Plaintiffs' motion for class certification. (Doc. 221.)

WHEREAS, given the status of document production, and motions practice referenced above, the Parties, having conferred regarding a proposed schedule, stipulate to, and hereby propose to the Court the following amended schedule with regard to class certification:

1. [November 4, 2011] - Deadline for Lead Plaintiffs to move for class certification. If Lead Plaintiffs have not received sufficient discovery regarding class certification, the Parties will confer and propose a revised schedule subject to the Court's approval.

2. [January 10, 2012] (or 60 days following Plaintiffs' motion for class certification, whichever is later) – Deadline for Defendants' responses to Plaintiffs' motion for class certification.

3. [March 12, 2012] (or 60 days following Defendants' responses to Plaintiffs' motion for class certification, whichever is later) – Deadline for Plaintiffs' reply in support of their motion for class certification.

IT IS SO STIPULATED.

## **ORDER**

The Stipulation of the parties is hereby GRANTED.

It is so ORDERED this ___ day of _____, 2011.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

Presented by:

s/Karin B. Swope
Lynn L. Sarko
lsarko@kellerrohrback.com
Derek W. Loeser
dloeser@kellerrohrback.com
Margaret E. Wetherald
mwetherald@kellerrohrback.com
Karin B. Swope
kswope@kellerrohrback.com
**KELLER ROHRBACK L.L.P**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel.: (206) 623-1900
Fax: (206) 623-3384

*Interim Co-Lead Counsel for the Class and Co-Counsel for Plaintiffs Harrison and Smith*

Ellen M. Doyle
edoyle@stemberfeinstein.com
Pamina Ewing
pewing@stemberfeinstein.com
Stephen M. Pincus
spincus@stemberfeinstein.com
**STEMBER FEINSTEIN DOYLE PAYNE & CORDES, LLC**
1705 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Tel: (412) 281-8400
Fax:(412) 281-1007

*Interim Co-lead Counsel for the Class and Co-Counsel for Plaintiffs Hamby and Jackson*

/s/ William B. Wahlheim (with authorization)
Jeffrey A. Lee (pro hac vice)
jlee@maynardcooper.com
William B. Wahlheim, Jr. (pro hac vice)
wwahlheim@maynardcooper.com
Peter S. Fruin (pro hac vice)
pfruin@maynardcooper.com
Grace R. Murphy
gmurphy@maynardcooper.com
**MAYNARD COOPER & GALE, PC**
1901 – 6th Avenue North, Suite 2400
Birmingham, AL 35203-2602
Tel.: 205-254-1068
Fax: 205-254-1999

Tom Fitzgerald (pro hac vice)
tff@groom.com
Thomas S. Gigot (pro hac vice)
tsg@groom.com
Sara Zumwalt (pro hac vice)
szumwalt@goom.com
**GROOM LAW GROUP, CHARTERED**
1701 Pennsylvania Avenue, N.W., Suite 1200
Washington, DC  20006-5811
Tel.: 202-857-0620
Fax: 202-659-4503

David B. Tulchin
David E. Swarts
Margaret E. Bartlett
**SULLIVAN & CROMWELL, LLP**
125 Broad Street
New York, NY 10004
Tel.: 212-558-4000

*Counsel for the Regions Defendants*

Robert E. Craddock, Jr. (TN #5826)
rcraddock@wyattfirm.com
Kristen Mistretta Wilson (TN #24606)
kwilson@wyattfirm.com
**WYATT, TARRANT & COMBS, LLP**
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120-4367
Tel.: 901-537-1000
Fax: 901-537-1010

*Counsel for Defendants Kemmons Wilson, Jr. and Michael S. Starnes*

/s/ Matthew M. Curley (with authorization)
Michael L. Dagley
mdagley@bassberry.com
Matthew M. Curley
mcurley@bassberry.com
W. Brantley Phillips, Jr.
bphillips@bassberry.com
**BASS BERRY & SIMS PLC**
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Tel.: 615-742-6200
Fax: 615-742-2803


Shepherd D. Tate
Michael A. Brady
**BASS BERRY & SIMS PLC**
100 Peabody Place, Suite 900
Memphis, TN 38103-3672
Tel.: 901-543-5900

*Counsel for Defendants Morgan Keegan & Co., Inc., MK Holdings, Inc., and Morgan Asset Management, Inc., Allen B. Morgan, Jr., G. Douglas Edwards, and Brian B. Sullivan*

**CERTIFICATE OF SERVICE**

I hereby certify that I have on July 15, 2011, filed the STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFFS TO FILE A SECOND AMENDED COMPLAINT electronically with the Clerk of Court, which will send notification of such filing to counsel in this matter.

| | | |
|---|---|---|
| W. Brantley Phillips bphillips@bassberry.com | Matthew M. Curley mcurley@bassberry.com | Michael A. Brady mbrady@bassberry.com |
| Michael L. Dagley mdagley@bassberry.com | Shepherd D. Tate state@bassberry.com | Christopher J. Rillo crillo@groom.com |
| Grace Robinson Murphy gmurphy@maycooper.com | Jeffrey A. Lee jlee@maynardcooper.com | Sarah A. Zumwalt szumwalt@groom.com |
| Thomas F. Fitzgerald tff@groom.com | Thomas S. Gigot tsg@groom.com | William B. Wahlheim wwahlheim@maynardcooper.com |
| Peter S. Fruin pfruin@maynardcooper.com | Robert E. Craddock, Jr. rcraddock@wyattfirm.com | Kristen M. Wilson kwilson@wyattfirm.com |

s/ Derek W. Loeser
Derek W. Loeser

7