IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| IN REGIONS MORGAN KEEGAN SECURITIES, DIRIVATIVE and ERISA LITIGATION<br><br>**This Document Relates to:**<br>*Bentley, et al., v. Morgan Keegan & Co., Inc. et al.*<br><br>**No. 2:08-CV-01909-JEO** | No. 2:09-md-02009-SHM |

## MOTION TO SUBSTITUTE PLAINTIFF

COMES NOW, J. Timothy Francis, Counsel for Selma Damsky, who is a party plaintiff in *Bentley, et. al., v. Morgan Keegan & Co., Inc., et. al.*, and pursuant to Rule 25, *Fed. R. Civ. P.*, respectfully moves this Honorable Court to substitute Martin Dennis Damsky as plaintiff for plaintiff Selma Damsky on the grounds set forth below:

1. Selma Damsky is a named party plaintiff in *Bentley*, which was filed on September 25, 2008;

2. Selma Damsky died on October 28, 2010; and,

3. Martin Dennis Damsky has been appointed Executor of the Estate of Selma Damsky in the Probate Court of Jefferson County, Alabama, Case Number 210186, and Martin Dennis Damsky is successor to Selma Damsky as Trustee of the Leonard Damsky Testamentary Trust.

WHEREFORE, Counsel respectfully moves this Honorable Court to substitute Martin Dennis Damsky for Selma Damsky, as a party plaintiff in the above styled case.

Respectfully submitted this the 8th day of August 2011.

*/s/ J. Timothy Francis*
J. Timothy Francis

**OF COUNSEL:**

**JAMES L. NORTH & ASSOCIATES**
300 Richard Arrington Jr. Blvd. North
Title Building, Suite 700
Birmingham, Alabama 35203
Telephone: (205) 251-0252
Facsimile: (205) 251-0255
francis@bham.rr.com

*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this the 8th day of August 2011, I served a copy of the foregoing motion on all parties and counsel of record electronically by the Court's ECF system and/or by placing a copy of the same in the United States Mail addressed as follows:

Peter S. Fruin, Esq.
John David Collins, Esq.
Grace R. Murphy, Esq.
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203-2618
E-mail: pfruin@maynardcooper.com
　　　　sbrown@maynardcooper.com

　　　　　　　　　　　　　　　　　*/s/ J. Timothy Francis*
　　　　　　　　　　　　　　　　　OF COUNSEL

3