# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# MEMPHIS DIVISION

| | |
|---|---|
| IN RE REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE and ERISA LITIGATION | ) ) ) ) ) |
| | Case No. 2:09-md-02009-SHM |
| This Document Relates to: | ) ) |
| *In re Regions Morgan Keegan ERISA Litig.*, Case No. 2:08-cv-2192-SHM-dkv | ) ) ) ) |

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

PLEASE TAKE NOTICE that Britt K. Latham of the law firm of Bass, Berry & Sims, PLC hereby enters his appearance as counsel in this action for Morgan Keegan & Company, Inc., Morgan Asset Management, Inc., J. Kenneth Alderman, G. Douglas Edwards, Brian Sullivan and Allen B. Morgan.

I certify that I am admitted to practice in this court.

Dated this 2nd day of April, 2012.

        Respectfully submitted,

        BASS, BERRY & SIMS, PLC

        /s/ Britt K. Latham
        Michael L. Dagley
        Britt K. Latham
        W. Brantley Phillips, Jr.
        150 Third Avenue South, Suite 2800
        Nashville, Tennessee 37201
        (615) 742-6200

Shepherd D. Tate
Michael A. Brady
100 Peabody Place, Suite 900
Memphis, TN 38103-3672
(901) 543-5900

*Attorneys for Morgan Keegan & Company, Inc., Morgan Asset Management, Inc., J. Kenneth Alderman, G. Douglas Edwards, Brian Sullivan, and Allen B. Morgan*

## *C*ERTIFICATE OF SERVICE

      I hereby certify that on April 2, 2012, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following and/or served the following via U.S. Mail:

Derek W. Loeser  
Karin B. Swope  
KELLER ROHRBACK, LLP  
1201 Third Avenue, Suite 3200  
Seattle, WA 98101-3052  

Ellen M. Doyle  
Stephen M. Pincus  
STEMBER FEINSTEIN DOYLE & PAYNE, LLC  
1705 Allegheny Building  
429 Forbes Avenue  
Pittsburgh, PA 15219  

Robert E. Craddock, Jr.  
WYATT TARRANT & COMBS  
P.O. Box 775000  
Memphis, TN 38177  

Thomas F. Fitzgerald  
Thomas S. Gigot  
GROOM LAW GROUP, CHARTERED  
1701 Pennsylvania Avenue, N.W.  
Washington, DC 20006  

Peter S. Fruin  
William B. Wahlheim, Jr.  
MAYNARD COOPER & GALE, P.C.  
2400 Regions Harbert Plaza  
1901 6th Avenue South  
Birmingham, AL 35203  

                    /s/ Britt K. Latham