# Exhibit B

Fixed Income Research
March 2008

Global Family of Indices
35th Anniversary
1973-2008

# A Guide to the

# Lehman Brothers
# Global Family of Indices



PLEASE SEE ANALYST CERTIFICATIONS AND IMPORTANT DISCLOSURES AFTER PAGE 335.

## LEHMAN BROTHERS

# LEHMAN BROTHERS GLOBAL INDEX TEAM

## GLOBAL FAMILY OF INDICES

Nick Gendron
212-526-6758
*Global Head of Fixed-Income Indices*

### U.S.

Brian Upbin, CFA, CAIA
212-526-6981
*Head of U.S. Indices*

Sherwood Kuo, CFA
212-526-2490
Jenna Myers
212-526-0500
Neerav Shah
212-526-7892
Nikki Stefanelli
212-526-6190

### Asia Ex-Japan

Norman Tweeboom
852-2252-6233
*Head of Indices & POINT*

Daniel Cao
852-2252-6237
Yasmin Hussain
65-6433-6240
Ping Xu, CFA
852-2252-6231

### Japan

Tadashi Tago
81-3-6440-1416
*Head of Indices & POINT*

Miho Ohashi
81-3-6440-1770

### Europe

Lee Phillips
44-20-710-21624
*Head of Indices & POINT*

Candy Baffour-Awuah
44-20-710-27487
Laurent Barocas
44-20-710-24533
Hugues Geslin
44-20-710-21539
Peter Lindstrom
44-22-710-21443
Matteo Lombardo, CFA
44-20-710-22220
Smadar Mishan
44-20-710-22468
Ravin Onakan
44-20-710-22472
Christoph Schon, CFA
44-20-710-26362
David Tattan
44-20-710-22648

## INDEX PRODUCTION

Donal Creed
212-526-9424
*Head of Index Production*

Sam Alkilany
212-526-7511
Rick Borina
212-526-2515
Rondal Ellifritt
212-526-8012
Joe Emmick
212-526-5310
Larry Goberman
212-526-9309
Jane Liquorman
212-526-5112
Alfred Mui
212-526-9140
Tatyana Perlina
212-526-5780
Alex Rud
212-526-9642

### Municipals

Peter DeGroot
212-528-1288
*Head of Municipal Indices*

Andrew Chan, CFA
212-528-1288
Yi-Ying Chen
212-526-6725
Taoran Sun
212-526-1286

## GLOBAL FIXED-INCOME STRATEGY

Jack Malvey, CFA
212-526-6686
*Chief Global Fixed-Income Strategist*

Joseph Di Censo, CFA, CAIA
212-526-2288
Phillip Lee, CFA
212-526-7820
Kishlaya Pathak
212-526-4570

## GLOBAL QUANTITATIVE PORTFOLIO STRATEGIES

Lev Dynkin
212-526-6302
*Global Head of Quantitative Portfolio Strategies*

Madhur Ambastha
212-526-4168
Binu Balachandran
212-526-9876
Arik Ben Dor
212-526-7713
Jay Hyman
972-3-623-8745
Vadim Konstantinovsky, CFA
212-526-8290
Anthony Marenghi
212-526-6348
Mike Ng
212-526-6685
Bruce Phelps, CFA
212-526-9205

### Europe

Albert Desclee
44-20-710-22474
Jeremy Rosten
44-20-710-21020

### Japan

Hui Ou-Yang
81-3-6440-1438
Jinyong Kim
81-3-6440-1453
Akimi Matsuda
81-3-6440-1451

## GLOBAL QUANTITATIVE MARKET STRATEGIES

Vasant Naik
44-20-710-22813
*Head of Global Quantitative Market Strategies*

Srivaths Balakrishnan
44-20-710-22180
Mukundan Devarajan
44-20-710-29033
Alexei Jiltsov
44-20-710-34360
Adam Purzitsky
44-20-710-29023

## POINT & LEHMANLIVE MARKETING

Andy Sparks
212-526-5588
*Head of U.S. POINT/LehmanLive Marketing*

Walter Baily
81-3-6440-1473
*Head of Japan POINT/LehmanLive Marketing*

### U.S. POINT Marketing

Seth Bittker
212-526-0311
Lea Carty
212-526-6493
Sally Chan
212-526-5434
Dan Covich
212-526-8079
Ariel Edelstein
212-526-9911
Hans Fless
212-526-9066
Yingjin Gan
212-526-9181
Joyce Huang
212-526-0729
Sarah Kline
212-526-2169
Bridget Mollner
212-526-6749
Nancy Roth
212-526-9415

### U.S. LehmanLive Marketing

James Mahn
212-526-8751
Brian Bailey
212-526-5120
Jennifer Drag
212-526-7218
Brendan Fogarty
212-526-0706
Jonathan Fischer
212-526-1579
Amy Roche
212-526-8072

### Asia LehmanLive Marketing

Yeren Xu
81-3-6440-1490
Yuki Takashima
81-3-6440-1435
Diana Wan-Yi Tsai
852-2252-6243

### Europe LehmanLive Marketing

Johan Joly
44-20-710-29907

---

**Group Contacts**

| **New York** | **London** | **Tokyo** | **Hong Kong** |
|---|---|---|---|
| index@lehman.com | londonindexgroup@lehman.com | tkindexhelp@lehman.com | hongkongasiaindex@lehman.com |
| +1-212-526-7400 | +44-207-102-2220 | +81-3-6440-1770 | +852-2252-6230 |
| | **Index Pricing Inquiries - Europe** | **Index Pricing Inquiries - U.S.** | **Index Pricing Inquiries - Global** |
| | londonindexpricing@lehman.com | indexpricingNY@lehman.com | indexpricing@lehman.com |

# CONTENTS

## INTRODUCTION        7

Evolution of the Global Family of Indices ........................................................... 7
Using Benchmarks to Measure Performance ................................................... 10
Basic Principles of the Lehman Brothers Indices ............................................. 11
Where to Find Lehman Brothers Index Data ..................................................... 15

## GLOBAL INDICES        17

Multiverse Index ............................................................................................... 17
Global Aggregate Index .................................................................................... 18
Global Treasury Index ....................................................................................... 21
Global Investment-Grade/High-Yield Credit Index ........................................... 21
Global Securitized Index ................................................................................... 21
Global High-Yield Index .................................................................................... 23
Global Emerging Markets Index ........................................................................ 23
Global Inflation-Linked Index ............................................................................ 25
Global Capital Securities Index ......................................................................... 26

## U.S. AND CANADIAN INDICES        28

U.S. Aggregate Index ....................................................................................... 28
U.S. Universal Index .......................................................................................... 31
U.S. Treasury Index ........................................................................................... 32
U.S. Government-Related Index ........................................................................ 33
U.S. Government Index ...................................................................................... 33
U.S. Credit Index ............................................................................................... 35
U.S. Corporate Index ......................................................................................... 36
U.S. Government/Credit Index ........................................................................... 37
U.S. Securitized Index ....................................................................................... 37
U.S. MBS Index ................................................................................................. 38
U.S. Fixed-Rate Asset Backed Securities (ABS) Index .................................... 42
U.S. CMBS Index (U.S. Aggregate Eligible Portion) ........................................ 44
U.S. High-Yield Index ........................................................................................ 44
U.S. Convertibles Index ..................................................................................... 45
Eurodollar Index ................................................................................................ 46
Commercial Mortgage-Backed Securities (CMBS) Indices .............................. 46
U.S. Corporate Floating-Rate Note (FRN) Index .............................................. 48
U.S. High-Yield Floating-Rate Note (FRN) Index ............................................. 49
U.S. Floating-Rate ABS Index .......................................................................... 49
Investment-Grade 144A Index .......................................................................... 50
U.S. High-Yield Loan Index ............................................................................... 50
Municipal Index .................................................................................................. 51
Canadian Indices ............................................................................................... 53

## EUROPEAN INDICES        54

Pan-European Universal Index .......................................................................... 54
Pan-European Aggregate Index ........................................................................ 54
Euro-Aggregate Index ....................................................................................... 55
Pan-European High-Yield Index ........................................................................ 57
Euro Corporate Floating-Rate Note (FRN) Index ............................................. 58
European Fixed-Rate and Floating-Rate ABS Indices ...................................... 59
Danish Mortgages .............................................................................................. 59
Swiss Franc Aggregate ..................................................................................... 60

**Lehman Brothers** | A Guide to the Global Family of Indices

European Short Treasury Index ................................................................................ 60
European Treasury Bill Index .................................................................................. 60
Russian Aggregate Index ........................................................................................ 61

## ASIAN-PACIFIC INDICES                                                                             62

Asian-Pacific Aggregate Index ............................................................................... 62
Japanese Aggregate Index ..................................................................................... 63
China Aggregate Index ........................................................................................... 64
Japanese JHFA Index ............................................................................................ 64
Floating-Rate JGB Index ........................................................................................ 64
Indian Government Bond Index .............................................................................. 64

## SWAP AND DERIVATIVE INDICES                                                                       66

Par Swap Indices .................................................................................................... 67
Zero-Coupon Nominal Swap Indices ...................................................................... 68
Inflation-Linked Zero-Coupon Swap Indices .......................................................... 70
Mirror Swap Indices ............................................................................................... 72
ICDX/iTraxx Total Returns ...................................................................................... 73
Global Credit Default Swaps (CDS) Indices ........................................................... 75
Swaption Volatility Index ......................................................................................... 75

## ALTERNATIVE ASSET CLASS INDICES                                                                   77

Lehman Brothers Commodity Index (LBCI) ............................................................ 77
LBCI Pure Beta Index (LBPB) ................................................................................ 81
Lehman Brothers/HFN Global Hedge Fund Index .................................................. 85
Lehman Brothers Foreign Exchange Indices (LBFX) .............................................. 88

## CUSTOMIZED INDICES                                                                                89

Types of Customized Indices .................................................................................. 89

## APPENDICES

1:   Global Family of Indices Chronology: A Brief History ................................... 91
2:   Total Return Calculations ............................................................................. 95
3:   Excess Return Computations ........................................................................ 97
4:   Pricing Methodology for Global Family of Indices ......................................... 104
5:   Detailed Index Rules For Currency Hedging and Currency Returns ............. 121
6:   How Cash Is Treated In Index Returns and Statistics Calculations ............. 128
7:   Lehman Brothers Global Sector Classification Scheme ................................ 138
8:   The Lehman Brothers Index Method for Classifying Bonds By Credit Quality ... 144
9:   Calculating Index Turnover and Compositional Change ................................ 147
10:  Calculating Index Duration Extension ........................................................... 150
11:  Explaining The Lehman Brothers Option-Adjusted Spread of a Corporate Bond ...... 152
12:  Calculating Lehman Index Sharpe And Information Ratios Over Trailing 1-Year,
     5-Year, and 10-Year Time Horizon ............................................................... 171
13:  Rules for Constructing Issuer-Constrained Indices from Standard
     Lehman Brothers Indices .............................................................................. 174
14:  Mechanics of Leman Brothers Swap Indices ................................................ 179
15:  Lehman Brothers Treasury Inflation Protected Securities (TIPS) Index........... 183
16:  Overview of Option Adjusted Duration (Oad)/ Effective Duration Calculations
     For Index Eligible Bonds ............................................................................... 197

17:  Lehman Brothers' Suite of Benchmarks For LDI Strategies ....................................... 201

18:  Replicating Bond Index (RBI[sm]) Baskets: A Synthetic Beta For Fixed Income .......... 206

19:  Index Holiday Schedules ....................................................................................... 213

20:  Accessing Lehman Index Data on Lehmanlive.Com ................................................. 218

21:  Historical Index Analysis Using Bloomberg Tickers .................................................. 223

### FACTSHEETS ON MAJOR LEHMAN INDICES

1. Multiverse ...................................................................................... 248
2. Global Aggregate ......................................................................... 251
3. Global High-Yield .......................................................................... 254
4. Global Treasury ............................................................................ 256
5. Global Inflation-Linked ................................................................. 258
6. Global Emerging Markets ............................................................ 260
7. Global Capital Securities ............................................................. 263
8. U.S. Universal .............................................................................. 264
9. U.S. Aggregate ............................................................................ 266
10. U.S. Government/Credit .............................................................. 268
11. U.S. Credit ................................................................................... 270
12. U.S. Government-Related ........................................................... 272
13. U.S. Corporate ............................................................................ 274
14. U.S. Treasury .............................................................................. 276
15. U.S. Agency ................................................................................. 278
16. U.S. Government .......................................................................... 280
17. U.S. MBS ..................................................................................... 283
18. U.S. Agency Hybrid ARM ............................................................ 284
19. U.S. Fixed-Rate ABS ................................................................... 286
20. U.S. Floating-Rate ABS ............................................................... 288
21. U.S. CMBS ................................................................................... 290
22. U.S. TIPS ..................................................................................... 292
23. U.S. Municipal .............................................................................. 294
24. U.S. High-Yield ............................................................................ 296
25. U.S. High-Yield Very Liquid ......................................................... 298
26. U.S. High-Yield 2% Issuer Capped ............................................. 300
27. U.S. Convertibles ......................................................................... 302
28. U.S. Corporate Floating-Rate Note ............................................. 304
29. U.S. Emerging Markets ................................................................ 306
30. Pan-European Universal .............................................................. 308
31. Pan-European Aggregate ............................................................ 310
32. Euro-Aggregate ........................................................................... 312
33. Euro-Aggregate Corporate .......................................................... 314
34. Pan-European High-Yield ............................................................ 316
35. Pan-European Emerging Markets ................................................ 318
36. Zero Coupon Nominal and Inflation Swaps Indices ..................... 320
37. Par Swaps Indices ....................................................................... 322
38. Sterling Aggregate ...................................................................... 324
39. Eurodollar Index .......................................................................... 326
40. Asian-Pacific Aggregate .............................................................. 328
41. Japanese Aggregate .................................................................... 332
42. Global Hedge Fund Index ............................................................ 332
43. Lehman Brothers Commodity Index ............................................ 334

## INTRODUCTION

*This Guide to the Lehman
Brothers Global Family of
Indices supplements our
numerous asset-class specific
index primers with a "super
index primer," a singular
guide to our entire Global
Family of Indices.*

*At root, our indices provide a
historical record.*

This *Guide to the Lehman Brothers Global Family of Indices* supplements our numerous asset-class specific index primers with a "super index primer," a singular guide to our entire Global Family of Indices. In one publication, seasoned and new index users can now easily survey our entire global index landscape.

Most professional disciplines deepen and become more complex through time. This evolutionary pattern surely holds for the global debt capital markets and our indices. In our fourth decade of dedicated index service to the global financial community, we have created quite a few indices to keep up with capital market evolution.

At root, our indices provide a historical record. The performance of millions of issues, thousands of issuers, and dozens of local-currency markets will be preserved until the end of capital market time. For this reason, our Global Family of Indices can be best viewed through an historical lens. Why and how was this vast index family created? The brief historical perspective in the following section on Index Evolution sheds light on these questions and should prove helpful to readers interested in gaining a deep understanding of our index franchise.

We follow this history with a conceptual discussion of indices as benchmarks for measuring portfolio performance. After outlining the basic principles used to construct our indices, we launch into detailed descriptions of the major indices within our Family (starting with our Global Indices, followed by our U.S., European, and Asian-Pacific Indices). We have supplemented these index overviews with comprehensive explanations of our index methodology and returns calculations in the appendices and include detailed index factsheets for our most widely used benchmarks.

No product guide can cover every last detail. This index guide is no exception. Our purpose is to provide an overview of our Global Family of Indices in plain, simple language. We strongly encourage readers desirous of more information to contact any of the regional index, quantitative portfolio strategy, general strategy, and POINT teams listed in the inside cover of this guide. The vast curiosity and keen insights of our index users have long played an invaluable role in shaping the construction of our indices. Accordingly, in advance, we very much welcome the excellent questions and suggestions of our readers and index users.

Since 1973, Lehman Brothers has been honored to meet the growing needs of the global capital markets for independent and reliable daily measures of debt performance and risk. We look forward to many more decades of supplying the global capital markets with the finest indices, analytics, analyses, and portfolio management technology in the world.

### EVOLUTION OF THE GLOBAL FAMILY OF INDICES

*The U.S. Government and U.S.
Corporate Indices were created
in 1973 and were the first
generally-available total return
bond indices.*

In the early 1970s, two young Lehman Brothers researchers, Art Lipson and John Roundtree, had a compelling idea. Prodded by the Bond Portfolio Managers Association, they felt that the U.S. bond market should have a performance measurement akin to the index standard long available for equities. Otherwise, how could debt managers gauge the efficacy of their portfolio management efforts? More broadly, how might debt capital be more efficiently allocated with a performance yardstick? To fill this "bond return vacuum," Lipson and Roundtree launched the U.S. Government and Investment-Grade Corporate Indices on July 7, 1973, with data backfilled to January 1, 1973.



**Lehman Brothers** | A Guide to the Global Family of Indices

**Figure 1.    Lehman Brothers Global Family of Indices-Index Map as of January 2008**



March 2008

8

**Lehman Brothers** | A Guide to the Global Family of Indices

*Our original two bond indices in 1973 hold the distinction of being the first, generally-available total return bond indices in the world.*

At the time, bond indices consisting of *yield averages* had been around for decades. But bond *total return indices* did not exist. Based on our historical research, our original two bond indices in 1973 hold the distinction of being the first, generally-available *total return bond indices* in the world.

Like many capital market innovations, broad acceptance of total return debt indices took several years. Fortunately, asset management trends in the 1970s, specifically the need for greater portfolio accountability, contributed to the demand for such indices. By the late 1970s, public and private plan sponsors, as well as active money managers, had embraced our initial U.S. Government and Credit Indices.

*Our index franchise remained largely rooted in the U.S. capital markets during the 1980s.*

Our index franchise remained largely rooted in the U.S. capital markets during the 1980s. Our index team was consumed with deepening our coverage of the burgeoning-U.S. debt markets. In 1986, Lehman Brothers broadened its Government/Credit Index (created in 1979) to include MBS securities. This expanded second-generation macro index was called the U.S. Aggregate Index and was backdated with historical data to 1976. The introduction of the U.S. Municipal, the Mortgage-Backed Securities (MBS), and the U.S. Aggregate Indices were non-trivial feats given the available technology, analytics, and pricing sources. And to satisfy our growing legion of investor users, our index and technology teams introduced PC Product in the late 1980s, the precursor of POINT, to facilitate the comparison of debt portfolios to index benchmarks.

The pace of change across the global debt capital markets since the mid-1980s has been astounding thanks to the acceleration of economic and capital market globalization, rapid technological change, securitization, and derivatization. A substantive high yield corporate market emerged first in U.S. and then in Europe. Emerging-market (EM) debt was disintermediated from commercial banks to the public security markets. Asset-backed securities (ABS) arose in the U.S, Europe, and Asia. Commercial mortgage-backed securities (CMBS) were introduced. Interest rate, currency, and finally credit default swaps were created. Asset management and security firms became more fully globalized.

All these new debt asset classes cried out for performance and risk measurement. Encouraged by the support of our many index users among plan sponsors, money managers, consultants, issuers, and academics, our index franchise was spurred to match this quickening pace of market innovation.

*Our index franchise became a true Global Family of Indices with our creation of the Euro-Aggregate Index in July 1998, Pan-European Aggregate Index in January 1999, the Asian-Pacific Aggregate Index in July 2000, and the Global Aggregate Index in January 1999.*

We introduced indices for new asset classes such as ABS, CMBS, and EM in the 1990s. We originated a new generation of macro indices such as our U.S. Universal Index (1999) that tracked investment-grade and high yield debt in one benchmark. Most important, in tandem with market and asset management evolution, our index franchise became a true Global Family of Indices with our creation of the Euro-Aggregate Index in July 1998, Pan-European Aggregate Index in January 1999, Asian-Pacific Aggregate Index in July 2000, and Global Aggregate Index in January 1999.

Since 2001, we introduced Global Credit Default Swaps Indices, the U.S. and Euro Floating-Rate Notes Indices, the Global Capital Securities and Swaps Indices in four currencies. In 2002, we launched the Canadian Aggregate Index and the Danish MBS Index. In March 2003, we assembled a U.S. Convertibles Index. And in 2004, we incepted the China Aggregate Index, the Japanese GHLC Index, Floating-Rate JGB Index, Sterling ABS Index, and Euro Floating-Rate Indices.

In 2005, we added debt from Central Europe, Mexico, Chile, and South Africa to our Global Aggregate Index and launched the U.S. Floating-Rate ABS and U.S. Hybrid Adjustable Rate Mortgage (ARM) Indices. In addition, our index footprint was extended beyond fixed income asset classes with the creation of the Lehman Brothers/HFN Global

Hedge Fund Index in 2005, which tracks hedge fund performance across multiple styles, geographic regions and markets. In 2006, we launched the U.S. High-Yield Loan and U.S. High-Yield FRN Indices, Inflation Swaps Indices, launched the Lehman Brothers Commodity Index, Indian Government Bond Index, and added local currency debt from Taiwan and Malaysia to the Global Aggregate. In 2007, we continued our expansion with the launch of CDX/iTraxx Total Returns, FX Indices, Emerging Market Swap Indices, and the Russian Aggregate Index and added agency hybrid ARM securities to the U.S. Aggregate Index. (Appendix 1 presents a more detailed chronology of the evolution of the Global Family of Indices).

*The Global Family of Indices contains more than 10,000 standard and customized subindices representing more than 70,000 securities and more than $32 trillion in assets.*

As of early 2008, in our 35th anniversary year, the Lehman Brothers Global Family of Indices has blossomed into the most comprehensive set of debt and non-debt benchmarks in the world. Our Family includes seven flagship indices and more than 10,000 standard and customized subindices representing more than 70,000 securities and more than $32 trillion in assets. (Figure 1). From a negligible international market share at the beginning of 1998, Lehman Brothers indices are now used by a significant portion of the European debt market and a rapidly growing share of the Asian capital markets.

This growth in non-U.S. market share was also aided by the timely arrival of new technologies in LehmanLive and POINT (Lehman Brothers' Portfolio and Index Tool), both of which help distribute and analyze portfolio results against a chosen index. To make our portfolio and index technology even more appealing, our global quantitative modellers in the U.S., Europe, and Asia have launched state-of-the-art global risk models and performance attribution tools to aid investors.

## USING BENCHMARKS TO MEASURE PERFORMANCE

The investment performance of money managers has long been measured against broad market-based benchmarks in addition to, or instead of, peer group averages. Four of the most frequently indices used are the S&P 500 and MSCI in the equity markets and the Lehman Brothers U.S. Aggregate and Global Aggregate Index in the fixed income markets. There are also many specialized indices tailored to match more specific market sectors or investment objectives and constraints.

A good benchmark should include the following properties:[1]

- Universe is well defined, with transparent rules.

- Securities are investable.

- Daily performance data is available.

- Current characteristics are available (e.g., price, coupon, duration, etc.).

- Historical information is available.

- Investment style is clearly defined.

- Risk profile is well defined.

- Benchmark is specified in advance.

- Turnover is low.

---

[1]  *Adapted from Bailey, Jeffrey V., "Are Manager Universes Acceptable Performance Benchmarks?" Journal of Portfolio Management (Spring 1992), 9-13.*

The Lehman Global Family of Indices meets these criteria. All indices are rules-based, meaning that inclusion in a Lehman Brothers index depends on satisfying clearly pre-specified criteria. Comprehensive statistics about each index are readily available to investors, and performance results are available daily for most indices.

### BASIC PRINCIPLES OF THE LEHMAN BROTHERS INDICES

Although each of the Lehman indices has been constructed to reflect the essential characteristics of the securities and markets it covers, all Lehman indices conform to certain general index construction standards and guidelines.

*Lehman Brothers indices are rule-based benchmarks whose composition is reset monthly.*

**1) Rule-Based**: Our indices are rule-based benchmarks whose composition is reset monthly. To be included in a Lehman index, a security must meet all published eligibility criteria.

Thus, our indices are representative of the marketplace, replicable and reliable. They are unbiased, in that subjective factors, such as Lehman security inventory or whether it managed the underwriting, do not enter into the selection process whatsoever. This is in contrast to portfolio-based indices, in which the performance benchmark is an arbitrarily-selected basket of securities.

The criteria are specified so that, in most cases, a given security can contribute to only one index or group of indices. For example, within the U.S. Aggregate Index, a security cannot be part of both the U.S. Credit Index and the Securitized Index. However, it can be part of both the U.S. Credit Index and the higher-level U.S. Aggregate Index. In both cases, the security is contributing to only one index[2].

Since launching our first index in 1973, we have expanded our index offerings to new geographic regions and asset classes, meeting the needs of index users with objective rules-based benchmarks. We add new benchmarks to the Global Family of Indices based on three criteria:

- Relevance of an asset class;
- Investor demand for a performance metric; and
- Availability of security-level pricing and analytics to create a rules-based benchmark.

**2) Monthly Index Reset (Returns vs. Statistics Index Universes)**: Eligibility for index inclusion is evaluated on a monthly basis to determine index composition. If a security meets all published index inclusion rules at the start of the month, then it will stay in the index for returns calculations until month-end, when index composition is next reset.

*The Returns Universe is the fixed universe used to calculate official daily and monthly index returns. It is the performance target managers are measured against.*

Each Lehman Brothers index consists of two universes of securities. The **Returns Universe** (sometimes referred to as the "backwards" universe) of an index is based on a static set of securities that are index eligible at the beginning of each month and held constant until the beginning of the next month. They comprise the fixed universe that is used to calculate official daily and monthly index returns. This universe is the bogey that index users are measured against.

The Returns Universe is *not* adjusted for securities that become ineligible for inclusion in the index during the month (e.g., because of ratings changes, called bonds, securities

---

[2]   *There are a few exceptions to this principle among the international indices. For example, U.S. Treasury securities are included in both the U.S. Aggregate Index and the Global Aggregate Index. This is not a problem since these indices do not contribute to a higher-level index.*

falling below one year in maturity) or for issues that are newly eligible (e.g., ratings changes, newly issued bonds). Holding the returns universe constant throughout the month means that a fund manager avoids having to hit a moving target and is able to rebalance at month-end. Interest and principal payments earned by the returns universe are held in the index without a reinvestment return until month-end when it is removed from the index.[3]

*The Statistics Universe is a dynamic set of bonds that changes daily to reflect the latest composition of the market.*

The **Statistics Universe** is the dynamic set of bonds changing daily to reflect the latest composition of the market. It is a projection of what the index will look like at month-end, when the composition of the index is next reset. This universe accounts for changes due to new issuance, calls or partial redemptions (e.g., sinking funds), ratings changes, and the seasoning of securities. Statistics such as market value, sector weightings, and various averages (e.g., coupon, duration, maturity, yield, price, etc.) are updated and reported daily.

At the end of each month, the latest Statistics Universe becomes the Returns Universe for the coming month. Tracking the statistics universe allows a manager to monitor changes in the market throughout the month. Active managers can modify their portfolios before the index changes, while passive managers can be prepared to execute all rebalancing transactions at the end of the month to match the upcoming returns universe. Figure 2 illustrates how several transactions are treated in the returns and statistics universes over the course of a month.

**Figure 2.      Returns and Statistics Universe Dynamics: Sample Movements**

1.  XYZ Co. 7.75% of 3/15/2009 meets all criteria for the investment grade Corporate Index as of May 31. On June 4, the bond is downgraded to Ba1 from Baa3.

    - This bond will contribute to the returns reported for month-end June.

    - It will not contribute to the statistics universe as of June 5 because it is below investment grade.

2.  ABC Co. 5.875% of 6/15/2015 meets all index criteria when it is issued on June 15.

    - This bond will not contribute to the returns for month-end June.

    - It will contribute to the statistics universe upon settlement and will be included in the returns universe for July

3.  U. S. Treasury 6.25% of 8/15/2035 was issued months ago and has years to go to maturity.

    - This bond is included in both the returns and statistics universes.

4.  QRS Co. 8.125% of 6/10/2007 meets all criteria for the investment-grade Corporate Index on May 31, 2006.

    - This bond will contribute to the returns universe for month-end June.

    - It will not contribute to the statistics universe after June 10 because it has less than one year remaining to maturity.

    - Because its maturity is known with certainty, it falls out of the statistics universe on the first day of the month

5.  LMN Co. 7.5% of 6/15/2010 is called on April 15.

    - This bond contributes to the returns universe for April. The ending price is the call price.

    - It will not contribute to the statistics universe as of the call date.

*Source: Lehman Brothers*

---

[3] *See Appendix 6 for a discussion how index cash is treated in returns and statistics.*

The relationship between the returns and statistics universes during a month can be represented by two overlapping circles (Figure 3): circle 1 (solid line) is the returns universe; circle 2 (dotted line) is the Statistics Universe during the month. Area B represents securities that are in the returns and the statistics universes. Area A represents securities that have dropped out of the statistics universe during the month but remain in the returns universe. Area C comprises new additions to the statistics universe that will become part of the Returns Universe beginning with the next month.

**3) Total Return Calculations**: Our index results are reported for daily, monthly, quarterly, annual, and since-inception reporting periods. Returns are cumulative for the entire period. Intra-month cash flows contribute to monthly returns, but are not reinvested during the month and do not earn a reinvestment return. However, they are reinvested into the returns universe for the following month so that index results over two or more months reflect monthly compounding.

*Total returns are the sum of price changes, coupon income received or accrued, gain/loss on repayments of principal where applicable, and currency value fluctuations, expressed as a percentage of beginning market value.*

Daily, month-to-date, and monthly total returns are calculated based on the sum of price changes, coupon income received or accrued, gain/loss on repayments of principal (e.g., resulting from prepayments of MBS or calls of corporate securities), and, where applicable, currency value fluctuations expressed as a percentage of beginning market value. An index's total return is the weighted average of the total returns of the securities that make up the index, where the weighting factor is full market value (i.e., inclusive of accrued interest) at the start of the period.[4] Cumulative total returns over periods longer than one month are calculated by multiplicatively linking monthly returns.[5] To publish unhedged and hedged multicurrency index returns, we use WM/Reuters spot and forward exchange rates as of 4:00 pm London time.

**4) Market Value Weighting**: Returns and most summary statistics published for Lehman indices are market value weighted, accounting for both the market price of index-eligible securities and the accrued interest. Returns data are weighted by market value at the beginning of the period. Statistics, such as index average duration and maturity, are market-value weighted based on end-of-period market value. Average price and coupon are weighted by end-of-period par value.

**5) Pricing & Settlement Assumptions**[6]: Lehman Brothers market makers (traders) are the primary pricing source for the Global Family of Indices, though ultimate valuations will also rely on other data inputs and models to derive a dollar price for all index eligible securities. Third-party pricing sources are used in the verification process and may also be used when prices from Lehman Brothers market makers are unavailable.

Bonds are priced at 3 pm New York time each day for the U.S. market and 4:15 pm London time for the Pan-European markets. For our Asian Pacific indices, prices are taken at different times depending on the local market: 2:30 pm for Taiwan; 3:00 pm for Japan, Korea, and Thailand; 4:30 pm for Australia and New Zealand; and 5:00 pm for Hong Kong, Singapore, and Malaysia. When the markets close early for holidays, prices may be taken earlier in the day.

---

*4  We use the term full market value to reflect market value including accrued interest.*
*5 Geometric mean method: If the monthly returns for three months are 1%, 1.5%, and 0.75%, the quarterly return would be 3.28% [(1.01x1.015x1.0075)-1]X100.*
*6 For additional information on index pricing, please refer to the Pricing Methodology for the Global Family of Indices Section in the Appendix.*

*The Lehman Brothers indices are priced mainly by traders in the U.S. and Europe and by third-party vendors in Asia (for most non-JGB bonds).*

Our indices are priced mainly by traders in the U.S. and Europe and by third-party vendors in Asia (for most non-JGB securities), supplemented in all regions by various external sources when trader prices are unavailable. Index eligible securities can be quoted in a number of different ways depending on the asset class (i.e., nominal spreads over benchmark securities/Treasuries, spreads over swaps, dollar prices/direct price quotes, etc.), but all index eligible securities are quoted on the bid side (except new corporates entering the index on the offer side and EUR & GBP Treasury bonds, which are mid). Every quote is then translated to a specific "dollar price" that represents the security's value as a percentage of par.

U.S. Treasury bonds are trader marked on a daily basis. In the U.S., all fixed-rate MBS generics and some agency debentures are also marked daily. On the securitized side, Hybrid ARM and ABS spreads are marked weekly and CMBS spreads are marked daily. Corporate bond spreads are trader priced mid-month and at month-end. In the U.S., a spread matrix approach is also used to ensure that on a daily basis, less-liquid corporate securities are priced relative to the movement of actively traded benchmark securities. Lehman trader prices up to 1,500 U.S. benchmark corporate securities daily which are used as inputs into this matrix pricing algorithm that takes into account sector, quality, duration, optionality, and issuer specific factors.

**Figure 3.        Lehman Brothers Index Dynamics**



| Returns (Backwards) Universe (A + B) | Statistics Universe (B+C) |
|---|---|
| Static universe of index-eligible bonds set at beginning of month to avoid having to hit a moving target | Dynamic universe that changes daily and reflects index-eligible bonds at that time. |
| Includes bonds that lose eligibility during the month (A) because they<br>    - were called<br>    - were downgraded/upgraded<br>    - fell below one year-to-maturity<br>    - fell below the minimum liquidity | Includes bonds that become index eligible during the month ( C ) including<br>    - new issues<br>    - bonds upgraded/downgraded into an index |
| Bonds that lose eligibility do not leave the returns universe until month-end | Used for rebalancing since statistics universe becomes returns universe at month-end |
| Used to report index performance (returns) | Used to report index statistics (duration, market value, OAS) |

*Source: Lehman Brothers*

The quality of all index pricing is kept at a high level using multi-contributor verification. This process utilizes other third party pricing sources plus a variety of statistical techniques to isolate possible pricing outliers that are researched and resolved by our staff dedicated to the pricing function.

*Bonds in the index are priced on the bid side.*

Bonds in the index are priced on the bid side, with the exception of EUR & GBP Treasury bonds, which are mid, and corporate bonds new to the index, which are initially

priced on the offer side, so the returns take into account the effect of the bid-ask spread. To ensure that the statistics universe is up to date, Lehman Brothers maintains an extensive database of call/put features and refunding and sinking schedules on outstanding bonds and continuously monitors the market for retirement, new issuance, and rating change activity.

*Bonds are priced with a T+1 settlement assumption, except for U.S. MBS passthroughs which are priced with a same day settlement assumption.*

For index purposes, securities are assumed to settle on the next calendar day, except for U.S. MBS passthroughs (fixed-rate and hybrid ARMs), which are priced for Public Securities Association (PSA) settlement in the following month and then discounted back to same-day settlement at the mortgage repurchase rate to match the other indices. At the end of the month, however, the settlement date is assumed to be the first day of the following month even if the last business day is not the last day of the month. This procedure allows for one full month of accrued interest to be calculated. The only exception is the MBS Index, where end-of-month index returns are calculated assuming the trade date and the settlement date are the last calendar date of the month.[7]

### WHERE TO FIND LEHMAN BROTHERS INDEX DATA

**Index Returns and Statistics Data**: Historical index data are available on the LehmanLive index website and Time Series Plotter, through POINT (Lehman Brothers' proprietary Portfolio and Index Analytics platform), and on request. Index results are also available daily and monthly in a variety of media publications, on Bloomberg through the LEHM function, and on Reuters. Details on available functionality in LehmanLive and Bloomberg can be found in the appendices. If your firm would like to subscribe to any of these sources or needs access, please contact your Lehman Brothers representative.

**Research Publications:** Index results, analysis, and announcements are included in numerous research publications: the monthly *Global Family of Indices* report; weekly *Global Relative Value* report; periodic Quantitative Portfolio Strategy publications; and numerous product-specific publications such as the *Daily Corporate Call*.

**Lehman Index Pricing Service (LIPS):** To enable clients to price portfolios soon after the market close, we offer a service that provides an early snapshot of prices on all securities in the Lehman Brothers U.S. Aggregate Index. Prices are made available by 4:30 pm New York time daily and may change slightly before index returns are finalized after additional price verifications have occurred.

**Flash Index Data:** To provide early estimates of U.S. Aggregate Index returns, we publish a *Flash Index Report* that uses early prices from the pricing service to estimate index returns before they become final. This report is intended to provide an accurate estimate of the daily performance of the U.S. Aggregate Index by 4:30 pm New York time. The Flash Index Report can be found on both our index website and Bloomberg. Our official index results continue to be published normally at 6:30-7:00 pm New York time intra-month, and later in the evening at month-end. Final index returns may vary slightly from the Flash Report returns after additional price verifications have occurred.

**Third Party Data Vendors:** Several third party data providers have licensed Lehman index data for redistribution. Please contact your data provider for more information on availability, terms and conditions.

---

[7] *This procedure is used since prepayment data for the month are not available when monthly returns are calculated. For information on the MBS Index return calculations see the Lehman Brothers report, MBS Index Returns: A Detailed Look, August 1998.*

**Figure 4.**     **Lehman Brothers Index Information Sources**

| The Lehman Brothers Fixed Income Indices are available on: | |
| --- | --- |
| Website | http://live.lehman.com (Keyword: Index for index website or TSP for Time Series Plotter) |
| Bloomberg | LEHM <GO> |
| Reuters | LEHINDEX |

*Source: Lehman Brothers*

# GLOBAL INDICES

## MULTIVERSE INDEX

*The Multiverse Index represents the union of the Global Aggregate Index and the Global High-Yield Index.*

Soon after the launch of our third-generation macro indices, the U.S. Universal Index and the Global Aggregate Index, on January 1, 1999, we began to comment publicly about the probable introduction of a fourth-generation macro index that would include all investment-grade and high-yield securities, regardless of currency. Originally, we envisioned the debut of this all-encompassing measure of global bond market performance sometime between 2003 and 2005. But after consulting with major institutional investors throughout Europe, Asia, and the U.S., we decided to move up our launch date to January 1, 2001, with index history dating back to January 1, 1999. The Lehman Brothers Multiverse Index now provides a broad-based measure of the international fixed-income bond market, and represents the union of the Global Aggregate Index and the Global High-Yield Index. Index rules for these two indices are available in this guide.

As with many new indices, the Multiverse Index was not full-sized at birth. Although this index contained approximately 8,600 issues at inception ($12.9 trillion in assets), the Multiverse Index was missing several pieces. With the creation of our Asian-Pacific Aggregate Index in 2000 and its inclusion in our Global Aggregate Index on October 1, 2000, our index mapping of the global investment-grade markets was much more complete. Further broadening the index's reach was the inclusion of Canadian corporates in 2002 as well as USD and EUR high yield and emerging-market debt asset classes.

Why the name "Multiverse"? The index represents the union of the Global Aggregate and Global High-Yield Indices. Given the union of regional "Universal Indices" and drawing upon a term in use by physicists to characterize the increasingly popular notion of many physical universes, we decided to use "Multiverse." We did consider the term "global universal," but found it redundant. As a quick shortcut to thinking about our index hierarchies, "Aggregate" = all investment-grade securities in a currency or across currencies, "Universal" = all investment-grade and high-yield securities within a single currency, and "Multiverse" = all investment-grade and high-yield securities in all currencies.

*The Multiverse Index provides information about the overall status of the global debt asset class.*

Does the Multiverse Index have any relevance for the legions of investors confined to a single currency or to investment-grade only securities? We believe so because there are investors who have existing funds or plan new funds that would be better compared with a comprehensive global bond index. For all investors, whether direct users or not, the Multiverse Index provides information on the overall status of the global debt asset class and offers plan sponsors, consultants, academics, asset managers, and strategists a means to compare the entire global debt asset class with the global equity asset class. In our view, this index should provide the basis for many fascinating capital market insights in coming years.

*The Multiverse Plus Index adds global floating-rate debt to our fixed-rate Multiverse Index.*

On January 1, 2007, we introduced our "fifth generation macro index," the Multiverse Plus Index. This index includes all fixed, all floating-rate, all credit qualities, and all currencies across our entire Global Family of Indices, except for tax advantaged U.S. Municipals. In our view, this new index provides the widest and most complete characterization of world bond market performance.

## GLOBAL AGGREGATE INDEX

*We estimate that assets benchmarked against the Global Aggregate Index surpassed $1.5 trillion as of early-2008, making this the fastest growing macro index in the Global Family of Indices.*

Just as the U.S. Aggregate Index surpassed our original macro index—the U.S. Government/Credit Index—in user popularity, we expect the Global Aggregate Index to supersede our Global Treasury Index and similar government-only indices available from other sources as the most widely used benchmark for debt investors operating in multiple currencies by the end of this decade. We estimate that the total assets benched to the Global Aggregate Index grew rapidly since its inception on January 1, 1999 and now top $1.5 trillion as of early-2008.

Current index inclusion rules are as follows:

- Constituents must be rated investment grade (Baa3/BBB-/BBB- or better) using the middle rating from Moody's, S&P, and Fitch after dropping the highest and lowest available ratings. The method essentially works as a "2 out of 3" rule, because a bond needs at least two of the three agencies to rate the bond as investment-grade to qualify for our investment-grade indices (or two agencies to rate as high-yield to qualify for our high-yield indices). If only two agencies rate a security, then the more conservative (lower) rating will be used. If only one rating agency rates a security, then that one rating will be used. Where there are no security level ratings, an issuer rating may be used in its place to determine index classification. Prior to implementing this 2-out-of-3 rating criterion on July 1, 2005, we used the Moody's or S&P rating, whichever was the more conservative.

- Constituents must have at least one year-to-maturity. Mortgage-backed bonds must have a weighted average maturity of at least one year. Asset-backed and commercial mortgage-backed bonds must have remaining average life of at least one year.

- Securities must be fixed-rate, although zero coupon bonds and step-ups are allowed.

- Convertibles, floating-rate notes, warrants, linked bonds, structured products, debt denominated in Swiss Francs, and privately-placed Japanese Government Bonds (JGBs) are excluded.

- Minimum liquidity is currently based on four separate regional liquidity constraints:

  - U.S. and Canadian-dollar-denominated securities must have a par amount outstanding of at least $300 million. CMBS and ABS securities must belong to a deal with an initial aggregate transaction size of $500 million and current amount outstanding of $300 million.

  - Pan-European securities must have a par amount outstanding of £200 million or €300 million currency equivalent.

  - Asian-Pacific securities must have a par amount outstanding of ¥35 billion currency equivalent.

  - Securities denominated in GBP must have a par amount outstanding of £200 million currency equivalent.

  - Liquidity constraints for bonds in other currencies are based on one of the four major currencies using an exchange rate that is reset once a year at the end of November.

*Evolution of the Global Aggregate Index*

- For the first 18 months of its existence (January 1, 1999 to June 30, 2000), the Global Aggregate Index represented the union of the U.S. Aggregate Index, the Pan-

European Aggregate Index and the Global Treasury Index (ex-U.S. and European government securities). (The securities in our Global Treasury Index not present in either the U.S. or Pan-European Aggregates were the public obligations of Canada, Japan, Australia, and New Zealand.)

- On July 1, 2000, the Eurodollar and U.S. Investment-Grade 144A Indices joined the Global Aggregate Index. On October 1, 2000, the Global Aggregate Index was augmented by our just created Asian-Pacific Aggregate Index. Parallel to the U.S. and Pan-European Aggregates, the Asian-Pacific Aggregate incorporated the local-currency government and corporate bond markets of Japan, Australia, New Zealand, Hong Kong, South Korea, Singapore, and Thailand.

- On October 1, 2000, the liquidity constraint for all securities in the Global Aggregate Index was raised to $300 million (or equivalent) from $150 million. The liquidity constraint change was made to give global investors a benchmark that reflects the more liquid portion of the investment-grade bond markets. The result was a benchmark that represents the mix of more liquid government, credit, and securitized securities available in the marketplace.

- On January 1, 2002, the Global Aggregate Index liquidity constraint changed from the sole $300 million equivalent to the multiple constraints listed above, based on the four major component currencies. On October 1, 2003, capital and senior unsecured securities with fixed-to-variable coupons were added to the benchmark. In July 2004, Danish MBS without embedded optionality, were integrated into the Global Aggregate Index.

- Beginning in September 2004 and on an annual basis thereafter, we began announcing new currencies that qualify for our Global Aggregate Index. As of January 1, 2005, eligible-issues denominated in South African rand, Chilean peso, Mexican peso, Czech koruna, Hungarian forint, Polish zloty, Slovenian tolar and Slovakian koruna were included in the Global Aggregate Index and in the appropriate regional aggregate benchmarks. On January 1, 2006, Taiwan dollar and Malaysian ringgit bonds became eligible. In particular, the sovereign debt for eligible countries must qualify under the following index currency inclusion rules:

  - To be included in the Global Aggregate Index, a currency must be freely tradable or convertible and not constrained by government-initiated capital controls that might prevent a security from being bought by investors.

  - Local currencies must be hedgeable. Investors seeking global diversification in the fixed income markets need to be able to hedge local currency cash flows back to their base currencies. To accomplish this, there must be an established, well developed, and liquid forward market for that local currency. Since our index returns are reported on a monthly basis using one month forward rates as a hedge, there needs to be an active market for at least one-month contracts available to the investing base.

  - Local currencies' sovereign debt must have an investment-grade sovereign rating. When assigning sovereign ratings to a country, ratings agencies issue separate ratings for local currency debt and foreign currency debt. To be eligible for the Global Aggregate Index, sovereign bonds (both local and foreign) must have an investment grade sovereign rating (using the middle rating of Moody's, S&P, and Fitch after dropping the highest and lowest available ratings). Corporate securities emanating from nations with non-investment-grade

sovereign ratings for foreign currency (based on the country where the bond was issued) may still be eligible for the Global Aggregate Index if the corporate security itself is investment grade. In such instances, the security would already be included in the regional macro index that covers that currency.

- On January 1, 2005, we also implemented the current sector classification scheme for the Global Aggregate Index. Issues are divided into four main sectors: Treasury, Government-related, Securitized, and Corporate. Several new subsectors within the Government-Related and Securitized categories were also introduced. Thus, bonds from the same issuer are assigned to the same sector regardless of their underlying currency (Figure 5), eliminating a region-centric perspective for classifying issuers that transact in multiple currencies.

- On March 1, 2007, Thai baht denominated debt was removed from the Global Aggregate Index.

- On January 1, 2008, the Global Aggregate Index was expanded to include fixed-to-floating rate perpetual securities that do not have coupon rate step-ups on their first call date. These securities will remain index eligible for their fixed-rate term provided that they meet all other index inclusion rules and exit the index one year prior to their conversion to floating coupon securities. Fixed-Rate U.S. MBS Balloon securities and U.S. ABS Manufactured Housing securities were removed from index.  On July 1, Thai baht denominated debt will be added back to the Global Aggregate Index.

**Figure 5.     Lehman Brothers Sector Classification Scheme: Before and After January 1, 2005**



## GLOBAL TREASURY INDEX

*All issues in the Global Treasury Index are also part of the Global Aggregate Index.*

The Global Treasury Index, which includes investment-grade, local-currency-denominated sovereign debt was launched in April 1992, with data available back to January 1987. All issues in the Global Treasury Index are also part of the Global Aggregate Index and must be fixed-rate, non-convertible debt, and have at least a year-to-maturity.[8] On January 1, 2005, local currency sovereign debt from Chile, Mexico, South Africa, Czech Republic, Hungary, Poland, Slovakia, and Slovenia was added. On January 1, 2006, local currency debt from Taiwan and Malaysia became index eligible (Figure 6). On March 1, 2007, Thailand was removed from the Global Treasury Index.

Returns for the Global Treasury Index are reported daily and monthly on a hedged and unhedged basis.[9] Returns for any composite or individual country index are available using any of the index-eligible currencies as the base currency. Prices for the index are provided by Lehman Brothers trading desks in London, New York, and Tokyo. Additional prices are provided by outside sources in the local markets. Currency rates are based on the WM/Reuters Closing Spot Rates.[10]

## GLOBAL INVESTMENT-GRADE/HIGH-YIELD CREDIT INDEX

*The Global IG/HY Credit Index contains both investment-grade and high-yield credit securities from our Multiverse Index.*

To complement our Global Treasury Index, we launched two new global asset class indices on July 1, 2001: the Global IG/HY Credit Index (originally named Global Credit Index) and the Global Securitized Index. The Global IG/HY Credit Index has the Global Aggregate Credit Index and the corporate portion of the Global High-Yield Index as its main subcomponents and thus contains both investment-grade and high-yield credit securities from our Multiverse Index. The investment-grade component is a subset of our Global Aggregate Index and contains credit securities from our U.S. Aggregate, Pan-European Aggregate, Asian-Pacific Aggregate, Eurodollar, 144A, and Euro-Yen Indices. The high-yield component contains securities from our U.S. Corporate High Yield, Pan-European High-Yield, and Global Emerging Markets Indices. The Global Aggregate Corporate Index is a subset of this index.

## GLOBAL SECURITIZED INDEX

The Global Securitized Index is composed of the securitized component of the Global Aggregate Index (MBS Fixed-Rate Passthroughs, ABS, CMBS and Covered bonds, including Pfandbriefes) and the Global High-Yield Index (U.S. high-yield CMBS). Bonds issued out of the U.S. and Germany had the largest contribution to this index, comprising 72.5% and 8.5% of the index by market value, respectively, as of December 2007.

We are unsure whether these essentially customized extracts from our mainline generic indices will become popular portfolio benchmarks. However, use of the Global IG/HY Credit and Global Securitized indices as "informational" metrics should benefit asset allocators, product portfolio managers, and securities analysts in their efforts to track broader market trends.

---

[8] See Global Aggregate Index section  for a discussion on the currency inclusion criteria that is used for the Global Treasury Index
[9] The one-month hedged return assumes that currency fluctuations on the beginning market value of the securities are fully hedged into U.S. dollars. The cost of the hedge is based on a computation using prevailing one-month forward exchange rates at the beginning of the month.
[10] As of December 1, 2006 hedged returns use published WM Reuters forward mid rates to calculate hedged returns for all currencies as opposed to using derived forward rates for G-10 currencies based on deposit rates.

**Lehman Brothers** | A Guide to the Global Family of Indices

Figure 6.    Global Treasury Index Composition, January 1, 2008

| Country | Index Inception Date | Market Value ($ billion) | % of Index |
|---|---|---|---|
| Country | Jan-87 | 12,397 | 100.0% |
| **Group of 7** | | **9,812** | **79.2%** |
| Canada | Jan-87 | 223 | 1.8% |
| France | Jan-87 | 913 | 7.4% |
| Germany | Jan-87 | 1,116 | 9.0% |
| Italy | Jan-87 | 1,072 | 8.6% |
| Japan | Jan-87 | 3,550 | 28.6% |
| United Kingdom | Jan-87 | 680 | 5.5% |
| United States | Jan-87 | 2,259 | 18.2% |
| **Majors** (G-7 plus the following) | | **1,087** | **8.8%** |
| Australia | Apr-88 | 37 | 0.3% |
| Belgium | Jan-87 | 289 | 2.3% |
| Denmark | Jan-87 | 71 | 0.6% |
| Netherlands | Jan-90 | 255 | 2.1% |
| Spain | Jan-89 | 358 | 2.9% |
| Sweden | Jan-87 | 77 | 0.6% |
| **Global** (Majors plus the following) | | **1,498** | **12.1%** |
| Austria | Jan-87 | 183 | 1.5% |
| Finland | Jul-91 | 58 | 0.5% |
| Ireland | Jan-87 | 47 | 0.4% |
| New Zealand | Jan-87 | 16 | 0.1% |
| Norway | Apr-91 | 36 | 0.3% |
| Portugal | Aug-91 | 102 | 0.8% |
| Greece | Jun-01 | 238 | 1.9% |
| Chile | Jan-05 | 2 | 0.0% |
| Czech Rep | Jan-05 | 35 | 0.3% |
| Hong Kong | Sep-04 | 0 | 0.0% |
| Hungary | Jan-05 | 44 | 0.4% |
| Mexico | Jan-05 | 74 | 0.6% |
| Poland | Jan-05 | 97 | 0.8% |
| S.Africa | Jan-05 | 53 | 0.4% |
| S.Korea | Jan-02 | 304 | 2.5% |
| Singapore | Jan-02 | 39 | 0.3% |
| Slovakia | Jan-05 | 9 | 0.1% |
| Slovenia | Jan-05 | 7 | 0.1% |
| Taiwan | Jan-06 | 104 | 0.8% |
| Malaysia | Jan-06 | 49 | 0.4% |

*Source: Lehman Brothers*

### GLOBAL HIGH-YIELD INDEX

The combination of the U.S. High-Yield Index, Pan-European High-Yield Index, High-Yield CMBS Index, and non-investment grade portion of our Global Emerging Markets Index comprises our Global High-Yield Index. Index history is available back to January 1999, with each component joining the index as of its inception date if launched after the Global High-Yield Index's inception.

### GLOBAL EMERGING MARKETS INDEX

The Global Emerging Markets Index consists of the USD-denominated Emerging Markets Index and the EUR- and GBP-denominated Pan-European Emerging Markets Index.

Lehman Brothers introduced the dollar-denominated U.S. Emerging Markets Index in January 1997. Previously, Lehman Brothers had published an Emerging Americas Bond Index, consisting of debt of Argentina, Brazil, Mexico, and Venezuela dating back to January 1993. The Emerging Americas Bond Index was folded into the new index to preserve its historical information. This expanded EM Index better reflects emerging markets development in the following regions: Americas, Europe, Asia, Middle East, and Africa. The countries contributing to the Emerging Markets Index are shown in Figure 7.

The Pan-European Emerging Markets Index was launched on August 1, 2001. The Pan-European Emerging Markets Index contributes to both the Global Emerging Markets Index and the Pan-European Universal Index (covering both investment-grade and high yield markets). The high-yield component of the Pan-European Emerging Markets Index is also a component of the Global High-Yield Index.

The Global Emerging Markets Index rules for inclusion are as follows:

- At least one year remaining to maturity.

- The sovereign rating ceiling for emerging market index eligibility is Baa1/BBB+/BBB+ (using the middle rating of Moody's, S&P, and Fitch). This will require at least two of the three agencies to rate a sovereign Baa1/BBB+ or below to be included in the index. Corporate bonds may have a higher rating at the security level and still be index eligible provided that the country of issuance has a sovereign rating of Baa1/BBB+/BBB+ or below. Prior to January 1, 2006, the Emerging Markets ceiling was Baa3/BBB-/BBB-.

- The minimum liquidity constraint is $500 million/€500 million equivalent at the security level. Corporate issuers must have at least $1 billion/€1 billion (or equivalent) in outstanding debt trading in the market to be index eligible. Prior to January 1, 2006, the U.S. Emerging Markets Index had a minimum liquidity of $300 million for corporates/sovereigns and $500 million for local issues/Brady bonds.

- Issues must be USD, EUR, GBP, DKK, SEK, or NOK-denominated.

- Issues can be either fixed or floating.

- Defaulted corporate bonds are removed from the index at the end of the month of default. Defaulted sovereigns remain in the index until they are restructured, defeased, exchanged, or no longer outstanding.

**Lehman Brothers** | A Guide to the Global Family of Indices

**Figure 7.    Global Emerging Markets Index Composition by Country (Market Value %), January 1, 2008**

| Region/Country | USD EM Index (a) | Pan Euro EM Index (b) | Global EM Index |
|---|---|---|---|
| **EM Asia** | **14.0** | **3.1** | **11.7** |
| India | 1.7 | | 1.4 |
| Indonesia | 2.7 | | 2.1 |
| Kazakhstan | 1.6 | 1.0 | 1.5 |
| Pakistan | 0.6 | | 0.5 |
| Philippines | 7.0 | 2.1 | 5.9 |
| Sri Lanka | 0.2 | | 0.1 |
| Vietnam | 0.2 | | 0.2 |
| **EM Europe, Mid East, & Africa** | **34.2** | **64.3** | **40.5** |
| Bulgaria | 0.5 | 1.6 | 0.7 |
| Croatia | | 4.0 | 0.8 |
| Egypt | 0.3 | | 0.3 |
| Gabon | 0.3 | | 0.2 |
| Hungary | 0.5 | 20.5 | 4.6 |
| Ivory Coast | 0.1 | | 0.1 |
| Lebanon | 1.7 | | 1.4 |
| Morocco | | 0.8 | 0.2 |
| Romania | | 3.3 | 0.7 |
| Russia | 19.6 | 14.2 | 18.5 |
| S.Africa | 1.1 | 4.1 | 1.8 |
| Serbia and Montenegro | 0.3 | | 0.2 |
| Tunisia | 0.2 | | 0.2 |
| Turkey | 8.1 | 14.9 | 9.5 |
| Ukraine | 1.5 | 0.9 | 1.3 |
| **EM Americas** | **51.8** | **32.6** | **47.8** |
| Argentina | 3.5 | 6.9 | 4.2 |
| Belize | 0.1 | | 0.1 |
| Brazil | 17.3 | 6.6 | 15.1 |
| Colombia | 2.7 | | 2.1 |
| Dominican Rep | 0.2 | | 0.2 |
| Ecuador | 1.2 | | 0.9 |
| El Salvador | 1.0 | | 0.8 |
| Jamaica | 0.4 | | 0.3 |
| Mexico | 13.0 | 16.4 | 13.7 |
| Panama | 2.2 | | 1.7 |
| Peru | 2.3 | 1.2 | 2.1 |
| Uruguay | 1.6 | | 1.3 |
| Venezuela | 6.4 | 1.6 | 5.4 |
| **Total** | **100.0%** | **100.0%** | **100.0%** |

*Source: Lehman Brothers*

March 2008

## GLOBAL INFLATION-LINKED INDEX

*The Global Inflation-Linked Index includes securities from U.S., U.K., Canada, Sweden, Italy, Germany, Greece, France, and Japan.*

In October 1997, Lehman Brothers began publishing returns on its first inflation-protected index, the Global Inflation-Linked Index. Following the introduction of U.S. Treasury inflation-protected securities (TIPS) in January 1997 and subsequent non-government issues, the investment community started to focus on this group of bonds as a new asset class. With cash flows linked to an underlying inflation index, these securities protect against adverse inflation and provide a minimum level of real return. Given its unique structure and return characteristics, the emergence of an inflation-protected asset class created a need to measure its performance with a standalone index. In July 2004, we modified the rules for our Global Inflation-Linked Index to align currency eligibility with the Global Aggregate Index, if analytics are available for those securities. Analytics for the Global Inflation Linked-Index are published in both nominal and inflation adjusted (real) terms.

The rules for inclusion in the Global Inflation-Linked Index are as follows:

- All bonds must have cash flows linked to an inflation index.

- Countries covered: U.S., U.K., Canada, Sweden, Italy, Germany, Greece, France, and Japan (Figure 8). Germany issued its first inflation-linked treasury security in March 2006.

- The minimum amounts outstanding are $250 million, £100 million, CAD 200 million dollars, SEK 100 million, €100 million, and ¥10 billion.

- All bonds must be sovereign issues and denominated in the relevant native currency.

- All bonds must have more than one year-to-maturity.

Upon creation of the Global Inflation-Linked Index, Lehman Brothers removed U.S. TIPS from the U.S. Aggregate Index on December 31, 1997.

**Figure 8.     Global Inflation-Linked Index Composition by Country (Market Value %), January 1, 2008**



*Source: Lehman Brothers*

### GLOBAL CAPITAL SECURITIES INDEX

*Capital Securities receive regulatory capital treatment or "equity credit" from the rating agencies.*

On November 1, 2001, Lehman Brothers introduced the Global Capital Securities Index to provide a rules-based benchmark for hybrid capital securities investors. The rules for inclusion are as follows:

- The security must generally be viewed as a hybrid fixed income security that either receives regulatory capital treatment or a degree of "equity credit" from the rating agencies. This typically includes Tier 2/Lower Tier 2 bonds, perpetual step-up debt, step-up preferred securities, and term-preferred securities.

- The issue must bear interest at a rate that is fully taxable to the investor and pre-tax to the issuer. The interest must be considered an interest payment and not a dividend payment and therefore DRD-eligible securities are excluded. Capital securities with coupons that switch from fixed to variable rate are included in the indices until one year before their floating coupon date, provided they meet all other index criteria.

- The security accrues interest or dividends at a rate that is fixed either for the life of the security or until the first step-up date.

- Denomination size must be a minimum of $250 million, €300 million, or £200 million. Subindices are available for each of these currencies.

- The security must be rated investment grade (Baa3 or better) using the middle rating of Moody's, S&P and Fitch.

- The security must have a defined term (maturity) of at least one year. Fixed-to-floating rate securities are eligible until 1-year prior to their floating rate coupon date, whether or not there is a coupon step up on that date. Prior to January 1, 2007, a coupon step and call option were necessary for a fixed-to-float perpetual to be index eligible. Fixed-rate perpetual capital securities, which remain fixed following their first call dates, are excluded since they have no effective maturity date.

Capital Securities Index-eligible bonds may also qualify for other Aggregate macro indices provided they meet all other inclusion rules on placement type, liquidity, maturity and credit quality. Prior to January 1, 2008, a coupon step and call option were necessary for a fixed-to-float perpetual to qualify for other indices. High-yield capital securities, though not part of the Global Capital Securities Index, are eligible for other high-yield corporate indices if they meet all other index inclusion rules.

Case 2:09-md-02009-SHM-dkv   Document 244-2   Filed 04/13/12   Page 28 of 337   PageID
7803

**Figure 9.     Global Capital Securities Index Composition
(Market Value %), January 1, 2008**



*Source: Lehman Brothers*

# U.S. INDICES

## U.S. AGGREGATE INDEX

Born in 1986 with data back to 1976, the U.S. Aggregate Index covers the dollar-denominated investment-grade fixed-rate taxable bond market, including Treasuries, government-related and corporate securities, MBS passthrough securities (including hybrid ARMs as of April 1, 2007), asset-backed securities, and commercial mortgage-based securities. These major sectors are subdivided into more specific subindices that are calculated and published on an ongoing basis (Figure 10).

To qualify for inclusion in the U.S. Aggregate Index, a bond or security must meet certain criteria:

- It must have at least one year-to-final-maturity, regardless of call features. Asset-backed securities must have a remaining average life of at least one year, while mortgages must have a weighted average maturity (WAM) of at least one year. There is no limit on final maturity; bonds with 50- and 100-year maturities may be included in the U.S. Aggregate Index. Beginning January 1, 2008, fixed-to-floating rate perpetual securities that do not have coupon rate step-ups on their first call date were included.

- It must have at least $250 million par amount outstanding. For ABS securities, the minimum outstanding is $500 million deal size and $25 million tranche size. For CMBS securities, original deal size must be at least $500 million with at least $300 million amount outstanding remaining in the deal; tranche size should be at least $25 million for the ERISA-eligible CMBS Index. The amount outstanding may differ from the original issue size due to various factors, including re-openings, sinking schedules, partial calls, and prepayments. Hybrid ARM aggregates must be greater than $250 million, though index subaggregates (which are narrower subsets of the aggregates used to price the sector) may have less than $250 million outstanding.

**Figure 10.    U.S. Aggregate Index Composition by Sector (Market Value %), January 1, 2008**



*Source: Lehman Brothers*

- It must be rated investment grade (Baa3/ BBB-/BBB-) or better using the middle rating of Moody's, S&P, and Fitch after dropping the highest and lowest available ratings. The method essentially works as a "2 out of 3" rule, because a bond needs at least two of the three agencies to rate the bond as investment-grade in order to qualify for our investment grade indices (or two agencies to rate as high yield to qualify for our high-yield indices). If only two rating agencies rate a security, then the most conservative (lowest) rating will be used. If only one rating agency rates a security, then that one rating will be used. Where there are no bond or issuer ratings, securities are considered unrated and are not included in the U.S. Aggregate. Prior to implementing this 2 out of 3 rating criterion in July 1, 2005, we used the more conservative of Moody's and S&P's ratings.

- It must be fixed-rate, although it can carry a coupon that steps up or changes according to a predetermined schedule. Adjustable- or floating-rate securities with periodic coupon changes based on changes in market rates are excluded. Stripped securities created from coupon securities are excluded, while the underlying coupon security is included. Original issue zero-coupon bonds may be included. Medium-term notes are included only if they were underwritten issues and meet other eligibility criteria. Taxable municipal bonds, as well as capital securities and senior unsecured securities that have fixed-to-variable rate coupons are included. Fixed-to-variable rate securities remain in the index until one year prior to the conversion date.

- It must be USD-denominated and non-convertible. All corporate and asset-backed securities must be registered with the SEC.

- It must be publicly issued, although 144A securities with registration rights are included. Tranches that qualify under SEC Regulation-S (which covers offers and sales made outside the United States without registration) are included if there is an accompanying 144A tranche with registration rights. A security with both Reg-S and 144A tranches is treated as one security. To prevent double-counting, we include the 144A tranche and exclude the Reg-S tranche.

- The U.S. Aggregate Index does not include securities with esoteric or one-of-a-kind features, such as structured notes or range notes with coupons that depend on movements in market rates.

*Evolution of the U.S. Aggregate Index*

The U.S. Aggregate Index has evolved in response to changes in the marketplace, addition of new asset class sectors, and revisions to the eligibility criteria. The following timeline summarizes milestones in the evolution of the U.S. Aggregate Index.

- *January 1973*: Inception date of the U.S. Government & U.S. Corporate Indices. Initially, the U.S. combined Government/Corporate Index had a market value of $221 billion and contained 3,609 issues. The liquidity constraint was only $1 million. The combined U.S. Government/Credit Index was launched in 1979 with history back to 1973.

- *January 1976*: Inception date of the U.S. Aggregate Index data series, which became available in 1986 with the formation of the U.S. Aggregate Index.

- *January 1986*: The U.S. Aggregate Index was created by combining the newly created U.S. MBS Index with the U.S. Government/Credit Index, with history built back to 1976. The liquidity constraint was only $1 million. The U.S. Aggregate

Index had a market value of $361 billion and contained 4,514 issues at inception of the data series in 1976. (Figure 11).

- *August 1988*: The liquidity constraint for all components of the U.S. Aggregate Index was raised from $1 million to $25 million. Moody's becomes the primary ratings source for index eligibility. S&P ratings are used when Moody's rating is unavailable.

- *January 1990*: The Yankee sector (consisting of SEC-registered dollar-denominated debt issued or guaranteed by foreign sovereign governments, municipalities, corporations, government agencies, and supranational entities) became a component of the U.S. Corporate Index, and asset-backed bullet issues were added to the finance sector of the U.S. Corporate Index. Title XI securities, government-guaranteed shipping finance bonds, were excluded for liquidity reasons. Liquidity for government securities raised from $25 million to $100 million.

- *January 1992*: The U.S. Asset-Backed Securities Index was created and added to the U.S. Aggregate Index as a separate sector. The index initially covered three sectors: credit cards, auto loans, and home equity loans. Bullet ABS issues were transferred from the finance sector of the U.S. Corporate Index, balloon issues were added to the U.S. MBS Index, and manufactured housing U.S. MBS were dropped. Liquidity for non-government securities raised from $25 million to $50 million.

- *April 1992*: Underwritten medium-term notes were added to the U.S. Agency and Corporate Indices.

- *January 1994*: The liquidity constraint was raised from $50 million to $100 million for all securities.

- *January 1998*: Stranded cost utilities sector became eligible for inclusion in the U.S. ABS Index.

- *January 1999*: Manufactured housing sector became eligible for inclusion in the U.S. ABS Index.

**Figure 11.    Market Value of U.S. Aggregate Index by Sector, 1973-2007**



*Classifications reflect the old sector classification of the U.S. Aggregate Index.*
*Source: Lehman Brothers*

- *July 1999*: ERISA-Eligible CMBS added to the U.S. Aggregate Index. U.S. Aggregate liquidity constraint was raised from $100 million to $150 million.

- *July 2000*: The U.S. Corporate Index was renamed the U.S. Credit Index. The U.S. Credit Index was unbundled into corporates (industrial, utility, and finance, including both U.S. and non-U.S. corporations) and non-corporates (sovereign, supranational, foreign agencies, and foreign local governments). 144A bonds with registration rights added to the index.

- *October 2003*: Both Moody's and S&P used to determine index classification of bonds, using the more conservative of the two ratings (when both ratings are available) across all rating categories from Aaa/AAA to Caa/CCC. Taxable Municipals and capital securities and senior unsecured securities that have fixed-to-variable coupons were added to the U.S. Aggregate. Liquidity constraint raised from $150 to $200 million.

- *July 2004:* The liquidity constraint was raised from $200 million to $250 million.

- *January 2005:* Index sector classification scheme moves from a three-pillar structure (government, credit, securitized) to a more globally consistent four-pillar structure (treasury, government-related, corporate, and securitized).

- *July 2005:* Lehman Brothers incorporated Fitch ratings, in addition to Moody's and S&P, into our index rules on credit quality. With the addition of a third rating, Lehman Brothers uses the middle rating of Moody's, S&P, and Fitch (after dropping the highest and lowest available ratings) to determine a security's index classification.

- *January 2006:* Fixed-Rate Certificates of Deposit (CDs) become index eligible provided they meet all other index inclusion rules.

- *April 2007:* Agency Hybrid Adjustable-Rate Mortgage (ARM) passthrough securities become index eligible for U.S. Aggregate, but not Global Aggregate.

- *January 2008:* Fixed-rate manufactured housing ABS were removed from the U.S. Aggregate and U.S. ABS Indices, fixed-rate MBS balloon securities removed from the U.S. Aggregate and U.S. MBS Indices. Fixed-to-floating rate perpetual securities that do not have coupon rate step-ups on their first call date included.

## U.S. UNIVERSAL INDEX

*The U.S. Universal Index mirrors the increasingly popular "Core Plus" choice set used by many U.S.-dollar investors.*

The U.S. Universal Index quickly gained adherents from the ranks of major public and private plan sponsors after its launch on January 1, 1999. The U.S. Universal Index mirrors the increasingly popular "Core Plus" choice set used by many U.S. dollar investors and is the union of the U.S. Aggregate Index, the U.S. High-Yield Corporate Index, the 144A Index, the Eurodollar Index, the U.S. Emerging Markets Index, the non-ERISA eligible portion of the Investment-grade CMBS Index, and the Emerged Bonds Index (emerging market bonds upgraded out of the Emerging Markets Index but not eligible for inclusion in any other U.S. Index). High-Yield CMBS were dropped from the index as of January 1, 2007 due to limited liquidity and investability. Municipal debt, private placements, and non-dollar-denominated issues are excluded from the U.S. Universal Index. The U.S. Universal contains only fixed-rate securities, except for a few floating-rate bonds in the U.S. Emerging Markets Index.

Some U.S. Universal Index constituents may be eligible for one or more of its contributing subcomponents that are not mutually exclusive. For example, some global

Eurodollar Index and Emerging Markets Index-eligible bonds are also part of the U.S. Aggregate Index. These securities are not double-counted in the index and we report the performance of both Eurodollar ex-Aggregate and Emerging Markets ex-Aggregate subindices, which exclude these securities (Figure 12).

**Figure 12.   U.S. Universal Index Components (Market Value %), January 1, 2008**



EM (Ex Agg/Eurodollar)
2.0%

144A (Ex Agg)
3.1%

CMBS Other ex HY
0.6%

Eurodollar Seasnd Ex Agg
2.4%

U.S. High Yield
5.4%

U.S. Aggregate
86.6%

*(a) U.S. 144A Index ex U.S. Aggregate-eligible bonds*
*(b) U.S. Emerging Markets Index ex U.S. Aggregate Index and Eurodollar Index-eligible bonds*
*(c) Eurodollar Index ex U.S. Aggregate-eligible bonds*
*(d) U.S. Corporate High-Yield and U.S. Emerging Markets Indices are mutually exclusive*
*(e) CMBS Other includes Non-ERISA Investment-grade CMBS*
*Source: Lehman Brothers*

## U.S. TREASURY INDEX

The U.S. Treasury Index includes public obligations of the U.S. Treasury that have remaining maturities of one year or more. Treasury bills are excluded by the maturity constraint, though they are part of the Short Treasury Index that also includes Treasury notes and bonds that have seasoned to below one year-to-maturity. In addition, certain special issues, such as state and local government series bonds (SLGs), are excluded.[11] Coupon issues that have been stripped are reflected in the index based on the underlying coupon issue rather than in stripped form. Thus, STRIPS are excluded from the index because their inclusion would result in double-counting. For investors with significant holdings of STRIPS, customized benchmarks are available that include STRIPS with a decreased weighting of corresponding coupon issues. Original-issue discount securities (e.g., zero coupon bonds), are index-eligible provided they met all other index rules.

*The U.S. Treasury Index does not include bills, STRIPS or TIPS.*

U.S. Treasury Inflation-Protection Securities (TIPS) were initially included in the U.S. Treasury Index when they were first issued in 1997. As of December 31, 1997, they were excluded from the U.S. Aggregate Index and thus from the U.S. Treasury Index based on their "separate asset class status." The U.S. TIPS Index is now a component of the Global Inflation-Linked Index group. In July 2004, we discontinued using the implied Aaa+ rating for U.S. Treasuries. These issues are rated Aaa/AAA/AAA at the security

---

[11] *SLGs are non-marketable instruments issued to municipalities for defeasing tax-exempt debt.*

level and are not differentiated from other government-related, corporate, or securitized Aaa-rated securities when calculating an index's average quality.

### Hourly U.S. Treasury Index

The Lehman Brothers Hourly Treasury Index is an hour-by-hour flash indicator of market performance and is published by the Wall Street Journal and various electronic data vendors.

Daily returns are calculated from 9 am to 3 pm on a static universe of Treasury securities determined each month-end. This means that new securities settling in the middle of a month will not contribute to returns until the beginning of the next month. Coupon reinvestment occurs on a monthly basis. However, statistics such as duration are calculated on a dynamic universe of Treasury securities that includes newly settled issues. Historically, the HTI had calculated daily returns on a dynamic universe of securities at 5 pm and assumed daily compounded returns and reinvestment of coupon return.

The Hourly Treasury Index consists of all U.S. Treasury securities with at least one year-to-maturity. The Intermediate Hourly Treasury Index has a maturity range from 1-to-10 years. The long hourly index has a minimum maturity of 10 years. Treasury STRIPS do not contribute to these benchmarks. Index returns are market-value weighted with an inception date of January 1981.

### U.S. Short Treasury Index

The U.S. Short Treasury Index is composed of zero-coupon Treasury Bills and fixed-rate Treasury bonds with a maturity between 1 and 12 months. As Treasury bonds and notes fall below one year-to-maturity and exit the U.S. Treasury Index, they become eligible for the Short Treasury Index. Maturity subindices are published in three-month increments: 1-3 month, 3-6 month, 6-9 month, and 9-12 month and can be separated into subindices that only include bills or only include notes that have aged below 1-year.

### U.S. Treasury STRIPS Index

The U.S. Treasury STRIPS Index tracks the returns of Separate Trading of Registered Interest and Principal Securities (STRIPS) registered with the U.S. Treasury's Bureau of Public Debt. The index includes interest and principal payments stripped from existing U.S. Treasury notes and bonds. The index is not part of the U.S. Treasury Index, as this would result in the double counting of the underlying securities in that index. Subindices by maturity range (0-5 Year, 5-10 Year, 10-20 Year, and 20+ Year) as well as annual maturity buckets (0-1 Years, 1-2 Years, etc.) are available for this index. Index history is available back to January 1, 2006.

### U.S. GOVERNMENT-RELATED INDEX

In an effort to make our classification scheme global in nature and not reflective of the perspective of a single region, U.S. Agencies and non-corporates merged into a single Government-Related sector on January 1, 2005. The government-related sector is designed to categorize issuer level risk in a more descriptive manner and group all issuers with governmental affiliations separately from corporates or treasuries. This change eliminated classification differences that arise when government agencies and local authorities issue bonds in their native (domestic) and non-native (foreign) currencies. Historical returns for the U.S. Government-Related Index date back to January 1994.

*The U.S. Government-Related Index is **not** a replacement for the U.S. Government Index.*

The U.S. Government-Related Index, however, does **not** replace the U.S. Government Index, which still exists as a standalone index consisting of U.S. Treasuries and native currency U.S. Agencies (Fannie Mae, Freddie Mac, Federal Home Loan Bank, etc.).

The Government-Related Index is broken out into four subsectors: Agencies, Local Authorities, Sovereign, and Supranational. Within each subsector, the index may be further broken out, when applicable, as follows:

- *Currency of Issue*: The agency and local authority sectors can be further broken into:

  - **Native Currency** (denominated in the domestic currency of the country of domicile of the issuer; for example, Fannie Mae debentures issued in USD). Dollar denominated native currency agency debt comprise the U.S. Agency Index.

  - **Non-Native Currency** (denominated in a currency other than the domestic currency of the issuer's country of domicile; e.g., KfW bonds issued in USD).

- *Government Affiliation*: The subsectors within the Agency sector:

  - **Government Guaranteed**: Issues that carry direct guarantees of timely payment of interest and principal from central governments. Government ownership is not a factor, although most entities will be government owned. Examples of issuers in this category include: KfW, the State of Israel, Deposit Insurance Corp of Japan, Canada Housing Trust, and Radio TV Espanola;

  - **Government Owned, No Guarantee**: Issuers that are more than 50% owned by government-related entities (including all direct central and local government ownership as well as indirect ownership through other government owned entities), but which carry no guarantee of timely repayment. This includes state-owned entities that operate under special public sector laws. Entities that are less than 50% government owned go in the appropriate corporate industry category, unless the entity fits the definition of government sponsored;

  - **Government Sponsored**: Entities that are not 100% government owned and have no guarantee but carry out government policies and benefit from "closeness" to central government. Evidence of closeness includes government charters; government-nominated board members; government subsidies for carrying out "social" policies; provisions for lines of credit; or government policies executed at sub-economic rates with accompanying economic support from the government. Some Global Aggregate Index issuers in this category include Fannie Mae and Freddie Mac.

Taxable municipal bonds, which were previously categorized as Credit > Noncorporate > Foreign Local Government, are categorized as Government-Related > Local Authority under the current sector classification scheme.

**Figure 13.    U.S. Government-Related Index by Sector (Market Value %),
January 1, 2008**



*Source: Lehman Brothers*

### U.S. Agency Index

*The U.S. Agency Index is a
subcomponent of both the
Government-Related Index and
the U.S. Government Index.*

The U.S. Agency Index includes native currency agency debentures from such issuers as
Fannie Mae, Freddie Mac, and Federal Home Loan Bank. It is a subcomponent of both
the U.S. Government-Related Index (which also includes non-native currency agency
bonds, sovereigns, supranationals, and local authority debt) and the U.S. Government
Index (which includes U.S. Treasury debt). The index includes both callable and non-
callable agency securities that are publicly issued by U.S. government agencies, quasi-
federal corporations, and corporate or foreign debt guaranteed by the U.S. government
(such as USAID securities). Resolution Trust Funding Corporation (REFCORP) issues
were dropped from the index on July 1, 2004 because of a lack of liquidity and their
frequently stripped status.

### U.S. GOVERNMENT INDEX

The U.S. Government Index comprises the U.S. Treasury and U.S. Agency Indices. The
U.S. Government Index includes Treasuries (public obligations of the U.S. Treasury) and
U.S. agency debentures (publicly issued debt of U.S. Government agencies, quasi-federal
corporations, and corporate or foreign debt guaranteed by the U.S. Government) that
have remaining maturities of more than one year. The U.S. Government Index is a
component of the U.S. Government/Credit Index and the U.S. Aggregate Index.

**Lehman Brothers** | A Guide to the Global Family of Indices

## U.S. CREDIT INDEX

*The U.S. Credit Index comprises the U.S. Corporate Index and the non-native subcomponent of the U.S. Government-Related Index*

*Prior to 2000, the U.S. Credit Index was called the U.S. Corporate Index.*

The U.S. Credit Index comprises the U.S. Corporate Index and the U.S. Non-Corporate Credit Index (the non-native currency subcomponent of the U.S. Government-Related Index). The U.S. Credit Index was called the U.S. Corporate Index until July 2000, when the index was renamed to reflect the index's composition of both corporates and non-corporates. The U.S. Credit Index remains the universe of U.S. corporates, non-native currency agencies, non-native currency local authorities, sovereigns, supranationals and taxable municipals. To qualify for inclusion a bond must be rated investment grade (Baa3/BBB-/BBB- or better) by looking to the middle rating of Moody's, S&P, and Fitch (after dropping the highest and lowest available ratings).

References to the U.S. Corporate Index or U.S. Government/Corporate Index made prior to 2000 encompass what are now the U.S. Credit Index and U.S. Government/Credit Index.

U.S. Credit Index results are available on the basis of credit quality (Aaa-rated, Aa-rated, single-A rated, and Baa-rated) since 1973.

## U.S. CORPORATE INDEX

*The U.S. Corporate Index is a subset of the U.S. Credit Index*

The U.S. Corporate Index is the largest component of the U.S. Credit Index and includes dollar-denominated debt from U.S. and non-U.S. industrial, utility, and financial institutions issuers. Subordinated issues, securities with normal call and put provisions and sinking funds, medium-term notes (if they are publicly underwritten), 144A securities with registration rights, and global issues that are SEC-registered are included. Structured notes with embedded swaps or other special features, as well as private placements, floating-rate securities, and Eurobonds are excluded from the U.S. Corporate Index.

Each of the three major sectors of the U.S. Corporate Index (industrials, utilities, and financial institutions) is broken into two additional layers of classification.[12] For example, the industrial sector is divided into eight components: basic industry, capital goods, consumer cyclical and non-cyclical, energy, technology, transportation and communications. Each of these components is further subdivided at a more granular level. Lehman Brothers reports results for the major sectors daily and monthly. Results for smaller and more specialized subsectors are available on request. U.S. Corporate Index results are also available on the basis of credit quality (Aaa, Aa, single-A, and Baa-rated) since 1973. See sector table for more details.

**Figure 14.    U.S. Corporate Index Composition by Sector, January 1, 2008**

|  | Market Value ($ Million) | % of the Index |
|---|---|---|
| **Corporate** | **1,978,412** | **100** |
| **Industrial** | **926,809** | **46.9** |
| Basic Industry | 62,056 | 3.1 |
| Capital Goods | 93,951 | 4.8 |
| Consumer Cyclical | 135,959 | 6.9 |
| Consumer Non-Cyclical | 186,527 | 9.4 |
| Energy | 94,579 | 4.8 |

---

[12] *Detailed information on the Lehman Brothers Classification scheme can be found in Appendix 7.*

**Lehman Brothers** | A Guide to the Global Family of Indices

| | | |
|---|---|---|
| Technology | 55,494 | 2.8 |
| Transportation | 40,167 | 2.0 |
| Communications | 250,709 | 12.7 |
| Other Industrial | 7,365 | 0.4 |
| **Utility** | **192,214** | **9.7** |
| Electric | 134,655 | 6.8 |
| Natural Gas | 57,559 | 2.9 |
| **Financial Institutions** | **859,390** | **43.4** |
| Banking | 364,432 | 18.4 |
| Brokerage | 172,942 | 8.7 |
| Finance Companies | 168,633 | 8.5 |
| Insurance | 113,208 | 5.7 |
| REITS | 38,351 | 1.9 |
| Other Financial | 1,823 | 0.1 |

*Source: Lehman Brothers*

## U.S. GOVERNMENT/CREDIT INDEX

*The U.S. Government/Credit Index is the oldest macro index published by Lehman Brothers.*

Created in 1979, the U.S. Government/Credit Index is the oldest macro index published by Lehman Brothers. It is the combination of the U.S. Treasury, U.S. Government-Related, and U.S. Corporates Indices and is equivalent to the union of the U.S. Government and U.S. Credit Indices. Prior to 2000, the index was named the U.S. Government/Corporate Index.

## U.S. SECURITIZED INDEX

The U.S. Securitized Index is the largest component of the U.S. Aggregate Index and consists of the U.S. MBS Index, the ERISA-Eligible CMBS Index, and the fixed-rate ABS Index. As of April 1, 2007, the U.S. MBS Index will include both fixed-rate agency passthroughs and agency hybrid ARM securities.

**Lehman Brothers** | A Guide to the Global Family of Indices

## U.S. MBS INDEX

*The U.S. MBS Index includes fixed-rate and hybrid ARM agency passthrough securities*

The U.S. MBS Index covers the mortgage-backed passthrough securities of Ginnie Mae (GNMA), Fannie Mae (FNMA), and Freddie Mac (FHLMC). The index includes fixed-rate and hybrid ARM passthrough securities. Introduced in 1986, the GNMA, FHLMC, and FNMA fixed-rate indices for 30- and 15-year securities were backdated to January 1976, May 1977, and November 1982, respectively. Balloon securities were added in 1992, but then excluded beginning January 1, 2008. 20-year securities were added in July 2000. As of April 1, 2007, the index includes agency hybrid adjustable-rate mortgage (ARM) passthrough securities in which the homeowner pays a fixed interest rate for a fixed period of time (typically 3, 5, 7, or 10 years) and a floating-rate (reset either annually or semi-annually) after that period.

*Hybrid ARMS entered the U.S. MBS Index on April 1, 2007*

The MBS Index excludes buydowns, graduated-equity mortgages, mega pools, prepayment penalty mortgages, 10-year securities, interest-only (I.O.), and project loans.[13] Manufactured homes (GNMA) were dropped in January 1992 for liquidity reasons. Graduated-payment mortgages (GPMs) were dropped in January 1995 for similar liquidity reasons. Non-agency (whole loan) and jumbos are excluded. On December 31, 1998, quarter-coupon fixed rate securities were dropped from the index.

*The MBS Index excludes CMOs.*

The MBS Index also excludes Collateralized Mortgage Obligations (CMOs). Similar to Treasury STRIPS, the agency MBS collateral pledged to CMOs is already included in the index; the inclusion of CMOs would result in double-counting. The growth and relative weightings of the MBS Index issuers over time are shown in Figure 15.

**Figure 15.    U.S. MBS Index (Market Value %), January 1, 2008**



*Source: Lehman Brothers*

---

[13] *Graduated payment mortgages (GPMs) have constant coupon rates but payments that adjust upward in the early years. The payment is initially set below the fully amortizing level and adjusts upward according to a set schedule until it reaches a point where the loan is fully amortizing over the remaining term. Any shortfall between the interest charges and the payment is added to the principal balance.*

*Growing equity mortgages (GEMs) begin as fully amortizing 30-year mortgages. The monthly payment increases annually for the first 3-5 years, with the excess payment used to pay down the principal balance. As a result, the loan is paid off in full in 18-22 years. These are excluded from the MBS Index primarily for liquidity reasons.*

*Project loans are mortgages on multifamily buildings that carry federal insurance or guarantees. Very few would meet the $250 million liquidity constraint for inclusion in the Index.*

*Fixed-Rate Agency MBS Aggregates*

The fixed-rate portion of the index is formed by grouping the universe of over 1,000,000 individual TBA deliverable fixed-rate MBS pools into approximately 5,500 generic aggregates (although only a certain number meet the index criteria because of liquidity constraints). These aggregates are defined according to the following parameters:

- Agency (GNMA, FNMA, FHLMC)

- Program (30-year, 15-year, 20-year)

- Coupon (6.0%, 6.5%, etc. in half percent increments)

- Origination year based on weighted average loan age (WALA) (2004, 2005, etc.)

Each aggregate is a proxy for the outstanding pools for a given agency, program, issue year, and coupon. The aggregates are assigned eight-character identifiers called "generic CUSIPS" along these three dimensions when evaluating for index eligibility. The first three letters represent the sector (Figure 16); the next three represent the fixed-rate coupon in eighths (first two numbers for the whole coupon, the third number for half percent increments); and the last two represent origination year (based on WALA). For example, a Fannie Mae 30-year, 6.5% pool originated in 2005 would map to the generic, FNA06405. Generics that meet the U.S. Aggregate's minimum index maturity (weighted average maturity greater than 1-year) and liquidity criteria (greater than $250 million) qualify for inclusion in the index. Approximately 400 of these generic aggregates meet the criteria.

**Figure 16.    U.S. MBS Fixed-Rate Sector Codes**
**(First 3 Characters of Fixed-Rate Generic CUSIPS)**

| Sector Code | Definition | Maturity | In MBS Index |
|---|---|---|---|
| GNa | GNMA I Single Family Pool | 30 years | √ |
| GNb | GNMA II Single Family Pool | 30 years | √ |
| GNc | GNMA Buydown Pool | 30 years | |
| GNd | GNMA I Graduated Payment | 30 years | |
| GNe | GNMA II Graduated Payment | 30 years | |
| GNf | GNMA I Single Family "Midget" | 15 years | √ |
| GNg | GNMA II Single Family "Midget" | 15 years | |
| GNh | GNMA Manufactured Home Class B | 15 years | |
| FHa | FHLM Cash Single Family | 30 years | |
| FHb,FGb | FHLM Guarantor and Gold SF | 30 years | √ |
| FHc | FHLM Guarantor FHA/VA | 30 years | |
| FHd,FGd | FHLM Guarantor and Gold SF | 15 years | √ |
| FHe | FHLM Cash Single Family | 15 years | |
| FHf | FHLM 5-years Balloon | | |
| FHg | FHLM 7-years Balloon | | |
| FHh,FGh | FHLM Cash & Guarantor Gold SF | 20 years | √ |
| FNa | FNMA Conventional Long Term | 30 years | √ |
| FNb | FNMA Government Long Term | 30 years | |
| FNc | FNMA Conventional Intermediate | 15 years | √ |
| FNd | FNMA 7-years Balloon | | |
| FNe | FNMA Conventional Long Term | 20 years | √ |

*Source: Lehman Brothers*

The aggregates included in the index are priced daily using matrix pricing based on trader TBA price quotations by agency, program, coupon, and WALA. Securities that are not priced explicitly are assigned the same price as the benchmark with the closest WAM.

### Agency Hybrid ARM Aggregates and Subaggregates

Hybrid ARM aggregates are constructed based on the same attributes used for the fixed-rate index: agency, program, coupon, and origination year. Within each sector (FN 3/1s, 5/1s, etc.), pools are grouped into aggregates by coupon in increments of 0.25% (the fixed-rate portion of the MBS index uses 0.5% increments). Thus, the maximum pool coupon variation within each aggregate is limited to ±0.125% around the aggregate's coupon. Each coupon group is then segregated by origination year. A pool is mapped to an origination year based on the weighted average origination year of the underlying loans, not the year the loans were securitized to create the pool. Aggregates are index eligible if they have more than one-year remaining on their fixed-coupon leg and have a par amount greater than $250 million.

**Figure 17.   U.S. Agency Hybrid ARM Index Composition by Issuer and Program (Market Value %), January 1, 2008**



*Source: Lehman Brothers*

One key difference between the fixed-rate and the hybrid sectors is the use of narrower "subaggregates" to price hybrids, given the greater pool diversity beyond coupon and origination year in the universe. Each hybrid ARM aggregate, is further segregated into subaggregates by: 1) the reference rate of the floating-rate coupon (1-year LIBOR, 6-month LIBOR, etc.); 2) the floating-rate coupon cap structure that limits the amount a floating rate coupon can change at the first reset date, periodic reset dates, and for the life of the security; and 3) and the existence of an IO feature. Because subaggregates are more narrowly defined, they will have fewer pools mapping to them and lower par amounts than their fixed-rate counterparts. Hybrid ARM constituents are listed at the subaggregate level within the index. Therefore it is important to understand our naming convention in order to identify each index component.

**Figure 18.    U.S. Hybrid ARM Sectors**
**(First 2 Characters of Hybrid ARM Subaggregate Generics)**

| Sector Code | Agency/Program | Fixed-Rate Term |
|---|---|---|
| F3 | FNMA 3/1 | 3-Years |
| F5 | FNMA 5/1 | 5-Years |
| F7 | FNMA 7/1 | 7-Years |
| FA | FNMA 10/1 | 10-Years |
| H3 | FHLMC 3/1 | 3-Years |
| H5 | FHLMC 5/1 | 5-Years |
| H7 | FHLMC 7/1 | 7-Years |
| HA | FHLMC 10/1 | 10-Years |
| G3 | GNMA 3/1 | 3-Years |
| G5 | GNMA 5/1 | 5-Years |
| G7 | GNMA 7/1 | 7-Years |
| GA | GNMA 10/1 | 10-Years |

*Source: Lehman Brothers*

The first two characters of a Hybrid ARM subaggregate represent the agency and program (Figure 18). The third character is a single letter that indicates both the reference rate used in the floating leg and the floating coupon cap structure (Figure 19). The fourth character identifies whether or not the security is a level pay or interest only security. The 5th and 6th characters represent the average coupon range in eighths (though specific coupons will reflect the weighted average coupon of the underlying pools mapped to the subaggregate). The last two characters represent the origination year. Liquid Hybrid ARM subaggregates are OAS priced (versus TBA priced) by Lehman Brothers traders with percentage payups specified to price seasoned vintages.

**Figure 19.    Third Character Values of a Hybrid ARM Subaggregate (Used To Identify the Rate Index and Floating Coupon Cap Structure)**

| Rate Index | Interest Rate Caps | | | | |
|---|---|---|---|---|---|
| | 225 | 525 | 226 | 526 | 115 |
| 1-year LIBOR | A | B | E | F | M |
| 1-year CMT | C | D | G | H | N |
| 6-month LIBOR | I | J | K | L | O |

*Source: Lehman Brothers*

**Figure 20.    Sample Decomposition of a Hybrid ARM Subaggregate (F3AO4203)**

From its generic CUSIP, subaggregate **F3AO4203** represents pools with the following characteristics:

- Fannie Mae (**F**3AO4203)

- 3/1 (F**3**AO4203)

- Floating rate referenced to 1-year LIBOR (F3**A**O4203).

- Cap on the amount the Floating Rate coupon can move of 2% at initial reset, 2% each reset thereafter, and 5% for the life of the security (F3**A**O4203).

- IO (F3A**O**4203)

- 4.25% coupon (F3AO**42**03)

- 2003 origination year (F3AO42**03**)

**Lehman Brothers** | A Guide to the Global Family of Indices

*U.S. MBS Index Settlement Assumptions*

*The MBS Index convention uses same day settlement prices.*

The MBS Index convention uses same day settlement prices with paydowns estimated throughout the month, as opposed to the market's convention of PSA settlement. Because prepayment data for a given month is reported after index results have been calculated, paydown returns in the MBS Index are reported with a one-month delay. As an example, the paydown return for January will reflect December prepayment data (which were made available by the agencies during January) since complete factor (or prepayment) data for January will be not available until the middle of February (due to PSA settlement).[14] The MBS Index reflects an estimate of paydowns in the statistics universe on the first business day of the month and the actual paydowns after the 16th business day of a month.[15] When the index was first introduced, paydown returns each month were calculated based on estimated prepayments and then restated the following month. This was replaced with the present one-month lag procedure in January 1989.

## U.S. FIXED-RATE ASSET BACKED SECURITIES (ABS) INDEX

*The ABS Index has four subsectors—credit and charge card, auto, home equity loan, and stranded-cost utility.*

The fixed-rate U.S. Asset-Backed Securities (ABS) Index was introduced in January 1992. It has four subsectors—credit and charge card, auto loan, home equity loan, and stranded-cost utility (Figure 21). The fixed-rate manufacturing housing sector was removed from the index on January 1, 2008. To be included in the index, an issue must have a fixed-rate coupon structure, have an average life greater than or equal to one year, and be part of a public deal. The index includes passthrough, bullet, and controlled amortization structures. The ABS Index expanded in July 2000 to include securities with $500 million deal size and $25 million tranche size. The ABS Index includes only the senior class of each ABS issue and the ERISA-eligible B and C tranche. Our criteria for including an issuer in the index are based on Lehman Brother's ability to price an issuer's bonds accurately based on available public information. A specific issuer inclusion list is available on LehmanLive and upon request. Between January 1990 and the inception of the ABS Index, bullet ABS structures were assigned to the finance sector of the U.S. Credit Index.

---

14 *Each month the mortgage agencies report detailed information about every mortgage pool outstanding, including the remaining balance expressed as a percentage of the original balance. This information is used to calculate prepayment rates for the previous month. Freddie Mac releases its factor tape on the first business day of the month, Fannie Mae on the fifth business day, and Ginnie Mae on the fifth through ninth business days.*

15 *On LehmanLive.com, we have published a series of research papers called Managing Against the Lehman Brothers MBS Index that details MBS Index pricing, returns, and duration calculation.*

**Lehman Brothers** | A Guide to the Global Family of Indices

**Figure 21.  Fixed-Rate U.S. ABS Index Composition (Market Value %),
January 1, 2008**



*Source: Lehman Brothers*

## U.S. CMBS INDEX (U.S. AGGREGATE ELIGIBLE PORTION)

The Commercial Mortgage-Backed (CMBS) Index was introduced on January 1, 1999, and a portion of this index was added to the U.S. Aggregate Index on July 1, 1999. The CMBS Index has several components (investment grade, high yield, interest-only), but only ERISA-eligible securities with an original deal size of $500 million, current deal size of $300 million, and tranche size greater than $25 million from the investment-grade index contribute to the U.S. Aggregate Index. For complete details on this index, please refer to the Commercial Mortgage-Backed Index section of this guide.

## U.S. HIGH-YIELD INDEX

The U.S. High-Yield Index covers the universe of fixed-rate, non-investment-grade debt. The index was introduced in January 1986, with historical data available from January 1983. Lehman Brothers began publishing returns for this index on a daily basis from September 1, 1998. Inclusion rules are as follows:

- All bonds included in the U.S. High-Yield Index must be USD denominated and non-convertible.

- Only corporate bonds are eligible for the U.S. High-Yield Index. Lehman Brothers publishes a separate CMBS High-Yield Index.

- Securities must be rated speculative grade: Ba1/BB+/BB+ or lower. If Moody's, S&P, and Fitch provide a rating for a security, the middle rating of the three ratings is used. If only two of Moody's, S&P and Fitch provide a rating for a security, the lower of the two ratings is used. A small number of unrated bonds are included in the index; to be eligible they must have previously held a speculative rating or have been associated with a high-yield issuer, and must trade accordingly. Prior to July 1, 2005, the lower rating of Moody's and S&P was used to determine index eligibility.

- Bonds must have at least one year remaining to maturity

- Minimum outstanding par value of at least $150 million. This limit of $150 million was raised from $100 million in July 2000.

- Pay-in-kind (PIK) bonds, Eurobonds, and debt issues from countries designated as emerging markets (sovereign rating of Baa1/BBB+ and below using the middle of Moody's S&P, and Fitch) are excluded, but Canadian and global bonds (SEC registered) of issuers in non-Emerging Markets countries are included.

- Original issue zeroes and step-up coupon structures are included. Capital securities with a defined maturity or term are index eligible as of January 1, 2007.

- On January 1, 1998, Lehman Brothers added 144A securities to this index, and, as of July 1, 2000, defaulted securities were removed from the U.S. High-Yield Index.

- Defaulted securities are removed from the index at the end of the month after a default occurs.

Multiple issuer capped/constrained versions of the U.S. High-Yield Index are published with different concentration limits (1% cap, 2% cap, etc.) and with different redistribution rules (sector neutral, index wide pro-rata redistribution, etc). See Appendix 12 for more details on our issuer capping methodology.

**Lehman Brothers** | A Guide to the Global Family of Indices

Figure 22.    U.S. High-Yield Index Composition by Credit Quality (Market Value %), January 1, 2008



*Source: Lehman Brothers*

## U.S. CONVERTIBLES INDEX

In March 2003, we formally entered "equity space" for the first time with our launch of the U.S. Convertibles Index. The index includes all four major classes of USD equity-linked securities: convertible cash coupon bonds, zero-coupon bonds, preferred convertibles with fixed par amounts, and mandatory equity-linked securities (Figure 23). The rules for inclusion in the U.S. Convertibles Index are as follows:

- All issues must have an outstanding amount of at least $50 million.

- All must be non-callable and not in default.

- All must have at least 31 days until maturity.

- All must be registered or 144A tranches denominated in USD.

Figure 23.    U.S. Convertibles Index Composition (Market Value %), January 1, 2008



*Source: Lehman Brothers*

### EURODOLLAR INDEX

Lehman Brothers introduced the Eurodollar Index in April 1994 with index history back to 1987, except for global bonds, which go back to 1989.[16]

To be included in the Eurodollar Index:

- A bond must be non-SEC registered (except for global bonds, which can be SEC-registered), fixed-rate, and USD denominated. Eurobonds issued as part of Euro-medium-term note programs may be included, as may Dragon bonds (bearer securities that are launched, syndicated and sold in Asia, excluding Japan). A security with both Reg-S and 144A tranches is treated as one security, whereby we include the 144A tranche and exclude the Reg-S tranche to prevent double-counting.

- It must be rated investment grade (Baa3/BBB-/BBB- or better) using the middle rating of Moody's, S&P and Fitch after dropping the highest and lowest available ratings. The method essentially works as a "2 out of 3" rule, since a bond needs at least two of the three agencies to rate the bond as investment-grade to qualify for our investment-grade indices (or two agencies to rate as high yield to qualify for our high-yield indices). If only two agencies rate a security, then the more conservative (lower) rating will be used. If only one rating agency rates a security, then that one rating will be used. In a limited number of cases, bonds of investment-quality issuers are included despite the absence of a rating of an issue if they satisfy certain other criteria. These bonds must be widely perceived as investment-grade and trade accordingly. Prior to implementing this 2 out of 3 rating criterion in July 1, 2005, our method was to use the more conservative of Moody's and S&P's ratings.

- All bonds in the index must have at least one year-to-maturity and an outstanding par value of $250 million, or $200 million in the case of Japanese ex-warrant bonds.

- Floating-rate securities, convertibles, ABS, and bonds with warrants are excluded. Dollar-denominated pfandbriefes are eligible for the Eurodollar Index, but not the U.S. Aggregate Index as of March 2007.

### COMMERCIAL MORTGAGE-BACKED SECURITIES (CMBS) INDICES

Commercial Mortgage-Backed Securities (CMBS) Indices were added to the Global Family of Indices in January 1997. ERISA-Eligible CMBS were added to the U.S. Aggregate Index in July 1999. The CMBS Index family consists of four components:

- *CMBS Investment-Grade Index*—measures return for investment-grade classes. This index can be further broken down into an Aaa Super Duper Index, tracking the market for 2004 and later CMBS tranches with greater than 25% credit support.

- *CMBS High-Yield Index*—measures return for non-investment-grade and non-rated classes.

- *CMBS Interest-Only Index*—measures return for interest-only classes.

- *Commercial Conduit Whole Loan Index*—measures return for all bond classes and interest-only classes.

---

[16] *The revised index was made more inclusive with the addition of Dragon and global bonds.*

The CMBS Investment-Grade Index is further subdivided into two components:

- The U.S. Aggregate-eligible component measures return for all investment-grade bonds that are ERISA-eligible under the underwriter's exemption and provided they meet all other inclusion rules on placement type, liquidity, maturity, and credit quality. This is the only CMBS sector that contributes to the U.S. Aggregate Index.

- The non-U.S. Aggregate-eligible component measures return for all investment-grade bonds that are not ERISA-eligible under the underwriter's exemption. However, many of these bonds may be ERISA-eligible under account-specific exemptions. This index component is not included in the U.S. Aggregate Index.

The following index rules are used to create these indices:

- For investment-grade indices, securities must be rated Baa3/BBB-/BBB- or higher. For the high-yield sector, securities must be rated Ba1 or lower using the middle rating of Moody's, Fitch, and S&P.

- All transactions must be private label. No agency transactions are included.

- The collateral for each transaction must be originated specifically for securitization.

- In July 2004, the Investment-Grade CMBS Index expanded its security coverage to include privately issued securities registered as 144A. Our High-Yield CMBS Index already included 144A issues and coverage expanded to investment-grade 144A tranches. This rule does not apply to the U.S. Aggregate-eligible CMBS Index and so does not affect the U.S. Aggregate Index.

- Each original aggregate transaction size must be at least $500 million with a minimum tranche size of $25 million to be included in the U.S. Aggregate Index-eligible portion of the investment-grade CMBS Index. Current outstanding transaction sizes must be at least $300 million to remain in the CMBS Index. No such tranche size restriction exists for the broader Investment-Grade and High-Yield CMBS Indices.

- All certificates must be either fixed-rate, weighted average coupon (WAC), or capped WAC securities. No floating-rate certificates are included.

- All certificates must have an expected maturity of at least one year.

**Figure 24.   U.S. Investment Grade CMBS Index Composition (Market Value %) by Quality and Average Life, January 1, 2008**

| Quality | Average Life | | | | |
| | 1-3.5 Yr | 3.5-6 Yr | 6-8.5 Yr | 8.5+ Yr | Total |
|---|---|---|---|---|---|
| Aaa | 17.57 | 21.67 | 31.17 | 20.26 | 90.67 |
| Aa | 0.38 | 0.65 | 1.34 | 1.15 | 3.52 |
| A | 0.27 | 0.51 | 1.13 | 0.94 | 2.85 |
| Baa | 0.26 | 0.51 | 1.09 | 1.11 | 2.97 |
| **Total** | 18.48 | 23.33 | 34.73 | 23.46 | 100.00 |

*Source: Lehman Brothers*

*CMBS Index Return Calculations*

*Two elements of total return are unique to the CMBS Index.*

CMBS Index returns are made up of five elements, the last two of which are unique to the CMBS Index only:

- *Price return* is the return derived by price changes caused by interest rate movements and spread changes.

- *Coupon return* is the return associated with the coupon payment on a certificate.

- *Paydown return* is the return related to expected or unexpected payments of principal. In the case of commercial mortgage loans, prepayments are often accompanied by prepayment premiums. Paydown return may be associated with the related prepayment premium return component (see next item).

- *Prepayment premium return* is the return due to additional premiums paid in connection with certain prepayments. Prepayment premiums are generally distributed to investors as excess interest.

- *Writedown return* is related to the reduction in the outstanding class balance due to a loss of principal. The principal loss is valued at the ending price of the bond.

The Lehman Brothers CMBS trading desk is the primary source of pricing for the CMBS Index. A database maintained and updated by Lehman Brothers tracks deal information including, but not limited to, class sizes, new issues, and rating changes. Indicative bond data, including updates to certificate sizes and coupons, as well as collateral data, are received each month from Trepp and/or Intex. The Lehman Brothers proprietary trading system provides the cash flows for the transactions. The Lehman Brothers system also calculates the prices, average lives, durations, and principal windows under the specific pricing assumptions set by Lehman Brothers traders.

Spreads are updated daily, priced on the bid side, representing 3 pm New York time levels. The only exception to this procedure is that new issues are quoted at the offer price during their first month to avoid penalizing a fund manager who recently acquired the certificates.

The CMBS Index has history dating back to December 1996. Historical indicative spreads on the outstanding new origination transactions were used to create the historical index returns prior to the index inception date.

### U.S. CORPORATE FLOATING-RATE NOTE (FRN) INDEX

On October 1, 2003, the U.S. Floating-Rate Note (FRN) Index was launched, measuring the performance of floating-rate notes across sector, credit quality, maturity, and asset class while providing an important boost to liquidity into the FRN market. This index is not part of any of our U.S. Aggregate Index, which is a fixed coupon index. Eligibility rules for the U.S. FRN Index include:

- Minimum of $300 million outstanding

- Minimum of 1-month to final maturity with an issue date of 1998 or later. Prior to April 1, 2007, the minimum time to maturity was 13-months.

- Must have an original maturity of at least 18 months.

- Rated at least Baa3/BBB-/BBB- using the middle rating of Moody's, S&P, and Fitch for bonds issued by corporate entities

- Bullet and callable structures, FRNs with coupon step-ups, 3-month LIBOR-based fixed spread securities, corporate entities and funding agreements are included in the index. Yankee CDs, ABS, preferred, perpetual, longer dated maturity and agency issues are excluded. ABS Floaters are part of a separate ABS Floater Index and are therefore excluded.

- The index includes securities from both corporate and non-corporate sectors.

### U.S. HIGH-YIELD FLOATING-RATE NOTE (FRN) INDEX

In March 2006, the U.S. High-Yield Floating-Rate Note (FRN) Index was added to the Global Family of Indices to track the market of non-investment-grade corporate floating-rate debt. This index complements our existing suite of high-yield (fixed-rate, CMBS, bank loan, municipal, and emerging markets) and floating-rate (corporates and ABS) dollar-denominated indices. To maintain consistency in how we track the high-yield corporate market, this index will have the same inclusion rules as the fixed-rate U.S. High-Yield Corporate Index except that index-eligible bonds must have a floating-rate coupon.

### U.S. FLOATING-RATE ABS INDEX

On May 1, 2005, Lehman Brothers launched the U.S. ABS Floating-Rate Index to track the growing floating-rate segment of the ABS market. For a security to be index-eligible, it must meet the following rules:

- *Collateral*: Types are restricted to home equity, credit card, auto (retail and wholesale loans), and student loans (Figure 25).

- *Issuer Eligibility*: Only the ten largest issuers will be included to ensure pricing quality, liquidity, and transparency. Issuer eligibility is evaluated every January and updated for index returns as of April 1. The top 10 issuers for each of the four index-eligible sectors (e.g., HEL, credit card, student loan, auto loan) will be included in the index, provided their total three-year public issuance exceeds $5 billion. Total 3-year public issuance volumes will be calculated for each sector using the following guidelines:

  - For home equity (HEL) and student loans, issuance numbers include only floating-rate securities.

  - For credit cards and auto loans, issuance numbers include both floating- and fixed-rate securities.

  - USD securities backed by non-US collateral (e.g., Barclays credit cards) are excluded.

  To maintain index stability, changes to the issuer eligibility list are applied on a forward-looking basis, impacting only floating-rate ABS issued after the change on April 1 of each year. The current list of index-eligible issuers can be found on LehmanLive.

- *Deal Size*: The total at origination (including both fixed and floating-rate securities) must be greater than or equal to $500 million.

- *Tranche Size*: The amount outstanding must be greater than or equal to $25 million.

- *Weighted Average Life*: The WAL of the tranche must be at least one year.

- *ERISA-eligible*: Securities must be ERISA-eligible (no 144A or private securities).

- *Currency*: U.S. dollar-denominated.

- *Coupon*: Floating-rate.

- *Credit Quality*: The credit card, auto loan, and student loan subindices must contain investment-grade securities (Baa3/BBB-/BBB- and higher). The HEL subindex only contains securities rated Aa3/AA-/AA- or higher and must be rated by Moody's to ensure accurate pricing due to varying prepayment rate, trigger, and loss assumptions.

- *Exclusions*: High-LTV, interest-only (IO) loans, net interest margin (NIM) loans are excluded and HEL second-lien-only transactions are excluded.

**Figure 25.    U.S. Floating-Rate ABS Index by Collateral Type (Market Value %), January 1, 2008**



*Source: Lehman Brothers*

### INVESTMENT-GRADE 144A INDEX

The Investment-Grade 144A Index was introduced in January 1998. The index includes only corporate 144A securities with an investment-grade rating using the middle rating of Moody's, S&P, and Fitch. Corporate 144A securities with lower-quality ratings are included in the U.S. High-Yield Index starting in January 1998.

On July 1, 2000, ERISA-eligible 144As with registration rights became eligible the U.S. Aggregate Index. In addition, when securities in this index become publicly registered, they move into the U.S. Aggregate Index, provided all other rules are met.

### U.S. HIGH-YIELD LOAN INDEX

Launched in the first quarter of 2006, the U.S. High-Yield Loan Index tracks the market for dollar-denominated floating-rate leveraged loans. Instead of individual securities, the U.S. High-Yield Loan Index is composed of loan tranches that may contain multiple contracts at the borrower level. Index data is sourced from Standard & Poor's and Markit Group, so a loan facility must be part of the S&P database in order to be index-eligible. Rules for inclusion are as follows:

- Must be U.S. dollar-denominated.

- Must have at least $150 million in loan tranche amount outstanding to help ensure pricing quality, liquidity, and transparency.

- Must either be rated high-yield (BB+ or below) by Standard & Poor's.

- Must have at least one year-to-term or final maturity.

- Must be either senior secured, unsecured but broadly held by investors, or first or second lien facilities.

- Must have an initial minimum spread of LIBOR +125 bp at loan inception.

- The following term loan types are included[17]:

  - Amortizing term loans (A-term loans) - a term loan with a progressive repayment schedule that typically runs 6 years or less.

  - Institutional term loan (B-term, C-term or D-term loans) - carved out for institutional investors with longer maturities than the A-term loans and a backend-loaded repayment schedule

  - Acquisition loans (delayed-draw term loans) – a term loan which allows the borrower to pay a fee and purchase specified assets or acquisitions, repaying them over a specified period.

  - Bridge loans

- Loans which do not have bids posted on the facility for at least 12 consecutive weeks are excluded.

- Revolving credit line loan facilities are excluded

- When a loan is replaced due to refinancing, the original term loan will be removed from the index at month-end. The new term loan will enter the index and contribute to returns for the following month.

## MUNICIPAL INDEX

Lehman Brothers began publishing municipal bond indices in January 1980. They are broad market performance benchmarks for the long-term tax-exempt bond market. Like the other Lehman Brothers bond indices, the Municipal Indices are rules-based and market-value weighted. As of December 2005, approximately 37,000 bonds were included in the Municipal Index, with a market value of $920 billion.

*Investment-Grade Lehman Brothers Municipal Index*

Eligibility rules for the Investment-Grade Lehman Brothers Municipal Index are as follows:

- Bonds must have at least one year-to-maturity

- Non-credit enhanced bonds (municipal debt without a guarantee) must be rated investment grade (Baa3/ BBB-/BBB- or better) by looking to the middle rating of Moody's, S&P, and Fitch (after dropping the highest and lowest available ratings) to determine a security's index eligibility. Prior to using this 2 out of 3 rating criterion in July 1, 2005, we first used Moody's ratings as the primary source and then the more conservative of Moody's and S&P's ratings.

- Securities must have an outstanding par value of at least $7 million and be issued as part of a transaction of at least $75 million. Prior to January 1, 2005, the liquidity constraint was $50 million/ $5 million. The liquidity constraint for several lower

---

[17] *Standard & Poor's: A Guide to the Loan Market, September 2005, p. 13-14.*

**Lehman Brothers** | A Guide to the Global Family of Indices

capitalized state specific benchmarks is $20 million deal size and $2 million issue size.

- Taxable municipal bonds, remarketed issues, bonds with floating-rates, and derivatives are excluded.

- Bonds with a dated-date of January 1, 1991 and later are eligible for inclusion into the benchmark.

*The Municipal Index has four main sectors: state and local general obligation bonds, revenue bonds, insured bonds and prefunded bonds.*

The Municipal Index has four main sectors: state and local general obligation bonds, revenue bonds, insured bonds (including all insured bonds with a Aaa/AAA rating), and prefunded bonds (Figure 26). Most of the index has historical data to January 1980. In addition, several subindices based on maturity and revenue source have been created, some with inception dates later than January 1980.

In January 1998, Lehman Brothers began calculating returns and statistics for the Municipal Index on a weekly and month-end basis. Since January 2001, results have been reported and published daily. Prices are provided by the Muller Data Corporation.

### Non-Investment Grade Municipal Index and "Enhanced" State-Specific Indices

In January 1996, Lehman Brothers also began publishing a non-investment grade municipal bond index and "enhanced" state-specific indices for Arizona, Connecticut, Maryland, Massachusetts, Minnesota, and Ohio. These indices are published separately from the Lehman Brothers Municipal Index.

To be included in the Lehman Brothers High-Yield Municipal Index, securities must:

- be rated Ba1 or lower or non-rated using the middle rating of Moody's, S&P, and Fitch;

- have an outstanding par value of at least $3 million and be issued as part of a transaction of at least $20 million;

- have been issued after December 31, 1990; and have a remaining maturity of least one year.

To be included in a Lehman Brothers Enhanced State Specific Municipal Indices, bonds must:

- have a minimum credit rating of Baa3 using the middle rating of Moody's, S&P, and Fitch;

- have an outstanding par value of at least $2 million and be issued as part of a transaction of at least $20 million;

- have been issued after December 31, 1990 and have a remaining maturity of least one year.

### Managed Money Municipal Indices

The appetite for total return based indices continues to grow in the municipal field. The increasing prominence of commingled assets from insurance and individual managed assets has fueled the need for analysis of tax-exempt and taxable fixed income investments based upon similar metrics. In 2005, Lehman introduced the Managed Money and Insurance Mandate Indices to match more closely the investment constraints of these buyers.

Directed toward money managers with high net worth individual clients, Managed Money Municipal Indices are designed to represent the universe of bonds that fit the

investment criteria of their clients. The indices provide a means of measuring the total return performance of high net worth and small institutional investments. These mandates often have a specific policy that may differ from traditional benchmarks. Lehman provides indices that cover a broad spectrum, including short (1-5 year maturities), intermediate (1-17 year maturities) and long (10+ year maturities) indices. In addition to our Municipal Index rules, bonds in the Managed Money Index must be non-AMT (Alternative Minimum Tax), issued within the past five years, rated at least Aa3. They may not be an airline, hospital, housing, or tobacco bond.

### Insurance Mandate Indices

The property & casualty insurance industry has been a prominent investor in the municipal market providing large demand for 15-20 year municipal assets. Since January 1, 2005, insurance companies that invest in taxable and tax-exempt assets have had a composite index available made up of 50% Lehman Brothers U.S. Aggregate Index and 50% Municipal Bond Insurance Mandate Index. The benchmark is representative of the typical insurance company portfolio manager's allocation between taxable fixed income asset classes and the universe of municipals. The rules on the U.S. Aggregate portion of the index are the same, but on the municipal segment, bonds in the index are A3/A-/A-rated or above, non-AMT, and range from 1 up to 22 year maturities. Short (1-5 year maturities) and Intermediate (1-10 year maturities) subsets are matched with their U.S. Aggregate counterparts creating maturity constrained indices.

**Figure 26.   Municipal Index Components, January 1, 2008**

|  | Number of Issues | Market Value ($ billion) | Inception Date |
|---|---|---|---|
| Municipal Index | 39,984 | 1,079.2 | Jan-80 |
| State GO | 4,198 | 105.9 | Jan-80 |
| Local GO | 3,084 | 63.4 | Jan-90 |
| Revenue | 7,573 | 253.8 | Jan-80 |
| Prerefunded | 5,772 | 174.7 | Jan-88 |
| Insured | 19,357 | 481.4 | Jan-90 |
|  |  |  |  |
| California Exempt | 5,658 | 177.1 | Jul-93 |
| New York Exempt | 5,391 | 163.0 | Jul-93 |
| Managed Money Index | 22,385 | 504.8 | Jul-93 |

*Source: Lehman Brothers*

## CANADIAN INDICES

## Canadian Aggregate Index

In October 2002, we launched a stand-alone Canadian Aggregate Index that includes CAD-denominated treasury, government-related, corporate, and securitized securities. On January 1, 2003, Canadian corporate and agency issues joined existing Canadian treasuries within the Global Aggregate Index. These issues have a minimum liquidity constraint of $300 million equivalent and follow all other rules for Global Aggregate Index inclusion. Lehman Brothers works with Scotia Capital, a source of benchmark performance for the Canadian markets since 1947, on the pricing of this benchmark.

As of April 1, 2008, euro MTNs and deposit notes will became eligible for inclusion in the index. Euro medium-term notes are non-registered Euronotes similar to U.S.issued MTNs that are issued directly into the market on a continuous, rather one-time, basis.

# EUROPEAN INDICES

*The Pan-European Universal is composed of the Pan-European Aggregate, Pan-European EM, and the Pan-European High-Yield Indices.*

## PAN-EUROPEAN UNIVERSAL INDEX

The Pan-European Universal Index was launched on January 1, 2002 as an aggregation of existing European currency-denominated fixed income indices. It includes contributions from the Pan-European Aggregate Index, the Pan-European EM Index, and the Pan-European High-Yield Index.

## PAN-EUROPEAN AGGREGATE INDEX

*The Pan-European Aggregate Index includes eligible securities denominated in British pounds, Swedish krona, Danish krone, Norwegian krone, Czech koruna, Hungarian forint, Polish zloty, and Slovakian koruna.*

On January 1, 1999, Lehman Brothers introduced the Pan-European Aggregate Index, expanding coverage of European markets not included in the Euro-Aggregate Index (created on July 1, 1998). The Pan-European Aggregate Index features the Euro-Aggregate Index as its largest component, but also includes eligible securities denominated in British pounds (GBP), Swedish krona (SEK), Danish krone (DKK), Norwegian krone (NOK), Czech koruna (CZK), Hungarian forint (HUF), Polish zloty (PLN), and Slovakian koruna (SKK) (Figure 27). These last four currencies entered the index on January 1, 2005. A local currency Swiss franc index is also available but does not contribute to the overall Pan-European Aggregate Index. Apart from the currency constraint, the inclusion rules for the Pan-European Aggregate Index are identical to those of the Euro-Aggregate Index.

To be eligible for the index, a security must:

- Be rated at least Baa3/BBB-/BBB- using the middle rating of Moody's, S&P, and Fitch. If only two of the three agencies rate the bond, the more conservative of the two will be used to determine index classification. In some cases, an issuer rating may be used for a bond when an agency does rate the security. If both the issue and issuer are found to be unrated by all three rating services, then the unrated bond issue does not participate in the index.

- Have a minimum par amount of €300 million for EUR-denominated securities and £200 million for GBP-denominated securities. For securities denominated in other index-eligible currencies, the liquidity requirement is €300 million equivalent, based on a conversion rate which is reset annually in November. The liquidity thresholds for securities not denominated in EUR are based on currency rates from the WM/Reuters Closing Spot Rates.

- Have a maturity greater than 1-year

- Be publicly issued in the Eurobond and index member domestic markets.

- Have a fixed-rate coupon. Fixed-to-floating-rate bonds are included until 1-year prior to the switch date.

Consistent with our global classification scheme, the major components of the Pan-European Aggregate Index are the Treasury, Government-Related, Corporate, and Securitized Indices. Aggregate subindices include the Euro-Aggregate, Sterling Aggregate, Danish Krone Aggregate, Swedish Krona Aggregate, Norwegian Krone Aggregate, and Central European Indices.

**Figure 27.    Pan-European Aggregate Index by Currency
(Market Value %), January 1, 2008**



*Source: Lehman Brothers*

## EURO-AGGREGATE INDEX

The launch of the European Monetary Union (EMU) on January 1, 1999, marked the birth of a new currency, the euro (EUR). Eleven national currencies were folded into the EUR, although they remained in circulation as subunits of the EUR through the first half of 2002. As of January 1, 2001, the Greek drachma also folded into the EUR, while the Slovenian tolar joined on January 1, 2007. This event eliminated foreign exchange risk within the Euro zone.

*The Euro-Aggregate Index was launched on July 1, 1998.*

To track the progress and implications of the EMU, we introduced the Euro-Aggregate Index on July 1, 1998. Index inclusion rules are as follows:

- All securities must be bonds issued in euros, regardless of the country of issue; a security of an issuer from outside the Eurozone may be included if it meets all the criteria of the index.

- All securities must be rated investment grade (Baa3/BBB-/BBB- or better) using the middle rating of Moody's, S&P, and Fitch after dropping the highest and lowest available ratings. The method essentially works as a "2 out of 3" rule, since a bond needs at least two of the three agencies to rate the bond as investment-grade in order to qualify for our investment grade indices (or two agencies to rate as high yield to qualify for our high-yield indices). If only two rating agencies rate a security, then the most conservative (lowest) rating will be used. If only one rating agency rates a security, then that one rating will be used. In some cases, issuer ratings will be used when a security level rating is unavailable. When there are no bond or issuer ratings, securities are considered unrated and are not included in the index. Since German Pfandbriefe are considered very high quality securities and yet many are from unrated issuers (mortgage banks, special purpose banks, and Landesbanken), Lehman Brothers assigns ratings that are one full rating category above the issuer's unsecured debt. This is consistent with Moody's methodology and reflects the collateral supporting Pfandbriefe. The result is that Pfandbriefe ratings are clustered in the Aa-rated and Aaa-rated categories. Before implementing this 2 out of 3 rating

criterion in July 1, 2005, we used the more conservative of Moody's and S&P's ratings.

- All issues must be fixed-rate securities.

- All issues must have at least one year remaining to maturity.

- The minimum outstanding for the Euro-Aggregate Index is €300 million for all bonds.

- The following security types are excluded from the Euro-Aggregate Index: convertible securities, floating-rate notes, warrants, private placements, linked bonds, structured products, German Schuldscheine (quasi-loan securities, excluded due to their trading restrictions and unlisted status, which results in illiquidity) and Genussscheine (bearer certificates with profit sharing, warrant or conversion rights, that are traded flat – i.e., no accrued interest).

- Soft-bullet or "extendable" ABS issues are included in the index.

- Capital securities that have fixed-to-variable coupons (including perpetual bonds) are included in the index until one year before their first call dates, providing they meet all other index criteria.

- In July 2004, bullet Danish MBS entered the Euro-Aggregate Index, as did senior unsecured fixed-to-floating rate securities.

Reporting of results for the Euro-Aggregate Index complies with European capital market conventions that implement standards set by ISMA (International Securities Market Association), as well as U.S. standards. Through December 31, 1998, Euro-Aggregate Index returns were published in ECU. Beginning January 1, 1999, all total returns are reported in EUR. As with all Lehman Brothers indices, returns can be calculated in different base currencies and quoted on either a currency hedged or unhedged basis. Total returns were reported for the index on a cumulative basis starting on July 1, 1998. However, with the introduction of the euro and the redenomination of the index, the cumulative return was reset to a new base inception date of January 1, 1999.

Currently, Lehman Brothers' trading desks are the primary source for pricing of the Euro-Aggregate Index. Lehman Brothers traders price approximately 75% of the market value of the Euro-Aggregate Index; the remainder is priced by independent vendors and exchanges or by a Lehman Brothers matrix. EUR and GBP Treasury bond price are mid market as of the end of the trading day in London. Other prices reflect the bid side, with the exception of new (non-Treasury) issues, which are quoted at the offer price upon entering the index.

**Lehman Brothers** | A Guide to the Global Family of Indices

Figure 28.    Euro-Aggregate Index by Country (Market Value %), January 1, 2008



Country of Issue defined as country of risk of issuing entity, not necessarily the issuer's legal domicile.
*Source: Lehman Brothers*

Figure 29.    Euro-Aggregate Index by Sector (Market Value %), January 1, 2008



*Source: Lehman Brothers*

## PAN-EUROPEAN HIGH-YIELD INDEX

The Pan-European High-Yield Index covers the universe of fixed-rate, non-investment-grade corporate debt denominated in EUR or other European currencies (except Swiss francs). Index history is available back to January 1999. Index inclusion rules include:

- Bonds must be fixed-rate and denominated in one of Pan-European Aggregate Index-eligible currencies.

**Lehman Brothers** | A Guide to the Global Family of Indices

- At least one year-to-maturity.

- Quality rating below Ba1/BB+/BB+ using the middle rating of Moody's, S&P, and Fitch. The Pan-European High-Yield Index does not include non-rated or D-rated bonds. Even though many otherwise investment-grade companies in Europe issue bonds without ratings, this rule prevents us from trying to choose which issuers are high yield and which are investment grade.

- Minimum par value of at least €100 million. Prior to January 1, 2006, the minimum liquidity was €50 million.

- The Pan-European High-Yield Index excludes debt from entities in countries that are designated as emerging markets (sovereign rating of Baa1/BBB+/BBB+ or below) and includes only corporates as of January 1, 2006.

Many index users choose to use issuer-constrained versions of our uncapped Pan European High-Yield Index that caps the exposure of index eligible issuers as a percentage of the total benchmark. The most commonly used versions include the 2% and 3% issuer capped indices.

**Figure 30.    Pan-European High-Yield Index Composition by Quality (Market Value %), January 1, 2008**



Source: Lehman Brothers

## EURO CORPORATE FLOATING-RATE NOTE (FRN) INDEX

On December 1, 2003, Lehman Brothers launched the Euro Floating-Rate Note (FRN) Index. Similar to the U.S. FRN Index, the Euro FRN Index is not part of an existing Aggregate Index, since they are fixed-coupon indices. Issues must meet the following criteria in order to be included in the Euro FRN Index:

- Minimum nominal amount of €300 million outstanding.

- Minimum of one month remaining to maturity.

- Rated at least Baa3 following Lehman Brothers' standard credit quality classification methodology

- Bullet, callable, and step-up structures are included but must have 3-month Euribor-based coupons. Other reset terms are excluded.

- Fixed spreads over their reference index.

- Must be one of the following issuer types: corporates or government-related (local authorities, sovereigns, or agency).

- Floating-rate asset-backed securities are not included. These are part of a separate standalone index, the Euro Floating-Rate ABS Index, launched on January 1, 2004.

## EUROPEAN FIXED-RATE AND FLOATING-RATE ABS INDICES

In January 2004, we launched standalone Euro and Sterling ABS Indices (fixed and floating-rate). Rules for the Euro and Sterling ABS Indices are as follows:

- Bonds have to be issued out of special purpose vehicles (SPVs).

- Bonds can have fixed or floating coupons. Floating-rate bonds are included with no restriction on the quoted benchmark used. However, bonds whose coupon is linked to inflation or other indices are excluded.

- All amortization types are permitted. Hence, bonds can be hard or soft bullets, controlled amortization, scheduled amortization, or prepayment-sensitive.

- Bonds must be denominated in EUR or GBP.

- The deals from which the bonds are drawn must have nominal values of at least €500 million equivalent.

- Aaa-rated bonds must have at least €300 million equivalent outstanding.

- Floating-rate bonds rated below Aaa-rated are only included if they have more than €25 million equivalent outstanding.

- The bonds must be rated Baa3/BBB-/BBB- or higher using the middle rating of Moody's, S&P, and Fitch.

- The remaining average lives of the bonds must be at least one year.

Summary and constituent level information for the indices can be found on the European Structured Finance (Keyword: ESF) page on LehmanLive (Fixed Income –> Securitized Products –> Europe).

## DANISH MORTGAGES

*The Danish mortgage bond market, consisting primarily of fixed-rate, callable bonds, is the second largest in Europe (after the German Pfandbriefe market).*

In November 2002, we launched the Danish Mortgage Index. The Danish mortgage bond market, consisting mainly of fixed-rate, callable bonds, is the second largest in Europe (after the German Pfandbriefe market) and one of the world's largest. Securities denominated in Danish krone and euros with a par amount outstanding of at least €300 are included in the Danish Mortgage Index. Securities must be investment-grade, fixed-rate mortgages with a minimum maturity of one year and issued by the six general (Realkredit Danmark, Nykredit, BRFkredit, Nordea Kredit, Danske Kredit, and Totalkredit) or the three specialized (DLR, Landbankernes Realanefond, and FIH Realkredit) mortgage institutions.

In July 2004, we integrated Danish MBS without embedded optionality into the Pan-European and Global Aggregate Indices. Similarly, EUR-denominated, bullet Danish MBS entered the Euro-Aggregate Index. Danish MBS with prepayment options continue to reside in the stand-alone Danish MBS index and do not join any macro indices.

Nordea Markets, the Danish Mortgage Association, and Danske Bank have helped facilitate the construction of the Danish Mortgage Index.

### SWISS FRANC AGGREGATE

*The Swiss Franc Aggregate is not a subcomponent of the Pan-Euro-Aggregate or Global Aggregate Indices.*

The Swiss Franc Aggregate Index was launched in January 1999 as part of our effort to map the major markets in Europe. Based on the limited liquidity and tax treatment of these bonds, the index is not a subcomponent of the Pan-European Aggregate or Global Aggregate Indices. Swiss Franc Treasuries are also not part of the Global Treasury Index.

- All issues must be investment grade rated (Baa3/BBB-/BBB- or higher using the middle rating of Moody's, S&P, and Fitch fixed-rate securities.

- Bonds must have at least one year remaining to maturity.

- As per October 2003 rules changes, capital securities that have fixed-to-variable coupons (including perpetual bonds) and an economic incentive to be called are also included in the index until one year before their first call dates, providing they meet all other index criteria.

- The index excludes convertible securities, floating-rate notes, warrants, linked bonds, private placements, index-linked, and structured products.

- Minimum outstanding amounts are CHF 875 million for treasury bonds and CHF 175 million for all other bonds. The Swiss Aggregate index rating qualification methodology and classification scheme follow that of the Pan-European Aggregate index.

### EUROPEAN SHORT TREASURY INDEX

The Euro Short Treasury Index was launched on January 1, 2004. Qualifying issues must have a maturity from 1 month to (but not including) 12 months, and only bonds with a maturity greater than 12 months at issuance will be included. The index excludes convertible securities, floating-rate notes, warrants, linked bonds, private placements, zero coupon bills, and structured products. The European Short Treasury credit quality rules and classification scheme follow that of the Euro-Aggregate Index.

### EUROPEAN TREASURY BILLS INDEX

The Euro Treasury Bills Index, launched in December 2007, provides short-term and money market investors with an accurate benchmark for performance measurement and market analysis. It contains euro-denominated zero coupon Treasury bills with a maturity of less than 12 months (plus 15 days) on the day of auction. Therefore, the index does *not* include seasoned (coupon-bearing) Treasury bonds whose maturities have fallen below 12 months. Treasury strips, both coupon and principal, are also excluded.

The index eligibility rules are as follows:

| | |
|---|---|
| **Amount Outstanding** | At the security level, €1 billion minimum par amount outstanding |
| | At the country level, there must be at least €5 billion in index-eligible Treasury Bills trading in the market |
| **Quality** | Sovereign rating must be investment grade (Baa3 / BBB- / BBB-) using the middle rating of Moody's, S&P, and Fitch |
| **Sector** | Debt issued by Eurozone sovereign governments in their domestic currency |
| **Maturity** | Bonds must have less than 12 months (plus 15 days) to maturity when issued |
| | Securities enter the index (statistics universe) on the day of auction |
| **Coupon** | Zero coupon (discount) bills only; Treasury strips are excluded |
| | Coupon-bearing Treasury bonds whose maturity has fallen below 12 months are not included |
| **Currency** | Euro-denominated bonds only |
| **Market of Issue** | Fully taxable, publicly issued in the Eurobond and Eurozone domestic markets |
| **Countries** | Currently eligible countries include: Belgium, France, Germany, Italy, Netherlands, Portugal, and Spain |

### RUSSIAN AGGREGATE INDEX

In September 2007, Lehman Brothers launched a stand-alone rouble-denominated Russian Aggregate Index (i.e., this index does not roll up into the Global Aggregate or other regional indices.)

Applying the same rules for inclusion in the Global Aggregate (liquidity, credit quality, etc.), 24 bonds for a total market value of EUR 26.9 billion currently qualify for the index. Despite the increase in corporate issuance, the index is still dominated by government bonds, as corporate paper is typically of small size.

Three issuers currently qualify for inclusion: Federal Loan Bonds (Treasury), VTB Bank and Moscow municipal bonds. Gazprom and Lukoil bonds do not qualify because they do not meet the index's minimum liquidity, and Russian Railways are not eligible because their securities are either not rated or rated below investment grade. The Central Bank of Russia's bonds are excluded owing to ownership restrictions, while the banking sector mainly issue floating rate securities.

# ASIAN-PACIFIC INDICES

## ASIAN-PACIFIC AGGREGATE INDEX

*Lehman Brothers introduced
the Asian-Pacific Aggregate
Index on July 1, 2000.*

The Asian-Pacific Aggregate Index was launched on July 1, 2000 and became a component of the Global Aggregate Index on October 1, 2000. The rules for inclusion in the Asian-Pacific Aggregate Index are as follows:

- All issues must be rated investment grade or better (Baa3/BBB-/BBB- or above) using the middle rating of Moody's, S&P, and Fitch. Japan's local currency sovereign rating is assigned to Japanese government, government-guaranteed agency, and local government securities denominated in JPY using the middle issuer rating instead of security level ratings. This way, bonds with the same implied rating at the issuer level will not have conflicting ratings depending on rating agency coverage. If only two agencies rate a corporate security, the more conservative rating is used; if only one rating exists for a corporate bond, that rating is used.

- Eligible currencies are the Australian dollar, the Hong Kong dollar, the Japanese yen, the New Zealand dollar, the Singapore dollar, and the South Korean won. In 2006, the Taiwan dollar and Malaysian ringgit were added to the index. On March 1, 2007, Thai baht debt was removed from the index, however it will be added back to the index on July 1, 2008.

- All issues must be fixed-rate securities.

- All issues must have at least one year remaining to maturity.

- The minimum outstanding for the Asian-Pacific Aggregate Index is ¥35 billion. The index base reporting currency is JPY, but it can be converted to other base currencies on a hedged or unhedged basis. The liquidity thresholds for Asian-Pacific domestic currencies other than JPY are fixed once a year to ¥35 billion equivalent outstanding. The liquidity thresholds for securities not denominated in JPY are based on currency rates from the WM/Reuters Closing Spot Rates.

- Privately-placed JGBs, convertible securities, floating-rate notes, perpetuals, warrants, linked bonds, and structured products are excluded.

**Lehman Brothers** | A Guide to the Global Family of Indices

Figure 31.   **Asian-Pacific Aggregate Index by Sector (Market Value %),
January 1, 2008**



*Source: Lehman Brothers*

Figure 32.   **Asian-Pacific Aggregate Index Composition by Currency
(Market Value %), January 1, 2008**



*Source: Lehman Brothers*

## JAPANESE AGGREGATE INDEX

The Japanese Aggregate represents the JPY component of the Asian-Pacific Aggregate index with an inception date in July 2000. The index includes securities with par amounts greater than ¥35 billion in the JGB (Japanese government bonds), Government-Related, Corporate, and Securitized sectors. As of April 1, 2007, RMBS bonds issued by the JHFA (Japan Housing Finance Agency) were added to the local Japanese Aggregate Index.

We publish subindices that break down the index by sector, maturity (1-3, 3-5, 5-7, 7-10, and 10+ years), and credit quality. The Japanese Aggregate index comprises the largest component of the Asian-Pacific Aggregate by market value.

## CHINA AGGREGATE INDEX

*The Chinese Aggregate Index is the first index to assess mainland fixed-income securities from both local stock exchanges and the inter-bank market.*

The China Aggregate Index was launched in March 2004, with an inception date of January 1, 2004. This is the first comprehensive index to measure the performance of mainland China fixed-income securities listed on both local stock exchanges and the inter-bank market. Working with Xinhua Financial Network, a leading expert on the Chinese financial markets, we publish the index as a stand-alone index that does not contribute to either our Asian-Pacific Aggregate or our Global Aggregate Indices, primarily because of limited Chinese Yuan (CNY) hedging methods.

The Lehman/ Xinhua China Aggregate Index includes fixed-rate securities that are issued in CNY and have a remaining maturity of at least one year. Convertible securities, floating-rate notes, perpetuals, warrants, linked bonds, and structured products are excluded. As this bond market is developing, we relaxed our typical minimum liquidity and quality constraint criteria to be more inclusive. However, with the growth of China's public debt market, we envision that these index rules will be revisited through time.

We recognize that most non-Chinese institutional investors will be unable to participate in the Chinese debt market prior to China completely opening its capital markets and providing full currency convertibility. Following a familiar path of other sovereign nations reaching economic and capital markets maturity, we believe that the Chinese currency will become fully convertible and its debt will be eventually included in our mainstream indices like the Global Aggregate Index and the Asian-Pacific Aggregate Index.

## JAPANESE JHFA INDEX

In April 2004, we launched the Japanese JHFA Index, which offers performance measurement of residential mortgage-backed securities (RMBS) issued by the Japan Housing Finance Agency (JHFA). Prior to April 1, 2007, the JHFA was known as the Government Housing Loan Corporation (GHLC) before it was reorganized into the JHFA. To be eligible for the Japanese JHFA Index, a security must be rated Baa3 or better. The standard liquidity constraint of ¥35 billion is not applicable to the Japanese JHFA Index.

Bonds with a par amount outstanding greater than ¥35 billion will be part of the Japanese Aggregate Index as of April 1, 2007; these securities will not be part of the Asian-Pacific and Global Aggregate Indices.

## FLOATING-RATE JGB INDEX

In June 2004, we introduced the Floating-Rate JGB Index in recognition of the increased issuance volume and improving market liquidity of floating-rate Japanese government bonds (JGBs). To be eligible for the index, a Floating-Rate JGB must have an outstanding amount of at least ¥35 billion, at least one year of remaining maturity and an investment grade rating. Bonds included in the Floating-Rate JGB Index are not included in the Global Aggregate Index or the Japanese Aggregate Index, which consist of fixed-rate securities only.

Index-level information and constituents of the Floating-Rate JGB Index can be accessed in the Japanese Governments page in LehmanLive (Fixed Income –> Products –> Interest Rates –> Japanese Governments –> Reports).

## INDIAN GOVERNMENT BOND INDEX

Launched on October 1, 2006, the standalone Indian Government Bond Index consists of Indian Rupee-denominated fixed-rate government debt. To be index-eligible, a bond

must be publicly issued by the Reserve Bank of India with a par amount of at least INR 10 billion and a maturity greater than 1-year. Index pricing and constituents utilize data from Clearing Corporation of India Ltd. (CCIL).

# SWAP AND DERIVATIVE INDICES

In November 2001, we introduced three types of total return swaps indices denominated in USD:  Composite Swap Indices (equal weighted baskets of 30 par swaps with rolling annual maturities); Bellwether Swap Indices (par swaps at single year rolling maturity points); and Mirror Swap Indices (weighted portfolios of 6 bellwether swaps designed to mimic the key rate duration profile of a specified fixed-income index).  In July 2002, we expanded our offerings to include these types of swaps indices in EUR, GBP, and JPY.  The portfolio uses for these suites of indices were far larger than anticipated, as investors immediately used this data for informational purposes and started using them in the creation of formal benchmarks.  Our swaps index initiative was advanced even further with the subsequent introduction of swaps for Swedish, Swiss, Canadian, Czech, Hungarian, Polish, Slovakian, South African, and Mexican currencies to give EM investors additional ways to gain exposure to these currencies, beyond the cash markets.

In recent years the use of swap indices has accelerated based on demand for Liability-Drive Investment (LDI) benchmarks and mandates, geared toward investors who prefer to more closely match liability streams instead of using duration overlays on existing fixed-income benchmarks.  With the launch of our Zero Coupon Nominal and Inflation-Linked Swap Indices in 2006, Lehman Brothers offered managers of pension-related obligations with an even broader set of products to use in LDI indices that seek to match specific future cash flows in nominal and real terms.

*Lehman Brothers now offers several different options to consider when constructing an appropriate liability-based benchmark: long-dated cash indices, nominal swaps indices, and inflation-swaps indices*

Although no single standard LDI benchmark will meet all investor needs, Lehman Brothers now offers several different options to consider when constructing an appropriate liability-based benchmark: long-dated cash indices (strips, long government/credit, etc.), nominal swaps indices (including zero-coupon indices), and inflation-swaps indices[18]. Within the swaps index space, we offer many flavors by currency, maturity (rolling maturity for open funds where the maturity profile of the liabilities is periodically extending or fixed maturity for closed funds so that the index maturity decreases over time), coupon (zero-coupon or par coupon), and return type (a funded position that has the property of being a cash deposit combined with a receiving swap position or an unfunded position which frees up cash and does not require a cash deposit).  This section will discuss our various swap indices in more details.

For credit investors, we also have several derivative offerings including our Credit Default Swap Indices, consisting of single name CDS of the top 250 issuers in the U.S. Corporate Index (the top 150 and 40 names in the Euro-Aggregate Corporate and Japanese Aggregate Corporate Indices, respectively) for use by total return investors who were increasingly using derivative markets to express credit views.

*In 2007 we launched the Lehman Brothers CDX/iTraxx Total Returns*

With the increased growth of CDS portfolio products, in 2007 we launched the Lehman Brothers CDX/iTraxx Total Returns, designed to measure the total return performance (funded and unfunded) of CDX and iTraxx basket and tranche swaps.  With the CDX/iTraxx Total Returns, market participants can measure the performance of credit derivative positions in total returns and, therefore, better compare them with other investment strategies.

---

[18] *For more information, please see Lehman Brothers Swap Indices for Liability Benchmarking (November 2007) and the Appendix to this guide.*

## PAR SWAP INDICES

Lehman Brothers Par Swap Indices provide a suite of benchmarks designed to allow investors to track the performance of interest rates swaps combined with short-term deposits. In November 2001, we introduced two families of U.S. total return indices for swaps: Composite Swaps Indices (equal-weighted portfolios of 30 swaps with annual maturities) and Bellwether Swaps (maturities at key-rate points). The popularity of these indices was seen only six months later when swap indices in euro, sterling, and yen were introduced in July 2002, with historical data back to 1999. The swap index initiative was advanced even further with the subsequent introduction of swaps for Swedish, Swiss, Canadian, Czech, Hungarian, Polish, Slovakian, South African, and Mexican currencies. These swaps are modeled as fixed-coupon bonds and assume that cash is invested in 3-month LIBOR so as to cancel the floating leg of the swap.

We have seen a wide array of uses for these benchmarks since their introduction, with heightened interest in recent years with the trend toward LDI strategies. They can closely track pension liability discount curves and they have large, liquid markets in most currencies.

Par Swaps Index rules are as follows:

- **Constituents**: A composite Par Swaps Index is a single composite performance measure for the swaps market as a whole in the specified currency. This index tracks total returns of an equally weighted portfolio of bellwether swaps with maturities ranging from three months up to 50 years, depending on the currency. Bellwether Swaps Indices show total returns for swaps with maturities at key-rate points along the curve. Figures 33 and 34 list the covered currencies and their respective available tenors.

- **Rebalancing**: A swap of a specific maturity consists of a par swap and a cash investment as of the last business day of each month. The portfolio gets liquidated on the last business day of the following month and is replaced by a new trade of a par swap and a cash investment. On the last day of the month (which defines the total return for the swap for that month), the swap is one month shorter than at inception, and is priced based on the initial par coupon.

- **Coupon:** New swaps are initiated on the last calendar day of the month at par. The coupon on the swap is the par coupon as obtained from the Lehman Brothers closing mid-market marks for swap rates from the most recent business day.

- **Mark-to-market**: The total returns calculated on any day are based on the Lehman Brothers closing mid-market swap curve for that day.

- **Settlement**: For the purpose of calculating total returns, the index assumes that settlement on swaps is on one calendar day. This convention allows direct comparison of swap total returns with other Lehman Brothers indices.

**Lehman Brothers** | A Guide to the Global Family of Indices

Figure 33.    Par Swaps Market Coverage and Index Tenor G10 Countries



Figure 34.    Par Swaps Market Coverage and Index Tenor Non-G10 Countries)



## ZERO-COUPON NOMINAL SWAP INDICES

Lehman Brothers Zero Coupon Swap Indices provide a suite of benchmarks designed to allow investors to track the characteristics of nominal liabilities. With the launch of the Zero Coupon Nominal Indices in 2006, Lehman Brothers presented managers of pension-related obligations with a suite of products designed to allow the formation of benchmarks that more closely reflect the liability exposure to nominal rates. These products reflect the returns of nominal zero-coupon bonds priced in the swap curve and can be combined to closely track the nominal characteristics of future cash streams. Together with the accompanying analytical and pricing tools, they provide a more precise set of performance benchmarks for liability-driven investments. These indices are published on the index website on LehmanLive with historical returns back to 2004 for most tenors.

- Construction:

    - Zero coupon swap indices represent the performance of single cash flows priced off the swap curve.

- Index returns reflect the change in present value of a fully funded investment in a zero coupon bond.

- Zero coupon swap discount rates are derived from the par swap curve, which are averages of individual zero-coupon rates corresponding to individual coupon and principal cash-flow payments.

- JPY tenors are available out to 30-years, USD, EUR, and GBP tenors are available out to 50-years.

- **Rebalancing:** We assume that the index is created on the last business day of each month. The portfolio is liquidated on the last business day of the following month and is replaced by a portfolio that contains the appropriate combination of Libor investment and swaps to the published maturity. At month-end the swap is one month shorter than at inception. As a consequence of this rebalancing approach, the duration and convexity of the swap experience a small jump every month-end.

- **Mark-to-market**: The total returns calculated on any day are based on the Lehman Brothers closing mid-market swap curve for that day.

- **Settlement**: For the purpose of calculating total returns, the index assumes that settlement on swaps is on one calendar day. This convention allows direct comparison of swap total returns with other Lehman Brothers indices.

- Index Coverage:

  - *Fixed Maturity Date Swap Indices* are appropriate for closed funds. The index is static and is not rebalanced after inception. This means that the index maturity will decrease through time to match the characteristics of a closed fund. Inflation-linked indices are available in EUR, GBP, USD, and JPY. Figure 35 shows the coverage of these products in terms of region and maturity.

  - *Rolling Maturity Swap Indices* are suitable for open funds where liabilities are extending. The index is rebalanced at every month end and the maturity date shifts forward one month with a new breakeven. Nominal indices are available in EUR, GBP, USD, and JPY. Figure 36 shows the coverage of these products in terms of region and maturity.

**Figure 35.   Fixed Maturity Date Zero-Coupon Nominal Swap Market Coverage and Index Tenor**



**Figure 36.    Rolling Maturity Date Zero-Coupon
Nominal Swap Market Coverage and Index Tenor**



## INFLATION-LINKED ZERO COUPON SWAP INDICES

Lehman Brothers Inflation-Linked Zero Coupon Swap Indices provide a suite of benchmarks designed to allow investors to track the characteristics of inflation-linked liabilities. These indices are published on the index website on LehmanLive with historical returns back to 2004 for most tenors.

These indices represent funded investments in inflation-protected cash flows. The replicating portfolio is an investment in a zero-coupon nominal swap, an inflation swap, and cash invested at LIBOR. The size of the zero-coupon nominal swap position is determined in such a way so as to offset the fixed leg of the inflation swap, and the cash deposit is, in turn, designed to offset the floating leg of this nominal swap contract. The result is an index that reflects the return of a zero-coupon inflation bond, i.e., a real cash flow, priced using the inflation and nominal swap curve.

A position held to maturity, as per the fixed maturity date indices, will deliver a return equal to the observed change in inflation. At an intermediate time horizon, the index return is a function of realized inflation (e.g., CPI), as well as changes in inflation expectations and changes in nominal rates. The latter two combine in the form of a change in the real rate. The Zero Coupon Inflation-Linked Swap Indices are produced for U.S. CPI, Eurozone HICP ex Tobacco, French CPI ex Tobacco, and UK RPI, with tenors ranging from three months to 30 years.

- Construction

    - Inflation swap indices represent funded investments in hypothetical inflation-linked single cash flows.

    - The single cash flow at maturity is given by the growth in the inflation index between the time of investment I(0) and the maturity date I(T) .

    - The present value is a function of the breakeven rate of inflation and the nominal interest rate priced off the nominal and inflation swap curves.

    - Eurozone, France, U.S., and U.K. tenors available out to 30-years.

- **Rebalancing**: We assume that the index is created on the last business day of each month. The portfolio is liquidated on the last business day of the following month and is replaced by a portfolio that contains the appropriate combination of Libor investment and swaps to the published maturity. At month-end, the swap is one month shorter than at inception. As a consequence of this rebalancing approach, the duration and convexity of the swap experience a small jump every month-end.

- **Mark-to-market**: The total returns calculated on any day are based on the Lehman Brothers closing mid-market swap curve for that day.

- **Settlement**: For the purpose of calculating total returns, the index assumes that settlement on swaps is on one calendar day. This convention allows direct comparison of swap total returns with other Lehman Brothers indices.

- **Index Coverage:**

  - *Fixed Maturity Date Swap Indices* are appropriate for closed funds. The index is static and is not rebalanced after inception. This means that the index maturity will decrease through time to match the characteristics of a closed fund. Inflation-linked indices are available in €-HICPxT, FR CPIxT, U.K. RPI, and U.S. CPI. Figure 37 shows the coverage of these products in terms of region and maturity.

  - *Rolling Maturity Swap Indices* are suitable for open funds for which liabilities are extending. The index is rebalanced at every month-end, and the maturity date shifts forward one month with a new breakeven. Inflation-linked indices are available in €-HICPxT, FR CPIxT, U.K. RPI, and U.S. CPI. Figure 38 shows the coverage of these products in terms of region and maturity.

**Figure 37.    Fixed Maturity Date Inflation-Linked Zero-Coupon Swap Market Coverage and Index Tenor**



**Lehman Brothers** | A Guide to the Global Family of Indices

Figure 38.    Rolling Maturity Date Inflation-linked Zero-Coupon Swap Market Coverage and Index Tenor



## MIRROR SWAP INDICES

These indices provide total returns of a portfolio of swaps constructed to match the key-rate exposure of major asset classes across major regions (U.S. Aggregate, Euro Aggregate, Asia-Pac Aggregate, etc). We have mirror swap indices for U.S. dollar, euro, sterling, yen, and swiss france-denominated securities, as well as some emerging market securities. Figure 39 lists the suite of mirror swap indices available by currency and asset class.

Each mirror swap index reflects the performance of a weighted portfolio of bellwether swaps with the following maturities: 6 months, 2, 5, 10, 20, and 30 years. For example, the U.S. Mortgage-Mirror Swaps Index is a portfolio of swaps that matches the key-rate exposures of the U.S. MBS Index and would be used to hedge the U.S. MBS Index. The total return of the Mortgage-Mirror Swaps Index is an easy way to measure the excess return of the U.S. MBS Index to a duration-matched portfolio of swaps.

Mirror Swap Index rules are as follows:

- **Rebalancing:** A mirror swap consists of a weighted portfolio of bellwether swaps with the following maturities: 6 months, 2, 5, 10, 20, and 30 years as of the last business day of each month. The portfolio gets liquidated on the last business day of the following month and is replaced by a new trade of bellwether swaps. On the last day of the month (which defines the total return for the swap for that month), the swap is one month shorter than at inception and is priced based on the initial par coupon.

- **Mark-to-market**: The total returns calculated on any day are based on the Lehman Brothers closing mid-market swap curve for that day.

- **Settlement:** For the purpose of calculating total returns, the index assumes that settlement on swaps is on one calendar day. This convention allows direct comparison of swap total returns with other Lehman Brothers indices.

**Figure 39.   Mirror Swap Indices Available by Currency and Asset Class**

| Currency | Asset Class | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Aggregate | Credit | Corporate | Agency | Securitized | ABS | CMBS | Custom |
| -- British Sterling (GBP) | √ | | √ | | | | | √ |
| -- Canadian Dollar (CAD) | √ | | | | | | | |
| -- Euro (EUR) | √ | √ | √ | √ | √ | √ | | √ |
| -- Japanese Yen (JPY) | √ | | | | | | | |
| -- Swiss Francs (CHF) | √ | | | | | | | |
| -- U.S. Dollar (USD) | √ | √ | √ | √ | √ | √ | √ | √ |
| -- Czech Koruna (CZK) | √ | | | | | | | |

## CDX/iTRAXX TOTAL RETURNS

The Lehman Brothers CDX/iTraxx Total Returns were launched in May 2007 with index history backfilled to January 1, 2004. They are designed to measure the total return performance (funded and unfunded) of CDX and iTraxx basket and tranche swaps. With the CDX/iTraxx Total Returns, market participants can measure the performance of credit derivative positions in terms of total returns and, therefore, better compare them with other investment strategies.

CDX/iTraxx Total Returns assume a monthly "buy-and-hold" position in which the returns index enters an at-market CDX or iTraxx swap *to sell protection* on $1 (€1) million notional balance at the close of the underlying series' roll date. The position is then held throughout the remainder of the month, and its daily mark-to-market (MTM) is calculated. At the end of the month, the position is closed with a final mark to market. At the beginning of the next month, the returns index re-establishes a new at-market "buy-and-hold" position with a current factored notional balance equal to the closing factored notional balance at the just prior month-end.

We calculate returns on both a dedicated series that has a unique underlying CDX/iTraxx basket and tranche swap and an on-the-run series assuming the underlying CDX/iTraxx basket and tranche swap automatically roll to the newest CDX/iTraxx series.[19]

*Published Return Types:*

- **Unfunded Returns**: Assumes a "cashless" position (except for any upfront payment, which is financed or invested at LIBOR). Total return is the change in the monthly index MTM divided by the factored *notional amount* of the underlying swap at the beginning of the month. The monthly unfunded return measures the total index MTM gain on the month per unit of beginning-of-month notional amount.

- **Funded Returns**: Assumes the index makes a cash investment at the beginning of the month equal to the underlying factored notional amount of the swap plus (minus)

---

[19] *For more details on index mechanics and return calculations, please see* CDX/iTraxx Total Returns (for Baskets and Tranches), *May 2007.*

any upfront payment required (received) to enter the swap. Total return is the change in the monthly index MTM divided by the *invested equity* in the underlying funded swap position at the beginning of the month. The monthly funded return measures the total index MTM gain (including earnings on deposit) on the month per unit of the beginning-of-month equity investment.

- **Funded Hedged and Unhedged Currency Returns:** Managers of multi-currency funded portfolios can measure their performance against a funded index that is either hedged or unhedged against foreign currency movements. Investors can express local CDX/iTraxx funded returns in terms of a single base currency (currently available for GBP, USD, EUR, and JPY only).

- **Unfunded Hedged and Unhedged Currency Returns**: Managers of unfunded multi-currency portfolios can measure their performance against an unfunded index that is either hedged or unhedged against foreign currency movements. Investors can express local CDX/iTraxx unfunded returns in terms of a single base currency (currently available for GBP, USD, EUR, and JPY only).

- **Unlevered Returns:** Sellers of protection on tranches further down the capital structure have increasingly leveraged exposure to the credit market. The degree of this leveraged exposure can be measured by the tranche's "leverage factor," which is an analytical ratio of the change in the tranche swap's value from a 1 bp change in the index spread divided by the change in the basket swap's value from the same change in the index spread. (By definition, the basket swap's leverage factor is one.) The leverage ratio is often used by investors to determine hedge positions.

Figure 40 lists the available Lehman Brothers CDX/iTraxx Total Returns for a given CDX/iTraxx series.

**Figure 40.   Available Lehman Brothers CDX/iTraxx Total Returns for a Given CDX/iTraxx Series**

| √ **CDX.IG – 5-year; 7-year; and 10-year:** | | √ **iTraxx.EUR – 5-year; 7-year; and 10-year:** | |
|---|---|---|---|
| Basket | | Basket | |
| Tranches: | 0%-3% | Tranches: | 0%-3% |
| | 3%-7% | | 3%-6% |
| | 7%-10% | | 6%-9% |
| | 10%-15% | | 9%-12% |
| | 15%-30% | | 12%-22% |
| √ CDX.XO – 5-year – Basket Only | | √ iTraxx.XO – 5-year – Basket Only | |
| √ CDX.HY – 5-year – Basket Only | | √ iTraxx.HVol – 5-year – Basket Only | |
| √ CDX.EM – 5-year – Basket Only | | | |
| √ CDX.HVol – 5-year – Basket Only | | | |

*Source: Lehman Brothers*

Figure 41.    Dedicated versus On-the-Run Total Return Series



*Source: Lehman Brothers*

## GLOBAL CREDIT DEFAULT SWAPS (CDS) INDICES

*The credit default swap (CDS) market has developed into a significant part of the credit capital markets, with a size now approaching that of the cash credit market.*

On October 1, 2003, we introduced our Credit Default Swaps Indices denominated in USD, EUR, and JPY with historical data available since May 2003. Since the mid-1990s, the CDS market has developed into a significant part of the credit capital markets, with a size in notional terms now exceeding that of the cash credit market. The CDS market's move from banks toward traditional credit investors has increased the need for a performance benchmark linked directly to the CDS market that investors can use to compare performance.

The inclusion rules for the CDS indices are based on our U.S., Euro, and Japanese Corporate Indices. Each subindex consists of the 250 (USD), 150 (EUR), and 40 (JGB) largest corporate issuers in that currency by market value. Credit default swap spreads are re-priced daily at the mid-market for a 5-year maturity. The spread used for valuation of the contract is based on the current 5-year roll date. Assuming a flat spread curve, this spread is identical to the 5-year spread.

*We base the weight assigned to each issuer in the CDS Index on either market value or equal weighting of specific issuers.*

We base the weight assigned to each issuer in the CDS Index with both market value and equal weightings of specific issuers (to reduce name-specific concentration risk). For the CDS Equal Weighted Index, each name represents 1/250th of the notional exposure in the U.S., 1/150th in the European, and 1/40th in the Japanese indices. This reduces issuer-specific concentrations. Therefore, the weighting of an issuer can never change, although it can be dropped from the index and replaced with another. For the CDS Market Weighted Index, the weighting is in proportion to the market value of debt in the corresponding currency. This is in line with the approach used by Lehman Brothers' cash corporate indices and helps standardize direct comparisons between CDS and our cash credit indices. These weights are updated monthly as the market value of companies' outstanding changes.

## SWAPTION VOLATILITY INDEX

The Lehman Brothers Swaption Volatility Index (LBOX) summarizes information about the level of implied volatility in the liquid swaptions market and can be used to monitor the level of implied volatility in the fixed income swap and options markets

The European swaption market consists of options that expire in from as little as one month, to as long as ten years. The tenors of the underlying swaps on which these options are written range from 1 to 30 years. Investors who are subject to volatility risk, including buyers of mortgages, callable agencies and treasuries, and callable or structured corporate securities, often focus on a single swaption to monitor the volatility markets.

The Swaption Volatility Index is calculated daily as the weighted average of the implied Black volatilities (also known as Log-Normal volatility) of a basket of 49 liquid swaptions. The weights used by the index are obtained by an analysis of the movement of the swaption volatility surface on a trailing three-year period basis and are updated annually.

To better describe the volatility surface, three sub-indices are available:

- Lehman Brothers Short Volatility Index (LBSOX). This sub-index is composed of options with maturity between 1 month and 6 months.

- Lehman Brothers Intermediate Volatility Index (LBMOX). This sub-index is composed of options with maturity between 1 year and 2 years.

- Lehman Brothers Long Volatility Index (LBLOX). This sub-index is composed of options with maturity between 3 years and 10 years.

The Volatility Indices can be accessed on both Bloomberg and LehmanLive. On Bloomberg, type the index acronym (LBOX, LBSOX, LBMOX, or LBLOX), then select <Index> <Go>. All standard Bloomberg functions, including historical prices (HP), historical plots (GP), etc. are also available. On LehmanLive, the Time Series Plotter can be used to access the indices (Add Series –> IR Derivatives –> Volatility Indices).

# ALTERNATIVE ASSET CLASS INDICES

### LEHMAN BROTHERS COMMODITY INDEX (LBCI)

*The LBCI uses liquidity as the primary criterion for commodity selection and weights*

On July 1, 2006, Lehman Brothers launched the Lehman Brothers Commodity Index (LBCI), an objective and rules-based index of commodities futures that uses liquidity as the primary criterion for commodity selection and weights.

The Lehman Brothers Commodity Index's components are both selected and weighted based on historical commodity futures liquidity. For index purposes, liquidity is derived from the exchange reported trading volume of non-financial commodities futures.

### Index Eligibility

To make a meaningful comparison across commodity markets, we calculate a trailing three-year average of the average daily dollar volume of contracts traded (DVCT) for all commodities that may be eligible for the index.

- To be eligible for the LBCI, a commodity must meet a minimum liquidity threshold based on trading volume in the past three years. Commodity liquidity is evaluated across all contracts and settlement dates on the various global commodity futures exchanges Commodities with an average daily dollar trading volume exceeding $250 million over the previous three years as of November 30 are eligible for inclusion in the LBCI. Industrial metals traded on the London Metals Exchange (LME) will require a minimum average daily trading volume of $1 billion because of differences in their method for reporting volumes compared with other exchanges.

- Index-eligible commodities will remain in the index until their average daily dollar volume traded drops below $200 million ($800 million for LME metals). This will help maintain index compositional stability and prevent commodities from exiting the index for a year just to re-enter at the beginning of the next year if they are at or near the $250 million ($1 billion) threshold.

- Only the largest contract per commodity based on liquidity is index-eligible. For example, West Texas Intermediate Crude Oil that trades on the New York Mercantile Exchange (NYMEX) is the index-eligible contract for crude oil while Brent Crude that trades on the Inter Continental Exchange (ICE) is not, despite the fact that both contracts meet the index liquidity requirement. This rule will also exclude Kansas Wheat in favor of Chicago Wheat and use industrial metals contracts from the London Metals Exchange instead of those traded in the U.S. If the second largest contract's liquidity surpasses that of the largest contract during the course of the year, it will not replace the index-eligible contract until the following year's composition reset in January.

- If the index-eligible contract of a particular commodity is discontinued or substituted in the market by a different contract as a result of external factors such as government regulations, Lehman Brothers may substitute the new contract in between index rebalancing dates after providing advanced notice to index users. The most recent example of this occurred with the index-eligible contract for unleaded gasoline. Prior to July 2006, the index-eligible contract was the reformulated gasoline (RFG) contract (ticker: HU). At index launch, the unleaded gas contract used for index return calculations is the reformulated blend-stock for oxygenated blending (RBOB) contract (ticker: XB). The RBOB contract will maintain the same

unleaded gas weighting as the RFG contract as of July 1, 2006. When index weights were reset in January 2007 and 2008, unleaded gas historical liquidity was evaluated using a time series that includes RFG volumes until July 2006 and RBOB volumes thereafter.

- Commodities that are considered to be derivatives or downstream products created from other index-eligible commodities are treated as separate commodities so long as they have sufficient market liquidity and are evaluated for index eligibility on a standalone basis. For example, soybeans, soybean meal, and soybean oil are treated as separate commodities and will each be index-eligible if their liquidity exceeds $250 million daily. The same holds true for crude oil and its downstream products of heating oil and unleaded gasoline.

- Only dollar-denominated contracts are currently index-eligible for the flagship LBCI. Alternate versions of the index that may substitute or add non-dollar contracts are planned for future development.

- At index launch in July 2006, the LBCI contained 20 commodities that qualified for index inclusion (see Figure 42). Commodities that fell short of the minimum liquidity threshold but are represented in other major indices include cocoa, lead, and feeder cattle. Index history will initially be backfilled to January 1, 2001, for the 20 index-eligible components.

**Figure 42.    LBCI Eligible Commodities and Contracts for 2008**

| Commodity | Contract Used in LBCI | Exchange | Ticker | $ Denominated Futures Contracts Not Currently Eligible for LBCI |
|---|---|---|---|---|
| Crude Oil | West Texas Intermediate | NYMEX | CL | Brent Crude (IPE) |
| Heating Oil | Heating Oil | NYMEX | HO | Gasoil (IPE) |
| Natural Gas | Henry Hub | NYMEX | NG | |
| Unleaded Gas | RBOB | NYMEX | XB | HU RFG (used prior to July 1, 2006) |
| Aluminum | High Grade Aluminum (London) | LME | LA | Alloy (LME), Aluminum (COMEX) |
| Copper | Copper (London) | LME | LP | Copper (COMEX) |
| Nickel | Primary Nickel (London) | LME | LN | |
| Zinc | High Grade Zinc (London) | LME | LX | |
| Gold | Gold (New York) | COMEX | GC | Gold (CBOT) |
| Silver | Silver (New York) | COMEX | SI | Silver (CBOT) |
| Lean Hogs | Lean Hogs | CME | LH | |
| Live Cattle | Live Cattle | CME | LC | |
| Corn | Corn | CBOT | C | |
| Soybean | Soybean | CBOT | S | |
| Soybean Meal | Soybean Meal | CBOT | SM | |
| Soybean Oil | Soybean Oil | CBOT | BO | |
| Wheat | Wheat (Chicago) | CBOT | W | Kansas (KCBOT), Minneapolis (MGE) |
| Coffee | Coffee 'C' | NYBOT | KC | Arabica (BMF), Robusta (LIFFE) |
| Cotton | Cotton No. 2 | NYBOT | CT | |
| Sugar | Sugar No. 11 | NYBOT | SB | Sugar No. 14 (NYBOT) |

*Source: Lehman Brothers 2006.*

### Index Weights

Once the list of index-eligible contracts has been determined, each commodity is re-weighted in the index at the start of each year (implemented during the January roll period) using its average daily liquidity as of the previous November month-end. Average daily liquidity as of November 30 is converted into a commodity liquidity factor (based on contract closing prices as of the second business day of the year) that is held constant for each commodity after the January roll period. Though the liquidity factor remains constant, daily index weightings will adjust throughout the year with the price movements of the underlying commodity contract prices.

- Each index-eligible commodity is weighted in the LBCI in proportion to its liquidity *relative* to the other index-eligible contracts/commodities. LME volumes are scaled by a factor of two to more accurately reflect the relative liquidity of these metals to other index-eligible commodities.[20]

- If a commodity does not have liquidity data for the full three-year period as of November month-end, average daily liquidity is used for the data points that do exist, provided that the time series is longer than one year. If an index-eligible contract was substituted for a different contract within that commodity, the previous contract's historical liquidity may also be considered to determine index weights for that commodity.

- There are no caps or floors on a particular commodity or sector weighting based on the liquidity.

- Index weights for the LBCI are published daily. In addition, we also calculate projected index weights for the following year using the trailing three-year average daily volume as of that day. On November 30, this projected weight becomes the initial weight for the following year.

### Monthly Rolling of Commodities Futures Contracts

The underlying constituents of the LBCI are commodities futures contracts that are rolled forward to a new contract date during the month as they approach their settlement date. Therefore, at the contract level, there are up to two contracts that can contribute to index returns during the month: the prompt (nearby) contract and the prompt + 1 (next nearby) contract that is rolled into.

- At the start of the month, the prompt contract is used for index returns calculations.

- During the roll period (5th through 9th business days), the prompt contract and the prompt + 1 are used to price the index.

- After the roll has been completed, what was initially the prompt + 1 contract at the start of the month becomes the prompt contract for the remainder of the month (until the start of the next roll period) and is used to price the commodity. The LBCI business day calendar will follow the New York Mercantile Exchange (NYMEX) holiday calendar and the LBCI will only be published on days when the NYMEX is open for trading (including half days).

---

[20]*The LME does not publish outright transactions versus carry trades, only the total lots traded for a commodity across all contracts. As a result we have chosen to factor LME volumes by two when deriving the index weightings to make reported volumes more comparable to those reported by other exchanges.*

**Lehman Brothers** | A Guide to the Global Family of Indices

**Figure 43.    LBCI Commodity Contract and Roll Calendar**

| Commodity | Contract | Exchange | Ticker | Jan (F) | Feb (G) | Mar (H) | Apr (J) | May (K) | June (M) | July (N) | Aug (Q) | Sep (U) | Oct (V) | Nov (X) | Dec (Z) | Excluded Contracts |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Crude Oil | West Texas Intermediate | NYMEX | CL | G/H | H/J | J/K | K/M | M/N | N/Q | Q/U | U/V | V/X | X/Z | Z/F | F/G | |
| Heating Oil | Heating Oil | NYMEX | HO | G/H | H/J | J/K | K/M | M/N | N/Q | Q/U | U/V | V/X | X/Z | Z/F | F/G | |
| Natural Gas | Henry Hub | NYMEX | NG | G/H | H/J | J/K | K/M | M/N | N/Q | Q/U | U/V | V/X | X/Z | Z/F | F/G | |
| Unleaded Gas | NYH RBOB | NYMEX | XB | G/H | H/J | J/K | K/M | M/N | N/Q | Q/U | U/V | V/X | X/Z | Z/F | F/G | |
| Aluminum | High Grade Aluminum | LME | LA | G/H | H/J | J/K | K/M | M/N | N/Q | Q/U | U/V | V/X | X/Z | Z/F | F/G | |
| Copper | Copper | LME | LP | G/H | H/J | J/K | K/M | M/N | N/Q | Q/U | U/V | V/X | X/Z | Z/F | F/G | |
| Nickel | Primary Nickel | LME | LN | G/H | H/J | J/K | K/M | M/N | N/Q | Q/U | U/V | V/X | X/Z | Z/F | F/G | |
| Zinc | High Grade Zinc | LME | LX | G/H | H/J | J/K | K/M | M/N | N/Q | Q/U | U/V | V/X | X/Z | Z/F | F/G | |
| Gold | Gold (New York) | COMEX | GC | G/J | J | J/M | M | M/Q | Q | Q/Z | Z | Z | Z | Z/G | G | V |
| Silver | Silver (New York) | COMEX | SI | H | H/K | K | K/N | N | N/U | U | U/Z | Z | Z | Z/H | H | F |
| Lean Hogs | Lean Hogs | CME | LH | G/J | J | J/M | M | M/N | N/Q | Q/V | V | V/Z | Z | Z/G | G | K |
| Live Cattle | Live Cattle | CME | LC | G/J | J | J/M | M | M/Q | Q | Q/V | V | V/Z | Z | Z/G | G | K, N |
| Corn | Corn | CBOT | C | H | H/K | K | K/N | N | N/U | U | U/Z | Z | Z | Z/H | H | |
| Soybean | Soybean | CBOT | S | H | H/K | K | K/N | N | N/X | X | X | X | X/F | F | F/H | Q, U |
| Soybean Meal | Soybean Meal | CBOT | SM | H | H/K | K | K/N | N | N/Z | Z | Z | Z | Z/F | F | F/H | V, Q |
| Soybean Oil | Soybean Oil | CBOT | BO | H | H/K | K | K/N | N | N/Z | Z | Z | Z | Z/F | F | F/H | V, Q |
| Wheat | Wheat (Chicago) | CBOT | W | H | H/K | K | K/N | N | N/U | U | U/Z | Z | Z | Z/H | H | |
| Coffee | Coffee 'C' | NYBOT | KC | H | H/K | K | K/N | N | N/U | U | U/Z | Z | Z | Z/H | H | |
| Cotton | Cotton No. 2 | NYBOT | CT | H | H/K | K | K/N | N | N/Z | Z | Z | Z | Z | Z/H | H | V |
| Sugar | Sugar No. 11 | NYBOT | SB | H | H/K | K | K/N | N | N/V | V | V | V/H | H | H | H | |

Source: Lehman Brothers, 2006

### LBCI Return Calculations

LBCI returns (spot, excess, and total) are calculated by weighting commodity level returns of its components by their contribution to the index.

- **Spot Return:** Commodity level spot returns represent the daily price appreciation of the underlying futures contracts used to price the index before any contract rolling has occurred. It will reflect the return of the current day's prompt contract or a combination of the prompt and prompt + 1 contracts compared to the previous day's closing price before that day's roll has occurred.

- **Excess Return:** Commodity level excess returns represent the daily price appreciation of the underlying futures contracts plus roll yield. Positive roll yield is generated in backwardated markets when higher priced spot or near-term futures contracts are "sold" to "buy" lower priced longer dated contracts. Negative roll yield occurs in contangoed markets as higher futures prices roll down to the spot price.[21]

- **Total Return:** A fully collateralized long futures position earns a risk-free return on the collateral in addition to the daily price appreciation of the futures contract. For the LBCI and its components, we calculate a Treasury bill return that is added to commodity excess returns to represent the total return earned by a fully collateralized futures position.

---

[21] This is different from the excess return published for other benchmarks in the Global Family of Indices, which represents the return over duration-matched Treasuries.

## LBCI PURE BETA INDEX (LBPB)

The Lehman Brothers Pure Beta Index (LBCI PB, Bloomberg Ticker LBPB) is the first in a series of commodity products that will address some of the limitations recently identified with standard commodity indices. The LBCI PB index provides investors with exposure to the commodity asset class while mitigating the term structure distortions that can lead to roll yield deterioration.

The LBCI PB index is constructed around the concept of providing the best proxy for a "spot" return and offers an objective framework to periodically assess the relevance of the different forward contracts. It attempts to maximize the responsiveness to supply disruptions and minimize the component linked to term structure noise and investment flow distortion. These are achieved while still operating within the most liquid part of the relevant commodity futures curves. Negative roll yield is further minimized by utilizing a weightings methodology that naturally underweights commodities that have been in contango and overweights commodities in backwardation on a daily basis. The index rebalances quarterly and thus smoothes out discontinuities within commodities that roll less frequently, such as sugar.

### Component Selection

The LBCI PB index follows the constituent composition of the Lehman Brothers Commodity Index and includes the same 20 commodities, albeit with different weights and different contracts used for returns purposes.

### LBCI Pure Beta Index Roll Mechanics

A key difference between the LBCI and the LBCI PB lies in the methodology for contract selection and the subsequent roll into the selected contracts. The LBCI uses the prompt and prompt + 1 contracts according to the LBCI contract calendar whereas the LBCI PB uses the LBCI contract calendar, but selects contracts based on the Forward Allocation for each commodity that has most closely tracked the *Effective Spot Price* on a quarterly basis. The applicable Forward Allocation is determined by computing the correlation between the all of the available Forward Allocation returns and the Effective Spot Price return and is measured by using the *Tracking Mark* (or correlation value) based on the Tracking Mark rules stated in a following section.

#### *Forward Allocation Selection*

One of the key components to the LBCI PB Index is the underlying logic for selecting the roll from one Forward Allocation to another. This can be articulated as follows :-

- Initially the Effective Spot Price is calculated using the 12 months of each commodities futures curve depending upon the contract roll schedule. This means that not all contracts that are open are used, only the ones that are in the LBCI contract calendar.

- Effective Spot Price is calculated as the sum of all the relevant contract prices multiplied by the relevant Open Interest (OI) / Sum of OI. The Open Interest for each commodity is provided by the relevant exchange except for the metals traded on the London Metals Exchange where Open Interest is equally distributed across all 12 months, giving a constant weight of 8.33% for each contract.

- An Effective Spot Price is then calculated for every LBCI commodity for every date since index inception.

- Once the Effective Spot Price series has been calculated, a time series of rolling three-monthly returns is computed using these Effective Spot Prices.

- The next stage is to ascertain which of the various Forward Allocation Returns most closely correlates with the Effective Spot Price return using the Tracking Mark rules. This is achieved by computing the correlation between the rolling three-month Effective Spot Price return and the return of each Forward Allocation. The Forward Allocation return is determined each day by looking at the roll calendar for each commodity 0–12 months ahead and calculating the Excess Return using the relevant contracts.

- The Forward Allocation selection is determined by evaluating the Tracking Mark or value of the correlation between the various Forward Allocation Returns and the Effective Spot Price return as follows :

  - Before the Tracking Mark evaluation can occur the Forward Allocation selection process *excludes* those contracts in which the Open Interest in the relevant futures contract is less than 7% of the trailing 3-month average Open Interest for each of the 0-12 month contracts, as per the *Allocation Restriction*. This is to ensure that there is sufficient liquidity to support an investment in a particular Forward Allocation. As a result Tracking Mark evaluations are only performed on those contracts left after the 7% limitation has been applied. Consequently, this will exclude any Forward Allocations that use a futures contract which does not satisfy the requirement (i.e., in a commodity with 4 futures in a given 12 month period, if one futures contract is made ineligible, multiple forward allocations will also become ineligible).

  - If all Tracking Marks are lower than the preceding one starting with Forward Allocation 1, then Forward Allocation1 would be selected.

  - For a Forward Allocation to be selected it must be (a) preceded by a lower Tracking Mark and (b) followed by Tracking Marks that are *sequentially* lower than or equal to the previous Tracking Mark

  - If none of the preceding conditions are satisfied then the index will allocate to Forward Allocation 12.

- The Forward Allocation selection process can be conceptualized using Figures 44 and 45. These Figures depict the correlation between each Forward Allocation return and the Effective Spot Price return. From Figure 44, Forward Allocation6 would be selected as it is the highest correlation that is preceded by a lower one and followed by sequentially lower or equal Tracking Marks. In Figure 45, Forward Allocation12 would be selected because Forward Allocation11 has a lower Tracking Mark than Forward Allocation 12 and because there is no earlier Forward Allocation that is preceded by and sequentially followed by lower or equal Tracking Marks.

**Lehman Brothers** | A Guide to the Global Family of Indices

Figure 44.   Correlations between Forward Allocations and Effective Spot Price Returns



*Source: Lehman Brothers*

Figure 45.   Correlations between Forward Allocations and Effective Spot Price Returns



*Source: Lehman Brothers*

## Component Commodity Roll Mechanics

In addition to the Forward Allocation rebalancing process the LBCI PB also rolls between futures contracts in the same way as the LBCI, except that the roll period for the LBCI PB is over 10 days versus 5 days for the LBCI and starts on the first day of the month. During any month in which a contract is scheduled to roll, the roll period will begin at the end of the first LBCI Business Day in that month and last for ten LBCI Business Days. During the roll period, the hypothetical position in the relevant contract is gradually shifted from the first contract in the relevant Forward Allocation to the second contract in the relevant Forward Allocation in 10% daily increments. On the first LBCI Business Day of the relevant month, commodity excess returns will reflect 100%

of the price movements of the current contract in the relevant Forward Allocation.  At the end of that LBCI Business Day, 10% of the current contract in the relevant Forward Allocation will be rolled to the next contract in the relevant Forward Allocation. This process is repeated each day, taking into consideration any market disruptions (See below for details) until the tenth LBCI Business Day. At that point the roll will have been completed and returns will come from 100% of the price of the new contract.

### Component Weights

*Annual LBCI PB Weights*

One similarity between the LBCI and LBCI PB is that the LBCI PB inherits the same Liquidity Factors used by the LBCI at the beginning of the year and these are rolled over the same roll window as the LBCI.

*Daily LBCI PB Weights*

The daily weighting methodology for the LPCI PB is derived in a similar manner to the LBCI but instead of using spot prices, it uses excess return. Each day, the LF for each commodity is multiplied by each commodity's PB excess return to derive the daily weights of each of the LBCI components and the daily returns are generated in a similar manner to the LBCI.

This daily weight value can be depicted as follows:

$W_i = LF_i * E_i / \sum(LF_i * E_i)_{LBCI}$

Where : $W_i$ = the daily LBCI PB weight for Commodity i

$LF_i$ = the Liquidity Factor for Commodity i

$E_i$ = the Excess Return Index Value for commodity i.

$\sum(LF_i * E_i)_{LBCI}$ = Sum of (LF * E) for each LBCI Component

At inception, the LBCI PB used the Liquidity Factors derived from November 2000 and the daily index weights based on excess returns using the commodity futures contracts established from the October, 2000 *Forward Allocation* rebalancing. The fact that the weights of the components within the LBCI PB are not a function of spot prices, but are based upon the excess return of the applicable Forward Allocation means that the weights of the individual components within the LBCI PB will drift relative to the LBCI. It is precisely this mechanism that results in the increasing weight of commodities in backwardation at the expense of commodities in contango.

### LBCI Pure Beta Index Performance

Figure 46, indicates the performance of the LBCI PB index versus the LBCI. Both indices have been calibrated to 100 on 1/2/2001 to facilitate comparison. This figure clearly shows how the LBCI PB index has outperformed the standard LBCI since inception in 2001.

**Figure 46.    Performance of LBCI Pure Beta versus the LBCI since 1/2/2001**



*Source: Lehman Brothers*

## LEHMAN BROTHERS/HFN GLOBAL HEDGE FUND INDEX

*The underlying index constituents of this index are hedge funds, rather than publicly traded securities.*

In September 2005, Lehman Brothers and HedgeFund.Net (HFN) launched the Lehman Brothers/HFN Global Hedge Fund Index. Unlike our other indices, the underlying index constituents are hedge funds rather than publicly traded securities. Although its composition is unlike other Lehman indices, the Global Hedge Fund Index is constructed with the same objective rules-based method used for all indices in the Global Family. We have also created a new multi-dimensional classification scheme for this index that segments the hedge fund universe into detailed subindices that track multiple markets (fixed income, equity, commodities, convertibles, etc.), investment styles (macro/directional, long-short, relative value, etc.), and geographic regions (Figure 47).

*To be index eligible, a fund must be a part of HFN's market leading database.*

Since hedge fund return data are not public, Lehman Brothers has partnered with Hedgfund.Net, a division of Channel Capital Group, as the data source for fund level historical monthly total returns (net of fees). To be index eligible in a given month, a fund must be a part of HFN's market leading database of more than 9,000 hedge funds and meet the published eligibility criteria described below.

- *Assets under Management*: All hedge funds must have at least $25 million assets under management. If a fund starts the month above $25 million in assets but then falls below during the month, it will be included in index returns until month end when it will then exit the index.

- *Track Record*: All funds must have at least one year of reported monthly returns.

- *Monthly Return Reporting Window*: All funds will have two calendar months after month end to report monthly returns for official index inclusion. If returns are not submitted within that window, the fund will not be included in either an equal-weighted or asset-weighted benchmark for that month. All funds must submit reported returns within the required two-month reporting window for at least three consecutive months. Funds that do not report a monthly return within the window will need to re-establish a string of at least three consecutive months of "official"

returns to become index eligible again. If a fund does not report within the 60-day reporting window a second time after being reinstated, it will be permanently removed from the index.

- *Annual Audit*: All fund returns must be audited annually by independent accounting firms.

- *Net of Fee Returns*: Fund returns must be net of fees and reported in the base currency of the fund. Funds may submit an initial estimated return any time during the index's two-month reporting window and then update their estimates with confirmed returns.

- *Estimated/Confirmed Returns*: The most recently reported fund returns at the end of the two-month window (either estimated or confirmed) will be used in the final index return calculations. If there is a major return restatement by a fund after the two-month reporting window has ended, the fund may be removed from the index.

- *Weighting Assumptions*: All published hedge fund index returns will be available concurrently under two different weighting assumptions of underlying fund returns: equal weighting and asset weighting (based on beginning of period fund assets).

Note: A fund may lose its index eligibility status during the month, but will not exit the index until month end when the composition is reset. New funds that meet index inclusion rules may enter the index at month-end only and will contribute to returns in the first month after eligibility has been achieved.

The first estimate of a hedge fund index's monthly total return will be on the 10th day after month-end, since fund returns are not immediately available at month end. On that day, we will first calculate returns for the preceding month based on fund returns that have been reported thus far. The total number of index-eligible funds and percentage that have reported by the 10th will be available from this day forward and updated daily as additional funds report until the two month reporting window has expired.

**Figure 47.    Lehman/HFN Global Hedge Fund Index Classification Scheme**

| STYLE | MARKET | GEOGRAPHY |
|---|---|---|
| **Macro/Directional** | **Broad Market/Multi-Market** | **Global** |
| Macro | **Fixed Income** | Global Broad Market |
| Long-Short | Government | Global Broad Market-Developed |
| Long Only | Corporate | Global Broad Market-Emerging |
| Long Bias | Investment-Grade | **Americas** |
| Variable Bias | High-Yield | US |
| Short Bias | Structured Credit | Canada |
| Short Only | Broad Corporates | Mexico |
| CTA | Mortgage/Securitized | Brazil |
| Fundamental | Multi-Sector | Americas Broad Market |
| Trend-following | **Equity** | Americas Broad Market-Developed |
| Passive | Energy | Americas Broad Market-Emerging |
| CTA: Multi-Style | Small/Micro Cap | **Europe** |
| **Relative Value** | Mid/Large Cap | Europe Broad Market |
| Statistical Arbitrage | Volatility (Options) | Europe Broad Market-Developed |
| Special Situations/Event Driven | All Cap | Europe Broad Market-Emerging |
| Distressed | Finance | **Asia-Pacific** |
| Reg D | Small/Micro Cap | Japan |
| Merger Arbitrage | Mid/Large Cap | Non-Japan |
| Blend/Multistyle | Volatility (Options) | Australia |
| Cap Structure | All Cap | China |
| Market Neutral-Equity Only | Healthcare | India |
| Broad Relative Value | Small/Micro Cap | Asia Broad Market |
| **Multi-Style** | Mid/Large Cap | Asia Broad Market-Developed |
| **Fund of Funds** | Volatility (Options) | Asia Broad Market-Emerging |
| | All Cap | **Africa/Middle East** |
| | Technology | Africa/Middle East Broad Market |
| | Small/Micro Cap | |
| | Mid/Large Cap | |
| | Volatility (Options) | |
| | All Cap | |
| | Real Estate | |
| | Small/Micro Cap | |
| | Mid/Large Cap | |
| | Volatility (Options) | |
| | Multi-Sector | |
| | **Commodities** | |
| | Metals | |
| | Energy | |
| | Agriculture | |
| | Multi-Sector: Commodities | |
| | **Convertibles** | |
| | **FX** | |
| | **Fund of Funds** | |

*Source: Lehman Brothers*

### LEHMAN BROTHERS FOREIGN EXCHANGE INDICES (LBFX)

In August 2007, Lehman Brothers launched the Lehman Brothers Foreign Exchange Indices (LBFX). Currently, this index consist of a set of benchmarks that track the performance of G10 currency pairs that are long a specific currency versus a short USD position (Figure 48). The performance of each index is calculated daily incorporating both spot and carry returns. The cumulative performance is reported from the USD-based investor's perspective, with return history back to January 1997.

**Figure 48.    LBFX: G10 Index Coverage**

| Currency | ISO | Quote Convention |
|---|---|---|
| Australian Dollar | AUD | AUDUSD |
| Canadian Dollar | CAD | USDCAD |
| Swiss Franc | CHF | USDCHF |
| Euro | EUR | EURUSD |
| UK Sterling | GBP | GBPUSD |
| Japanese Yen | JPY | USDJPY |
| Norwegian Krone | NOK | USDNOK |
| New Zealand Dollar | NZD | NZDUSD |
| Swedish Krona | SEK | USDSEK |

*Source: Lehman Brothers.*

### Benchmark Applications

The foreign exchange indices can be used for several purposes. First, the LBFX Indices can be used to construct a benchmark for FX active and passive managers. Second, the FX indices can be used to track returns of trading strategies such as Lehman Brothers' Macro Quantitative Currency Strategies (MarQCuS). MarQCuS is a portfolio of six separate trading strategies, a platform that enables investors to diversify out of carry-based trading rules and gain exposure to a wide range of macro drivers of the currency markets. Finally, being total return indices, they can serve as a reference for FX structured products for investors who want their payoffs to be linked to total returns instead of spot returns, for in practice, they earn a total return that includes carry by receiving the interest on the long leg of the transaction and paying the interest on the short leg of the transaction.

### Calculating the Implied Deposit Rate

Deposit rates used to calculate the carry component of total returns for the index are implied from the currency forward contracts settling tomorrow/next day (Tom/Next or T/N). In market practice, most foreign currency balances are sold (bought back if they are negative) overnight and bought back (or sold if negative) next day in a contract called an FX swap.

The T/N FX swap between USD and a given currency is effective on the next currency business day (for USD and the currency in question) and matures on the following currency business day.

# CUSTOMIZED INDICES

Many investors have benchmark specifications that differ from the broad, generic indices described above. To address these needs, Lehman Brothers has worked with investors to develop customized indices tailored to their unique objectives and constraints. As of early 2008, Lehman Brothers publishes more than 10,000 standard and customized indices daily. Returns and statistics for the Lehman Brothers customized indices are analogous to those reported for our standard indices and can be backfilled with historical information if data is available. If you would like Lehman Brothers to provide a customized benchmark, please contact your regional Index Strategy team in New York, London, Hong Kong, or Tokyo.[22]

## TYPES OF CUSTOMIZED INDICES

There are three major categories of rules-based customized indices: enhanced constraint, composite, and issuer constrained/capped indices.

### Enhanced Constraint Indices

The enhanced constraint index applies a more (or less) stringent set of constraints to an existing index. For example, a state pension fund that is interested in using the Global Aggregate Index but is not allowed to hold securities rated below single-A can create a customized index with lower-quality bonds removed. The remaining bonds are still weighted according to market capitalization. In addition to credit quality, other constraints can include maturity, duration, liquidity, callability and issuer.

### Composite Indices

In a composite index, investors can assign their own weights to sectors within the overall benchmark. For example, the chief investment officer of a fund can create an index to match the base asset allocation of 50% Treasuries, 25% mortgages, and 25% corporates, regardless of changing market values among sectors. Within each sector, the securities will still be weighted according to market capitalization.

### Issuer Capped/Constrained Indices

In response to increased interest in issuer weights, we launched custom indices in May 2002 that cap issuer exposure (by ticker) to a fixed percentage for certain key investment-grade and high-yield indices. In the U.S., we are publishing a 1%, 2%, 3%, and 4% issuer constrained High-Yield Corporate Index. In Europe, we now publish 2%, 3%, 4%, and 5% Pan-Euro and Euro High-Yield Corporate Indices. These indices can also be customized to remain sector or quality neutral after capping issuer exposures. More details on our rules-based capping methodology can be found in the appendices.

In addition, Lehman Brothers offers two other types of client-specific customized benchmarks: liability based indices and book yield indices:

### Liability-Driven Indices

Liability-Based Indices were created to help investors who must match a specific cash flow profile. For example, an insurance company with a liability profile that differs from

---

[22] *Contact information can be found in the inside cover of the Guide to the Lehman Brothers Global Family of Indices.*

the cash flow profile of a standard index can create a customized index that matches its cash flow objective. More details on out LDI index offerings can be found in Appendix 17.

**Figure 49.    Sample Customized Indices**

**Enhanced Rules-Based Indices**

Euro-Aggregate (excluding Baa/BBB Corporates)

This index includes all bonds in the Euro-Aggregate Index except corporates rated Baa1 or below

**U.S. Government/Credit 1-7 year A+**

This index includes treasury, government-related and corporate bonds with remaining maturities of

1-7 years and rated single-A or higher, using the middle rating of Moody's, S&P, and Fitch

**Customized Composite Indices**

50% U.S. Government Credit/50% U.S. MBS Index

This index is a composite weighted 50% by the U.S. Government/Credit Index and 50% by the

U.S. MBS Index.

**Issuer Capped/Constrained Indices**

U.S. High-Yield 3% Issuer-Constrained Index

No issuer in the index will have over a 3% market value weight in the U.S. High-Yield Index

**Customized Liability Driven Indices (LDI)**

This index matches the key rate duration exposure using a combination of Lehman Brothers Nominal Swap Indices.

The swap used and their weights can be revised during the life of the fund, as exposures change as a dynamic index.

| Maturity | Duration | Weight |
|----------|----------|--------|
| 2 Years | 1.9 | 1% |
| 5 Years | 4.5 | 8% |
| 10 Years | 8.2 | 17% |
| 20 Years | 13.5 | 24% |
| 30 Years | 17.0 | 29% |
| 40 Years | 19.3 | 18% |
| 50 Years | 21.0 | 3% |

*Source: Lehman Brothers*

# 1: GLOBAL FAMILY OF INDICES CHRONOLOGY: A BRIEF HISTORY

1973:   With the help of sales manager Bill Rust, researchers John Roundtree and Art Lipson, while at Kuhn Loeb, set up three U.S. bond indices: Kuhn Loeb Bond Index (all corporates, with maturities longer than one year; Long-Term Corporate Index (all corporates longer than 10 years); Government Index (Treasuries and agencies). First results introduced on July 7, 1973, backdated to January 1, 1973.

1974:   Portfolio Analysis System, the predecessor to PC Product, introduced.

1979:   Birth of the Lehman U.S. Government/Corporate Index. Index was renamed in 2000 to the U.S. Government/Credit Index.

1980:   Municipal Index created. Sub-segments of the indices developed for risk management purposes. Altogether, 65 sector subindices are established.

1981:   Lehman Hourly Treasury Index is published in Wall Street Journal. Sinking funds and other contingent cash flow securities are incorporated into the Index.

1982:   The first detailed analysis of indices is published by Lehman researcher Ron Ryan, "The Bond Market: Structure, Performance, and Volatility."

1984:   Total return methodology to measure security returns based on beginning of the month weights rather than end-of-month weights. This leads to the introduction of backward and forward index statistics.

1985:   Municipal bond index debuts at CBOT.

1986:   MBS Index created, with data back to 1976. U.S. Aggregate Index introduced in May, with data beginning in 1976. Yankee sector introduced, with data back to 1976.

1987:   PC Product created. First index swap trade.

1988:   PC Product installations at investors begin. Liquidity constraint raised in August from $1 million to $25 million for corporate issues. Yankee Index included in Government/Corporate Index.

1989:   Published durations changed from Macaulay duration-to-maturity to modified-adjusted duration. Published yields changed from yield-to-maturity to yield-to-worst. U.S. Aggregate Index published on a daily basis. Annual index review commences publication.

1990:   Liquidity constraint hiked from $25 million to $100 million for government issues. Yankee sector absorbed into U.S. Corporate Index. Title XI issues dropped from the Government Index. Asset-backed bullet issues added to the finance sector. Quick option model for callable corporates introduced.

1991:   Option-valuation model first applied to index calculations. Durations are retroactive to January 1989. Risk analysis for U.S. markets begins in October. International yield conventions added in December.

1992:   U.S. Corporate High-Yield Index, Eurobond, and global government indices rolled out, with backdated histories. ABS added to U.S. Aggregate Index. Balloons added to MBS Index. Liquidity constraint raised from $25 million to $50 million for non-government index. Mobile homes (manufactured housing) dropped from MBS Index. Mutual fund indices created. Full daily PC Product added.

1993:   Emerging Market Index introduced for Latin American debt only; corporate indices "unbundled" into multiple subsectors. Introduction of ARMs Index. High-Yield Loan Index pricing created. Index results distributed through Bloomberg. PC Product shifts to lognormal model for evaluation of callable corporates in June. Municipals shift from a basket (sample) to rules-based methodology.

1994:   Liquidity constraint raised from $50 million to $100 million for all U.S. Aggregate issues. PC Product delivered electronically. "Family of Indices" concept introduced. Risk analysis revised for U.S. Indices in April.

1995:   GPMs dropped from MBS Index. Average coupon for indices par-weighted instead of market-weighted. Commodity Index created. Return attribution model introduced into the U.S. market in April.

1996:   OAS-based scenario analysis and rewrite of multi-currency optimizer. U.S. Private Placement Index launched in July. European Index team formed.

1997:   Anticipating European Monetary Union and preparing for the Euro-Aggregate Index. Emerging-Market Index expanded beyond Latin America; introduction of German Aggregate Index (January 1), dollar-denominated Euro-floater Corporate Index (July 1), and Global Inflation-Linked Index (October 1). Index results posted on Internet. Formation of Lehman Brothers U.S. Index. Advisory Council on June 24. Commodity Index discontinued.

1998:   25th Anniversary Celebration of Lehman Indices. Utility rate reduction bonds join ABS Index. 144A's included in High-Yield Index and a new 144A investment-grade corporate index debuts. Euro-Government Index launched on March 1. Euro-Aggregate Index starts on July 1. Inaugural European Index Advisory Council held in London.

1999:   European Monetary Union begins on January 1. Third Generation Macro Indices, U.S. Universal Index, Global Aggregate Index, Pan-European Aggregate, European High Yield, Global High Yield, and Global Sovereign Index rolled out on January 1. Introduced CMBS (Investment Grade & High Yield) Index (January 1), ERISA-eligible investment-grade CMBS added to U.S. Aggregate Index on July 1, dollar-denominated Euro-Floater Index discontinued on October 1. Manufactured housing added to ABS Index. Liquidity criterion raised from $100 million to $150 million for U.S. Aggregate Index on July 1. Inaugural Municipal Index Advisory Council held. First POINT beta installation at investors during fourth quarter of 1999.

2000:   Global Index map largely completed, with Asian and local-currency expansions. Launched first local-currency Emerging-Market Index with Mexico on January 1. Asian-Pacific Aggregate Index begins on July 1, 2000. Asian-Pacific Aggregate Index joins Global Aggregate Index on October 1, 2000. Liquidity constraint for Global Aggregate Index raised to $300 million on October 1, 2000. 144A bonds with registration rights added to U.S. Aggregate. Tokyo Index team started. Inaugural Asian-Pacific Index Advisory Council held.

2001:   A year of infrastructure, technology, analytic enhancements, conversions to the Global Aggregate Index. Multiverse Index launched on January 1. Global Credit Index and Global Securitized Index mark the beginning of distinct asset class indices on July 1. U.S. Swap Index and Global Capital Securities Index launched in November. PC Product installations begin to be replaced by POINT.

2002:   On January 1, Pan-European Aggregate Index liquidity criterion raised to €300 million and Asian-Pacific Aggregate Index raised to ¥35 billion. Pan-European Universal Index born on January 1, 2002. Euro, sterling, and yen swap indices created. Investigation of excess returns based on swap metrics. Launch of VLI (Very Liquid Indices), starting with the U.S. high-yield corporate asset class. The defaults of Enron in 2001 and WorldCom inspire a rush for "issuer-constrained indices" for both investment-grade and high-yield corporates, which were created in May 2002. Canadian corporates and agency index created on October 1. Danish MBS Index launched on November 1.

2003:   30th Anniversary of Global Family of Indices celebrated amidst the lowest rates in half a century. Canadian corporates and agencies join the Global Aggregate Index on January 1. The debut of a U.S. Convertible Bond Index on January 1 marked our first entry into the equity markets. Credit Default Swap Indices in dollars, euros, and yen introduced on October 1. Launched European ABS FRN Index and re-introduced U.S. FRN Indices. U.S. High-Yield Loan Index dropped. On October 1, liquidity requirement on U.S. Aggregate raised from $150 million to $200 million, taxable municipals rejoin the U.S. Aggregate Index, capital securities with coupon resets join U.S. Aggregate, and captive finance paper is resorted into parent categories. Instead of using Moody's only for generic rating tie breakers, the most conservative of Moody's and S&P is applied. In CMBS, Fitch ratings also are used. GHLC Index created for Japanese residential mortgage-backed securities. First Global Index Advisory Council held simultaneously in New York, London, and Tokyo. Inaugural European Analytics Advisory Council.

2004:   Chinese Aggregate Bond Index launched in March. Eastern European Indices (Poland, Hungary, and Czech Republic), Euro FRN ABS, Euro ABS, and revamped Mexican Government Index introduced. U.S. Aggregate liquidity criterion revised to $250 million, Global Inflation-Linked Index rules harmonized with Global Aggregate Index, Resolution Funding securities dropped from Lehman Indices, JGB FRN Indices introduced, Bullet Structure Danish MBS joins the Global Aggregate on July 1. Hong Kong Index team formed.

2005:   Global sector reclassification scheme introduced on January 1, 2005. Mexican peso, Chilean peso, South African rand, and investment-grade Eastern European currencies join Global Aggregate Index on January 1, 2005. Fitch ratings added on July 1 to index inclusion rules joining Moody's and S&P, middle rating of three used to determine index eligibility and classification; Floating-Rate ABS, Hybrid ARM and Hedge Fund Indices launched. Inaugural U.S. POINT Advisory Council held.

2006:   Taiwan dollar and Malaysian ringgit join Global Aggregate Index on January 1, 2006. Global EM Index sovereign rating cap raised to Baa1/BBB+ from Baa3/BBB-. Pan European High-Yield Index minimum liquidity raised to €100 million from €50 million. Re-launch of U.S. High-Yield Loan Index in February and introduction of U.S. High-Yield FRN Index in March. First Commodities Index Advisory Council held, Commodities Indices relaunched on July 1, Indian local currency indices join the Global Family of Indices, creation of Zero Coupon Nominal and Inflation Swaps Indices.

2007:   Agency Hybrid ARM securities added to the U.S. Aggregate on April 1, but not added to Global Aggregate. Thai baht-denominated securities removed from the Lehman Brothers indices on March 1, JHFA RMBS added to Japanese Aggregate on April 1, but not Asian-Pacific or Global Aggregate Indices.

CDX/iTraxx Total Returns launched in May, Russian Aggregate Index and EM Swap Indices joined the Global Family of Indices on June 1, and the FX Indices on July 1. On October 1, the Chicago Mercantile Exchange (CME) launched the Lehman Brothers U.S. Aggregate Index futures contract (Ticker: LBA).

2008:    Thirty-fifth Anniversary of Global Family of Indices.  Launch of CMBS Aaa Super Duper Indices and Euro Treasury Bills Index in January. Fixed-rate manufactured housing ABS removed for the U.S. Aggregate and U.S. ABS Indices on January 1, fixed-rate MBS balloon securities removed from the U.S. Aggregate and U.S. MBS Indices on January 1. Fixed-to-floating rate perpetual securities that do not have coupon rate step-ups on their first call date included in U.S. Aggregate and U.S. Credit Indices on January 1.  Thai Baht-denominated securities will be added back to the Lehman indices on July 1.

# 2: TOTAL RETURN CALCULATIONS

## A. COMPONENTS OF MONTHLY TOTAL RETURN CALCULATIONS

Where:

- Pb = beginning price
- Pe = ending price
- MVb = beginning market value (Pb+Ab)
- Ab = beginning accrued interest
- Ae = ending accrued interest
- OutstandB: Balance outstanding at beginning of period
- OutstandE: Balance outstanding at end of period
- IntPayment: Interest payment during period
- PrincPayment: Principal payment during period

For CMBS Bonds Only:

- PrincWritedown: Principal lost during period
- PrepayPrem: Prepayment premium

*For All Security Types:*

**1.   Monthly Price Return**
The return derived from price changes due to movements in spreads and interest rates

Monthly price return = (Pe – Pb) / MVb

**2.   Monthly Coupon Return**
The return derived from the interest payment actually made on the certificate. In the case of an interest shortfall, the actual interest payment received will be less than the expected coupon payment.

Monthly coupon return = [(Ae – Ab) + IntPayment] / MVb

**3.   Paydown Return**
The return related to both scheduled and unscheduled payments of principal.
Monthly Paydown Return = principal_payment * (100 - Pe - Ae)/MVb

principal_payment = (PrincPayment/OutstandB)

**4.   Currency Return (see Appendix 4 for more details)**
The return derived from converting local returns to a base reporting currency different from the underlying currency of the security. If the underlying and reporting currencies are the same, currency return is zero. Currency returns can be hedged or unhedged.
**Monthly Currency Return (Unhedged)** = % change in spot*(1+local return)
- Local Return = price return + coupon return + paydown return
**Monthly Currency Return (Hedged)** = Expected Currency Return + Residual Currency Return
- Expected Currency Return = Relative Forward Rate Differential * (1 + Expected Local Return)
- Relative Forward Rate Differential = (Forward Rate – Spot Rate) / Spot Rate
- Expected Local Return = (1+Yield beginning/2)$_{(1/6)}$-1
- Residual Currency Return = (% change in spot)*(Local Return –Expected Return)
- Local Return = price return + coupon return = paydown return
- Exchange Rate = base currency / local currency
- Forward Rate = Spot rate beginning * (1+One Month Base Depo) / (1+One Month Local Depo)

*For CMBS Bonds Only:*

**5.   Writedown Return**
The return related to the reduction in the outstanding class balance due to a loss of principal. The principal loss is valued at the ending price of the bond.

Monthly Writedown Return = Principal_writedown * (Pe + Ae)/MVb

Principal_writedown = (PrincWritedown/OutstandB)

**6.   Prepayment Premium Return**
The return due to additional penalty premiums paid in connection with certain prepayments. The premiums are generally distributed as excess interest on the certificates.

Monthly Prepayment Premium Return = Prepay_premium/MVb

Prepay_premium = (PrepayPrem/OutstandB) * 100

**Monthly Total Return (All Security Types)**

Monthly Total Return = Price Return + Coupon Return + Paydown Return + Currency Return + Writedown Return (CMBS Only) + Prepayment Premium Return (CMBS Only)

**Return Attribution: Components of Price Return**

*Return due to Passage of Time*
- Accretion Return: Convergence of a bond's price to par due to the passage of time
- Rolldown Return: Predictable changes in a bond's yield as time elapses, reflecting a bond's placement along the yield curve

*Return due to Yield Curve Movement*
- Shift Return: Return due to parallel shift of the yield curve
- Twist Return: Return due to curve flattening or steepening
- Butterfly Return: Return due to the middle of the curve moving in opposite direction than the wings.
- Shape Return: Residual curve impact unexplained by the other three components

*Return due to Spread & Volatility Changes*
- Volatility Return: Return due to changes in market volatility for bonds with embedded optionality
- Spread Return: Return due to the widening or tightening of option adjusted spread

## B. RETURNS (PERIODIC AND SINCE INCEPTION) AND INDEX VALUES

Where:
$I_B$ = beginning of period Index value
$I_E$ = end of period Index Value

| | | | |
|---|---|---|---|
| **Periodic 3 Mnth** | Rolling 3-month total returns = $[(I_E / I_B) * 100] - 100$ | **Index Value** | Cumulative total return since inception indexed to 100. (Since Inception Total Return + 100) |
| **Periodic 6 Mnth** | Rolling 6-month total returns = $[(I_E / I_B) * 100] - 100$ | **Since Inception Total** | Cumulative total return since inception indexed to zero |
| | | **Since Inception Price** | Cumulative price return since inception of the index. |
| | | **Since Inception Coupon** | Cumulative coupon return without reinvestment since inception. |
| | | **Since Inception Cpn Rinv** | Cumulative coupon return with reinvestment since inception = Incep Tot Rtrn – Incep Price – Incep Other. |

### Example of Periodic Return Calculations

**Calculating the Index Value for the current period**
1. Add 100 to the monthly return (12/31/07) to determine the monthly index value.
2. Multiply the previous month's index value (11/30/07) by the monthly index.
3. Divide by 100.

**Global Aggregate Index for 12/31/07**
100+(-0.30)=99.70

358.604 X 99.70 = 35,753

35,753/100=357.53

**Calculating a return over a specific time interval**
1. Divide the ending index value (12/31/07) by the beginning index value (12/31/06)
2. Multiply by 100.
3. Subtract 100.

**Global Aggregate Index for the calendar year 2007**
357.53/326.57 = 1.0948

1.0948 * 100 = 109.48
109.48-100 = 9.48

**Annualizing a return**
1. Divide the end index value (12/31/07) by the beginning index value (12/31/02).
2. Take the nth root (1/n power, n is the number of years) of the result
3. Subtract 1 and multiply by 100.

**Global Aggregate Index five-year annualized return (12/31/07)**
357.53/260.79 = 1.37095

$1.37095^{1/5} = 1.06513$

$(1.06513-1)*100 = 6.51$

# 3: EXCESS RETURN COMPUTATIONS[1]

Bond investors, especially active "relative-value optimizers," gain insight and gauge the efficacy of their portfolio practices by measuring the performance of spread-product asset classes relative to the Treasury asset class. This practice, which can be conducted in any currency with both spread products and government-issued treasury debt, requires the calculation of "excess returns" of spread securities over those of "equivalent" Treasury securities.

The notion of excess return has a long history. Intuitively, and initially through the simple observation of nominal return differentials, asset managers expect performance compensation for holding risky assets. For an individual security, a portfolio, or an entire asset class, excess returns offer a purer measure of this compensation than nominal returns. But many different excess-return calculation methodologies exist. These differences mainly reflect various mechanisms for defining an equivalent Treasury position.

The simplest technique compares a spread-sector bond's return to the nearest Treasury on-the-run. More precise methods require that the equivalent Treasury position match the duration of the spread security. The duration-bucket approach, introduced in 1995 and currently used by Lehman indices, calculates an equivalent Treasury return for each duration neighborhood. It is based on the average returns on Treasuries and spread sectors partitioned into semi-annual duration cells.

A security's duration does not fully reflect its yield curve exposure, particularly for securities with embedded optionality, such as callable bonds or MBS. A more precise method is to characterize fully each security's exposure along the curve by a set of key rate durations (KRD). Then its return can be compared with that of an all-Treasury portfolio with the same KRD profile.

Below, we describe how KRD are calculated and used to construct equivalent Treasury positions and to compute excess returns. The results of the KRD-based method are then compared with the current duration-cell method. An intuitive approximation for excess return based on option-adjusted spread (OAS) helps compare the two methods. A detailed analysis of this approximation explains how to properly weight portfolio spreads and spread changes to allow portfolio-level quantities to be used in the excess return calculation.

## KEY RATE DURATIONS AND EXCESS RETURNS

The U.S. Treasury off-the-run yield curve is modelled daily at Lehman by fitting a smooth discount curve to the prices of U.S. Treasury securities. In addition, a term structure of volatility is fitted to a selected set of caps and swaptions. These fitted curves serve as the basis for our OAS models: a lognormal tree model for government and corporate securities and a Monte Carlo simulation model for MBS. In both models, sensitivities to changes in interest rates are measured by shocking the yield curve by a fixed amount, keeping volatility constant, and repricing each security at a constant OAS. This mechanism is currently used to calculate option-adjusted durations as sensitivities to a parallel shift in the Treasury par curve.

---

[1] *Written by Lev Dynkin, Jay Hyman, Vadim Konstantinovdky, and Mike Ng; originally published in September 2000.*

Key rate durations are sensitivities to the movement of specific parts of the par yield curve. We have selected six key points along the curve: 0.5, 2, 5, 10, 20, and 30 years to maturity. The movements of the par yields at these six points are assumed to capture the overall movement of the yield curve. Sensitivities of a bond to these six yields summarize its exposure to yield curve movements. To compute these sensitivities, the yield curve is perturbed by applying a change in the par yield curve around each of these points one at a time, and the bond is re-priced at a constant OAS. The sum of the six key rate durations is approximately equal to the option-adjusted duration. The distribution of the bond's duration among the six KRD gives a more detailed view of how it will respond to different types of yield curve movements.

To calculate excess returns using KRD, we proceed as follows. At the start of each month, we construct a set of six hypothetical par-coupon Treasuries corresponding exactly to the maturities of the six KRD. Each of these bonds is priced exactly off the curve (at zero OAS). To this, a riskless one-month cash security is added. A combination of these seven securities can be used to match the market value and KRD profile of any security as of the beginning of the month. This combination constitutes the equivalent Treasury position to which the security's return is compared. At the end of the month, each of the hypothetical securities is repriced at zero OAS off the end-of-month Treasury curve, and its total return for the month is calculated. An excess return for the security is then calculated as the difference between its total return and that of the equivalent Treasury position.

Figure 1 compares the excess returns computed for various Lehman Brothers indices in September 2000 using the new KRD-based method and the current duration-cell method. For the Gov/Credit index, the two models produce similar results. Sectors with more callable bonds show greater differences between the two methods. The largest discrepancy between the two models is for the MBS Index, for which the KRD-based excess return is 44 bp, as opposed to the 12 bp produced by the duration-cell approach. (Our mortgage research group pioneered the KRD-based methodology precisely because of the problems inherent in applying the duration cell approach to MBS.)

**Figure 1.    Excess Returns for Selected Components of the U.S. Aggregate Index by KRD-Based and Duration Cell Methods,** September 2000, %

| Index | KRD-Based | Duration Cell-Based |
|---|---|---|
| Agency | 0.54 | 0.48 |
|     Intermediate Agencies | 0.42 | 0.35 |
|     Long Agencies | 1.15 | 1.14 |
|     Callable Agencies | 0.36 | 0.26 |
| Credit | 0.25 | 0.19 |
|     Intermediate Credit | 0.26 | 0.20 |
|     Long Credit | 0.23 | 0.17 |
|     Callable Credit | 0.12 | 0.02 |
| Gov/Credit | 0.18 | 0.15 |

*Source: Lehman Brothers*

Figure 2 compares historical excess returns obtained by the two models for the U.S. Credit Index over the last nine months. For the most part, the two models produce similar results. In three months out of nine, however, the differences between the models were 9 bp or greater.

Figure 2.    **Monthly Excess Returns for the Lehman Brothers Credit Index:
Comparison of the Two Methods**, %

|  | 12/99 | 1/00 | 2/00 | 3/00 | 4/00 | 5/00 | 6/00 | 7/00 | 8/00 |
|---|---|---|---|---|---|---|---|---|---|
| Duration-Cell Exc. Ret. | 0.27 | -0.43 | -0.50 | -1.34 | -0.49 | -0.58 | 0.69 | 0.28 | -0.22 |
| KRD-Based Exc. Ret. | 0.14 | -0.44 | -0.59 | -1.31 | -0.46 | -0.60 | 0.70 | 0.19 | -0.21 |
| Difference | 0.13 | 0.01 | 0.09 | -0.03 | -0.03 | 0.02 | -0.01 | 0.09 | -0.01 |

*Source: Lehman Brothers*

## APPROXIMATING EXCESS RETURNS FROM OAS

As discussed above, no excess return methodology has been standardized in our industry. To help evaluate excess returns produced by the two models described, we calculated excess returns on the Credit Index using a third method. This is a simple intuitive approximation based on the sources of excess return for spread product. Securities considered more risky than Treasuries "usually" earn a spread over Treasury yields; when a spread remains unchanged, the excess return should be approximately equal to the spread itself. The risk of such securities is realized when spreads do change. In this case, the additional (positive or negative) excess return is given by the "change in spread" times the "spread duration."

Let $ER_i$ denote the excess return of bond i ; $S_i$, its option-adjusted spread (OAS); $\Delta S_i$ , the monthly change in OAS; and $D_i$ , its spread duration. Our simple first-order approximation for monthly excess return is given by

$$(1) \qquad ER_i \approx \frac{s_i}{12} - D_i \Delta s_i$$

(The charming simplicity of this approximation might lead one to ask why this should not be adopted as our official definition of excess return. Yet, this simple model does not cover all possible sources of return differences between Treasuries and spread product. For example, callable bonds may experience excess returns due to volatility changes, even with unchanged OAS. Returns on mortgage-backed securities are affected by prepayment surprises and volatility changes in addition to changes in spread. Therefore, it is important to retain a model that works in return space, by subtracting an equivalent Treasury return from each security's total return.)

While this OAS-based approximation of excess return may not be rigorously correct for volatility-sensitive instruments, we feel that it gives intuitive results for a largely non-callable index such as the U.S. Credit. As shown in Figure 3, OAS-approximated excess returns for the Credit Index agree quite closely with the new KRD-based approach. In particular, in the three months in which the KRD method and the duration-cell method disagree (December, February, and July), the OAS-based approximation is much closer to the KRD-based numbers. This supports our opinion that the proposed new KRD method is superior to the earlier, duration-bucket approach currently in use by our index team and non-MBS strategists.

In the application of the OAS-based estimate to portfolio or index excess returns, one detail merits a closer look. It is important to pay attention to the weighting mechanism used to compute portfolio averages. We show that while the spread levels should be weighted by market value, the changes in spreads should be weighted by dollar duration

(the product of market value and spread duration). A failure to do so can lead to inaccuracy when the market experiences changes in the term structure of spreads.

For a portfolio, let $w_i$ represent the percentage of portfolio market value in security $i$. The portfolio excess return (for one month) is then the weighted sum of component securities' returns:

$$(2) \qquad ER_P = \sum_i w_i ER_i \approx \frac{\sum_i w_i s_i}{12} - \sum_i w_i D_i \Delta s_i$$

Let us look at how this calculation can be expressed in terms of portfolio-level quantities. We define the following portfolio averages for spread duration, spread, and spread change:

$$(3) \qquad \begin{aligned} D_P^{MW} &= \sum_i w_i D_i \\ s_P^{MW} &= \sum_i w_i s_i \\ \Delta s_P^{DDW} &= \frac{\sum_i w_i D_i \Delta s_i}{\sum_i w_i D_i} \end{aligned}$$

**Figure 3.     Monthly Excess Returns for the Lehman Brothers Credit Index: Comparison with OAS-Based Approximation**

|                    | 12/99 | 1/00  | 2/00  | 3/00  | 4/00  | 5/00  | 6/00 | 7/00 | 8/00  |
|--------------------|-------|-------|-------|-------|-------|-------|------|------|-------|
| Duration-Cell Exc. Ret. | 0.27  | -0.43 | -0.50 | -1.34 | -0.49 | -0.58 | 0.69 | 0.28 | -0.22 |
| KRD-Based Exc. Ret. | 0.14  | -0.44 | -0.59 | -1.31 | -0.46 | -0.60 | 0.70 | 0.19 | -0.21 |
| OAS-Based Estimate | 0.14  | -0.42 | -0.56 | -1.33 | -0.53 | -0.62 | 0.70 | 0.18 | -0.20 |

*Source: Lehman Brothers*

where the superscript MW refers to a market-weighted portfolio average and the superscript DDW denotes a dollar duration-weighted average. The quantity DPMW is the market-weighted average portfolio spread duration; sPMW is the market-weighted average portfolio OAS; and ΔsPDDW is the dollar duration-weighted average portfolio OAS change.

We can see that the approximation for portfolio excess return given in equation (2) can be rewritten as

$$(4) \qquad ER_P = \frac{s_P^{MW}}{12} - D_P^{MW} \Delta s_P^{DDW}$$

The first term of equation (2) is given by the market-weighted spread. In the second term, the duration cancels out the denominator of the duration-weighted spread, leaving an expression identical to that found in equation (2).

This weighting scheme is in accord with our intuitive understanding. The first component corresponds to the return that will be earned by each security if its spread remains

unchanged. This spread should be weighted by market value, as are returns. The second term represents the return effect of spread changes. Spread changes in longer securities will have a greater effect and should be given greater weights.

Is this overly complex for a "back-of-the-envelope" calculation like this one? It would certainly be simpler just to use all market-weighted quantities in equation (4). One can wonder how much of a difference it could make. The answer is clear from Figure 4, which compares the results of our approximation using both market and dollar-duration weights with the excess returns from the KRD-based methodology (considered to be superior to the duration cell one). The dollar-duration weighted estimate agrees quite well with the KRD-based approach. The use of market-weighted spread change leads to inaccuracies of 14 bp or more in either direction in five out of the nine months shown.

**Figure 4.**    **OAS-Based Approximation of Excess Returns for the Lehman Brothers Credit Index: Comparing Market and Dollar-Duration-Weighting of Spread Changes**

|  | 12/99 | 1/00 | 2/00 | 3/00 | 4/00 | 5/00 | 6/00 | 7/00 | 8/00 |
|---|---|---|---|---|---|---|---|---|---|
| KRD-Based Exc. Ret. | 0.14 | -0.44 | -0.59 | -1.31 | -0.46 | -0.60 | 0.70 | 0.19 | -0.21 |
| OAS-Based Est. (DDW) | 0.14 | -0.42 | -0.56 | -1.33 | -0.53 | -0.62 | 0.70 | 0.18 | -0.20 |
| OAS-Based Est. (MW) | 0.16 | -0.26 | -0.32 | -1.24 | -0.78 | -0.43 | 0.56 | 0.20 | -0.10 |
| Error (DDW) | 0.00 | 0.02 | 0.03 | -0.02 | -0.07 | -0.02 | 0.00 | -0.01 | 0.01 |
| Error (MW) | 0.02 | 0.18 | 0.27 | 0.07 | -0.32 | 0.17 | -0.14 | 0.01 | 0.11 |

*Source: Lehman Brothers*

Why is the dollar duration-weighted approximation consistently accurate while the market-weighted method results vary? What is the difference between July 2000, when the market-weighted approximation was as good as the dollar duration-weighted one, and April 2000, when the market-weighted approximation was significantly off? Figure 8 provides some clues.

In July 2000, spread movements were consistently small across the yield curve. In March, there was a significant widening, but it was relatively consistent across the curve. On the other hand, the April widening was uneven, with its level varying greatly depending upon duration bucket. Whenever there are systematic changes in the shape of the spread curve, a market-weighted change in spreads will give a distorted estimate of the effect on returns.

*Conclusion*

The use of key rate durations to calculate excess returns should result in more accurate results, particularly for volatility-sensitive securities like callable bonds and MBS.

A simple approximation of excess return based on OAS and changes in OAS supports the proposed KRD-based methodology. When using this approximation, the portfolio-level spread change should be calculated as a dollar-duration-weighted average of the security-level spread changes.

### CALCULATING PERIODIC AND CUMULATIVE EXCESS RETURNS [2]

On February 1, 2002, Lehman Brothers began publishing annualized (year-to-date) and periodic (trailing 3-, 6-, and 12-month) excess returns for the Global Family of Indices using a new methodology. Until then, excess returns for a period greater than one month had been reported by simply adding monthly excess returns together. The new methodology accounts for the effects of monthly compounding.

The "sum of monthly excess returns" approach would be optimal if the indices were in a constant-size hedging situation in which the specific index was viewed as a long position and a hypothetical key rate duration (KRD)-matched treasury portfolio was viewed as the short position. In that case, the initial outlay of cash is zero and excess returns are essentially a P&L number. However, the Lehman Brothers Global Family of Indices is a rules-based universe of bonds whose composition is set monthly and whose size changes every month. Therefore, simply adding of excess returns does not account for the compounding effect of indices that consistently outperform or underperform their duration-matched treasury profile.

Compounding monthly excess returns directly is not a valid solution either, since excess returns are the arithmetic differences between the total return of the index and its KRD-matched treasury portfolio and, therefore, can't be compounded. But whereas excess returns cannot be compounded, total returns can. Since we publish both the total and excess returns of each index monthly, we also have a calculated total return of the implied KRD-matched treasury portfolio for that index (the difference between the excess and total return of the index).

Mathematically, total returns of the index and the implied treasury portfolio can then be compounded separately and compared, even as its composition is reset every month, yielding a valid periodic excess return derived from the arithmetic differences between the two. The newly published periodic excess returns use this methodology.

#### An Example of the Methodology

The following example explains the technique using the three-month time horizon for the previous three months (December 2001-February 2002).

Let:

$TR_{index}$ = Total Return of the Index

$ER_{index}$ = Excess Return of the Index

$TR_{ImpliedTreasury}$ = Total Return of the Implied Key Rate Duration (KRD)-Matched Treasury Portfolio.

For any given month:

$$TR_{index} - ER_{index} = TR_{ImpliedTreasuries}.$$

For the past three months:

$$Dec2001\,TR_{index} - Dec2001\,ER_{index} = Dec2001\,TR_{ImpliedTreasuries}$$

$$Jan2002\,TR_{index} - Jan2002\,ER_{index} = Jan2002\,TR_{ImpliedTreasuries}$$

$$Feb2002\,TR_{index} - Feb2002\,ER_{index} = Feb2002\,TR_{ImpliedTreasuries}$$

---

[2] Written by Nick Gendron and Brian Upbin. Originally published in February 2002 Global Family of Indices.

Over a three-month period, the total return of the index would be:

$$Feb2002 \text{ ThreeMonth\_} \mathbf{TR_{Index}} = (1 + Dec2001\mathbf{TR_{Index}}) *$$
$$(1 + Jan2002\mathbf{TR_{index}}) * (1 + Feb2002\mathbf{TR_{Index}}) - 1$$

The total return of the implied duration-matched treasury portfolio would be:

$$Feb2002 \text{ ThreeMonth\_TR}_{ImpliedTreasuries} = (1 + Dec2001\mathbf{TR_{ImpliedTreasuries}}) *$$
$$(1 + Jan2002\mathbf{TR_{ImpliedTreasuries}}) * (1 + Feb2002\mathbf{TR_{ImpliedTreasuries}}) - 1$$

And the compounded three-month excess return at the end of February 2002 is simply:

$$Feb2002 \text{ } ThreeMonth\_ER_{Index} = Feb2002 \text{ } ThreeMonth\_TR_{Index} - Feb2002$$
$$ThreeMonth\_TR_{ImpliedTreasuries}$$

### Where to Find Periodic Excess Returns

Compounded excess returns can be run over any time horizon for which monthly excess returns are reported. For the Lehman Global Family of Indices, we have calculated trailing 3-month, 6-month, 12-month, and year-to-date excess returns back to August 1988. Data are available on the Index Website (available through LehmanLive.com). These fields can be added to an existing view of index data using the Custom View Function of the website.

# 4: PRICING METHODOLOGY FOR THE GLOBAL FAMILY OF INDICES3

*We describe the pricing methodology, timing, and settlement assumptions for securities and specific sectors in the Lehman Brothers Global Family of Indices. No single method is used to price every bond in our indices because certain sectors in the index are valued using sector and region-specific market conventions and valuation frameworks. Accordingly, we outline pricing mechanics by sector and region to provide more details on how specific asset classes are priced on a daily basis.*

### INTRODUCTION

Before discussing sector-specific pricing mechanics, we provide an overview of the general principles used in pricing the Lehman Brothers Global Family of Indices. This framework will later be used to describe our pricing method for specific sectors, but at a macro level, it offers a general indication of how our indices are priced.

### Pricing Source

Lehman Brothers market makers (traders) are the primary pricing source for the Global Family of Indices, although the ultimate valuations also rely on other data inputs and models to derive a dollar price for all index-eligible securities. Third-party pricing sources are used in the verification process and are also used when prices from Lehman Brothers market makers are unavailable.

Lehman Brothers was the first provider of total return debt indices, launching its first index in 1973, and now has the highest market share of all debt index providers. This long-term commitment to the fixed income index business has resulted in a significant investment in a pricing infrastructure closely attuned to market movements in order to value the assets in our benchmarks accurately across numerous sectors and asset classes. Our prices are monitored not only internally by our data integrity checks and quality management processes, but also externally by the large number of index users that have come to depend on our index pricing for portfolio valuations.

For this reason, we do not price our indices with algorithms that automatically incorporate third-party pricing sources that may not use valuation models or data integrity checks as robust as those used by the Lehman Brothers index pricing group.

### Pricing Quote Conventions

Index-eligible securities can be quoted in a number of different ways depending on the asset class (i.e., nominal spreads over benchmark securities/Treasuries, spreads over swaps, dollar prices/direct price quotes, etc.), but most index-eligible securities are quoted on the bid side (except new corporates entering the index on the offer side and certain European sectors). Every quote is then translated to a specific "dollar price" that represents the security's value as a percentage of par.

### Pricing Inputs

Both market-maker quotes and our valuation models rely on a variety of observable inputs to calculate a security's index price. Some of these inputs will be factored in by a

---

[3] *Written by Nicholas Gendron and Brian Upbin. Originally published in January 2008 Global Family of Indices.*

trader in determining a specific trader quote, while others may be used to drive a pricing matrix or other valuation models. The priority of specific inputs used to price a security may change on a day-to-day basis, as certain features may be more direct drivers of valuation at the time of pricing. Ultimately, the factors used in pricing a bond are left to the expert judgement of the market maker. Inputs that may be used in index pricing include the following

- Benchmark yields (Treasury and swaps curves)

- Transactional data for new issuance and secondary trades

- Dealer runs

- Broker/dealer quotes

- Security cash flows and structures

- Recent issuance/supply

- Sector and issuer level spreads

- Credit ratings/maturity/weighted average life/seasoning/capital structure

- Security optionality

- Corporate actions

- Underlying collateral

- Prepayment speeds/loan performance/delinquencies

- Public covenants

- Comparative bond analysis

- Derivative spreads

- Third-party pricing sources

### Pricing Timing and Frequency

Bonds are priced at 3 pm New York time each day for the U.S. and Canadian market and 4:15 pm London time for the Pan-European markets. For our Asian Pacific indices, prices are taken at different times depending on the local market and are subject to change based on semi-annual reviews: 2:30 pm for Thailand; 3:00 pm for Japan and Taiwan; 4:00 pm for Hong Kong and Singapore; 4:30 pm for South Korea and Malaysia; and 5:00 pm for Australia and New Zealand. When the markets close early for holidays, prices may be taken earlier in the day.

Calculated index prices and valuation models are updated daily to reflect changes in any of the inputs used to price a security. Prices may change because of an update of the underlying price quote (i.e., an updated security spread over a reference curve) or changes to any of the other underlying inputs used to derive a dollar price (i.e., Treasury or swap curve movements that would change the present value of discounted cash flows).

### Pricing Settlement Assumption

For index purposes, securities are assumed to settle on the next calendar day, except for U.S. MBS passthroughs (fixed-rate and hybrid ARMs), which are priced for Securities Industry and Financial Markets Association (formerly Public Securities Association (PSA) settlement in the following month and then discounted back to same-day

settlement at the mortgage repurchase rate to match the other indices. At the end of the month, however, the settlement date is assumed to be the first day of the following month even if the last business day is not the last day of the month. This procedure allows for one full month of accrued interest to be calculated. The only exception is the MBS Index, for which end-of-month index returns are calculated assuming that the trade date and the settlement date are the last calendar date of the month.

### Pricing Verification

The quality of all index pricing is kept high using multi-contributor verification. This process utilizes other third-party pricing sources, plus a variety of statistical techniques, to isolate possible pricing outliers, which are researched and resolved by our staff dedicated to the pricing function. On occasion, index users challenge price levels, which are then reviewed by the pricing team. If a discrepancy arises, prices may be adjusted using input from the primary pricing source and/or Lehman Brothers market makers.

## U.S. AGGREGATE INDEX COMPONENTS

### U.S. TREASURY INDEX

**Source**: Lehman Brothers market makers (traders)

**Quote Convention/Inputs**: Dollar price from Lehman Brothers trading desk

**Timing:** 3:00 pm Eastern; 1:00 pm on early close

**Frequency:** Daily

**Settlement:** Next-day settlement for all dates except month-end; at month-end, first calendar date of following month

*Methodology*

All securities in the U.S. Treasury Index are priced daily on the bid side by the Lehman Brothers trading desk. This market is very transparent and liquid. These Treasury marks serve as the foundation for the pricing of many other asset classes in our indices.

### U.S. AGENCY INDEX

**Source:** Lehman Brothers market makers (traders)

**Quote Convention/Inputs**: Spread to Treasuries for approximately 200 liquid bullet agencies; option-adjusted spread (OAS)[4] to the swaps curve for various maturity buckets (callables); volatility

**Timing**: 3:00 pm Eastern; 1:00 pm on early close

**Frequency:** Daily

**Settlement**: Next-day settlement for all dates except month-end; at month-end, first calendar date of following month

---

[4] *The option-adjusted spread (OAS) is a measure of the credit risk in a bond, taking into account the security's optionality; for bonds without embedded options, the OAS is the same as Z-spread. It is measured in basis points over a specific reference curve.*

*Methodology*

The Lehman Brothers trading desk provides spreads for approximately 200 liquid agency bullet securities each day. These spreads are used to create an agency bullet curve (also know as a spline curve) that is used to price the remaining bullet securities. These remaining securities are grouped by issuer and maturity, and an additional spread is added (in bp) to the fitted yield from the spline curve based on the issuer and maturity

For callable securities, a subset of securities is marked directly by Lehman Brothers traders using OAS as an input. For the remaining callable securities, two models are used. For securities with European call options, a BMA OAS model is used. For securities with American or Bermudan call options, an HJM model is used. Option-adjusted spreads are updated daily by Lehman Brothers traders for various maturity buckets of these subsets. Adjustments can also be made at the issuer level.

## U.S. CREDIT/CORPORATE (INVESTMENT GRADE) INDEX

**Source:** Lehman Brothers market makers (traders)

**Quote Convention/Inputs**: Bid-side spreads to Treasuries; daily updated Treasury curve

**Timing:** 3:00 pm Eastern; 1:00 pm on early close

**Frequency:** Daily

**Settlement:** Next-day settlement for all dates except month-end; at month-end, first calendar date of following month

*Methodology*

At mid-month and month-end, every bond in the index is marked by a Lehman Brothers trader. On the other dates, spreads are captured from trader pricing runs (between 500-750 securities daily). Many of the spreads captured populate a set of issuer curves (approximately 50 issuers) representing the most actively traded issuers in the market.

The spreads captured daily also drive a spread matrix. The securities that are not driven by the issuer curves are marked using this matrix, which is driven by sector, quality, and duration. This matrix is seeded with the daily OAS percentage changes of the 500-750 active trader marks. Manual adjustments to the matrix are made by the index pricing group where warranted. Specific credit events are excluded from the matrix pricing and priced separately by the index pricing group and traders. After a spread has been determined for each security in the index, the updated Treasury curve is used to convert spreads to dollar prices.

All but a handful of the securities in the U.S. Credit Index are priced using a spread to Treasuries. Certain bonds marked on a dollar price basis would be characterized as crossovers (having some ratings below investment grade and others above) or securities that are under credit duress.

Securities that are new to the index are marked on the offer side for their first month-end mark and are subsequently marked on the bid side.

*Verification*

Each day, the index pricing group reviews daily price moves against third party pricing sources to identify outliers. On occasion, index users may also challenge price levels, which are then reviewed by the pricing team. Prices are then updated as needed using input from the trading desk.

## U.S. MBS INDEX

**Source:** Lehman Brothers market makers (traders)

**Quote Convention:** Spreads to TBAs for seasoned MBS securities

**Timing:** 3:00 pm Eastern; 1:00 pm on early close

**Frequency:** Daily for fixed-rate MBS; weekly for hybrid ARMs

**Settlement:** Same-day settlement for all dates except month-end; at month-end, last
calendar date of the month

The U.S. MBS Index covers the mortgage-backed passthrough securities of Ginnie Mae
(GNMA), Fannie Mae (FNMA), and Freddie Mac (FHLMC), including fixed-rate and
hybrid ARM passthrough securities. The process for quoting the U.S. MBS Index begins
with the creation of generic mortgage aggregates and sub-aggregates for hybrid ARMS,
which represent pools that have similar characteristics and trade similarly. While both the
fixed-rate and hybrid ARMs components of the index use aggregates and sub-aggregates
to price the index, the process for mapping pools to aggregates, as well as the pricing
mechanics, differs for fixed-rate and hybrid ARM securities.

### Fixed-Rate Agency MBS Pricing Methodology

Prices for each index-eligible generic are calculated using the price levels for (TBA)
securities trading in the market and the spread associated with each specific generic
based on its seasoning and coupon. These marks are generated using market settlement
conventions, which are then discounted back to same-day settlement to arrive at the
index price.

*Fixed-Rate MBS Generics*

Fixed-rate MBS generic CUSIPS are grouped by:

- Sector (30-year FNMA, 30-year FHLMC, 30-year GNMA I, 15-year FNMA, etc.)

- Fixed coupon (in 0.50% increments)

- Origination year (2007, 2006, 2005, etc.)

As of October 31, 2007, there were 408 such generics in the index. Specific MBS pools
are then mapped to one of these generics for pricing purposes.

*Deriving PSA Quotes for Index Generics Using TBAs*

The process begins with the Lehman Brothers market maker pricing (in dollar terms) to-
be-announced (TBA) MBS issues by agency, program, and coupon. When MBS
securities trade on a TBA basis, the seller and buyer agree to the type of security,
coupon, and price at the time of the trade, but do not specify the actual pools to be traded
for a specified settlement date in the future. A single standard settlement day each month
is designated by the Bond Market Association (formerly Public Securities Association, or
PSA) for each sector of the MBS market. TBA prices for MBS generics are always for
this standard PSA settlement, and only the most liquid programs and coupons are traded
on a TBA basis.

Lehman Brothers traders then quote spreads (pay-ups) relative to TBAs to value
seasoned MBS generics based on where the market for bonds with characteristics similar
to the annual aggregate is trading. The set of origination years (based on WAM or the
weighted average maturity) for which pay-ups are provided is chosen separately for each
sector and coupon level to best represent the way the market trades. Typically, the years

for which spreads are quoted for a particular coupon will correspond to the years in which it experienced significant issuance. Origination years that are not quoted explicitly are assigned the same price as the benchmark with the closest weighted average maturity (WAM).

These TBA and pay-up quotes are then fed into a matrix to generate PSA-settle prices (in dollar terms) for the index-eligible generics. For the most liquid sectors (FNMA 30- and 15-year and GNMA I 30-year), the trading desk provides both TBA prices and explicit pay-up quotes for certain origination years within the sectors. At the next level (GNMA II 30-year, FHMLC Gold 30- and 15-year), only TBA prices are quoted directly, using the pay-ups of the three most liquid sectors to price the seasoned issues. Passthroughs with long payment delays (FHLMC cash and guarantor 30- and 15-year) are priced at a fixed spread below the prices of similar issues in conventional sectors. Finally, GNMA I 15-years use the TBA price quotes for all origination years.

*Adjusting PSA Quotes to Obtain Index Prices*

Once a price quote is obtained for a generic MBS, it must be adjusted for the difference between index and market settlement conventions. A single standard settlement day each month is designated by the Bond Market Association (formerly Public Securities Association, or PSA) for each sector of the MBS market. Quoted prices for MBS generics are always for this standard PSA settlement, and all securities in the index switch to their respective next month PSA settlement dates at the same time. The MBS Index, however, uses a same-day settlement convention to reflect the current market value of securities held by the index. The discrepancy between the settlement conventions used for quotes and for pricing the index necessitates price adjustments of two types. First, there is a pure adjustment of forward prices to spot prices to reflect the cost of carry.[5] Second, when the index and PSA settlement dates are in different months, the index price includes one more payment of principal and interest, which requires an additional price adjustment.[6]

### Hybrid ARM Pricing Methodology

Hybrid ARMs are priced differently from fixed-rate MBS because there is no TBA market for hybrid ARM securities. Index-eligible generics are priced based on where the most liquid segments of the hybrid ARM market are trading and then adjusted on an OAS basis for seasoned and less liquid issues.

*Hybrid ARM Index Generics*

The U.S. Hybrid ARM Index is composed of agency hybrid ARM pools that map to aggregates (used to determine index eligibility) and sub-aggregates (used to price the index) based on the following variables:

Hybrid ARM aggregates are grouped by:

- Agency (FNMA, FHLMC, GNMA)

- Program (3/1, 5/1, 7/1, and 10/1, i.e., 3/1 = three years fixed then floating-rate reset once annually)

---

[5] *This present value calculation uses 1-month Libor for the discount factor.*
[6] *We estimate the amount of the principal and interest to be paid out using the previous month's survival rate, SMM (the percentage of last month's current face that survived into the current month), for the first part of the month and then the current month's actual survival rate once it becomes known as the estimator for next month's survival rate on the factor publication date.*

- Fixed coupon (in 0.25% increments)

- Origination year (2006, 2005, 2004, etc.)

If an aggregate has a market value greater than $250 million, then all of its sub-aggregates will qualify for the index.

Hybrid ARM sub-aggregates further segregate aggregates by the following attributes to more accurately price index-eligible securities:

- Reference rate index for floating coupon (1-year LIBOR, 6-month LIBOR, 1-year CMT)

- Floating coupon cap structure (2/2/5, 5/2/5, 2/2/6. 5/2/6, 1/1/5). The interest rate on the floating leg is subject to three caps: a first reset, a periodic reset, and a lifetime cap. The first reset cap limits the amount the coupon rate can change at the first reset date. The periodic cap limits the amount the rate can change at any subsequent reset date. The lifetime cap limits the amount the interest rate can increase over the lifetime of the security.

- Interest only (interest only or level pay)

Each sub-aggregate may have a par amount less than $250 million, but the total par amount of all sub-aggregates mapping to a single hybrid ARM aggregate will always be greater than $250 million.

### Pricing Assumptions and Mechanics

Pricing follows many of the key assumptions of the MBS Fixed-Rate Index described above:

- A same-day settlement pricing assumption is used to calculate index returns. As a result, paydown returns are realized on the first day of the month.

- As a prepayment estimate, the index uses the most recent survival rates to approximate next month's survival rates until the actual values are received.

- Factor information is updated on the sixteenth business day.

Agency hybrid prices are quoted at a Z-spread at 15 CPB. Z-spread is a cash flow spread to the Treasury curve. CPB is comparable with CPR, but is derived from the balloon date rather than the maturity date and assumes that the floating leg is worth par on the first reset date.

While some of the assumptions for hybrid ARMs and fixed-rate MBS may be similar, the mechanics of how they are priced differ. Essentially, Lehman Brothers traders mark prices on the most liquid hybrid ARM securities, usually the most recent vintages across coupons and resets. A prepayment model is then used to calculate the OAS and Z-spread for each of those securities. For seasoned vintages, the traders then add an OAS pay-up determined by the trader's assessment of the market's pay-up for a seasoned bond with characteristics similar to the recent vintage. The seasoned security with the updated OAS is then run through a hybrid model to determine the price and Z-spread.



## U.S. CMBS INDEX/U.S. ABS INDEX

**Source:** Lehman Brothers market makers (traders)

**Quote Convention/Inputs**: bid-side spreads to swaps; daily updated swaps curve

**Timing:** 3:00 pm Eastern; 1:00 pm on early close

**Frequency:** CMBS prices are updated as needed, as often as daily; ABS fixed-rate are updated weekly for autos/credit cards and semi-monthly or monthly for home equities; spreads for floating-rate ABS are updated weekly

**Settlement:** Next-day settlement for all dates except month-end; at month-end, first calendar date of following month

*Methodology*

The ABS deals in the index are modeled by Intex, and the CMBS deals are modelled by Trepp. A matrix pricing method was developed for the purpose of marking a substantial number of securities that contribute to the ABS fixed- and floating-rate indices, as well as the CMBS Index. Lehman Brothers' ABS/CMBS analytics team determines the spread for each bond based on a matrix of spread quotes and inputs provided by the trading desk. The spreads that populate the matrix are calculated to the swaps curve and based on collateral type, tier of issuer, vintage, rating, fixed versus floating, average life, and price.

The steps of the matrix process are as follows for each security:

1. Using an input speed and the previous day's price; cash flows for each security are generated and an average life is calculated.

2. The spread from the matrix is obtained using the security's characteristics

3. Using the spread and closing swaps curve, a price is calculated

4. The matrix is consulted again using the new price calculated in step 3.

5. If the spread change from step 2 and step 4 is less than 0.5 bp, then no further steps.

6. Otherwise, process is repeated until spread change is less than 0.5 bp.

While the swaps curve is updated daily, the spreads within the matrix for CMBS are updated as needed, as often as daily. The spreads for ABS fixed-rate are updated weekly

for autos/credit cards and semi-monthly or monthly for home equities. All spreads for floating-rate segments within ABS are updated weekly.

## OTHER U.S. INDICES

### U.S. EMERGING MARKETS INDEX

**Source:** Lehman Brothers market makers (traders) in New York City and London

**Quote Convention/Inputs**: Bid-side prices; dollar priced

**Timing:** By 4:15 pm (London); 3:00 pm (New York City)

**Frequency:** Daily

**Settlement:** Next-day settlement for all dates except month-end; at month-end, first calendar date of following month

*Methodology*

Bonds in the U.S. Emerging Markets Index are marked by Lehman Brothers traders in New York and London. European-issued bonds are marked out of London, and Latin American- and Asian-issued bonds are marked out of New York. Prices are captured from trader pricing runs on positions that they have traded during the day. At month-end, all index positions are marked by the traders. Because the bonds are marked on a price basis, no spread matrix is used.

*Verification*

Each day, the index pricing group reviews price moves and compares against third-party pricing sources, as these securities tend to be less liquid. If a discrepancy arises, prices may be adjusted using input from the trading desk.

### U.S. HIGH YIELD CORPORATE INDEX

**Sources:** Lehman Brothers makers (traders) and FT Interactive Data (IDC)

**Quote Convention/Inputs**: Bid-side prices, dollar priced

**Timing:** 3:00 pm (New York)

**Frequency:** Daily

**Settlement:** Next-day settlement for all dates except month-end; at month-end, first calendar date of following month

*Methodology*

At mid-month and month-end, the U.S. High Yield Index is predominately marked by Lehman Brothers traders, with the remainder marked by a third-party pricing vendor, FT Interactive Data (IDC). For other non-mid-month or -month-end days, bid-side FT Interactive Data (IDC) prices are used to price a majority of bonds in the index, with Lehman Brothers traders marking the more liquid issuers. Lehman Brothers prices are captured from trader pricing runs on positions that they have traded during the day. Securities that are new to the index are marked on the offer side for their first month-end and subsequently marked on the bid side. Because the bonds are marked on a dollar price basis, no spread matrix is used.

*Verification*

Each day, the index pricing group reviews price moves and compares against third-party pricing sources, as these securities tend to be less liquid. On occasion, the pricing team reviews price challenges from index users. If a discrepancy arises, prices may be adjusted using input from the trading desk.

## PAN-EUROPEAN INDICES

Our Pan-European indices track multiple local currency debt markets (euros, pounds sterling, Norwegian krona, Swedish krona, Danish krone, Hungarian forint, Polish zloty, Slovakian koruna, and Czech koruna) and use a wider variety of pricing sources and local market swaps and Treasury curves than our U.S. Aggregate. This section outlines pricing procedures first for our Pan-European Aggregate Index and then for our other Pan-European Indices, including the Euro Corporate FRN, Pan-Euro EM, Pan-Euro HY Indices, and other local currency indices.

## PAN EUROPEAN TREASURY INDEX

**Sources:**

- *Euro and sterling*: Lehman Brothers market makers (traders)

- *Other currencies*: Reuters and FT Interactive Data (IDC)

**Quote Convention/Inputs:**

- *Euro and sterling*: Lehman Brothers trader mid dollar prices

- *Other currencies*: Bid-side dollar prices

**Timing:** 4.15 pm London; 12:15 pm on early close

**Frequency:** Daily

**Settlement:** Next-day settlement for all dates except month-end; at month-end, first calendar date of following month

*Methodology*

All securities are individually priced daily. This market is very transparent and liquid. These prices serve as the foundation for curve generation, as well as pricing and analytics for many other asset classes in the Lehman Brothers Pan-European indices.

*Verification*

Each day, the index pricing group reviews price moves and uses a broad range of sources to identify outliers. Processes are in place to capture instances of internal and external inconsistency in spreads between issuers and between pricing sources. The index group works closely with the trading desks and vendors to maintain a high standard of pricing. On occasion, index users challenge price levels, causing the pricing team to review quotes directly with the pricing provider (Lehman Brothers market makers or third-party pricing source); prices are then corrected as needed.

## PAN EUROPEAN GOVERNMENT-RELATED AND CORPORATE INDICES

**Source:** Lehman Brothers market makers (traders), Reuters, FT Interactive Data (IDC), and Nordea. Pricing sources may be changed intramonth.

**Quote Convention/Inputs:**

- *Lehman Brothers quotes***:** Bid-side spreads to specific swap curves

- *Third-party quotes*: Dollar prices, derived externally using bid-side spreads

**Timing:** 4.15 pm London; 12:15 pm on early close

**Frequency:** Daily

**Settlement:** Next-day settlement for all dates except month-end; at month-end, first calendar date of following month

*Methodology*

At mid-month and month-end, security-specific spreads are updated for all bonds priced by Lehman Brothers market makers. On the other dates, ad hoc spread adjustments are made by Lehman Brothers traders and flow through immediately to the index so that the index prices are responsive to name-specific credit events. Bonds priced by third-party sources (Nordea, FT Interactive Data, and Reuters) are evaluated daily by the source for spread movements that would be reflected in the quoted dollar price.

After a swap spread has been determined for each Lehman Brothers priced security in the index, it is converted to a dollar price (percentage of par) using the appropriate updated swaps curve for that bond. A small number of securities in the index are priced using a spread to Treasuries and use a Treasury curve instead. Certain bonds that would be characterized as crossovers (with some ratings below investment grade and others above) or securities that are under credit duress are marked directly on a dollar price basis. Third-party prices are quoted directly as a percentage of par and are then used to derive comparable spread levels and analytics using Lehman Brothers models.

Securities that are new to the index are marked on the offer side for their first month-end and subsequently marked on the bid side.

*Verification*

Each day, the index pricing group reviews price moves and uses a broad range of sources to identify outliers. Processes are in place to capture instances of internal and external inconsistency in spreads between issuers and between pricing sources. The index group works closely with the trading desks and vendors to maintain a high standard of pricing. On occasion, index users challenge price levels, causing the pricing team to review quotes directly with the pricing provider (Lehman Brothers market makers or third party pricing source); prices are then corrected as needed.

When multiple pricing sources are available for a security, we periodically compare the calculated OAS (using Lehman Brothers valuation models) of each source with the blended OAS of all available sources. The provider that offers the closest OAS to the blend of all sources is used as the primary pricing source for that security. Pricing sources are not changed intramonth.

## PAN EUROPEAN SECURITISED INDEX

**Source:**

- European ABS: Lehman Brothers market makers (traders)

- Danish mortgage/covered bonds: Nordea

- Other covered bonds: Lehman Brothers, FT Interactive Data (IDC), and Reuters

**Quote Convention/Inputs:**

- Sterling ABS: Bid spreads to U.K. Gilt curve

- Other Lehman Brothers quotes: Bid-side spreads to specific swap curves

- Third-party quotes: Dollar prices, derived externally using bid-side spreads

**Timing:** 4.15 pm London; 12:15 pm on early close

**Frequency:** Daily

**Settlement:** Next-day settlement for all dates except month-end; at month-end, first calendar date of following month

*Methodology*

At mid-month and month-end, security-specific spreads are updated for all bonds priced by Lehman Brothers market makers. On the other dates, ad hoc spread adjustments are made by Lehman Brothers traders and flow through immediately to the index so that the index prices are responsive to name-specific credit events. Bonds priced by third-party pricing sources (Nordea, FT Interactive Data (IDC), and Reuters) are evaluated daily by the source for spread movements that would be reflected in the quoted dollar price.

After a swap spread has been determined for each Lehman Brothers priced security in the index, it is converted to a dollar price (percentage of par) using the appropriate updated swaps curve for that bond. A small number of securities in the index are priced using a spread to Treasuries and use a Treasury curve instead. Certain bonds that would be characterized as crossovers (with some ratings below investment grade and others above) or securities that are under credit duress are marked directly on a dollar price basis. Third-party prices are quoted directly as a percentage of par and then used to derive comparable spread levels and analytics using Lehman Brothers models.

Securities that are new to the index are marked on the offer side for their first month-end and subsequently marked on the bid side.

*Verification*

Each day, the index pricing group reviews price moves and uses a broad range of sources to identify outliers. Processes are in place to capture instances of internal and external inconsistency in spreads between issuers and between pricing sources. The index group works closely with the trading desks and vendors to maintain a high standard of pricing. On occasion, index users challenge price levels, causing the pricing team to review quotes directly with the pricing provider (Lehman Brothers market makers or third-party pricing source); prices are then corrected as needed.

When multiple pricing sources are available for a security, we periodically compare the calculated OAS (using Lehman Brothers valuation models) of each source with the blended OAS of all available sources. The provider that offers the closest OAS to the blend of all sources is used as the primary pricing source for that security. Pricing sources are not changed intramonth.

## OTHER PAN EUROPEAN INDICES

## PAN EUROPEAN EMERGING MARKETS INDEX

**Source:** Lehman Brothers market makers (traders), FT Interactive Data (IDC), and Reuters

**Quote Convention/Inputs**: Bid-side prices; dollar priced

**Timing:** 4.15 pm London; 12:15 pm on early close

**Frequency:** Daily

**Settlement:** Next-day settlement for all dates except month-end; at month-end, first calendar date of following month

*Methodology*

Bonds in the Pan-Euro Emerging Markets Index are marked by Lehman Brothers traders in London. Prices are captured from trader pricing runs on positions that they have traded during the day. At month-end, all index positions are marked by the traders. Because the bonds are marked on a price basis, no spread matrix is used. These prices are supplemented by FT Interactive Data (IDC) and Reuters "evaluated" prices.

*Verification*

Each day, the index pricing group reviews price moves and uses multiple sources to identify possible outliers. If a discrepancy arises, prices may be adjusted using input from the pricing provider (Lehman Brothers market makers or third-party sources)

## PAN EURO HIGH-YIELD CORPORATE INDEX

**Sources:** Lehman Brothers market makers (traders), FT Interactive Data (IDC), and Reuters

**Quote Convention/Inputs**: Bid-side prices, dollar priced

**Timing:** 4.15 pm London; 12:15 pm on early close

**Frequency:** Daily

**Settlement:** Next-day settlement for all dates except month-end; at month-end, first calendar date of following month

*Methodology*

FT Interactive Data (IDC) prices are used to price a majority of bonds in the index, with Lehman Brothers traders marking the more liquid issuers. Lehman Brothers prices are captured from trader pricing runs on positions that they have traded during the day. Securities that are new to the index are marked on the offer side for their first month-end and subsequently marked on the bid side. Because the bonds are marked on a dollar price basis, no spread matrix is used.

*Verification*

Each day, the index pricing group reviews price moves and compares against third-party pricing sources, as these securities tend to be less liquid instruments. On occasion, the pricing team reviews price challenges from index users. If a discrepancy arises, prices may be adjusted using input from the trading desk or third-party pricing sources.

## EURO TREASURY BILLS INDEX

**Source:** Reuters

**Quote Convention/Inputs**: Bid-side dollar prices

**Timing:** 4.15 pm London; 12:15 pm on early close

**Frequency:** Daily

**Settlement:** Next day settlement for all dates except month-end; at month-end, first calendar date of following month

*Methodology*

Bonds in the index are priced using the Reuters "evaluated" prices.

*Verification*

Each day, the index pricing group reviews price moves and compares against other available pricing sources.

## EURO FRN INDEX

**Source:** FT Interactive Data (IDC)

**Quote Convention/Inputs**: Bid-side discount margins to swaps

**Timing:** 4.15 pm London; 12:15 pm on early close

**Frequency:** Daily

**Settlement:** Next-day settlement for all dates except month-end; at month-end, first calendar date of following month

*Methodology*

Bonds in the index are priced using the FT Interactive Data (IDC) "evaluated" prices.

*Verification*

Each day, the index pricing group reviews price moves and compares against other available third-party pricing sources and overall market moves. On occasion, the pricing team reviews price challenges from index users. If a discrepancy arises, prices may be adjusted using input from primary pricing source.

## OTHER PAN-EUROPEAN LOCAL CURRENCY INDICES

Source:

- Russian ruble: Reuters

- Swiss franc: FT Interactive Data (IDC)

**Quote Convention/Inputs:**

- Russian ruble: Bid-side discount margins to swaps

- Swiss franc: Bid-side prices; dollar priced

**Timing:** 4.15 pm London; 12:15 pm on early close

**Frequency:** Daily

**Settlement:** Next-day settlement for all dates except month-end; at month-end, first calendar date of following month

*Methodology*

Bonds in the index are priced using the "evaluated"prices from each third-party pricing source.

*Verification*

Each day, the index pricing group reviews price moves and compares against other available third-party pricing sources and overall market moves. On occasion, the pricing team reviews price challenges from index users. If a discrepancy arises, prices may be adjusted using input from primary pricing source.

### ASIAN-PACIFIC INDICES

Our Asian-Pacific indices track multiple local currency debt markets, including Japanese yen, Australian dollar, New Zealand dollar, Hong Kong dollar, Taiwan dollar, Singapore dollar, Malaysian ringgit, Korean won, Thai baht, Indian rupee, and Chinese yuan. With the exception of Japanese government bonds (JGB), the indices are priced by third-party pricing sources, but analytics and returns are calculated by Lehman Brothers. We first outline the indices that are priced by Lehman Brothers market makers and then those that are priced by third-party pricing sources.

### JAPANESE GOVERNMENT BOND INDEX

**Source:** Lehman Brothers market makers (traders)

**Quote Convention/Inputs**:

- Fixed-rate nominal JGBs: Bid-side Japan simple yields

- Floating-rate JGBs: Bid-side prices

- Inflation-linked JGBs: Bid-side prices (uninflated)

**Timing:** 3:00 pm Tokyo; 11:00 am on early close

**Frequency:** Daily

**Settlement:** Next-day settlement for all dates except month-end; at month-end, first calendar date of following month

*Methodology*

All securities are individually priced daily. This market is very transparent and liquid. These prices serve as the foundation for curve generation, as well as pricing and analytics for many other asset classes within the Lehman Brothers Japanese Aggregate Indices.

*Verification*

Each day, the index pricing group reviews price moves and uses a broad range of sources to identify outliers. Processes are in place to capture instances of internal and external inconsistency.

### OTHER JPY-DENOMINATED INDICES

**Source:** Japan Securities Dealers Association (JSDA), FT Interactive Data (IDC)

**Quote Convention/Inputs**: Bid-side prices

**Timing:** 3:00 pm Tokyo; 11:00 am on early close

**Frequency:** Daily

**Settlement:** Next-day settlement for all dates except month-end; at month-end, first calendar date of following month

*Methodology*

All securities are individually priced daily. The primary source of non-JGB JPY-denominated bonds is JSDA Reference Prices published by JSDA (Japan Securities Dealers Association). However, since JSDA Reference Prices are mid prices, Lehman Brothers calculates bid prices based on JSDA Reference Prices. FT Interactive Data (IDC) bid prices are used as a secondary price source.

*Verification*

Each day, the index pricing group reviews price moves and uses a broad range of sources to identify outliers. Processes are in place to capture instances of internal and external inconsistency.

## OTHER ASIAN-PACIFIC AGGREGATE COMPONENTS

**Source:** FT Interactive Data (IDC)

**Quote Convention/Inputs**: Bid-side prices

**Timing:**

- 3:00 pm: Taiwan
- 4:00 pm: Hong Kong and Singapore
- 4:30 pm: Malaysia and South Korea
- 5:00 pm: Australia and New Zealand

**Frequency**: Daily

**Settlement**: Next-day settlement for all dates except month-end; at month-end, first calendar date of following month

*Methodology*

Bonds in the index are priced using the "evaluated" prices from FT Interactive Data (IDC), the primary third-party pricing source for these currencies.

*Verification*

Each day, the index pricing group reviews price moves and overall market moves. On occasion, the pricing team reviews price challenges from index users. If a discrepancy arises, prices may be adjusted using input from primary pricing source.

## OTHER ASIAN-PACIFIC AGGREGATE LOCAL CURRENCY INDICES

**Source:**

- Thailand: FT Interactive Data (IDC)
- India: Clearing Corporation of India (CCIL)
- Chinese Aggregate: Xinhua Financial Network

**Quote Convention/Inputs**: Bid-side dollar prices

**Timing:**

- 2:30 pm: Thailand
- 5:30 pm: India

- 3:00 pm: China Stock Exchange Market.

- 4:30 pm: China Inter-bank Market

**Frequency:** Daily

**Settlement**: Next-day settlement for all dates except month-end; at month-end, first calendar date of following month

*Methodology*

Bonds are priced using the "evaluated" prices from third-party pricing sources.

*Verification*

Each day, the index pricing group reviews price moves and overall market moves. On occasion, the pricing team reviews price challenges from index users. If a discrepancy arises, prices may be adjusted using input from primary pricing source.

## OTHER GLOBAL AGGREGATE INDEX-ELIGIBLE CURRENCIES

**Source:**

- Canadian dollar: TSX Group

- South African rand: FT Interactive Data (IDC)

- Chilean peso: Bolsa de Comercio de Chile

- Mexican peso: Proveedor Integral de Precios S.A.

**Quote Convention/Inputs**: Bid-side dollar prices

**Timing:**

- Mexico, Canada, and Chile: 3:00 pm New York time

- South Africa: 4:15 pm London time

**Frequency**: Daily

**Settlement**: Next-day settlement for all dates except month-end; at month-end, first calendar date of following month

*Methodology*

Bonds are priced using the "evaluated" prices from third-party pricing sources.

*Verification*

Each day, the index pricing group reviews daily price moves and overall market moves. On occasion, the pricing team reviews price challenges from index users. If a discrepancy arises, prices may be adjusted using input from primary pricing sources.

## GENERAL INDEX PRICING INQUIRIES AND QUESTIONS

Lehman Brothers welcomes any general questions on our index pricing methodology or inquiries on the pricing of specific securities. For questions on USD-denominated bonds, CAD-denominated bonds, and other Latin American securities, please email our index pricing team based in New York at indexpricingNY@lehman.com. For questions on all European currency denominated securities please email LondonIndexPricing@lehman.com. For all other global inquiries, please send an email to indexpricing@lehman.com, which will reach our entire Global Index Pricing team.

# 5: DETAILED INDEX RULES FOR CURRENCY HEDGING AND CURRENCY RETURNS[29]

The popularity of the Global Aggregate Index and other multi-currency indices provided by Lehman Brothers has led to substantial interest in the index rules for calculating currency returns for both hedged and unhedged indices. In particular, investors frequently ask how to hedge portfolio positions so as to best match index currency exposures. We discuss the currency aspects of index return calculations, with special emphasis on the procedure that the index uses to hedge foreign exchange exposure in currency-hedged indices.

## UNHEDGED RETURNS

Consider an investor who buys foreign currency at the beginning of the month and sells the position back into base currency at the end of the month. The realized capital gain return from this investment in foreign currency is:

$$FXapprec = \frac{FX_{end} - FX_{beg}}{FX_{beg}} \qquad (1)$$

$FX_{beg}$ and $FX_{end}$ are the base-currency values of one unit of the local at the beginning and the end of the return period, respectively.

Consider an investor who buys a bond denominated in a foreign currency at the beginning of the month and, at the end of the month, sells the bond and converts the foreign currency proceeds back into the base currency. The investor's (base-currency) realized return on this investment is:

$$\begin{aligned} \text{base-currency total return} &= (1 + \text{local return})(1 + FXapprec) - 1. \\ &= \text{local return} + FXapprec \\ &\quad + (\text{local return})(FXapprec) \end{aligned} \qquad (2)$$

To keep analytics as intuitive and tractable as possible, Lehman decomposes index returns into additive components. Accordingly, currency return is defined as follows:

$$\text{currency return} = \text{base currency total return} - \text{local return} \qquad (3)$$

where

$$\text{local return} = \text{price return} + \text{coupon return} + \text{paydown return}.$$

Currency return is the difference between base-currency return and local return. Substituting Equation (2) into Equation (3) provides:

$$\begin{aligned} \text{currency return} &= FXapprec + (\text{local return})(FXapprec). \\ &= (1 + \text{local return})\ (FXapprec) \end{aligned} \qquad (4)$$

---

[29] Written by Lev Dynkin, Jon Carmel, and Jay Hyman. Originally published in May 2003 Global Family of Indices.

Note that the currency return on the bond is not equal to the capital gain on a pure currency investment. From Equation (1), the base-currency capital gain on a pure currency investment is FXapprec, while the bond's currency return is FXapprec + (local return)(FXapprec). The bond's currency return contains an interaction component (local return)(FXapprec) that drives a wedge between the capital gain on a currency investment in the cash market and a bond's currency return.

### Example: Unhedged Returns

Consider an index in which the base currency is the euro that contains the USD-denominated Ford bond described in Figure 1. The local return on this bond in April 2003 was 14.87%. The total euro return on an unhedged position in this bond was 12.32%. From Equation (3), the index currency return for an unhedged position in this bond was 12.32% - 14.87%, which comes to -2.55%.

The currency return on this bond can also be calculated from Equation (4). In this case, we note that the EUR/USD exchange rate was marked at 1.0912 at the beginning of April and 1.116 at the end of April. Thus, the value of one U.S. dollar fell from 0.9164 euros at the start of April to 0.8961 euros at the end of April. (These values are arrived at by taking the reciprocal of the quoted exchange rate.)

Here FXapprec is (0.8961 - 0.9164)/0.9164, or -2.22%. During April, the U.S. dollar lost 2.22% of its value when measured in euros. From Equation (4), the currency return is (-0.0222)(1.1487), which comes to -2.55% and matches the previous currency return calculation.

The difference between the -2.22% euro return for investments in U.S. dollar cash and the -2.55% currency return on the Ford bond is 33 bp, which exactly equals the value of the interaction term: (0.1487)(-2.22%).

Finally, the base-currency total return for the Ford bond can be directly calculated from Equation (2). In the current example, the product of (1 + local return) and (1 + FXapprec) is (1.1487)(0.9778), which comes to 1.1232. Subtracting one provides the bond's 12.32% total return in euros.

**Figure 1.    Unhedged Index Return for April 2003:**
**Ford 7.5% Coupon Maturing August 1, 2026**

| | | |
|---|---|---|
| Price Return | 14.08% | |
| Coupon Return | 0.79% | |
| Paydown Return | 0% | |
| Local Return | 14.87% | |
| Currency Retun | -2.55% | |
| Total Unhedged Return in Euros | 12.32% | |
| | | |
| EUR/USD Spot March 31, 2003 | 1.09120 | |
| EUR/USD Spot April 30, 2003 | 1.11600 | |
| | | |
| FX$_{beg}$ | 0.91642 | |
| FX$_{end}$ | 0.89606 | |
| FXapprec | -2.22% | |
| Currency Return | -2.55% | = (-2.22%)(1.1487) |
| Total Return (Unhedged) in Euros | 12.32% | = (1-.0222)(1.1487) - 1 |

*Source: Lehman Brothers*

### Sample Implementation: Unhedged Returns

Figure 2 provides the set of actual transactions that an investor could use to generate the unhedged index return for the Ford bond in April 2003. The only potential discrepancy between the investor's realized euro return from these transactions and the index euro return is the investor's inability to ensure that trades are executed exactly at index prices.

To replicate the index return, the investor uses 72.29 EUR to buy 78.89 dollars at the spot FX rate at the close of business on March 31. The U.S. dollar proceeds are used simultaneously to purchase the Ford bond. At the close of business on April 30, the investor sells the Ford bond and in return receives 90.62 dollars, which is simultaneously sold in the spot FX market for 81.20 EUR. These transactions result in a euro return of 12.32%.

## HEDGED RETURNS

Now consider the currency-hedged version of the index containing the Ford bond. For currency-hedged indices, as well as unhedged indices, currency return satisfies the relation:

currency return = base-currency total return - local return.

One can verify this using the numbers in Figure 3. The Lehman indices report a currency-hedged total return of 14.67% (EUR) for this bond. Subtracting the 14.87% local return comes to -0.21%, which equals the reported currency return for the bond in the currency-hedged version of the index.

While the definition of currency return remains unchanged, the calculation of base-currency total return becomes somewhat more complicated for currency-hedged indices. The index position in a bond denominated in a foreign currency for a hedged index is actually a position in two instruments: the bond plus a position in one-month currency forwards:

$$\text{base currency total return (hedged)} = \tag{5a}$$
$$\text{base currency total return (unhedged)} + H \text{ (Forward Return)}$$

where

base currency total return (unhedged) is provided in Equation (2) H is the size of the hedge measured in local currency

$$\text{Forward Return} = \frac{\text{ForwardValue} - \text{FX}_{end}}{\text{FX}_{beg}} \tag{5b}$$

Forward Value is the number of base-currency units to be received for each unit of the local currency delivered in the forward contract. This value is set in the marketplace at the beginning of the month and is received at delivery at the end of the month.

Equation (3) can be used to re-express Equation as follows:

$$\begin{aligned} &\text{base currency total return (hedged)} = \\ &\text{local return} + \text{currency return (unhedged)} + \text{H (Forward Return)} \end{aligned} \qquad (6)$$

Note that the second term on the right hand side of Equation (6) is increasing in the end-of-month FX rate and the third term on the right hand side of Equation (6) is decreasing in the end-of-month FX rate. If the hedge were perfect, these term terms would reduce to a constant and remove all sensitivity to the exchange rate at the end of the month.

Equation (5) is general. It provides the base-currency total return under any hedging rule. By setting H according to Lehman index rules, Equation (5) becomes a full specification of base-currency total return for Lehman indices.

For securities other than mortgages, Lehman indices set H as follows:

$$H = (1 + \text{yield}/2)^{(1/6)} \qquad (7)$$

H is a projected end-of-month market value per unit of local currency invested at the beginning of the month. In Equation (7), local-currency security value is projected to grow at the rate implied by its yield. For non-bullet bonds, Equation (7) uses yield to worst.

The perfect currency hedge for the April return would set H equal to the bond's end-of-April local-currency value. However, the perfect hedge could not be obtained by an actual investor at the beginning of April: The local currency value of the index at the end of April is not knowable on March 31, when the hedge must be implemented. Index construction at Lehman Brothers always stresses the importance of investability. In this spirit, the index does not use end-of-month values in determining the currency hedge. The yield in Equation (7) is the yield at the beginning of the month.

Returning to the Ford 7.5% coupon bond, Figure 3 reports that the yield on this bond at the beginning of April was 9.99% and that 0.9174 euros will be received for every U.S. dollar delivered in current 1-month currency forwards. Therefore, H is 1.00816 and Forward Return is 2.329%. Using these values in Equation (5), together with the bond's 12.32% unhedged base-currency return, results in 14.67%, the bond's currency-hedged total euro return.

**Figure 2.    Unhedged Return, Implementation for April 2003: Ford 7.5% Coupon Maturing August 1, 2026**

|                        | March 31 | April 30 |         |                                            |
| ---------------------- | -------- | -------- | ------- | ------------------------------------------ |
| Price                  | 77.635   | 88.742   |         |                                            |
| Accrued Interest       | 1.250    | 1.875    |         |                                            |
| EUR/USD Spot           | 1.0912   | 1.1160   |         |                                            |
| Value of One USD in Euros | 0.9164 | 0.8961  |         |                                            |
| **Transaction**        | **EUR**  | **USD**  | **FX Rate** | **Comment**                            |
| **March 31**           |          |          |         |                                            |
| Initial EUR Balance    | 72.292   |          |         |                                            |
| Purchase Dollars at Spot | -72.292 | 78.885  | 0.9164  | USD Cash Price = 77.635 + 1.250            |
|                        |          |          |         | Cost in EUR Is (0.9164)(USD Cash Price)    |
| Purchase Bond          |          | -78.885  |         |                                            |
| **April 30**           |          |          |         |                                            |
| Sell Bond              |          | 90.617   | 0.8961  | USD Cash Price = 88.742 + 1.875            |
| Sell  USD into EUR     | 81.198   | -90.617  |         |                                            |
| Final EUR Balance      | 81.198   |          |         |                                            |
| Total Return (Unhedged EUR) | 12.32% |       |         | (EUR Proceeds/Initial EUR Investment) - 1  |

*Source: Lehman Brothers*

**Lehman Brothers** | A Guide to the Global Family of Indices

**Figure 3.    Hedged Return for April 2003: Ford 7.5% Coupon Maturing August 1, 2026**

| | | |
|---|---|---|
| Price Return | 14.08% | |
| Coupon Return | 0.79% | |
| Paydown Return | 0% | |
| Local Return | 14.87% | |
| Currency Retun | -0.21% | |
| Total Hedged Return in Euros | 14.67% | |
| | | |
| Yield  (March 31, 2003) | 9.99% | |
| Hedge Magnitude per Dollar Invested (H) | 1.008157 | $= (1 + (9.99\%/2))^{(1/6)}$ |
| | | |
| EUR/USD Spot March 31, 2003 | 1.09120 | |
| EUR/USD Spot April 30, 2003 | 1.11600 | |
| 1-Month Forward Value in Euros of One U.S. Dollar | 0.91740 | |
| $FX_{beg}$ | 0.91642 | = 1 / (1.09120) |
| $FX_{end}$ | 0.89606 | = 1 / (1.11600) |
| FXapprec | -2.22% | = (0.89606 - 0.91642) / (0.91642) |
| Forward Return | 2.33% | = (0.91740 - 0.89606) / (0.91642) |
| | | |
| Total Hedged Return in Euros | 14.67% | = 12.32% + (1.008157)(2.33%) |
| | | |
| Expected Currency Return | 0.11% | = (1.008157)(0.91740 - 0.91642)/(0.91642) |
| Residual Currency Return | -0.31% | = (1 + 14.67% - 1.008157)(-2.22%) |
| Currency Return (Total) | -0.21% | = -0.31% + 0.11% |

*Source: Lehman Brothers*

For each currency, the currency-hedge for the entire index is the weighted average of the security hedges weighted by beginning-of-the-month index weight. Thus, the hedge for the April index return is the weighted average of the individual April security hedges using security market weights from the beginning of April.

For individual securities, the following equation can also be used to calculate currency returns according to hedged index rules

$$\text{currency return} = H \, \frac{\text{ForwardValue} - FX_{beg}}{FX_{beg}} \quad (8)$$

$$+ \, (1 + \text{local return} - H) \, (FXapprec)$$

All of the components of the first term in Equation (8) are known at the time the hedge is implemented. This first term is often referred to as the carry from the hedge. In the current Ford example, its value is (1.00816)(0.9174 - 0.9164)/(0.9164), which comes to 10.8 bp. In April 2003, USD deposit rates were lower than EUR deposit rates, which resulted in the hedge's positive carry return.[30]

Since index hedges are designed to be implementable by investors at the beginning of the month, they are not perfect hedges: the bond will have residual currency exposure in the index after hedging. This residual currency exposure is equal to the difference between the size of the hedge and the market value of the security at the end of the month. The FX appreciation realized by this exposure is measured by the second term in Equation

---

[30] As of December 1, 2006 hedged returns will use published WM Reuters forward mid rates to calculate hedged returns for all currencies as opposed to using derived forward rates for G-10 currencies based on deposit rates. The example in this Appendix uses deposit rates to calculate the carry return.

(8). The exact value of this term will not be known until the end of the month. In our example, this term is $(1.1487 - 1.00815)(-2.22\%)$, which equals -31.2 bp. These two terms sum to the reported -21 bp currency return for the bond in the hedged index. Note that while 21 bp is a fairly large magnitude for a hedged currency return, it is less than one-tenth the size of the unhedged currency return.

**Figure 4.    Hedged Returns, Implementation for April 2003: Ford 7.5% Coupon Maturing August 1, 2026**

|  | March 31 | April 30 |  |  |
|---|---|---|---|---|
| Price | 77.635 | 88.742 |  |  |
| Accrued Interest | 1.250 | 1.875 |  |  |
| EUR/USD Spot | 1.0912 | 1.1160 |  |  |
| Value of one USD in Euros | 0.9164 | 0.8961 |  |  |
| Yield | 9.99% | 8.63% |  |  |
| 1-Month Forward Value in Euros of One U.S. Dollar | 0.9174 |  |  |  |
| Projected Growth In Local Bond Value over Coming Month | 0.8157% |  |  |  |

| Transaction | EUR | USD | FX Rate | Comment |
|---|---|---|---|---|
| **March 31** |  |  |  |  |
| Initial EUR Balance | 72.292 |  |  |  |
| Purchase Dollars at Spot | -72.292 | 78.885 | 0.9164 | USD Cash Price = 77.635 + 1.250 |
|  |  |  |  | Cost in EUR is (0.9164)(USD Cash Price) |
| Purchase Bond |  | -78.885 |  |  |
| Sell 79.528 One-Month Dollars |  |  |  | (78.885)(1.008157) = 79.528 |
|  |  |  |  |  |
| **April 30** |  |  |  |  |
| Sell Bond |  | 90.617 |  | USD Cash Price = 88.742 + 1.875 |
| Close Forward Contract | 72.959 | -79.528 | 0.9174 |  |
| Sell Residual USD into EUR | 9.936 | -11.089 | 0.8961 |  |
| Final EUR Balance | 82.895 |  |  |  |
|  |  |  |  |  |
| Total Return (Unhedged EUR) | 14.67% |  |  | (EUR Proceeds/Initial EUR Investment) - 1 |

*Source: Lehman Brothers*

## END-OF-MONTH ROLL OF CURRENCY HEDGING POSITIONS

Lehman is in the process of adding a new statistic, Hedge Market Value, to portfolio analytics to help investors who wish to match index hedging procedures. Hedge Market Value applies index currency hedging rules to determine the one-month hedge for the portfolio position. These hedges are calculated based on market values from the current close of business. Hedge Market Value provides the hypothetical hedge that the index would implement today for a position of this magnitude if the current day were a month-end.

At the actual month-end, Hedge Market Value reports the exact hedge that the index would use to hedge the portfolio position over the upcoming month. Prior to month-end, Hedge Market Value can be viewed as an approximation of the hedge to be implemented at the beginning of the next month. This approximate becomes more precise as the month progresses and becomes exact at the actual month-end; it is designed to help investors roll forward their currency hedges at the end of the month.

## USING HEDGES OF LONGER TENORS

For many investors in hedged global indices, the amounts that need to be hedged in each currency are fairly stable from month to month. Therefore, although the index hedges with one-month currency forwards, many of these investors choose to hedge with three-

month contracts. While the use of three-month currency forwards introduces tracking error relative to a currency-hedged benchmark, these investors are willing to bear this tracking error for a variety of reasons. One justification is the perception that rolling a hedge four times a year in the three-month market entails lower execution costs than rolling the position twelve times a year in the one-month market. Another possible motivation, depending on the shapes of the two forward curves, is that the hedging cost (which is based on the deposit rate differential) can sometimes be significantly lower at longer tenors. At the beginning of last year, we explored the risk/return tradeoff of using hedges of longer tenors, ranging from three months to two years. We concluded that while such strategies can add value, investors need to be aware that by extending the tenor of the hedge, they are essentially adding a view on short-term interest rates to their portfolios.

### COMMON QUESTIONS ABOUT CURRENCY RETURNS ON LEHMAN BROTHERS INDICES

### Q: Why aren't unhedged currency returns exactly the same for all bonds denominated in a given currency?

A: All bonds in a given currency will be subject to the same change in FX rates, which is denoted FXapprec in this article. However, as Lehman expresses currency returns using an additive convention, the reported currency return also depends on the local return of a bond, as shown in Equation (4). Thus, different bonds (or indices) denominated in the same currency can have different currency returns.

### Q: Why do hedged indices have currency returns? Isn't the currency risk hedged away?

A: Hedging can eliminate the majority of currency risk, but there is no way for foreign investors to earn exactly the same return as local investors, for two reasons. First, there is no way to know at the beginning of a month exactly what the market value of a given investment will be at the end of the month. The amount by which the size of the hedge is different from the ultimate end-of-month market value (either too big or too small) results in a (usually small) exposure to changes in FX rates. Second, even if we assume that the hedge is set up in exactly the right size, there is a carry component (which can be either positive or negative) that corresponds to the difference between spot and forward rates.

The carry is proportional to the difference between the short-term deposit rates in the two currencies. One will pay up to shift cash to a higher-yielding currency on a hedged basis; this negative carry is sometimes referred to as the cost of the hedge. A shift to a lower-yielding currency on a hedged basis will yield a positive carry, essentially compensating the investor for the extra yield that he has foregone.

Both of these components of hedged currency return are seen explicitly in the formulation of Equation (8), in which the first term corresponds to the carry and the second to the FX return on the market value that remains unhedged.

### Q: How is the size of the hedge determined in Lehman indices?

A: The size of the hedge is not assumed to be the ending market value, which cannot be known at the start of the month. It is also not assumed to be beginning market value, since this would result in a systematic bias toward under-hedging. Lehman uses a simple projection of end-of-month market value based on the combination of beginning-of-month market value and yield.

# 6: HOW CASH IS TREATED IN INDEX RETURNS AND STATISTICS CALCULATIONS[31]

## INTRODUCTION

One of the most common client questions about our Lehman Brothers index methodology concerns the treatment of cash in our indices. Understanding the timing and treatment of cash is important for portfolio managers who are trying to manage against our indices actively or passively (since it will affect decisions concerning intra-month cash reinvestment and month-end rebalancing within their portfolios). This paper will explain in detail how cash is handled in index calculations and provide some illustrative examples with index data.

## AN OVERVIEW OF THE EFFECT OF CASH IN INDEX CALCULATIONS

Users of our indices know that each Lehman Brothers index is rules-based and consists of two universes of securities: the returns (backward) universe and statistics (forward) universe. Since cash events only affect the returns universe of an index, we'll take a moment to reacquaint readers on the difference between the two.

### Returns (Backwards) Universe

- The returns universe is based on a set of securities that meet all rules of index eligibility at the beginning of each month and held constant until the index is reset at beginning of the next month.

- Composition of this universe is not adjusted for securities that become ineligible for inclusion during the month (e.g., because of downgrades, called bonds, or securities falling below 1-year in maturity) or for issues that are newly eligible (e.g., upgrades, newly issued bonds).

- Published daily and monthly returns reflect the performance of this fixed returns universe of securities. Holding the returns universe constant throughout the month means that a fund manager avoids having to hit a moving target and is able to rebalance at the end of the month.

- As coupon payments and paydowns occur on this fixed universe of securities intra-month, cash will accumulate until the index is reset at month-end.

### Statistics (Forward) Universe

- The statistics universe on the other hand is a dynamic set of bonds that change daily to reflect the latest composition of the market. This universe accounts for changes due to new issuance, calls, ratings changes, and time to maturity.

- At the end of each month, the latest statistics universe becomes the returns universe for the coming month. The statistics universe allows a manager to monitor changes in the market throughout the month and view what the index would look like if it were reset at that particular point in time.

- Accordingly, the statistics universe will never include cash as our index methodology strips cash out when the index membership is reset.

---

[31] Written by Brian Upbin and David Lavelle. Originally published in October 2003 Global Family of Indices.

### The Effect of Cash on the Returns Universe

Cash that has accrued within the returns (backwards) universe intra-month earns no reinvestment return. The events that cause cash to enter the index (coupon and principal prepayments) are accounted for in monthly total return calculations, but the cash itself does not generate its own partial month return for the period it resides in the returns (backwards) universe. Since our indices are rules-based and not treated as a portfolio or basket of securities, accumulated cash is stripped out of the index at month-end.

However, when calculating cumulative returns greater than one month, index cash (as captured in coupon and paydown return) is implicitly reinvested back into the returns universe to calculate an accurate since-inception total return that reflects compounding.

## TYPES AND TIMING OF CASH INFLOWS TO RETURNS UNIVERSE

There are two primary sources of cash that accumulate in the returns universe throughout the month: coupon payments and principal payments (including both scheduled and unscheduled prepayments).

### 1. Coupon Payments

The most common source of cash accumulating in the returns universe is interest income from coupon payments. These payments reflect the total periodic interest income that all holders of record are entitled to based on total par amount outstanding. All coupon payments will enter the returns universe as cash and remain there until it is stripped out at the end of the month. The timing and frequency of coupon payments will vary from security to security based on the issue's payment schedule and coupon structure. For example, MBS fixed-rate passthrough securities pay a coupon monthly, while U.S. Treasury securities pay coupons on a semi-annual basis.

### 2. Principal Payments (Scheduled and Unscheduled)

Since most Lehman indices have a minimum time to maturity of at least one year, indices won't see cash inflows from bonds that have matured. The principal payments that result in cash appearing in the returns universe are from three types of events: 1) sinking fund payments; 2) the calling of a security by an issuer, and 3) prepayments on securitized bonds.

*Sinking Funds*

Sink payments are scheduled partial payments of principal prior to a bond's maturity date. As long as the par amount outstanding of a bond with a sinking fund remains above the minimum liquidity rule for index eligibility, the bond will remain in the index after the payment has been made. However, the cash paid on future coupon dates may accrue at the same rate on a new par amount outstanding and may be different on an absolute level over time. All sink payments enter the returns (backwards) universe on the payment date according to the specified sink schedule.

*Called Securities*

Securities in the index may also have call provisions that would allow the issuer to buy back the security at a specified price at specified points in the future. Bonds may be fully or partially called during the month and will remain in the index so long as all index inclusion rules are met. If a bond is fully called, the entire par amount outstanding will enter the returns universe as cash at the call price and then exit the index at month-end.

*Principal Prepayments*

Prepayments of principal on securitized product (MBS, ABS, and CMBS) are the largest source of non-coupon cash entering the index on a monthly basis. The magnitude of prepayment is unique to each individual security and depends on the characteristics of the specific underlying collateral. While the timing of the prepayments will also vary from security to security based on the underlying collateral, the methodology of recognizing prepayments will be consistent within each securitized sector. For example, monthly paydowns on all fixed-rate MBS passthrough securities in our indices are estimated on the first business day of each month using the previous month's factors and enter the returns universe at that time until they are adjusted for actual factors later in the month (for reasons that will be discussed later). On the other hand, securitized sectors such as ABS and CMBS will record paydowns on the actual payment date at which time cash will enter the returns (backwards) index.

## EFFECT OF CASH ON MONTHLY RETURNS CALCULATIONS

Monthly index returns are based on the calculated return of each individual security that makes up that index. As cash events occur, they affect security level coupon return and paydown return calculations, which are two components of total return. As has been discussed earlier, accumulated cash in the returns (backwards) universe does not earn a reinvestment return. Accumulated cash simply remains in the index until the index is reset at month-end. This section will highlight how security level returns are calculated when coupon and principal payments occur during the month and how they aggregate into total returns calculations.

### 1. Coupon Return Calculations

At the bond level, *coupon return* is calculated using beginning and ending accrued interest, beginning price, and actual coupon payments made. The formula is as follows (Note: values are in percent):

$$\text{Coupon Return} = (\text{Accrued}_{End} - \text{Accrued}_{Beg} + \text{Paid Coupon}) / (\text{Price}_{Beg} + \text{Accrued}_{Beg})$$

where:   $\text{Accrued}_{End}$ = accrued interest in percent at the end of month

$\text{Accrued}_{Beg}$ = accrued interest in percent at the beginning of month

$\text{Paid Coupon}$ = coupon paid in percent during the month

$\text{Price}_{Beg}$ = clean price at the beginning of month

- When an actual coupon payment is made, the accrued interest on the bond goes to zero causing the market value of the bond (Price + Accrued Interest) to decline assuming no other price movements. However, in this case the inflow of cash from the coupon payment will offset this decline in accrued interest and keep the market value of the returns (backwards) universe constant.

- A bond will have a coupon return regardless of whether a coupon has been paid during the course of the month, but may not have an actual cash inflow.

- Many securitized bonds pay coupons monthly and have beginning accrued interest values that equal the ending accrued interest values. In these cases, the actual coupon paid as a percentage of beginning full price (Price$_{Beg}$ + Accrued$_{Beg}$) determines the coupon return on a monthly basis.

- The following are examples using October index data:

*Example 1: U.S. Treasury Bond: CUSIP: 912827Z6, 6.5%, 10/15/2006*

where:   $Accrued_{End} = 0.302$

$Acrrued_{Beg} = 3.001$

Paid Coupon = 3.25
$Price_{Beg} = 113.261$

Coupon Return = (0.302 – 3.001 + 3.25)/(113.261 + 3.001) = 0.474%

*Example 2: U.S. ABS Bond: CUSIP: 12558MAE, 5.97%, 3/25/2005*

where:   $Accrued_{End} = 0$

$Acrrued_{Beg} = 0$

Paid Coupon = 5.97%/12 = 0.4975%
$Price_{Beg} = 104.013$

Coupon Return = (0 - 0 + 0.4975)/(104.013 + 0) = 0.478%

- Despite daily movements in the market value of the individual security (due to changes in accrued interest or clean price), each security's contribution to total return will remain constant throughout the month based on its beginning of month weighting in the index (when the returns universe was initially set). Thus, to calculate an index coupon return, you would weight the coupon returns of each individual bond by its beginning of month weighting in the index.

## 2. Paydown Return Calculations

Monthly principal paydowns on a particular security can be either scheduled or unscheduled based on the security's structure. For scheduled principal payments, both the amount and timing of payments are known in advance. For unscheduled principal payments, the timing of payments may be known in advance, but the magnitude may not be known until security specific principal payments are announced or actually paid (as in the case of fixed-rate MBS passthroughs).

Actual principal payments are used to calculate security level paydown returns, which are a published component of total return (along with price return, coupon return, currency return, etc.). *Paydown return* captures the gain or loss when a percentage of a security's par outstanding is redeemed for cash and the security is trading at a price other than par. Although principal payments enter the returns universe as cash when paid, they do not earn an additional reinvestment return for the remainder of the month.

It's also important to differentiate principal prepayments from securities that are fully called by the issuer since called bonds do not register a paydown return at all. Even though the entire amount outstanding enters the returns universe as cash at the call price, any difference in the beginning price and the called price is reflected in *price return* rather than *paydown return* calculations.

For illustrative purposes we will discuss calculations for paydown returns in the context of different asset classes:

**Lehman Brothers** | A Guide to the Global Family of Indices

*A. Paydown Return on Sinking Fund & Non-MBS Securities*

The general formula for *paydown return* is as follows:

$$((\text{Outstand}_{Beg} - \text{Outstand}_{End}) / \text{Outstand}_{Beg}) * (100 - (\text{Price}_{End} + \text{Accrued}_{End})) / (\text{Price}_{Beg} + \text{Accrued}_{Beg})$$

where:

Outstand$_{Beg}$ = Par Amount Outstanding at the beginning of month

Outstand$_{End}$ = Par Amount Outstanding at the end of month

Price$_{End}$ = Clean Price (without accrued interest at the end of month

Accrued$_{End}$ = Accrued Interest (in percent) at the end of month

Price$_{Beg}$ = Clean Price (without accrued interest at the beginning of month)

Accrued$_{Beg}$ = Accrued Interest (in percent) at the beginning of month

The difference in the beginning and ending par amount outstanding is the amount of principal that has been paid during the month. Since principal payments are paid as cash, it is assumed to be valued at par. If a security is trading at a premium and is partially paid down, there will be a negative paydown return since the principal paid will be worth less as cash (100) than if it remained as principal outstanding in the security. Conversely, if the security was trading below par and was partially paid down, it would result in a positive paydown return since it would be more advantageous to hold principal in cash rather than in the discount security.

This formula applies explicitly to government and corporate bonds that have sinking funds as well as non-MBS securitized bonds that have periodic prepayments. When calculating paydown return, the actual timing of the paydown is reflected on the payment date when they occur.

*Example 1: CUSIP: 023650AH, America West Airlines, 7.1%, 4/2/2021*

For the month of October 2003:

Outstand$_{Beg}$ = 295,337 (in 000s)

Outstand$_{End}$ = 286,492 (in 000s)

Price$_{End}$ = 108.999

Accrued$_{End}$ = 0.572

Price$_{Beg}$ = 108.999

Accrued$_{Beg}$ = 3.53

Paydown Return = ((295,337-286,492)/295,337) * ((100-(108.999+.572))/ (108.999+3.53)) = 2.99% * -8.5% = -0.25%

*Example 2: ABS CUSIP: 393505F4, OGTFC98-4 A5, 6.22%, 12/1/2017*

For the month of October 2003:

Outstand$_{Beg}$ = 52,178 (in 000s)

Outstand$_{End}$ = 51,310 (in 000s)

$Price_{End} = 98.294$

$Accrued_{End} = 0$

$Price_{Beg} = 100.012$

$Accrued_{Beg} = 0$

Paydown Return = ((52,178-51,310)/52,178) * ((100-(98.294 + 0))/(100.012 + 0)) = 1.66% * 1.705% = 0.0283%

### B. Paydown Return on Interest Only Securities

Interest only securities also have a calculated paydown return when the notional amount outstanding decreases. However IO prepayments do **not** result in a cash inflow into the returns universe since they are structured to not pay principal to its holders. Any reduction in notional amount outstanding results in a negative paydown simply because there is less principal to accrue interest on then there was at the beginning of the month.

*Example: CUSIP: 05947UBC, BACM00-2 X, 0.827%, 3/15/2015*

For the month of October 2003:

$Outstand_{Beg} = 857,374$

$Outstand_{End} = 853,741$

$Price_{End} = 4.372$

$Accrued_{End} = 0$

$Price_{Beg} = 4.469$

$Accrued_{Beg} = 0$

Paydown Return = ((857,374-853,741)/857,374) * ((0-(4.372 + 0))/(4.469 + 0)) = 0.42% * -9.78% = -0.41%

### C. Paydown Return on Fixed-Rate MBS Passthroughs

Paydown return for fixed-rate MBS passthroughs are calculated similarly to other bonds in that prepaid principal is valued at par and will result in a negative/(positive) paydown return if the security is trading at a premium/(discount). However since MBS Pools are aggregated into generic CUSIPs within our indices based on program, coupon, and weighted average maturity (WAM), simple beginning and ending par amount outstanding cannot be used to determine the percentage of principal paid down.

These MBS generics will capture new production of similar coupon and program MBS pools in its ending par amount outstanding, so you cannot simply take the difference in the beginning and ending par amounts to determine the amount of principal that has been paid down. Instead, we determine the percentage paid down per generic based on a calculated number from our Lehman Brothers MBS Analytics Group rather than a simple comparison of beginning and ending amount outstanding.

Another key difference in the calculation of paydown returns for MBS securities versus other instruments is the timing and recognition of the cash that is paid down. Whereas other security types in our indices recognize the cash inflows from prepayments when actual payments are made, MBS securities recognize estimated prepayments on the first day of the month based on the most current factors that have been published (the previous month's factors). When actual prepayment factors come in later in the month

(currently on the 16th business day), the paydown estimate is "trued up" at that time to the actual levels received by the index. For a more detailed discussion, see the August 2003 *Global Family of Indices* publication

Consequently, the MBS index will show an estimated paydown return on the first day of each month that is held constant until it is trued up based on the actual prepayments later on in the month (currently the 16th business day).

*3. Aggregating Security Returns to Index Level Returns*

After a security has paid coupon or principal, its market value outstanding will decline assuming no other movements in the security's clean price. At the returns (backwards) universe index level, the decline in market value due to coupon payments is offset by the presence of cash while the decline in market value due to principal payments may be fully or only partially offset depending on whether the security is trading at a premium or discount.

Regardless of fluctuations in market value of an individual security, its contribution to total monthly index returns will remain fixed based on its beginning of month contribution to total index market value. The cash that has been generated throughout the month, although contributing to returns universe statistics, earns no reinvestment return and has no contribution to total index return. For example, a security that comprised 5.0% of an index at the beginning of a month but was completely called mid month will still contribute 5.0% to the total monthly index returns, even though at month-end the cash from the redemption will be stripped from the returns universe.

## ARE INDEX RETURNS UNDERSTATED WITHOUT CASH REINVESTMENT?

A frequent question posed by investors is whether the index is understating returns by not reinvesting the cash that accumulates in the returns universe intra-month. Some passive managers may even feel that in an ideal world, they can outperform a benchmark with this incremental return if they perfectly replicated the index. However, in reality, that tends not be the case due to the presence of transaction costs. For pricing purposes, our indices use the bid price in marking assets. Thus, the transaction cost that exists on buying or selling an index security (as reflected in the bid-ask spread) is not priced in for index calculations. Investors may be able to outperform if they reinvest cash, but they may also underperform by having to pay transaction costs where the index does not. Over time, these two dynamics have tended to offset each other in total returns calculations, which has made the non-reinvestment of cash an intuitively appealing index rule.

## PERIODIC RETURNS CALCULATIONS:
## SINCE INCEPTION TOTAL RETURNS (WITH REINVESTMENT)

As we outlined in detail earlier, cash that accumulates in the returns universe intra-month earns no reinvestment income and is stripped from the index at month-end in order to calculate monthly returns. However, over periods of time greater than one month, the holder of a Lehman Brothers index will earn a cumulative reinvestment return on the coupon and principal they have previously received (whether reinvested or not).

Since our indices are reset monthly and start with no cash, it is assumed that all cash is reinvested back into the index at month-end in calculating cumulative (also known as since inception) total returns. The accumulated cash is not reinvested in a literal sense and used to fund any index purchases; it simply provides a baseline return that can be compounded over future periods.

*Example: Cumulative Returns of the U.S. Aggregate Index*

The U.S. Aggregate Index started October with a since-inception total return of 1054.80%. During the month, the index registered a -0.93% nominal return. Assuming that all cash is reinvested back in the index, -0.93% would be earned on the base 1054.8%. Compounded, the new since-inception total return at October 2003 month-end is 1044.03%. Note: Since-inception returns are indexed to zero; in order to compound an additional month's return, you need to add 100 to the beginning since-inception value, multiply by (1 + month-to-date nominal return), and then subtract 100 from the resulting number.

## THE EFFECT OF CASH ON THE RETURNS UNIVERSE: TRACKING A RETURNS UNIVERSE BOGEY INTRA-MONTH THROUGH THE USE OF RETURNS STATISTICS

*Which Universe (Returns or Statistics) is the Appropriate Benchmark for an Investor to Manage to?*

Since Lehman Brothers indices are reset once a month, portfolio managers should use both the returns (backwards) and statistics (forwards) universe in their portfolio management process. To track index returns intra-month, a manager should use the backwards universe as his bogey since this universe of bonds is what index returns are calculated on. For rebalancing, he should be looking at the statistics universe toward month-end, as this universe projects what the index would look like if the index were reset at that point in time. Earlier in the month, managers tend to focus on the returns universe and then increase their attention on the statistics universe as the month progresses.

If a manager perfectly replicated the statistics universe at month-end, he would not have to rebalance at any point during the following month to match index returns. If perfectly matched to the statistics universe at month-end, the manager would receive the same cash flows and earn the same returns as the backwards universe index the following month.

However, since most passive managers do not perfectly replicate the index due to issue liquidity and logistical constraints, it may be necessary to rebalance intra-month to passively track index returns. For that reason, managers often match to returns universe statistics (such as duration) that reflect the true composition of the returns universe (including cash that has accrued in the benchmark). At month-end, a passive manager would then need to rebalance and switch from tracking the returns universe to the statistics universe since the statistics (forward) universe is frozen and becomes the returns universe for the next month.

### The Effect of Cash on Returns (Backwards) Universe Statistics

Cash that has accumulated in the returns (backwards) universe is not reinvested and is always stripped at month-end. On the other hand, portfolio managers often reinvest their cash when received to fund additional securities purchases or earn a deposit rate. If reinvested mid-month, managers should be aware of how their portfolio exposures will change when comparing their portfolios to a universe that has cash in it. For example, assume a portfolio has perfectly replicated an index whose returns (backwards) universe is now composed of 5.0% cash, with a zero duration mid-month. If they choose to reinvest the 5.0% of cash that has also accrued in their portfolio in additional securities, their portfolio exposures will change. If they bought additional securities with durations greater than zero, the overall portfolio duration will lengthen since the portfolio will no

longer hold 5% in cash. Since the index still holds the cash in its returns universe, they will implicitly be taking a longer duration bet even if they have reinvested back into returns universe securities in equal weightings to current holdings. Thus, when reinvesting portfolio cash intra-month to track the returns universe, a passive or active manager must understand that cash is present in the returns universe and has an effect on returns duration until it is stripped at month-end.

Managers must also be cognizant of when our indices recognize cash inflows versus when their portfolios actually receive cash. For most security types, cash is recognized in the index when the cash is actually paid to investors. This should coincide with when the portfolio receives its cash as well. However, for fixed-rate MBS passthroughs, our index methodology recognizes estimated cash from prepayments on the first business day of each month using the previous month's factors as an estimate. After actual factors are received, the estimated prepayment in the MBS Index Returns Universe is "trued up" to the actual prepayment levels. This methodology reduces the intra-month volatility of calculated statistics (such as returns duration) due to the same day settlement assumptions used to price the index and provides a more realistic reflection of duration of a portfolio manager's returns universe bogey. For a more detailed discussion of the timing of cash recognition in our MBS Indices, please see August 2003's *Global Family of Indices* publication.

### Tracking Returns Duration

The most actively looked at returns (backwards) universe statistic is *Returns Duration*. Returns duration is simply the modified adjusted (effective) duration of the returns universe including the accumulated cash component. Many managers look at this metric on a daily basis to ensure that their portfolios will be duration neutral for returns purposes relative to the index. Since portfolios won't necessarily match the exact cash flows of an index, this metric provides a duration bogey to rebalance against if the actual portfolio duration and cash flows deviate from the index at any point during the month.

Returns duration is calculated at both the security and index levels recognizing the cash received for coupon and principal payments during the month. All cash is assumed to have zero duration, making the returns duration of an index lower than the market value weighted modified adjusted duration of the bonds that in the backwards index (excluding cash). Below is an example of calculating returns duration on an MBS security:

*Example: MBS Generic FNA05403, Fannie Mae 30 Year, 5.5% Coupon, 2/1/2033 Maturity*

- During the month of October, $3.94 million of coupon and principal was paid in cash on this generic (1.78% of the total market value of the generic and its associated cash).

- The remaining returns universe principal outstanding had a market value of $216.8 million with a duration of 4.105 years at October month-end

- When the cash is weighted with a zero duration, the returns duration of the security becomes (4.105 years * (1-.01783)) = 4.031 years at October month-end.

If this was the only security in an index, the duration would extend to 4.105 years when the new returns universe is set and cash is stripped from the index. However, this 4.105 year duration is derived using a same day settlement assumption for pricing the security. Thus, that duration (4.105 years) assumes that the holder of the security on October 31 will be entitled to the expected November cash flows (principal and coupon) from the security. Staring on November 1, the index's same day settlement assumption means that

the security itself is no longer entitled to November cash flows even though the returns (backwards) index will actually receive them during the course of the month. By recognizing cash flows on the first day in the returns universe, the returns duration of the security will recognize the cash that will actually be forthcoming and therefore reflect a more accurate returns universe bogey for intra-month rebalancing to the benchmark.

### Monthly Duration Extension:
### The Difference in Returns Duration and the Statistics Universe Duration

At the end of each month, cash is removed from the returns universe when the index composition is reset. Assuming that the composition of the index does not change during the month, the duration of the index would lengthen as this zero-duration component is removed from the index. The effect of the removal of cash is a net extension of the duration of the new performance target.

However, since index composition does in fact change on a monthly basis due to index turnover, the removal of cash becomes just one of several sources of index duration extension at month-end. Other sources include new issuance and issues dropping from the index based on an index's specific eligibility rules. Directionally, the absolute value of the returns duration can move up or down based on market movements and index convexity. However, regardless of where the returns duration has shifted to on an absolute level during the month, it will always partially lengthen due to the removal of cash from coupon and principal payments when the index is reset. This lengthening may be partially offset by other sources of duration extension, but in isolation the effect of removing cash will always lengthen the index.

### Locating Returns (Backwards) Universe Statistics
### on Lehman Brothers Indices

*Index Website & LEHM function on Bloomberg*

On the Index Website on LehmanLive and the LEHM function on Bloomberg, we publish the returns duration of each index that reflects all cash that has been accumulated in the index. Returns duration is the only statistic that has been adjusted for cash within these two data sources.

*POINT*

In POINT, we've added security level attributes that reflect the effect of cash on each security. With these fields, a user can derive returns universe statistics that have been adjusted for cash and determine the assumed level of cash for each within the index. In addition to accessing these fields at the bond level, users will be able to generate market structure reports on the returns universe that have also been adjusted for cash in the indices. Currently in POINT, any reports that calculate statistics on the returns (backwards) universe will not reflect the presence of cash in the index.

# 7: LEHMAN BROTHERS GLOBAL SECTOR CLASSIFICATION SCHEME[32]

Index-eligible bonds are divided into four main sectors: Treasury, government-related, securitized, and corporate. Under the old three-pillar classification scheme that was used prior to 2005, bonds were divided into government, credit, and securitized. One of the primary reasons for the sector changes was to make our classification scheme global in nature and not reflective of the perspective of a single region. Consequently, the notion of "foreign" in our existing classifications (used in the foreign local agencies and foreign local government sectors) was removed, and the bonds were re-classified to appear in the new government-related sector. This change will eliminate classification differences that arise when governments, government agencies, and local authorities issue bonds in their native (domestic) and non-native (foreign) currencies.

The government-related sector is designed to categorize issuer-level risk in a more descriptive manner. It was created to group all issuers with governmental affiliations separately from corporate or treasury. Moreover, we have created three classes within the agency sector (government guaranteed, government owned but not guaranteed, and government sponsored) that more accurately segregate agency issuers based on their governmental relationships. Details are provided in the next section.

**Figure 1.    Lehman Brothers Sector Classification Scheme: Before and After January 1, 2005**



---

[32] Written by Nick Gendron and Brian Upbin.   Excerpts taken from September 2004 and November 2004 Global Family of Indices.

Lehman Brothers | A Guide to the Global Family of Indices

**Figure 2.    Lehman Brothers Index Sector Classifications**

| Class 1 | Class 2 | Class 3 | Class 4/Comments |
|---|---|---|---|
| **TREASURY** | | | Includes Central Government debt issued in local currency |
| **GOVERNMENT RELATED** | | | |
| | AGENCY | | Includes both Native currency (government index eligible) and non-Native currency (credit index eligible) agency debt |
| | | Gov Guarantee | Issues that carry direct guarantees of timely payment of interest and principal from central governments. |
| | | Owned, No Guarantee | Issues sold by entities that are more than 50% owned by government-related entities, but carry no guarantee of timely repayment. |
| | | Gov Sponsored | Entities that are not 100% government owned, and that have no guarantee, but carry out government policies, and benefit from "closeness" to the central government. |
| | LOCAL AUTHORITY | | Includes both native and non-native currency debt; part of Credit Indices |
| | SOVEREIGN | | Debt issued by central governments in foreign currencies; part of Credit Indices |
| | SUPRANATIONAL | | |
| **CORPORATE** | | | |
| | INDUSTRIAL | | |
| | | Basic Industry | Class 4 Subsectors: Chemicals, Metals & Mining, and Paper |
| | | Capital Goods | Class 4 Subsectors: Aerospace/Defense, Build. Materials, Diversified Manuf., Const. Machinery, Packaging, and Environmental |
| | | Communications | Class 4 Subsectors: Media-Cable, Media-Non-Cable, Wireless, and Wirelines |
| | | Consumer Cyclical | Class 4 Subsectors: Auto, Entertainment, Gaming, Home Const., Lodging, Retailers, Restaurants, Services, Textile |
| | | Consumer Non-Cyclical | Class 4 Subsectors: Consumer Products, Food/Beverage, Health Care, Pharmaceuticals, Supermarkets, Tobacco |
| | | Energy | Class 4 Subsectors: Independent, Integrated, Oil Field Services, Refining |
| | | Technology | |
| | | Transportation | Class 4 Subsectors: Airlines, Railroads, Services |
| | | Other Industrial | |
| | UTILITY | | |
| | | Electric Utility | |
| | | Natural Gas | Class 4 Subsectors: Distributors, Pipelines |
| | | Other Utility | |
| | FINANCIAL INSTITUTIONS | | |
| | | Banking | |
| | | Brokerage | |
| | | Finance Companies | Class 4 Subsectors: Noncaptive Consumer, Noncaptive Diversified |
| | | Insurance | Class 4 Subsectors: Life, P&C, and Health Insurance |
| | | REITS | |
| | | Other Finance | |
| **SECURITIZED** | | | |
| | MBS PASSTHROUGH | | |
| | | Agency Fixed Rate | Class 4 Subsectors: GNMA 30, GNMA 15, Conv. 30, Conv. 15, Conv. 20, Balloon (No Longer Index Eligible) |
| | | Hybrid Arms | Class 4 Subsectors: 3/1, 5/1, 7/1, 10/1 |
| | | Non-Agency | Not currently index eligible |
| | ABS | | |
| | | Credit Card | |
| | | Auto Backed | |
| | | Home Equity | |
| | | Student Loans | Not Eligible for U.S. Aggregate, part of U.S. ABS FRN |
| | | Residential Mortgage | Non-U.S. ABS |
| | | Whole Business | |
| | | Manufactured Housing | No Longer Index Eligible |
| | | Stranded Cost Utility | |
| | | ABS Other | |
| | CMBS | | ERISA Eligiblility Needed to be included in U.S. Aggregate |
| | COVERED | | Recourse debt secured by a pool of assets. The recourse to originators is the difference between Covered and ABS issues |
| | | Mortgage Collateralized | Bonds collateralized by residential and commercial real estate. Class 4: Pfand, Jumbo Pfand, Non-Pfand |
| | | Public Sector Collat | Bonds collateralized by public sector loans. Class 4 Subsectors: Pfand, Jumbo Pfand, Non-Pfand |
| | | Hybrid Collateralized | Bonds collateralized by a mixture of public sector loans, mortgages and/or other assets. |
| | | Other | Covered bonds not collateralised real estate or public sector loans. Class 4 Subsectors: Pfand, Non-Pfand |
| | CMO | | Not Aggregate Index Eligible at this time |

## SECTOR HIERARCHY AND DEFINITIONS

The following section provides detailed classification definitions, with a focus on the newly created sectors and subsectors. This discussion covers the Class 1, Class 2, and Class 3 levels (the latter on a selected basis). Please see the accompanying sector maps for the overall hierarchy, as well as a list of the Class 4 buckets.

**Treasury (Class 1):** Native currency sovereign debt issued by the central government. There are no sub-classifications under treasury.

**Government-related (Class 1):** The government-related sector has four subsectors. In the case of agencies (Class 2), there is a further level of sub-classification at the Class 3 level.

- **Agency (Class 2):** The definition of agency securities is unchanged in the new sector classification scheme. However, there is no longer a delineation between native currency (local) and non-native currency (foreign) agency debt as they are grouped together in the same sector. There are three sub-classifications under agencies.

    - **Government-guaranteed (Class 3):** Issues that carry direct guarantees of timely payment of interest and principal from central governments. Government ownership is not a factor, although most entities will be government owned. Sample issuers in this category include KfW, the State of Israel, Deposit Insurance Corp of Japan, Canada Housing Trust, and Radio TV Espanola.

    - **Government owned, no guarantee (Class 3):** Issuers that are more than 50% owned by government-related entities (including all direct central and local government ownership as well as indirect ownership through other government owned entities), but which carry no guarantee of timely repayment. This includes state-owned entities that operate under special public sector laws. Entities that are less than 50% government owned go in the appropriate corporate bucket, unless the entity fits the definition of government sponsored.

    - **Government sponsored (Class 3):** Entities that are not 100% government owned and that have no guarantee, but that carry out government policies, and that benefit from "closeness" to the central government. Evidence of closeness include government charters; government-nominated board members; government subsidies for carrying out "social" policies; provisions for lines of credit; or government policies executed at sub-economic rates, with accompanying economic support from the government. Some Global Aggregate Index issuers in this category include Fannie Mae and Freddie Mac.

- **Local Authority (Class 2):** In addition to directly issued local authority debt, the sector also contains debt sold by entities 100% owned, but not necessarily guaranteed, by local authorities. Debt sold by an entity less than 50% owned by a local authority will go in the appropriate corporate bucket. The category also includes unsecured debt sold by Landesbanken, as long as it is sold before July 18, 2005, and matures before December 31, 2015. Unsecured Landesbanken debt sold after July 17, 2005, or maturing after December 31, 2015, is not covered by such support and goes in the banking bucket. Sample Global Aggregate Index issuers in this category include U.S. taxable municipals, Canadian provincial debt, and Japanese prefectures.

- **Sovereign (Class 2):** This sector contains debt issued directly by central governments, but denominated in currencies other than the governments' domestic currencies. The three largest issuers in the Global Aggregate Index in this category are the Republic of Italy, the Kingdom of Sweden, and the Republic of Austria. There are a number of issuers currently in the sovereign sector that do not truly represent central government debt. These issuers will be moving to the appropriate agency or corporate classification. A comprehensive list of specific issuers and classification changes will be made available to index users in October.

- **Supranational (Class 2):** The definition will remain unchanged. Sample Global Aggregate Index issuers in this category include the European Investment Bank, the Asian Development Bank, and the Inter-American Development Bank.

**Corporate (Class 1):** The definitions of corporates and the existing corporate subsectors remain unchanged. The complete sector hierarchy is as follows:

- **Industrials (Class 2)**

  - **Basic Industry (Class 3):** Class 4 subsectors include Chemicals, Metals & Mining, and Paper.

  - **Capital Good (Class 3):** Class 4 subsectors include Aerospace/Defense, Building Materials, Diversified Manufacturing, Construction Machinery, Packaging, and Environmental.

  - **Communications (Class 3):** Class 4 subsectors include Media-Cable, Media Non-Cable, Wireless, and Wirelines.

  - **Consumer Cyclicals (Class 3):** Class 4 subsectors include Automotive, Entertainment, Gaming, Home Construction, Lodging, Retailers, Restaurants, Cyclical Services, and Textiles.

  - **Consumer Non-Cyclical (Class 3):** Class 4 subsectors include Consumer Products, Food/Beverage, Healthcare, Pharmaceuticals, Supermarkets, Tobacco.

  - **Energy (Class 3):** Class 4 subsectors include Independent, Integrated, Oil Field Services, and Refining.

  - **Technology (Class 3)**

  - **Transportation (Class 3):** Class 4 subsectors include Airlines, Railroad, and Transportation Services.

  - **Other Industrial (Class 3)**

- **Utilities (Class 2)**

  - **Electric (Class 3)**

  - **Natural Gas (Class 3):** Class 4 subsectors include Distributors, Pipelines.

  - **Other Utility (Class 3)**

- **Financial Institutions (Class 2)**

  - **Banking (Class 3)**

  - **Brokerage (Class 3)**

  - **Finance Companies (Class 3):** Class 4 subsectors include Non-Captive Consumer, Non-Captive Diversified.

- **Insurance (Class 3):** Class 4 subsectors include Life, P&C, and Health Insurance.

- **REIT (Class 3)**

- **Other Finance (Class 3)**

**Securitized (Class 1):** The securitized sector consists of four main (Class 2) subsectors, with additional breakdowns to the Class 3 and Class 4 levels. The changes in this bucket are concentrated in the Pfandbriefe and Other Mortgage sectors. Most of these issues move into the Covered Bond (Class 2) bucket, although some will move to Banking. Within MBS Passthrough, we've also added agency (fixed-rate and hybrid ARM) and non-agency subsets, though non-agency passthroughs are not index-eligible at this time.

- **MBS Passthrough (Class 2):** Passthrough mortgage backed securities backed by residential mortgages. This sector includes both agency and non-agency issuers, but only agency issuers are eligible for our indices.

  - **Agency Fixed-Rate (Class 3):** Six agency passthrough subsets including GNMA 30-Year, GNMA 15-Year, Conventional 30-Year, Conventional 20-Year, Conventional 15-Year and balloons (no longer index eligible).

  - **Agency Hybrid ARM (Class 3):** A hybrid adjustable rate mortgage (ARM) is a mortgage in which the homeowner pays a fixed interest rate for a fixed period of time (typically 3, 5, 7, or 10 years) and a floating-rate after that period, combining the features of fixed- and adjustable-rate mortgage securities. For our indices we only track agency issued Hybrid ARMs. Within this sector there are four Class 4 subsectors for each of the major programs: 3/1, 5/1, 7/1, and 10/1.

  - **Non-Agency (Class 3):** This classification captures non-agency fixed-rate and hybrid ARM passthoughs in the U.S. and passthroughs denominated in non-USD currencies.

- **ABS (Class 2):** The definition of ABS and existing collateral type subsectors remains unchanged. Within ABS, there are Class 3 subsectors for the following collateral types, though not all are represented in our various fixed or floating-rate indices: auto loan, credit card, stranded cost utilities, home equity loan, manufactured housing (no longer index eligible), student loan, whole business, and residential mortgages.

- **CMBS (Class 2):** The definition of CMBS remains unchanged.

- **Covered (Class 2):** Covered bonds are recourse debt instruments that are secured by a pool of assets (commercial real estate or residential mortgages, public sector loans, or other assets). The fact that investors have recourse to the originators is the defining difference between covered bonds and ABS issues. The category includes "structured covered bonds," for which securitization techniques have been used to enhance the ratings of the covered bonds, but the issuing entity is usually not bankruptcy-remote. Structured covered issues are not governed by national covered bond legislation and regulation, while covered bonds are, where such guidelines exist. Pfandbriefes will be classified as covered bonds under this definition.

  - **Mortgage Collateralized (Class 3):** Bonds collateralized by residential and commercial real estate. Includes three subsectors: traditional Pfandbriefe, jumbo Pfandbriefe, and non-pfandbriefe mortgages. Danish MBS and JHFA RMBS would be classified as non-pfandbriefe.

- **Public Sector Collateralized (Class 3):** Bonds collateralised by public sector loans. Includes three subsectors: traditional Pfandbriefe, jumbo Pfandbriefe, and non-pfandbriefe public sector loans

- **Hybrid Collateralized (Class 3):** Bonds collateralised by a mixture of public sector loans, mortgages and/or other assets. There are no hybrid Pfandbriefe, so we have not extended this to Class 4.

- **Other Covered Bonds (Class 3):** Pfandbriefe and non-Pfandbriefe covered bonds collateralised by single asset classes other than real estate or public sector loans. There are two Class 4 subsectors distinguishing between Pfandbriefe and non-pfandbriefe

# 8: THE LEHMAN BROTHERS INDEX METHOD
# FOR CLASSIFYING BONDS BY CREDIT QUALITY[33]

On July 1, 2005, Lehman incorporated Fitch ratings into its index rules on credit quality for the Global Family of Indices. Since October 1, 2003, the Global Family of Indices has used the most conservative (lowest) rating assigned by Moody's and S&P as a security's rating when determining index eligibility and classification. With the addition a third rating, Lehman now uses the *middle rating* of Moody's, S&P, and Fitch (after dropping the highest and lowest available ratings) to determine a security's index classification. This method essentially works as a "2 out of 3" rule since a bond will now need at least two of the three agencies to rate the bond as investment-grade in order to qualify for our investment-grade indices (or two agencies to rate as high yield to qualify for our high-yield indices). If only two agencies rate a security, then the most conservative (lowest) rating will be used. If only one rating agency rates a security, that one rating will be used. Where there are no security level ratings, an issuer rating may be used in its place to determine index classification.

This appendix will provide a brief history of our index rating method and discuss the projected effect that these announced changes will have on our most widely used indices.

### CLASSIFYING SPLIT-RATED BONDS: HISTORY OF
### LEHMAN BROTHERS INDEX CREDIT QUALITY CLASSIFICATIONS

When ratings agencies agree on the credit quality of a bond or issuer, we uses that consensus rating to determine index eligibility and classification. However, when a security is split-rated by multiple agencies, we must still categorize these bonds based on the available ratings, despite the divergent opinions. Thus, we assign all bonds a single classification when applying index rules pertaining to credit quality. Our credit quality classification is not a new evaluation of the credit-worthiness of a particular bond, but rather a transparent rules-based approach to prioritizing among the existing split ratings to determine index eligibility. We have revised the rules used in our credit quality classification method intermittently over the past three decades in order to incorporate more fully any valuable information about issuers/issues that would sharpen the quality of our indices.

We began our method using a 50% split between Moody's and S&P for our investment-grade indices. However, investors found this approach confusing, as a bond ranked investment-grade by one rating agency and non-investment-grade by the other agency resulted in only half of it being included in the investment-grade index. Therefore, on August 1, 1988, we revised our method, making Moody's the primary rating agency and S&P the secondary source (where Moody's ratings were non-existent).

While this was a clear, easily followed rule, investors expressed an interest for a more-inclusive approach and felt uncomfortable with our reliance on a single arbiter of credit quality after the credit crunch of 2002. Therefore, on October 1, 2003, we decided to incorporate S&P more broadly into our classification framework and used the most conservative (lowest) rating as the index rating. Upon implementation of this change, the movement of securities out of our investment-grade to our high-yield indices was minimal. The index most affected was the U.S. Aggregate Index, which dropped only 28 securities ($6.6 billion market value) into the U.S. High-Yield Index.

---

[33] *Written by Nick Gendron and Brian Upbin. Originally published in January 2005 Global Family of Indices.*

### ADDING FITCH RATINGS TO THE CREDIT QUALITY CLASSIFICATIONS

Adding Fitch Ratings to our index criteria makes our index rules even more inclusive than the current method. Other than the immediate benefit of offering more complete index information, the decision to add Fitch ratings afforded us the opportunity to re-evaluate our classifications with an eye toward 1) deriving more consensus ratings opinions and 2) promoting longer-term index ratings stability.

Our current method is a *middle rating* rule that discards the highest and lowest ratings when all three agencies rate a security. One advantage of this method over a most conservative rule is that at least two agencies would need to agree on a rating in order to prompt an index rating move. This method is also more intuitive than a weighted average rule that could result in an credit quality classification falling between two credit notches.

### MECHANICS OF THE MIDDLE RATING (2 OUT OF 3) RULE

Essentially, this is equivalent to using a "2-out-of-3" rule for determining investment-grade/high-yield classification and strikes us as the fairest approach to incorporating a third NRSRO into our index rules. In cases where only two agencies rate the bond, the more conservative rating would be used.

Under this method, a ratings action by one agency would not alter index composition unless matched by one of the other two agencies.

To better understand how the index rating method works, here are three examples using specific issuers as of December 31, 2005:

**1)      Cummins Engine (Ticker: CMI)**

      Moody's Rating: BA1

      S&P Rating: BBB-

      Fitch Rating: BB+

      Most Conservative Rating: BA1/BB+

      Index Classification (Middle Rating): BA1/BB+

Despite S&P's investment-grade rating of BBB-, this issuer is still classified as high-yield for index purposes since Moody's and Fitch have them rated as high-yield.

**2)      Amerada Hess (Ticker: AHC)**

      Moody's Rating: Ba1

      S&P Rating: BBB-

      Fitch Rating: BBB-

      Most Conservative Rating: BA1/BB+

      Index Classification as of July 1, 2005 (Middle Rating): BAA3/BBB-

This issuer would have an index rating of Baa3/BBB because the Moody's rating (lowest) and either the Fitch or S&P rating (highest) would be dropped.

### 3) Government of Japan (Ticker: JGB)

Moody's Rating: A2

S&P Rating: AA-

Fitch Rating: AA-

Most Conservative Rating: A2/A

Index Classification (Middle Rating): Aa3/AA-

This issuer would have an index classification of Aa3/AA- as the Moody's rating (lowest) and either the Fitch or S&P rating (highest) would be dropped. The issuer would remain in all current indices but falls into the Aa-rated bucket.

### AVERAGE QUALITY AT THE INDEX LEVEL

A linear numeric system is used to average the bond level index ratings. Each index rating is assigned a numeric value from 2 to 24, and the constituents' numeric ratings are market value weighted to arrive at the aggregate average quality for the index.

**Figure 1.     Lehman Brothers Numeric Value of Quality Ratings**

| Numerical Value | Moody Rating | S&P Rating | Fitch Rating |
|---|---|---|---|
| 2 | AAA | AAA | AAA |
| 3 | Aa1 | AA+ | AA+ |
| 4 | Aa2 | AA | AA |
| 5 | Aa3 | AA- | AA- |
| 6 | A1 | A+ | A+ |
| 7 | A2 | A | A |
| 8 | A3 | A- | A- |
| 9 | Baa1 | BBB+ | BBB+ |
| 10 | Baa2 | BBB | BBB |
| 11 | Baa3 | BBB- | BBB- |
| 12 | Ba1 | BB+ | BB+ |
| 13 | Ba2 | BB | BB |
| 14 | Ba3 | BB- | BB- |
| 15 | B1 | B+ | B+ |
| 16 | B2 | B | B |
| 17 | B3 | B- | B- |
| 18 | Caa1 | CCC+ | CCC+ |
| 19 | Caa2 | CCC | CCC |
| 20 | Caa3 | CCC- | CCC- |
| 21 | Ca | CC | CC |
| 22 | C | C | C |
| 23 | D | D | D |
| 24 | NR | NR | NR |

*Source: Lehman Brothers.*

# 9: CALCULATING INDEX TURNOVER AND COMPOSITIONAL CHANGE[34]

Index turnover is an estimate of gross index compositional shift measured by the market value of securities entering and exiting an index (as a percentage of the index's beginning market value). Index users are well aware that our indices are rules-based and reset monthly. All securities that meet the rules for inclusion at month-end become index eligible and remain in the static (returns) universe until it is reset again the following month. Consequently, on a monthly basis issues will enter and exit the index as their eligibility status changes between monthly reset dates. When major index rules changes are implemented, monthly turnover usually surges as new types of securities enter an index while formerly index-eligible bonds are dropped under the new guidelines. Our statistics (forward) universe reflects the net effect of these "additions" and "drops" on index composition on a daily basis and forecasts what the index composition would be if the index were reset at that specific date in time.

Understanding the sources of turnover entails understanding an index's specific rules for eligibility. Since these rules are objective, an issue will either be index eligible or not eligible at the time of reset. Any issue whose eligibility status has changed since the previous month-end will contribute to turnover by either exiting or entering the index. These issues can be divided into two classes: "drops" and "additions."

## DROPS (ISSUES EXITING AN INDEX)

Issues no longer index eligible are referred to as "drops" for the purpose of this exercise. An issue will be dropped from an index under two circumstances: 1) it no longer meets the rules for inclusion or 2) its security status has changed (called or exchanged) and it no longer exists in its current form.

*Rules-Based Drops*

All Lehman Indices have formal rules on 1) liquidity, 2) time to maturity, and 3) quality rating. For larger regional macro indices (U.S. Aggregate, Pan-European Aggregate, Asian Pacific Aggregate), these three rules form the largest source of index "drops."

- **Liquidity:** As of July 1, 2004, the U.S. Aggregate has a new minimum $250 million liquidity constraint for index inclusion (up from $200 million). ABS and CMBS securities have a minimum $25 million tranche size along with a minimum $500 million deal size constraint (the current CMBS minimum tranche size went into effect on July 1, 2004). The U.S. High-Yield Index has not seen a recent increase in its minimum liquidity and has remained at $150 million since 1999. Our Pan-European Aggregate has a €300 million (£200 million) or equivalent liquidity requirement except for treasury securities, which have a €500 million threshold. The Asian Pacific Aggregate has a ¥35 billion or equivalent constraint. Any issue within these indices that falls below these thresholds (due to partial calls, prepayments, or partial exchanges) will be dropped from the index at month-end.

- **Time to Maturity:** Most Lehman Brothers indices have a minimum time to maturity (or minimum average life for asset-backed and commercial mortgage-backed bonds and weighted average maturity for mortgage-backed bonds) of 1-year to be index

---

[34] *Written by Brian Upbin. Originally published in December 2004 Global Family of Indices.*

eligible. Anything that falls below 1-year is removed from the index. For our macro indices, this lower threshold is the only bound that applies.

- **Quality:** To be included in our regional aggregate indices, a security must be investment-grade using the middle rating of Moody's, S&P, and Fitch . A "fallen angel" that is downgraded below investment-grade will be dropped from these aggregate indices at month-end. Note: A downgraded issue that meets all other eligibility rules will likely become part of a regional (U.S. or Pan-European) high-yield index and contribute to that index's turnover as an addition instead of a drop.

- **Other:** Periodically, asset classes or specific issuers may be dropped from the index due to unique circumstances (usually liquidity or pricing concerns). For example, Resolution Funding Corporation bonds were dropped from the U.S. Agency Index on July 1, 2004 due to their limited liquidity and stripped status. Though they meet other core inclusion rules, their stripped status makes them far less liquid then their par amount outstanding would make it seem. In these cases, all changes are announced well in advance to investors to ensure index transparency.

*Security Status Drops*

The other main reason for an issue to exit an index is that its status has changed and the security no longer exists under its current CUSIP or ISIN (or has been partially paid down).

- **Called Issues:** Securities that are bought back by the issuer and are no longer actively traded are dropped from the index at month-end. Many times, an issuer will issue new debt in place of called issues, so contributions to turnover may be seen in both the drops and additions totals.

- **MBS Prepayments (U.S. MBS Only):** Reductions in par amount outstanding for U.S. MBS passthrough securities will also contribute to "drops" for the U.S. Aggregate Index. As principal is paid down, existing MBS generics in the index will show a decrease in par amount outstanding but will not exit the index as a pure "drop" since generics rarely fall below the minimum liquidity and are often offset by the additions of new monthly production. Note: Pan-European and Asian Pacific MBS do not use the U.S. MBS generic convention.

- **Exchanged Issues:** Bonds that are replaced with a newly registered security under a different identifier. 144A issues that have become publicly traded fall under this category. Note: Both sides of the transaction (the addition and drop) will show up in index turnover as a new CUSIP is added for the one dropped.

## ADDITIONS (ISSUES ENTERING AN INDEX)

Most issues that enter our aggregate indices are newly issued instruments. Other "additions" to the index include exchanged securities that have been reissued under a new CUSIP, 144A securities that have been newly registered as public securities, and issues that have been upgraded to investment-grade status from high-yield. Despite these other sources of index turnover, new issuance accounts for most of the additions to the aggregate indices.

For the U.S. Aggregate Index, new monthly production of fixed-rate MBS pools will not have their own unique CUSIP added to the index. Since the index uses generic CUSIPs based on program, coupon, and production year in its construction, new pool issuance will be reflected as an increase in par amount outstanding of the existing MBS generics.

New securities can also enter our indices based on rules changes. These new additions will create a one-time spike in index turnover when they enter the index. Examples of recent additions include taxable municipals and capital securities in the U.S, bullet structure Danish MBS in the Pan-European Aggregate, and JHFA debt in Japan.

## GROSS INDEX TURNOVER

The combined sum of these two components equals gross index turnover. Since the index composition and beginning market values used in the denominator change monthly, we add the monthly turnover percentages to estimate an annual index turnover.

**Monthly Turnover**

$\text{TURNOVER} = \text{MV DROPS} + \text{MV ADDITIONS}$

$\% \text{TURNOVER} = (\text{MV DROPS} + \text{MV ADDITIONS}) / \text{MV Index}$

**Annual Turnover**

$\text{TURNOVER} = \text{Sum of Monthly DROPS} + \text{Sum of Monthly ADDITIONS}$

$\% \text{TURNOVER} = \text{Sum of Monthly } \% \text{ DROPS} + \text{Sum of Monthly } \% \text{ ADDITIONS}$

## WHERE TO FIND LEHMAN INDEX TURNOVER ANALYSIS

Users of POINT and the enhanced Index Website can run an index turnover report (including security level detail) under the Index Dynamics tab/node for any Lehman index. The report will provide turnover estimates (including a breakout of the sources of turnover) for a specified period of time as well as changes in par amount outstanding for an index. For the turnover estimate, U.S. MBS prepayments and new production will be listed as changes in amount outstanding rather than a "drop" or "add" from the index. Consequently, MBS turnover will only be reflected in net terms and show lower turnover numbers than those reported in this analysis. POINT also uses market value ending as its denominator for percentage calculations, which is slightly different than the methodology used in this analysis. Note: If an index turnover report is run over a period longer than one month, the report will only compare changes from the beginning and ending universes.

## 10: CALCULATING INDEX DURATION EXTENSION[35]

Duration extension quantifies the instant index duration change that occurs when index membership is reset each month-end. It accounts for monthly index turnover but also factors in the outflow of accumulated cash as the index is reset. As outlined in the discussion of index turnover, Lehman Brothers indices consist of two universes of securities: the returns (backward) universe and statistics (forward) universe. Below is a quick comparison of the two universes:

### RETURNS (BACKWARDS) UNIVERSE

- The returns universe is based on a set of securities that meet all rules of index eligibility at the beginning of each month and held constant until the index is reset at beginning of the next month.

- Composition of this universe is **not** adjusted for securities that become ineligible for inclusion during the month (e.g., because of downgrades, called bonds, or securities falling below 1-year in maturity) or for issues that are newly eligible (e.g., upgrades, newly issued bonds).

- Published daily and monthly returns reflect the performance of this fixed-returns universe of securities. Holding the returns universe constant throughout the month means that a fund manager avoids having to hit a moving target and is able to rebalance at the end of the month.

- As coupon payments and paydowns occur on this fixed universe of securities intra-month, cash will accumulate until the index is reset at month-end.

### STATISTICS (FORWARD) UNIVERSE

- The statistics universe on the other hand is a dynamic set of bonds that change daily to reflect the latest composition of the market. This universe accounts for changes due to new issuance, calls, ratings changes, and time to maturity.

- At the end of each month, the latest statistics universe becomes the returns universe for the coming month. The statistics universe allows a manager to monitor changes in the market throughout the month and view what the index would look like if it were reset at that particular point in time.

- Accordingly, the statistics universe will never include cash as our index methodology strips cash out when the index membership is reset.

At 3:00 PM on the last business day of each month, our indices are reset and bonds officially enter and exit the index, while cash that has accumulated in the returns universe during the month is removed. At this moment, the statistics universe has become the next month's returns universe and the realized duration extension is simply the difference in the end of month returns and statistics durations. At month-end, the extension is known with certainty and easily derived by comparing the two published universes.

Historically, there is usually a lengthening of an index's duration each month due to cash and bonds that are being dropped from the index often having lower durations

---

[35] *Written by Brian Upbin. Originally published in December 2004 Global Family of Indices.*

than the bonds that remain in or enter an index. Occasionally, there is a duration shortening when the opposite is true (bonds and cash exiting the index have higher durations than the residual index). In either case, passive managers must therefore react to this change and lengthen (or shorten) their duration exposure accordingly each month to remain duration neutral.

### WHERE TO FIND LEHMAN INDEX TURNOVER ANALYSIS/ DURATION EXTENSION ESTIMATES

Actual duration extensions can easily be obtained by taking the difference in an index's returns universe duration and statistics universe duration at month-end. Prior to month-end, Lehman Brothers Fixed Income Research publishes periodic index duration extension estimates using forecasted turnover and cash estimates. These projections appear in *Global Relative Value* and are also published in the Index News section of the LehmanLive Fixed Income Indices Website.

# 11: EXPLAINING THE LEHMAN BROTHERS
# OPTION-ADJUSTED SPREAD OF A CORPORATE BOND [36]

*The option-adjusted spread (OAS) is a measure of the credit risk in a callable (or putable) corporate bond and has been used by investors for years. We explain what the OAS is and how it is related to the Z-spread. We present the model used at Lehman Brothers to calculate OAS and associated risk measures, e.g. option adjusted duration and convexity. LehmanLive users can access the model through the Corporate Bond Calculator (keyword: ccalc). The OAS and the risk measures for all bonds in the Lehman Brothers Corporate and High-Yield Indices are also reported in POINT, where they are used for various analyses.[37].*

## 1. INTRODUCTION

This article has been written:

- as a response to numerous inquiries about how the OAS of a corporate bond is calculated at Lehman Brothers,

- to explain recent changes to our OAS model, and

- to explain the limitations of OAS as a credit spread measure and suggest a better one.

In the rest of this introductory section we give an overview of what an OAS is and how it is related to a Z-spread.

### We Value a Fixed Income Security by Discounting Cash Flow

The value of a fixed income security is usually thought of as the sum of its discounted payments. Usually we discount payments scheduled for different dates with different interest rates, the so-called zero-coupon interest rates. For example, we will discount a payment scheduled to be made five years from today with the 5-year zero-coupon interest rate, whereas a payment scheduled to be made ten years from today will be discounted with the 10-year zero-coupon interest rate.

### The Treasury and LIBOR Curves
### Are the Two Discount Curves Used Most Often

To value a particular fixed income security we must first decide which curve of zero-coupon interest rates to use for the discounting. The two curves most often used are the government (or Treasury) and LIBOR curves. Axel and Vankudre (1997) explain how to find the curve of zero-coupon Treasury interest rates, and Zhou (2002) explains how to find the curve of zero-coupon LIBOR interest rates.

### The Z-Spread of a Treasury Security

If we value a Treasury security by discounting its payments with the zero-coupon Treasury rates, we usually get a value very close to the observed market price of the bond. However, it is generally not possible to find a curve of zero-coupon Treasury rates so that for any Treasury security the observed market price exactly matches the value

---

[36] *Written by Claus Pedersen in the Quantitative Credit Quarterly in February 2006.*
[2] *See Joneja, Dynkin et al. (2005).*

found by discounting the payments with those zero-coupon Treasury rates. To quantify how different the discounted value and the market price are for a particular security, we can ask how much we need to change (or shift) the zero-coupon rates for the discounted value to equal the market price. The required shift to the zero-coupon interest rates is called the Z-spread of the security. The market convention is to use a parallel shift where all zero-coupon rates are increased (or decreased) by the same (absolute) amount. For a Treasury security, the Z-spread is a relative value measure where a positive Z-spread indicates that the security is cheap and a negative Z-spread indicates that the security is rich compared with other Treasury securities.

### The Z-Spread to Treasuries for Corporate Bonds

We can calculate a Z-spread for a corporate bond exactly as we do for a Treasury security by simply treating the corporate bond as if it were a Treasury security with given fixed payments (that is, ignoring the fact that the corporate bond may default). We thus calculate the Z-spread to Treasuries for the corporate bond. Because of the credit risk, the Z-spread to Treasuries for a corporate bond will be positive. This reflects the fact that the corporate bond is worth less than a Treasury bond with the same maturity and coupon. The higher the credit risk the higher the Z-spread to Treasuries.

### Z-Spread to LIBOR Is a Better Credit Risk Measure for Corporate Bonds

For a corporate bond it is often more meaningful to calculate a Z-spread to LIBOR rather than to Treasuries. It is often argued that LIBOR rates are close to (credit) risk-free and that it is the liquidity and "safe haven" benefits of Treasuries that cause Treasury rates to be lower than LIBOR rates. Since most corporate bonds do not have those benefits to the same extent as Treasuries, a Z-spread to LIBOR is likely to reflect more accurately the credit risk in a corporate bond. A Z-spread to LIBOR is calculated the same way as a Z-spread to Treasuries, that is by determining how much the curve of zero-coupon LIBOR rates must be shifted to ensure that when we sum the value of the bond's discounted payments we get the observed market price of the bond. For a corporate bond, the market convention is simply to call the Z-spread to LIBOR *the* Z-spread without emphasising that it is a spread to LIBOR.

### The Z-Spread Is Not Appropriate for Callable Bonds

For bonds with embedded options, such as callable bonds, the Z-spread is often not meaningful. This is because it is usually not appropriate to value a callable bond simply by discounting its scheduled payments. To value a callable bond properly we need to use a model that explicitly takes into account volatility in interest rates so that the risk of the bond being called can be taken into account. We therefore use a stochastic term structure model.

### Using a Stochastic Term Structure Model to Calculate OAS of a Callable Bond

A stochastic term structure model takes as input a curve of zero-coupon interest rates and some parameters determining the volatility of these interest rates. From these inputs the model effectively generates a large number of possible scenarios for future interest rates[38]. A security is valued by first discounting the cash flow/payments of the security in each scenario separately using the interest rates of that scenario (taking into account

---

[38] *This can be done by simulation (the standard for calculating OAS of a mortgage backed security) or by using other numerical techniques such as trees/lattices (the standard for government and corporate bonds).*

when the option is exercised in that scenario[39]) and then averaging over all the scenarios. We can also think of this as the model generating a zero-coupon interest rate curve in each scenario which is used for discounting the cash flow in that scenario. The idea behind the OAS is now easy to explain and is exactly the same as the idea behind the Z-spread: The OAS is simply the constant (absolute) shift to the zero-coupon interest rates in all scenarios that is required to ensure that the model value (the average value over all scenarios) of the bond equals the market price.

For bonds without embedded options, the OAS is exactly the same as the Z-spread (when adjusting for daycount and compounding conventions; see below). This is because: (1) without embedded options the bond has the same cash flow in all scenarios; and (2) the average over all scenarios of the discount factors to a given maturity equals the discount factor to that maturity calculated from the observed zero-coupon interest rate to that maturity (this is a condition we always ensure is satisfied for a stochastic term structure model).

For several years Lehman Brothers has used a Black and Karasinsky (1991) stochastic term structure model for corporate bond OAS computations. Recently we have examined that particular model choice and its implementation and made some changes. The most significant change is that we have incorporated a shift to the lognormal Black-Karasinsky dynamics to better fit the skew observed in the volatilities implied from prices of interest rate swaptions with different strikes (see Zhou (2003) for an explanation of the volatility skew).

### Outline of Remaining Sections

The rest of this article is divided into five sections. In section 2 we explain how the Z-spread is computed and its relationship to a CDS spread. In section 3 we discuss the special considerations that must be made for bonds with embedded options and give a more detailed explanation of what the OAS is and the assumptions on which it is based. In section 4 we explain the stochastic term structure model that we use for OAS calculations. In section 5 we show numerical results from our volatility calibration and explain the effects of the recent model change on OAS for individual bonds. Section 6 gives a brief discussion of the issues we face if we want to improve upon the OAS and calculate a credit spread that better captures default risk. There is a summary in section 7.

### 2. THE Z-SPREAD: DISCOUNTING CASH FLOW

In the introduction we explained what the Z-spread is. In this section we repeat that description, providing details and formulas.

Consider a bond that has N>0 remaining payments to be paid at times $t_i$, i=1, ..., N. Let $C_1$ denote the size of the payment (in dollars) scheduled for time $t_i$. Finally, let r(t) denote the continuously compounded zero-coupon rate for discounting to time t.

The discounted value of the of the bond payments is:

(2.1)      $\exp(-r(t_1)t_1)C_1 + \ldots + \exp(-r(t_N)t_N)C_N$

The payment times, $t_1$, ..., $t_N$, are measured in years by taking the actual number of days from the valuation date to the payment date and dividing by 365.25.

---

[39] *This is difficult to do in a simulation model for American/Bermudan exercise, which is why a tree/lattice approach is usually used for such securities. The idea and concept of OAS, however, is independent of whether it is calculated in a simulation-based model or a tree/lattice.*

The value in (2.1) will generally be different from the market price of the bond. The continuously compounded Z-spread is the constant z that solves the equation:

(2.2)     Market Price $= \exp(-(r(t_1)+z)t_1)C_1 + \ldots + \exp(-(r(t_N)+z)t_N)C_N$

where Market Price is the full (dirty) price of the bond that includes accrued interest[40]. Notice that two conventions have been used: continuous compounding and actual/365.25 daycount.

The market standard for quoting a Z-spread is to use the conventions of the bond (semi-annual compounding (in US) with 30/360 daycount). With simple compounding, equation (2.2) becomes:

(2.3)     $\displaystyle \text{Market Price} = \frac{C_1}{\left(1 + \Delta(R(T_1) + Z)\right)^{T_1/\Delta}} + \ldots + \frac{C_N}{\left(1 + \Delta(R(T_N) + Z)\right)^{T_N/\Delta}}$

where $\Delta = 0.5$ for semi-annual compounding, $T_1, \ldots, T_N$ are the payment times measured in years using the 30/360 bond daycount convention, and the interest rates $R(T_1), \ldots, R(T_N)$ are related to the continuously compounded rates by:

(2.4)     $\exp\left(r(t_i)t_i\right) = \left(1 + \Delta R(T_i)\right)^{T_i/\Delta}$

### The Z-Spread Is a More Detailed Measure Than a Standard Yield Spread

The Z-spread is only one of many different credit spreads used for corporate bonds. The simplest credit spread is the quoted yield spread, which is used by traders of investment-grade corporate bonds to quote prices. The quoted yield spread is simply the standard yield of the bond minus the yield of a benchmark Treasury security with a similar maturity. The advantage of quoting a spread rather than the price is that the quote will not have to be continuously updated as Treasury yields change.

It is important to recognize the limitations of the yield spread and the additional detail provided by the Z-spread. The yield spread should always be seen as simply a quoting convention and should usually be avoided for analysis.

The main advantage of the Z-spread is that it uses the full information contained in the curve of zero-coupon interest rates. In the Z-spread calculation, cash flows are discounted with a different interest rate depending on the timing of the cash flow. In the yield spread, all cash flows are discounted with the same rate. This means that the yield spread is not detailed enough to properly compare two bonds with different coupons even if the maturities (or durations) are similar. The more the interest rate curve deviates from a flat curve, the more important it becomes to use the Z-spread instead of the yield spread. See O'Kane and Sen (2004) for details (and for explanations of other types of credit spreads).

### Comparing the Z-Spread with a CDS Spread

It is not uncommon to see comparisons between the Z-spread of a bond and a credit default swap (CDS) spread. It is important to be cautious about such a comparison and be aware of the differences between these two types of credit spreads.

The first obvious differences between a Z-spread and a CDS spread are the daycount and compounding conventions. A CDS spread is based on quarterly compounding[41] with

---

[40] A future settlement date is taken into account by discounting the full (dirty) price from the settlement date to the valuation date. This discounting is done on the LIBOR curve.
[41] Payments are semi-annual rather than quarterly in some emerging market CDS.

actual/360 daycount, whereas the Z-spread is based on semi-annual compounding (in US) with 30/360 daycount.

The most important difference is that the CDS spread has a transactional interpretation: An investor is paid a running premium equal to the CDS spread for taking the risk of losing one minus the recovery rate if default occurs. The Z-spread, by contrast, is not a spread/premium that can be locked in today for taking certain risks. The Z-spread is the excess return that can be earned from buying the bond and holding it to maturity, assuming the issuer does not default and that coupons can be reinvested at forward LIBOR rates plus the Z-spread.

CDS are usually valued and analyzed in a hazard rate model which takes as inputs a curve of CDS spreads, a LIBOR curve, and a recovery rate. Based on these inputs, the hazard rate model calibrates a curve of survival probabilities using a standard method explained in O'Kane and Turnbull (2003). Based on the survival probabilities, the zero-coupon interest rates and the recovery rate, it is easy to price default contingent contracts such as CDS. We can also use the model to price a bond and ask the following question: if we were to price a bond using survival probabilities calibrated to a flat CDS spread curve, what spread would be needed to match the observed bond price? We could call the answer a *bond-implied CDS spread[42]*. This type of bond spread is directly comparable to a CDS spread and we prefer it to the Z-spread.

A bond implied CDS spread based on a flat CDS curve implies (approximately) a constant hazard rate (the hazard rate is the instantaneous probability of default; see O'Kane and Turnbull, 2003). With a constant hazard rate we have another approximate relationship:

(2.5)      CDS Spread ≈ Hazard Rate · (1 – Recovery Rate)

This means that if we use a recovery rate of zero when we calculate the bond-implied CDS spread, then the spread will approximately equal the hazard rate. This is significant because the continuously compounded Z-spread is equal to the constant hazard rate necessary to match the market price of the bond if we assume a recovery rate of zero[43]. This is clear from (2.2) because $\exp(-(r(t)+z)t) = \exp(-r(t)t)\exp(-zt)$ and $\exp(-zt)$ is the survival probability to time t, when the hazard rate is constant at z. In words: in (2.2) all bond payments are multiplied by the survival probability and discounted on the LIBOR curve. Clearly the sum of these discounted expected payments only equals the bond value if the recovery rate is zero (if the recovery rate is greater than zero there will be additional terms in (2.2)).

It is often useful to have this zero-recovery CDS spread interpretation in mind when looking at a Z-spread. Consider a premium bond of an issuer with a given CDS spread. Suppose the recovery rate of the issuer is 40%. What happens to the value of the bond if the recovery rate drops to 0% but the CDS spread is unchanged? In this situation default probabilities must have decreased and this will increase the value of the bond because it will increase the expected time over which the bond's high coupon will be paid. This means that if the bond value stays unchanged after the recovery rate drops to 0%, then the CDS spread must increase. In other words, for a premium bond the 0%-recovery bond-implied CDS spread (which approximates the Z-spread) is higher than the 40%-recovery bond-implied CDS spread. The reverse is the case for a discount bond. The

---

[42] *Another more sophisticated bond-implied CDS spread would be to ask how far we need to shift the CDS curve to match the observed bond price. The bond-implied CDS spread could then be reported as the spread of a CDS with the same maturity as the bond plus the shift. For a third type of bond implied CDS spread see Mashal, Naldi and Wang (2005).*
[43] *and assume no recovery of coupon in default.*

effect is larger for high-spread long-maturity bonds. The effect means that even if the Z-spread of a discount bond is lower than the same-maturity CDS spread, the bond may still be cheap compared with the CDS.

Consider the following extreme example: On January 23, 2006 a hypothetical 6% bond maturing on January 1, 2036 was trading at $70. The bond's 0%-recovery CDS spread is 382bp whereas the 40% recovery CDS spread is 515bp. This is clearly a difference that must be taken into account. As a less extreme example, consider a 6% bond maturing on 1 January 2016 and trading at $80 on January 23, 2006. The bond's 0%-recovery CDS spread is 415bp whereas its 40%-recovery CDS spread is 464bp.

## 3. BONDS WITH EMBEDDED OPTIONS

The OAS (or option adjusted spread) should be thought of as a Z-spread that has been adjusted for any option embedded in the bond (for a bond without an embedded option, the OAS is equal to the continuously compounded Z-spread). Bonds with an embedded option are usually callable, so to simplify the terminology we focus on those, although the principles may be applied to a bond with another type of embedded option (e.g., a putable bond).

### Separating a Callable Bond into the Bond Stripped of the Option and a Short Position in a Call Option on the Stripped Bond

It is useful to compare a callable bond to portfolio with positions in two hypothetical securities. One is the identical bond stripped of its embedded call option. We call this hypothetical security the *stripped bond*. The other security is a call option on the stripped bond with the same call schedule as the callable bond. We want to compare a long position in the callable bond with a long position in the stripped bond and a short position in the call option.

Suppose we buy the callable bond, sell the stripped bond and buy the call option. This portfolio is hedged (has a zero net cash flow) in all states of the world (i.e., in all possible scenarios for interest rates, default, etc.). First, we see that the cash flow from the callable bond matches the cash flow to the stripped bond until both bonds mature or the callable bond is called, whichever comes first. Second, by exercising the call option when/if the callable bond is called, we can ensure that we are hedged in this situation also: The proceeds from the callable bond match the exercise price of the call option and the stripped bond bought as a result of the exercise of the call option can be used to close the short position that was initially established in the stripped bond. The argument shows that we can hedge a long position in a callable bond by selling the stripped bond and buying the call option on the stripped bond. This implies that the callable bond should never cost less than the (theoretical) value of the stripped bond minus the (theoretical) value of the call option. That is:

(3.1)    Market Price of Callable Bond $\geq$ Value of Stripped Bond – Value of Call Option

Can we use the above argument to establish a hedge for a short position in a callable bond? Unfortunately not. Suppose we sell the callable bond, buy the stripped bond and sell the call option. As long as the call option is not exercised we have no problem: the cash flow from the stripped bond will cover the cash flow required for the short position in the callable bond. However, if the call option is exercised, we would need to call the callable bond, which can be done only by the issuer. If we could be sure that the issuer would call the callable bond exactly when it is optimal to exercise the call option on the stripped bond, then the hedge would work. However, there are good reasons why this is

not the case. For example, an issuer must consider the cost of refinancing before calling (i.e., prepaying) a bond. Usually an issuer would need to issue a new bond, which can be costly. The refinancing cost effectively raises the call price for the issuer and thus reduces the value of the embedded call option. This explains why the callable bond should be worth more than the (theoretical) value of the stripped bond, minus the (theoretical) value of the call option on the stripped bond.

### The OAS of a Callable Bond Is the Z-Spread of the Stripped Bond when Properly Adjusting for the Value of the Call Option

In our OAS calculation we disregard the possible refinancing cost to the issuer and assume that the issuer will call the bond exactly when it is optimal for an outside investor to exercise the call option on the stripped bond. With this assumption the value of the callable bond becomes equal to the value of the stripped bond minus the value of the call option. That is:

(3.2)    Market Price of Callable Bond = Value of Stripped Bond – Value of Call Option

If we knew the value of the call option we could subtract it from the market price of the callable bond to arrive at a market-implied value of the stripped bond. Based on this we could calculate a (continuously compounded) Z-spread of the stripped bond and report it as the OAS of the callable bond. This is essentially the approach we use to calculate the OAS except that we need to use a model to value the call option.

To value the call option we use a model intended for valuing options on Treasury securities or interest rate swaps. The model takes as inputs a curve of zero-coupon interest rates and a set of parameters determining the volatility of these interest rates. Suppose we pass to the model the LIBOR zero-coupon interest rates and volatility parameters calibrated to appropriate swaption prices with the purpose of using the model to price a Bermudan swaption (say with swap maturity date equal to the bond maturity date). We know that the swap underlying the Bermudan swaption is priced correctly in the model when we input the LIBOR rates. However, to value the call option we need to make an adjustment to the model to ensure that it correctly prices the underlying stripped bond. The adjustment is to shift all interest rates in all scenarios generated internally in the model by the OAS of the stripped bond (see a more detailed explanation in the next subsection). However, this OAS is unknown to us as it depends on the value of the call option. Putting these pieces together, we see that the OAS has to solve an equation:

(3.3)    Market Price = $\exp(-(r(t_1)+OAS)t_1)C_1 + \ldots + \exp(-(r(t_N)+OAS)t_N)C_N$

$$- \text{OptionValue}(\{r(t)\}_{t>0}, \text{Volatility Parameters, OAS})$$

where Market Price is the observed price of the callable bond, the first terms on the right-hand side of the equation sum to the value of the stripped bond, and the last term is the value of the call option. The option value is written as a function of the zero-coupon interest rates $\{r(t)\}_{t>0}$, the volatility parameters and the OAS. Note that the OAS appears for the valuation of both the stripped bond and the call option. The OAS is found by numerically solving equation (3.3).

### Incorporating OAS into the Option Valuation Model

We value the option using a model that has been implemented in a recombining tree (lattice) for the short rate. The short rate is the continuously compounded interest rate earned over one period in the lattice. This is called a short rate model and is shown in Figure 3.1.

**Figure 3.1.   Example of a Short-Rate Model; For Simplicity, We Assume That All
Branching Probabilities Are 0.5 and the Period Length Is 1 Year**



*Source: Lehman Brothers.*

To value a security in this type of model we determine the security's cash flow in each state (i.e., node) and discount backwards in the tree. For example, if we value the bullet bond with the cash flow shown in Figure 3.2 (think of this as the stripped bond underlying the call option we want to value), we get the values shown in Figure 3.3.

**Figure 3.2.   Cash Flow of a Bullet Bond to Values
in the Short Rate Model in Figure 3.1**



*Source: Lehman Brothers.*

**Figure 3.3.   Values of a Bullet Bond (ex Coupon) from Figure 3.2 in the Short Rate Model in Figure 3.1**



*Source: Lehman Brothers.*

The value of a security in a given state is the expected value of the security in the next period (including cash flow/coupon) discounted with the short rate in the state. This procedure is also used to price a call option on the bullet bond. Suppose the exercise price of the call option is 100. The option is then worthless at time 2 (end of 2nd period) and in the 6% rate state at time 1. In the 4% rate state at time 1, the option should be exercised because it is worthless at time 2 and worth 100.8829 − 100 = 0.8892 if exercised. At time 0 the option is worth exp(-5%)·0.5·0.8829 = 0.4199 if it is not exercised and has a negative value if it is exercised. This means that the option should not be exercised at time 0 and is worth 0.4199.

As explained above, when we value the call option we need to make sure that the underlying bond is priced correctly. For example, if the value of the bond is 98.8 and not 99.8 as in Figure 3.3, we need to adjust the interest rates in the tree with the OAS of the bond. This adjustment is done, as illustrated in Figure 3.4, by increasing the continuously compounded short rate in all states by the OAS.

**Figure 3.4.   The Short Rate Model in Figure 3.1 Has Been Shifted by the OAS**



*Source: Lehman Brothers.*

If we choose an OAS = 50bp we get a bullet bond price of 98.7997. With this OAS the call option is worth only 0.1797. This means that if the callable bond (the bullet bond minus the call option) was trading at 98.80-0.18 = 98.62, the callable bond would have a 50bp OAS.

Before proceeding to the next section and explaining which type of stochastic term structure model we use, we show why the OAS and Z-spread of a bullet bond are equal when we use continuous compounding. To calculate the Z-spread we need zero-coupon interest rates to time 1 and 2. The zero-coupon rate to time 1 is clearly 5%. The zero-coupon rate to time 2, denoted R, must satisfy the equation:

(3.4)    $\exp(-R\cdot2) = \exp(-5\%)\cdot(0.5\cdot\exp(-6\%) + 0.5\cdot\exp(-4\%))$

where the right-hand side of the equation is the value calculated in the tree of a zero-coupon bond paying $1 at time 2. Using this equation and letting Z denote the Z-spread we can write the value of the bond as:

$$\exp(-(5\%+Z))\cdot5 + \exp(-(R+Z)\cdot2)\cdot105$$

(3.5)    $= \exp(-(5\%+Z))\cdot5 + \exp(-5\%)\cdot(0.5\cdot\exp(-6\%) + 0.5\cdot\exp(-4\%))\cdot\exp(-Z\cdot2)\cdot105$

$= \exp(-(5\%+Z))\cdot(5 + 0.5\cdot\exp(-(6\%+Z))\cdot105 + 0.5\cdot\exp(-(4\%+Z))\cdot105)$

but this is also the value of the bond calculated in the tree when rates have been shifted by an OAS = Z. This shows that the OAS and Z-spread are the same. The two

assumptions that make this calculation work are: (1) bond payments for a given time are independent of the state; and (2) with continuous compounding the OAS adjustment becomes a multiplicative factor on the discount factors (i.e. exp(-(R+Z)·T) = exp(-R·T)· exp(-Z·T)).

## 4. THE STOCHASTIC TERM STRUCTURE MODEL

In this section we explain which stochastic term structure model we use to calculate OAS. We use a short rate model as explained in the previous section. There is extensive academic as well as practitioner literature describing the theory and uses of short rate models. Hull (2000) gives an introduction to stochastic term structure models, including short rate models. In this section we assume a familiarity with the models at the level of Hull (2000).

### The Black-Karasinsky Model

For several years Lehman Brothers has used a Black-Karasinsky (BK) model for corporate bond OAS computations. In the BK model the short rate is lognormally distributed. More precisely, the short rate $r(t)$ is given by:

(4.1)     $r(t) = \alpha(t)\exp(x(t))$

(4.2)     $dx(t) = -\kappa(t)x(t)dt + \sigma(t)dW(t)$

where $\alpha(t)$, $\kappa(t)$ and $\sigma(t)$ are deterministic functions of time and $W(t)$ is a Brownian motion. $\kappa(t)$, $t \geq 0$, are referred to as the mean reversion speed parameters. $\sigma(t)$, $t \geq 0$, are the volatility parameters[44].

Suppose we already know the mean reversion speed and volatility parameters and that they are constant, we can then implement the model in a trinomial lattice as described in Hull (2000) in the section on the Hull and White model (starting at page 580). Although this type of trinomial lattice implementation works well, at Lehman Brothers we use a more sophisticated implementation that allows arbitrary time steps in the lattice and time-dependent volatility and mean reversion speed.

### Calibrating the Model

As explained in Hull (2000), given the mean reversion speed and volatility parameters $\kappa(t)$ and $\sigma(t)$, $t \geq 0$, the remaining parameters $\alpha(t)$, $t \geq 0$, are determined to ensure that the zero-coupon interest rates calculated in the model match those supplied to the model. This is called calibrating to the term structure (of interest rates).

We calibrate the volatility parameters to a set of at-the-money interest rate swaption prices. Our calibration routine uses numerical optimization to minimize a weighted sum of squared differences between model and market swaption prices. At each step in the optimization iteration, we calibrate to the LIBOR term structure.

There are two different approaches to the volatility calibration. The approach we do *not* use is to jointly calibrate the volatility and mean reversion speed parameters to best fit the entire matrix of at-the-money swaption prices, that is prices of X into Y swaptions where X ranges from 1 month to 30 years and Y ranges from 6 months to 30 years. We do not use this approach because the fit is not good.

---

[44] *The formulation in (4.1) and (4.2) is equivalent to r(t) = exp(z(t)), dz(t) = k(t)(μ(t) − z(t))dt + σ(t)dW(t) where μ(t) = α'(t)/(kα(t)) +log(α(t)).*

Our approach is to use different calibrations for different maturity bonds. Suppose we want to calculate the OAS of a 10-year bond. We will then calibrate to prices of $T_n$ into $T-T_n$ swaptions where $T = 10$ years and $T_n = 1$ month, 3 months, 6 months, 1 year, ... 9 years, that is swaptions where the swap maturity date is 10 years from the calibration date[45]. With this limited set of swaptions, we can do an exact calibration. The calibration could also be done iteratively by first calibrating $\sigma_0 = \sigma(t)$, $0 \le t < T_0$, to a $T_0$ into $T-T_0$ swaption, then taking $\sigma_0$ as given and calibrating $\sigma_1 = \sigma(t)$, $T_0 \le t < T_1$, to a $T_1$ into $T-T_1$ swaption, and so forth. We do the calibration for bond maturities of 1, 2, 3, ..., 10, 15, 20, 25, and 30 years. For a bond with maturity in between two calibration maturities, say a 9.5-year bond, we linearly interpolate the calibrated volatility parameters (in this case between the 9- and 10-year parameters).

We exogenously fix the mean reversion speed and calibrate only the volatility parameters. Currently we use $\kappa(t) = 0$ between 0 and 5 years and $\kappa(t) = 0.03$ for t greater than 5 years. The mean reversion speed is difficult to estimate empirically. The estimation is complicated by the fact the mean reversion speed under the risk-neutral probability measure (the measure used to price securities) is different from the mean reversion speed estimated directly from a time series of the short rate and by the poor empirical performance of a one-factor model. We use the stability of the calibrated $\sigma(t)$, $t \ge 0$, as a criterion for evaluating a particular choice of $\kappa(t)$, $t \ge 0$, but this is done only on an ad hoc basis.

### Shifting The Black-Karasinsky Model to Better Fit the Black Volatility Skew

The volatility skew in interest rate swaptions describes the fact that the implied Black volatility of an interest rate swaption usually increases with decreases in the strike. The simple explanation is that the Black volatility is a *proportional* volatility and this volatility tends to be higher when the interest rate is low than when it is high. For example, suppose the Black volatility for 1-year into 1-year swaption is 20%. A 1-year into 1-year forward rate of 5% then implies a standard deviation of roughly 1%. On the other hand, if the forward rate was 2.5%, the 20% volatility would imply a standard deviation of 0.5%. The skew can be thought of as simply reflecting the belief that when a rate decreases, say from 5% to 2.5%, then the standard deviation of the rate does not decrease enough to keep the volatility constant. In the example, this means that if the forward rate is 5% and the implied volatility of a 5% strike swaption is 20%, then the implied Black volatility of a swaption with a lower strike should be higher than 20%. Zhou (2003) explains this phenomenon in significantly more detail.

The BK model gives rise to swaption prices with implied Black volatilities that are almost constant as a function of the strike. This is because in the BK model, the short rate is lognormally distributed which roughly means that its standard deviation is proportional to its level.

Another model choice is to replace (4.1) with:

(4.3)      $r(t) = \alpha(t) + x(t)$

The model then becomes the Hull-White model where the short rate is normally distributed, which roughly means that its standard deviation is independent of its level. The Hull-White model gives rise to a more pronounced volatility skew than is usually observed.

---

[45] For the swaptions with 1- and 3-month expirations, we actually use 1-month into 10-year and 3-month into 10-year swaptions.

Our approach is to replace (4.1) with

(4.4)     $\acute{r}(t) = \alpha(t)\exp(x(t))$

(4.5)     $r(t) = \acute{r}(t) - \gamma$

where $\gamma \geq 0$ is a fixed parameter that we call the shift. We call the model the shifted BK model. Notice that with $\gamma = 0\%$, we have $\acute{r}(t) = r(t)$ and get the BK model itself.

The parameters $\alpha(t)$, $t \geq 0$, are still calibrated to ensure that the model matches the zero-coupon interest rates. On average, loosely speaking, the level of the short rate $r(t)$ cannot be affected by the shift. Second, since the mean of $x(t)$ is zero, $\exp(x(t))$ fluctuates around 1. These two observations may be reconciled only if the $\alpha$s make up for the effect of the shift. This means that the $\alpha$s must be higher with a shift than with no shift and that $\acute{r}(t)$ will evolve at a level that, loosely speaking, has been shifted up by $\gamma$ relative to the interest rate in the BK model.

The volatility parameters $\sigma(t)$, $t \geq 0$, determine the volatility of $\acute{r}(t)$ as for a BK model where the short rate is increased by $\gamma$. This means that the standard deviation of $\acute{r}(t)$ will be larger than the standard deviation of the short rate, $r(t)$, in the BK model if we use the same $\sigma$s. We therefore need to use lower $\sigma$s in the shifted model.

To better understand the effects of the shift, consider the following example. Suppose the short rate starts at 5% and has a one-period simple volatility of 20%. If we model this in a binomial tree we get the results illustrated in Figure 4.1.

**Figure 4.1.   Simplified Binominal Tree for the Short Rate in a Lognormal Model
with Simple 20% Volatility per Period**[46]



*Source: Lehman Brothers.*

After one period, the short rate either goes up to $1.2 \cdot 5\% = 6\%$ or down to $0.8 \cdot 5\% = 4\%$. In the second period, if the rate increased in the first period, it increases to $1.2 \cdot 6\% = 7.2\%$ or decreases to $0.8 \cdot 6\% = 4.8\%$, whereas if the rate decreased the first period, it either increases to $1.2 \cdot 4\% = 4.8\%$ or decreases to $0.8 \cdot 4\% = 3.2\%$. In the second period, the volatility in the up state is $20\% = 7.2\% / 6\% - 1 = - (4.8\% / 6\% - 1)$. In the down state, the volatility is also $20\% = 4.8\% / 4\% - 1 = 1 - 3.2\% / 4\%$.[10]

Now consider the model with a 45% shift (Figure 4.2). Suppose we use a volatility parameter of 2%. This means that after one period the short rate either increases to

---

[46] *We are using a simple volatility measure for illustration only. A binomial tree is more commonly constructed by multiplying the current level with exp($\sigma\Delta$) in the upstate and exp(-$\sigma\Delta$) in the downstate, where $\Delta$ is the period length in years and $\sigma$ is the continuously compounded volatility. In fact, the BK model can not be implemented in a binomial tree but requires a lattice with at least three branches outgoing from each node (see our discussion on implementation).*

1.02·(5% + 45%) − 45% = 6% or decreases to 0.98·(5% + 45%) − 45% = 4%. We see that this is the same 20% volatility that we got in Figure 4.1 without a shift. In the second period, if the rate increases to 6%, it either continues up to 1.02·(6% + 45%) − 45% = 7.02% or falls to 0.98·(6% + 45%) − 45% = 4.98%. This implies a volatility of 17% = 7.02% / 6% − 1 = − (4.98% / 6% − 1) which is below the 20% in the non-shifted model. On the other hand, if the rate decreases in the first period, it will either rise to 1.02·(4% + 45%) − 45% = 4.98% or decrease to 0.98·(4% + 45%) − 45% = 3.02% in the second period. So if the rate decreases in the first period, the volatility over the second period is 24.5% = 4.98% / 4% − 1 = − (3.02% / 4% − 1) which is higher than the 17% volatility faced if the rate increases in the first period.

**Figure 4.2.    Simplified Binominal Tree for the Short Rate in a Shifted Lognormal Model with 45% Shift and Simple 2% Lognormal Volatility per Period[10]**



*Source: Lehman Brothers.*

### Comments about Our Model Choices

The BK (and the shifted BK) model is a one-factor model with one state variable. At Lehman Brothers we have more sophisticated models with several state variables and/or factors[47]. Adding state variables significantly increases the computation time to the point where three-four state variables is the maximum number practically feasible.

In a one-factor model, changes in interest rates of all maturities are perfectly correlated and the shape of the curve cannot change without the short rate, and thus the level of the curve, changing. This is an unrealistic feature that is contradicted by the data. Several empirical studies have shown that at least three factors are required to properly describe the dynamics of the interest rate curve (see Dai and Singleton (2003) and their references). Another potential problem with one-factor models is that the time-dependent parameters tend to be less constant than in multifactor models (the σ(t), t≥0, calibrated on a given day are often decreasing or hump-shaped, and σs change more from one day to the next).

There are two main reasons why we have decided to use a one-factor/one-state variable model (at least for the time being):

- Simplicity: the model is much easier to explain and implement (and thus replicate).

---

[47] *The numbers of factors is the number of Brownian motions driving the interest rates. The number of state variables is the number of dimensions (in addition to the time dimension) required to represent the model in a recombining tree.*

- The impact of explicitly modelling default is greater than the impact of improving the interest rate modelling (especially for higher spread issuers). We model default by adding the hazard rate (the instantaneous probability of default) as a stochastic factor. This is more easily done for a one-state variable interest rate model. (See section 6 for more on this extension of the model.)

Another important modelling decision is our calibration procedure. As explained above, we perform 14 different calibrations, each using swaptions with the same underlying swap maturity date. This is because calculating an OAS is a pricing exercise, and when pricing it is important that the model is calibrated to the swaptions most similar to the option we are pricing. The option embedded in a callable bond is usually an American call option on a bullet bond which (when forgetting about default risk) is closest to an American option on a swap with the same maturity date as the bond. With our calibration choice we are calibrating to the set of European swaptions most relevant for this American swaption. In contrast, a global calibration to the entire matrix of swaption prices is unlikely to match the prices of these most relevant swaptions.

Another important calibration consideration regards the shift that must be used to best fit the skew. Here we focus on below-ATM swaptions (strike below the forward rate) with swap maturity dates about 5-30 years out and option maturity dates 1-10 years out because these are the swaptions most relevant for the typical callable bond.

## 5. NUMERICAL RESULTS

In this section we show differences in the volatility calibration for the BK and the shifted BK model on two days: January 23, 2006, when the curve was almost flat and June 28, 2004, when the curve was steeply upward-sloping. We also discuss the differences in OAS in the two models.

### Volatility Calibration

Figure 5.1 shows the fitted zero-coupon LIBOR curves on the two dates. The differences between the two dates are very clear.

**Figure 5.1.   Zero-Coupon USD LIBOR Interest Rates on June 28, 2004, and January 23, 2006**



*Source: Lehman Brothers.*

**Lehman Brothers** | A Guide to the Global Family of Indices

Figure 5.2 shows implied Black volatilities for a subset of the ATM swaptions to which
we calibrate the volatility parameters. Notice that the volatilities for short-term swaptions
on short-term swaps (e.g., for 3-month into 1-year) are much higher on June 28, 2004
than on January 23, 2006 whereas the volatilities for long-term swaptions on long-term
swaps are lower.

**Figure 5.2.    Implied Black Volatilities (%) for At-the-Money Swaptions on 28 June 2004 and 23 January 2006 for USD**

| 28-Jun-2004 Swap Term | Option Maturity | | | | | | 23-Jan-2006 Swap Term | Option Maturity | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3M | 1Y | 2Y | 5Y | 10Y | 30Y | | 3M | 1Y | 2Y | 5Y | 10Y | 30Y |
| 1Y | 37.0 | 30.2 | 24.8 | 18.7 | 13.6 | 9.5 | 1Y | 13.5 | 17.7 | 20.2 | 20.4 | 18.0 | 12.7 |
| 2Y | 33.8 | 27.5 | 23.2 | 18.0 | 13.1 | 9.4 | 2Y | 15.8 | 18.7 | 20.1 | 20.1 | 17.7 | 12.8 |
| 3Y | 30.5 | 25.4 | 22.0 | 17.3 | 12.8 | 9.3 | 3Y | 16.2 | 18.8 | 19.9 | 19.8 | 17.4 | 12.8 |
| 5Y | 26.1 | 22.4 | 20.0 | 16.2 | 12.1 | 9.2 | 5Y | 16.7 | 18.8 | 19.6 | 19.2 | 16.7 | 12.8 |
| 10Y | 20.1 | 18.4 | 17.1 | 14.3 | 10.9 | 8.5 | 10Y | 16.1 | 18.1 | 18.6 | 17.9 | 15.7 | 12.4 |
| 30Y | 14.2 | 13.4 | 12.7 | 10.9 | 9.0 | 6.1 | 30Y | 15.3 | 16.4 | 16.4 | 15.3 | 13.6 | 11.8 |

*Source: Lehman Brothers.*

Figures 5.3 and 5.4 show a subset of the calibrated volatility parameters for the two dates
using the two different models. In Figure 5.3 we see that on June 28, 2004 the BK
volatility parameter curve for the shortest bond maturity (3Y) is the highest, whereas the
curve for the longest bond maturity (30Y) is the lowest, and we see that this relationship
has switched on January 23, 2006. This observation can also be made for the shifted BK
model in Figure 5.4. The volatility parameter curves have very similar shapes in the two
models and both capture the market information about the volatility changes seen in
Figure 5.2. We find it interesting that the relative change in the calibrated volatility
parameters between the two dates is smaller in the 40% shifted model.

**Figure 5.3.    Calibrated Volatility Parameters (%) for Four Different Bond Maturities in the BK Model**




*Source: Lehman Brothers.*

**Lehman Brothers** | A Guide to the Global Family of Indices

**Figure 5.4.   Calibrated Volatility Parameters (%) for Four Different Bond Maturities in BK Model with 40% Shift**



*Source: Lehman Brothers.*

### Effect of Volatility Skew Parameter (Shift) on OAS

In this subsection we examine the differences in the OAS between the two models. Our bond universe is a combination of the Lehman Brothers US Corporate and High-Yield indices. The comparison is done using data from January 23, 2006.[48]

At the aggregate level there is very little change in OAS. However, for individual bonds some differences can be found. Out of the 4,812 bonds in our universe 1,215 are callable and 68 are putable. For 1,095 bonds there is a difference in the OAS, but only 388 of the bonds have a relative difference in OAS greater than 2% (the maximum OAS among those is 306bp). There are 78 bonds with an OAS difference greater than 10%, but among those the OAS is greater than 40bp for only 12 bonds and greater than 20bp for only 22 bonds. The maximum absolute OAS difference among all bonds is 31bp, but several of the bonds with a large absolute OAS difference have a negative OAS (this could be the result of a stale price or maybe the bond has just been called[49]). Most bonds with a negative OAS in the BK model have a higher OAS in the shifted model.

The two main observations regarding the effect of the model change on the OAS of an individual bond are:

1.  Bonds where the call option is in the money tend to have *higher* OAS in the shifted model.

2.  Bonds where the call option is far out of the money tend to have *lower* OAS in the shifted model.

The extent to which the option is in or out of the money affects the difference in the OAS in the two models. In the shifted model, high (rate) strike swaptions will have lower Black volatility, whereas the low (rate) strike swaptions will have a higher Black volatility (Figure 5.5). Since a high rate strike swaption corresponds to an option on a high-coupon bond, in-the-money call options will tend to have a *higher* OAS in the

---

[48]  *Thanks to Peili Wang for calculating these numbers.*
[49]  *There is often a delay from the announcement of a call (and its reflection in the bond price) to the registration of the call in our bond database.*

shifted BK model. This is because a lower Black volatility means a lower option value which gives rise to a lower value of the stripped bond (to keep the value of the callable bond constant, see equation (3.2)). A lower value of the stripped bond means a higher OAS. Similarly, an out-of-the-money call option will tend to have a *lower* OAS in the shifted model.

**Figure 5.5.    Implied Black Volatilities for a 5-Year into 5-Year Receiver Swaption Assuming a Flat Interest Rate Curve at 5% and Constant Volatility Parameters**



*Source: Lehman Brothers.*

## 6. ADJUSTING FOR DEFAULT RISK

In the last subsection of section 2 we discussed how the Z-spread can be interpreted as an approximate 0%-recovery bond-implied CDS spread calculated in a hazard rate model. We can improve upon the Z-spread by calculating a bond-implied CDS spread assuming a more realistic recovery rate.

It is important to use a realistic recovery rate not only when we compare a bond with a CDS but also when we calculate the duration (interest rate sensitivity) of a bond. Consider the following extreme example. On 23 January 2006 a 6% bond maturing on January 1, 2036 was trading at $70. The bond's 0%-recovery CDS spread is 382 and the 40%-recovery CDS spread is 515. If LIBOR rates are increased by 100bp, we assume recovery = 0%, and hold 0%-recovery CDS spread constant, then the price drops $7.1. If we assume recovery = 40% and hold the 40%-recovery CDS spread constant then the price only drops $4.8.

If we want to assume a recovery rate greater than 0% and directly model default, the natural next question is how to deal with a callable bond. Just as going from Z-spread to OAS means going from deterministic to stochastic interest rates, going from the bond-implied CDS spread of a non-callable bond to that of a callable bond means going from deterministic interest rates and hazard rates to *stochastic interest rates and hazard rates*. It is outside the scope of this paper to fully describe this type of two-factor model and at this point we just want to comment on the approach (a later publication will discuss the approach in detail).

There are two fundamentally different ways to implement a stochastic interest/hazard rate model. One possibility is to use Monte Carlo techniques. The advantages of this

approach are that we can use a more realistic multifactor interest rate model and we can more easily incorporate a non-zero correlation between interest rates and hazard rates. The main disadvantage is that dealing with an American (or Bermudan) exercise is complicated significantly. Monte Carlo models also take longer to run to achieve the same level of accuracy as lattice-based models, which is the second type of approach.

We have implemented a stochastic interest/hazard rate model in a two-factor lattice. The main drawback of our lattice-based approach is that only one-factor is used to model interest rates which is less realistic (see section 4) and that incorporating a non-zero correlation is more difficult. The advantages of our model are that it calculates quickly, gives accurate risk measures (Greeks), and easily deals with American and Bermudan exercise.

In addition to the recovery rate (and potentially a CDS curve that will be shifted – see the discussion of bond-implied CDS spread in section 2, particularly footnote 6), a stochastic interest rate/hazard rate model needs a hazard rate volatility and an interest rate/hazard rate correlation. These two parameters are difficult to estimate and are highly dependent on the issuer of the bond. We think, in general, that if nothing else is known, the correlation should be set to zero or slightly negative. There are some market data on default swaptions that can be used to get a handle on the hazard rate volatility. For more discussion of this issue, including an account of how to build a stochastic hazard rate model (not including a stochastic interest rate), see Pedersen and Sen (2004).

## 7. SUMMARY

We have explained what the Z-spread of a corporate bond is and how it is calculated. We introduced the concept of a bond-implied CDS spread and explained how the Z-spread can be interpreted as an approximate 0%-recovery bond-implied CDS spread. This was used to establish the limitations of the Z-spread for comparing a bond to a CDS. Next the OAS of a callable bond was introduced as the Z-spread of the bond stripped of its call option where the value of the stripped bond is calculated as the price of the callable bond minus the theoretical value of the call option. We explained how we use a stochastic term structure model to find the value of the call option and how to incorporate the OAS in the valuation of the call option. We also described the specific stochastic term structure model we use, its limitations, and how it has recently been changed to better fit the volatility skew observed in the interest rate swaption market. Next we presented numerical results illustrating the effect of the model change on the calibrated volatility parameters and the OAS of the bonds in the Corporate and High Yield Credit Indices. Finally, we briefly described the type of model required to calculate a bond-implied CDS spread for a callable bond.

## REFERENCES

Axel, Ralph and Prashant Vankudre (1997) *The Lehman Brothers U.S. Treasury Spline Model*, Lehman Brothers Government Bond Research, December 1997.

Black, F. and P. Karasinsky (1991) "Bond and Option Pricing when Short Rates are Lognormal." *Financial Analysts Journal* 46, pp33-39.

Dai, Q. and K. Singleton (2003) "Term Structure Dynamics in Theory and Reality." *Review of Financial Studies* Vol. 16, No. 3, pp631-678.

Hull, J. (2000), *Options, Futures, & Other Derivatives*, Fourth Edition, Prentice Hall.

Joneja, Dev, Lev Dynkin, et al. (2005) *The Lehman Brothers Global Risk Model: A Portfolio Manager's Guide*, Lehman Brothers Fixed Income Research, April 2005.

Mashal, Roy, Marco Naldi and Peili Wang (2005) "Default-Adjusted Credit Curves and Bond Analytics: A User's Guide," *Lehman Brothers Quantitative Credit Strategies*, September 16, 2005.

O'Kane, Dominic and Saurav Sen (2004) "Credit Spreads Explained," *Lehman Brothers Quantitative Credit Research Quarterly*, March 2004.

O'Kane, Dominic and Stuart Turnbull (2003) "Valuation of Credit Default Swaps," *Lehman Brothers Quantitative Credit Research Quarterly*, April 2003.

Pedersen, Claus and Saurav Sen (2004) "Valuation of Constant Maturity Default Swaps," *Lehman Brothers Quantitative Credit Research Quarterly*, June 2004.

Zhou, Fei (2002) *The Swap Curve*, Lehman Brothers Fixed Income Research, August 26, 2002.

Zhou, Fei (2003) *Volatility Skews*, Lehman Brothers Fixed Income Research, September 30, 2003.

## 12: CALCULATING LEHMAN INDEX SHARPE AND INFORMATION RATIOS OVER TRAILING 1-YEAR, 5-YEAR, AND 10-YEAR TIME HORIZON[50]

### INTRODUCTION

Are bond investors adequately compensated for taking on additional duration or spread sector risk? If not, one strategy would be to "run for cover" into a short-term risk free asset (3-Month U.S. Treasury Bills) or play it safe with a more passive approach. Alternatively, investors can stay the course and take the view that the incremental return offered in alternative asset class sectors will compensate for the variability of returns. In the discussion below, we have highlighted two well-respected methodologies for measuring risk-adjusted returns: the Sharpe Ratio and Information Ratio. Both ratios measure relative return per unit of risk and can be used for point in time or evolutionary comparisons of performance among various indices to determine if changes in an index's variability has rewarded with comparable outsized returns. The ratios should not be evaluated on an absolute basis per se, but rather used to evaluate relative risk-adjusted index performance between indices.

### SHARPE RATIOS AS A METRIC FOR RISK-ADJUSTED RETURNS

Developed by William Sharpe in 1966, the Sharpe Ratio is simply an asset's excess return over a risk-free asset divided by its volatility (as measured by the standard deviation of its returns). Although the ratio can be calculated for any type of asset, we will be focusing on the Lehman Global Family of Indices as proxies for specific fixed income asset types. The ratio is calculated using the following formula:

Sharpe Ratio =   $\underline{\text{Annualized monthly excess return (over risk-free rate)}}$

Annualized standard deviation of monthly excess returns

Since the risk-free asset has a very short duration, this ratio will implicitly account for duration risk in the calculated risk-adjusted returns.

### INFORMATION RATIOS AS A METRIC FOR RISK-ADJUSTED RETURNS

The Information Ratio is a slightly different measure of average unit of excess return per unit of volatility. The key difference when calculating the two metrics is that the Sharpe Ratio uses annualized index return over a risk-free rate in its numerator while the Information Ratio uses annualized excess return over a specified benchmark. For this analysis, we use duration-matched Treasuries as a benchmark since our rules-based indices are not taking any conscious "bets" or being managed according to an active manager's unique information. Moreover, Lehman's published excess returns are already a widely used measure of index performance. By stripping out duration risk when calculating risk-adjusted performance, Information Ratios can be potentially more meaningful to managers who make their bets on risk factors such as spread, quality, currency, and sector rather than duration.

---

[50] *Written by Brian Upbin. Originally published in January 2004 Global Family of Indices*

The Information Ratio is calculated using the following formula:

Information Ratio =        Annualized excess return (over Treasuries)

                          Annualized standard deviation of monthly excess returns

## DERIVING SHARPE AND INFORMATION RATIOS USING LEHMAN BROTHERS INDEX DATA

### A. Data Sources

1.  Historical Index Time Series Returns Using the Fixed Income Indices section of the LehmanLive Website, it is possible to generate an historical monthly time series of total and excess returns for each index published in the Global Family of Indices since inception. These data can then be segmented over specific time horizons and then annualized for relevant Sharpe and Information Ratio calculations.

2.  Risk-Free Asset Returns For Sharpe Ratios, Lehman Brothers also publishes a 3-month U.S. Treasury Bellwether Index that can be used as a proxy for a risk-free dollar-denominated asset. Reset at the beginning of each month (consistent with existing Lehman Index Methodology), the index tracks the return of the current on-the-run 91-Day T-Bill until it is reset again in the following month. Historical data on this bellwether index are available back to 1981.

### B. Calculations

*Sharpe Ratio*

a. *Annualized Excess Return (Over Risk-Free Rate)*

The difference in the monthly returns of a specific Lehman Index and the 3-month Treasury Bellwether Index will generate an "excess return" used in the numerator for Sharpe Ratio calculations. The average monthly excess return can be calculated by simply taking the arithmetic mean over the time horizon and then annualized by multiplying by 12. For both of the ratios in this analysis, we have chosen to use the arithmetic mean to annualize monthly averages. The formula for the numerator in the Sharpe Ratio is as follows:

$$AER = 12 * 1/t \sum (TR - RF)$$

where:

$t$ = number of months in the Sharpe Ratio time horizon

$AER_{RF}$ = Annualized average monthly excess index return over risk free rate

$TR$ = Monthly total return of the index

$RF$ = Monthly Return of the Lehman 3-Month Treasury Bellwether Index

b. *Annualized Standard Deviation of Excess Returns*

Variability of asset returns in the denominator of the Sharpe Ratio requires an annualized standard deviation of monthly historical index "excess returns." It is derived by calculating a standard deviation of monthly excess returns over the same time horizon assumption in the numerator and is then annualized using the arithmetic mean (multiplying by the square root of 12 in the case of standard deviations):

$$\text{Annualized STDEV (ER) = STDEV (Monthly ER) * SQRT(12)}$$

where:

**t** = number of months in the Sharpe Ratio time horizon

$\text{ER}_{RF}$ = Monthly excess index return over risk free rate

c. Using these two inputs, the risk-adjusted return of an index as measured by the Sharpe Ratio equals the annualized "excess return" over the risk-free rate divided by the annualized standard deviation of excess returns. Both the numerator and denominator must be calculated using the same number of data points:

### Information Ratio

a. *Annualized Excess Returns (Over Duration-Matched Treasuries Benchmark*)

Monthly index *excess* returns over duration-matched Treasuries are already calculated and published by Lehman Brothers. To annualize an average monthly *excess* return, we have used a simple arithmetic mean again:

$$\text{AER = ER * 12}$$

where:

**ER** = Average Monthly Excess Index Return over Benchmark (duration matched Treasuries)

b. *Annualized Standard Deviation of Excess Returns*

Variability of asset returns in the denominator of the Information Ratio also uses an annualization of the monthly standard deviation of excess returns over a comparable time horizon. Once again we use the arithmetic mean here:

$$\text{Annualized STDEV (ER) = STDEV (Monthly ER) * SQRT(12)}$$

c. Using these two inputs, the risk-adjusted return of an index as measured by the Information Ratio equals the annualized excess return over the benchmark (Treasuries in this case) divided by the annualized standard deviation of excess returns. Both the numerator and denominator must be calculated using the same number of data points.

## SHARPE AND INFORMATION RATIOS ON LEHMANLIVE

Sharpe and Information Ratios for Lehman indices are not explicitly published on the fixed income indices section of LehmanLive. However, with the availability of Lehman index return data on the time series plotter function, it is possible to calculate and chart the evolution of Sharpe and Information Ratios over any user-defined time horizon. Users can create input expressions that annualize the moving average and moving standard deviation of monthly excess returns and then plot the ratio of the two to generate either Sharpe of Information Ratios.

# 13: RULES FOR CONSTRUCTING ISSUER-CONSTRAINED INDICES FROM STANDARD LEHMAN BROTHERS INDICES[51]

## THE NEED FOR ISSUER-CAPPED BENCHMARKS

Whether a high-yield index user is active or passive, an index's composition will prompt a view on index-eligible issuers on both an absolute (as a percentage of the portfolio) and a relative (over/underweight versus the benchmark) basis. In certain cases, investors may also be governed by explicit issuer-concentration limits (especially for lower-rated issuers) or investor guidelines that prohibit concentrations in a single issuer above a certain percentage (one that is potentially lower than exposures of larger index issuers). In either case, the implementation of a rules-based issuer capping on the benchmark could lower the concentrations of these larger issuers and effectively reduce these exposures compared with our uncapped high-yield indices.

The following sections will discuss the Lehman Brothers rules-based method for constructing issuer-constrained indices from Lehman Brothers high-yield indices.

## CONSTRUCTING ISSUER CAPPED/CONSTRAINED INDICES

### History

Issuer-constrained indices were first published by Lehman Brothers during the turbulent credit markets of 2001-2002, when larger fallen angels entered our high-yield indices and were immediately among the largest issuers in the index. In the U.S., we began publishing 1% and 2% issuer-capped versions of our U.S. High-Yield Index and 1%, 2%, 3%, and 4% issuer-capped versions of our Pan Euro High-Yield Index. In each of these indices, no issuer (by ticker) has a weighting above the issuer-capping threshold. It is important to note that issuers are always viewed at the parent ticker level. Therefore, Ford and Ford Credit will be viewed as a single issuer under ticker F, while General Motors and GMAC will be viewed as a single issuer under ticker GM. (Note: The Global High-Yield Index includes securitized bonds that do not have a single parent company listed as an issuer)

### The Two Fundamental Rules of Issuer-Capped Indices

There are two key decisions to be made when defining the rules of an issuer-capped index:

1) At what exposure limits should issuers be capped, and should that cap be uniform for every subset of the index? (i.e., percentage cap, absolute cap, largest issue from an issuer, etc.)

2) How should any issuer exposure in excess of the cap be redistributed to the other issuers in the index (i.e., prorate to all other issuers in the index, prorate to the other issuers within a specific peer group or subset, no redistribution, etc.)?

---

[51] Written by Nick Gendron, Brian Upbin and Sherwood Kuo. Originally published in May 2005 Global Family of Indices.

## RULE 1: ISSUER CONCENTRATION LIMITS

### Maximum Issuer Cap

Lehman Brothers uses market value percentage caps in setting the exposure limits within an issuer-capped index. For an issuer-capping threshold to reduce the exposure of larger index issuers, there needs to be at least one issuer with an exposure that is above the concentration limit. This should be obvious, since any capping percentage higher than the largest single issuer exposure will result in an index no different than an uncapped index.

*Sample Issuer Exposures of Uncapped High-Yield Indices as of June 1, 2005*

U.S. High-Yield Index

- Issuers above 5%: Ford and GM

- Additional Issuers above 2%: Qwest

- Additional Issuers above 1%: El Paso, Charter, HCA, AT&T, Williams, MGM Mirage, Cablevision

Pan European High-Yield Index

- Issuers above 5%: GM and Ford

- Additional Issuers above 4%: Ahold

- Additional Issuers above 3%: Fiat

- Additional Issuers above 2%: Alcatel, Heidelberger Zement

- Additional Issuers above 1%: ABB, Bombardier, Corus Group, Lighthouse Int., Rhodia, ISS Global, EMI, British Energy, Valentia, and AT&T

### Minimum Issuer Cap

An issuer capping must also be above a minimum percentage dictated by the number of issuers in the index (i.e., 100%/number of tickers). If the capping percentage equals this minimum exactly, the resulting capped index would simply be an equally weighted index of all index issuers regardless of their relative market values. For example, if you had a hypothetical index with only ten issuers, the minimum issuer cap that could be applied to the benchmark would be 10% (100%/10 issuers), which would result in all issuers being weighted equally in the benchmark. As the issuer cap moves closer to the minimum allowable cap, larger issuers will be increasingly underweighted relative to the uncapped index, while smaller issuers will be increasingly overweighted, until all issuers are equally weighted when the cap reaches the minimum.

### Calculating the Market Value in Excess of the Issuer Cap

After the issuer cap is determined, uncapped issuer exposures are compared with that limit. Any issuer over the threshold needs to be scaled down to match the issuer cap. The amount that is essentially "shaved off" is the difference between issuer market value percentage and the issuer-capping percentage. This excess market value is then redistributed to issuers that are under the cap. Since our indices are built at the security level, each bond of each issuer over the cap must be scaled down on a pro rata basis to meet the new exposure limit, as no single bond is solely responsible for exceeding the cap.

### RULE 2: REDISTRIBUTION RULE FOR ISSUERS THAT EXCEED THE CAP

#### Two Redistribution Methods: "Index-Wide" and "Sector-Neutral"

Once the issuer-capping percentage has been set, the next step requires a redistribution rule to allocate "shaved off" market value in excess of the issuer cap to other issuers in the index that are below the cap. The two basic redistribution options include "index-wide" redistribution, which allocates the excess proportionally to all other issuers in the index, and "sector-neutral" redistribution, which maintains index exposures to user-specified sectors or subsets (i.e., quality neutral, sector neutral, etc.).

Either redistribution rule may require several iterations until all issuers satisfy the cap level. In the first iteration, all issuers exceeding the cap are identified, and their excess market value is then redistributed, depending on the redistribution rule, across all remaining issues. As a result of the redistribution, issuers that were below the cap before may now be above the cap, requiring another round of redistributions. The capping procedure is applied repetitively until all issuers satisfy the issuer cap.

#### Example: Creating an Issuer-Capped Index

*Step 1: Applying the Cap*

Suppose the cap level is set at 3% for an index, and the market value of a single issuer exceeds 3% by 0.5%. The issuer's market value is reduced 0.5% by "shaving off" a sufficient pro rata share from each of the issuer's bonds in the index so that the reductions add up to 0.5% of the index. In other words, if the issuer had two issues outstanding, one with a market value weight of 2% and the other 1.5%, then the weight of the first issue would be reduced by approximately 0.29% (0.5% excess x 57% pro rata exposure within the ticker), to 1.71%, and the second by 0.21% (0.5% x 43%), to 1.29%. Where this 0.5% "shaved off" market value goes is the subject of our next section.

*Step 2: Applying the Redistribution Rule*

- Index-Wide Redistribution: "Index-wide" redistribution takes any "excess" market value and distributes it across all issues of non-capped issuers in the index in proportion to their weights in the index. In the example above, the large issuer under consideration originally constituted 3.5% of the index. Suppose that all the other issuers, which together constitute 96.5% of the index, do not need to be capped; therefore, the 0.5% we shaved off the large issuer must be divided among all of them. If one of the other issuers constitutes 2% of the index, then it will receive 0.0104% = 0.5% × (2% ÷ 96.5%) of the weight of the index as a result of the redistribution of the large issuer's weight.

- Sector-Neutral Distribution: The "sector-neutral" redistribution rule works as follows, using the example of a quality rating as the desired exposure to remain constant. The entire index is first divided into specific quality buckets. When a large issuer is capped, we look at each of the issuer's bonds to determine which quality bucket it belongs in. The weight shaved off that bond is redistributed among bonds in the same bucket issued by other issuers instead of across the entire index. In the previous example, one of the large issuer's bonds, which we will call issue A, was reduced by 28.6 bp. Suppose that no other issuers need to be capped and that the sum of the weights of all bonds in the same bucket as issue A but issued by other issuers is 15%. Suppose issue B is in the same bucket as issue A but issued by a different issuer, and issue B constitutes 0.5% of the index. Then the amount of index weight added to issue B as a result of the redistribution is 0.95 bp = 28.6 bp × (0.5%

÷ 15%). This redistribution rule has the effect of preserving the market value weights of each quality bucket in the capped index relative to the uncapped index.

## INDEX CUSTOMIZATIONS

### Applying Different Issuer Caps to Different Index Buckets

In the example above, we discussed a constant issuer cap applied to the entire uncapped index. Lehman Brothers also allows index users to specify different issuer caps for specific subsets of an uncapped index. For example, if an investor has a higher concentration limit for Ba/B issuers compared with riskier Caa-NR rated issuers (say, for example, 2% of the portfolio for Ba/B issuers, versus 1% for Caa and below issuers), Lehman Brothers can create a customized benchmark that would cap issuer exposures at a higher level for the Ba/B subset than the Caa-NR subset. In these cases, the cap in use for each index subset must be larger than the market value % of that subset divided by the number of tickers in that subset. For example, if Caa rated bonds represented 5% of the benchmark and contained ten issuers, then the minimum cap allowed for that bucket would be 0.5% (5%/10 issuers). (Note: Our standard Lehman Brothers issuer-capped indices use only a single cap for the entire benchmark).

### Index Issuer Caps versus Portfolio Issuer Caps

Investors with explicit issuer concentration limits in their portfolios must also consider the effect of setting a limit on their index issuer exposures that equals their maximum portfolio issuer exposure. If both a portfolio and benchmark are capped at the same issuer limit, portfolio managers lose the ability to overweight these capped issuers in their portfolios relative to their benchmarks. The only option is to be index neutral or underweight, since the cap exists for both portfolio and index. Granted, the ability to be overweight or neutral wouldn't be an option in an uncapped index either, since the portfolio managers would be forced into an underweight if the index exposure exceeded their portfolio exposure limits. In those cases, investors may choose to use an issuer-capped benchmark with a capping lower than their actual portfolio concentration limits in order to have the flexibility to overweight a capped issuer.

### Other Issuer Capping Methods

Lehman Brothers High-Yield Issuer-Capped Indices use a single concentration limit per issuer (by ticker) for the entire index and redistribute the excess market value over the limit proportionally to all other index issuers. While we have specified other capping and redistribution options within this two-rule framework, other methods used by index providers can also limit exposures to larger issuers.

One approach is to confine an issuer's participation in an index to a set number of issues (e.g., two issues) based on criteria such as largest issue size or highest liquidity. Issues outside the maximum number of issues are discarded from the universe rather than redistributed, effectively resulting in a simple subset of the high-yield universe. However, this method is inherently biased against issuers with many similarly sized issues and sensitive to issuers with a few, but outsized, issues relative to others in the index.

Another approach to constrain indices is capping an issuer's weight to an absolute par or market value amount (e.g., $5 billion) and proportionally reducing the size of the included issues until the maximum limit is reached. No issues are discarded using this method, and the universe remains intact. However, using such an absolute maximum size, an issuer's percentage weight in the index can artificially fall or rise depending on

the total size of the high-yield market. If the market contracts, the issuer capped at $5 billion would rise in proportion, and it would decrease in proportion as the market grows, regardless of issuer-specific events such as additional issuance.

Among the different approaches for capping issuers, we believe our approach best reflects a broader market perspective of the high-yield market and is more consistent with how high-yield portfolio managers manage their portfolios based on investment guidelines. Our method also ensures that the market capitalization of the index remains intact and that all bonds in the uncapped index are still represented in its capped index version. Finally, our approach provides the flexibility to match investors' needs by allowing cap levels and redistribution rules to be customized as needed.

# 14: MECHANICS OF LEMAN BROTHERS SWAP INDICES[52]

## THE LEHMAN SWAP INDICES

Lehman Brothers is introducing two families of swap indices to track the performance of swaps. We view each swap of a given maturity as a fixed-coupon par bond of the same maturity, and we construct a total return index for the swap. This is done for all swaps with maturities that are considered bellwethers, giving rise to **bellwether swap indices**. Very simply, these indices provide answers to questions of the form: What are historical total returns for 10-year swaps?

In addition to individual bellwether indices, we introduce the flagship **Swap Index** to represent the performance of swaps collectively as a market sector. The Lehman Swap Index tracks total returns of an equally weighted portfolio of 30 swaps with the following maturities: 1 year, 2 years, and annual increments thereafter out to 30 years.

An important benefit of creating bellwether swap indices is the ability to measure performance of other credit sectors with respect to swaps. Lehman already publishes a number of established total return indices for various market sectors. For a particular existing index, such as the Lehman Agency Index, the corresponding **mirror swap index** tracks a portfolio of six specific bellwether swaps. The notional amounts of these swaps are chosen to match the key-rate durations of the original index. In other words, the mirror index is a portfolio of swaps that would be used to hedge market risk of the original index. The excess return of the Lehman index relative to swaps can then be calculated as the difference between the original index and its mirror swap index.

### Bellwether Swap Indices

In the U.S. market, interest rate swaps with certain maturities, such as 2, 3, 5, 10, 20, and 30 years, are considered bellwethers, with easily observable market and liquid trading. For each of these swaps, we produce a time series of monthly total returns that would result from investing in a hypothetical generic bond with a coupon equal to the fixed-rate of the swap and paying the principal at maturity.

Note that the only features that distinguish a receiver swap and a corresponding fixed-coupon bond are as follows:

- The swap is effectively a long position in a fixed-coupon bond, plus a short in the floating leg (with principal).

- At inception and on all quarterly payment dates, the floating leg is worth exactly par because it represents borrowing at the prevailing market rate.

- The swap is initiated at zero cost, while the bond must be worth par because the value of the fixed leg initially equals that of the floating leg.

As explained above, a swap is economically equivalent to buying a generic fixed-coupon bond and funding it at LIBOR on a rolling basis. An investor wishing to buy the bond outright with available cash does not need the funding. To obtain an equivalent position using swaps, the investor could enter into a swap and use cash to offset the funding aspect of the swap by investing it at 3-month LIBOR. Over the first three months of the swap, this strategy can be summarized by the following equation:

---

[52] Written by Lev Dynkin, Yuri Greenfield, and Dev Joneja. Originally published in January 2002.

**Fixed Coupon Par Bond = Par Swap + 3-Month LIBOR Cash Investment**

At the end of the first quarterly period, the floating leg of the swap would again be worth par and pay interest at the rate of LIBOR observed at the inception of the swap. That is exactly the case with our proposed cash investment at 3-month LIBOR as well. Thus, the cash investment offsets the floating leg of the swap perfectly over the first three months and every three-month period thereafter. In light of this analysis, *we define the total return of a swap to be the return on a portfolio consisting of the swap and cash investment at LIBOR. The total return of this portfolio is exactly the same as the total return of the fixed leg of the swap treated as a bond.*

One must note that LIBOR published by the British Bankers Association (BBA) represents the average *offer* rate at which leading banks are willing to *lend* to each other. The average rate at which the same banks are willing to borrow money, i.e., the bid side of the lending market, is lower and is known as the LIBID. Typically, a bank's bid rate is around 12 basis points lower than its corresponding offered rate. To account for this factor, Lehman will be subtracting 1 bp per month or, equivalently, 12 bp per annum from the total return of all swap indices.

The rules for calculating total returns on the bellwether swap indices are:

- **Securities**: Lehman will publish the total returns of swaps of the following maturities: 3 months, 6 months, 1 year, and annual maturity increments thereafter out to 30 years, for a total of 32 swaps.

- **Rebalancing**: In accordance with the current Lehman index policy of keeping the total return universe fixed during each calendar month, we assume that the proposed portfolio consisting of a par swap and a cash investment is created on the last business day of each month. The portfolio gets liquidated on the last business day of the following month and is replaced by a new trade of a par swap and a cash investment. On the unwind date (which defines the total return for the swap for that month) the swap is one month shorter than at inception.

- **Coupon**: New swaps are initiated on the last calendar day of the month at par. The coupon on the swap is the par coupon as obtained from the Lehman closing mid-market marks for swap rates from the most recent business day. Note that a consequence of this rebalancing approach is that the coupon, duration, and convexity of the swap would experience a small jump every month.

- **Mark-to-market**: The total returns calculated on any day will be based on the Lehman closing mid-market swap curve for that day.

- **Settlement**: For the purpose of calculating total returns, we assume that settlement on swaps is in one calendar day. This contrasts with standard settlement in the U.S., which is in two business days. We use this convention to conform to other Lehman indices, allowing direct comparison of swap total returns with the other indices.

### The Swap Index

We view swaps as a benchmark for the broad high-grade bond market. With the objective of representing this market with a single variable, we introduce the Swap Index, tracking a portfolio of swaps with a wide range of maturities. Specifically, the portfolio is assumed to contain *equal notional values* of each of the bellwether swaps with maturities of 1 year, 2 years, and so forth up to 30 years in annual increments. As with individual bellwether swaps, we rebalance the portfolio at the end of each month. At that time, all swaps contained in the portfolio are unwound and a new portfolio of 30 current par swaps is composed and tracked over the next month.

### The Mirror Swap Indices

The purpose of mirror indices is to track the performance of high-grade indices relative to swaps. We construct a separate mirror swap index for each of the following established Lehman indices:

- Aggregate

- Government/Credit

- Credit

- Agencies

- MBS

Each mirror index will reflect the performance of a weighted *portfolio* of bellwether swaps with the following maturities: 6 months, 2, 5, 10, 20, and 30 years. The mechanics of investing in a particular swap in the portfolio is identical to the one described for bellwether swaps in the previous section. The appropriate notional amount of each swap will be chosen to produce the same key rate exposure profile for the mirror index portfolio as for the particular Lehman index with which it is compared. As we mentioned earlier, excess returns are calculated as the difference between an index and its respective mirror swap index.

Figure 1 gives an example of constructing the Agency-Mirror Swap Index at the end of October 2001. The six *key-rate durations* of the Lehman Agency Index are computed for maturities listed above. The key-rate duration of a security is defined as the sensitivity of the value of the security to a change in the key maturity swap rate, divided by the value of the security. The key-rate duration of a portfolio, such as the Lehman Agency Index, is the weighted average of key-rate durations of individual securities in the index weighed by their respective market values.

**Figure 1.     Construction of the Agency Mirror Swap Index for November 2001**

The Lehman Agency Index Market Value: 808,328,359

| Par Maturity | Agency Index Key-Rate Durations | Swap Duration | Hedge Ratio (%) | Swap Notional | Swap Total Return (%) |
|---|---|---|---|---|---|
| 6 Months | 0.13 | 0.49 | 27.38 | 221,351,531 | 0.2184 |
| 2 Years | 0.72 | 1.94 | 37.18 | 300,575,619 | -0.4757 |
| 5 Years | 1.12 | 4.54 | 24.79 | 200,344,688 | -1.9893 |
| 10 Years | 1.15 | 8.05 | 14.33 | 115,861,235 | -3.6965 |
| 20 Years | 0.74 | 12.47 | 5.97 | 48,232,292 | -5.4380 |
| 30 Years | 0.61 | 14.69 | 4.15 | 33,568,472 | -5.8717 |
| Cash | | | -13.81 | (111,605,477) | 0.1739 |

| Index Return: | -1.79% |
|---|---|
| Mirror Return: | -1.73% |

*Source: Lehman Brothers*

We next determine the hedge ratios for the six swaps in the mirror portfolio by dividing the key-rate durations by their respective swap durations. In order to ensure that the Agency Index and its mirror swap index have exactly the same sensitivity to a change in the key swap rate, the notional amount of each swap is taken to be the product of the

Agency Index market value by the respective swap hedge ratio. Since the total investment in the mirror swap index must equal the market value of the Agency Index, any residual capital left over from swaps is invested in cash. In other words, the hedge ratios for the six swaps and cash add up to one. The amount invested in cash may be negative, as is the case in our example.

Similarly to other Lehman indices, mirror swap indices are rebalanced on the last business day of each month. At that time, all swaps in the mirror portfolio are unwound, and the total return is calculated as the notional-weighted average of returns for six bellwether swaps. Next, the key-rate exposures of the Lehman index are recalculated, and a new mirror portfolio is assembled. Monthly rebalancing ensures that swaps in the mirror index are close to par and thus reflect the actively traded portion of the market. Since interest rate risk profiles of the Lehman index and its mirror swap index are similar, it is reasonable to define the excess return to swaps as the difference between the original index and its mirror swap index. In the example shown in Figure 1, swaps outperformed agencies by 6 bp in November 2001.

For a particular Lehman index, excess returns to Treasuries or swaps can also be interpreted as a tracking error of replicating the index with these respective instruments. The smaller the tracking error, the lower is the basis risk of hedging the index using Treasuries or swaps. Historically, Treasuries tracked spread products better than swaps prior to the crisis of 1998. This reflects the relative stability of spreads to Treasuries, which allowed investors to hedge their interest rate risk with Treasuries and led the markets to quote prices in terms of spreads to Treasuries. In the aftermath of the crisis, spread products decoupled from Treasuries and had been tracked better by swaps until September 2001. Over that period, investors largely switched from Treasuries to swaps as a hedging instrument of choice, and prices were increasingly quoted in terms of spreads to swaps. One should note, however, that though swaps exhibit a lower tracking error than Treasuries, the post-crisis numbers are substantially higher than the pre-crisis numbers for both Treasuries and swaps.

## 15:  THE LEMAN BROTHERS U.S. TREASURY INFLATION PROTECTED SECURITIES (TIPS) INDEX[53]

# The U.S. Treasury Inflation Protected Securities (TIPS) Index

### OVERVIEW

On March 1, 1997, Lehman Brothers launched the Lehman Brothers U.S. TIPS Index, a rules-based, market value-weighted index that tracks inflation-protected securities issued by the U.S. Treasury. The U.S. TIPS Index is a subset of the Global Inflation-Linked Index, with a 35.9% market value weight in the index (as of September 2007), but is not eligible for other nominal treasury or aggregate indices. Since the launch of the index, a growing number of clients have adopted it as a benchmark for their inflation-linked portfolios.

Although a primer was written when the index was first launched,[54] we have received numerous questions over the years about specific index mechanics or nuances that were not fully elaborated on in the initial publication.

This primer answers many of these questions by providing an overview of the U.S. Treasury Inflation-Protected Securities (TIPS) Index inclusion rules and mechanics while discussing in detail how we calculate specific inflation-linked returns and analytics.[55]

### U.S. TREASURY INFLATION-PROTECTED SECURITIES (TIPS)

Before discussing specific TIPS Index rules, it is useful to provide some background on the inflation-linked asset class, focusing on the securities' structure and market conventions.

*TIPS are inflation-linked securities whose principal is adjusted for inflation in order to guarantee investors a real rate of return*

Treasury Inflation Protected Securities (TIPS) are inflation-linked securities whose principal is adjusted for inflation in order to guarantee investors a real rate of return regardless of the inflationary environment. These securities provide purchasing power certainty for the buyer and set a real cost of finance for the issuer.

TIPS investors may use these assets as an inflationary hedge (to match assets with liabilities in the event of an unexpected change in price levels) or simply view them as a source of alpha for their nominal portfolios. Buyers of TIPS include banks, pension funds, insurance companies, asset managers, and hedge funds.

The first U.S. TIPS was issued in January 1997, and the U.S. Treasury is now the largest issuer of inflation-linked bonds globally. As of September 2007, there were 23 index-eligible U.S. TIPS with a maturity greater than one year ($430 billion market value).

### TIPS Inflation-Adjusted Cash Flows

*TIPS coupon and principal payments vary as the par amount outstanding of each bond is adjusted for inflation*

As opposed to nominal U.S. Treasury bonds or notes, which have predetermined cash flows, TIPS coupon and principal payments vary as the par amount outstanding of each bond is adjusted for inflation. Real principal and coupon payments are calculated in the same manner as nominal bonds, but are then scaled up (down) for inflation (deflation) by

---

[53] Written by Nicholas Gendron, Jenna Myers and Brian Upbin. Originally published in November 2007.
[54] See, "Treasury Inflation-Protected Securities: Opportunities and Risks," Lehman Brothers, January 1997
[55] A special thanks to Jennifer Chen for her help with this report.

multiplying the real payments by a multiplier called the index ratio. The index ratio is meant to reflect the inflation that has occurred in the time since the bond was issued and adjusts the bond payments so that their real value remains unchanged.

The return earned by a TIPS investor, therefore, can be divided into two components: 1) a fixed real rate of return and 2) compensation for the erosion of purchasing power. At the time of purchase, the real rate of return is fixed, while the nominal return is uncertain. In contrast, a conventional (nominal) bond has a fixed nominal return and a real return dependent on how inflation erodes the real value of the fixed nominal cash flows over the lifetime of the bond.

*Principal Cash Flows*

*Principal amount outstanding of a TIP security is equal to the par value at issuance adjusted for inflation since the date of issue (represented by the index ratio)*

The principal amount outstanding of a TIPS is equal to the notional par value at the time of issuance adjusted by the compounded rate of inflation since the date of issue (represented by the index ratio). Although the inflation-adjusted amount outstanding is adjusted periodically, actual inflated principal cash flows are not paid until final maturity. Principal is protected against deflation by a par floor, so investors receive either the adjusted principal amount or original par upon maturity, whichever is greater.

*Coupon Cash Flows*

Changes to the inflated par amount outstanding will change the nominal coupon cash flows received as a fixed percentage of par. Coupon payments are paid semi-annually based on a fixed rate of interest set at auction. Each payment is equal to one-half the stated annual rate of interest multiplied by the inflation-adjusted principal amount. In an inflationary (deflationary) environment, actual nominal coupon cash flows received will increase (decrease) from one period to the next. Nominal coupon payments are not protected against deflation, so they can fall below their stated real coupon rate in the event of deflation.

### Inflation Reference Index

*TIPS are indexed to the non-seasonally adjusted Consumer Price Index for All Urban Consumers*

In order to prevent the erosion of purchasing power, TIPS are indexed to the non-seasonally adjusted Consumer Price Index for All Urban Consumers,[56] or the CPI-U (CPI). This index is published once a month by the Bureau of Labor Statistics of the U.S. Department of Labor and measures the cost of purchasing a fixed basket of goods and services at current prices in a given month. The published CPI is expressed in relative terms to a base period for which the level is set to 100. The CPI for a particular month is backward looking and normally released in the second or third week of the following month. For example, the CPI for September 2007 was published on October 17, 2007.

Because the CPI Index is published only once a month, market convention is to estimate daily CPI levels using the most recent data. This allows changes in inflation to be measured between any two specific dates. For example, to track the change in inflation since a TIPS security was issued, it is necessary to have an estimate of CPI as of the issue date and the current date. These calculated daily CPI levels are used to scale index par amounts and prices for index returns and analytics calculations on inflation-protected securities. *More details on how daily CPI levels are calculated can be found in the next section and the Appendix.*

---

[56] *For TIPS, the non-seasonally adjusted version of the CPI is used to avoid problems with subsequent period revisions that occur with seasonally adjusted series.*

### Breakeven Inflation

*Breakeven inflation is the spread that relates nominal Treasuries and TIPS prices.*

Breakeven inflation is the spread that relates nominal treasuries and TIPS prices. To calculate breakeven inflation, market convention takes the difference between the real yield on a TIPS and the nominal yield on a similar-maturity nominal Treasury.

Breakeven inflation is an approximation that allows for a relative value analysis, representing the point of indifference between owning a TIPS or a nominal Treasury bond. Over the life of the bond, if the realized rate of inflation exceeds the breakeven rate, TIPS will outperform nominal bonds. On the other hand, if the realized rate of inflation is below the breakeven rate, nominal bonds will outperform TIPS. Sometimes, the breakeven rate of inflation is also equated to the market-implied expected inflation rate.

# Overview of the
# Lehman Brothers U.S. TIPS Index

### INDEX INCLUSION RULES

The rules for the U.S. TIPS Index mirror the inclusion rules of the U.S. Treasury Index. To be index eligible, an inflation-protected security:

Must have at least one year to final maturity.

Must have at least $250 million nominal amount outstanding.

Must be fixed rate.

Must be dollar denominated and non-convertible.

Must be publicly issued.

Essentially, every TIPS issued by the U.S. government (including subsequent re-openings) is index-eligible until its final maturity falls below one year. Note, however, that the index-eligible par outstanding for each bond excludes amounts held by the Fed or U.S. government accounts. The U.S. TIPS Index is a subset of the Global Inflation-Linked Index, with a 35.9% market value weight in the index as of September 2007, but is not eligible for other nominal treasury or aggregate indices.

As of September 2007, 23 securities ($397 million principal amount, $411 million market value) were eligible for the index.

### Index Pricing

*All U.S. TIPS are priced by Lehman Brothers traders as of 3 p.m. each trading day.*

All U.S. TIPS are priced by Lehman Brothers traders as of 3 p.m. each trading day. The marking process begins by looking at the most liquid point of the TIPS market, the on-the-run 10-year TIPS, which is traded on a duration-neutral yield spread to its maturity-matched nominal 10-year note. This 10-year breakeven yield spread is then subtracted from the yield of the 10-year note to derive the 10-year TIPS closing yield and price. The remainder of the TIPS curve is then marked on a yield spread basis to the 10-year TIPS, with special emphasis placed on the 5/10 year and 20/10 year spreads, which are regularly traded in the intra-dealer market.

If the last business day of the month is a public holiday, prices from the previous business day are used. Bonds in the index are always priced on the bid side, and settlement assumptions operate on a T+1 settlement basis. TIPS are quoted in uninflated real amounts that do not keep up with the market value of the security that would be paid

**Lehman Brothers** | A Guide to the Global Family of Indices

in a transaction. To calculate the market value of the security, the index ratio is multiplied by the price of the security in order to add inflation accretion to the quoted uninflated amounts.

### INDEX MECHANICS AND ANALYTICS

Because TIPS are quoted in real terms when traded, we must add inflation that has accrued over the life of the bond to the quoted real amounts in order to reflect the market value of the security accurately. Index mechanics and calculations will use the index ratio to adjust real amounts for inflation.

This section discusses the index ratio, amount outstanding, and market value calculations used for individual securities in the U.S. TIPS Index, with illustrative examples. We will also discuss the mechanics of yield and duration calculations (in nominal and real terms).

### The Index Ratio

*The index ratio will differ for each bond in the index*

The index ratio is used as a multiplier to adjust the nominal principal and coupon payments of the security so that their real values remain unchanged. Because each security is adjusted for the change in inflation from the specific issue date of that bond, the index ratio will differ for each bond in the index.

The index ratio is measured by comparing the current daily value of the CPI inflation index (reference CPI) with the value of the CPI at the time of issuance of the security (base CPI). The reference CPI will change daily according to inflation conditions during the life of the bond, whereas the base CPI is fixed at the issue date.

$$\text{Index Ratio} = \frac{\text{Reference CPI}}{\text{Base CPI}}$$

In this section, we walk through a sample index ratio calculation, as of March 31, 2007, using the 4.25% January 2010 TIPS as an example.

*Reference CPI Calculation*

*There may be a 2 to 3 month lag between when a CPI number is published and when it is used in the index ratio calculation*

The market convention for reference CPI calculations uses only published monthly CPI levels that were available at the start of the month. For example, April 2007 reference CPI levels are calculated using the two most recent CPI levels published by the Bureau of Labor Statistics as of April 1, 2007 (January 2007 CPI and February 2007 CPI). March 2007 CPI levels will not be published until mid-April and are, therefore, not used in April's calculation. This market convention means that there may be a 2- to 3-month lag between when a CPI number is published and when it is used in the index ratio calculation.

The reference CPI is calculated by linearly interpolating between the two most recent levels available as of the start of the month, but assumes next calendar day settlement. Using April 2007 again as an example, the reference CPI will start the month (as of the close of March) at the January 2007 level and increase linearly throughout the month to close at the February 2007 level. In the ensuing month, the reference CPI will start at the February 2007 level and then grow linearly before ending at the March 2007 level (which would have been published mid-April). The linear interpolation method projects a current-day CPI number assuming that the pace of inflation (the change in daily CPI between the last two reported numbers) has remained constant in the month. The market convention, also used by the Treasury Department, offers investors a more timely indication of TIPS valuation than using static CPI numbers with a lag.

The reference CPI for month-end assumes settlement on the first day of the following month, evn if that date falls on a weekend, thereby capturing a full month of data on the last day of the month.

$$\text{Reference CPI}_t$$
$$= \text{CPI}_{3 \text{ months ago}} + \left[ \frac{\text{Calendar days since start of month}}{\text{Total calendar days in current month}} \times (\text{CPI}_{2 \text{ months ago}} - \text{CPI}_{3 \text{ months ago}}) \right],$$

where the number of calendar days since the start of the month is the number of days between the first day of the month and index settlement date (t+1). For example, to calculate the reference CPI for the January 2010 TIPS as of March 31, 2007, with an index settlement of April 1, 2007, we have:

$$\text{Reference CPI}_{\text{March 31 2007}}$$
$$= \text{CPI}_{\text{December 2006}} + \left[ \frac{\text{Number of days between March 1 and April 1}}{\text{Total calendar days in March}} \times (\text{CPI}_{\text{January 2007}} - \text{CPI}_{\text{December 2006}}) \right]$$

$$= 201.800 + \left[ \frac{31}{31} \times (202.416 - 201.800) \right]$$

$$= 202.41600^{[57]}$$

When compared with data from the Treasury Department[58] and Bloomberg, our index ratios will always lead their index ratios by one day, because they both use a same-day settlement assumption in calculating the reference CPI. For example, our index ratio as of March 31 is the same as the Treasury and Bloomberg data as of April 1.

### Base CPI Calculation

*Lehman indices use next day settlement assumptions for reference CPI and same day settlement for base CPI*

The base CPI used in the denominator of the index ratio is calculated using the same linear interpolation method as the reference CPI, using the published CPI for the two and three months prior to the issue date of the security. It is determined at the issue date of each TIPS and, once calculated, remains fixed throughout the life of the bond.

To calculate the base CPI for the January 2010 TIPS issued on January 15, 2000, we linearly interpolate inflation using the change in inflation from the last reported CPI number (November 1999) and the CPI number reported prior to that (October 1999).

Unlike the reference CPI, which uses a next-day settlement date (t+1), the base CPI uses a same-day settlement date (t):

$$\text{Base CPI}_{\text{Jan 15, 2000}}$$
$$= \text{CPI}_{\text{Oct 1999}} + \left[ \frac{\text{Number of days between Jan 1 and Jan 15}}{\text{Total calendar days in January}} \times (\text{CPI}_{\text{Nov 1999}} - \text{CPI}_{\text{Oct 1999}}) \right]$$

---

[57] *For index calculation purposes, all index ratio and related CPI numbers are rounded to the fifth decimal.*
[58] *See http://www.treasurydirect.gov/instit/annceresult/tipscpi/tipscpi_pr_cpi112007.htm*

**Lehman Brothers** | A Guide to the Global Family of Indices

$$= 168.200 + \left[ \frac{14}{31} \times (168.300 - 168.200) \right]$$

$$= 168.24516$$

*Index Ratio Calculation*

To calculate the index ratio for a bond on a given date, the reference CPI as of the calculation date is divided by the base CPI. To find the index ratio for our example above:

$$\text{Index Ratio}_{\text{March 31, 2007}} = \frac{\text{Reference CPI March 31}}{\text{Base CPI}}$$

$$\text{Index Ratio}_{\text{March 31, 2007}} = \frac{202.41600}{168.24516}$$

$$\text{Index Ratio}_{\text{March 31, 2007}} = 1.20310$$

This index ratio is then used to determine inflation-adjusted prices as of the calculation date, March 31, 2007.

### TIPS Amount Outstanding (Real and Nominal)

Every quarter, the Treasury releases a *Quarterly Treasury Bulletin* that includes amount outstanding information on each issued TIPS, split between the amount held by the U.S. government and the amount outstanding available to the public (denoted as All Other Investors).[59] The bulletin is released with a 3-month lag, which means that the amount outstanding as of March 31 will be reported in the June quarterly bulletin.

*TIPS amount outstanding is reset quarterly to reflect the uninflated amount of each bond available to the public*

The Treasury reports TIPS outstanding in inflated terms, whereas our U.S. TIPS Index reports the amount outstanding on an uninflated basis. In order to determine the uninflated amount outstanding for index calculation purposes, we divide the reported amount available to 'all other investors' by the index ratio as of the report date, using a same-day settlement assumption. The resulting amount outstanding is held constant in the index during the next three months until the next bulletin is released during the next quarter.

For example, to calculate the uninflated amount outstanding as of June 30, 2007, of the 4.25% TIPS maturing in January 2010, we use the June 2007 bulletin's inflated amount outstanding. According to the bulletin, the amount available to the public as of March 31, 2007 (remember that the bulletin incorporates a 3-month lag) totals $12.110 billion. This represents the amount outstanding in nominal (inflated) terms. To deflate the amount outstanding, we divide this value by the bond's calculated index ratio using a same-day settlement assumption. The index ratio used will be from the previous day,[60] March 30, and equal to 1.20298.[61]

---

[59] *The inflated value of Treasury bills outstanding can be accessed through the treasury website* http://www.fms.treas.gov/bulletin/ *in the document "Maturity Schedules of Interest-Bearing Marketable Public Debt Securities." The schedule lists outstanding securities by maturity dates.*

[60] *We use the March 30 index ratio and not the March 31 index ratio because if we assume a same-day settlement, there are only 30 days between March 1 and March 31. Another way to look at this is to use (t-1) for index ratio calculations when assuming a same-day settle and use (t) for index ratio calculations when assuming a next-day settle.*

[61] *Reference CPI for March 31, 2007, assuming a same-day settlement = CPI December 2006 + ((Number of days between March 1 and March 31)/Total calendar days in March) * (CPI January 2007 – CPI December 2006)) or 201.8 + ((30/31) * (202.416 – 201.8) = 202.39613. Taking this reference CPI and dividing it by the bond's base CPI, gives an index ratio = 202.39613/168.24516 = 1.20298.*

**Lehman Brothers** | A Guide to the Global Family of Indices

$$\text{Amount Outstanding}_{\text{Uninflated June 30}} = \frac{\text{Quarterly Bulletin Amount Outstanding Inflated}_{\text{March 31}}}{\text{Calculated Index Ratio}_{\text{March 30}}}$$

$$\text{Amount Outstanding}_{\text{Uninflated June 30}} = \frac{\$12.110 \text{ billion}}{1.20298}$$

$$\text{Amount Outstanding}_{\text{Uninflated June 30}} = \$10.067 \text{ billion}$$

This $10.067 billion is the uninflated amount outstanding as of June 30 for index calculation purposes, and it is held constant for this bond in the index until the next Quarterly Bulletin release in September.

### New Issuance and Re-Openings

*Index amount outstanding may include a portion that has been adjusted by the index ratio and a portion that has not (reopenings)*

When a new TIPS is issued or an existing issue is reopened, the full uninflated par amount outstanding enters the index for returns purposes on the first day of the following month. Only when the next published *Quarterly Treasury Bulletin* includes the new issuance or reopening will this amount be adjusted to reflect the amount outstanding net of holdings by the Treasury. Therefore, the index amount outstanding may include a portion that has been adjusted by the index ratio and a portion that has not.

### New Issuance Only

For instance, the 2.375% January 2027 TIPS was first issued on January 15, 2007, in the amount of $8.0 billion and entered the U.S. TIPS Index on February 1, 2007, with $8.0 billion amount outstanding. The ensuing March *Quarterly Treasury Bulletin* contained information only on bonds issued prior to December 31, 2006 (as the bulletin is reported with a 3-month lag) and, therefore, did not include any information on this new bond. Therefore, the $8.0 billion amount outstanding remained unchanged for this bond from February through June 2007. This new security first appeared in the June 2007 *Quarterly Treasury Bulletin*, with a reported $8.029 inflated outstanding (available to the public) as of March 31, 2007. To get the deflated amount, we divide this number by the index ratio using a same day settle as of March 31, 2007, of 1.00363. This gives us an uninflated amount outstanding value of ($8.029 billion)/(1.00757) = $7,999,960,000, which is held constant from June 30 to September 30, 2007, in the TIPS Index.

### New Issuance Coupled with a Reopening

An example of a new issuance coupled with a reopening is the 2.50% July 2016 TIPS. It was first issued on July 15, 2006, in the amount of $9.0 billion and entered the TIPS Index in August 2006 with $9.0 billion amount outstanding. The published September *Quarterly Treasury Bulletin* contained information only on bonds issued prior to June 30, 2006, and, therefore, did not include any information on this new bond. As such, the $9.0 billion amount outstanding remained unchanged for this bond during September. On October 15, 2006, there was a reopening of this bond, with the government issuing another $8.0 billion notional. This reissued amount entered the index at the beginning of November, bringing the total amount outstanding to $17.0 billion.

The next *Quarterly Treasury Bulletin* released in December 2006 included information as of September 30, 2006; therefore, only the amount from the original issuance of $9.0 billion was addressed, with a reported $9.069 inflated outstanding (available to the public). To get the deflated amount, we divide this number by the index ratio as of September 30 (using a same-day settle) of 1.00757. This gives us an uninflated amount outstanding value of ($9.069 billion)/(1.00757) = $9.001 billion.

This $9.001 billion is added to the $8.0 billion reopening to report a net index amount outstanding of $17.001 billion for December 31 through March 31. Not until the March 2007 bulletin did the inflated amount reported by the Treasury include the full $17.0

billion issued, with a reported inflated $16.942 billion available to all other investors. Taking this $16.942 billion and dividing it by the index ratio as of December 31, 2006 (using a same-day settle) of 0.99942 gives us an uninflated amount outstanding value of ($16.942 billion)/(0.99942) = $16.952 billion. This $16.952 billion is held constant as the amount outstanding from March 31 to June 30, 2007, in the TIPS Index.

### TIPS Market Value and Index Weights

*To convert the quoted price to an inflated price, it is multiplied by its index ratio*

The market value of a security is the actual price paid when it is bought or sold. It is the sum of the inflated (nominal) price of the security and its inflated accrued interest, multiplied by the amount outstanding and divided by 100:

$$\text{Market Value} = \frac{(\text{Price}_{\text{Inflated}} + \text{Accrued Interest}_{\text{Inflated}})}{100} \times \text{Amount Outstanding}$$

However, prices for TIPS are quoted in uninflated, real amounts when traded. To convert the quoted price to the inflated price for a specific security on a given date, the quoted price will need to be multiplied by its index ratio as of that day. This section walks through an example of these pricing conventions.

*Inflated Price*

To find the inflated price of a TIPS, we multiply the quoted price by the index ratio.

$$\text{Inflated Price}_t = \text{Quoted (Uninflated) Price}_t \times \text{Index ratio}_t$$

For example, the 4.25% January 2010 bond had a quoted price of 106.391 and an index ratio of 1.20310 as of a March 31, 2007. Therefore:

$$\text{Inflated Price }_{\text{March 31}} = 106.391 \times 1.20310 = 127.999$$

*Inflated Accrued Interest*

*Inflated accrued interest is the product of the nominal accrued interest and its index ratio*

To find the inflated accrued interest as of a particular date, we multiply the nominal accrued interest by the index ratio. TIPS coupons are paid semi-annually with a day count convention of "actual/actual." The amount of accrued interest resets to zero on each coupon payment date and then increases until the next coupon payment date.

For example, the 4.25% January 2010 TIPS pays semi-annually on January 15 and July 15. Accrued interest resets to zero as of the morning of the 15th, and the 15th is the first day to accrue toward the next coupon payment. The inflated accrued interest of the security at the end of the day on March 31, 2007, would reflect accruals for 76 out of 181 total days in the payment period. Therefore, using this day count and the index ratio, we calculated earlier of 1.20310, the inflated amount accrued as of the end of the 31st is calculated as follows:

$$\text{Inflated Accrued Interest}_t$$

$$= \frac{1}{2} \times \text{Annual Coupon} \times \frac{\text{Actual number of days accrued}_t}{\text{Actual number of days in coupon period}} \times \text{Par} \times \text{Index Ratio}_t$$

$$\text{Inflated Accrued Interest }_{\text{March 31, 2007}} = \frac{1}{2} \times 0.0425 \times \frac{76}{181} \times 100 \times 1.20310$$

$$\text{Inflated Accrued Interest}_{\text{March 31, 2007}} = 1.073$$

### Market Value

Now that we have calculated the adjusted amount outstanding of $10.067 billion and the inflated price and accrued interest for the 4.25% January 2010 TIPS as of March 31, 2007, we can calculate its market value as of the same date:

$$\text{Market Value} = \frac{(\text{Price}_{\text{Inflated}} + \text{Accrued Interest}_{\text{Inflated}})}{100} \times \text{Amount Outstanding}$$

$$\text{Market Value}_{\text{March 31, 2007}} = \frac{(127.999 + 1.073)}{100} \times \$10.067 \text{ billion}$$

$$\text{Market Value}_{\text{March 31, 2007}} = \$12.994 \text{ billion}$$

## Index Yield and Duration Calculations (Real and Nominal)

### Real Yield

*Calculating real yields for TIPS is similar to calculating the yield of nominal securities, except real cash flows are used instead of nominal cash flows*

Calculating real yields for TIPS is similar to calculating the yield of nominal securities, except real cash flows are used instead of nominal cash flows. To calculate a real yield, set the future inflation to zero and perform a standard price-to-yield calculation, treating the bond like a fixed coupon bond with an unaccreted notional using the uninflated cash flows and prices.[62]

For example, for a TIPS with a 3% coupon, we calculate the yield with respect to 3% cash flows for the lifetime of the bond, using a redemption price of par and the uninflated price.[63]

### Nominal Yield

The real yield of a TIPS is not directly comparable with the yield of a nominal security. Under the same inflationary conditions, real yields of TIPS will be lower than the nominal yields of a similar maturity, because nominal yields will reflect future inflation.

*For nominal yields, we assume an inflation rate in order to project inflated cash flows for TIPS*

Therefore, to compare the two, we must convert real yields into nominal terms. To do this, we assume an inflation rate in order to project inflated cash flows for TIPS. The assumed inflation rate is an approximation of future inflation, and we calculate it using the rolling 12-month change in the reference CPI for the security:

$$\text{Assumed Inflation} = 100 \times \frac{(\text{Reference CPI}_{t} - \text{Reference CPI}_{t-1 \text{ year}})}{\text{Reference CPI}_{t-1 \text{ year}}}$$

Using the assumed inflation rate, the current index ratio, and the uninflated cash flows, we can generate the expected inflated cash flows, which can then be used to calculate analytics such as nominal yield to worst and nominal yield to maturity. The index website on LehmanLive reports yields and related analytics on a nominal basis.

---

[62] *Inflation Linked Bond Analytics in POINT, September 2004, p 1.*
[63] *Ibid., p 3.*

### Real Durations

*Real duration is computed as the sensitivity of the TIPS real price to changes in its real yield.*

TIPS exhibit a direct sensitivity to changes in real interest rates, as measured by real duration. Real duration is computed as the sensitivity of the TIPS real price to changes in its real yield. Corresponding real duration calculations mirror standard calculations for nominal durations, but use real yields instead of nominal yields. However, the real yields of TIPS are lower than the yields of nominal bonds; therefore, the real durations of TIPS will be longer than durations of maturity-matched nominal securities. This arises because of the lower rate of discounting: the longer term cash flows of TIPS contribute a greater share of present value, making the duration longer. Therefore, the real durations of TIPS are not directly comparable with those of nominal securities. [64]

On the Lehman Brothers TIPS Index page on Bloomberg, the "Duration to Worst" field is the real (inflation-adjusted) Macaulay duration. On LehmanLive, "Macaulay Dur Worst" is the real Macaulay duration.

### Nominal Durations

To compare durations between TIPS and nominal securities, we must again calculate TIPS duration in nominal terms, also referred to as empirical OAD. Nominal durations of TIPS can be estimated by creating a minimum-variance hedge portfolio of nominal Treasuries and TIPS. [65] A beta is computed from this portfolio, and the weighted average duration of this portfolio becomes the estimate of the nominal duration of the TIPS security. To construct the hedge, a covariance matrix of price returns is built. The matrix is based on the trailing 60 days' worth of daily yield changes multiplied by the appropriate duration of each instrument on day 60. It has historically been around 65%, but will change as the portfolio is recalculated daily. [66]

The fixed income indices section of LehmanLive reports durations in nominal terms. On Bloomberg and LehmanLive, the "Duration Mod Adj" field is the nominal duration. In POINT, the "Empirical OAD" field is the nominal duration.

## INDEX RETURN CALCULATIONS

Now that we have explained the mechanics of how amount outstanding, market value, price, and accrued interest are calculated in nominal terms, we can focus on return calculations. The total return for each TIPS is calculated using inflated prices and reflects the sum of two components: 1) the inflated price return and 2) the inflated coupon return. This section will walk through how returns are calculated for individual securities in the Lehman Brothers U.S. TIPS Index, which are then market value weighted to derive the returns of the overall U.S. TIPS Index.

### Price Return

The price return for a given time period is the return derived from changes in the inflated price during the course of the period, where the denominator is the sum of the inflated price and inflated accrued interest, also known as the inflated "dirty" price.

$$\text{Price Return} = \frac{(\text{Inflated Price}_{\text{End of Period}} - \text{Inflated Price}_{\text{Beginning of Period}})}{(\text{Inflated Price}_{\text{Beginning of Period}} + \text{Inflated Accrued Interest}_{\text{Beginning of Period}})}$$

---

[64] *Lev Dynkin,* TIPS in Total Return Portfolios, *p 4.*
[65] *The May 1997 publication,* Risk Characteristics of TIPS Compared to Nominal Treasury Securities, *by Prashant Vankudre.*
[66] *For more information on how this method works, please see the May 1997 publication,* Risk Characteristics of TIPS Compared to Nominal Treasury Securities.

For example, if we want to find the price return for the month of April 2007 for the 4.25% TIPS maturing on January 2010, we can use the inflated price and inflated accrued interest numbers calculated in the previous section. Using a similar calculation, we find the inflated price of 128.436 for April 30 and use the following formula to calculate the price return:

$$\text{Price Return}_{\text{April 2007}} = \frac{(\text{Inflated Price}_{\text{April 30}} - \text{Inflated Price}_{\text{March 31}})}{(\text{Inflated Price}_{\text{March 31}} + \text{Inflated Accrued}_{\text{March 31}})}$$

$$\text{Price Return}_{\text{April 2007}} = \frac{(128.436 - 127.999)}{(127.999 + 1.073)} = 0.339\%$$

### Coupon Return

The coupon return for a given period is the change in accrued interest during that period plus any interest paid during that period, divided by the inflated dirty price of the security at the beginning of that period.

$$\text{Coupon Return} =$$

$$\frac{[(\text{Inflated Accrued Interest}_{\text{End}} - \text{Inflated Accrued Interest}_{\text{Beginning}}) + \text{Interest Payment}]}{(\text{Inflated Price}_{\text{Beginning of Period}} + \text{Inflated Accrued Interest}_{\text{Beginning of Period}})}$$

Using the same security as above over the same time period (April 2007), coupon return is calculated as follows:

$$\text{Coupon Return}_{\text{April 2007}} =$$

$$\frac{[(\text{Inflated Accrued Interest}_{\text{April 30}} - \text{Inflated Accrued Interest}_{\text{March 31}}) + \text{Interest Payment}_{\text{April}}]}{(\text{Inflated Price}_{\text{March 31}} + \text{Inflated Accrued Interest}_{\text{March 31}})}$$

$$\text{Coupon Return}_{\text{April 2007}} = \frac{[(1.505 - 1.073) + 0]}{129.0725}$$

$$\text{Coupon Return}_{\text{April 2007}} = 0.335\%$$

Interest payment is zero because there was no interest paid in April, bringing the coupon return to 0.335%.

### Total Return

The total return is the sum of the price return and the coupon return over the period. For the same 4.25% TIPS maturing on January 15, 2010,

$$\text{Total Return}_{\text{April}} = \text{Price Return}_{\text{April}} + \text{Coupon Return}_{\text{April}}$$

$$\text{Total Return}_{\text{April}} = 0.339\% + 0.335\%$$

$$\text{Total Return}_{\text{April}} = 0.674\%$$

### ACCESSING THE INDEX DATA THROUGH LEHMANLIVE AND POINT

Investors may retrieve index returns and statistics from the Fixed Income Indices section on LehmanLive. This site allows entitled users to access and download historical index returns and statistics back to the index's inception. The U.S. TIPS Index will be listed under the Treasuries link in the second column. The index can also be found under the Interest Rates tab by clicking on the Inflation Products link.

All Lehman Brothers index returns are reported on daily, monthly, annual, and since-inception bases, with cumulative returns for the entire period. Customized returns for specific periods are also possible using the Returns Calculator on LehmanLive. LehmanLive reports yields, durations, and other analytics in nominal terms unless otherwise specified.



*POINT, Lehman Brothers' index and portfolio analysis tool, offers an expanded set of TIPS analytics at the index and security levels*

POINT, Lehman Brothers' index and portfolio analysis tool, offers an expanded set of TIPS analytics at the index and security levels (uninflated and inflated, CPI numbers, durations, yields, and the index ratio for each constituent bond). Please note that in POINT, we do not update index ratios for TIPS on non-business days, so index ratios will always reflect the previous business day and then "catch up" if there were holidays or weekend dates.

Static page views are available on Bloomberg, with the same data available on LehmanLive. From the Bloomberg terminal, type LEHM <GO> to reach the index

**Lehman Brothers** | A Guide to the Global Family of Indices

selection screen for Lehman Brothers' Global Family of Indices. Select Other (option # 8) from the Global column, then select Reals (option # 2) and choose from either TIPS returns or TIPS statistics. These page views will provide the monthly and daily index returns and statistics.

*The Blomberg ticker for the U.S. TIPS Index is LBUT. To see all available attributes type in LBUT Index <GO>*

Tickers are also available on Bloomberg, with historical data for select attributes in the TIPS Index, including real yield, nominal and real durations, real yield, market values, and total returns. To see a list of tickers associated with the index and to view history, type LBUT Index <GO>.

**Lehman Brothers** | A Guide to the Global Family of Indices

# Appendix: Sample Daily Index Ratio and CPI Calculations

The table below walks through an example of daily index ratios and CPI calculations for the 4.25% January 2010 TIPS from February 28, 2007, to April 2, 2007.

**4.25% January 2010 TIP Security**

| | |
|---|---|
| Base CPI [a] | 168.24516 |
| CPI December 2006 | 201.800 |
| CPI January 2007 | 202.416 |
| CPI February 2007 | 203.499 |

| Calendar Date | Index Settlement Date (t+1) [b] | # of calendar days to index settle [c] | Published CPIs Used for Ref CPI Calculation | Reference CPI (t+1) | Index Ratio (t+1) | Uninflated Amount oustanding (mm) |
|---|---|---|---|---|---|---|
| 28-Feb-07 | 1-Mar-07 | 28 | Nov-06/Dec-06 | 201.80000 | 1.19944 | $10,066,726 |
| 1-Mar-07 | 2-Mar-07 | 1 | Dec-06/Jan-07 | 201.81987 | 1.19956 | $10,066,726 |
| 2-Mar-07 | 3-Mar-07 | 2 | Dec-06/Jan-07 | 201.83974 | 1.19968 | $10,066,726 |
| 5-Mar-07 | 6-Mar-07 | 5 | Dec-06/Jan-07 | 201.89935 | 1.20003 | $10,066,726 |
| 6-Mar-07 | 7-Mar-07 | 6 | Dec-06/Jan-07 | 201.91923 | 1.20015 | $10,066,726 |
| 7-Mar-07 | 8-Mar-07 | 7 | Dec-06/Jan-07 | 201.93910 | 1.20027 | $10,066,726 |
| 8-Mar-07 | 9-Mar-07 | 8 | Dec-06/Jan-07 | 201.95897 | 1.20039 | $10,066,726 |
| 9-Mar-07 | 10-Mar-07 | 9 | Dec-06/Jan-07 | 201.97884 | 1.20050 | $10,066,726 |
| 12-Mar-07 | 13-Mar-07 | 12 | Dec-06/Jan-07 | 202.03845 | 1.20086 | $10,066,726 |
| 13-Mar-07 | 14-Mar-07 | 13 | Dec-06/Jan-07 | 202.05832 | 1.20098 | $10,066,726 |
| 14-Mar-07 | 15-Mar-07 | 14 | Dec-06/Jan-07 | 202.07819 | 1.20109 | $10,066,726 |
| 15-Mar-07 | 16-Mar-07 | 15 | Dec-06/Jan-07 | 202.09806 | 1.20121 | $10,066,726 |
| 16-Mar-07 | 17-Mar-07 | 16 | Dec-06/Jan-07 | 202.11794 | 1.20133 | $10,066,726 |
| 19-Mar-07 | 20-Mar-07 | 19 | Dec-06/Jan-07 | 202.17755 | 1.20168 | $10,066,726 |
| 20-Mar-07 | 21-Mar-07 | 20 | Dec-06/Jan-07 | 202.19742 | 1.20180 | $10,066,726 |
| 21-Mar-07 | 22-Mar-07 | 21 | Dec-06/Jan-07 | 202.21729 | 1.20192 | $10,066,726 |
| 22-Mar-07 | 23-Mar-07 | 22 | Dec-06/Jan-07 | 202.23716 | 1.20204 | $10,066,726 |
| 23-Mar-07 | 24-Mar-07 | 23 | Dec-06/Jan-07 | 202.25703 | 1.20216 | $10,066,726 |
| 26-Mar-07 | 27-Mar-07 | 26 | Dec-06/Jan-07 | 202.31665 | 1.20251 | $10,066,726 |
| 27-Mar-07 | 28-Mar-07 | 27 | Dec-06/Jan-07 | 202.33652 | 1.20263 | $10,066,726 |
| 28-Mar-07 | 29-Mar-07 | 28 | Dec-06/Jan-07 | 202.35639 | 1.20275 | $10,066,726 |
| 29-Mar-07 | 30-Mar-07 | 29 | Dec-06/Jan-07 | 202.37626 | 1.20287 | $10,066,726 |
| 30-Mar-07 | 1-Apr-07 | 31 | Dec-06/Jan-07 | 202.41600 | 1.20310 | $10,066,726 |
| 2-Apr-07 | 3-Apr-07 | 1 | Jan-07/Feb-07 | 202.48820 | 1.20353 | $10,067,103 (d) |

For instance, to calculate the index ratio for March 15, 2007, we use the next calendar day settlement of March 16, 2007. To calculate the reference CPI for March 16 settlement, we use the following formula:

$$\text{Reference CPI}_{\text{March 15}} = \text{CPI}_{\text{December 2006}} + \frac{\text{\# of calendar days to index settle}}{\text{total calendar days in month}} * (\text{CPI}_{\text{January 2007}} - \text{CPI}_{\text{December 2007}})$$

$$\text{Reference CPI}_{\text{March 15}} = 201.8 + \frac{15}{31} * (202.416 - 201.8) = 202.09806$$

Dividing the base CPI of 168.24516 by the Reference CPI of 202.09806 for March 16th gives an index ratio of 1.20121 for March 15, 2007.

*(a) This is the Base CPI unique to the 4.25% January 2010 TIP security. This remains constant for the life of this bond*
*(b) Index settlement day is always the next calendar day (regardless of whether it falls over a weekend), with the exception of month-end. If month-end falls over a weekend, the index settlement date is always the first day of the next month.*
*(c) This is the number of days between the index settlement day and the first day of the month*
*(d) Every three months, the amount outstanding is adjusted based on reported amount outstanding data published in the Treasury Quarterly Bulleting*

# 16: OVERVIEW OF OPTION ADJUSTED DURATION (OAD)/ EFFECTIVE DURATION AND OPTION ADJUSTED CONVEXITY (OAC) CALCULATIONS FOR INDEX ELIGIBLE BONDS

## INTRODUCTION

*Option Adjusted Duration (Effective Duration) has been used for published duration numbers since 1989, non-U.S. indices used ISMA Duration*

Lehman Brothers calculates several different measures of duration for each security in its fixed income indices including Modified Duration, Macaulay Duration, and Option Adjusted Duration (OAD). In 1989, OAD (also referred to as effective duration or modified adjusted duration) replaced Macaulay duration as the published index duration for our indices (non-U.S. indices use effective durations under ISMA annual coupon yield conventions and are referred to as ISMA duration). Using OAD offers a better measure of price/yield sensitivity for bonds with embedded optionality (securitized bonds such as MBS and ABS as well as callable governments or corporates).

Option adjusted duration (OAD) is similar to modified duration, except it captures the change in a bond's price for a shift in the entire yield curve, as opposed to a single bond's yield and better reflects price changes due to optionality. This appendix will briefly review how we calculate OAD for index eligibility securities, with an overview of the inputs and assumptions used in the calculation.

## CALCULATING OPTION ADJUSTED DURATION

### OAD Formula & Assumptions

*OAD calculations use 25 bp shifts of the par yield curve*

OAD is calculated by shocking the yield curve up and down by a fixed amount and measuring the resulting change in price. Lehman uses a lognormal option model and the current price of a bond to calculate the option adjusted spread (OAS) of the bond. Then keeping this OAS constant, we shift the par yield curve (as opposed to the zero or forward curves) up by 25 bp and revalue the bond at the new higher yield. We then shift the par yield curve down by 25 bp and revalue the bond at the new lower yield. The OAD is then calculated with the following formula:

$$OAD = \frac{-100/P * (P_{up} - P_{down})}{2 * \Delta \text{ yield}}$$

Where:

$P$ = current price of the bond

$P_{up}$ = price of the bond when shifting the yield curve up by 25 bp.

$P_{down}$ = price of the bond when shifting the yield curve down by 25 bp.

$\Delta \text{ yield}$ = a 25 bp shift in the par yield curve.

**Lehman Brothers** | A Guide to the Global Family of Indices

### KRD Calculations

*The six KRD points used in our indices are 6-month, 2-yers, 5-years, 10-years, 20-years, 30-years*

In addition to OAD, Lehman calculates key rate durations (KRDs) at 6 points on the curve: 6 months, 2-years, 5-years, 10-years, 20-years and 30-years. The movements of the par yields at these 6 points are assumed to capture the overall movement of the yield curve and therefore the sum approximately equals the total OAD of the bond. By shifting only part of the yield curve while holding the rest of the curve fixed and repricing the bond at a constant OAS, we are able to measure the sensitivity of a bond to these different parts of the curve. Akin to OAD calculations, we calculate all KRDs with a 25 bp shift to the par curve.

### RETURNS UNIVERSE OAD VS. STATISTICS UNIVERSE OAD

We calculate OAD on both the returns (backwards) and statistics (forward) universes of each index that we publish. The differences between these two index metrics reflect projected changes to index composition (turnover reflected in the statistics universe) and the amount of cash earned by the index from coupon and principal (accumulated in the returns universe).

### Calculating Statistics OAD (Modified Adjusted Duration)

Security level OAD for each bond in the stats universe is calculated using the OAD formula outlined above. Because the statistics universe OAD is not adjusted for cash, each bond is weighted by its security market value to derive the index level Statistics OAD (also called Modified Adjusted Duration). The number of bonds in the statistics universe may change daily as bonds enter and exit the projected index.

### Calculating Returns OAD

*Returns duration scales the OAD downward for any cash that has been earned during the month. If no cash has been earned, a bond's returns OAD will equal its statistics OAD.*

Returns OAD is calculated the same way as statistics OAD, but is adjusted downward for the amount of cash earned by each security during the month. Cash has a zero duration, so any accumulated cash will effectively lower a bond's duration in the returns universe until the cash is removed from the index at month-end.

The returns universe market value (*RU Market Value*) of an index eligible security will include two components: 1) the market value of underlying security (*RU Security Market Value*) and 2) the amount of accumulated cash (*RU Cash Market Value*). To adjust a security's calculated OAD for cash, we divide *RU Security MV* by the *RU Market Value* to obtain a cash scaling factor for each security. This scaling factor will always be less than or equal to 100% depending on whether or not a bond has earned any cash during the month. If no cash has been earned, the cash scaling factor will be 1 and the security's Returns OAD and Statistics OAD will be the same. A security's Returns OAD will never be higher than its Statistics OAD.

Multiplying this cash scaling factor by a security's calculated OAD generates the Returns OAD of a bond. The Returns OAD of each index eligible security is then weighted by each security's RU Market Value to generate the index level Returns OAD.

**Lehman Brothers** | A Guide to the Global Family of Indices

*Example: U.S. Treasury 912828CA, 4.0% coupon, 2/15/2014 maturity*

As of February 2007 month-end, the RU security MV = $25.33 billion, security level OAD = 5.99. During the month of February, $522.5 million of coupon was paid in cash on this treasury, so the RU Cash MV = $522.5 million (2.0% of the total market value of the treasury and its associated cash).

RU MV = RU Security MV + RU Cash MV:

Cash Scaling Factor = RU Security MV / RU MV:

Returns OAD = Cash Scaling Factor * Security OAD:

RU MV = $25.33 billion + $522.5 million = $25.85 billion.

Cash Scaling Factor = $25.33 billion / $25.85 billion = 0.979

Returns OAD = 0.979 x 5.99 = 5.86

### Calculating Index Duration Extension

*Duration extension is the difference between the statistics universe OAD and the returns universe OAD at monthend*

The statistics OAD and returns OAD used to quantify the monthly index duration extension that occurs when indices are reset at each month-end. Though forecasted throughout the month, actual index duration extension is calculated by taking the difference in the statistics universe duration and the returns universe duration on the last day of the month. If an index contracts instead of lengthening when it is reset at month-end, it is entirely due to index turnover rather than the removal of cash (which can only lengthen duration). Quantifying this lengthening or contraction is important for both active and passive investors seeking to be long/neutral/short the benchmark's duration. *For a more detailed discussion of index duration extension, please see Appendix 9.*

### OTHER COMMONLY USED DURATION MEASURES

*ISMA Duration*

For non-U.S. indices, ISMA duration is often used in place of the OAD discussed above. The major difference between these two measures is the assumption of an annual coupon instead of semi-annual coupon in ISMA yield calculations that are used in the OAD calculations. We publish both Returns and Statistics ISMA durations for our Pan-European and Asian-Pacific Indices.

*Empirical and Real Durations for Inflation-Linked Securities*

In addition, for our Inflation-Linked Indices, we publish both empirical and real durations for securities whose valuations are adjusted for inflation that look at the securities in both nominal and real terms.

### CALCULATING OPTION ADJUSTED CONVEXITY (OAC)

Convexity is the second derivative of the price-yield function and it measures the second order change in the price of a bond with respect to yield changes. It is positive for conventional bonds and is negative for mortgage passthrough securities. Negative convexity dampens the price appreciation if interest rates fall and aggravates the price decline if interest rates rise. For example, even though passthrough securities usually have higher yields than Treasuries, they may underperform Treasuries if rates move from

the base case due to the inherent negative convexity. The OAC is then calculated with the following formula:

$$\text{OAC} = \frac{P\,(-\Delta\,\text{yield}) + P\,(+\Delta\,\text{yield}) - 2P}{P * (\Delta\,\text{yield})^2} * 100$$

Where:

$P$ = current price of the bond

$P\,(+\Delta\,\text{yield})$ = price of the bond when shifting the yield curve up by 25 bp.

$P\,(-\Delta\,\text{yield})$ = price of the bond when shifting the yield curve down by 25 bp.

$\Delta\,\text{yield}$ = a 25 bp shift in the par yield curve.

### ACCESSING INDEX DURATIONS AND CONVEXITIES

As with our Lehman indices, there are 3 sources to monitor duration performance for individual indices: LehmanLive (Index Website), POINT, and Bloomberg.

*LehmanLive*

Investors may retrieve returns universe OAD and statistics universe OAD and OAC for the Lehman indices from the Fixed Income Indices section on LehmanLive. For U.S. indices, the returns duration is listed on the 'Current Returns' tab for an index and is named "Returns Mod Adj US Duration." The statistics universe duration and convexity are listed on the 'Basic Statistics' tab for an index and are named "US Mod. Adj. Duration" and "US Convexity," respectively. For Pan-Euro and Asian-Pacific Indices, the returns duration is listed on the 'Current Returns' tab for an index and is named "Returns Mod ISMA Duration." The statistics universe duration and convexity are listed on the 'Basic Statistics" tab for an index and are named "ISMA Modified Duration" and "ISMA Convexity," respectively.

Users may customize their view from the index website to view the additional duration figures of Macaulay duration to worst, and modified adjusted duration to worst.

*POINT*

For investors with access to POINT, Lehman's risk management and portfolio tool, returns and statistics durations at the index level are available by running a market structure report on the relevant index universe. From the Index Contents page, users are only available to view the statistics duration at the index level and will need to use the formula outlined above to calculate a returns duration or convexity.

*Bloomberg*

Type LEHM <GO> to take you to the index selection screen for Lehman's Global Family of Indices. Select your desired index and then select either 'Daily Index Returns' or "Daily Index Statistics" to bring you to the relevant index universe for the duration and convexity numbers you want to view.

## 17: LEHMAN BROTHERS' SUITE OF BENCHMARKS FOR LDI STRATEGIES[67]

### INTRODUCTION

There have been a number of developments recently within the pension and insurance arenas that have placed more emphasis on the importance of asset-liability management (ALM) and liability-driven investment (LDI) strategies. Regulatory changes in Europe (in particular in the U.K. and the Netherlands) have made it necessary for pension and insurance funds to periodically mark-to-market their fixed and inflated liabilities. In the U.S., the passing of the Pension Protection Act of 2006 coupled with anticipated FASB changes have increased the transparency of a pension's funding status while calling for the elimination of actuarial smoothing. The increased focus on LDI is becoming apparent in Asia as well.

For investors that are gravitating toward more focused LDI strategies, Lehman Brothers offers several different options to consider when constructing an appropriate liability-based benchmark. The recent launch of our new Zero Coupon Nominal and Inflation-linked Swaps Indices allows institutional investors to create customized benchmarks that closely mirror the risk and performance characteristics of their liability streams. For investors that prefer a benchmark that does not contain derivatives, we offer strips and/or longer-duration government/credit benchmarks.

### WHY THE FOCUS ON LDI ?

The renewed interest in asset-liability matching and the proliferation of LDI solutions have been caused by a number of factors. Among them:

- The rapid decline in interest rates, which led to an increase in most pension fund liabilities on a mark-to-market (MTM) basis. Unfortunately for most pension funds, this decline in rates also coincided with a sharp decline in equity valuations. The fall in the value of assets at a time when the value of liabilities was increasing led to a dramatic deterioration in the ratio of assets to liabilities (the '*funding ratio*'), which is what regulators, CFOs and members look at to judge the financial condition of a fund. For these reasons, many pension plans worldwide have been forced to adjust their investment and hedging strategies to minimize the impact of a declining (and volatile) funding ratio.

- In the U.K., FRS 17 requires that actuarial gains and losses should be recognized immediately in a new account called STRGL (Statement of Total Recognised Gains and Losses). In some European countries such as the Netherlands and Denmark, regulations require MTM recognition of pension liabilities as well.

- In the U.S., the Pension Protection Act of 2006 contained more stringent funding requirements and called for reduced actuarial smoothing. Depending on the duration gap between assets and liabilities, the volatility of a plan's funding status could increase tremendously. In addition, FAS 158 will directly link a plan's funded status with a plan sponsor's balance sheet, resulting in significant period-over-period volatility in shareholders' equity.

---

[67] *Originally published in November 2006 by Nicholas Gendron, Matteo Lombardo, Lee Phillips, and Tadashi Tago.*

- In Japan, Accounting Standard for Retirement Benefit allows that actuarial gains and losses can be amortized over the average remaining years of service. However, many plan sponsors are becoming aware of the importance of MTM-based valuation, even if accounting and regulatory rules do not necessarily require it.

- A working group at IASB is now continuing discussion for Insurance Project Phase 2. Although the details are still under discussion, the board has tentatively concluded that some form of MTM-based valuation is appropriate for insurance contracts. Although the actual implementation of the accounting rule change will be in 2010 at the earliest, insurance companies in many countries are preparing for the forthcoming change. In addition, IAIS (International Association of Insurance Supervisors) is planning to release a roadmap in early 2007, which is expected to establish the framework for insurance liability valuation and economic value-based ALM.

## LEHMAN LDI INDICES

Due to the aforementioned factors, the renewed focus on liabilities has also caused many investors to re-examine which benchmarks are appropriate for many of their pension/insurance mandates. To date, we have seen no real need for standardized benchmarks in the LDI space because each mandate tends to be highly customized based on the client's pension or insurance liability stream. Our approach to date has been to offer a diverse set of "ingredients" that investors can select from to achieve their desired benchmark. The types of LDI benchmarks that have been adopted or are under consideration are described below.

### Traditional Approach: Aggregate, Long Government/Credit, Strips

Plan sponsors have traditionally relied on long-dated government and corporate bond indices (or composites of indices to closely match the characteristics of the liabilities profile) as a proxy benchmark for risk and performance analysis of such obligations. The most commonly used indices for these approaches are the Aggregate, Long Government/Credit, and Treasury Strips Indices. Investors who use this approach either 1) manage normally against a standard index which has a duration "close enough" to the liabilities (i.e. U.S. Long Government/Credit), 2) manage against the standard index and overlay futures or swaps to lengthen duration to match the liability stream or 3) blend a standard index and strips together to produce a liability benchmark that has an appropriate duration and cash flow profile.

These techniques, which provide the advantage of simplicity, nevertheless present a number of limitations. The most important is that while the duration of the benchmark may closely resemble that of the liability stream, the term structure differential between the benchmark and liabilities could be significant leaving tremendous exposure to changes in the shape of the curve. For liability streams that are frozen, an added challenge in using a standard benchmark is that it will experience turnover each month that will hold the duration somewhat constant while the liabilities will decrease in duration over time causing an undesired duration drift between the two.

To overcome the deviations between the actual liabilities and the benchmark cash flows, some investors have blended strips with standard indices to create a custom benchmark that achieves a closer term structure match with the liabilities. This type of strategy has the potential to grow in popularity due to the use of non-derivative instruments which some plans have yet to become comfortable with. While several custom indices that incorporate strips have been published already, we have recently added a "Strips" section

under the U.S. column of the index map on Lehman Live and will offer several maturity ranges of strips based on user requests.

### The Swap Approach

The movement away from the traditional approach stated above toward LDI strategies that incorporate swap-based benchmarks has begun to gain momentum. While we have been publishing par swap indices since 2002 (see "The Lehman Brothers Swaps Indices", January 2002), we have also recently introduced two additional types of swap-based benchmarks: 1) Zero Coupon Nominal Swaps and 2) Zero Coupon Inflation Swaps. Each of these new swaps indices come in two forms:

o   **Rolling Maturity Swap Indices** are suitable for open funds, where liabilities are continually extending. The index is rebalanced at every month end and the maturity date shifts forward one month with a new breakeven.

o   **Fixed Maturity Swap Indices** are appropriate for closed funds. The index is static and is not rebalanced after inception. This means that the index maturity will decrease through time to match the characteristics of a closed fund.

The main advantage in incorporating zero coupon nominal and inflation swap indices is that they can be combined to create benchmarks which very closely track the inflation-linked and fixed nominal characteristics of future cash streams. The use of these indices provides an investor with pure interest rate and generic spread exposure without being subject to bond specific factors like variations in issuer or bond specific spread. These new additions to our index family are described in greater detail below.

### THE ZERO COUPON NOMINAL SWAP INDICES

The Lehman Zero Coupon Nominal Swap Indices are defined as hypothetical zero coupon bonds priced off the swap curve. The replicating portfolio consists of a cash investment at LIBOR combined with a zero coupon swap, where periodic LIBOR payments are exchanged for a single fixed cash flow at maturity. At inception time, the size of the cash investment is chosen to offset the floating leg of the zero coupon swap and is equal to the present value of the fixed payment at a zero coupon swap rate of the appropriate maturity.

As such, the total return of the index is equivalent to the return of a zero coupon bond priced in the swap curve, and the periodic index returns reflect the change in present value of a fully funded investment in a zero coupon bond.

The Zero Coupon Nominal Swap Indices are available in USD, EUR, GBP and JPY, with tenors ranging from 3 months to 50 years in certain markets. Maturities will soon be extended to additional tenors.

### THE ZERO COUPON INFLATION-LINKED SWAP INDICES

In a similar fashion to that of the Zero Coupon Nominal Swap Indices, we have also created indices which represent funded investment in a zero coupon inflation swap. The replicating portfolio is an investment in a zero coupon inflation swap and cash invested at LIBOR with the invested amount of cash determined in such a way to offset the fixed leg of the inflation swap. The result is an index which reflects the return of a zero coupon inflation bond priced using the inflation swap curve.

The index return at maturity represents only the growth in the inflation index between the time of investment $I(0)$ and the maturity date $I(T)$, with a small lag that reflects the convention in the inflation-linked swap markets.

The present value of such inflation linked cash flow at intermediate maturities is function of; a) the observed, realised rate of inflation, and b) the real rate of interest. The nominal and inflation swap markets provide market pricing for the nominal and breakeven curves.

The Zero Coupon Inflation-Linked Swap Indices are produced for US CPI, Eurozone HICP ex Tobacco, French CPI ex Tobacco and UK RPI, with tenors ranging from 3 months to 30 years.

### ACCESSING THE INDICES

As with all Lehman indices, the offerings for LDI benchmarks can be found on Lehman Live and is published daily. The boxes in Figure 1 highlight where to access inflation-linked and nominal swaps in all currencies as well as U.S. strips. Figure 2 shows a sample screen shot of fixed maturity date inflation-linked swaps.

**Figure 1. Accessing LDI Indices: Inflation-linked Swaps, Nominal Swaps, and U.S. Strips**



*Source: Lehman Brothers*

**Lehman Brothers** | A Guide to the Global Family of Indices

### Figure 2. Sample Output of Fixed Maturity Inflation-linked Swaps

Indices

Index Analysis | Reports | Quant Portfolio Strategy

Index Group [Inflation Swaps Fixed Maturity Date ▼]   ☐Index Map   ☐Edit Custom Group

As Of [Nov 08, 2006 ▼]      Currency [Default ▼]   Returns Type [Default ▼]

[Go]

IL Returns | IL Statistics | Periodic Returns    **Custom Views:** [ ▼]   Customize

| | Daily Total Return | MTD Price Return | MTD Other Return | MTD Total Return | Since Inception Tot Ret | Inception (or Start) Date | Inflation Duration (Returns) | Nominal Duration (Returns) | Discount Factor (Returns) | Currency | Return Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2006 Series UKRPI** | | | | | | | | | | | |
| IL Swap Dec 2005: 5 yr | -0.01 | 0.05 | 0.00 | 0.05 | 3.60 | 12/1/05 | -4.04 | 3.94 | 0.81 | GBP | Unhedged |
| IL Swap Dec 2005: 6 yr | -0.04 | 0.04 | 0.00 | 0.04 | 3.40 | 12/1/05 | -5.01 | 4.89 | 0.77 | GBP | Unhedged |
| IL Swap Dec 2005: 7 yr | -0.04 | 0.01 | 0.00 | 0.01 | 3.36 | 12/1/05 | -5.98 | 5.85 | 0.73 | GBP | Unhedged |
| IL Swap Dec 2005: 8 yr | -0.06 | -0.04 | 0.00 | -0.04 | 3.41 | 12/1/05 | -6.95 | 6.80 | 0.70 | GBP | Unhedged |
| IL Swap Dec 2005: 9 yr | -0.09 | -0.07 | 0.00 | -0.07 | 3.36 | 12/1/05 | -7.92 | 7.76 | 0.67 | GBP | Unhedged |
| IL Swap Dec 2005: 10 yr | -0.10 | -0.11 | 0.00 | -0.11 | 3.20 | 12/1/05 | -8.89 | 8.72 | 0.64 | GBP | Unhedged |
| IL Swap Dec 2005: 15 yr | -0.13 | -0.30 | 0.00 | -0.30 | 3.01 | 12/1/05 | -13.74 | 13.51 | 0.52 | GBP | Unhedged |
| IL Swap Dec 2005: 20 yr | -0.18 | -0.46 | 0.00 | -0.46 | 2.21 | 12/1/05 | -18.59 | 18.32 | 0.43 | GBP | Unhedged |
| IL Swap Dec 2005: 25 yr | -0.27 | -0.47 | 0.00 | -0.47 | 2.27 | 12/1/05 | -23.44 | 23.15 | 0.38 | GBP | Unhedged |
| IL Swap Dec 2005: 30 yr | -0.45 | -0.90 | 0.00 | -0.90 | 1.71 | 12/1/05 | -28.29 | 27.98 | 0.30 | GBP | Unhedged |
| **2006 Series EMUCPXTOB** | | | | | | | | | | | |
| IL Swap Dec 2005: 1 yr | 0.01 | 0.08 | 0.00 | 0.08 | 2.31 | 12/1/05 | 0.00 | 0.15 | 0.99 | EUR | Unhedged |
| IL Swap Dec 2005: 2 yr | -0.02 | 0.03 | 0.00 | 0.03 | 1.82 | 12/1/05 | -1.07 | 1.11 | 0.96 | EUR | Unhedged |
| IL Swap Dec 2005: 3 yr | -0.06 | -0.03 | 0.00 | -0.03 | 1.31 | 12/1/05 | -2.12 | 2.07 | 0.92 | EUR | Unhedged |
| IL Swap Dec 2005: 4 yr | -0.10 | -0.05 | 0.00 | -0.05 | 0.76 | 12/1/05 | -3.10 | 3.03 | 0.89 | EUR | Unhedged |

*Source: Lehman Brothers*

# 18: REPLICATING BOND INDEX (RBI[SM]) BASKETS: A SYNTHETIC BETA FOR FIXED INCOME[68]

## AN INTRODUCTION TO RBI[SM] BASKETS[69]

### What Are RBI Baskets?

Replicating Bond Index baskets are portfolios of derivative instruments designed to track a fixed income index. The method for constructing RBI baskets can be applied to widely used benchmarks, such as Lehman Brothers' U.S. Aggregate Index and Global Aggregate Index, or to customized indices. The rationale for the creation of RBI baskets was the lack of liquidity in total return swaps (TRS) on bond indices themselves at a time of increasing demand for synthetic exposure to fixed income indices. Since RBI baskets are composed of hedgeable liquid instruments, TRS on RBI baskets can be created with much greater liquidity and flexibility than TRS on indices themselves.

### What Is the Need for Fixed Income Beta?

The traditional asset management model was built for an era of high market returns. We were all taught that asset allocation was the most critical decision that an investor can make.[70] Encouraged also by Efficient Markets theory, many investors adopted an investment approach that began with high level asset allocation; portfolios were managed by passive or low-risk core managers. Over the past few years, however, low equity market returns have greatly increased the desire among institutions for alpha strategies as a way to boost fixed income returns.

Portable alpha is a strategy that permits the combination of an alpha source with an uncorrelated market exposure (beta). Since alpha and beta can be separated using a portable alpha strategy, plan sponsors can now make allocations to alpha strategies independently of their asset allocation decisions. This is preferable to the "traditional model" since alpha strategies are much more expensive and difficult to locate than beta strategies. The portable alpha methodology gives an investor more flexibility to locate valuable alpha strategies first and then use derivative instruments to achieve the desired beta exposures. For investors looking to generate high alphas over a fixed income index, a portable alpha strategy can be an attractive alternative. By combining an alpha strategy (e.g., hedge funds) with a synthetic fixed income beta, investors can achieve their objectives.

Asset managers are increasingly recognizing that separation of alpha and beta allows a more simplified investment process to be built. Instead of focusing resources on building portfolios for a large range of benchmarks, resources can be devoted to generating alpha. The same alpha source can be used for all portfolios, while the beta exposure is provided separately (perhaps with RBI baskets).

---

[68] Written by Lev Dynkin, Tony Gould, and Albert Desclee in September 2006
[69] RBI is a service mark of Lehman Brothers, patent pending. RBI baskets are not part of the Lehman Brothers Global Family of Indices.
[70] For example, see "Determinants of Portfolio Performance," Financial Analysts Journal, July/August 1986, Brinson, Hood, and Beebower.

### How Are RBI Baskets Constructed?

The Quantitative Portfolio Strategy group has researched methods for replicating bond indices for a decade,[71] and the conclusions from this research were used in the design of RBI baskets. The RBI baskets themselves are composed of various derivative instruments, which may include interest-rate swaps, bond futures, TBAs, CDS baskets (such as CDX or iTraxx), and sub-indices. Using proprietary analytics, we compute the sensitivities of each security (such as currency exposures, yield curve sensitivities, spread durations) in the relevant index to a set of market risk factors. These same sensitivities are computed for each derivative instrument. A pre-defined algorithm is then used to compute the weight of each instrument needed to match the risk factor sensitivities of the RBI basket to the index. All Lehman Brothers fixed income indices are reconstituted at the beginning of each month. Each RBI basket is similarly reconstituted at the same time using the predefined derivative instruments and applying the relevant algorithm.

For each index, there may be more than one RBI basket that reflects the different objectives for which it is utilized. For example, U.S. Aggregate RBI basket Series 1 matches yield curve exposures using interest-rate swaps for the credit sector and matches credit spread (over the swap curve) exposures using CDX instruments. Series 2 uses only interest-rate swaps. While Series 2 has a higher expected tracking error, it may be the optimal choice in combination with some absolute return strategies. For example, this would be the case if the alpha source has a positive correlation to excess returns on credit. Not including CDX in the replicating portfolio of Series 2 is equivalent to a short position that may offset the unwanted effective exposure to the credit market in the alpha source.

### What Applications Are There for RBI Baskets?

RBI baskets are designed to be used as the reference index for total return swaps. The term sheet for each TRS specifies exactly how each basket is constructed. A TRS on an RBI basket allows investors to receive (or pay) a return close to that of the relevant index but without the need to rebalance a replicating portfolio on a monthly basis.

RBI baskets can be used in a number of different applications, most notably as the beta component of a portable alpha strategy. By entering a TRS to receive the return on an RBI basket, investors can put 100% of the funds available for a given investment into an alpha source. This alpha source could be combined with the return from a beta strategy intended to replicate the target fixed income benchmark. Alternatively, if the alpha source itself is fixed income, investors can enter a TRS to pay the return on an RBI basket, thereby eliminating undesired fixed income exposure. The alpha, stripped of its fixed income beta, can then be combined with an alternate beta (such as synthetic equity exposure through S&P futures).

RBI basket TRS can also be used as part of an enhanced indexation strategy to deliver consistent returns in excess of benchmark. For example, a low volatility cash portfolio designed to generate returns in excess of LIBOR, such as a portfolio of floatingrate notes, can be combined with an RBI basket TRS to generate returns that outperform the chosen index with modest tracking error volatilities.

Finally, RBI baskets can be utilized for more tactical purposes. Portfolio cash inflows and outflows can cause unwanted risk versus the benchmark. During the time it takes to invest these cash flows versus an index (or sell out of a portfolio position), the portfolio

---

[71] For example Replicating the Lehman Brothers Global Aggregate Index with Liquid Instruments, Lehman Brothers, August 2005.

may deviate from the target index significantly. By obtaining instant exposure to the relevant index via an RBI basket, investors can nearly eliminate this source of risk.

Similarly, RBI baskets can be used to minimize implementation shortfall during the course of a transition between asset classes or managers. RBI baskets may also be used simply to express a tactical view on the performance of one sector or market versus another. Using highly liquid instruments results in lower transaction costs and higher liquidity than can be achieved by using cash instruments to express a given view.

### For Which Indices Are RBI Baskets Available?

RBI baskets have been constructed to track popular Lehman Brothers fixed income indices including:

- U.S. Aggregate
- U.S. Credit
- Global Aggregate
- Global Aggregate ex-U.S.
- Euro Aggregate
- Euro Corporate
- JPY Aggregate

RBI baskets can be created upon request for either published or custom indices.

### Where Are Returns Available for RBI Baskets?

Returns (updated daily) and historical data for RBI baskets are accessible either through the Quantitative Portfolio Strategy site (under Fixed Income Research Global Strategy) or the Index Website on LehmanLive.



*Source: Lehman Brothers*

## ALPHA AND BETA

### Portable Alpha

The most popular application of replication strategies in recent years has been as part of a portable alpha strategy. Alpha is typically defined as the return earned in excess of that generated as a result of taking static market exposure.[72] A portable alpha strategy transports the alpha from one strategy and combines it with the chosen beta. The advantage of this strategy is the ability to select alpha strategies independently from market betas and use overlays to achieve the desired asset allocation.

Figure 1 shows two examples of a portable alpha strategy. In the first example, an investor wishes to have an allocation to fixed income (beta), with additional returns (alpha) provided by an absolute return strategy. This is not dissimilar to employing a fixed income manager, benchmarked to the Lehman Brothers Aggregate, and giving the manager wide latitude in the use of financial instruments, leverage, and short positions. The portfolio in this case can be seen as a combination of the Lehman Brothers Aggregate and a portfolio of long and short positions. An important difference, though, is in the use of cash. If, for example, the investor has $100 million to invest, that $100 million can be placed with the fixed income manager, who will use the cash to achieve the desired allocation to both alpha and beta strategies. In the case of the portable alpha strategy, several alternatives can be employed to get $100 million worth of exposure to both alpha and beta. First, the positions could be leveraged—that is, borrow another $100 million. Since the collateral for part of the loan will be hedge funds, this is likely to

**Figure 1.     Portable Alpha Examples**

**Panel A: Fixed Income Beta**



Return ≈ Lehman Aggregate + Alpha

**Panel B: Equity Beta**



Return ≈ S&P 500 + Alpha

*Source: Lehman Brothers*

---

[72] Note that this is somewhat different than its less precise usage as simply the outperformance above a stated benchmark. Managers that are always long credit exposure would be expected to outperform their benchmarks over long time periods. In a strict sense, this outperformance would not be described as alpha since it is simply return achieved due to market exposure.

**Lehman Brothers** | A Guide to the Global Family of Indices

be the most expensive choice. Second, the cash could be employed in the beta strategy, with synthetic exposure to the alpha strategy, using, for example, total return swaps. This may limit the range of hedge fund or fund-of-fund investments that can be used, since derivative exposure is far from widely available on all hedge funds. Third, cash could be employed in the alpha strategy, with synthetic (i.e., derivative) exposure to fixed income beta. This choice places less of a limit on the range of hedge funds that can be considered and is also the cheapest choice, since synthetic exposure to fixed income is cheaper to achieve than synthetic exposure to hedge funds.[73]

In Figure 1, Panel B, the investor has identified a fixed income manager that generates significant alpha, but desires to make a market allocation to equities. In this example, the investor must first eliminate the fixed income beta. Once again, this will be most easily done synthetically, in this case by selling synthetic exposure to the fixed income index against which the manager is benchmarked.

### Fixed Income Beta

There are various alternatives for obtaining fixed income beta, as shown in Figure 2.

The cash bond portfolio and exchange-traded fund (ETF) are alternatives if the investor is willing to obtain some or all of the alpha exposure synthetically. The cash bond portfolio is suitable for a large portfolio, with the objective of minimizing the tracking error versus the benchmark, but less suitable for a portable alpha strategy. The daily trading volume of ETFs suggests that this vehicle is not suitable for even a relatively small replication strategy.[74]

There are various options for obtaining fixed income exposure synthetically. In a total return index swap, investors are guaranteed to receive the return on a bond index periodically during the life of the swap, in return for paying a counterparty a floating rate (typically 3-month LIBOR) plus a spread. Figure 3 shows the workings of a total return index swap.

**Figure 2. Alternative Sources of Fixed Income Beta in a Portable Alpha Strategy**

| Strategy | Pros | Cons |
|---|---|---|
| Cash Bond Portfolio | Very low tracking error | Synthetic alpha is expensive |
| Exchange-Traded Fund | Transparent | Uses cash |
| | Low maintenance | Few index choices |
| | | Limited liquidity |
| Total Return Swap | No tracking error | Expensive |
| | Low maintenance | Few index choices |
| | | Limited liquidity and tenor |
| Derivatives Replication | Low tracking error | High maintenance (monthly) |
| | Very flexible | |

*Source: Lehman Brothers*

---

[73] The cost of obtaining synthetic exposure to any asset typically reflects two factors that will affect the cost to the dealer of hedging that exposure: the availability of liquid synthetic instruments, such as futures or swaps, and the financing cost to the dealer of taking the physical position, in this case borrowing funds and placing them in hedge funds.
[74] At the time of writing, the average daily trading volume over the past thirty days of the AGG iShares, which tracks the Lehman Brothers Aggregate Index, was $22.3 million.

**Figure 3.    Example of a Total Return Swap
on the Lehman Brothers U.S. Aggregate Index**



*Source: Lehman Brothers*

The spread to LIBOR compensates the broker-dealer for the cost of hedging the exposure, or locating a counterparty with whom an offsetting swap can be executed. The spread will therefore move in line with the cost of financing the hedging positions and supply and demand on both sides of the index swap market. Total return index swaps on broad indices, such as the Lehman Brothers Aggregate, are limited in their liquidity; there is a lack of natural payers of that exposure, and the potential demand for receiving index exposure is substantially greater than the capacity of broker-dealers to take the basis risk between the index and a portfolio of replicating instruments. There are some sub-indices, such as the U.S. MBS and CMBS indices, for which natural two-way demand does exist and, therefore, liquidity is substantially greater. Index swaps are typically structured for tenors of six to twelve months. Accordingly, for investors who wish to gain substantial exposure (more than $50 million) to a broad index, or for tenors of more than one year, total return index swaps may not be a solution.

In many situations, derivatives replication will be the lowest cost, most practical, and most flexible technique for creating synthetic market exposure to fixed income indices. Derivative instruments are unfunded and highly liquid and have low transaction costs. In order to create a derivative replication strategy, investors must make a number of decisions, including the choice of replication method, the instruments to be used, and the frequency of rebalancing. In addition, investors need access to a comprehensive suite of analytics to be able to match the risk sensitivities of the various derivatives used to those of the relevant index. By entering a total return swap on an RBI basket, investors can simply receive the return on a replication strategy without the need for frequent rebalancing and analytical tools.

## BIBLIOGRAPHY OF RELEVANT LEHMAN BROTHERS RESEARCH PUBLICATIONS

### Index Replication

1. *Replicating Index Returns with Treasury Futures*, November 1997.

2. *The Global Aggregate: Return Replication with Derivatives*, September 2000.

3. *Replication with Derivatives: The Global Aggregate Index and the Japanese Aggregate Index*, March 2001.

4. *Tradable Proxy Portfolios for the Lehman Brothers MBS Index*, July 2001.

5. *The Replication of the Lehman Global Aggregate Index with Cash Instruments*, August 2001.

6. "Hedging and Replication of Fixed Income Portfolios," March 2002, *Journal of Portfolio Management.*

7. *Replicating Index Returns with Treasury Futures: Duration Cells versus Key-rate Durations*, July 2004.

8. *Replicating the Lehman Brothers Aggregate Bond Index with Liquid Instruments*, October 2004.

9. *Replicating the Lehman Brothers Global Aggregate Index with Liquid Instruments*, August 2005.

10. "Replicating Bond Indices with Liquid Derivatives," *Journal of Fixed Income*, Spring 2006.

11. *The Lehman Brothers Swap Indices*, January 2002.

12. Swaps as a Total Return Investment, April 2003.

13. *Simulating Portable Credit Strategies with CDS and Mirror Swap Indices*, October 2003, Lehman Brothers Quantitative Credit Research.

14. *Credit Derivatives Explained*, March 2001, Lehman Brothers Quantitative Credit Research.

### The Lehman Brothers Global Family of Indices

15. *A Guide to the Lehman Global Family of Indices*, March 2007.

### Hedge Fund Style Analysis

16. *Style analysis of hedge fund returns*, January 2006.

17. *The nature of hedge funds' alpha*, March 2006.

All publications quoted may be accessed from Lehman*Live* except items 6 and 10, which are available from Institutional Investor Journals at www.iijournals.com.

# 19: INDEX HOLIDAY SCHEDULES

The Global Family of Indices employs a regional calendar approach for index holiday schedules. It does not use a single holiday calendar for observing index holidays nor does it follow the calendars of all 26 currencies currently composing the Family. Instead, ach index currency with the exception of Chinese reminbi and Indian ruppee follows a U.S., U.K., or Japanese regional calendar (see Figure 1 for regional currency mappings and Figure 2 for the 2008 holiday schedule for each regional currency).

## GLOBAL INDICES

Global, multi-currency indices such as the Global Aggregate are generated every business day of the year except for New Year's Day, the only holiday shared by all regional calendars. During other holidays being observed by local and regional currencies, global indices are still generated but use prices from the previous business day. For example, on July 4 each year, the U.S. Aggregate Index observes Independence Day and is not produced. On the other hand, the Global Aggregate Index, of which the U.S. Aggregate is a member, is still generated, but pricing from USD-denominated bonds are from the previous business day.

## REGIONAL INDICES

### Holidays in Regional Currency

Regional, multi-currency indices such as the Asia-Pacific Aggregate Index are not published during their respective regional calendars' holidays regardless of whether those holidays are observed by other local currencies in the index. To illustrate, the Asia-Pacific Aggregate follows the Japanese holiday calendar. On Marine Day, July 21, 2008, the Asia-Pacific Aggregate will not be published even though that day may not be a holiday in other member currencies.

### Holidays in Local Currency, Not Regional Currency

Local currencies observing non-regional calendar holidays are still run, but use pricing carried forward from the previous business day. To illustrate, the Asia-Pacific Aggregate follows the Japanese holiday calendar. If Taiwan observes a bank holiday on July 1, 2008, but Japan does not, the Asia-Pacific Aggregate will continue to be published but will use prices for TWD-denominated bonds from June 27, the previous business day in Taiwan.

**Figure 1.**

| Bond Currency | Regional Calendar Used | Sample Single Currency Index | Sample Regional/ Multi-Currency Indices |
|---|---|---|---|
| Canadian dollar | U.S. (1) | Canadian Aggregate | Canadian, Global Aggregates |
| Chilean peso | U.S. | Chilean Peso Treasury | Global Aggregate |
| Mexican peso | U.S. | Mexican Treasury | Global Aggregate |
| United States dollar | U.S. | U.S. Aggregate, Municipal, EM | Global Aggregate |
| Czech koruna | U.K. | Czech Koruna Treasury | Central European Treasury, Pan Euro, Global Aggregates |
| Danish krone | U.K. | Danish Krone Aggregate | Central European Treasury, Pan Euro, Global Aggregates |

| | | | |
|---|---|---|---|
| Hungarian forint | U.K. | Hungarian Forint Treasury | Central European Treasury, Pan Euro, Global Aggregates |
| Polish zloty | U.K. | Polish Zloty Treasury | Central European Treasury, Pan Euro, Global Aggregates |
| Slovakian koruna | U.K. | Slovakian Koruna Treasury | Central European Treasury, Pan Euro, Global Aggregates |
| South African rand | U.K. | South African Rand Aggregate | Global Aggregate |
| Swedish krona | U.K. | Swedish Krona Aggregate | Pan Euro, Global Aggregates |
| European euro | U.K. | Euro Aggregate | Pan Euro, Global Aggregates |
| Norwegian krone | U.K. | Norwegian Krone Aggregate | Pan Euro, Global Aggregates |
| Russian ruble | U.K. | Russian Aggregate | |
| U.K. pounds sterling | U.K. | Sterling Aggregate | Sterling, Pan Euro, Global Aggregates |
| Swiss franc | U.K. | Swiss Franc Aggregate | |
| Australian dollar | Japan | Australian Dollar Aggregate | Asian Pacific Aggregate |
| Hong Kong dollar | Japan | Hong Kong Dollar Treasury | Asian Pacific Aggregate |
| Korean won | Japan | Korean Won Aggregate | Asian Pacific, Global Aggregates |
| Malaysia ringgit | Japan | Malaysian Ringgit Aggregate | Asian Pacific, Global Aggregates |
| New Zealand dollar | Japan | New Zealand Dollar Aggregate | Asian Pacific, Global Aggregates |
| Singapore dollar | Japan | Singapore Dollar Aggregate | Asian Pacific, Global Aggregates |
| Taiwan dollar | Japan | Taiwan Dollar Treasury | Asian Pacific, Global Aggregates |
| Japanese yen | Japan | Japanese Aggregate | Asian Pacific, Global Aggregates |
| Indian rupee | India (2) | India Government Bond | |
| Chinese renminbi | China (3) | China Aggregate | |

*(1) Canadian Aggregate is not produced on U.S. holidays*
*(2) Indian Government Index will be produced on Japanese holidays that are not Indian holidays*
*(3) Chinese Aggregate will be produced on Japanese holidays that are not Chinese holidays.*

**Figure 2.    Regional 2008 Index Holiday Schedules** *(subject to change)*

**U.S. Regional Calendar 2008 Index Holidays**

| | |
|---|---|
| New Year's Day | Tuesday, January 01, 2008 |
| Martin Luther King Day | Monday, January 21, 2008 |
| President's Day | Monday, February 18, 2008 |
| Good Friday | Friday, March 21, 2008 |
| Memorial Day | Monday, May 26, 2008 |
| Independence Day | Friday, July 04, 2008 |
| Labor Day | Monday, September 01, 2008 |
| Columbus Day | Monday, October 13, 2008 |
| Veteran's Day | Tuesday, November 11, 2008 |
| Thanksgiving Day | Thursday, November 27, 2008 |
| Christmas Day | Thursday, December 25, 2008 |

**U.K. Regional Calendar 2008 Index Holidays**

| | |
|---|---|
| New Year's Day | Tuesday, January 01, 2008 |
| Good Friday | Friday, March 21, 2008 |
| Easter Monday | Monday, March 24, 2008 |
| May Day | Monday, May 05, 2008 |
| Spring Bank Holiday | Monday, May 26, 2008 |
| Summer Bank Holiday | Monday, August 25, 2008 |
| Christmas Day | Thursday, December 25, 2008 |
| Boxing Day | Friday, December 26, 2008 |

**Japan Regional Calendar 2008 Index Holidays**

| | |
|---|---|
| New Year's Day | Tuesday, January 01, 2008 |
| New Year's Holiday | Wednesday, January 02, 2008 |
| Bank Holiday | Thursday, January 03, 2008 |
| Coming-of-Age Day | Monday, January 14, 2008 |
| National Foundation Day | Monday, February 11, 2008 |
| Vernal Equinox | Thursday, March 20, 2008 |
| Greenery Day | Tuesday, April 29, 2008 |
| Children's Day | Monday, May 05, 2008 |
| National Holiday | Tuesday, May 06, 2008 |
| Marine Day | Monday, July 21, 2008 |
| Respect-for-the-Aged Day | Monday, September 15, 2008 |
| Autumnal Equinox Day | Tuesday, September 23, 2008 |
| Health-Sports Day | Monday, October 13, 2008 |
| Culture Day | Monday, November 03, 2008 |
| Labor Thanksgiving Day (Observed) | Monday, November 24, 2008 |
| Emperor's Birthday | Tuesday, December 23, 2008 |
| Bank Holiday | Wednesday, December 31, 2008 |

**Canada Calendar 2008 Index Holidays**

| | |
|---|---|
| New Year's Day | Tuesday, January 01, 2008 |
| Family Day | Monday, February 18, 2008 |
| Good Friday | Friday, March 21, 2008 |
| Victoria Day | Monday, May 19, 2008 |
| Canada Day | Tuesday, July 01, 2008 |
| Civic Holiday | Monday, August 04, 2008 |
| Labour Day | Monday, September 01, 2008 |
| Thanksgiving Day | Monday, October 13, 2008 |
| Remembrance Day | Tuesday, November 11, 2008 |
| Christmas Day | Thursday, December 25, 2008 |
| Boxing Day | Friday, December 26, 2008 |

**China 2008 Index Holiday Calendar**

| | |
|---|---|
| New Year's Day | Tuesday, January 01, 2008 |
| Lunar New Year | Wednesday, February 06, 2008 |
| Lunar New Year | Thursday, February 07, 2008 |
| Lunar New Year | Friday, February 08, 2008 |
| Lunar New Year | Monday, February 11, 2008 |
| Lunar New Year | Tuesday, February 12, 2008 |
| Ching Ming Festival | Friday, April 04, 2008 |
| Labor Day | Thursday, May 01, 2008 |
| Labor Day | Friday, May 02, 2008 |
| Tuen Ng Festival | Monday, June 09, 2008 |
| Mid-Autumn Festival | Monday, September 15, 2008 |
| National Day | Monday, September 29, 2008 |
| National Day | Tuesday, September 30, 2008 |
| National Day | Wednesday, October 01, 2008 |
| National Day | Thursday, October 02, 2008 |
| National Day | Friday, October 03, 2008 |

**Lehman Brothers** | A Guide to the Global Family of Indices

**India 2008 Index Holiday Calendar**

| | |
|---|---|
| New Year's Day | Tuesday, January 01, 2008 |
| Mahashivratri | Thursday, March 06, 2008 |
| Id-E-Milad | Thursday, March 20, 2008 |
| Good Friday | Friday, March 21, 2008 |
| Ambedkar Jayanti | Monday, April 14, 2008 |
| Mahavir Jayanti | Friday, April 18, 2008 |
| Maharashtra Day | Thursday, May 01, 2008 |
| Buddha Pournima | Monday, May 19, 2008 |
| Independence Day | Friday, August 15, 2008 |
| Parsi New Year Day (Shahensbahi) | Tuesday, August 19, 2008 |
| Ganesh Chaturthi | Wednesday, September 03, 2008 |
| Mahatma Gandhi Jayanti | Thursday, October 02, 2008 |
| Dasara | Thursday, October 09, 2008 |
| Diwali Amavasya (Laxmi Pujan) | Tuesday, October 28, 2008 |
| Bahubeej | Thursday, October 30, 2008 |
| Guru Nanak Jayanti | Thursday, November 13, 2008 |
| Bakri Id (Id-uz-zua) | Tuesday, December 09, 2008 |
| Christmas Day | Thursday, December 25, 2008 |

**Lehman Brothers Commodity Index (LBCI) 2008 Index Holiday Calendar (NYMEX)**

| | |
|---|---|
| New Year's Holiday | Tuesday, January 01, 2008 |
| Martin Luther King Day | Monday, January 21, 2008 |
| President's Day | Monday, February 18, 2008 |
| Good Friday | Friday, March 21, 2008 |
| Memorial Day | Monday, May 26, 2008 |
| Independence Day | Friday, July 04, 2008 |
| Labor Day | Monday, September 01, 2008 |
| Thanksgiving | Thursday, November 27, 2008 |
| Christmas Holiday | Thursday, December 25, 2008 |

**Figure 3.    Index Files/Output on Holidays 1) in Both Local and Regional Currencies or 2) for Regional Currency Only (and not Local Currency)**

| Index Platform | Local/Single Currency & Regional, Multi-Currency Indices | Global Indices |
|---|---|---|
| LehmanLive Index Website | "n/a" displayed | Returns and statistics shown but using prices from previous business day for currencies on holiday |
| Bloomberg LEHM | | |
| Index Reporter | | |
| - Index level files | File produced but line items containing indices observing holidays will not be generated by default. Request can be made to have "null" values appear as placeholders | |
| - Bond level files | Bond and map files produced but prices and analytics will reflect data as of previous business day | |
| - Map files | | |
| Constituent Flat Files | No files produced | |
| Index Data Sets | "-999" displayed | |
| POINT | Returns and statistics shown but using prices from previous business day for currencies on holiday | |
| PC Product | No regional Product for respective regional currency produced | |

**Figure 4.    Index Files/Output on Holidays in Local Currency but not Regional Currency**

| Index Platform | Local/Single Currency Indices | Regional and Global Multi-Currency Indices |
|---|---|---|
| LehmanLive Index Website | "n/a" displayed | Returns and statistics shown but using prices from previous business day for currencies on holiday |
| Bloomberg LEHM | | |
| Index Reporter | | |
| - Index level files | File produced but line items containing indices observing holidays will not be generated by default. Request can be made to have "null" values appear as placeholders | |
| - Bond level files | | |
| - Map files | | |
| Constituent Flat Files | No files produced | |
| Index Data Sets | "-999" displayed | |
| POINT | Returns and statistics shown but using prices from previous business day for currencies on holiday | |
| PC Product | | |

**Lehman Brothers** | A Guide to the Global Family of Indices

## 20: ACCESSING LEHMAN BROTHERS INDEX DATA ON LEHMANLIVE.COM

The Lehman Brothers Index Website is the central hub for accessing index data, news, and research. Available through Lehman Brother's client website, www.lehmanlive.com (Keyword: Index), the index website features a user-friendly interface to retrieve current and historical index returns and statistics in multiple base currencies. Both point-in-time snapshot and time series data since index inception is available and exportable to Excel for all indices (both standard and customized) published by Lehman Brothers.

The site also features several tools to facilitate index analysis such as market structure reports, returns calculators, and index dynamics reports. The Index Website is password protected and is available to authorized clients of Lehman Brothers and via subscription for non-clients of the firm. *Data retrieved from the site is subject to terms and conditions that prohibit unauthorized redistribution of the data*

### SAMPLE PAGES FROM THE INDEX WEBSITE

### The Global Index Map

The main page of the Index Website displays the Index Map. The map can be used to navigate to chosen benchmarks and to access to alerts, index news, and index-related research publications. It can be accessed by typing the keyword: index.



**Lehman Brothers** | A Guide to the Global Family of Indices

### Index Publications and Research

Index Website users can access Lehman Brothers' library of index and related research including archived editions of the monthly Global Family of Indices report that analyzes index performance, market trends, and major index news. Index guides outlining index philosophy and detailing the construction of major Lehman indices are also available in PDF format.



Indices

Index Analysis | Reports | Quant Portfolio Strategy

Quantitative Portfolio Strategies | Global Family of Indices | Market Structure | Index News Archive

☐ Automatically email new Reports and Papers

**Index Guides**

- Guide to Lehman Family of Indices (March 2007)
- Pricing Methodology for the Global Family of Indices (February 2008)
- Index Changes in 1999 (November 1998)
- Global Treasury Index (October 1998)
- Euro-Aggregate Index (April 2003)
- Commercial Mortgage-Backed Securities Index (January 1999)
- U.S. Dollar-Denominated Universal Index (January 2000)
- Indice de Bonos del Gobierno Mexicano Lehman Brothers (Spanish; April 2000)
- Introducing the Asian-Pacific Aggregate Index (July 2000)
- Global Capital Securities (January 2002)
- U.S. Convertible Indices (March 2003)
- Introducing the Floating Rate Note Index (September 2003)
- Introducing the Euro Floating Rate Note Index (February 2004)
- Lehman Brothers Credit Default Swap Indices (October 2003)
- The Lehman Brothers Swap Indices (January 2002)
- Changes in Global Index Rules, Effective January 2005 (September 2004)
- The Lehman Brothers U.S. ABS Floating-Rate Index (May 2005)
- The Lehman Brothers U.S. Hybrid ARM Index (July 2005)
- The Lehman Brothers/HFN Global Hedge Fund Index (September 2005)
- The Lehman Brothers U.S. High-Yield Loan Index (December 2006)
- The Lehman Brothers Commodity Index (LBCI)
- Launching the Lehman Brothers Biodiesel Strategy: Mechanics and Valuation
- LBCI Pure Beta Index: Mechanics and Valuation
- Adding Hybrid ARMs to the U.S. Aggregate and U.S. MBS Indices: FAQ (February 2007)
- Lehman Brothers FX Indices: G10 Currency Pairs (August 2007)
- The Lehman Brothers U.S. TIPS Index (November 2007)
- Bloomberg Tickers for Lehman Brothers Indices (November 2007)
- Introducing the Lehman Brothers Euro Treasury Bills Index (February 2008)

**Quantitative Portfolio Strategies**

- LEVER Update 1Q08 (January 2008)
- Trends in Quantitative Portfolio Strategies (December 2007)
- A Theoretical Basis for DTS (Duration Times Spread) (December 2007)
- A Case for Synthetic Replication of Hedge Funds Returns (November 2007)
- The Hybrid Default Probability (HDP) Model in the Lehman Brothers Global Risk Model (November 2007)
- Quantitative Credit Research Quarterly, Vol 2007-Q3/Q4 (October 2007)
- A Portfolio Manager's Guide to Lehman's Tail Risk Model (October 2007)

**Lehman Brothers** | A Guide to the Global Family of Indices

## Historical Times Series

Users can access historical times series data for any index or group of indices available on the Index Website since its inception date. Index returns and a variety of other index statistics can be viewed on a monthly, quarterly, semi-annual, and annual basis and exported to Excel. Data views can be customized and saved for future use.



Like the Index Website, the Time Series Plotter can be used to view historical index data but in graphical form. The Time Series Plotter is a part of the Fixed Income Toolkit, which is a separate LehmanLive entitlement and also requires permissioning for the Index Website to view index information.



**Lehman Brothers** | A Guide to the Global Family of Indices

### Returns Calculator

The Returns Calculator on the Index Website can generate cumulative and annualized index returns for any index over any specified date range. The calculator provides returns, hedged (full or partial) or unhedged, into any available currency.



### Index News

All index announcements (including monthly forecasts of Duration Extension Analysis) are posted on the Index News section. Users have the option of automatically being emailed when a new item is posted to this section.



## 21: HISTORICAL INDEX ANALYSIS USING BLOOMBERG TICKERS[75]

### INTRODUCTION

Users of Lehman Brothers Fixed Income Indices can obtain index data from a wide variety of sources, including LehmanLive (the most popular source), Bloomberg (via the LEHM function), the *Global Family of Indices* publication, POINT, news publications (such as the *Wall Street Journal*), and other data vendors that have licensing agreements with Lehman Brothers. Among these sources, the depth and scope of available index data varies considerably.

*The index website on LehmanLive offers historical data on a larger number of Lehman indices than in the LEHM pages on Bloomberg*

The index website on LehmanLive is the most comprehensive and commonly used source, with complete coverage of the entire Global Family of Indices available at the simple click of a mouse. On this website, historical returns and statistics are available since inception for each published index and can be easily downloaded from the system for further analysis.

Another widely used data source is the LEHM function on Bloomberg, which allows users to view index returns and statistics on the entire Global Family of Indices, grouped by regional and sector categories. Working with Bloomberg, we have tickerized a large number of widely used indices and index products. The two primary advantages of these new tickers are: 1) direct access to index data without going through the LEHM screen; and 2) access to historical index returns (total, excess, since inception) and statistics (returns duration, modified adjusted duration, yield to worst). *These tickers are available only to current index subscribers who have access to the LEHM function.*

The following provides an overview of the Bloomberg tickers now available for Lehman indices and explains the naming conventions used to create each ticker. In addition, we will discuss the new functionality available with each of these tickers.

### SCOPE OF TICKERS AVAILABLE IN BLOOMBERG

#### A. Index Coverage

The current group of macro indices available as Bloomberg tickers represents a sizable portion of the global investment-grade bond market, covering the government, corporate, and securitized bond sectors across 52 countries and 23 currencies. Based on investor demand, the Euro-Aggregate Index was first available via Bloomberg tickers on February 11, 2004. The Global Aggregate and the U.S. Aggregate indices followed four months later, on June 11, 2004. At present, over 600 Global Aggregate, Euro-Aggregate, and U.S. Aggregate indices and index products such as RBI[SM] baskets are tracked and available in ticker form, including subindex breakdowns by sector, maturity, and quality.

Figures 1-10 list all indices that have been tickerized as of March 2008. For each ticker, you can view which attributes have been tickerized by typing **ALLX <Ticker> <Go>** in Bloomberg.

*As demand warrants, additional tickers may be added to augment the analysis of the current group of indices and to cover more indices not presently available.*

---

[75] Written by Brian Upbin and Sherwood Kuo. Originally published in August 2004 Global Family of Indices.

### B. Index Attribute Options

For each tickerized index, various attributes are calculated to view on a historical basis. The available attributes differ by index type (see Figure 11 for a summary of available attributes):

*Global, U.S., European, Sterling, and Swap indices*

- **Total Return Index Value (TR):** Since-Inception Total Return value plus 100. This statistic is essentially the since-inception total return value indexed to 100 (instead of zero) in order to calculate cumulative returns between any two points in time. Thus, an index with a since-inception total return of 657 will have a total return index value of 757. If one year ago, the same index had a total return index value of 745, the cumulative return over the period would be 1.61% (derived by taking the Ending Value/Beginning Value − 1). *This attribute is the most commonly used index attribute as it allows the user to calculate cumulative returns over any date range on Bloomberg*

- **Since-Inception Total Return (SI):** Cumulative total return of the index since its inception. This number is indexed to zero at inception (which will reflect different inception dates for different indices) and tracks cumulative index total return. For example, a since-inception total return of 657 means that an index has had a 657% total return (income and price appreciation) since its inception.

- **Excess Return Month-to-Date (ER):** The month-to-date relative performance of spread-bearing bonds versus duration-matched Treasuries. Since this is a month-to-date calculation, it will reset each month to zero.

- **Market Value (MV):** Calculated by multiplying and aggregating Par Amount Outstanding * (Price + Accrued Interest) for each bond in the index. Market value is calculated on the statistics universe of an index only, in only one base currency.

- **Yield to Worst (YW):** Lower of either Yield to Maturity or Yield to Redemption (which is the yield to the date of the most likely call or put). This is calculated on the statistics universe only.

- **Statistics Modified Adjusted Duration (SM):** Option-adjusted (effective) duration calculated on the "statistics" or "forward" universe of the index. The statistics universe is a dynamic set of bonds that reflect all index-eligible bonds at that point in time.

- **Returns Modified Adjusted Duration (RM):** Option-adjusted (effective) duration calculated on the "returns" or "backward" universe of the index. The returns universe contains the static set of bonds that meet the index criteria at the beginning of the month and is held constant through the end of the month. The universe also includes any cash that has been generated from coupon payments and paydowns. Index performance is calculated on this returns universe.

- **Average OAS (OAS):** Market-Weighted Average Option-Adjusted Spread of the index statistics universe.

- **Maturity (MAT):** Market weighted years to maturity of the index statistics universe. For securitized bonds, average life is used in the calculation.

*Commodity indices*

- **Spot Return Index Value (SR)**: The daily price appreciation of the underlying futures contracts used to price the index before any contract rolling has occurred.

- **Excess Return Index Value (ER):** The daily price appreciation of the underlying futures contracts plus roll yield. This is different than the excess return calculated on debt indices.

- **Total Return Index Value (TR)**: Total returns represent the return of a long futures position including price movements and the risk-free return on posted collateral. This is different from the total return calculated on debt indices.

Example: "LBCITR" is used track the Total Return Index Value for the Commodity Index. Commodity Indices are only denominated in USD, so no currency or hedging codes are required.

*Municipal Bond Indices*

- **Yield-to-Worst (YW)**

- **Total Return Index Value (TR)**

- **Month-to-Date Return (MR)**

- **Modified Duration to Worst Value (MDW)**

- **Modified Adjusted Duration Value (MD)**

Example: "LMBITR" is used track the Total Return Index Value for the Municipal Index. Municipal Indices are only denominated in USD, so no currency or hedging codes are required.

*CDX/iTraxx Total Returns*

- **Unfunded Total Return Index Value (TU)**: Assumes that the underlying notional balance is not funded. Instead, the return series assumes that any upfront payment paid (received) when entering in the swap is financed (invested). This amount is placed in an account which earns or pays one-month daily (USD/EUR) LIBOR.

- **Funded Total Return Index Value (TR)**: Assumes that there is an initial fully funded LIBOR deposit equal to the beginning-of-the period notional value of the swap.

- **Unfunded Month-to-Date Total Return (MU)**

- **Funded Month-to-Date Total Return (MR)**

- **Current Breakeven Spread (SPR)**

- **Risky PV01 (RPV)**: The risky PV01 is the PV of 1 bp of spread on the protection leg of the tranche swap keeping the base correlation surface constant. This value is quoted assuming \$(€)1 million original notional.

*RBI Baskets*

- **Total Return Index Value (TR)**

- **Month-to-Date Return (MR)**

*FX Indices*

- **Total Return Index Value (TR)**

Example: "LI01TR" is used to track the Total Return Index Value for the LBFX: Long EUR, Short USD Index. FX Indices are only denominated in USD, so no currency or hedging codes are required.

### C. Currency Reporting Option

For returns and market value calculations of multicurrency indices, Lehman Brothers Index tickers are available in one of four reporting currencies (Figure 5):

- U.S. dollar

- Euro

- Japanese yen

- Pound sterling

*Returns may be available in 4 base currencies (USD, EUR, GBP, and JPY)*

Currently, the U.S. Aggregate Index only has published subindices available in the base currency of the index (USD). The Euro-Aggregate and Global Aggregate Indices, on the other hand, do have separate tickers for multiple currencies. In either case, returns can be reported on a hedged or unhedged basis using our index method (Please see the *Guide to the Lehman Brothers Global Family of Indices* for an overview of our index hedging method). *Note: Currency should not be altered by means of the built-in Bloomberg screen mechanisms, because the exchange rates used by Lehman Brothers to create index values may be different from the rates available on Bloomberg.*

### PUTTING IT ALL TOGETHER: TICKER NAMING CONVENTION

All Lehman Brothers index tickers on Bloomberg can be derived and mapped to one index using the index, attribute, and currency values discussed above. Tickers can have as few as six characters and as many as eight. This section will discuss how specific index ticker names were derived and provide illustrative examples.

### A. Index Codes (The First Four Ticker Characters)

*Each index has a unique 4- character ticker. .*

The first four characters represent the specific index or subindex that is being used for the calculations. Figures 1-10 list all of the four-character index codes that we currently have available in Bloomberg.

A few quick observations on the first two characters of each ticker:

- All tickers begin with the letter "L."

- The Global Aggregate, Euro-Aggregate, and U.S. Aggregate Index tickers begin with LEAG, LBEA, and LBUS as their first four characters. Their naming convention is unique from all of published subindices.

- Most U.S. Aggregate subindices begin with "LU."

- Most Euro-Aggregate subindices mostly begin with "LE".

- Most Global Aggregate subindices all begin with "LG."

- Most U.S. Municipal indices all begin with "LM."

- Most CDX/iTraxx Return series all begin with "LX."

- Most Foreign Exchange indices begin with "LI."

### B. Attribute Codes

The next component of each ticker represents the specific attribute being calculated by the ticker. We have nine different attributes for each index, represented by a two- or three-character code: total return, since-inception total return, excess return month-to-date, market value, yield to worst, statistics-modified adjusted duration, returns-modified

adjusted duration, average OAS, and maturity (Figure 4). Each attribute code is concatenated with the four-character index code to create a six- or seven-character partial ticker code. For any statistical ticker (yield, duration, OAS, or maturity), the ticker would be complete at this point using either six or seven characters.

### C. Currency/Hedging Codes

*Total return tickers must specify the base currency and whether the return hedged or unhedged in that currency*

For any ticker representing the market value or historical returns of an index, further clarifications must be made on the reporting currency and the hedging assumption (used for returns only). As mentioned earlier, we only have tickers denominated in four major currencies (U.S. dollar, euro, yen, and pound sterling). Returns in these currencies can be either hedged or unhedged. Thus, the seventh character of an index ticker representing a returns or market value calculations attribute will specify the reporting currency, while the eighth character will specify whether the specific return is hedged or unhedged (Figure 12).

### D. Total Ticker Length

*Index tickers will be between 6-8 characters*

Based on the method outlined above, a Lehman Brothers Index ticker in Bloomberg will have between 6-8 characters.

The following three fixed income index attributes will have **6** character tickers:

- *Yield to Worst*: 4 for the Index + 2 for the Attribute (YW)

- *Statistics Modified Adjusted Duration*: 4 for the Index + 2 for the Attribute (MD)

- *Excess Return MTD*: 4 for Index + 2 for Attribute (ER).

The following four attributes will have **7** character tickers:

- *Market Value*: 4 for the Index + 2 for the Attribute (MV) + 1 for the Currency

- *Returns Modified Adjusted Duration*: 4 for the Index + 3 for the Attribute (RMD)

- *Average OAS*: 4 for the Index + 3 for the Attribute (OAS)

- *Maturity*: 4 for the Index + 3 for the Attribute (MAT)

The following two attributes will have **8** character tickers:

- *Total Return Index Value*: 4 for Index + 2 for Attribute (TR) + 1 for Currency + 1 for Hedging

- *Since Inception Total Return*: 4 for Index + 2 for Attribute (SI) + 1 for Currency + 1 for Hedging

In Figure 13, we decompose the tickers for Global Aggregate Index in each major currency, with both hedged and unhedged return.

## USING THE TICKERS

### When Ticker Data Are Updated

As with the indices, the index tickers are updated daily. The Global Aggregate tickers are updated between 12:00 AM and 1:00 AM EST. The U.S. Aggregate tickers are updated at approximately 11:00 PM EST. The Euro-Aggregate tickers are updated around 5:30 PM EST.

### How to Access Historical Index Tickers

*1) Searching for complete Index tickers (by attribute) through LEHM <GO>.*

From the standard LEHM page in Bloomberg, users can select **95 History** to view the universe of Bloomberg index tickers for the Global Aggregate, Euro-Aggregate, and U.S. Aggregate. A PDF file listing all available tickers can be downloaded directly from Bloomberg.

*Once a complete index ticker has been identified, clients can simply type in the ALLX <Ticker name> <GO> and choose from the available functionality.*

Once a complete index ticker has been identified, clients can simply type in the ALLX *<Ticker name>* **<GO>** and choose from the available functionality.

*2) Index Tickers: Searching for Indices by the Four Letter Index Tickers*

In addition to Index tickers with attributes, users can alternatively start with just the Index code (see Figures 1-3 for a list) and proceed to drill down to the specific attribute for that index or subindex.

For example, **ALLX LEGA <GO>** brings up the available historical attributes for the Global Aggregate index.

*3) Available Bloomberg Functions*

Whereas the published data found in LEHM are limited to the previous month-end and current month-to-date time horizons, the new index ticker functionality allows index clients to calculate historical returns and view historical index trends in graphical and tabular formats. The times series data can be exported to Excel using standard Bloomberg functionality.

> **a. Historical Cumulative Return Calculations:** To calculate and view period returns for the Lehman indices, the **TRAX** and **TRAY** Bloomberg functions should be used. *Note: only the total return index value (and not since-inception total return) should be used to calculate cumulative returns.* The **TRAX** screen requires beginning and end dates for the desired period. In addition, a daily frequency should be used.

> **b. Times Series Returns and Statistics:** The **HP** and **GP** Bloomberg functions are useful tools to view index attributes on an historical basis for identifying and tracking trends. Values can be presented on daily, weekly, monthly, quarterly, and annual bases. High, low, and average values over a time period are also displayed. **HP** shows times series data in tabular format while GP plots it graphically.

## CONCLUSION

Adding historical index data to Bloomberg for the most widely used Lehman Brothers indices has vastly expanded the scope of index analysis available to clients through this data source. However, despite these enhancements, we still encourage clients to use the index website on LehmanLive for most index analyses since it remains the most comprehensive source of historical index data available.

**Figure 1.     Global Index Codes**

| Index | Ticker | Index | Ticker |
|---|---|---|---|
| Multiverse | LF93 | Global Aggregate 500 MM 1-3 Year | LG5T |
| Global Aggregate | LEGA | Global Aggregate 500 MM 3-5 Year | LG5W |
| Global Aggregate - 1-3 Years | LG13 | Global Aggregate 500 MM 5-7 Year | LG5X |
| Global Aggregate - 3-5 Years | LG35 | Global Aggregate 500 MM 7-10 Year | LG5Y |
| Global Aggregate - 5-7 Years | LG57 | Global Aggregate 500 MM 10+ Year | LG5Z |
| Global Aggregate - 7-10 Years | LG71 | Global Aggregate 500 MM Aaa | LG5M |
| Global Aggregate - 1-10 Years | LG31 | Global Aggregate 500 MM Aa | LG5P |
| Global Aggregate - 10+ Years | LG10 | Global Aggregate 500 MM A | LG5Q |
| Global Aggregate - Aaa | LG3A | Global Aggregate 500 MM Baa | LG5R |
| Global Aggregate - Aa | LG2A | Global Aggregate 500 MM Corp | LG5C |
| Global Aggregate - A | LG1A | Global Aggregate 500 MM Finance | LG5F |
| Global Aggregate - Baa | LGBA | Global Aggregate 500 MM Govt | LG5G |
| Global Aggregate - 144A | LG14 | Global Aggregate 500 MM Industrial | LG5I |
| Global Aggregate - Agencies and Local Authorities | LGAA | Global Aggregate 500 MM Non-Corp | LG5N |
| Global Aggregate - Asset Backed | LGAB | Global Aggregate 500 MM Securitized | LG5S |
| Global Aggregate - Corporate | LGCP | Global Aggregate 500 MM Utilities | LG5U |
| Global Aggregate - Credit | LGDR | Global Synthetic 5 Year Bond Index | LG03 |
| Global Aggregate - Eurodollar | LGED | Global Agg USD Sovereigns | LG08 |
| Global Aggregate - Euroyen | LGEY | Global Agg USD Non-Sovereigns | LG09 |
| Global Aggregate - Ex-JPY - Government | LG05 | Global Agg EUR Sovereigns | LG17 |
| Global Aggregate - Financial | LGAF | Global Agg EUR Non-Sovereigns | LG11 |
| Global Aggregate - Government | LGAG | Global Agg ex USD/EUR (JPY) | LG12 |
| Global Aggregate - Industrial | LGCI | Global Agg ex USD/EUR (noJPY) | LG18 |
| Global Aggregate - Local Agency | LGLC | Global Aggregate - 67% xUSD/EUR 33% JPY | LG19 |
| Global Aggregate - Local Authority | LGLA | Global Agg USD Sovereigns ex GNMA | LG15 |
| Global Aggregate - Mortgages | LGAM | Global Agg USD GNMA | LG16 |
| Global Aggregate - Non-Corporate | LGNC | Global Agg 1-10 Year Ex JPY | LS76 |
| Global Aggregate - North American Credit | LG06 | Global Agg ex MBS | LG26 |
| Global Aggregate - OECD Currency | LG02 | Global Aggregate Ex-JPY | LG22 |
| Global Aggregate - Other Mtgs | LGOM | Global 3-5 Year | LG23 |
| Global Aggregate - Pfandbriefe | LGPF | US Euro HY Ba-B 2% | LG29 |
| Global Aggregate - Securitized | LGAS | Pan-Euro: Global Aggregate Eligible | LGPE |
| Global Aggregate - Securitized - GNMA | LG25 | Canadian Aggregate | LGCA |
| Global Aggregate - Sovereign | LGSV | Global Aggregate - Asian-Pacific Aggregate | LG04 |
| Global Aggregate - Supranational | LGSU | Asian Pacific Japanese Yen | LG24 |
| Global Aggregate - Treasuries | LGTR | Asian-Pacific Credit | LGAP |
| Global Treasury ex-U.S. Capped | LTXU | Asian-Pacific Japan Corporate | LJC1 |
| Global Treasury 5-7 Year | LG7Y | Global Inflation-Linked | LF94 |
| Global Aggregate - U.S. Agg 300MM | LGUS | Global Inflation-Linked: Eurozone - All CPI | LF96 |
| Global Aggregate - U.S. CMBS | LGUC | Global Inflation-Linked: Eurozone - Euro CPI | LF95 |
| Global Aggregate - U.S. MBS | LGUM | Global Inflation Linked 10+ Yr | LR03 |
| Global Aggregate - United States Dollar | LG01 | Global Inflation-Linked: United Kingdom | LR02 |
| Global Aggregate - Utility | LGAU | Global Emerging Markets | LG20 |
| Global Aggregate 500 MM | LGA5 | Global High Yield | LG30 |
| | | Global Inflation Linked 10+ Years: 25% EU 25% UK 25% US 12.5% SE 12.5% CA | LR01 |

*Source: Lehman Brothers*
**For each ticker, you can view which attributes have been tickerized by typing ALLX <Ticker> <Go> in Bloomberg.**

**Figure 2.     U.S., CMBS, Eurodollar Index Codes**

| Index | Ticker | Index | Ticker |
|---|---|---|---|
| ***U.S. Aggregate Codes*** | | | |
| | | Eurodollar 30% Sov 25% Sup 45% Fin Aa3/AA- and higher (ex-Fitch) 1-10 Year | LED8 |
| U.S. Universal | LC07 | | |
| U.S. Universal ex Treasury ex Agency | LG33 | 90% US Credit Corp 1-10 yr + 10% US HY Ba/B | LD15 |
| US Universal X Treasury x Govt-Related | LG34 | U.S. ABS Floating Rate | LD09 |
| U.S. Aggregate | LBUS | U.S. ABS Floating Rate: Home Equity Aaa-rated | LD13 |
| U.S. Aggregate Intermediate | LC08 | U.S. ABS Floating Rate: Aa-Rated Home Equity | LD14 |
| U.S. Aggregate 1-3 Years | LU13 | | |
| U.S. Aggregate 3-5 Years | LU35 | ***CMBS Index Codes*** | |
| U.S. Aggregate 5-7 Years | LU57 | CMBS Invest. Grade | LC09 |
| U.S. Aggregate 7-10 Years | LU71 | CMBS Invest. Grade: Eligible for U.S. Aggregate | LC10 |
| U.S. Aggregate 10+ Years | LU10 | CMBS Invest. Grade: Not Eligible for U.S. Aggregate | LC11 |
| U.S. Aggregate Aaa | LU3A | CMBS Invest. Grade: 1-3.5 Year | LC12 |
| U.S. Aggregate Aa | LU2A | CMBS Invest. Grade: 3.5-6 Year | LC13 |
| U.S. Aggregate A | LU1A | CMBS Invest. Grade: 6-8.5 Year | LC14 |
| U.S. Aggregate Baa | LUBA | CMBS Invest. Grade: 8.5+ | LC15 |
| U.S. Aggregate Excluding TSY | LF86 | CMBS Investment Grade: Aaa | LC16 |
| U.S. Government/Credit | LUGC | CMBS Invest. Grade Aaa: 1-3.5 Year | LC17 |
| U.S. Government/Credit Intermediate | LF97 | CMBS Invest. Grade Aaa: 3.5-6 Year | LC18 |
| U.S. Long Government/Credit | LGC5 | CMBS Invest. Grade Aaa: 6-8.5 Year | LC19 |
| U.S. Government/Credit 1-5 Years | LD04 | CMBS Invest. Grade Aaa: 8.5+ | LC20 |
| U.S. Government/Credit: 5-10 Years | LD03 | CMBS Aaa Super Duper | LCSD |
| U.S. Treasury | LUAT | CMBS Aaa Super Duper 1-3.5 Year | LC1D |
| U.S. Treasury: Intermediate | LT08 | CMBS Aaa Super Duper 3.5-6 Year | LC3D |
| U.S. Treasury Long | LUTL | CMBS Aaa Super Duper 6-8.5 Year | LC6D |
| U.S. Treasury: 1-3 Year | LT01 | CMBS Aaa Super Duper 8.5+Year | LC8D |
| U.S. Treasury: 3-5 Year | LT02 | CMBS Investment Grade: Aa | LC21 |
| U.S. Treasury 3-7 Year | LT13 | CMBS Invest. Grade Aa: 1-3.5 Year | LC22 |
| U.S. Treasury: 5-7 Year | LT03 | CMBS Invest. Grade Aa: 3.5-6 Year | LC23 |
| U.S. Treasury: 7-10 Year | LT09 | CMBS Invest. Grade Aa: 6-8.5 Year | LC24 |
| U.S. Treasury: 10-20 Year | LT10 | CMBS Invest. Grade Aa: 8.5+ | LC25 |
| U.S. Treasury: 20+ Year | LT11 | CMBS Investment Grade: A | LC26 |
| U.S. Treasury 4-10 Year | LT14 | CMBS Invest. Grade A: 1-3.5 Year | LC27 |
| U.S. Treasury: U.S. TIPS | LBUT | CMBS Invest. Grade A: 3.5-6 Year | LC28 |
| U.S. Treasury Bills: 1-3 Months | LD11 | CMBS Invest. Grade A: 6-8.5 Year | LC29 |
| U.S. Short Treasury | LT12 | CMBS Invest. Grade A: 8.5+ | LC30 |
| U.S. Aggregate: Government-Related | LD08 | CMBS Investment Grade: Baa | LC31 |
| U.S. Government | LUAG | CMBS Invest. Grade Baa: 1-3.5 Year | LC32 |
| U.S. Government: Long | LGL1 | CMBS Invest. Grade Baa: 3.5-6 Year | LC33 |
| U.S. Agency | LUAA | CMBS Invest. Grade Baa: 6-8.5 Year | LC34 |
| U.S. Agency Intermediate | LD02 | CMBS Invest. Grade Baa: 8.5+ | LC35 |
| U.S. Corporate | LUAC | CMBS Invest. Grade: Commercial Whole Loan | LC57 |
| U.S. Corporate 1-3 Year | LD06 | CMBS Invest. Grade: Interest Only | LC56 |
| U.S. Intermediate Corporate | LD07 | CMBS High Yield | LC36 |
| U.S. Long Corporate | LF99 | CMBS High Yield: 1-3.5 Year | LC37 |
| U.S. Credit | LUCR | CMBS High Yield: 3.5-6 Year | LC38 |

| | | | |
|---|---|---|---|
| U.S. Credit 1-3 Year | LD01 | CMBS High Yield: 6-8.5 Year | LC39 |
| U.S. Credit 1-5 Year | LD18 | CMBS High Yield: 8.5+ | LC40 |
| U.S. Intermediate Credit | LUIC | CMBS High Yield Ba | LC41 |
| U.S. Long Credit | LULC | CMBS High Yield Ba: 1-3.5 Year | LC42 |
| U.S. Credit Financial Institutions | LUAF | CMBS High Yield Ba: 3.5-6 Year | LC43 |
| U.S. Credit Foreign Agency | LUFA | CMBS High Yield Ba: 6-8.5 Year | LC44 |
| U.S. Credit Foreign Local Government | LUFL | CMBS High Yield Ba: 8.5+ | LC45 |
| U.S. Credit Industrial | LUAI | CMBS High Yield B | LC46 |
| U.S. Credit Non-Corporate | LUAN | CMBS High Yield B: 1-3.5 Year | LC47 |
| U.S. Credit Sovereign | LUAS | CMBS High Yield B: 3.5-6 Year | LC48 |
| U.S. Credit Supranational | LUSP | CMBS High Yield B: 6-8.5 Year | LC49 |
| U.S. Credit Utility | LUAU | CMBS High Yield B: 8.5+ | LC50 |
| U.S. Securitized: MBS, ABS, and CMBS | LD19 | CMBS High Yield Other Quality | LC51 |
| U.S. MBS | LUMS | CMBS High Yield Other Quality: 1-3.5 Year | LC52 |
| U.S. MBS: Agency Hybrid | LD12 | CMBS High Yield Other Quality: 3.5-6 Year | LC53 |
| U.S. MBS: Agency Fixed Rate MBS | LD10 | CMBS High Yield Other Quality: 6-8.5 Year | LC54 |
| U.S. MBS: GNMA 30 Year | LD16 | CMBS High Yield Other Quality: 8.5+ | LC55 |
| U.S. MBS: GNMA 15 Year | LD17 | | |
| U.S. Aggregate CMBS Erisa Eligible | LUCM | ***Eurodollar Index Codes*** | |
| U.S. High Yield | LF98 | Eurodollar Aa or Higher | LED1 |
| U.S. High Yield - 2% Issuer Cap | LF89 | Eurodollar Aa or Higher: 1-3 Years | LED2 |
| U.S. High Yield - 3% Issuer Cap | LF90 | Eurodollar Aa or Higher: 3-5 Years | LED3 |
| U.S. Very Liquid (VLI) High Yield | LHVL | Eurodollar Aa or Higher: 5-7 Years | LED4 |
| U.S. High Yield Ba/B | LBBA | Eurodollar Aa or Higher: 7+ Years | LED5 |
| U.S. HY Ba/B 2% Issuer Cap | LBIC | Eurodollar Aa or Higher: 1-5 Years | LED6 |
| U.S. Corporate Duration <1 | LD05 | Eurodollar Aa or Higher: 1-7 Years | LED7 |
| | | Eurodollar Baa Only | LED9 |

*Source: Lehman Brothers*
**For each ticker, you can view which attributes have been tickerized by typing ALLX <Ticker> <Go> in Bloomberg.**

**Figure 3.     European Index Codes**

| Index | Ticker | Index | Ticker |
|---|---|---|---|
| Pan-European Aggregate | LP06 | Euro-Aggregate: Corporate Aa | LEC8 |
| Pan-European Aggregate: 3-5 Years | LP08 | Euro-Aggregate: Corporate A | LEC9 |
| Pan-European Aggregate: Treasury 3-5 Years | LP09 | Euro-Aggregate: Corporate Baa | LECB |
| Pan-European Aggregate: Treasury Ex Euro | LA05 | Euro-Aggregate: Ex Baa | LF92 |
| Pan-European Aggregate: Treasury Ex Euro and NOK | LA04 | Euro-Aggregate: Corporate Senior 1BN xBaa | LC04 |
| Pan-European Aggregate: Corporate | LP05 | Euro-Aggregate: Credit | LECR |
| Pan-European Aggregate: Credit | LA03 | Euro Aggregate: ex Credit | LEA2 |
| Pan-European Credit Ex Euro | LA06 | Euro-Aggregate: Financials | LEEF |
| Pan-European Aggregate: Sovereign | LA02 | Euro-Aggregate: Utilities | LEIU |
| Pan-European Aggregate: Ex Secur Ex Central Europe | LP04 | Euro-Aggregate: Industrials | LEEI |
| Pan-European High Yield | LP01 | Euro-Aggregate: Consumer Non-Cyclical | LA10 |
| Pan-European High Yield: 3% Issuer Constraint | LP10 | Euro-Aggregate: Ex Treasuries | LF85 |
| Pan-European High Yield (Euro) | LP02 | Euro-Aggregate: Domestic Issuers | LEDI |
| Pan-European High Yield (Non-Euro) | LP03 | Euro-Aggregate: Non-EMU Issuers | LEXE |
| Pan European Emerging Markets | LPE1 | Euro-Aggregate: Portuguese Issuers | LEPI |
| Euro-Aggregate | LBEA | Euro-Aggregate: Spanish Issuers | LESI |
| Euro-Aggregate: 1-3 Year | LE13 | Euro-Aggregate: Luxemburg Issuers | LELI |
| Euro-Aggregate: 3-5 Year | LE35 | Euro-Aggregate: Netherlands Issuers | LENI |
| Euro-Aggregate: 5-7 Year | LE57 | Euro-Aggregate: Irish Issuers | LEI0 |
| Euro-Aggregate: 7-10 Year | LE71 | Euro-Aggregate: Italian Issuers | LEI2 |
| Euro-Aggregate: 10+ Year | LE10 | Euro-Aggregate: Finnish Issuers | LFIR |
| Euro-Aggregate: Aaa | LE3A | Euro-Aggregate: French Issuers | LEFR |
| Euro-Aggregate: Aa | LE2A | Euro-Aggregate: German Issuers | LEGI |
| Euro-Aggregate: A | LE1A | Euro-Aggregate: Foreign Issuers | LEFI |
| Euro-Aggregate: Baa | LEBA | Euro-Aggregate: Austrian Issuers | LEAI |
| Euro-Aggregate: Treasury | LEAT | Euro-Aggregate: Belgian Issuers | LEBI |
| Euro-Aggregate: Treasury -- 1-3 Year | LET1 | Euro-Aggregate: Greek Issuers | LEGR |
| Euro-Aggregate: Treasury -- 3-5 Year | LET3 | Euro-Aggregate: 500MM | LBE5 |
| Euro-Aggregate: Treasury -- 5-7 Year | LET5 | Euro-Aggregate: 500MM 1-3 Year | L513 |
| Euro-Aggregate: Treasury -- 7-10 Year | LET7 | Euro-Aggregate: 500MM 1-5 Year | L515 |
| Euro-Aggregate: Treasury -- 10+ Year | LET0 | Euro-Aggregate: 500MM 3-5 Year | L535 |
| Euro-Treasury 0-6 Months | LC05 | Euro-Aggregate: 500MM 5-7 Year | L557 |
| Euro Treasury 0-12 Months | LA09 | Euro-Aggregate: 500MM 7-10 Year | L570 |
| Euro-Treasury 3-10 Year | LT05 | Euro-Aggregate: 500MM 10+ Year | L510 |
| Euro-Treasury 5-10 Year | LT06 | Euro-Aggregate: 500MM Aaa | L53A |
| Euro-Treasury 1-10 Years | LF87 | Euro-Aggregate: 500MM Aa | L52A |
| Euro Treasury 10-20 Yr | LT04 | Euro-Aggregate: 500MM A | L51A |
| Euro-Treasury 15-20 Year | LT07 | Euro-Aggregate: 500MM Baa | L53B |
| Euro-Aggregate: Treasury -- Aaa | LET8 | Euro-Aggregate: Corporate 500MM | LE5C |
| Euro-Aggregate: Treasury -- Aa | LET9 | Euro-Aggregate: Non-Corporate -- 500MM | LE5N |
| Euro-Aggregate: Treasury -- A | LETA | Euro-Aggregate: Securitised -- 500MM | L5SC |
| Euro-Aggregate: Treasury -- Baa | LEBT | Euro-Aggregate: 500MM Corp A above | LC01 |
| Euro-Aggregate: Central European Treasury | LA01 | Euro-Aggregate: Corporate 500MM 70% A /30% Baa | LF91 |
| Euro-Aggregate: Treasury Austria | LTAT | Euro-Aggregate: Corporate 500MM 7-10 Year | L5C7 |
| Euro-Aggregate: Treasury Belgium | LBTT | Euro-Aggregate: Securitised | LESD |
| Euro-Aggregate: Treasury Finland | LETF | Euro-Aggregate: Securitised -- 1-3 Year | LES1 |

| | | | |
|---|---|---|---|
| Euro-Aggregate: Treasury France | LTFR | Euro-Aggregate: Securitised -- 3-5 Year | LES3 |
| Euro-Aggregate: Treasury Germany | LETG | Euro-Aggregate: Securitised -- 5-7 Year | LES5 |
| Euro-Aggregate: Treasury Greece | LTGR | Euro-Aggregate: Securitised -- 7-10 Year | LES7 |
| Euro-Aggregate: Treasury Ireland | LETI | Euro-Aggregate: Securitised -- 10+ Year | LES0 |
| Euro-Aggregate: Treasury Italy | LTIT | Euro-Aggregate: Securitised -- Aaa | LESA |
| Euro-Aggregate: Treasury Netherlands | LETN | Euro-Aggregate: Securitised -- Aa | LES8 |
| Euro-Aggregate: Treasury Portugal | LETP | Euro-Aggregate: Securitised -- A | LES9 |
| Euro-Aggregate: Treasury Spain | LETS | Euro-Aggregate: Securitised -- Baa | LESB |
| Euro-Aggregate: Treasury EMU <7.5 Years | LA07 | Euro-Aggregate: Securitised -- Other | LESO |
| Euro-Aggregate: Treasury EUR <7.5 Years | LA08 | Euro-Aggregate: Securitised Pfandbriefe | LEEP |
| Euro-Aggregate: Treasury Ex Italy 20+ Yr | LEXI | Euro-Aggregate: Securitised Covered | LSC1 |
| Euro Treasury Bills Index | LEB1 | Euro-Aggregate: Jumbos | LEEJ |
| Euro Treasury Bills 0-3 Months Index | LEB2 | Euro ABS Fixed-Rate | LE01 |
| Euro Treasury Bills 0-6 Months Index | LEB3 | Euro ABS Fixed Aaa | LE02 |
| Euro Treasury Bills 3-6 Months Index | LEB4 | Euro ABS Fixed Aa | LE03 |
| Euro Treasury Bills 6-12 Months Index | LEB5 | Euro ABS Fixed A | LE04 |
| Euro-Aggregate: Government | LEEG | Euro ABS Fixed Baa | LE05 |
| Euro-Aggregate: Government -- 1-3 Year | LEG1 | Euro ABS Fixed RMBS | LE06 |
| Euro-Aggregate: Government -- 3-5 Year | LEG3 | Euro ABS Fixed WBS | LE08 |
| Euro-Aggregate: Government -- 5-7 Year | LEG5 | Euro ABS Fixed CMBS | LE07 |
| Euro-Aggregate: Government -- 7-10 Year | LEG7 | Euro ABS Fixed Other | LE09 |
| Euro-Aggregate: Government -- 10+ Year | LBG0 | Euro ABS Floating-Rate | LE38 |
| Euro-Aggregate: Government -- 500MM | LE5G | Euro ABS Floating Aaa | LE11 |
| Euro-Aggregate: Government -- Aa | LEG8 | Euro ABS Floating Aa | LE12 |
| Euro-Aggregate: Government -- A | LEG9 | Euro ABS Floating A | LE39 |
| Euro-Aggregate: Government -- Baa | LEGB | Euro ABS Floating Baa | LE14 |
| Euro-Aggregate: Agency | LEAG | Euro ABS Floating CMBS | LE16 |
| Euro-Aggregate: Foreign Agency | LEFA | Euro ABS Floating Other | LE18 |
| Euro-Aggregate: Foreign Local Authority | LEFL | Euro ABS Floating RMBS | LE15 |
| Euro-Aggregate: Local Authority | LEAC | Euro ABS Floating WBS | LE17 |
| Euro-Aggregate: Sovereign | LF84 | European High Yield: 2% Issuer Constraint | LEY2 |
| Euro-Aggregate: Supranational | LESU | European High Yield: 3% Issuer Constraint | LF88 |
| Euro-Aggregate: Sovereign/Supranational -- 1-3 Year | LEN1 | Euro High Yield BB Rating Only | LP07 |
| Euro-Aggregate: Sovereign/Supranational -- 3-5 Year | LEN3 | Euro Tsy/Corp 350 (10%/90% Mix) | LC02 |
| Euro-Aggregate: Sovereign/Supranational -- 5-7 Year | LEN5 | Euro Aggregate 50% Tsy 20% Pfb 30% Fin Aa3/AA- and higher (ex-Fitch) 1-10 yr | LEA1 |
| Euro-Aggregate: Sovereign/Supranational -- 7-10 Year | LEN7 | Euro Floating Rate Notes | LEF1 |
| Euro-Aggregate: Sovereign/Supranational -- 10+ Year | LEN0 | Euro Floating Rates Notes: Banking Other | LEF2 |
| Euro-Aggregate: Sovereign/Supranational -- Aaa | LENA | 150% Euro All-CPI/-50% 1 month Euro Depo | LG21 |
| Euro-Aggregate: Sovereign/Supranational -- Aa | LEN8 | 70% Euro Aggregate Ex Treasury, 30% U.S. Aggregate Ex Treasury | LG27 |
| Euro-Aggregate: Sovereign/Supranational -- A | LEN9 | Pan Euro Agg Treasury - 90% EAG 500M (EURU), 2% DKK Tsy (EURU), 2% SEK Tsy (EURU), 1% CHF Tsy (EURU) | LG32 |
| Euro-Aggregate: Sovereign/Supranational -- Baa | LENB | EUR Corporate - 3 Month Swaps Excess Return | LW01 |
| Euro-Aggregate: Non-Corporate | LENC | Swiss Franc Aggregate | LP05 |
| Euro-Aggregate: Corporate | LECP | Swiss Aggregate: Non-Domestic AA+ 1-3 Y | LSA1 |
| Euro-Aggregate: Corporate 1-3 Year | LEC1 | Swiss Aggregate: Non-Domestic AA+ 3-5 Y | LSA2 |
| Euro-Aggregate: Corporate 3-5 Year | LEC3 | Swiss Aggregate: Non-Domestic AA+ 5-7 Y | LSA3 |
| Euro-Aggregate: Corporate 5-7 Year | LEC5 | Swiss Aggregate: Non-Domestic AA+ 7-10Y | LSA4 |

**Lehman Brothers** | A Guide to the Global Family of Indices

| | | | |
|---|---|---|---|
| Euro-Aggregate: Corporate 7-10 Year | LEC7 | Swiss Aggregate: Non-Domestic AA+ 10+ Y | LSA5 |
| Euro-Aggregate: Corporate 10+ Year | LEC0 | Swiss Aggregate: Non-Domestic AA+ Short Index: 50%1-3 Y/50% 3-5Y | LSA6 |
| Euro-Aggregate: Corporate Aaa | LECA | Swiss Aggregate: Non-Domestic AA+ Long Index: 75% 5-7Y /25% 7-10Y | LSA7 |

*Source: Lehman Brothers*
**For each ticker, you can view which attributes have been tickerized by typing ALLX <Ticker> <Go> in Bloomberg.**

**Figure 4.    Sterling Index Codes**

| Index | Ticker | Index | Ticker |
|---|---|---|---|
| Sterling Aggregate | LE19 | Sterling Corporate: Conglomerates | LC93 |
| Sterling Aggregate: 1-3 Years | LE20 | Sterling Corporate: Construction Machinery | LC94 |
| Sterling Aggregate: 3-5 Years | LE21 | Sterling Corporate: Consumer Cyclical | LC97 |
| Sterling Aggregate: 5-7 Years | LE22 | Sterling Corporate: Consumer CyclicalSvcs | LF05 |
| Sterling Aggregate: 7-10 Years | LE23 | Sterling Corporate: Consumer Non-Cyclical | LF07 |
| Sterling Aggregate: 10-15 Years | LE25 | Sterling Corporate: Consumer Products | LF09 |
| Sterling Aggregate: 10+ Years | LE27 | Sterling Corporate: Distributors | LF35 |
| Sterling Aggregate: 15+ Years | LE24 | Sterling Corporate: Electric | LF33 |
| Sterling Aggregate: Aaa | LE26 | Sterling Corporate: Energy | LF15 |
| Sterling Aggregate: Aa | LE29 | Sterling Corporate: Entertainment | LC99 |
| Sterling Aggregate: A | LE30 | Sterling Corporate: Environmental | LC96 |
| Sterling Aggregate: Baa | LE31 | Sterling Corporate: Finance | LF38 |
| Sterling Gilts | LSG1 | Sterling Corporate: Finance Companies | LF41 |
| Sterling Gilt 1-3 Years | LF50 | Sterling Corporate: Financial Other | LF49 |
| Sterling Gilt 3-5 Years | LF51 | Sterling Corporate: Food | LF10 |
| Sterling Gilt 1-5 Years | LF56 | Sterling Corporate: Gaming | LF01 |
| Sterling Gilt 5-7 Years | LF52 | Sterling Corporate: Healthcare | LF11 |
| Sterling Gilt 7-10 Years | LF53 | Sterling Corporate: Home Construction | LF02 |
| Sterling Gilt 5-15 Years | LF57 | Sterling Corporate: Independent | LF16 |
| Sterling Gilt 10-15 Years | LF54 | Sterling Corporate: Industrial | LC85 |
| Sterling Gilt 15+ Years | LF55 | Sterling Corporate: Industrial Other | LF31 |
| Sterling Non Gilts: 10-15 Years | LF78 | Sterling Corporate: Insurance | LF45 |
| Sterling Non Gilts: Aaa 15+ Years | LF58 | Sterling Corporate: Integrated | LF17 |
| Sterling Non Gilts: Aa 15+ Years | LF59 | Sterling Corporate: Internet and Data | LF30 |
| Sterling Non Gilts: A 15+ Years | LF60 | Sterling Corporate: Life | LF46 |
| Sterling Non Gilts: Baa 15+ Years | LF61 | Sterling Corporate: Lodging | LF03 |
| Sterling Non-Gilts | LC72 | Sterling Corporate: Media Cable | LF26 |
| Sterling Non-Gilts: 1-3 Years | LC73 | Sterling Corporate: Media Non-Cable | LF27 |
| Sterling Non-Gilts: 3-5 Years | LC74 | Sterling Corporate: Metals | LC88 |
| Sterling Non-Gilts: 5-7 Years | LC75 | Sterling Corporate: NaturalGas | LF34 |
| Sterling Non-Gilts: 7-10 Years | LC76 | Sterling Corporate: Non-Captive Consumer | LF43 |
| Sterling Non-Gilts: 5+ Years | LC77 | Sterling Corporate: Non-Captive Diversified | LF44 |
| Sterling Non-Gilts: 10+ Years | LC78 | Sterling Corporate: Oil Field Services | LF18 |
| Sterling Non-Gilts: 15+ Years | LC79 | Sterling Corporate: Packaging | LC95 |
| Sterling Non-Gilts: Aaa | LC80 | Sterling Corporate: Paper | LC89 |
| Sterling Non-Gilts: Aa | LC81 | Sterling Corporate: PC | LF47 |
| Sterling Non-Gilts: A | LC82 | Sterling Corporate: Pharmaceuticals | LF12 |
| Sterling Non-Gilts: Baa | LC83 | Sterling Corporate: Pipelines | LF36 |
| Sterling Government-Related | LF76 | Sterling Corporate: Railroad | LF23 |
| Sterling Government-Related 15+ Years | LF77 | Sterling Corporate: Refining | LF19 |
| Sterling Aggregate: Government | LC59 | Sterling Corporate: Reits | LF48 |
| Sterling Aggregate: Sovereign and Supranational | LC60 | Sterling Corporate: Retailers | LF04 |
| Sterling Agencies/Local Auth/Foreign/Sov/Supra | LF76 | Sterling Corporate: Supermarkets | LF13 |

| | | | |
|---|---|---|---|
| Sterling Aggregate: Credit | LC84 | Sterling Corporate: technology | LF20 |
| Sterling Corporate: | LC61 | Sterling Corporate: Telecommunications | LF83 |
| Sterling Corporate: 1-3 Years | LF62 | Sterling Corporate: Textiles | LF06 |
| Sterling Corporate: 1-5 Years | LF68 | Sterling Corporate: Tobacco | LF14 |
| Sterling Corporate: 3-5 Years | LF63 | Sterling Corporate: Transportation | LF21 |
| Sterling Corporate: 5-7 Years | LF64 | Sterling Corporate: Transportation Services | LF24 |
| Sterling Corporate: 5-15 Years | LF69 | Sterling Corporate: Utility | LF32 |
| Sterling Corporate: 7-10 Years | LF65 | Sterling Corporate: UtilityOther | LF37 |
| Sterling Corporate: 10-15 Years | LF66 | Sterling Corporate: Wireless | LF29 |
| Sterling Corporate: 15+ Years | LF67 | Sterling Corporate: Wirelines | LF28 |
| Sterling Corporate: Aaa | LF79 | Sterling Aggregate: Securitized | LC62 |
| Sterling Corporate: Aa | LF80 | Sterling ABS Fixed | LE32 |
| Sterling Corporate: A | LF81 | Sterling ABS Fixed Aaa | LE33 |
| Sterling Corporate: Baa | LF82 | Sterling ABS Fixed Aa | LE40 |
| Sterling Corporate: Aaa 15+ Years | LF70 | Sterling ABS Fixed A | LE37 |
| Sterling Corporate: Aa 15+ Years | LF71 | Sterling ABS Fixed Baa | LE34 |
| Sterling Corporate: A 15+ Years | LF72 | Sterling ABS Fixed CMBS | LE36 |
| Sterling Corporate: Baa 15+ Years | LF73 | Sterling ABS Fixed Other | LC58 |
| Sterling Corporate: Aerospace | LC91 | Sterling ABS Fixed RMBS | LC63 |
| Sterling Corporate: Airlines | LF22 | Sterling ABS Fixed WBS | LC64 |
| Sterling Corporate: Automotive | LC98 | Sterling ABS Floating | LC65 |
| Sterling Corporate: Banking | LF39 | Sterling ABS Floating Aaa | LC66 |
| Sterling Corporate: Basic Industry | LC86 | Sterling ABS Floating Aa | LF75 |
| Sterling Corporate: Beverage | LF08 | Sterling ABS Floating A | LC67 |
| Sterling Corporate: Brokerage | LF40 | Sterling ABS Floating Baa | LF74 |
| Sterling Corporate: Building Materials | LC92 | Sterling ABS Floating CMBS | LC68 |
| Sterling Corporate: Capital Goods | LC90 | Sterling ABS Floating Other | LC69 |
| Sterling Corporate: Captive | LF42 | Sterling ABS Floating RMBS | LC70 |
| Sterling Corporate: Chemical | LC87 | Sterling ABS Floating WBS | LC71 |
| Sterling Corporate: Communication | LF25 | Sterling Agencies/Local Auth/Foreign/Sov/Supra 15+ Years | LF77 |
| | | Sterling Aggregate 30% Gilt 25% Sup 45% Fin Aa3/AA- and higher (ex-Fitch) 1-10 yr | LES2 |

*Source: Lehman Brothers*
**For each ticker, you can view which attributes have been tickerized by typing ALLX <Ticker> <Go> in Bloomberg.**

#### Figure 5.    Swap Index Codes

*Bellwether Par Swaps Index Codes*

| Index | Ticker | Index | Ticker |
|---|---|---|---|
| *EUR Swaps Indices* | | Bellwether Swap (PLN): 72 Month | LW38 |
| Bellwether Swap (EU): Composite | LS75 | Bellwether Swap (PLN): 84 Month | LW39 |
| Bellwether Swap (EU): 3 Month | LS01 | Bellwether Swap (PLN): 96 Month | LW40 |
| Bellwether Swap (EU): 6 Month | LS02 | Bellwether Swap (PLN): 108 Month | LW41 |
| Bellwether Swap (EU): 12 Month | LS03 | Bellwether Swap (PLN): 120 Month | LW42 |
| Bellwether Swap (EU): 24 Month | LS04 | Bellwether Swap (PLN): 144 Month | LW43 |
| Bellwether Swap (EU): 60 Month | LS05 | Bellwether Swap (PLN): 180 Month | LW44 |
| Bellwether Swap (EU): 120 Month | LS06 | Bellwether Swap (PLN): 240 Month | LW45 |
| Bellwether Swap (EU): 240 Month | LS07 | *SKK Swaps Indices* | |
| Bellwether Swap (EU): 360 Month | LS08 | Bellwether Swap (SKK): 3 Month | LW46 |
| Bellwether Swap (EU): 420 Month | LS09 | Bellwether Swap (SKK): 6 Month | LW47 |
| Bellwether Swap (EU): 480 Month | LS10 | Bellwether Swap (SKK): 12 Month | LW48 |
| Bellwether Swap (EU): 600 Month | LS11 | Bellwether Swap (SKK): 24 Month | LW49 |
| *CHF Swaps Indices* | | Bellwether Swap (SKK): 36 Month | LW50 |
| Bellwether Swap (CHF): 3 Month | LS12 | Bellwether Swap (SKK): 48 Month | LW51 |
| Bellwether Swap (CHF): 6 Month | LS13 | Bellwether Swap (SKK): 60 Month | LW52 |
| Bellwether Swap (CHF): 12 Month | LS14 | Bellwether Swap (SKK): 72 Month | LW53 |
| Bellwether Swap (CHF): 24 Month | LS15 | Bellwether Swap (SKK): 84 Month | LW54 |
| Bellwether Swap (CHF): 60 Month | LS16 | Bellwether Swap (SKK): 96 Month | LW55 |
| Bellwether Swap (CHF): 120 Month | LS17 | Bellwether Swap (SKK): 108 Month | LW56 |
| Bellwether Swap (CHF): 180 Month | LS18 | Bellwether Swap (SKK): 120 Month | LW57 |
| Bellwether Swap (CHF): 240 Month | LS19 | *ZAR Swaps Indices* | |
| Bellwether Swap (CHF): 300 Month | LS20 | Bellwether Swap (ZAR): 3 Month | LW58 |
| Bellwether Swap (CHF): 360 Month | LS21 | Bellwether Swap (ZAR): 6 Month | LW59 |
| *JPY Swaps Indices* | | Bellwether Swap (ZAR): 12 Month | LW60 |
| Bellwether Swap (JP): Composite | LS40 | Bellwether Swap (ZAR): 24 Month | LW61 |
| Bellwether Swap (JP): 3 Month | LS41 | Bellwether Swap (ZAR): 36 Month | LW62 |
| Bellwether Swap (JP): 6 Month | LS33 | Bellwether Swap (ZAR): 48 Month | LW63 |
| Bellwether Swap (JP): 12 Month | LS34 | Bellwether Swap (ZAR): 60 Month | LW64 |
| Bellwether Swap (JP): 24 Month | LS35 | Bellwether Swap (ZAR): 72 Month | LW65 |
| Bellwether Swap (JP): 60 Month | LS36 | Bellwether Swap (ZAR): 84 Month | LW66 |
| Bellwether Swap (JP): 120 Month | LS37 | Bellwether Swap (ZAR): 96 Month | LW67 |
| Bellwether Swap (JP): 240 Month | LS38 | Bellwether Swap (ZAR): 108 Month | LW68 |
| Bellwether Swap (JP): 360 Month | LS39 | Bellwether Swap (ZAR): 120 Month | LW69 |
| *GBP Swaps Indices* | | Bellwether Swap (ZAR): 144 Month | LW70 |
| Bellwether Swap (GB): Composite | LS22 | Bellwether Swap (ZAR): 180 Month | LW71 |
| Bellwether Swap (GB): 3 Month | LS23 | Bellwether Swap (ZAR): 240 Month | LW72 |
| Bellwether Swap (GB): 6 Month | LS24 | Bellwether Swap (ZAR): 300 Month | LW73 |
| Bellwether Swap (GB): 12 Month | LS25 | Bellwether Swap (ZAR): 360 Month | LW74 |
| Bellwether Swap (GB): 24 Month | LS26 | | |
| Bellwether Swap (GB): 60 Month | LS27 | | |
| Bellwether Swap (GB): 96 Month | LG07 | *Zero Coupon Swaps Codes* | |
| Bellwether Swap (GB): 120 Month | LS28 | Index | Ticker |
| Bellwether Swap (GB): 240 Month | LS29 | *EUR Zero Coupon Swap Indices* | |
| Bellwether Swap (GB): 360 Month | LS30 | Zero Coupon (EU): 3 Month | LZ01 |

| | | | |
|---|---|---|---|
| Bellwether Swap (GB): 480 Month | LS31 | Zero Coupon (EU): 6 Month | LZ02 |
| Bellwether Swap (GB): 600 Month | LS32 | Zero Coupon (EU): 12 Month | LZ03 |
| ***USD Swaps Indices*** | | Zero Coupon (EU): 24 Month | LZ04 |
| Bellwether Swap (US): Composite | LS42 | Zero Coupon (EU): 36 Month | LZ05 |
| Bellwether Swap (US): 3 Month | LS49 | Zero Coupon (EU): 48 Month | LZ06 |
| Bellwether Swap (US): 6 Month | LS43 | Zero Coupon (EU): 60 Month | LZ07 |
| Bellwether Swap (US): 1 Year | LS50 | Zero Coupon (EU): 72 Month | LZ08 |
| Bellwether Swap (US): 2 Year | LS44 | Zero Coupon (EU): 84 Month | LZ09 |
| Bellwether Swap (US): 3 Year | LS51 | Zero Coupon (EU): 96 Month | LZ10 |
| Bellwether Swap (US): 4 Year | LS53 | Zero Coupon (EU): 108 Month | LZ11 |
| Bellwether Swap (US): 5 Year | LS45 | Zero Coupon (EU): 120 Month | LZ12 |
| Bellwether Swap (US): 6 Year | LS54 | Zero Coupon (EU): 132 Month | LZ13 |
| Bellwether Swap (US): 7 Year | LS55 | Zero Coupon (EU): 144 Month | LZ14 |
| Bellwether Swap (US): 8 Year | LS56 | Zero Coupon (EU): 156 Month | LZ15 |
| Bellwether Swap (US): 9 Year | LS57 | Zero Coupon (EU): 168 Month | LZ16 |
| Bellwether Swap (US): 10 Year | LS46 | Zero Coupon (EU): 180 Month | LZ17 |
| Bellwether Swap (US): 11 Year | LS58 | Zero Coupon (EU): 192 Month | LZ18 |
| Bellwether Swap (US): 12 Year | LS59 | Zero Coupon (EU): 204 Month | LZ19 |
| Bellwether Swap (US): 13 Year | LS60 | Zero Coupon (EU): 216 Month | LZ20 |
| Bellwether Swap (US): 14 Year | LS61 | Zero Coupon (EU): 228 Month | LZ21 |
| Bellwether Swap (US): 15 Year | LS52 | Zero Coupon (EU): 240 Month | LZ22 |
| Bellwether Swap (US): 16 Year | LS62 | Zero Coupon (EU): 252 Month | LZ23 |
| Bellwether Swap (US): 17 Year | LS63 | Zero Coupon (EU): 264 Month | LZ24 |
| Bellwether Swap (US): 18 Year | LS64 | Zero Coupon (EU): 276 Month | LZ25 |
| Bellwether Swap (US): 19 Year | LS65 | Zero Coupon (EU): 288 Month | LZ26 |
| Bellwether Swap (US): 20 Year | LS47 | Zero Coupon (EU): 300 Month | LZ27 |
| Bellwether Swap (US): 21 Year | LS66 | Zero Coupon (EU): 312 Month | LZ28 |
| Bellwether Swap (US): 22 Year | LS67 | Zero Coupon (EU): 324 Month | LZ29 |
| Bellwether Swap (US): 23 Year | LS68 | Zero Coupon (EU): 336 Month | LZ30 |
| Bellwether Swap (US): 24 Year | LS69 | Zero Coupon (EU): 348 Month | LZ31 |
| Bellwether Swap (US): 25 Year | LS70 | Zero Coupon (EU): 360 Month | LZ32 |
| Bellwether Swap (US): 26 Year | LS71 | Zero Coupon (EU): 420 Month | LZ33 |
| Bellwether Swap (US): 27 Year | LS72 | Zero Coupon (EU): 480 Month | LZ34 |
| Bellwether Swap (US): 28 Year | LS73 | Zero Coupon (EU): 540 Month | LZ35 |
| Bellwether Swap (US): 29 Year | LS74 | Zero Coupon (EU): 600 Month | LZ36 |
| Bellwether Swap (US): 30 Year | LS48 | ***EUR Fixed Term Zero Coupon Swap Indices*** | |
| ***CZK Swaps Indices*** | | Fixed Term Zero Coupon Swap (EU): 06/30/2006 | LZ37 |
| Bellwether Swap (CZK): 3 Month | LW02 | Fixed Term Zero Coupon Swap (EU): 12/31/2006 | LZ38 |
| Bellwether Swap (CZK): 6 Month | LW03 | Fixed Term Zero Coupon Swap (EU): 12/31/2007 | LZ39 |
| Bellwether Swap (CZK): 12 Month | LW04 | Fixed Term Zero Coupon Swap (EU): 12/31/2008 | LZ40 |
| Bellwether Swap (CZK): 24 Month | LW05 | Fixed Term Zero Coupon Swap (EU): 12/31/2009 | LZ41 |
| Bellwether Swap (CZK): 36 Month | LW06 | Fixed Term Zero Coupon Swap (EU): 12/31/2010 | LZ42 |
| Bellwether Swap (CZK): 48 Month | LW07 | Fixed Term Zero Coupon Swap (EU): 12/31/2011 | LZ43 |
| Bellwether Swap (CZK): 60 Month | LW08 | Fixed Term Zero Coupon Swap (EU): 12/31/2012 | LZ44 |
| Bellwether Swap (CZK): 72 Month | LW09 | Fixed Term Zero Coupon Swap (EU): 12/31/2013 | LZ45 |
| Bellwether Swap (CZK): 84 Month | LW10 | Fixed Term Zero Coupon Swap (EU): 12/31/2014 | LZ46 |
| Bellwether Swap (CZK): 96 Month | LW11 | Fixed Term Zero Coupon Swap (EU): 12/31/2015 | LZ47 |
| Bellwether Swap (CZK): 108 Month | LW12 | Fixed Term Zero Coupon Swap (EU): 12/31/2016 | LZ48 |
| Bellwether Swap (CZK): 120 Month | LW13 | Fixed Term Zero Coupon Swap (EU): 12/31/2017 | LZ49 |

| | | | |
|---|---|---|---|
| ***HUF Swaps Indices*** | | Fixed Term Zero Coupon Swap (EU): 12/31/2018 | LZ50 |
| Bellwether Swap (HUF): 3 Month | LW14 | Fixed Term Zero Coupon Swap (EU): 12/31/2019 | LZ51 |
| Bellwether Swap (HUF): 6 Month | LW15 | Fixed Term Zero Coupon Swap (EU): 12/31/2020 | LZ52 |
| Bellwether Swap (HUF): 12 Month | LW16 | Fixed Term Zero Coupon Swap (EU): 12/31/2021 | LZ53 |
| Bellwether Swap (HUF): 24 Month | LW17 | Fixed Term Zero Coupon Swap (EU): 12/31/2022 | LZ54 |
| Bellwether Swap (HUF): 36 Month | LW18 | Fixed Term Zero Coupon Swap (EU): 12/31/2023 | LZ55 |
| Bellwether Swap (HUF): 48 Month | LW19 | Fixed Term Zero Coupon Swap (EU): 12/31/2024 | LZ56 |
| Bellwether Swap (HUF): 60 Month | LW20 | Fixed Term Zero Coupon Swap (EU): 12/31/2025 | LZ57 |
| Bellwether Swap (HUF): 72 Month | LW21 | Fixed Term Zero Coupon Swap (EU): 12/31/2026 | LZ58 |
| Bellwether Swap (HUF): 84 Month | LW22 | Fixed Term Zero Coupon Swap (EU): 12/31/2027 | LZ59 |
| Bellwether Swap (HUF): 96 Month | LW23 | Fixed Term Zero Coupon Swap (EU): 12/31/2028 | LZ60 |
| Bellwether Swap (HUF): 108 Month | LW24 | Fixed Term Zero Coupon Swap (EU): 12/31/2029 | LZ61 |
| Bellwether Swap (HUF): 120 Month | LW25 | Fixed Term Zero Coupon Swap (EU): 12/31/2030 | LZ62 |
| Bellwether Swap (HUF): 144 Month | LW26 | Fixed Term Zero Coupon Swap (EU): 12/31/2031 | LZ63 |
| Bellwether Swap (HUF): 180 Month | LW27 | Fixed Term Zero Coupon Swap (EU): 12/31/2032 | LZ64 |
| Bellwether Swap (HUF): 240 Month | LW28 | Fixed Term Zero Coupon Swap (EU): 12/31/2033 | LZ65 |
| Bellwether Swap (HUF): 300 Month | LW29 | Fixed Term Zero Coupon Swap (EU): 12/31/2034 | LZ66 |
| Bellwether Swap (HUF): 360 Month | LW30 | Fixed Term Zero Coupon Swap (EU): 12/31/2035 | LZ67 |
| ***PLN Swaps Indices*** | | Fixed Term Zero Coupon Swap (EU): 06/30/2037 | LZ72 |
| Bellwether Swap (PLN): 3 Month | LW31 | Fixed Term Zero Coupon Swap (EU): 12/31/2040 | LZ68 |
| Bellwether Swap (PLN): 6 Month | LW32 | Fixed Term Zero Coupon Swap (EU): 12/31/2045 | LZ69 |
| Bellwether Swap (PLN): 12 Month | LW33 | Fixed Term Zero Coupon Swap (EU): 12/31/2050 | LZ70 |
| Bellwether Swap (PLN): 24 Month | LW34 | Fixed Term Zero Coupon Swap (EU): 12/31/2055 | LZ71 |
| Bellwether Swap (PLN): 36 Month | LW35 | | |
| Bellwether Swap (PLN): 48 Month | LW36 | ***Other*** | |
| Bellwether Swap (PLN): 60 Month | LW37 | Swap: 1 Month Euribor | LZ73 |

*Source: Lehman Brothers*
**For each ticker, you can view which attributes have been tickerized by typing ALLX <Ticker> <Go> in Bloomberg.**

**Figure 6.     Commodities Index Codes**

| Index | Ticker | Index | Ticker |
|---|---|---|---|
| **Lehman Brothers Commodity Index** | **LBCI** | **LBCI Pure Beta** | **LBPB** |
| **LBCI: Energy** | **LBEN** | **Pure Beta Energy** | **LPEN** |
| LBCI: Crude Oil-West Texas Intermediate (NYMEX) | LBCL | Pure Beta Crude Oil | LPCL |
| LBCI: Unleaded Gas (NYMEX) | LBRB | Pure Beta Gasoline | LPUG |
| LBCI: Natural Gas-Henry Hub (NYMEX) | LBNG | Pure Beta Natural Gas | LPNG |
| LBCI: Heating Oil (NYMEX) | LBHO | Pure Beta Heating Oil | LPHO |
| **LBCI: Metals** | **LBMT** | **Pure Beta Metals** | **LPMT** |
| *LBCI: Industrial Metals* | *LBBM* | *Pure Beta Metals Industrial* | *LPBM* |
| LBCI: Aluminum-High Grade (LME) | LBLA | Pure Beta Aluminum | LPIA |
| LBCI: Copper (LME) | LBCP | Pure Beta Copper | LPLP |
| LBCI: Nickel-Primary (LME) | LBLN | Pure Beta Nickel | LPLN |
| LBCI: Zinc-High Grade (LME) | LBLX | Pure Beta Zinc | LPLX |
| ***LBCI: Precious Metals*** | ***LBPM*** | ***Pure Beta Metals Precious*** | ***LPPM*** |
| LBCI: Gold (COMEX) | LBGC | Pure Beta Gold | LPGD |
| LBCI: Silver (COMEX) | LBSI | Pure Beta Silver | LPSI |
| **LBCI: Agriculture** | **LBAG** | **Pure Beta Agriculture** | **LPAG** |
| *LBCI: Grains* | *LBGR* | *Pure Beta Grains* | *LPGR* |
| LBCI: Corn (CBOT) | LBCN | Pure Beta Corn | LPBC |
| LBCI: Wheat-Chicago (CBOT) | LBWT | Pure Beta Wheat | LPBW |
| LBCI: Soybean (CBOT) | LBSY | Pure Beta Soybeans | LPBS |
| LBCI: Soybean Oil (CBOT) | LBBO | Pure Beta Soybean Oil | LPBO |
| LBCI: Soybean Meal (CBOT) | LBSM | Pure Beta Soybean Meal | LPSM |
| ***LBCI: Softs*** | ***LBFR*** | ***Pure Beta Softs*** | ***LPSO*** |
| LBCI: Cotton-No. 2 (NYBOT) | LBCT | Pure Beta Cotton | LPCT |
| LBCI: Coffee-C Futures (NYBOT) | LBKC | Pure Beta Coffee | LPKC |
| LBCI: Sugar-World No. 11 (NYBOT) | LBSB | Pure Beta Sugar | LPSB |
| **LBCI: Livestock** | **LBLS** | **Pure Beta Livestock** | **LPLS** |
| LBCI: Live Cattle (CME) | LBLC | Pure Beta Live Cattle | LPLC |
| LBCI: Lean Hogs (CME) | LBLH | Pure Beta Lean Hogs | LPLH |
| **Others Indices/Strategies** | | **Other Pure Beta Indices** | |
| Cocoa | LBCC | Pure Beta Cocoa | LPCC |
| Brent Crude | LBCO | Pure Beta Brent | LPCO |
| LBCI: 40% Energy | LB40 | Pure Beta Feeder Cattle | LPFC |
| LBCI Equal Weight | LBEW | Pure Beta Re-Weight | LPRW |
| Biodiesel | LBBI | Pure Beta KC Wheat | LPKW |
| Lumber | LBLB | Pure Beta Lead | LPLL |
| Rapeseed (EUR) | LBRP | Pure Beta Gasoil | LPGO |
| LBCI US Coal | LBQL | | |

*Source: Lehman Brothers*
*For each ticker, you can view which attributes have been tickerized by typing ALLX <Ticker> <Go> in Bloomberg.*

Figure 7.    Municipal Index Codes

| Index | Ticker |
|---|---|
| Municipal Bond | LMBI |
| Municipal Bond: 1 Year (1-2) | LM01 |
| Municipal Bond: 3 Year (2-4) | LM03 |
| Municipal Bond: 5 Year (4-6) | LM05 |
| Municipal Bond: 7 Year (6-8) | LM07 |
| Municipal Bond: 10 Year (8-12) | LM10 |
| Municipal Bond: 15 Year (12-17) | LM15 |
| Municipal Bond: 20 Year (17-22) | LM20 |
| Municipal Bond: Long Bond (22+) | LM22 |
| Municipal Bond: Aaa Index | LMA3 |
| Municipal Bond: Aa Index | LMA2 |
| Municipal Bond: A Index | LMA1 |
| Municipal Bond: Baa Index | LMB1 |
| Managed Money Index | LMMI |
| Managed Money Index - California | LMM2 |
| Managed Money Index - New York | LMM3 |
| Managed Money Short Term | LMM1 |
| Municipal Bond: Muni Inter-Short (1-10) | LMIS |
| Managed Money Short/Intermediate | LMM4 |
| AMT-Free Short Continuous | LMT1 |
| AMT-Free Intermediate Continuous | LMT2 |
| AMT-Free Long Continuous | LMT3 |
| AMT-Free California Long Municipal | LMT4 |
| AMT-Free New York Long Municipal | LMT5 |
| AMT-Free Pennsylvania Municipal | LMT6 |
| AMT-Free New Jersey Municipal | LMT7 |
| AMT-Free Massachusetts Municipal | LMT8 |
| AMT-Free Ohio Municipal | LMT9 |
| **Municipal Index Swaps** | |
| Lehman Brothers Muni 5-Year Aa3 Plus GO | LMS5 |
| Lehman Brothers Muni 10-Year Aa3 Plus GO | LMSX |
| Lehman Brothers Muni Intermediate Aa3 Plus GO | LMSI |
| Lehman Brothers Muni Long Aa3 Plus | LMSL |

*Source: Lehman Brothers*
*For each ticker, you can view which attributes have been tickerized by typing ALLX <Ticker> <Go> in Bloomberg.*

Figure 8.    CDX/iTraxx Returns Codes

| Index | Ticker |
|-------|--------|
| *CDX Returns* | |
| CDX IG 5yr Basket On The Run | LX01 |
| CDX IG Tranche 5yr 0-3% On The Run | LX11 |
| CDX IG 10 yr Basket On The Run | LX04 |
| CDX HY Basket On The Run | LX07 |
| CDX XO Basket On The Run | LX08 |
| CDX HVOL Basket On The Run | LX09 |
| CDX EM Basket On The Run | LX10 |
| *iTraxx Returns* | |
| iTraxx EUR 5yr Basket On The Run | LX02 |
| iTraxx Tranche 5yr 0-3% On The Run | LX12 |
| iTraxx EUR 10 yr Basket On The Run | LX03 |
| iTraxx HVOL Basket On The Run | LX05 |
| iTraxx XO Basket On The Run | LX06 |

*Source: Lehman Brothers*
**For each ticker, you can view which attributes have been tickerized by typing ALLX <Ticker> <Go> in Bloomberg.**

**Figure 9.     RBISM Basket Codes**

| Index | Ticker | Index | Ticker |
|---|---|---|---|
| *Global RBI* | | *U.S. RBI* | |
| Global Aggregate RBI Series 1 | LB03 | U.S. Aggregate RBI Series 2 | LB01 |
| Global Aggregate RBI Series 2 | LB04 | U.S. Aggregate RBI Series 1 | LB02 |
| Global Aggregate ex USD RBI Series 1 | LB05 | U.S. Credit RBI Series 1 | LB15 |
| Global Aggregate ex USD RBI Series 2 | LB06 | U.S. Credit RBI Series 2 | LB16 |
| Global Aggregate ex JPY RBI Series 1 | LB21 | U.S.High-Yield RBI Series 1 | LB17 |
| Global Aggregate ex JPY RBI Series 2 | LB22 | U.S.High-Yield RBI Series 2 | LB18 |
| Global Aggregate ex Asia RBI Series 1 | LB23 | U.S.Government/Credit RBI Series 1 | LB41 |
| Global Aggregate ex Asia RBI Series 2 | LB24 | U.S.Government/Credit RBI Series 2 | LB42 |
| Global Treasury 5-7 Years Series 1 | LB27 | *Euro RBI* | |
| Global Treasury 5-7 Years Series 2 | LB28 | Euro Aggregate RBI Series 1 | LB07 |
| Global Aggregate ex USD Series 1-USD | LB29 | Euro Aggregate RBI Series 2 | LB08 |
| Global Aggregate ex USD Series 1-EUR | LB30 | Pan Euro RBI Series 1 | LB09 |
| Global Aggregate ex USD Series 1-JPY | LB31 | Pan Euro RBI Series 2 | LB10 |
| Global Aggregate ex USD Series 1-GBP | LB32 | Euro Corporate RBI Series 1 | LB11 |
| Bespoke Global Treasury ex JPY Series 2 | LB37 | Euro Corporate RBI Series 2 | LB12 |
| Global Aggregate Series 1-USD | LB43 | Euro High-Yield RBI Series 1 | LB19 |
| Global Aggregate Series 1-EUR | LB44 | Euro High-Yield RBI Series 2 | LB20 |
| Global Aggregate Series 1-JPY | LB45 | Euro Treasury 1-3 Years Series 2 | LB25 |
| Global Aggregate Series 1-GBP | LB46 | Euro Treasury 1-3 Years Series 1 | LB26 |
| Global Treasury ex Japan Series 2 | LB47 | Euro Aggregate RBI Series 3 | LB33 |
| Global Aggregate ex U.S. MBS Series 1 | LB48 | Euro Treasury RBI Series 1 | LB34 |
| Global Aggregate ex U.S. MBS Series 2 | LB49 | Euro Treasury RBI Series 3 | LB35 |
| Global Aggregate ex U.S. MBS ex Treasury Series 1 | LB50 | Euro Treasury RBI Series 2 | LB36 |
| Global Aggregate ex U.S. MBS ex Treasury Series 2 | LB51 | *Asia Pac RBI* | |
| Global Aggregate ex Treasury Series 1 | LB52 | Bespoke Treasury ex JPY Series 2-EUR | LB39 |
| Global Aggregate ex Treasury Series 2 | LB53 | Bespoke Treasury ex JPY Series 2-GBP | LB40 |
| Global Agg Developed ex JPY 1 Bln+ Govt/Cred Series 1 | LB54 | Bespoke Treasury ex JPY Series 2-USD | LB38 |
| Global Agg Developed ex JPY 1Bln+ Govt/Cred Series 2 | LB55 | Japanese Aggregate RBI Series 1 | LB13 |
| Global Aggregate Developed exJPY-1Bln-USD Series 1 | LB56 | Japanese Aggregate RBI Series 2 | LB14 |
| Global Aggregate RBI Basket Series 5 | LB26 | | |

*Source: Lehman Brothers*
**For each ticker, you can view which attributes have been tickerized by typing ALLX <Ticker> <Go> in Bloomberg.**

Figure 10.        Foreign Exchange Index Codes

| Index | Ticker |
|-------|--------|
| LBFX: Long EUR, Short USD | LI01 |
| LBFX: Long JPY, Short USD | LI02 |
| LBFX: Long CHF, Short USD | LI03 |
| LBFX: Long CAD, Short USD | LI04 |
| LBFX: Long AUD, Short USD | LI05 |
| LBFX: Long NZD, Short USD | LI06 |
| LBFX: Long NOK, Short USD | LI07 |
| LBFX: Long SEK, Short USD | LI08 |
| LBFX: Long GBP, Short USD | LI09 |

*Source: Lehman Brothers  For each ticker, you can view which attributes have been tickerized by typing ALLX <Ticker> <Go> in Bloomberg.*

**Figure 11.**          **Attribute Codes**

| Attribute | Code |
| --- | --- |
| Since Inception Total Return | SI |
| Total Return | TR |
| Excess Return Month-to-Date | ER |
| Market Value | MV |
| Yield to Worst | YW |
| Statistics Modified Adjusted Duration | SM |
| Returns Modified Adjusted Duration | RM |
| Average OAS | OAS |
| Average Maturity | MAT |
| | |
| *Commodity Index Return Attributes* | |
| Total Return | TR |
| Excess Return | ER |
| Spot Return | SR |
| | |
| *Municipal Index Return Attributes* | |
| Total Return Index Value | TR |
| Month-to-Date Return | MR |
| Modified Duration to Worst | MDW |
| Modified Adjusted Duration | MD |
| Yield to Worst | YW |
| | |
| *CDX/iTraxx Returns Attributes* | |
| Unfunded Total Return Index Value | TU |
| Funded Total Return Index Value | TR |
| Unfunded MTD Total Return | MU |
| Funded MTD Total Return | MR |
| Breakeven Spread | SPR |
| Risky PV01 | RPV |
| | |
| *RBI Return Attributes* | |
| Total Return Index Value | TR |
| Month-to-Date Return | MR |
| | |
| *Foreign Exchange Return Attribute* | |
| Total Return Index Value | TR |

*Source: Lehman Brothers*
**For each ticker, you can view which attributes have been tickerized by typing ALLX <Ticker> <Go> in Bloomberg.**

**Figure 12.**      **Currency and Hedging Assumption Codes**

| Currency Code | Code |
|---|---|
| U.S. Dollar (USD) | U |
| Euro (EUR) | E |
| Japanese Yen (JPY) | J |
| Pounds Sterling (GBP) | G |
|  |  |
| Hedge Assumption | Code |
| Unhedged | U |
| Hedged | H |

*Source: Lehman Brothers*
*For each ticker, you can view which attributes have been tickerized by typing ALLX <Ticker> <Go> in*
*Bloomberg.*

**Figure 13.   Sample Decomposition of Global Aggregate Index Tickers Available on Bloomberg**

| Index Assumptions Lehman Index | Attribute | Curr | Hedging | Ticker Code | Att Code | Curr Codes | Bloomberg Ticker |
|---|---|---|---|---|---|---|---|
| | | | | **Bloomberg Ticker Construction** | | | |
| Global Aggregate Index | Total Return Index Value | USD | Unhedged | LEGA | TR | U U | LEGATRUU |
| Global Aggregate Index | Total Return Index Value | USD | Hedged | LEGA | TR | U H | LEGATRUH |
| Global Aggregate Index | Total Return Index Value | JPY | Unhedged | LEGA | TR | J U | LEGATRJU |
| Global Aggregate Index | Total Return Index Value | JPY | Hedged | LEGA | TR | J H | LEGATRJH |
| Global Aggregate Index | Total Return Index Value | GBP | Unhedged | LEGA | TR | G U | LEGATRGU |
| Global Aggregate Index | Total Return Index Value | GBP | Hedged | LEGA | TR | G H | LEGATRGH |
| Global Aggregate Index | Total Return Index Value | EUR | Unhedged | LEGA | TR | E U | LEGATREU |
| Global Aggregate Index | Total Return Index Value | EUR | Hedged | LEGA | TR | E H | LEGATREH |
| Global Aggregate Index | Since Inception Total Return | USD | Unhedged | LEGA | SI | U U | LEGASIUU |
| Global Aggregate Index | Since Inception Total Return | USD | Hedged | LEGA | SI | U H | LEGASIUH |
| Global Aggregate Index | Since Inception Total Return | JPY | Unhedged | LEGA | SI | J U | LEGASIJU |
| Global Aggregate Index | Since Inception Total Return | JPY | Hedged | LEGA | SI | J H | LEGASIJH |
| Global Aggregate Index | Since Inception Total Return | GBP | Unhedged | LEGA | SI | G U | LEGASIGU |
| Global Aggregate Index | Since Inception Total Return | GBP | Hedged | LEGA | SI | G H | LEGASIGH |
| Global Aggregate Index | Since Inception Total Return | EUR | Unhedged | LEGA | SI | E U | LEGASIEU |
| Global Aggregate Index | Since Inception Total Return | EUR | Hedged | LEGA | SI | E H | LEGASIEH |
| Global Aggregate Index | Market Value | USD | N/A | LEGA | MV | U | LEGAMVU |
| Global Aggregate Index | Market Value | JPY | N/A | LEGA | MV | J | LEGAMVJ |
| Global Aggregate Index | Market Value | GBP | N/A | LEGA | MV | G | LEGAMVG |
| Global Aggregate Index | Market Value | EUR | N/A | LEGA | MV | E | LEGAMVE |
| Global Aggregate Index | Month to Date Excess Return | N/A | N/A | LEGA | ER | | LEGAER |
| Global Aggregate Index | Yield to Worst | N/A | N/A | LEGA | YW | | LEGAYW |
| Global Aggregate Index | Statistics Modified Adj Dur | N/A | N/A | LEGA | MD | | LEGAMD |
| Global Aggregate Index | Returns Modified Adj Dur | N/A | N/A | LEGA | RMD | | LEGARMD |
| Global Aggregate Index | Average | | OAS | N/A | LEGA | OAS | LEGAOAS |
| Global Aggregate Index | Maturity | | | N/A | N/A | LEGA | MAT | LEGAMAT |

*Source: Lehman Brothers*

# LEHMAN BROTHERS

# Multiverse Index

## Overview

The Multiverse Index provides a broad-based measure of the global fixed-income bond market. The index represents the union of the Global Aggregate Index and the Global High-Yield Index and captures investment-grade and high-yield securities in all eligible currencies. Standalone indices such as the Euro Floating-Rate ABS Index and the Chinese Aggregate Index are excluded. The Multiverse Index family includes a wide range of standard and customized subindices by sector, quality, maturity, and country. The Multiverse Index was created on January 1, 2001, with index history backfilled to January 1, 1999.



### Sector Breakdown as of 12/31/2007

- Treasury 46.0%
- Government-Related 14.6%
- Corporate 19.0%
- Securitized 20.5%

### Quality Breakdown as of 12/31/2007

- Caa-NR 0.6%
- A 10.6%
- B 1.3%
- Aa 28.3%
- Baa 4.6%
- Ba 1.8%
- Aaa 52.9%

### Access to the Index

**LehmanLive Website**
**www.lehmanlive.com**

**KEY FEATURES**
- Daily index returns and statistics
- Historical index time series downloadable into Excel
- Standardized market structure reports
- Fully customizable views
- Index primers and shelf reference documents
- Latest index and portfolio strategies research publications

**Bloomberg Index Page <LEHM> <1>**
**Key statistics and returns**
**<LF93> <INDEX>**

**TICKERS**
- Total Return Index Value: LF93TRUU
- Since Inception Total Return: LF93SIUU
- Month to Date Excess Return: LF93ER
- Market Value (USD): LF93MVU
- Yield to Worst: LF93YW
- Mod. Adj. Duration: LF93MD
- Returns Mod. Adj Duration: LF93RMD
- Average OAS: LF93OAS

**POINT (Portfolio and Index Tool)**
**Name: Multiverse**

**KEY FEATURES**
- Index level returns and statistics
- Historical index constituents
- Fully customizable market structure reports
- Index dynamics and turnover reports
- Portfolio upload/analysis
- Multi-factor Global Risk Model
- Portfolio performance attribution

## Rebalancing

| | |
|---|---|
| **Frequency** | The composition of the Returns Universe is rebalanced monthly at each month end and represents the set of bonds on which index returns are calculated. The Statistics Universe changes daily to reflect issues dropping out and entering the index, but is not used for return calculations. On the last business day of the month, the composition of the latest Statistics Universe becomes the Returns Universe for the following month. |
| **Index Changes** | During the month, indicative changes to securities (maturity, credit rating change, sector reclassification, amount outstanding) are reflected in both the Statistics and Returns Universe of the index on a daily basis. These changes may cause bonds to enter or fall out of the Statistics Universe of the index on a daily basis, but will affect the composition of the Returns Universe only at month-end when the index is rebalanced. |
| **Reinvestment of Cash flows** | Interest and principal payments earned by the Returns Universe are held in the index without a reinvestment return until month-end when it is removed from the index. |
| **New Issues** | Qualifying securities issued, but not necessarily settled, on or before the month-end rebalancing date qualify for inclusion in the following month's Returns Universe. |

## Contacts

| New York | London | Tokyo | Hong Kong |
|---|---|---|---|
| index@lehman.com | londonindexgroup@lehman.com | tkindexhelp@lehman.com | hongkongasiaindex@lehman.com |
| +1-212-526-7400 | +44-207-102-2220 | +81-3-6440-1770 | +852-2252-6230 |

# Multiverse Index

Global Family of Indices

| Rules for Inclusion | |
|---|---|
| **Amount Outstanding** | The minimum liquidity criteria for the Global Aggregate Index component are based on eligible currencies, as follows:<br>◆ For U.S. Aggregate, Canadian, Eurodollar, and Investment-Grade 144A Index securities, USD 300 million (or equivalent) minimum par amount outstanding. CMBS and ABS securities must belong to a deal with a minimum aggregate transaction size of USD 500 million.<br>◆ For Pan-European Aggregate Index securities, EUR 300 million currency equivalent minimum par amount outstanding.<br>◆ For Asian-Pacific Aggregate and Euro-Yen Index securities, JPY 35 billion minimum par amount outstanding.<br>◆ For GBP denominated securities, GBP 200 million currency equivalent minimum par amount outstanding.<br>◆ For securities in other Global Aggregate eligible currencies, minimum amount outstanding is pegged to one of the four major currencies above, using an exchange rate that is reset once a year on the last business day of November. WM/Reuters exchange rates are used.<br>The minimum liquidity criteria for the Global High-Yield Index component are as follows:<br>◆ For U.S. High-Yield Index securities, USD 150 million minimum par amount outstanding.<br>◆ For Pan-European High-Yield Index securities, EUR 100 million currency equivalent minimum par amount outstanding (as of 1/1/2006).<br>◆ For Emerging Markets securities, USD 500 million/EUR 500 million (or equivalent) minimum par outstanding at the security level; corporate issuers must have at least USD 1 billion/ EUR 1 billion (or equivalent) in outstanding debt trading in the market (as of 1/1/2006).<br>◆ The CMBS High-Yield Index is included in its entirety, with no minimum transaction size required. |
| **Quality** | The index includes both securities that are rated investment-grade (Baa3/BBB-/BBB- or above) and high-yield (Ba1/BB+/BB+ or below). Bonds are classified using the middle rating of Moody's, S&P, and Fitch, respectively, as outlined below:<br>◆ When all three agencies rate an issue, a median or "two out of three" rating is used to determine index eligibility by dropping the highest and lowest rating.<br>◆ When a rating from only two agencies is available, the lower ("most conservative") of the two is used.<br>◆ When a rating from only one agency is available, that rating is used to determine index eligibility.<br>◆ A limited number of unrated CMBS HY, Emerging Markets High-Yield, and U.S. High-Yield Index securities are included in the Global High-Yield Index. To be eligible they must have previously held a high-yield rating or have been associated with a high-yield issuer, and must trade accordingly.<br>◆ Unrated subordinated securities are included if a subordinated issuer rating is applicable.<br>◆ Domestic local currency sovereign bonds are rated by calculating the most observed bond level rating for all outstanding bonds.<br>◆ German Pfandbriefe are assigned ratings that are one full rating category above the issuer's unsecured debt. |
| **Maturity** | ◆ At least 1 year until final maturity, regardless of optionality. For securities with coupon that converts from fixed to floating-rate, at least 1 year until the conversion date.<br>◆ MBS must have a weighted average maturity of at least 1 year; CMBS and ABS must have a remaining average life of at least 1 year.<br>◆ Perpetual securities are included in the index provided they are callable or their coupons switch from fixed to variable rate. These are included until one year before their first call date, providing they meet all other index criteria. |
| **Seniority of Debt** | Senior and subordinated issues are included. |
| **Coupon** | Fixed-rate, with the exception of the U.S. Emerging Markets High-Yield Index which might include floating-rate securities. Step-up coupons and coupons that change according to a predetermined schedule are also included. |
| **Currency** | Currencies eligible for inclusion must be freely tradable and hedgeable. Local currencies' sovereign bonds (both local and foreign) in the Global Aggregate Index must have an investment-grade sovereign rating following the quality criteria outlined above. The list of eligible currencies is reviewed once a year. Thai baht debt was removed from the index on March 1, 2007 and will be added back on July 1, 2008.<br>◆ U.S. and Canadian securities: USD, CAD.<br>◆ Pan-European securities: EUR, GBP, CZK, DKK, HUF, NOK, PLN, SKK, SEK.<br>◆ Asian-Pacific securities: JPY, AUD, HKD, KRW, NZD, SGD, TWD (as of 1/1/2006), MYR (as of 1/1/2006).<br>◆ Additional eligible currencies: CLP, MXN, ZAR. |
| **Market of Issue** | Fully taxable, publicly issued in the global and regional markets. |
| **Security Types** | **Included:**<br>◆ Bullet, puttable, and callable bonds<br>◆ Soft bullets<br>◆ Original issue zero coupon, step-ups, and underwritten MTN<br>◆ U.S. Certificates of Deposit (as of 1/1/06)<br><br>**Excluded:**<br>◆ Bonds with equity-type features (e.g., warrants, convertibility)<br>◆ Private placements<br>◆ STRIPS<br>◆ CHF denominated bonds<br>◆ Inflation-linked bonds<br>◆ Defaulted bonds<br>◆ Privately placed Japanese Government Bonds (JGB)<br>◆ USD 25/ USD 50 par bonds |

# Multiverse Index

Global Family of Indices

| Pricing and Related Issues | |
|---|---|
| Sources & Frequency | All index-eligible bonds are priced on a daily basis, predominantly by Lehman Brothers traders. For Global Aggregate Index components, pricing sources and frequency are as follows: |

- ◆ U.S. Aggregate Index (refer to *U.S. Aggregate Index Fact Sheet*): Treasuries are trader priced daily; up to 1,000 benchmark Corporate securities are trader priced daily; some Agency debentures are trader priced daily; MBS bonds are priced by traders on a daily basis for fixed-rate and weekly for hybrid ARMs, with generic prices derived from these marks; ABS spreads are marked weekly for autos/credit cards/utilities and semi-monthly or monthly for home equity to generate daily prices using changes in the Treasury and swap curves; CMBS spreads are updated as needed, as often as daily.

- ◆ Pan-European Aggregate Index: Lehman Brothers traders price more than 75% of the market value of the index on a daily basis; the remainder is priced by vendors and exchanges or by a spread matrix algorithm. Traditional Pfandbriefe are curve-based, Jumbo Pfandbriefe are vendor priced.

- ◆ Asian-Pacific Aggregate Index, Euro-Yen Index, and Other Currencies: Daily prices provided by third party sources, with the exception of the JGB Index, which is priced by Lehman Brothers traders on a daily basis.

- ◆ Canadian Index:  Daily pricing is provided by TSX Group.

- ◆ 144A/ Eurodollar Indices: Priced by Lehman Brothers traders at mid month and month end; in between, bonds are priced using a spread matrix algorithm.

For Global High-Yield Index components, pricing sources and frequency are as follows:

- ◆ U.S. High-Yield Index: All bonds are priced by either Lehman Brothers traders or FT Interactive Data (IDC) on a daily basis.

- ◆  Pan-European High-Yield Index: Lehman Brothers traders and external vendors provide pricing on a daily basis.

- ◆ U.S. Emerging Markets High-Yield Index and Pan-European Emerging Markets High-Yield Index: All bonds in the index are priced by Lehman Brothers traders at mid month and month end. On a daily basis, a subset of the index continues to be trader priced, with the remaining bonds model/ matrix priced using actively traded benchmark securities to generate issuer pricing curves and populate a spread matrix algorithm.

- ◆ CMBS HY Index: CMBS spreads are updated as needed, as often as daily.

| | |
|---|---|
| Pricing Quotes | Bonds can be quoted in a variety of ways including nominal spreads over benchmark securities/treasuries, spreads over swap curves, or direct price quotes as a percentage of par. In most instances the quote type used is a spread measure that results in daily security price changes from the movement of the underlying curve (swap or treasury) and/or changes in the quoted spread. |
| Timing | On a daily basis. If the last business day of the month is a public holiday in a major regional market, prices from the previous business day are used to price bonds in the particular market. |

- ◆ North American currency bonds: 3:00 pm (New York time).

- ◆ European currency bonds: 4:15 pm (GMT time).

- ◆ Asian currency bonds: at each local market's own closing time; 3:00 pm (Tokyo time) for JPY denominated securities.

| | |
|---|---|
| Bid or Offer Side | Bonds in the index are priced on the bid side. The initial price for new U.S. Aggregate Index Corporates and new Pan-European Aggregate Index issues entering the index is the offer side; after that, the bid side price is used. Euro and Sterling Treasury bonds use mid dollar prices. |
| Settlement Assumptions | T+1 settlement basis for all bonds except U.S. MBS. U.S. MBS are priced for Public Securities Association (PSA) settlement in the following month and discounted back to same-day settlement at the mortgage repurchase rate. |
| Verification | Multi-contributor verification: The primary price for each security is analyzed and compared to other third-party pricing sources through both statistical routines and scrutiny by the research staff. Significant discrepancies are researched and corrected, as necessary. On occasion, index users may also challenge price levels, which are then reviewed by the pricing team. Prices are then updated as needed using input from the trading desk. |

| Index History | |
|---|---|
| July 1, 2008 | Thai baht debt added back to Global Aggregate Index |
| January 1, 2008 | Fixed-to-floating rate perpetual securities that do not have coupon rate step-ups on their first call date eligible for inclusion. U.S. MBS Fixed-Rate Balloons and U.S. ABS Manufactured Housing removed. |
| March 1, 2007 | Thai baht debt removed from Global Aggregate Index |
| January 1, 2006 | Taiwan dollar and Malaysian ringgit eligible for inclusion in the Global Aggregate Index. For Emerging Markets securities, minimum amount outstanding raised to USD 500/EUR 500 million from USD 300/EUR 300 million for corporates/ sovereigns and USD 500/EUR 500 million for local issues/Brady bonds; corporate bonds must be from issuers with at least USD 1/EUR 1 billion equivalent debt outstanding. For Pan-European High-Yield securities, minimum amount outstanding raised to EUR 100 million from EUR 50 million. |
| July 1, 2005 | Fitch ratings added to Moody's and S&P to determine index eligibility. |
| January 1, 2005 | Sector re-classification into Treasury, Government-Related, Corporate, and Securitized. South African rand, Chilean peso, Mexican peso, Czech koruna, Hungarian forint, Polish zloty, Slovenian tolar, and Slovakian koruna eligible for inclusion in the Global Aggregate Index. |
| September 1, 2004 | Local currency government debt from Hong Kong included in the Global Aggregate Index. |
| July 1, 2004 | Danish MBS without embedded optionality joined the index. |
| October 1, 2003 | Started using the most conservative of Moody's and S&P to determine index eligibility instead of Moody's only for split-rated securities. |
| October 1, 2002 | Canadian Corporates joined the Multiverse Index. |
| January 1, 2002 | Liquidity constraint for the Global Aggregate Index changed to multiple regional currency constraints from the sole USD 300 million equivalent criterion. Local currency government debt from Thailand, South Korea and Singapore included in the index. |
| August 1, 2001 | Pan-European Emerging Markets Index started contributing to the Multiverse Index. |
| June 1, 2001 | Local currency government debt from Greece included in the Global Aggregate Index. |
| January 1, 2001 | Creation of Multiverse Index with index history backfilled to January 1, 1999. |

# LEHMAN BROTHERS

# Global Aggregate Index

## Overview

The Global Aggregate Index provides a broad-based measure of the global investment-grade fixed-rate debt markets. The Global Aggregate Index contains three major components: the U.S. Aggregate Index (USD 300 million), the Pan-European Aggregate Index (EUR 300 million), and the Asian-Pacific Aggregate Index (JPY 35 billion). In addition to securities from these three benchmarks (94.4% of the overall Global Aggregate market value), the Global Aggregate Index includes Global Treasury, Eurodollar (USD 300 million), Euro-Yen (JPY 35 billion), Canadian (CAD 300 million), and Investment-Grade 144A (USD 300 million) index-eligible securities not already in the three regional aggregate indices. The Global Aggregate Index family includes a wide range of standard and customized subindices by liquidity constraint, sector, quality, and maturity. The Global Aggregate Index is a component of the Multiverse Index. The Global Aggregate Index was created in 1999, with index history backfilled to January 1, 1990.



### Sector Breakdown as of 12/31/2007

Treasury 47.7%
Government-Related 14.3%
Corporate 16.8%
Securitized 21.2%

### Quality Breakdown as of 12/31/2007

Aa 29.3%
A 11.0%
Baa 4.7%
Aaa 54.9%

### Access to the Index

**LehmanLive Website**
**www.lehmanlive.com**

**KEY FEATURES**
◆ Daily index returns and statistics
◆ Historical index time series downloadable into Excel
◆ Standardized market structure reports
◆ Fully customizable views
◆ Index primers and shelf reference documents
◆ Latest index and portfolio strategies research publications

**Bloomberg Index Page <LEHM> <2>**
**Key statistics and returns**
**<LEGA> <INDEX>**

**TICKERS**
◆ Total Return Index Value: LEGATRUU
◆ Since Inception Total Return: LEGASIUU
◆ Month to Date Excess Return: LEGAER
◆ Market Value (USD): LEGAMVU
◆ Yield to Worst: LEGAYW
◆ Mod. Adj. Duration: LEGAMD
◆ Returns Mod. Adj. Duration: LEGARMD
◆ Average OAS: LEGAOAS
◆ Maturity: LEGAMAT

**POINT (Portfolio and Index Tool)**
**Name: Global Agg**

**KEY FEATURES**
◆ Index level returns and statistics
◆ Historical index constituents
◆ Fully customizable market structure reports
◆ Index dynamics and turnover reports
◆ Portfolio upload/analysis
◆ Multi-factor Global Risk Model
◆ Portfolio performance attribution

### Rebalancing

**Frequency**

The composition of the Returns Universe is rebalanced monthly at each month end and represents the set of bonds on which index returns are calculated. The Statistics Universe changes daily to reflect issues dropping out and entering the index, but is not used for return calculation. On the last business day of the month, the composition of the latest Statistics Universe becomes the Returns Universe for the following month.

**Index Changes**

During the month, indicative changes to securities (maturity, credit rating change, sector reclassification, amount outstanding) are reflected in both the Statistics and Returns Universe of the index on a daily basis. These changes may cause bonds to enter or fall out of the Statistics Universe of the index on a daily basis, but will affect the composition of the Returns Universe only at month-end when the index is rebalanced.

**Reinvestment of Cash flows**

Interest and principal payments earned by the Returns Universe are held in the index without a reinvestment return until month-end when it is removed from the index.

**New Issues**

Qualifying securities issued, but not necessarily settled, on or before the month-end rebalancing date qualify for inclusion in the following month's Returns Universe.

### Contacts

| New York | London | Tokyo | Hong Kong |
|---|---|---|---|
| index@lehman.com | londonindexgroup@lehman.com | tkindexhelp@lehman.com | hongkongasiaindex@lehman.com |
| +1-212-526-7400 | +44-207-102-2220 | +81-3-6440-1770 | +852-2252-6230 |

# Global Aggregate Index

Global Family of Indices

| Rules for Inclusion | |
|---|---|
| **Amount Outstanding** | The minimum liquidity criterion is based on eligible currencies, as follows:<br>◆ For U.S. Aggregate, Canadian, Eurodollar, and Investment-Grade 144A Index securities, USD 300 million (or equivalent) minimum par amount outstanding. CMBS and ABS securities must belong to a deal with a minimum aggregate transaction size of USD 500 million.<br>◆ For Pan-European Aggregate Index securities, EUR 300 million currency equivalent minimum par amount outstanding.<br>◆ For Asian-Pacific Aggregate and Euro-Yen Index securities, JPY 35 billion minimum par amount outstanding.<br>◆ For GBP-denominated securities, GBP 200 million currency equivalent minimum par amount outstanding.<br>◆ For securities in other eligible currencies, minimum amount outstanding is pegged to one of the four major currencies above, using an exchange rate that is reset once a year on the last business day of November. WM/Reuters exchange rates are used. |
| **Quality** | Must be rated investment grade (Baa3/BBB-/BBB- or above) using the middle rating of Moody's, S&P, and Fitch, respectively.<br>◆ When all three agencies rate an issue, a median or "two out of three" rating is used to determine index eligibility by dropping the highest and lowest rating.<br>◆ When a rating from only two agencies is available, the lower ("most conservative") of the two is used.<br>◆ When a rating from only one agency is available, that rating is used to determine index eligibility.<br>◆ Unrated securities are included provided that an issuer rating is applicable.<br>◆ Unrated subordinated securities are included if a subordinated issuer rating is applicable.<br>◆ Domestic local currency sovereign bonds will be rated by calculating the most observed bond level rating for all outstanding bonds.<br>◆ German Pfandbriefe are assigned ratings that are one full rating category above the issuer's unsecured debt. |
| **Maturity** | ◆ At least 1 year until final maturity, regardless of optionality. For securities with coupon that converts from fixed to floating-rate, at least 1 year until the conversion date.<br>◆ MBS must have a weighted average maturity of at least 1 year; CMBS and ABS must have a remaining average life of at least 1 year.<br>◆ Perpetual securities are included in the index provided they are callable or their coupons switch from fixed to variable rate. These are included until one year before their first call date, providing they meet all other index criteria. |
| **Seniority of Debt** | Senior and subordinated issues are included. |
| **Coupon** | Fixed-rate. Step-up coupons and coupons that change according to a predetermined schedule are also included. Capital securities with coupons that convert from fixed to floating-rate are index-eligible, given that they are currently fixed-rate; the maturity date then equals the conversion date. Fixed-to-floating rate perpetual capital securities that do not have coupon rate step-ups on their first call date will remain index eligible for their fixed-rate term provided that they meet all other index inclusion rules and exit the index one year prior to their conversion to floating coupon payment (refer to *Global Capital Securities Index Fact Sheet*). |
| **Currency** | Currencies eligible for inclusion must be freely tradable and hedgeable; local currencies' sovereign bonds (both local and foreign) must have an investment-grade sovereign rating using the middle rating. The list of eligible currencies is reviewed once a year. Thai baht debt was removed from the index on March 1, 2007 and will be added back on July 1, 2008.<br>◆ U.S. and Canadian Aggregate Index securities: USD, CAD.<br>◆ Pan-European Aggregate Index securities: EUR, GBP, CZK, DKK, HUF, NOK, PLN, SKK, SEK.<br>◆ Asian-Pacific Aggregate Index securities: JPY, AUD, HKD, KRW, NZD, SGD, TWD (as of 1/1/2006), MYR (as of January 1, 2006).<br>◆ Additional eligible currencies: CLP, MXN, ZAR. |
| **Market of Issue** | Fully taxable, publicly issued in the global and regional markets. |
| **Security Types** | **Included:**<br>◆ Fixed-rate bullet, puttable and callable bonds<br>◆ Soft bullets<br>◆ Original issue zero coupon, step-ups, and underwritten MTN<br>◆ U.S. Certificates of Deposit (as of 1/1/06)<br>◆ Fixed-rate and fixed to floating capital securities<br><br>**Excluded:**<br>◆ Bonds with equity-type features (e.g., warrants, convertibility)<br>◆ Private placements<br>◆ Floating-rate issues<br>◆ Strips<br>◆ CHF denominated bonds, THB denominated bonds (as of 3/1/07)<br>◆ Inflation-linked bonds<br>◆ Privately placed Japanese Government Bonds (JGB)<br>◆ Non-ERISA eligible U.S. CMBS issues<br>◆ USD 25/ USD 50 par bonds<br>◆ Loan Participation Notes (LPN) and other structured products<br>◆ U.S. Agency Hybrid ARMs/JFHA RMBS |

# Global Aggregate Index

Global Family of Indices

| Pricing and Related Issues | |
|---|---|
| **Sources & Frequency** | Unless noted otherwise, index bonds are priced by Lehman Brothers traders at mid month and month end. On a daily basis, a subset of the index continues to be trader priced, with the remaining bonds model/ matrix priced using actively traded benchmark securities to generate issuer pricing curves and populate a spread matrix algorithm. |
| | ◆ U.S. Aggregate Index (refer to *U.S. Aggregate Index Fact Sheet*): Treasuries are trader priced daily; up to 1,000 benchmark Corporate securities are trader priced daily; some Agency debentures are trader priced daily; MBS bonds are priced by traders on a daily basis for fixed-rate and weekly for hybrid ARMs, with generic prices derived from these marks; ABS spreads are marked weekly for autos/credit cards/utilities and semi-monthly or monthly for home equity to generate daily prices using changes in the Treasury and swap curves; CMBS spreads are updated as needed, as often as daily. |
| | ◆ Pan-European Aggregate Index: Lehman Brothers traders price more than 75% of the market value of the index; the remainder is priced by vendors and exchanges or by a spread matrix algorithm. Traditional Pfandbriefe are curve-based, Jumbo Pfandbriefe and Danish MBS are vendor priced. |
| | ◆ Asian-Pacific Aggregate Index, Euro-Yen Index, and Other Currencies: Daily prices provided by third party sources, with the exception of the JGB Index, which is priced by Lehman Brothers traders on a daily basis. |
| | ◆ Canadian Index:  Daily pricing is provided by TSX Group. |
| | ◆ 144A/ Eurodollar Indices: Priced by Lehman Brothers traders at mid month and month end; in between, bonds are priced using a spread matrix algorithm. |
| **Pricing Quotes** | Bonds can be quoted in a variety of ways including nominal spreads over benchmark securities/treasuries, spreads over swap curves, or direct price quotes as a percentage of par. In most instances the quote type used is a spread measure that results in daily security price changes from the movement of the underlying curve (swap or treasury) and/or changes in the quoted spread. |
| **Timing** | If the last business day of the month is a public holiday in a major regional market, prices from the previous business day are used to price bonds in the particular market. |
| | ◆ North American currency bonds: 3:00 pm (New York time). |
| | ◆ European currency bonds: 4:15 pm (GMT time). |
| | ◆ Asian currency bonds: at each local market's own closing time; 3:00 pm (Tokyo time) for JPY denominated securities. |
| **Bid or Offer Side** | Bonds in the index are priced on the bid side. The initial price for new corporate issues entering the index is the offer side; after that, the bid side price is used. Euro and Sterling Treasury bonds use mid dollar prices. |
| **Settlement Assumptions** | T+1 settlement basis for all bonds except U.S. MBS. U.S. MBS are priced for Public Securities Association (PSA) settlement in the following month and discounted back to same-day settlement at the mortgage repurchase rate. |
| **Verification** | Multi-contributor verification: The primary price for each security is analyzed and compared to other third-party pricing sources through both statistical routines and scrutiny by the research staff. Significant discrepancies are researched and corrected, as necessary. On occasion, index users may also challenge price levels, which are then reviewed by the pricing team. Prices are then updated as needed using input from the trading desk. |

| Index History | |
|---|---|
| July 1, 2008 | Thai Baht debt added back to the Global Aggregate Index |
| April 1, 2008 | CAD-denominated Euro MTNs and deposit notes eligible for inclusion. |
| January 1, 2008 | Fixed-to-floating rate perpetual securities that do not have coupon rate step-ups on their first call date eligible for inclusion. U.S. MBS Fixed-Rate Balloons and U.S. ABS Manufactured Housing removed. |
| March 1, 2007 | Thai baht debt removed from Global Aggregate Index |
| January 1, 2006 | Taiwan dollar and Malaysian ringgit eligible for inclusion in the index. |
| July 1, 2005 | Fitch ratings added to Moody's and S&P to determine index eligibility. |
| January 1, 2005 | Sector re-classification into Treasury, Government-Related, Corporate, and Securitized. |
| | South African rand, Chilean peso, Mexican peso, Czech koruna, Hungarian forint, Polish zloty, Slovenian tolar, and Slovakian koruna eligible for inclusion in the index. |
| September 1, 2004 | Local currency government debt from Hong Kong included in the index. |
| July 1, 2004 | Danish MBS without embedded optionality joined the index. |
| October 1, 2003 | Capital and senior unsecured securities with coupon-to-variable coupons added to the index. |
| January 1, 2002 | Liquidity constraint changed to multiple regional currency constraints from the sole USD 300 million equivalent criterion. |
| | Local currency government debt from Thailand, South Korea and Singapore included in the index. |
| June 1, 2001 | Local currency government debt from Greece included in the index. |
| October 1, 2000 | Asian-Pacific Aggregate Index joined the Global Aggregate Index. |
| | Liquidity constraint for all securities in the index raised to USD 300 million (or currency equivalent) from USD 150 million. |
| July 1, 2000 | Euro-Dollar and U.S. Investment-Grade 144A Indices joined the Global Aggregate index. |
| January 1, 1999 | Creation of Global Aggregate Index with index history backfilled to January 1, 1990. At inception, Global Aggregate index included the U.S. Aggregate Index, Pan-European Aggregate Index, and Global Treasury Index (ex-U.S. and European government securities). |
| January 1, 1990 | Inception date of the Global Aggregate Index data time series. |

# LEHMAN BROTHERS

# Global High-Yield Index

## Overview

The Global High-Yield Index provides a broad-based measure of the global high-yield fixed income markets. The Global High-Yield Index represents that union of the U.S. High-Yield, Pan-European High-Yield, U.S. Emerging Markets High-Yield, CMBS High-Yield, and Pan-European Emerging Markets High-Yield Indices. The Global High-Yield Index is a component of the Multiverse Index, along with the Global Aggregate Index. The Global High-Yield Index was created on January 1, 1999, with index history backfilled to January 1, 1990.



| **Sector Breakdown** as of 12/31/2007 | **Access to the Index** |
|---|---|

**Sector Breakdown** (pie chart):
- Corporate 75.5%
- Government-Related 22.9%
- Securitized 1.6%

**Quality Breakdown** as of 12/31/2007 (pie chart):
- Ba 49.6%
- B 35.0%
- Caa 14.0%
- Ca-NR 1.4%

**Access to the Index**

**LehmanLive Website**
**www.lehmanlive.com**

**KEY FEATURES**
- Daily index returns and statistics
- Historical index time series downloadable into Excel
- Standardized market structure reports
- Fully customizable views
- Index primers and shelf reference documents
- Latest index and portfolio strategies research publications

**Bloomberg Index Page <LEHM> <1>**
**Key statistics and returns**
**<LG30> <INDEX>**

**TICKERS**
- Total Return Index Value: LG30TRUU
- Since Inception Total Return: LG30SIUU
- Market Value (USD): LG30MVU
- Yield to Worst: LG30YW
- Mod. Adj. Duration: LG30MD
- Returns Mod. Adj. Duration: LG30RMD
- Average OAS: LG30OAS
- Maturity: LG30MAT

**POINT (Portfolio and Index Tool)**
**Long Name: Global High-Yield**
**Short Name: glhiyld**

**KEY FEATURES**
- Index level returns and statistics
- Historical index constituents
- Fully customizable market structure reports
- Index dynamics and turnover reports
- Portfolio upload/analysis
- Multi-factor Global Risk Model
- Portfolio performance attribution

## Pricing and Related Issues

**Sources & Frequency**
- U.S. High-Yield Index: Bonds are priced by Lehman Brothers traders at mid month and month end. On a daily basis, a subset of the index continues to be trader priced, with the remaining bonds priced using FT Interactive Data (IDC) marks.
- Pan-European High-Yield Index: Lehman Brothers traders and external vendors provide pricing on a daily basis.
- Emerging Markets High-Yield Index and Pan-European Emerging Markets High-Yield Index: All bonds in the index are priced by Lehman Brothers traders at mid month and month end. On a daily basis, a subset of the index continues to be trader priced, with the remaining bonds model/ matrix priced using actively traded benchmark securities to generate issuer pricing curves and populate a spread matrix algorithm.
- CMBS HY Index: CMBS prices are updated by Lehman Brothers traders as needed, as often as daily.

**Timing**

On a daily basis. If the last business day of the month is a public holiday in a major regional market, prices from the previous business day are used to price bonds in the particular market.
- North American currency bonds: 3:00 pm (New York time).
- European currency bonds: 4:15 pm (GMT time).

**Bid or Offer Side**

Bonds in the index are priced on the bid side. The initial price for new issues entering the index is the offer side; after that, the bid side price is used. Fallen Angels that have been downgraded from investment-grade to high-yield are priced on the bid side.

**Settlement Assumptions**

T+1 settlement basis.

**Verification**

Multi-contributor verification: The primary price for each security is analyzed and compared to other third-party pricing sources through both statistical routines and scrutiny by the research staff. Significant discrepancies are researched and corrected, as necessary. On occasion, index users may also challenge price levels, which are then reviewed by the pricing team. Prices are then updated as needed using input from the trading desk.

## Contacts

| **New York** | **London** | **Tokyo** | **Hong Kong** |
|---|---|---|---|
| index@lehman.com | londonindexgroup@lehman.com | tkindexhelp@lehman.com | hongkongasiaindex@lehman.com |
| +1-212-526-7400 | +44-207-102-2220 | +81-3-6440-1770 | +852-2252-6230 |

# Global High-Yield Index

Global Family of Indices

| Rules for Inclusion | |
|---|---|
| **Amount Outstanding** | ◆ For U.S. High-Yield Index securities, USD 150 million minimum par amount outstanding. |
| | ◆ For Pan-European High-Yield Index securities, EUR 100 million currency equivalent minimum par amount outstanding (as of 1/1/2006). |
| | ◆ For Emerging Markets securities, USD 500 million/EUR 500 million (or equivalent) minimum outstanding at the security level. Corporate issuers must have at least USD 1 billion/ EUR 1 billion (or equivalent) in outstanding debt trading in the market (as of 1/1/2006). |
| | ◆ The CMBS High-Yield Index is included in its entirety, with no minimum transaction size required. |
| **Quality** | Must be rated high-yield (Ba1/BB+/BB+ or lower) using the middle rating of Moody's, S&P, and Fitch, respectively. |
| | ◆ When all three agencies rate an issue, a median or "two out of three" rating is used to determine index eligibility. |
| | ◆ When a rating from only two agencies is available, the lower ("most conservative") of the two is used. |
| | ◆ When a rating from only one agency is available, that rating is used to determine index eligibility. |
| | ◆ A limited number of unrated CMBS HY, Emerging Markets High-Yield, and U.S. High-Yield Index securities are included in the index. To be eligible they must have previously held a high-yield rating or have been associated with a high-yield issuer, and must trade accordingly. The Pan-European High-Yield Index excludes unrated securities. |
| **Maturity** | ◆ At least 1 year until final maturity, regardless of optionality. For securities with coupon that converts from fixed to floating-rate, at least 1 year until the conversion date. |
| | ◆ CMBS must have an average life of at least 1 year. |
| **Seniority of Debt** | Senior and subordinated issues are included. |
| **Coupon** | Fixed-rate, with the exception of the U.S. Emerging Markets High-Yield Index which might include floating-rate securities. Step-up coupons and coupons that change according to a predetermined schedule are also included. |
| **Currency** | Denominated in USD, EUR, GBP, DKK, NOK. |
| **Market of Issue** | Fully taxable, publicly issued in the global and regional markets. U.S. High-Yield Index securities must be SEC-registered; SEC Rule 144A securities are included; a security with both Regulation S and SEC Rule 144A tranches is treated as one security. |
| **Security Types** | **Included:** **Excluded:** |

| | Included: | Excluded: |
|---|---|---|
| **Security Types** | ◆ Fixed-rate bullet, puttable and callable bonds | ◆ Bonds with equity-type features (e.g., warrants, convertibility) |
| | ◆ Soft bullets | ◆ Private placements |
| | ◆ Original issue zero coupon and underwritten MTN | ◆ Floating-rate issues and STRIPS |
| | ◆ U.S. Certificates of Deposit (as of 1/1/06) | ◆ CHF denominated bonds |
| | ◆ U.S. SEC Rule 144A securities | ◆ Eurobonds |
| | | ◆ Defaulted bonds |
| | | ◆ Inflation-linked bonds |
| | | ◆ USD 25/ USD 50 par bonds |
| | | ◆ Pay-in-kind (PIK) bonds |

| Rebalancing | |
|---|---|
| **Frequency** | The composition of the Returns Universe is rebalanced monthly at each month end and represents the set of bonds on which index returns are calculated. The Statistics Universe changes daily to reflect issues dropping out and entering the index, but is not used for return calculation. On the last business day of the month, the composition of the latest Statistics Universe becomes the Returns Universe for the following month. |
| **Index Changes** | During the month, indicative changes to securities (maturity, credit rating change, sector reclassification, amount outstanding) are reflected in both the Statistics and Returns Universe of the index on a daily basis. These changes may cause bonds to enter or fall out of the Statistics Universe of the index on a daily basis, but will affect the composition of the Returns Universe only at month-end when the index is rebalanced. |
| **Reinvestment of Cash flows** | Interest and principal payments earned by the Returns Universe are held in the index without a reinvestment return until month-end when it is removed from the index. |
| **New Issues** | Qualifying securities issued, but not necessarily settled, on or before the month-end rebalancing date qualify for inclusion in the following month's Returns Universe. |

| Index History | |
|---|---|
| January 1, 2006 | For Emerging Markets securities, minimum amount outstanding raised to USD 500/EUR 500 million from USD 300/EUR 300 million for corporates/ sovereigns and USD 500/EUR 500 million for local issues/Brady bonds. Corporate bonds must be from issuers with at least USD 1/EUR 1 billion equivalent debt outstanding. For Pan-European High-Yield securities, minimum amount outstanding raised to EUR 100 million from EUR 50 million. |
| July 1, 2005 | Fitch ratings added to Moody's and S&P to determine index eligibility. |
| January 1, 2005 | Sector re-classification into Treasury, Government-Related, Corporate, and Securitized. |
| October 1, 2003 | Started using the most conservative of Moody's and S&P to determine index eligibility instead of Moody's only for split-rated securities. |
| August 1, 2001 | Pan-European Emerging Markets Index launched. |
| July 1, 2000 | Liquidity constraint raised to USD 150 million from USD 100 million for U.S. High-Yield Index. Defaulted securities removed from the index. |
| January 1, 1999 | Creation of Global High-Yield Index with index history backfilled to January 1, 1990. |

March 2008

# LEHMAN BROTHERS

# Global Treasury Index

## Overview

The Global Treasury Index tracks fixed-rate local currency sovereign debt of investment-grade countries. The index represents the Treasury sector of the Global Aggregate Index and currently contains issues from 33 countries denominated in 23 currencies. The three major components of this index are the U.S. Treasury Index, the Pan-European Treasury Index, and the Asian-Pacific Treasury Index, in addition to Canadian, Chilean, Mexican, and South-African government bonds. The index was created in 1992, with index history backfilled to January 1, 1987.



### Region Breakdown as of 12/31/2007

Other 2.2%
Europe 45.8%
Asia Pacific 31.9%
North America 20.0%

### Country Breakdown as of 12/31/2007

Other 12.1%
Other Majors 8.8%
G-7 79.2%

### Access to the Index

**LehmanLive Website**
www.lehmanlive.com

**KEY FEATURES**
- Daily index returns and statistics
- Historical index time series downloadable into Excel
- Standardized market structure reports
- Fully customizable views
- Index primers and shelf reference documents
- Latest index and portfolio strategies research publications

**Bloomberg Index Page <LEHM> <4>**
**Key statistics and returns <LGTR> <INDEX>**

**TICKERS**
- Total Return Index Value: LGTRTRUU (USD, Unhedged)
- Since Inception Total Return: LGTRSIUU (USD, Unhedged)
- Month to Date Excess Return: LGTRER
- Market Value (USD): LGTRMVU
- Yield to Worst: LGTRYW
- Mod. Adj. Duration: LGTRMD
- Returns Mod. Adj. Duration: LGTRRMD
- Average OAS: LGTROAS
- Maturity: LGTRMAT

**POINT (Portfolio and Index Tool)**
**Long Name: Global Treasury**
**Short Name: global**

**KEY FEATURES**
- Index level returns and statistics
- Historical index constituents
- Fully customizable market structure reports
- Index dynamics and turnover reports
- Portfolio upload/analysis
- Multi-factor Global Risk Model
- Portfolio performance attribution

### Pricing and Related Issues

**Sources & Frequency**
All index-eligible bonds are marked by Lehman Brothers traders at mid month and month end. On a daily basis, the larger subset of the index continues to be priced by Lehman Brothers traders in New York, London, and Tokyo. For Asian markets outside of Japan, as well as for CAD, CLP, MXN and ZAR denominated securities, we use third party pricing sources.

**Timing**
If the last business day of the month is a public holiday in one of the major regional markets, prices from the previous business day are used for that particular market.
- North American currency bonds: 3:00 pm (New York time).
- European currency and South African Rand bonds: 4:15 pm (GMT time).
- Asian currency bonds: at each local market's own closing time; 3:00 pm (Tokyo time) for JPY denominated securities.

**Bid or Offer Side**
All bonds in the index are priced on the bid side, with the exception of Euro and Sterling Treasury bonds, which use mid dollar prices.

**Settlement Assumptions**
T+1 settlement basis.

**Verification**
Multi-contributor verification: The primary price for each security is analyzed and compared to other third-party pricing sources through both statistical routines and scrutiny by the research staff. Significant discrepancies are researched and corrected, as necessary.

### Contacts

| New York | London | Tokyo | Hong Kong |
|---|---|---|---|
| index@lehman.com | londonindexgroup@lehman.com | tkindexhelp@lehman.com | hongkongasiaindex@lehman.com |
| +1-212-526-7400 | +44-207-102-2220 | +81-3-6440-1770 | +852-2252-6230 |

# Global Treasury Index

Global Family of Indices

| Rules for Inclusion | |
|---|---|
| **Amount Outstanding** | ◆ For U.S. and Canadian Aggregate Index securities, USD 300 million currency equivalent minimum par amount outstanding. |
| | ◆ For Pan-European Aggregate Index securities, EUR 300 million currency equivalent for non-GBP bonds. |
| | ◆ For Asian-Pacific Aggregate Index securities, JPY 35 billion currency equivalent. |
| | ◆ For GBP denominated securities, GBP 200 million minimum par amount outstanding. |
| | ◆ For bonds in other eligible currencies, minimum amount outstanding is based on one of the four major currencies above, using an exchange rate that is reset once a year on the last business day of November. WM/Reuters exchange rates are used. |
| **Quality** | Must be rated investment grade (Baa3/BBB-/BBB- or above) using the middle rating of Moody's, S&P, and Fitch, respectively. |
| | ◆ When all three agencies rate an issue, a median or "two out of three" rating is used to determine index eligibility by dropping the highest and lowest rating. |
| | ◆ When a rating from only two agencies is available, the lower ("most conservative") of the two is used. |
| | ◆ When a rating from only one agency is available, that rating is used to determine index eligibility. |
| **Maturity** | At least 1 year until final maturity, regardless of optionality. |
| **Coupon** | Fixed-rate. Step-up coupons and coupons that change according to a predetermined schedule are included. Original zero coupon issues are also included, but strips are excluded. |
| **Currency** | Currencies eligible for inclusion must be freely tradable and hedgeable. The list of eligible currencies is reviewed once a year and represents the same set of currencies eligible for inclusion in the Global Aggregate Index. |
| | ◆ U.S. and Canadian Aggregate Index securities: USD, CAD. |
| | ◆ Pan-European Aggregate Index securities: EUR, GBP, CZK, DKK, HUF, NKK, PLN, SKK, SEK. |
| | ◆ Asian-Pacific Aggregate Index securities: JPY, AUD, HKD, KRW, NZD, SGD, TWD (as of 1/1/2006), MYR (as of 1/1/2006). |
| | ◆ Additional currencies: CLP, MXN, ZAR. |
| **Country** | Countries eligible for inclusion must have an investment grade sovereign rating (Baa3/BBB-/BBB- or above) using the current Lehman Brothers rating methodology outlined above. |
| **Market of Issue** | Fully taxable, publicly issued in the global and regional markets. |

| Security Types | Included: | Excluded: |
|---|---|---|
| | ◆ Fixed-rate bullet, puttable, and callable bonds | ◆ CHF denominated securities |
| | ◆ Soft bullets | ◆ Inflation-linked bonds |
| | ◆ Original issue zero coupon and underwritten MTN | ◆ Strips |
| | ◆ Thai baht debt (as of July 1, 2008) | ◆ Privately placed Japanese Government Bonds (JGBs) |
| | | ◆ Floating-rate issues |

| Rebalancing | |
|---|---|
| **Frequency** | The composition of the Returns Universe is rebalanced monthly at each month end and represents the set of bonds on which index returns are calculated. The Statistics Universe changes daily to reflect issues dropping out and entering the index, but is not used for return calculation. On the last business day of the month, the composition of the latest Statistics Universe becomes the Returns Universe for the following month. |
| **Index Changes** | During the month, indicative changes to securities (maturity, credit rating change, amount outstanding) are reflected in both the Statistics and Returns Universe of the index on a daily basis. These changes may cause bonds to enter or fall out of the Statistics Universe of the index on a daily basis, but will affect the composition of the Returns Universe only at month-end when the index is rebalanced. |
| **Reinvestment of Cash flows** | Interest and principal payments earned by the Returns Universe are held in the index without a reinvestment return until month-end when it is removed from the index. |
| **New Issues** | Qualifying securities issued, but not necessarily settled, on or before the month-end rebalancing date qualify for inclusion in the following month's Returns Universe. |

| Index History | |
|---|---|
| July 1, 2008 | Thai baht debt added back to index |
| March 1, 2007 | Thai baht debt excluded from index. |
| January 1, 2006 | Taiwan dollar and Malaysian ringgit eligible for inclusion in the index. |
| January 1, 2005 | South African rand, Chilean peso, Mexican peso, Czech koruna, Hungarian forint, Polish zloty, Slovenian tolar, and Slovakian koruna eligible for inclusion in the index. |
| September 1, 2004 | Local currency government debt from Hong Kong included in the index. |
| January 1, 2002 | Regional liquidity constraints introduced. |
| | Local currency government debt from Thailand, South Korea and Singapore included in the index. |
| June 1, 2001 | Local currency government debt from Greece included in the index. |
| January 1, 1999 | Global Treasury Index became a subset of the Global Aggregate Index. |
| April 1, 1992 | Inception of Global Treasury Index. Historical data available back to January 1987. |

# LEHMAN BROTHERS

# Global Inflation-Linked Index

## Overview

The Global Inflation-Linked Index includes securities which offer the potential for protection against inflation as their cash flows are linked to an underlying inflation index. All securities included in the index have to be issued by an investment-grade rated sovereign in its local currency. The list of eligible currencies is the same set of currencies eligible for inclusion in the Global Aggregate Index. The Global Inflation-Linked Index represents a standalone multi-currency index exposed to the real yield curve for each relevant currency. As such, the index does not contribute to the Global Aggregate Index. The Global Inflation-Linked Index was created on October 31, 1997.

### Country Breakdown as of 12/31/2007



- Sweden 2.9%
- Japan 5.8%
- Italy 7.6%
- U.K. 25.2%
- Germany 1.8%
- France 16.1%
- Canada 3.1%
- Greece 1.4%
- U.S. TIPS 36.0%

### Quality Breakdown as of 12/31/2007



- A 1.4%
- Aa 13.4%
- Aaa 85.1%

### Access to the Index

**LehmanLive Website**
**www.lehmanlive.com**

**KEY FEATURES**
- Daily index returns and statistics
- Historical index time series downloadable into Excel
- Standardized market structure reports
- Fully customizable views
- Index primers and shelf reference documents
- Latest index and portfolio strategies research publications

**Bloomberg Index Page <LEHM> <8><2>**
**Key statistics and returns**
**<LF94> <INDEX>**

**TICKERS**
- Total Return Index Value: LF94TRUU
- Since Inception Total Return: LF94SIUU
- Market Value (USD): LF94MVU
- Maturity: LF94MAT

**POINT (Portfolio and Index Tool)**
**Long Name: Inflation Linked Global**
**Short Name: Inflation Linked Global**

**KEY FEATURES**
- Index level returns and statistics
- Historical index constituents with specific bond-level inflation analytics
- Fully customizable market structure reports
- Index dynamics and turnover reports
- Portfolio upload/analysis
- Multi-factor Global Risk Model with detailed inflation and breakeven risk factors
- Portfolio performance attribution
- Automated batch processing

### Pricing and Related Issues

| | |
|---|---|
| **Sources & Frequency** | Bonds in the major G4 currencies (USD, EUR, GBP and JPY) are priced daily by Lehman Brothers traders. For CAD and SEK, we also use third-party pricing sources for a multi-contributor verification |
| **Timing** | On a daily basis. If the last business day of the month is a public holiday in one of the major regional markets, prices from the previous business day are used for that particular market.<br>◆ North American currency bonds: 3:00 pm (New York time).<br>◆ European currency bonds: 4:15 pm (GMT time).<br>◆ Japanese bonds: 3:00 pm (Tokyo time). |
| **Bid or Offer Side** | Bonds in the index are priced on the bid side. |
| **Settlement Assumptions** | T+1 settlement basis. |
| **Verification** | Multi-contributor verification: The primary price for each security is analyzed and compared to other third-party pricing sources through both statistical routines and scrutiny by the research staff. Significant discrepancies are researched and corrected, as necessary. |

### Contacts

| New York | London | Tokyo | Hong Kong |
|---|---|---|---|
| index@lehman.com | londonindexgroup@lehman.com | tkindexhelp@lehman.com | hongkongasiaindex@lehman.com |
| +1-212-526-7400 | +44-207-102-2220 | +81-3-6440-1770 | +852-2252-6230 |

# Global Inflation-Linked Index

Global Family of Indices

## Rules for Inclusion

| | |
|---|---|
| **Amount Outstanding** | ◆ For U.S. securities, USD 250 million minimum par amount outstanding. |
| | ◆ For Canadian securities, CAD 200 million minimum par amount outstanding. |
| | ◆ For European securities, EUR 100 million, GBP 100 million, or SEK 100 million minimum par amount outstanding. |
| | ◆ For Japanese securities, JPY 10 billion minimum par amount outstanding. |
| **Quality** | Must be rated investment grade (Baa3/BBB-/BBB- or above) using the middle rating of Moody's, S&P, and Fitch, respectively. |
| | ◆ When all three agencies rate an issue, a median or "two out of three" rating is used to determine index eligibility by dropping the highest and lowest rating. |
| | ◆ When a rating from only two agencies is available, the lower ("most conservative") of the two is used. |
| | ◆ When a rating from only one agency is available, that rating is used to determine index eligibility. |
| **Maturity** | At least 1 year until final maturity, regardless of optionality. |
| **Coupon** | Fixed-rate |
| **Currency** | All securities must be sovereign issues and be denominated in the relevant native currency. Currencies eligible for inclusion must be freely tradable and hedgeable. The list of eligible currencies is reviewed once a year and represents the same set of currencies eligible for inclusion in the Global Aggregate Index (provided appropriate analytics exist). |
| **Country** | Countries eligible for inclusion must have an investment grade sovereign rating (Baa3/BBB-/BBB- or above) using the Lehman Brothers rating methodology outlined above. Countries currently covered include the U.S., U.K., Canada, Sweden, Italy, Greece, France, Germany, and Japan (as of January 1, 2007). A full set of inflation-linked analytics is required for a bond/country to be added to the index. |
| **Market of Issue** | Fully taxable, publicly issued in the global and regional markets. |
| **Security Types** | **Included:** |

| **Included:** | **Excluded:** |
|---|---|
| ◆ All securities must have cash flows linked to an inflation index. | ◆ CHF denominated securities |
| ◆ All securities must be sovereign issues, other government-related issuers are not eligible for inclusion | ◆ Strips |
| | ◆ Bonds with equity-type features (e.g., warrants, convertibility) |
| ◆ Inflation-linked JGB bonds (as of January 1, 2006) | ◆ Private placements |
| ◆ Fixed-rate bullet, puttable and callable bonds | ◆ Floating-rate issues |
| ◆ Soft bullets | ◆ USD 25/ USD 50 par bonds |
| ◆ Original issue zero coupon and underwritten MTN | |

## Rebalancing

| | |
|---|---|
| **Frequency** | The composition of the Returns Universe is rebalanced monthly at each month end and represents the set of bonds on which index returns are calculated. The Statistics Universe changes daily to reflect issues dropping out and entering the index, but is not used for return calculation. On the last business day of the month, the composition of the latest Statistics Universe becomes the Returns Universe for the following month. |
| **Index Changes** | During the month, indicative changes to securities (maturity, credit rating change, amount outstanding) are reflected in both the Statistics and Returns Universe of the index on a daily basis. These changes may cause bonds to enter or fall out of the Statistics Universe of the index on a daily basis, but will affect the composition of the Returns Universe only at month-end when the index is rebalanced. |
| **Reinvestment of Cash flows** | Interest and principal payments earned by the Returns Universe are held in the index without a reinvestment return until month-end when it is removed from the index. |
| **New Issues** | Qualifying securities issued, but not necessarily settled, on or before the month-end rebalancing date qualify for inclusion in the following month's Returns Universe. |

## Index History

| | |
|---|---|
| April 1, 2006 | Germany added to Global Inflation-Linked Index |
| January 1, 2006 | Inflation Linked JGB Index becomes part of the Global Inflation-Linked Index. |
| July 1, 2004 | Rules modified such that inflation-linked securities denominated in currencies covered in the Global Aggregate Index are automatically eligible for inclusion on the Global Inflation-Linked Index (provided appropriate analytics exist). |
| February 1, 2004 | Local currency government debt from Greece and Italy included in the index. |
| December 1, 1998 | Local currency government debt from France included in the index. |
| January 1, 1998 | U.S. TIPS removed from the U.S. Aggregate Index |
| October 1, 1997 | Inception of Global Inflation-Linked Index. |

# LEHMAN BROTHERS

# Global Emerging Markets Index

## Overview

The Global Emerging Markets Index consists of the fixed and floating-rate USD-denominated U.S. Emerging Markets Index and the primarily EUR and GBP-denominated fixed-rate Pan-European Emerging Markets Index and includes emerging markets debt from the following regions: Americas, Europe, Asia, Middle East, and Africa. For the index, an emerging market is defined as any country that has a long term foreign currency debt sovereign rating of Baa1/BBB+/BBB+ or below using the middle rating of Moody's, S&P, and Fitch. The index does not overlap with the U.S. Corporate High-Yield Index or the Pan Euro Corporate High-Yield Index, but may overlap with other investment-grade Aggregate Indices if the securities meet their index eligibility rules. The Global Emerging Markets Index was launched on August 1, 2001.

### Country Breakdown as of 12/31/2007



### Quality Breakdown as of 12/31/2007



### Access to the Index

**LehmanLive Website**
**www.lehmanlive.com**

**KEY FEATURES**
- Daily index returns and statistics
- Historical index time series downloadable into Excel
- Standardized market structure reports
- Fully customizable views
- Index primers and shelf reference documents
- Latest index and portfolio strategies research publications

**Bloomberg Index Page <LEHM> <41>**
**Key statistics and returns**
**<LG20> <INDEX>**

- Total Return Index Value: LG20TRUU
- Since Inception Total Return: LG20SIUU
- Month to Date Excess Return: LG20ER
- Market Value (USD): LG20MVU
- Yield to Worst: LG20YW
- Mod. Adj. Duration: LG20MD
- Returns Mod. Adj. Duration: LG20RMD
- Average OAS: LG20OAS
- Maturity: LG20MAT

**POINT (Portfolio and Index Tool)**
**Long Name: Global EM**
**Short Name: Global Emerging Markets**

**KEY FEATURES**
- Index-level returns and statistics
- Historical index constituents
- Fully customizable market structure reports
- Index dynamics and turnover reports
- Portfolio upload/analysis
- Multi-factor Global Risk Model
- Portfolio performance attribution

### Pricing and Related Issues

| | |
|---|---|
| **Sources & Frequency** | All bonds in the index are priced by Lehman Brothers traders. Prices are captured from trader pricing runs on positions they have traded throughout the day. At month-end all index positions are marked by traders. Because the bonds are marked on a price basis, no spread matrix is used. |
| **Timing** | On a daily basis. If the last business day of the month is a public holiday in one of the major regional markets, prices from the previous business day are used for that region.<br>◆ USD-denominated securities: 3:00 pm (New York time).<br>◆ EUR-denominated securities: 4:15 pm (GMT time). |
| **Bid or Offer Side** | Bonds in the index are dollar-priced on the bid side. The initial price for new issues entering the index is the offer side; after that, the bid side price is used. |
| **Settlement Assumptions** | T+1 settlement basis for all bonds. |
| **Verification** | Multi-contributor verification: The primary price for each security is analyzed and compared to other third-party pricing sources through both statistical routines and scrutiny by the research staff. Significant discrepancies are researched and corrected, as necessary. On occasion, index users may also challenge price levels, which are then reviewed by the pricing team. Prices are then updated as needed using input from the trading desk. |

### Contacts

| New York | London | Tokyo | Hong Kong |
|---|---|---|---|
| index@lehman.com | londonindexgroup@lehman.com | tkindexhelp@lehman.com | hongkongasiaindex@lehman.com |
| +1-212-526-7400 | +44-207-102-2220 | +81-3-6440-1770 | +852-2252-6230 |

# Global Emerging Markets Index

Global Family of Indices

| Rules for Inclusion | |
|---|---|
| **Amount Outstanding** | ◆ At the security level, USD 500 million/EUR 500 million (or equivalent) minimum par amount outstanding. |
| | ◆ Corporate issuers must have at least USD 1 billion/ EUR 1 billion (or equivalent) in outstanding debt trading in the market. |
| **Sovereign Rating** | Country must be rated Baa1/BBB+/BBB+ or below using the middle rating of Moody's, S&P, and Fitch, respectively. |
| | ◆ When all three agencies rate a country, a median or "two out of three" rating is used to determine index eligibility by dropping the highest and lowest rating. |
| | ◆ When a rating from only two agencies is available, the lower ("most conservative") of the two is used. |
| | ◆ When a rating from only one agency is available, that rating is used to determine index eligibility. |
| **Issue Rating** | ◆ Both investment-grade and high-yield bonds are permitted. |
| | ◆ Unrated bonds may use an implied issuer rating when not rated by an agency. |
| **Maturity** | At least 1 year until final maturity, regardless of optionality. |
| **Seniority of Debt** | Senior and subordinated issues are included. |
| **Coupon** | ◆ USD denominated bonds: issues can be either fixed or floating-rate. |
| | ◆ Bonds denominated in all other currencies: issues must be fixed-rate. |
| **Currency** | Denominated in USD, EUR, GBP, DKK, SEK, or NOK. |
| **Market of Issue** | Publicly issued in the global and regional markets. |
| **Security Types** | **Included:** **Excluded:** |

For Security Types:

**Included:**
- ◆ Fixed-rate bullet, puttable and callable bonds
- ◆ Sovereigns, agencies, local issues, and corporate debt
- ◆ Brady bonds, Eurobonds, Globals, loans, and local issues
- ◆ Eurobonds not SEC Rule 144A/Regulation S-eligible must be seasoned (41 business days after issue date)

**Excluded:**
- ◆ Bonds with equity-type features (e.g., warrants, convertibility)
- ◆ Private placements
- ◆ Unseasoned Eurobonds not SEC Rule 144A/ Regulation S-eligible

| Pricing and Related Issues | |
|---|---|
| **Frequency** | The composition of the Returns Universe is rebalanced monthly at each month end and represents the set of bonds on which index returns are calculated. The Statistics Universe changes daily to reflect issues dropping out and entering the index, but is not used for return calculation. On the last business day of the month, the composition of the latest Statistics Universe becomes the Returns Universe for the following month. |
| | Defaulted corporate bonds are removed from the index at the end of the month of the default. Defaulted sovereign bonds remain in the index until they are restructured, defeased, exchanged, or no longer outstanding. |
| **Index Changes** | During the month, indicative changes to securities (maturity, credit rating change, sector reclassification, amount outstanding) are reflected in both the Statistics and Returns Universe of the index on a daily basis. These changes may cause bonds to enter or fall out of the Statistics Universe of the index on a daily basis, but will affect the composition of the Returns Universe only at month-end when the index is rebalanced. |
| **Reinvestment of Cash flows** | Interest and principal payments earned by the Returns Universe are held in the index without a reinvestment return until month-end when it is removed from the index. |
| **New Issues** | Qualifying securities issued, but not necessarily settled, on or before the month-end rebalancing date qualify for inclusion in the following month's Returns Universe. |

| Index History | |
|---|---|
| January 1, 2006 | Sovereign rating ceiling raised to Baa1/BBB+/BBB+ from Baa3/BBB-/BBB- to determine country index eligibility. Minimum amount outstanding at the security level for USD issues raised to USD 500 million from USD 300 million for corporates/sovereigns and USD 500 million for local issues/Brady bonds. Minimum outstanding at the security level for Pan Euro issues raised to EUR 500 million equivalent from EUR 300 million equivalent. Corporate bonds must be from issuers with at least USD 1/EUR 1 billion equivalent debt outstanding. |
| July 1, 2005 | |
| October 1, 2003 | Fitch ratings added to Moody's and S&P to determine index eligibility. |
| August 1, 2001 | Started using the most conservative rating of Moody's and S&P to determine index eligibility instead of Moody's only for split-rated securities. |
| January 1, 2001 | Global Emerging Markets Index launched. Pan-European Emerging Markets Index launched and joined the Global Emerging Markets Index. |
| January 1, 1997 | Liquidity constraint for USD issues increased to USD 300 million for corporates from USD 150 million and to USD 300 million from USD 200 million for sovereigns. |
| January 1, 1993 | Inception date of the U.S. Emerging Markets Index. New index includes the Emerging Americas Bond Index and also better reflects other emerging market regions: Americas, Europe, Asia, Middle East, and South Africa. Inception date of Emerging Americas Bond Index, consisting of debt from Argentina, Brazil, Mexico, and Venezuela. |

# LEHMAN BROTHERS

# Global Capital Securities Index

## Overview

The Global Capital Securities Index tracks the market for deeply subordinated fixed income securities that qualify for treatment as regulatory capital by regulators or receive quasi-equity credit from ratings agencies. The index is comprised of Tier 1, Upper Tier 2, Lower Tier 2, and Capital Credit securities from both banks and non-bank entities (insurance companies seeking regulatory capital treatment, corporates seeking equity treatment). This Global Capital Securities Index contains bonds denominated in dollar, euro, and sterling and was incepted on December 1, 2001.

### Subordination Type as of 12/31/2007



Lower Tier 2
54.3%

Tier 1
28.6%

Upper Tier 2
11.8%

Capital Credit
5.3%

### Currency Breakdown as of 12/31/2007



GBP
21.3%

EUR
41.7%

USD
37.0%

### Access to the Index

**LehmanLive Website**
**www.lehmanlive.com**

**KEY FEATURES**
- Daily index returns and statistics
- Historical index time series downloadable into Excel
- Standardized market structure reports
- Fully customizable views
- Index primers and shelf reference documents
- Latest index and portfolio strategies research publications

**Bloomberg Index Page <LEHM> <8> <1>**
**Key statistics and returns**
- Monthly Total Return Breakdown
- Since Inception and Periodic Total Returns
- Daily Index Statistics

**POINT (Portfolio and Index Tool)**
**Long Name: Capital Securities**
**Short Name: csindx**

**KEY FEATURES**
- Index-level returns and statistics
- Historical index constituents
- Fully customizable market structure reports
- Index dynamics and turnover reports
- Portfolio upload/analysis
- Multi-factor Global Risk Model
- Portfolio performance attribution
- Automated batch processing

### Pricing and Related Issues

| | |
|---|---|
| **Sources & Frequency** | Capital Securities eligible for the U.S. and Pan-European Aggregate Indices are priced daily using the same sources as those indices (Lehman Brothers trader pricing and/or daily spread matrix algorithm). Other bonds are predominantly trader marked, though less liquid securities may be priced with third party vendor prices. |
| **Timing** | 4:00 pm (New York time) for USD bonds and 4:15 (GMT) for GBP and EUR bonds. If the last business day of the month is a public holiday, prices from the previous business day are used. |
| **Bid or Offer Side** | Bonds in the index are priced on the bid side. |
| **Settlement Assumptions** | T+1 settlement basis for all bonds. |
| **Verification** | Multi-contributor verification: The primary price for each security is analyzed and compared to other third-party pricing sources through both statistical routines and scrutiny by the research staff. Significant discrepancies are researched and corrected, as necessary. On occasion, index users may also challenge price levels, which are then reviewed by the pricing team. Prices are then updated as needed using input from the trading desk. |

### Contacts

| **New York** | **London** | **Tokyo** | **Hong Kong** |
|---|---|---|---|
| index@lehman.com | londonindexgroup@lehman.com | tkindexhelp@lehman.com | hongkongasiaindex@lehman.com |
| +1-212-526 7400 | +44-207-102-2220 | +81-3-6440-1770 | +852-2252-6230 |

# Global Capital Securities Index

Global Family of Indices

| **Rules for Inclusion** | |
|---|---|
| **Amount Outstanding** | USD 250 million,  EUR 300 million, GBP 200 million par amount outstanding |
| **Currency** | Denominated in USD, EUR, or GBP |
| **Maturity** | The issues must have at least one year remaining to term/maturity, but the security must have a defined term (maturity). Fixed-to-floating rate securities are eligible until 1 year prior to their floating coupon date, whether or not there is a coupon step-up on that date designed to make the issuer call the bond. Prior to January 1, 2007, a callable fixed-to-floating rate perpetual security required a coupon step-up on the call date in order to be index-eligible |
| **Seniority of Debt** | Index consists of subordinated debt as either Tier 1, Upper Tier 2, Lower Tier 2, or Capital Credit |
| **Tax Considerations** | The issue must bear interest at a rate that is fully taxable to the investor and pre-tax to the issuer. |
| **Quality** | Must be rated investment grade (Baa3/BBB-/BBB- or above) using the middle rating of Moody's, S&P, and Fitch, respectively. ◆ When all three agencies rate an issue, a median or "two out of three" rating is used to determine index eligibility by dropping the highest and lowest rating. ◆ When a rating from only two agencies is available, the lower ("most conservative") of the two is used. ◆ When a rating from only one agency is available, that rating is used to determine index eligibility. |
| **Coupon** | ◆ The security accrues interest or dividends at a rate that is fixed either for the life of the security or until the first step-up date. ◆ Capital securities that contain coupon step-ups or other economic incentives for the issuers to call the issues and that involve moving a security from fixed to floating-rate are included in the index. However, if such structures do switch to a floating-rate coupon and to de facto perpetual maturity, they are removed from the index one year prior to the date of the "step-up." ◆ Securities whose interest payments have been deferred due to mandatory triggers protecting the equity of the issuer will be removed from the index if the payment has involuntarily been suspended |
| **Sector** | Primarily Banking (77.8% of the index by market value as of 12/31/07) and Insurance (13.1%) sector issuers, though other corporate and government-related issuers are index-eligible. |
| **Macro Index Eligibility** | The Global Capital Securities Index is not mutually exclusive from other macro indices. Capital Securities that meet the index inclusion rules for indices such as the U.S. Aggregate or Pan-European Aggregate will also be eligible for those indices. The most common reason for exclusion from other indices is the placement type of the security. |
| **Published Subindices** | Subordination Type: ◆ Tier 1, Upper Tier 2, Lower Tier 2, Capital Credit<br>Currency ◆ USD, GBP, EUR<br>Quality ◆ Single-A or Better, Baa or Below |

| **Rebalancing Rules** | |
|---|---|
| **Frequency** | The composition of the Returns Universe is rebalanced monthly at each month end and represents the set of bonds on which index returns are calculated. The Statistics Universe changes daily to reflect issues dropping out and entering the index, but is not used for return calculation. On the last business day of the month, the composition of the latest Statistics Universe becomes the Returns Universe for the following month. |
| **Index Changes** | During the month, indicative changes to securities (maturity, credit rating change, sector reclassification, amount outstanding) are reflected in both the Statistics and Returns Universe of the index on a daily basis. These changes may cause bonds to enter or fall out of the Statistics Universe of the index on a daily basis, but will affect the composition of the Returns Universe only at month-end when the index is rebalanced. |
| **Reinvestment of Cash Flows** | Interest and principal payments earned by the Returns Universe are held in the index without a reinvestment return until month-end when it is removed from the index. |
| **New Issues** | Qualifying securities issued, but not necessarily settled, on or before the month-end rebalancing date qualify for inclusion in the following month's Returns Universe. |

| **Index History** | |
|---|---|
| January 1, 2008 | Fixed-to-floating rate perpetual securities that do not have coupon rate step-ups on their first call date eligible for inclusion. |
| December 1, 2001 | Inception of Global Capital Security Index |

# LEHMAN BROTHERS

# U.S. Universal Index

## Overview

The U.S. Universal Index represents the union of the U.S. Aggregate Index, U.S. Corporate High-Yield Index, Investment-Grade 144A Index, Eurodollar Index, U.S. Emerging Markets Index, and the non-ERISA eligible portion of the CMBS Index. The index covers USD-denominated, taxable bonds that are rated either investment-grade or below investment-grade. Some U.S. Universal Index constituents may be eligible for one or more of its contributing subcomponents that are not mutually exclusive. These securities are not double-counted in the index. The U.S. Universal index was created on January 1, 1999, with index history backfilled to January 1, 1990.



### Major Components as of 12/31/2007

- EM (Ex Agg/Eurodollar) 2.0%
- 144A (Ex Agg) 3.1%
- CMBS Other ex HY 0.6%
- Eurodollar Seasnd Ex Agg 2.4%
- U.S. High Yield 5.4%
- U.S. Aggregate 86.6%

### Quality Breakdown as of 12/31/2007

- Ba 3.5%
- B 2.5%
- Baa 8.0%
- Caa-NR 1.2%
- A 8.6%
- Aa 5.7%
- Aaa 70.7%

### Access to the Index

**LehmanLive Website**
**www.lehmanlive.com**

**KEY FEATURES**
- Daily index returns and statistics
- Historical index time series downloadable into Excel
- Standardized market structure reports
- Fully customizable views
- Index primers and shelf reference documents
- Latest index and portfolio strategies research publications

**Bloomberg Index Page <LEHM> <11>**
**Key statistics and returns**
**<LC07> <INDEX>**

**TICKERS**
- Total Return Index Value: LC07TRUU
- Since Inception Total Return: LC07SIUU
- Month to Date Excess Return: LC07ER
- Market Value (USD): LC07MVU
- Yield to Worst: LC07YW
- Mod. Adj. Duration: LC07MD
- Returns Mod. Adj. Duration: LC07RMD
- Average OAS: LC07OAS

**POINT (Portfolio and Index Tool)**
**Long Name: US Universal**
**Short Name: univers_US**

**KEY FEATURES**
- Index level returns and statistics
- Historical index constituents
- Fully customizable market structure reports
- Index dynamics and turnover reports
- Portfolio upload/analysis
- Multi-factor Global Risk Model
- Portfolio performance attribution

### Pricing and Related Issues

**Sources & Frequency**

All bonds are priced by Lehman Brothers traders at mid month and month end. On a daily basis, a subset of the index continues to be trader priced, with the remaining bonds model/ matrix priced using actively traded benchmark securities to generate issuer pricing curves and populate a spread matrix algorithm that also accounts for daily changes in the yield and swap curves. The frequency and source of intra-month security level pricing are as follows:
- U.S. Aggregate Treasury: Priced by Lehman Brothers traders on a daily basis.
- U.S. Aggregate Government-Related: Some Agency debentures are trader priced on a daily basis.
- U.S. Aggregate Corporate: Up to 1,000 actively traded benchmark securities are priced by traders on a daily basis.
- U.S. Aggregate MBS: MBS generics are priced by traders on a daily basis; bonds are model priced daily.
- U.S. Aggregate ABS: ABS spreads are marked weekly for autos/credit cards/utilities and monthly or semi-monthly for home equity.
- CMBS: CMBS spreads are updated as needed, as often as daily.
- U.S. High Yield: Priced by Lehman Brothers traders or FT Interactive Data (IDC) on a daily basis.
- U.S. Emerging Markets: Issues are priced daily by Lehman Brothers traders.
- Eurodollar: A combination of daily pricing by Lehman Brothers traders and third party vendors is used.
- SEC Rule 144A:  Priced by Lehman Brothers traders at mod month and month end; matrix pricing used in between.

**Timing**

3:00 pm (New York time) each day. If the last business day of the month is a public holiday in the U.S. market, prices from the previous business day are used.

**Bid or Offer Side**

Bonds in the index are priced on the bid side. The initial price for new corporate and emerging markets issues entering the index is the offer side; after that, the bid side price is used.

**Settlement Assumptions**

T+1 settlement basis for all bonds except MBS. MBS are priced for Public Securities Association (PSA) settlement in the following month and discounted back to same-day settlement at the mortgage repurchase rate.

**Verification**

Multi-contributor verification: The primary price for each security is analyzed and compared to other third-party pricing sources through both statistical routines and scrutiny by the research staff. Significant discrepancies are researched and corrected, as necessary.

### Contacts

| New York | London | Tokyo | Hong Kong |
|----------|--------|-------|-----------|
| index@lehman.com | londonindexgroup@lehman.com | tkindexhelp@lehman.com | hongkongasiaindex@lehman.com |
| +1-212-526-7400 | +44-207-102-2220 | +81-3-6440-1770 | +852-2252-6230 |

# U.S. Universal Index

Global Family of Indices

| Rules for Inclusion | |
|---|---|
| **Amount Outstanding** | ◆ For U.S. Aggregate Treasury, Government-Related, Corporate, and MBS securities, USD 250 million minimum par amount outstanding. For U.S. Aggregate ABS securities, USD 500 million minimum deal size and USD 25 million tranche size for specific ABS issuers where Lehman Brothers can accurately price the securities. |
| | ◆ For CMBS securities, USD 500 million minimum original deal size with at least USD 300 million amount outstanding remaining in the deal; USD 25 million minimum tranche size. |
| | ◆ For U.S. High-Yield Index securities, USD 150 million minimum par amount outstanding. |
| | ◆ For Eurodollar issues, USD 250 million minimum par amount outstanding (or USD 200 million in the case of Japanese ex-warrant bonds). |
| | ◆ For U.S. Emerging Markets issues, USD 500 million minimum at the security level; corporate issuers must have at least USD 1 billion in outstanding debt trading in the market. |
| | ◆ For SEC Rule 144A issues, USD 250 million minimum par amount outstanding. |
| **Quality** | The index includes both investment-grade rated (Baa3/BBB-/BBB- or above) and high-yield (Ba1/BB+/BB+ or below) securities. Bonds are classified using the middle rating of Moody's, S&P, and Fitch, respectively, as outlined below: When all three agencies rate an issue, a median or "two out of three" rating is used to determine index eligibility by dropping the highest and lowest rating. |
| | ◆ When a rating from only two agencies is available, the lower ("most conservative") of the two is used. |
| | ◆ When a rating from only one agency is available, that rating is used to determine index eligibility. |
| | ◆ A small number of unrated U.S. Corporate High Yield and Eurodollar issues are included. These issues must be widely perceived as high-yield (in the case of the U.S. Corporate High-Yield Index) or investment-grade (in the case of the Eurodollar Index) and must trade accordingly. |
| **Maturity** | ◆ At least 1 year until final maturity, regardless of optionality. For securities with coupon that converts from fixed to floating-rate, at least 1 year until the conversion date. |
| | ◆ MBS must have a weighted average maturity of at least 1 year; CMBS and ABS must have a remaining average life of at least 1 year |
| | ◆ Perpetual securities are included in the index provided they are callable or their coupons switch from fixed to variable rate. These are included until one year before their first call date, providing they meet all other index criteria. |
| **Seniority of Debt** | Senior and subordinated issues are included. |
| **Coupon** | Fixed-rate, with the exception of U.S. Emerging Markets issues, which may be floating-rate. Step-up coupons and coupons that change according to a predetermined schedule are also included. |
| **Currency** | Denominated in USD. |
| **Market of Issue** | Fully taxable issues. Issues with global market of issue are included. |
| **Security Types** | **Included:** **Excluded:** |

Security Types:

| Included: | Excluded: |
|---|---|
| ◆ Bullet, puttable, and callable bonds | ◆ Bonds with equity-type features (e.g., warrants, convertibility) |
| ◆ Soft bullets | ◆ Private placements |
| ◆ Original issue zero coupon and underwritten MTN | ◆ Municipal debt |
| ◆ Certificates of Deposit (as of January 1, 2006) | ◆ Strips |
| ◆ Dollar denominated covered bonds (as of December 2005) | ◆ Inflation-linked bonds |
| | ◆ USD 25/ USD 50 par bonds |
| | ◆ CMBS High-Yield (as of January 1, 2007) |

| Rebalancing | |
|---|---|
| **Frequency** | The composition of the Returns Universe is rebalanced monthly at each month end and represents the set of bonds on which index returns are calculated. The Statistics Universe changes daily to reflect issues dropping out and entering the index, but is not used for return calculation. On the last business day of the month, the composition of the latest Statistics Universe becomes the Returns Universe for the following month. |
| **Index Changes** | During the month, indicative changes to securities (maturity, credit rating change, sector reclassification, amount outstanding) are reflected in both the Statistics and Returns Universe of the index on a daily basis. These changes may cause bonds to enter or fall out of the Statistics Universe of the index on a daily basis, but will affect the composition of the Returns Universe only at month-end when the index is rebalanced. |
| **Reinvestment of Cash flows** | Interest and principal payments earned by the Returns Universe are held in the index without a reinvestment return until month-end when it is removed from the index. |
| **New Issues** | Qualifying securities issued, but not necessarily settled, on or before the month-end rebalancing date qualify for inclusion in the following month's Returns Universe. |

| Index History | |
|---|---|
| January 1, 2008 | U.S. MBS Fixed-Rate Balloons and U.S. ABS Manufactured Housing removed |
| April 1, 2007 | Agency Hybrid Adjustable Rate Mortgage (ARM) securities added to the index, but not eligible for the Global Aggregate |
| January 1, 2007 | CMBS HY bonds dropped from the index |
| July 1, 2005 | Fitch ratings added to Moody's and S&P to determine index eligibility. |
| January 1, 2005 | Sector re-classification into Treasury, Government-Related, Corporate, and Securitized. |
| October 1, 2003 | Started using the most conservative rating of Moody's and S&P to determine index eligibility instead of Moody's only for split-rated securities. |
| July 1, 1999 | CMBS Index started contributing to the U.S. Universal Index. |
| January 1, 1999 | Inception date of the U.S. Universal Index, with index history backfilled to January 1, 1990. |

# LEHMAN BROTHERS

# U.S. Aggregate Index

## Overview

The U.S. Aggregate Index covers the USD-denominated, investment-grade, fixed-rate, taxable bond market of SEC-registered securities. The index includes bonds from the Treasury, Government-Related, Corporate, MBS (agency fixed-rate and hybrid ARM passthroughs), ABS, and CMBS sectors. U.S. Agency Hybrid Adjustable Rate Mortgage (ARM) securities were added to the U.S. Aggregate Index on April 1, 2007, but are not eligible for the Global Aggregate Index. The U.S. Aggregate Index is a component of the U.S. Universal Index in its entirety. The index was created in 1986, with index history backfilled to January 1, 1976.



### Sector Breakdown as of 12/31/2007

- Fixed-Rate MBS 35.0%
- Hybrid ARMs 3.6%
- CMBS 5.7%
- Treasury 22.4%
- Govt. Related 13.0%
- Corporate 19.6%
- ABS 0.9%

### Quality Breakdown as of 12/31/2007

- Aaa 79.2%
- Aa 5.4%
- A 8.2%
- Baa 7.2%

### Access to the Index

**LehmanLive Website**
**www.lehmanlive.com**

**KEY FEATURES**
- Daily index returns and statistics
- Historical index time series downloadable into Excel
- Standardized market structure reports
- Fully customizable views
- Index primers and shelf reference documents
- Latest index and portfolio strategies research publications

**Bloomberg Index Page <LEHM> <12>**
**Key statistics and returns**
**<LBUS> <INDEX>**

**TICKERS**
- Total Return Index Value: LBUSTRUU
- Since Inception Total Return: LBUSSIUU
- Month to Date Excess Return: LBUSER
- Market Value: LBUSMVU
- Yield to Worst: LBUSYW
- Mod. Adj. Duration: LBUSMD
- Returns Mod. Adj. Duration: LBUSRMD
- Average OAS: LBUOAS

**POINT (Portfolio and Index Tool)**
**Long Name: US Aggregate**
**Short Name: Agg**

**KEY FEATURES**
- Index level returns and statistics
- Historical index constituents
- Fully customizable market structure reports
- Index dynamics and turnover reports
- Portfolio upload/analysis
- Multi-factor Global Risk Model
- Portfolio performance attribution

### Pricing and Related Issues

| | |
|---|---|
| **Sources & Frequency** | All index-eligible bonds are priced on a daily basis, predominantly by Lehman Brothers traders. Pricing sources by sector:<br>◆ Treasury: Priced by Lehman Brothers traders on a daily basis.<br>◆ Corporate: All bonds are marked by traders at mid month and month end. Up to 1,000 actively traded benchmark corporate securities continue to be priced by traders on a daily basis. Less liquid bonds are model/ matrix priced daily using these actively traded benchmark securities to generate issuer pricing curves and populate a spread matrix algorithm that accounts for changes in the yield and swap curves.<br>◆ Government-Related: A subset of approximately 200 liquid Agency debentures are priced by Lehman Brothers traders on a daily basis, with the remaining bonds model priced using trader marks and updated curves. All bonds are trader priced at mid month and month end.<br>◆ MBS Fixed Rate: MBS TBA securities are priced by traders on a daily basis, with generic prices derived from these marks<br>◆ Hybrid ARM: OAS updated weekly by traders to generate daily prices using curve and volatility changes.<br>◆ ABS: ABS spreads are marked weekly for autos/credit cards/utilities and monthly or semi-monthly for home equity to generate daily prices using changes in the Treasury and swap curves.<br>◆ CMBS: CMBS spreads are updated as needed, as often as daily. |
| **Pricing Quotes** | Bonds can be quoted in a variety of ways including nominal spreads over benchmark securities/treasuries, spreads over swap curves, or direct price quotes as a percentage of par. In most instances the quote type used is a spread measure that results in daily security price changes from the movement of the underlying curve (swap or treasury) and/or changes in the quoted spread. |
| **Timing** | 3:00 pm (New York time) each day. On early market closes, prices may be taken earlier in the day. If the last business day of the month is a public holiday in the U.S. market, prices from the previous business day are used. |
| **Bid or Offer Side** | Bonds in the index are priced on the bid side. The initial price for new corporate issues entering the index is the offer side; after that, the bid side price is used. |
| **Settlement Assumptions** | T+1 settlement basis for all bonds except MBS. MBS are priced for Public Securities Association (PSA) settlement in the following month and discounted back to same-day settlement at the mortgage repurchase rate. |
| **Verification** | Multi-contributor verification: The primary price for each security is analyzed and compared to other third-party pricing sources through both statistical routines and scrutiny by the research staff. Significant discrepancies are researched and corrected, as necessary. |

### Contacts

| New York | London | Tokyo | Hong Kong |
|---|---|---|---|
| index@lehman.com | londonindexgroup@lehman.com | tkindexhelp@lehman.com | hongkongasiaindex@lehman.com |
| +1-212-526-7400 | +44-207-102-2220 | +81-3-6440-1770 | +852-2252-6230 |

# U.S. Aggregate Index

| Rules for Inclusion | |
|---|---|
| **Amount Outstanding** | ◆ For Treasury, Government-Related, MBS, and Corporate securities, USD 250 million minimum par amount outstanding.<br>◆ For ABS securities, USD 500 million minimum deal size and USD 25 million tranche size for specific ABS issuers where Lehman Brothers can accurately price the securities. The list of index-eligible issuers is available on www.lehmanlive.com.<br>◆ For CMBS securities, USD 500 million minimum original deal size with at least USD 300 million amount outstanding remaining in the deal; USD 25 million minimum tranche size. |
| **Quality** | Must be rated investment grade (Baa3/BBB-/BBB- or above) using the middle rating of Moody's, S&P, and Fitch, respectively.<br>◆ When all three agencies rate an issue, a median or "two out of three" rating is used to determine index eligibility by dropping the highest and lowest rating.<br>◆ When a rating from only two agencies is available, the lower ("most conservative") of the two is used.<br>◆ When a rating from only one agency is available, that rating is used to determine index eligibility. |
| **Maturity** | ◆ At least 1 year until final maturity, regardless of optionality. For securities with coupon that converts from fixed to floating-rate, at least 1 year until the conversion date.<br>◆ MBS must have a weighted average maturity of at least 1 year; CMBS and ABS must have a remaining average life of at least 1 year.<br>◆ Perpetual securities are included in the index provided they are callable fixed-to-floating rate structures with a coupon step-up. These are included until one year before their first call date, providing they meet all other index criteria. |
| **Seniority of Debt** | Senior and subordinated issues are included. |
| **Coupon** | Fixed-rate. Step-up coupons and coupons that change according to a predetermined schedule are also included. Capital securities with coupons that convert from fixed to floating-rate are index-eligible, given that they are currently fixed-rate; the maturity date then equals the conversion date. Fixed-to-floating rate perpetual capital securities that do not have coupon rate step-ups on their first call date will remain index eligible for their fixed-rate term provided that they meet all other index inclusion rules and exit the index one year prior to their conversion to floating coupon securities. |
| **Currency** | Denominated in USD. |
| **Market of Issue** | SEC-registered, fully taxable issues. SEC Rule 144A securities with Registration Rights are included; a security with both SEC Regulation S and SEC Rule 144A tranches is treated as one security. To prevent double-counting, we include the 144A tranche and exclude the Reg-S tranche; Issues with global market of issue are included. |
| **Security Types** | **Included:**<br>◆ Hybrid ARMs as of April 1, 2007<br>◆ Fixed-rate bullet, puttable and callable bonds<br>◆ Soft bullets<br>◆ SEC Rule 144A with Registration Rights and Regulation S securities<br>◆ Original issue zero coupon and underwritten MTN<br>◆ Certificates of Deposit (as of January 1, 2006)<br>◆ Fixed-rate and fixed to floating capital securities | **Excluded:**<br>◆ Bonds with equity-type features (e.g., warrants, convertibility)<br>◆ Private placements<br>◆ Floating-rate issues<br>◆ Strips<br>◆ Inflation-linked bonds<br>◆ Non-ERISA eligible CMBS issues<br>◆ Securities with both Regulation S and SEC Rule 144A without Registration Rights tranches<br>◆ USD 25/ USD 50 par bonds |

| Rebalancing | |
|---|---|
| **Frequency** | The composition of the Returns Universe is rebalanced monthly at each month end and represents the set of bonds on which index returns are calculated. The Statistics Universe changes daily to reflect issues dropping out and entering the index, but is not used for return calculation. On the last business day of the month, the composition of the latest Statistics Universe becomes the Returns Universe for the following month. |
| **Index Changes** | During the month, indicative changes to securities (maturity, credit rating change, sector reclassification, amount outstanding) are reflected in both the Statistics and Returns Universe of the index on a daily basis. These changes may cause bonds to enter or fall out of the Statistics Universe of the index on a daily basis, but will affect the composition of the Returns Universe only at month-end when the index is rebalanced. |
| **Reinvestment of Cash flows** | Interest and principal payments earned by the Returns Universe are held in the index without a reinvestment return until month-end when it is removed from the index. |
| **New Issues** | Qualifying securities issued, but not necessarily settled, on or before the month-end rebalancing date qualify for inclusion in the following month's Returns Universe. |

| Index History | |
|---|---|
| Jan 1, 2008 | U.S. MBS Fixed-Rate Balloons and U.S. ABS Manufactured Housing removed |
| April 1, 2007 | Agency Hybrid Adjustable Rate Mortgage (ARM) securities added to the index, but not eligible for the Global Aggregate |
| July 1, 2005 | Fitch ratings added to Moody's and S&P to determine index eligibility. |
| January 1, 2005 | Sector re-classification into Treasury, Government-Related, Corporate, and Securitized. |
| July 1, 2004 | Liquidity constraint raised to USD 250 million/ USD 25 million CMBS tranche size from USD 200 million. |
| October 1, 2003 | Liquidity constraint raised to USD 200 million from USD 150 million. Started using the most conservative rating of Moody's and S&P to determine index eligibility instead of Moody's only for split-rated securities. |
| July 1, 2000 | ABS index liquidity constraint raised to USD 500 million for deal size and USD 25 million for tranches. Absorbed all Yankee Corporates into their respective industry and sector classification |
| July 1, 1999 | Liquidity constraint raised to USD 150 million from USD 100 million. ERISA-eligible CMBS issues added to the index. |
| January 1, 1998 | Removed U.S. TIPS from U.S. Aggregate Index |
| January 1, 1994 | Liquidity constraint raised to USD 100 million from USD 50 million for non-government securities. |
| January 1, 1992 | ABS and MBS balloon issues added to the index. Liquidity constraint increased to USD 50 million from USD 25 million for non-government securities. |
| January 1, 1990 | |
| August 1, 1988 | Liquidity constraint raised to USD 100 million from USD 25 million. |
| January 1, 1986 | U.S. Aggregate Index introduced, with historical data backfilled to January 1976. Liquidity constraint raised to USD 25 million from USD 1 million. |

# LEHMAN BROTHERS

# U.S. Government/Credit Index

## Overview

The U.S. Government/Credit Index is the non-securitized component of the U.S. Aggregate Index and was the first macro index launched by Lehman Brothers. The U.S. Government/Credit Index includes Treasuries (i.e., public obligations of the U.S. Treasury that have remaining maturities of more than one year), Government-Related issues (i.e., agency, sovereign, supranational, and local authority debt), and USD Corporates. The U.S. Government/Credit Index was launched on January 1, 1979, with index history backfilled to 1973, and is a subset of the U.S. Aggregate Index.



**Sector Breakdown** as of 12/31/2007

- Corporate 35.7%
- Govt. Related 23.6%
- Treasury 40.7%

**Quality Breakdown** as of 12/31/2007

- Aaa 62.5%
- Aa 9.5%
- A 14.8%
- Baa 13.2%

### Access to the Index

**Index Client Website**
**www.lehmanlive.com**

**KEY FEATURES**
- Daily index returns and statistics
- Historical index time series downloadable into Excel
- Standardized market structure reports
- Fully customizable views
- Index primers and shelf reference documents
- Latest index and portfolio strategies research publications

**Bloomberg Index Page <LEHM> <13>**
**Key statistics and returns <LUGC> <INDEX>**

**TICKERS**
- Total Return Index Value: LUGCTRUU
- Since Inception Total Return: LUGCSIUU
- Month to Date Excess Return: LUGCER
- Market Value:  LUGCMVU
- Yield to Worst: LUGCYW
- Mod. Adj. Duration: LUGCMD
- Returns Mod. Adj. Duration: LUGCRMD
- Average OAS: LUGCOAS
- Maturity: LUGCMAT

**POINT (Portfolio and Index Tool)**
**Long Name: US Government/Credit**
**Short Name: Govcred**

**KEY FEATURES**
- Index level returns and statistics
- Historical index constituents
- Fully customizable market structure reports
- Index dynamics and turnover reports
- Portfolio upload/analysis
- Multi-factor Global Risk Model
- Portfolio performance attribution

### Pricing and Related Issues

**Source and Frequency**

All index-eligible bonds are priced on a daily basis, predominantly by Lehman Brothers traders. By sector, the source of security level pricing is as follows:
- Treasury: Priced by Lehman Brothers traders on a daily basis.
- Government-Related: A subset of approximately 200 liquid Agency debentures are priced by Lehman Brothers traders on a daily basis, with the remaining bonds model priced using trader marks and updated curves. All bonds are trader priced at mid month and month end.
- Corporate: All bonds are marked by traders at mid month and month end. Up to 1,000 actively traded benchmark corporate securities continue to be priced by traders on a daily basis. Less liquid bonds are model/ matrix priced daily using these actively traded benchmark securities to generate issuer pricing curves and populate a spread matrix algorithm that accounts for changes in the yield and swap curves.

**Pricing Quotes**

Bonds can be quoted in a variety of ways including nominal spreads over benchmark securities/treasuries, spreads over swap curves, or direct price quotes as a percentage of par. In most instances the quote type used is a spread measure that results in daily security price changes from the movement of the underlying curve (swap or treasury) and/or changes in the quoted spread.

**Timing**

3:00 pm (New York time) each day. If the last business day of the month is a public holiday in the U.S. market, prices from the previous business day are used.

**Bid or Offer Side**

Bonds in the index are priced on the bid side. The initial price for new corporate issues entering the index is the offer side; after that, the bid side price is used.

**Settlement Assumptions**

T+1 settlement basis for all bonds

**Verification**

Multi-contributor verification: The primary price for each security is analyzed and compared to other third-party pricing sources through both statistical routines and scrutiny by the research staff. Significant discrepancies are researched and corrected, as necessary. On occasion, index users may also challenge price levels, which are then reviewed by the pricing team. Prices are then updated as needed using input from the trading desk.

### Contacts

| New York | London | Tokyo | Hong Kong |
|---|---|---|---|
| index@lehman.com | londonindexgroup@lehman.com | tkindexhelp@lehman.com | hongkongasiaindex@lehman.com |
| +1-212-526-7400 | +44-207-102-2220 | +81-3-6440-1770 | +852-2252-6230 |

# U.S. Government/Credit Index

Global Family of Indices

| Rules for Inclusion | |
| --- | --- |
| **Amount Outstanding** | USD 250 million minimum par amount outstanding. |
| **Quality** | Must be rated investment grade (Baa3/BBB-/BBB- or above) using the middle rating of Moody's, S&P, and Fitch, respectively. |
| | ◆ When all three agencies rate an issue, a median or "two out of three" rating is used to determine index eligibility by dropping the highest and lowest rating. |
| | ◆ When a rating from only two agencies is available, the lower ("most conservative") of the two is used. |
| | ◆ When a rating from only one agency is available, that rating is used to determine index eligibility. |
| **Maturity** | ◆ At least 1 year until final maturity, regardless of optionality. For securities with coupons that convert from fixed to floating-rate, at least 1 year until the conversion date. |
| | ◆ Perpetual securities are included in the index provided they are callable or their coupons switch from fixed to variable rate. These are included until one year before their first call date, providing they meet all other index criteria. |
| **Seniority of Debt** | Senior and subordinated issues are included. |
| **Coupon** | Fixed-rate. Step-up coupons and coupons that change according to a predetermined schedule are also included. Capital securities with coupons that convert from fixed to floating-rate are index-eligible, given that they are currently fixed-rate; the maturity date then equals the conversion date. Fixed-to-floating rate perpetual capital securities that do not have coupon rate step-ups on their first call date will remain index eligible for their fixed-rate term provided that they meet all other index inclusion rules and exit the index one year prior to their conversion to floating coupon securities (refer to *Global Capital Securities Index Fact Sheet*). |
| **Currency of Issue** | Denominated in USD |
| **Market of Issue** | SEC-registered, fully taxable issues. SEC Rule 144A securities with Registration Rights are included; a security with both SEC Regulation S and SEC Rule 144A tranches is treated as one security. To prevent double-counting, we include the 144A tranche and exclude the Reg-S tranche; Issues with global market of issue are included. |
| **Security Types** | **Included:** <br> ◆ Fixed-rate bullet, puttable and callable bonds and sinking funds <br> ◆ Original issue zero coupon and underwritten MTN <br> ◆ Certificates of Deposit (as of 1/1/2006) <br> ◆ SEC Rule 144A with registration rights and Regulation S securities <br> ◆ Fixed-rate and fixed to floating capital securities | **Excluded:** <br> ◆ Bonds with equity-type features (e.g., warrants, convertibility to equity) <br> ◆ Private placements <br> ◆ Floating-rate issues <br> ◆ Structured notes with embedded swaps <br> ◆ STRIPS, TIPS, T-Bills, and Bellwethers |

| Rebalancing Rules | |
| --- | --- |
| **Frequency** | The composition of the Returns Universe is rebalanced monthly at each month end and represents the set of bonds on which index returns are calculated. The Statistics Universe changes daily to reflect issues dropping out and entering the index, but is not used for return calculation. On the last business day of the month, the composition of the latest Statistics Universe becomes the Returns Universe for the following month. |
| **Index Changes** | During the month, indicative changes to securities (maturity, credit rating change, sector reclassification, amount outstanding) are reflected in both the Statistics and Returns Universe of the index on a daily basis. These changes may cause bonds to enter or fall out of the Statistics Universe of the index on a daily basis, but will affect the composition of the Returns Universe only at month-end when the index is rebalanced. |
| **Reinvestment of Cash Flows** | Interest and principal payments earned by the Returns Universe are held in the index without a reinvestment return until month-end when it is removed from the index. |
| **New Issues** | Qualifying securities issued, but not necessarily settled, on or before the month-end rebalancing date qualify for inclusion in the following month's Returns Universe. |

| Index History | |
| --- | --- |
| July 1, 2005 | Fitch ratings added to Moody's and S&P to determine index eligibility. |
| January 1, 2005 | Sector re-classification into Treasury, Government-Related, Corporate, and Securitized. |
| July 1, 2004 | Liquidity constraint raised to USD 250 million from USD 200 million. |
| October 1, 2003 | Liquidity constraint raised to USD 200 million from USD 150 million. Started using the most conservative rating of Moody's and S&P to determine index eligibility instead of Moody's only for split-rated securities. |
| July 1, 2000 | Absorbed all Yankee Corporates into their respective industry and sector classification. |
| July 1, 1999 | Liquidity constraint raised to USD 150 million from USD 100 million. |
| January 1, 1998 | Removed U.S. TIPS from the index. |
| January 1, 1994 | Liquidity constraint raised to USD 100 million from USD 50 million for non-government securities. |
| January 1, 1992 | Liquidity constraint increased to USD 50 million from USD 25 million for non-government securities. |
| January 1, 1990 | Liquidity constraint raised to USD 100 million from USD 25 million for government securities. |
| August 1, 1988 | Liquidity constraint raised to USD 25 million from USD 1 million. |
| January 1, 1979 | U.S. Government/Credit Index introduced, with historical data backfilled to 1973. |

## LEHMAN BROTHERS

# U.S. Credit Index

## Overview

The U.S. Credit Index is comprised of the U.S. Corporate Index and the non-native currency subcomponent of the U.S. Government-Related Index. The U.S. Credit Index was called the U.S. Corporate Investment Grade Index until July 2000, when it was renamed to reflect the index's composition of both corporate and non-corporate issuers. The U.S. Credit Index includes publicly issued U.S. corporates, specified foreign debentures and secured notes denominated in USD. Index history is available since 1973. The U.S. Credit Index is a subset of the U.S. Government/Credit Index and the U.S. Aggregate Index.

| Sector Breakdown as of 12/31/2007 | Access to the Index | |
|---|---|---|



**Sector Breakdown** as of 12/31/2007

Government-Related 14.4%

Corporate 85.6%

**Quality Breakdown** as of 12/31/2007

Aaa 10.7%
Baa 31.6%
Aa 22.0%
A 35.6%

**Access to the Index**

**Index Client Website**
www.lehmanlive.com

**KEY FEATURES**
- Daily index returns and statistics
- Historical index time series downloadable into Excel
- Standardized market structure reports
- Fully customizable views
- Index primers and shelf reference documents
- Latest index and portfolio strategies research publications

**Bloomberg Index Page <LEHM> <13>**
**Key statistics and returns**
**<LUCR> <INDEX>**

**TICKERS**
- Total Return Index Value: LUCRTRUU
- Since Inception Total Return: LUCRSIUU
- Month to Date Excess Return: LUCRER
- Market Value:  LUCRMVU
- Yield to Worst: LUCRYW
- Mod. Adj. Duration: LUCRMD
- Returns Mod. Adj. Duration: LUCRRMD
- Average OAS: LUCROAS
- Maturity: LUCRMAT

**POINT (Portfolio and Index Tool)**
**Long Name: US Credit**
**Short Name: credit**

**KEY FEATURES**
- Index level returns and statistics
- Historical index constituents
- Fully customizable market structure reports
- Index dynamics and turnover reports
- Portfolio upload/analysis
- Multi-factor Global Risk Model
- Portfolio performance attribution

## Pricing and Related Issues

| | |
|---|---|
| **Source and Frequency** | All bonds are marked by traders at mid month and month end. Up to 1,000 actively traded benchmark corporate securities continue to be priced by traders on a daily basis. Less liquid bonds are model/ matrix priced daily using these actively traded benchmark securities to generate issuer pricing curves and populate a spread matrix algorithm that accounts for changes in the yield and swap curves. |
| **Pricing Quotes** | Bonds can be quoted in a variety of ways including nominal spreads over benchmark securities/treasuries, spreads over swap curves, or direct price quotes as a percentage of par. In most instances the quote type used is a spread measure that results in daily security price changes from the movement of the underlying curve (swap or treasury) and/or changes in the quoted spread. |
| **Timing** | 3:00 pm (New York time) each day. If the last business day of the month is a public holiday in the U.S. market, prices from the previous business day are used. |
| **Bid or Offer Side** | Bonds in the index are priced on the bid side. The initial price for new corporate issues entering the index is the offer side; after that, the bid side price is used. |
| **Settlement Assumptions** | T+1 settlement basis for all bonds |
| **Verification** | Multi-contributor verification: The primary price for each security is analyzed and compared to other third-party pricing sources through both statistical routines and scrutiny by the research staff. Significant discrepancies are researched and corrected, as necessary. On occasion, index users may also challenge price levels, which are then reviewed by the pricing team. Prices are then updated as needed using input from the trading desk. |

## Contacts

| **New York** | **London** | **Tokyo** | **Hong Kong** |
|---|---|---|---|
| index@lehman.com | londonindexgroup@lehman.com | tkindexhelp@lehman.com | hongkongasiaindex@lehman.com |
| +1-212-526-7400 | +44-207-102-2220 | +81-3-6440-1770 | +852-2252-6230 |

March 2008                                                                                                                                        270

# U.S. Credit Index

Global Family of Indices

| Rules for Inclusion | |
|---|---|
| **Amount Outstanding** | USD 250 million minimum par amount outstanding. |
| **Quality** | Must be rated investment grade (Baa3/BBB-/BBB- or above) using the middle rating of Moody's, S&P, and Fitch, respectively. |
| | ◆ When all three agencies rate an issue, a median or "two out of three" rating is used to determine index eligibility by dropping the highest and lowest rating. |
| | ◆ When a rating from only two agencies is available, the lower ("most conservative") of the two is used. |
| | ◆ When a rating from only one agency is available, that rating is used to determine index eligibility. |
| **Maturity** | ◆ At least 1 year until final maturity, regardless of optionality. For securities with coupons that convert from fixed to floating-rate, at least 1 year until the conversion date. |
| | ◆ Perpetual securities are included in the index provided they are callable or their coupons switch from fixed to variable rate. These are included until one year before their first call date, providing they meet all other index criteria. |
| **Seniority of Debt** | Senior and subordinated issues are included. |
| **Coupon** | Fixed-rate. Step-up coupons and coupons that change according to a predetermined schedule may also be included. Capital securities with coupons that convert from fixed to floating-rate are index-eligible, given that they are currently fixed-rate; the maturity date then equals the conversion date. Fixed-to-floating rate perpetual capital securities that do not have coupon rate step-ups on their first call date will remain index eligible for their fixed-rate term provided that they meet all other index inclusion rules and exit the index one year prior to their conversion to floating coupon securities (refer to *Global Capital Securities Index Fact Sheet*). |
| **Currency of Issue** | Denominated in USD |
| **Market of Issue** | SEC-registered, fully taxable issues. SEC Rule 144A securities with Registration Rights are included; a security with both SEC Regulation S and SEC Rule 144A tranches is treated as one security. To prevent double-counting, we include the 144A tranche and exclude the Reg-S tranche; Issues with global market of issue are included. |
| **Security Types** | **Included:** **Excluded:** |

| Included: | Excluded: |
|---|---|
| ◆ Fixed-rate bullet, puttable and callable bonds and sinking funds | ◆ Bonds with equity-type features (e.g., warrants, convertibility to equity) |
| ◆ Original issue zero coupon and underwritten MTN | ◆ Private placements |
| ◆ Certificates of Deposit (as of 1/1/2006) | ◆ Floating-rate issues |
| ◆ SEC Rule 144A with registration rights and Regulation S securities | ◆ Structured notes with embedded swaps |
| ◆ Fixed-rate and fixed to floating capital securities | ◆ Eurobonds |

| Rebalancing Rules | |
|---|---|
| **Frequency** | The composition of the Returns Universe is rebalanced monthly at each month end, and represents the set of bonds that returns are calculated on. The Statistics Universe changes daily to reflect issues dropping out and entering the index, but is not used for return calculation. On the last business day of the month, the composition of the latest Statistics Universe becomes the Returns Universe for the following month. |
| **Index Changes** | During the month, indicative changes to securities (maturity, credit rating change, sector reclassification, amount outstanding) are reflected in both the Statistics and Returns Universe of the index on a daily basis. These changes may cause bonds to enter or fall out of the Statistics Universe of the index on a daily basis, but will affect the composition of the Returns Universe only at month-end when the index is rebalanced. |
| **Reinvestment of Cash Flows** | Interest and principal payments earned by the Returns Universe are held in the index without a reinvestment return until month-end when it is removed from the index. |
| **New Issues** | Qualifying securities issued, but not necessarily settled, on or before the month-end rebalancing date qualify for inclusion in the following month's Returns Universe. |

| Index History | |
|---|---|
| July 1, 2005 | Fitch ratings added to Moody's and S&P to determine index eligibility. |
| January 1, 2005 | Sector re-classification into Treasury, Government-Related, Corporate, and Securitized. |
| July 1, 2004 | Liquidity constraint raised to USD 250 million from USD 200 million. |
| October 1, 2003 | Liquidity constraint raised to USD 200 million from USD 150 million. Started using the most conservative rating of Moody's and S&P to determine index eligibility instead of Moody's only for split-rated securities. |
| July 1, 2000 | U.S. Corporate Index renamed the U.S. Credit Index. Absorbed all Yankee Corporates into their respective industry and sector classification. |
| July 1, 1999 | Liquidity constraint raised to USD 150 million from USD 100 million. |
| January 1, 1994 | Liquidity constraint raised to USD 100 million from USD 50 million. |
| January 1, 1992 | Liquidity constraint increased to USD 50 million from USD 25 million. |
| August 1, 1988 | Liquidity constraint raised to USD 25 million from USD 1 million. |
| January 1, 1979 | U.S. Government/Credit Index introduced. |

# LEHMAN BROTHERS

# U.S. Government-Related Index

## Overview

The U.S. Government-Related Index was created on January 1, 2005 by merging the U.S. Agency and Non-corporate Credit Indices, effectively grouping all issuers with government affiliations separately from corporate or Treasury. The Government-Related Index is broken out into four sub-sectors: Agencies (further broken down into native and non-native currencies), Local Authorities, Sovereigns, and Supranationals. The U.S. Government-Related Index does not replace the U.S. Government Index, which still exists as a standalone index consisting of U.S. Treasuries and native currency U.S. Agencies. Historical returns for the U.S. Government-Related Index date back to January 1994.

### Sector Breakdown as of 12/31/2007



Agencies 82.5%
Local Authority 5.1%
Sovereign 6.0%
Supranational 6.5%

### Quality Breakdown as of 12/31/2007

Aa 6.7%
A 4.3%
Baa 3.4%
Aaa 85.6%

### Access to the Index

**Index Client Website**
**www.lehmanlive.com**

**KEY FEATURES**
- Daily index returns and statistics
- Historical index time series downloadable into Excel
- Standardized market structure reports
- Fully customizable views
- Index primers and shelf reference documents
- Latest index and portfolio strategies research publications

**Bloomberg Index Page <LEHM> <12>**
**Key statistics and returns <LD08> <INDEX>**

**TICKERS**
- Total Return Index Value: LD08TRUU
- Since Inception Total Return: LD08SIUU
- Month to Date Excess Return: LD08ER
- Market Value: LD08MVU
- Yield to Worst: LD08YW
- Mod. Adj. Duration: LD08MD
- Returns Mod. Adj. Duration: LD08RMD
- Average OAS: LD08OAS
- Maturity: LD08MAT

**POINT (Portfolio and Index Tool)**
**Long Name: US Government-Related**
**Short Name: uagv**

**KEY FEATURES**
- Index level returns and statistics
- Historical index constituents
- Fully customizable market structure reports
- Index dynamics and turnover reports
- Portfolio upload/analysis
- Multi-factor Global Risk Model
- Portfolio performance attribution
- Automated batch processing

## Pricing and Related Issues

| | |
|---|---|
| **Source and Frequency** | All index-eligible bonds are priced on a daily basis, predominantly by Lehman Brothers traders. By sector, the source of security level pricing is as follows:<br>• Agency: A subset of approximately 200 liquid Agency debentures are priced by Lehman Brothers traders on a daily basis, with the remaining bonds model priced using trader marks and updated curves. All bonds are trader priced at mid month and month end.<br>• Non-Corporate Credit: All bonds are marked by traders at mid month and month end. All bonds are model/matrix prices daily. |
| **Pricing Quotes** | Bonds can be quoted in a variety of ways including nominal spreads over benchmark securities/treasuries, spreads over swap curves, or direct price quotes as a percentage of par. In most instances the quote type used is a spread measure that results in daily security price changes from the movement of the underlying curve (swap or treasury) and/or changes in the quoted spread. |
| **Timing** | 3:00 pm (New York time) each day. If the last business day of the month is a public holiday in the U.S. market, prices from the previous business day are used. |
| **Bid or Offer Side** | Bonds in the index are priced on the bid side. |
| **Settlement Assumptions** | T+1 settlement basis for all bonds |
| **Verification** | Multi-contributor verification: The primary price for each security is analyzed and compared to other third-party pricing sources through both statistical routines and scrutiny by the research staff. Significant discrepancies are researched and corrected, as necessary. On occasion, index users may also challenge price levels, which are then reviewed by the pricing team. Prices are then updated as needed using input from the trading desk. |

## Contacts

| New York | London | Tokyo | Hong Kong |
|---|---|---|---|
| index@lehman.com | londonindexgroup@lehman.com | tkindexhelp@lehman.com | hongkongasiaindex@lehman.com |
| +1-212-526-7400 | +44-207-102-2220 | +81-3-6440-1770 | +852-2252-6230 |

# U.S. Government-Related Index

Global Family of Indices

## Rules for Inclusion

| | |
|---|---|
| **Amount Outstanding** | USD 250 million minimum par amount outstanding. |
| **Quality** | Must be rated investment grade (Baa3/BBB-/BBB- or above) using the middle rating of Moody's, S&P, and Fitch, respectively. |
| | ◆ When all three agencies rate an issue, a median or "two out of three" rating is used to determine index eligibility by dropping the highest and lowest rating. |
| | ◆ When a rating from only two agencies is available, the lower ("most conservative") of the two is used. |
| | ◆ When a rating from only one agency is available, that rating is used to determine index eligibility. |
| **Maturity** | ◆ At least 1 year until final maturity, regardless of optionality. For securities with coupons that convert from fixed to floating-rate, at least 1 year until the conversion date. |
| | ◆ Perpetual securities are included in the index provided they are callable or their coupons switch from fixed to variable rate. These are included until one year before their first call date, providing they meet all other index criteria. |
| **Seniority of Debt** | Senior and subordinated issues are included. |
| **Coupon** | Fixed-rate. Step-up coupons and coupons that change according to a predetermined schedule are also included. |
| **Currency of Issue** | Denominated in USD |
| **Market of Issue** | SEC-registered, fully taxable issues. SEC Rule 144A securities with Registration Rights are included; a security with both SEC Regulation S and SEC Rule 144A tranches is treated as one security. To prevent double-counting, we include the 144A tranche and exclude the Reg-S tranche; Issues with global market of issue are included. |
| **Security Types** | **Included:** |
| | ◆ Fixed-rate bullet, puttable and callable bonds |
| | ◆ Original issue zero coupon and underwritten MTN |
| | ◆ SEC Rule 144A with registration rights and Regulation S securities |

**Security Types — Excluded:**
- ◆ Bonds with equity-type features (e.g., warrants, convertibility to equity)
- ◆ Private placements
- ◆ Floating-rate issues
- ◆ Structured notes with embedded swaps
- ◆ STRIPS, TIPS, T-Bills, and Bellwethers

## Rebalancing Rules

| | |
|---|---|
| **Frequency** | The composition of the Returns Universe is rebalanced monthly at each month end and represents the set of bonds on which index returns are calculated. The Statistics Universe changes daily to reflect issues dropping out and entering the index, but is not used for return calculation. On the last business day of the month, the composition of the latest Statistics Universe becomes the Returns Universe for the following month. |
| **Index Changes** | During the month, indicative changes to securities (maturity, credit rating change, sector reclassification, amount outstanding) are reflected in both the Statistics and Returns Universe of the index on a daily basis. These changes may cause bonds to enter or fall out of the Statistics Universe of the index on a daily basis, but will affect the composition of the Returns Universe only at month-end when the index is rebalanced. |
| **Reinvestment of Cash Flows** | Interest and principal payments earned by the Returns Universe are held in the index without a reinvestment return until month-end when it is removed from the index. |
| **New Issues** | Qualifying securities issued, but not necessarily settled, on or before the month-end rebalancing date qualify for inclusion in the following month's Returns Universe. |

## Index History

| | |
|---|---|
| July 1, 2005 | Fitch ratings added to Moody's and S&P to determine index eligibility. |
| January 1, 2005 | Inception of U.S. Government-Related Index. Sector re-classification into Treasury, Government-Related, Corporate, and Securitized. |
| July 1, 2004 | Liquidity constraint raised to USD 250 million from USD 200 million. |
| October 1, 2003 | Liquidity constraint raised to USD 200 million from USD 150 million. Started using the most conservative rating of Moody's and S&P to determine index eligibility instead of Moody's only for split-rated securities. |
| July 1, 1999 | Liquidity constraint raised to USD 150 million from USD 100 million. |
| January 1, 1994 | Liquidity constraint raised to USD 100 million from USD 50 million. |
| January 1, 1992 | Liquidity constraint increased to USD 50 million from USD 25 million. |
| August 1, 1988 | Liquidity constraint raised to USD 25 million from USD 1 million. |
| January 1, 1979 | U.S. Government/Credit Index introduced. |

# LEHMAN BROTHERS

# U.S. Corporate Index

## Overview

The U.S. Corporate Index covers USD-denominated, investment-grade, fixed-rate, taxable securities sold by industrial, utility and financial issuers. It includes publicly issued U.S. corporate and foreign debentures and secured notes that meet specified maturity, liquidity, and quality requirements. Securities in the index roll up to the U.S. Credit and U.S. Aggregate indices. The U.S. Corporate Index was launched on January 1, 1973.



### Sector Breakdown as of 12/31/2007

Utility 9.7%
Financial 43.4%
Industrial 46.8%

### Quality Breakdown as of 12/31/2007

Aaa 4.4%
Aa 22.2%
Baa 34.7%
A 38.7%

### Access to the Index

**LehmanLive Website**
**www.lehmanlive.com**

**KEY FEATURES**
- Daily index returns and statistics
- Historical index time series downloadable into Excel
- Standardized market structure reports
- Fully customizable views
- Index primers and shelf reference documents
- Latest index and portfolio strategies research publications

**Bloomberg Index Page <LEHM> <12>**
**Key statistics and returns**
**<LUAC> <INDEX>**

**TICKERS**
- Total Return Index Value: LUACTRUU
- Since Inception Total Return: LUACSIUU
- Month to Date Excess Return: LUAUCER
- Market Value: LUACMVU
- Yield to Worst: LUACYW
- Mod. Adj. Duration: LUACMD
- Returns Mod. Adj. Duration: LUACRMD
- Average OAS: LUACOAS
- Maturity: LUACMAT

**POINT (Portfolio and Index Tool)**
**Long Name: US Credit Corp**
**Short Name: uscorp**

**KEY FEATURES**
- Index level returns and statistics
- Historical index constituents
- Fully customizable market structure reports
- Index dynamics and turnover reports
- Portfolio upload/analysis
- Multi-factor Global Risk Model
- Portfolio performance attribution
- Automated batch processing

### Pricing and Related Issues

**Sources & Frequency**
All bonds are marked by Lehman Brothers traders at mid month and month end. Up to 1,000 actively traded benchmark corporate securities continue to be priced by traders on a daily basis. Less liquid bonds are model/ matrix priced daily using these actively traded benchmark securities to generate issuer pricing curves and populate a spread matrix algorithm that accounts for changes in the yield and swap curves.

**Pricing Quotes**
Bonds can be quoted in a variety of ways including nominal spreads over benchmark securities/treasuries, spreads over swap curves, or direct price quotes as a percentage of par. In most instances the quote type used is a spread measure that results in daily security price changes from the movement of the underlying curve and/or changes in the quoted spread.

**Timing**
3:00 pm (New York time) each day. If the last business day of the month is a public holiday in the U.S. market, prices from the previous business day are used.

**Bid or Offer Side**
Bonds in the index are priced on the bid side. The initial price for new corporate issues entering the index is the offer side; after that, the bid side price is used.

**Settlement Assumptions**
T+1 settlement basis for all bonds

**Verification**
Multi-contributor verification: The primary price for each security is analyzed and compared to other third-party pricing sources through both statistical routines and scrutiny by the research staff. Significant discrepancies are researched and corrected, as necessary. On occasion, index users may also challenge price levels, which are then reviewed by the pricing team. Prices are then updated as needed using input from the trading desk.

### Contacts

| New York | London | Tokyo | Hong Kong |
|---|---|---|---|
| index@lehman.com | londonindexgroup@lehman.com | tkindexhelp@lehman.com | hongkongasiaindex@lehman.com |
| +1 212 526 7400 | +44 20 7102-2220 | +81 3 6440 1770 | +852 2252 6230 |

# U.S. Corporate Index

Global Family of Indices

| Rules for Inclusion | |
|---|---|
| **Amount Outstanding** | USD 250 million minimum par amount outstanding. |
| **Quality** | Must be rated investment grade (Baa3/BBB-/BBB- or above) using the middle rating of Moody's, S&P, and Fitch, respectively. |
| | ◆ When all three agencies rate an issue, a median or "two out of three" rating is used to determine index eligibility by dropping the highest and lowest rating. |
| | ◆ When a rating from only two agencies is available, the lower ("most conservative") of the two is used. |
| | ◆ When a rating from only one agency is available, that rating is used to determine index eligibility. |
| **Maturity** | ◆ At least 1 year until final maturity, regardless of optionality. For securities with coupons that converts from fixed to floating-rate, at least 1 year until the conversion date. |
| | ◆ Perpetual securities are included in the index provided they are callable or their coupons switch from fixed to variable rate. These are included until one year before their first call date, providing they meet all other index criteria. |
| **Seniority of Debt** | Senior and subordinated issues are included. |
| **Currency** | Denominated in USD. |
| **Coupon** | Fixed-rate. Step-up coupons and coupons that change according to a predetermined schedule are also included. Capital securities with coupons that convert from fixed to floating rate are index-eligible, given that they are currently fixed-rate; the maturity date then equals the conversion date. Fixed-to-floating rate perpetual capital securities that do not have coupon rate step-ups on their first call date will remain index eligible for their fixed-rate term provided that they meet all other index inclusion rules and exit the index one year prior to their conversion to floating coupon securities (refer to *Global Capital Securities Index Fact Sheet*). |
| **Market of Issue** | SEC-registered, fully taxable issues. SEC Rule 144A securities with Registration Rights are included; a security with both SEC Regulation S and SEC Rule 144A tranches is treated as one security. To prevent double-counting, we include the 144A tranche and exclude the Reg-S tranche; Issues with global market of issue are included. |
| **Security Types** | **Included:** <br> ◆ Fixed-rate bullet, puttable and callable bonds and sinking funds <br> ◆ Original issue zero coupon and underwritten MTN <br> ◆ Certificates of Deposit (as of 1/1/2006) <br> ◆ SEC Rule 144A with registration rights and Regulation S securities <br> ◆ Fixed-rate and fixed to floating capital securities | **Excluded:** <br> ◆ Bonds with equity-type features (e.g., warrants, convertibility to equity) <br> ◆ Private placements <br> ◆ Floating-rate issues <br> ◆ Structured notes with embedded swaps |

| Rebalancing Rules | |
|---|---|
| **Frequency** | The composition of the Returns Universe is rebalanced monthly at each month end and represents the set of bonds on which index returns are calculated. The Statistics Universe changes daily to reflect issues dropping out and entering the index, but is not used for return calculation. On the last business day of the month, the composition of the latest Statistics Universe becomes the Returns Universe for the following month. |
| **Index Changes** | During the month, indicative changes to securities (maturity, credit rating change, sector reclassification, amount outstanding) are reflected in both the Statistics and Returns Universe of the index on a daily basis. These changes may cause bonds to enter or fall out of the Statistics Universe of the index on a daily basis, but will affect the composition of the Returns Universe only at month-end when the index is rebalanced. |
| **Reinvestment of Cash Flows** | Interest and principal payments earned by the Returns Universe are held in the index without a reinvestment return until month-end when it is removed from the index. |
| **New Issues** | Qualifying securities issued, but not necessarily settled, on or before the month-end rebalancing date qualify for inclusion in the following month's Returns Universe. |

| Index History | |
|---|---|
| July 1, 2005 | Fitch ratings added to Moody's and S&P to determine index eligibility. |
| January 1, 2005 | Sector re-classification into Treasury, Government-Related, Corporate, and Securitized. |
| July 1, 2004 | Liquidity constraint raised to USD 250 million from USD 200 million. |
| October 1, 2003 | Liquidity constraint raised to USD 200 million from USD 150 million. Started using the most conservative rating of Moody's and S&P to determine index eligibility instead of Moody's only for split-rated securities. |
| July 1, 2000 | Absorbed all Yankee Corporates into their respective industry and sector classification. |
| July 1, 1999 | Liquidity constraint raised to USD 150 million from USD 100 million. |
| January 1, 1994 | Liquidity constraint raised to USD 100 million from USD 50 million. |
| January 1, 1992 | Liquidity constraint increased to USD 50 million from USD 25 million. |
| August 1, 1988 | Liquidity constraint raised to USD 25 million from USD 1 million. |
| January 1, 1979 | U.S. Government/Credit Index introduced, with historical data backfilled to 1973. |
| January 1, 1973 | Data time series begins for U.S. Corporate Index. |

# Lehman Brothers

# U.S. Treasury Index

## Overview

The U.S. Treasury Index includes public obligations of the U.S. Treasury. Treasury bills are excluded by the maturity constraint but are part of a separate Short Treasury Index. In addition, certain special issues, such as state and local government series bonds (SLGs), as well as U.S. Treasury TIPS, are excluded. STRIPS are excluded from the index because their inclusion would result in double-counting. Securities in the Index roll up to the U.S. Aggregate, U.S. Universal, and Global Aggregate Indices. The U.S. Treasury Index was launched on January 1, 1973.



### Maturity Breakdown as of 12/31/2007

- 10-20 Year 14.9%
- 20+ Year 6.0%
- 7-10 Year 16.3%
- 1-3 Year 33.8%
- 5-7 Year 9.7%
- 3-5 Year 19.4%

### Maturity Breakdown as of 12/31/2007

- Intermediate 79.2%
- Long 20.8%

### Access to the Index

**Index Client Website**
**www.lehmanlive.com**

**KEY FEATURES**
- ◆ Daily index returns and statistics
- ◆ Historical index time series downloadable into Excel
- ◆ Standardized market structure reports
- ◆ Fully customizable views
- ◆ Index primers and shelf reference documents
- ◆ Latest index and portfolio strategies research publications

**Bloomberg Index Page <LEHM> <12>**
**Key statistics and returns <LUAT> <INDEX>**

**TICKERS**
- ◆ Total Return Index Value: LUATTRUU
- ◆ Since Inception Total Return: LUATSIUU
- ◆ Market Value: LUATMVU
- ◆ Yield to Worst: LUATYW
- ◆ Mod. Adj. Duration: LUATMD
- ◆ Returns Mod. Adj. Duration: LUATRMD
- ◆ Average OAS: LUATOAS
- ◆ Maturity: LUATMAT

**POINT (Portfolio and Index Tool)**
**Long Name: US Treasury**
**Short Name: treas**

**KEY FEATURES**
- ◆ Index level returns and statistics
- ◆ Historical index constituents
- ◆ Fully customizable market structure reports
- ◆ Index dynamics and turnover reports
- ◆ Portfolio upload/analysis
- ◆ Multi-factor Global Risk Model
- ◆ Portfolio performance attribution
- ◆ Automated batch processing



### Pricing and Related Issues

| | |
|---|---|
| **Source and Frequency** | All U.S. Treasury bonds are priced by Lehman Brothers traders on a daily basis. |
| **Timing** | 3:00 pm (New York time) each day. If the last business day of the month is a public holiday in the U.S. market, prices from the previous business day are used. |
| **Bid or Offer Side** | Bonds in the index are priced on the bid side. |
| **Settlement Assumptions** | T+1 settlement basis |
| **Verification** | Multi-contributor verification: The primary price for each security is analyzed and compared to other third-party pricing sources through both statistical routines and scrutiny by the research staff. Significant discrepancies are researched and corrected, as necessary. |

### Contacts

| **New York** | **London** | **Tokyo** | **Hong Kong** |
|---|---|---|---|
| index@lehman.com | londonindexgroup@lehman.com | tkindexhelp@lehman.com | hongkongasiaindex@lehman.com |
| +1-212-526-7400 | +44-207-102-2220 | +81-3-6440-1770 | +852-2252-6230 |

# U.S. Treasury Index

| Rules for Inclusion | |
|---|---|
| **Amount Outstanding** | USD 250 million minimum par amount outstanding. |
| **Quality** | Must be rated investment grade (Baa3/BBB-/BBB- or above) using the middle rating of Moody's, S&P, and Fitch, respectively. |
| | ◆ When all three agencies rate an issue, a median or "two out of three" rating is used to determine index eligibility by dropping the highest and lowest rating. |
| | ◆ When a rating from only two agencies is available, the lower ("most conservative") of the two is used. |
| | ◆ When a rating from only one agency is available, that rating is used to determine index eligibility. |
| **Maturity** | At least 1 year until final maturity, regardless of optionality. For securities with coupons that converts from fixed to floating-rate, at least 1 year until the conversion date. |
| **Seniority of Debt** | Senior and subordinated issues are included. |
| **Coupon** | Fixed-rate. Step-up coupons and coupons that change according to a predetermined schedule are also included. |
| **Currency of Issue** | Denominated in USD |
| **Market of Issue** | SEC-registered, fully taxable issues. |
| **Security Types** | **Included:** ◆ Public Obligations of the U.S. Treasury ◆ Fixed-rate bullet, puttable, and callable ◆ Soft Bullets  **Excluded:** ◆ State and local government series (SLGs) bonds are excluded. ◆ STRIPS ◆ T-Bills ◆ Bellwethers ◆ TIPS (as of January 1, 1998) |

| Rebalancing Rules | |
|---|---|
| **Frequency** | The composition of the Returns Universe is rebalanced monthly at each month end and represents the set of bonds on which index returns are calculated. The Statistics Universe changes daily to reflect issues dropping out and entering the index, but is not used for return calculation. On the last business day of the month, the composition of the latest Statistics Universe becomes the Returns Universe for the following month. |
| **Index Changes** | During the month, indicative changes to securities (maturity, credit rating change, sector reclassification, amount outstanding) are reflected in both the Statistics and Returns Universe of the index on a daily basis. These changes may cause bonds to enter or fall out of the Statistics Universe of the index on a daily basis, but will affect the composition of the Returns Universe only at month-end when the index is rebalanced. |
| **Reinvestment of Cash Flows** | Interest and principal payments earned by the Returns Universe are held in the index without a reinvestment return until month-end when it is removed from the index. |
| **New Issues** | Qualifying securities issued, but not necessarily settled, on or before the month-end rebalancing date qualify for inclusion in the following month's Returns Universe. |

| Index History | |
|---|---|
| July 1, 2005 | Fitch ratings added to Moody's and S&P to determine index eligibility. |
| January 1, 2005 | Sector re-classification into Treasury, Government-Related, Corporate, and Securitized. |
| July 1, 2004 | Liquidity constraint raised to USD 250 million from USD 200 million. Discontinued the implied Aaa+ rating for U.S. Treasuries. |
| October 1, 2003 | Liquidity constraint raised to USD 200 million from USD 150 million. Started using the most conservative rating of Moody's and S&P to determine index eligibility instead of Moody's only for split-rated securities. Liquidity constraint raised to USD 150 million from USD 100 million. |
| July 1, 1999 | Removed U.S. TIPS from the index. |
| January 1, 1998 | Liquidity constraint raised to USD 100 million from USD 25 million. |
| January 1, 1990 | Liquidity constraint raised to USD 25 million from USD 1 million. |
| January 1, 1973 | Inception date of U.S. Treasury Index. |

# LEHMAN BROTHERS

# U.S. Agency Index

## Overview

The U.S. Agency Index includes native currency agency debentures from issuers such as Fannie Mae, Freddie Mac, and Federal Home Loan Bank. It is a subcomponent of both the Government-Related Index (which also includes non-native currency agency bonds, sovereigns, supranationals, and local authority debt) and the U.S. Government Index (which includes U.S. Treasury debt). The index includes both callable and non-callable agency securities that are publicly issued by U.S. government agencies, quasi-federal corporations, and corporate or foreign debt guaranteed by the U.S. government (such as USAID securities). The U.S. Agency Index is a component of the U.S. Aggregate Index, the U.S. Universal Index, and the Global Aggregate Index. Index returns are available back to January, 1973.

### Issuer Breakdown as of 12/31/2007



### Callable vs. Non-Callable as of 12/31/2007



### Access to the Index

**Index Client Website**
**www.lehmanlive.com**

**KEY FEATURES**
- Daily index returns and statistics
- Historical index time series downloadable into Excel
- Standardized market structure reports
- Fully customizable views
- Index primers and shelf reference documents
- Latest index and portfolio strategies research publications

**Bloomberg Index Page <LEHM> <12>**
**Key statistics and returns**
**<LUAA> <INDEX>**

**TICKERS**
- Total Return Index Value: LUAATRUU
- Since Inception Total Return: LUAASIUU
- Month to Date Excess Return: LUAAER
- Market Value: LUAAMVU
- Yield to Worst: LUAAYW
- Mod. Adj. Duration: LUAAMD
- Returns Mod. Adj. Duration: LUAARMD
- Average OAS: LUAAOAS
- Maturity: LUAAMAT

**POINT (Portfolio and Index Tool)**
**Long Name: US Agency**
**Short Name: agency**

**KEY FEATURES**
- Index level returns and statistics
- Historical index constituents
- Fully customizable market structure reports
- Index dynamics and turnover reports
- Portfolio upload/analysis
- Multi-factor Global Risk Model
- Portfolio performance attribution
- Automated batch processing

### Pricing and Related Issues

| | |
|---|---|
| **Source and Frequency** | All index-eligible bonds are priced on a daily basis. A subset of approximately 200 liquid Agency debentures are priced by Lehman Brothers traders on a daily basis, with the remaining bonds model priced using trader marks and updated curves. All bonds are trader priced at mid month and month end. |
| **Timing** | 3:00 pm (New York time) each day. If the last business day of the month is a public holiday in the U.S. market, prices from the previous business day are used. |
| **Bid or Offer Side** | Bonds in the index are priced on the bid side. |
| **Settlement Assumptions** | T+1 settlement basis for all bonds |
| **Verification** | Multi-contributor verification: The primary price for each security is analyzed and compared to other third-party pricing sources through both statistical routines and scrutiny by the research staff. Significant discrepancies are researched and corrected, as necessary. |

### Contacts

| New York | London | Tokyo | Hong Kong |
|---|---|---|---|
| index@lehman.com | londonindexgroup@lehman.com | tkindexhelp@lehman.com | hongkongasiaindex@lehman.com |
| +1-212-526-7400 | +44-207-102-2220 | +81-3-6440-1770 | +852-2252-6230 |

# U.S. Agency Index

Global Family of Indices

| Rules for Inclusion | |
|---|---|
| **Amount Outstanding** | USD 250 million minimum par amount outstanding. |
| **Quality** | Must be rated investment grade (Baa3/BBB-/BBB- or above) using the middle rating of Moody's, S&P, and Fitch, respectively. |
| | ◆ When all three agencies rate an issue, a median or "two out of three" rating is used to determine index eligibility by dropping the highest and lowest rating. |
| | ◆ When a rating from only two agencies is available, the lower ("most conservative") of the two is used. |
| | ◆ When a rating from only one agency is available, that rating is used to determine index eligibility. |
| **Maturity** | At least 1 year until final maturity, regardless of optionality. For securities with coupons that converts from fixed to floating-rate, at least 1 year until the conversion date. |
| **Seniority of Debt** | Senior and subordinated issues are included. |
| **Coupon** | Fixed-rate. Step-up coupons and coupons that change according to a predetermined schedule are also included. |
| **Currency of Issue** | Denominated in USD |
| **Market of Issue** | SEC-registered, fully taxable issues. SEC Rule 144A securities with Registration Rights are included; a security with both SEC Regulation S and SEC Rule 144A tranches is treated as one security. To prevent double-counting, we include the 144A tranche and exclude the Reg-S tranche; Issues with global market of issue are included. |
| **Security Types** | **Included:** |
| | ◆ Fixed-rate bullet, puttable and callable bonds issued by U.S. government agencies, quasi-federal corporations, and corporate or foreign debt guaranteed by the U.S. government |

**Security Types** — **Excluded:**

- ◆ Bonds with equity-type features (e.g., warrants, convertibility to equity)
- ◆ Floating-rate issues
- ◆ Resolution Trust Funding Corporation (REFCORP)
- ◆ Structured Notes

| Rebalancing Rules | |
|---|---|
| **Frequency** | The composition of the Returns Universe is rebalanced monthly at each month end and represents the set of bonds on which index returns are calculated. The Statistics Universe changes daily to reflect issues dropping out and entering the index, but is not used for return calculation. On the last business day of the month, the composition of the latest Statistics Universe becomes the Returns Universe for the following month. |
| **Index Changes** | During the month, indicative changes to securities (maturity, credit rating change, sector reclassification, amount outstanding) are reflected in both the Statistics and Returns Universe of the index on a daily basis. These changes may cause bonds to enter or fall out of the Statistics Universe of the index on a daily basis, but will affect the composition of the Returns Universe only at month-end when the index is rebalanced. |
| **Reinvestment of Cash Flows** | Interest and principal payments earned by the Returns Universe are held in the index without a reinvestment return until month-end when it is removed from the index. |
| **New Issues** | Qualifying securities issued, but not necessarily settled, on or before the month-end rebalancing date qualify for inclusion in the following month's Returns Universe. |

| Index History | |
|---|---|
| July 1, 2005 | Fitch ratings added to Moody's and S&P to determine index eligibility. |
| January 1, 2005 | Sector re-classification into Treasury, Government-Related, Corporate, and Securitized. |
| July 1, 2004 | Liquidity constraint raised to USD 250 million from USD 200 million. Resolution Trust Funding Corporation (REFCORP) issues were dropped from the index based on general lack of liquidity and stripped status. |
| October 1, 2003 | Liquidity constraint raised to USD 200 million from USD 150 million. Started using the most conservative rating of Moody's and S&P to determine index eligibility instead of Moody's only for split-rated securities. |
| July 1, 1999 | Liquidity constraint raised to USD 150 million from USD 100 million. |
| January 1, 1994 | Liquidity constraint raised to USD 100 million from USD 50 million. |
| January 1, 1992 | Liquidity constraint increased to USD 50 million from USD 25 million. |
| August 1, 1988 | Liquidity constraint raised to USD 25 million from USD 1 million. |
| January 1, 1976 | Inception date of U.S. Agency Index. |
| January 1, 1973 | Inception date of the U.S. Government Index. |

**LEHMAN BROTHERS**

# U.S. Government Index

## Overview

The U.S. Government Index is comprised of the U.S. Treasury and U.S. Agency Indices. The U.S. Government Index includes Treasuries (public obligations of the U.S. Treasury that have remaining maturities of more than one year) and U.S. agency debentures (publicly issued debt of U.S. Government agencies, quasi-federal corporations, and corporate or foreign debt guaranteed by the U.S. Government). The U.S. Government Index is a component of the U.S. Government/Credit Index and the U.S. Aggregate Index.

<table>
<tr><td colspan="2">**Sector Breakdown** as of 12/31/2007</td><td colspan="2">**Access to the Index**</td></tr>
</table>



**Sector Breakdown** as of 12/31/2007

U.S. Agency 30.3%
Treasury 69.7%

**Quality Breakdown** as of 12/31/2007

3 to 5 Year 20.6%
5 to 7 Year 10.1%
7 to 10 Year 16.5%
10 to 20 Year 12.0%
20+ Year 5.5%
1 to 3 Year 35.3%

**Access to the Index**

**Index Client Website**
www.lehmanlive.com

**KEY FEATURES**
- Daily index returns and statistics
- Historical index time series downloadable into Excel
- Standardized market structure reports
- Fully customizable views
- Index primers and shelf reference documents
- Latest index and portfolio strategies research publications

**Bloomberg Index Page <LEHM> <13>**
**Key statistics and returns <LUAG> <INDEX>**

**TICKERS**
- Total Return Index Value: LUAGTRUU
- Since Inception Total Return: LUAGSIUU
- Month to Date Excess Return: LUAGER
- Market Value: LUAGMVU
- Yield to Worst: LUAGYW
- Mod. Adj. Duration: LUAGMD
- Returns Mod. Adj. Duration: LUADRMD
- Average OAS: LUAGOAS
- Maturity: LUAGMAT

**POINT (Portfolio and Index Tool)**
**Long Name: US Government**
**Short Name: govt**

**KEY FEATURES**
- Index level returns and statistics
- Historical index constituents
- Fully customizable market structure reports
- Index dynamics and turnover reports
- Portfolio upload/analysis
- Multi-factor Global Risk Model
- Portfolio performance attribution
- Automated batch processing

## Pricing and Related Issues

**Source and Frequency**

All index-eligible bonds are priced on a daily basis, predominantly by Lehman Brothers traders. By sector, the source of security level pricing is as follows:

- Agency debentures: A subset of approximately 200 liquid Agency debentures are priced by Lehman Brothers traders on a daily basis, with the remaining bonds model priced using trader marks and updated curves. All bonds are trader priced at mid month and month end.
- Treasuries: Priced by Lehman Brothers traders on a daily basis.

**Pricing Quotes**

Bonds can be quoted in a variety of ways including nominal spreads over benchmark securities/treasuries, spreads over swap curves, or direct price quotes as a percentage of par. In most instances the quote type used is a spread measure that results in daily security price changes from the movement of the underlying curve (swap or treasury) and/or changes in the quoted spread.

**Timing**

3:00 pm (New York time) each day. If the last business day of the month is a public holiday in the U.S. market, prices from the previous business day are used.

**Bid or Offer Side**

Bonds in the index are priced on the bid side.

**Settlement Assumptions**

T+1 settlement basis for all bonds

**Verification**

Multi-contributor verification: The primary price for each security is analyzed and compared to other third-party pricing sources through both statistical routines and scrutiny by the research staff. Significant discrepancies are researched and corrected, as necessary.

## Contacts

| **New York** | **London** | **Tokyo** | **Hong Kong** |
|---|---|---|---|
| index@lehman.com | londonindexgroup@lehman.com | tkindexhelp@lehman.com | hongkongasiaindex@lehman.com |
| +1-212-526-7400 | +44-207-102-2220 | +81-3-6440-1770 | +852-2252-6230 |

# U.S. Government Index

Global Family of Indices

| Rules for Inclusion | |
| --- | --- |
| Amount Outstanding | USD 250 million minimum par amount outstanding. |
| Quality | Must be rated investment grade (Baa3/BBB-/BBB- or above) using the middle rating of Moody's, S&P, and Fitch, respectively.<br><br>◆ When all three agencies rate an issue, a median or "two out of three" rating is used to determine index eligibility by dropping the highest and lowest rating.<br>◆ When a rating from only two agencies is available, the lower ("most conservative") of the two is used.<br>◆ When a rating from only one agency is available, that rating is used to determine index eligibility. |
| Maturity | At least 1 year until final maturity, regardless of optionality. For securities with coupons that convert from fixed to floating-rate, at least 1 year until the conversion date. |
| Seniority of Debt | Senior and subordinated issues are included. |
| Coupon | Fixed-rate. Step-up coupons and coupons that change according to a predetermined schedule are also included. |
| Currency of Issue | Denominated in USD |
| Market of Issue | SEC-registered, fully taxable issues. For agency debentures, SEC Rule 144A securities with Registration Rights are included; a security with both SEC Regulation S and SEC Rule 144A tranches is treated as one security. To prevent double-counting, we include the 144A tranche and exclude the Reg-S tranche; Issues with global market of issue are included. |
| Security Types | **Included:**<br>◆ Fixed-rate bullet, puttable and callable bonds issued by the U.S. Treasury, U.S. government agencies, quasi-federal corporations, and corporate or foreign debt guaranteed by the U.S. Government.<br><br>**Excluded:**<br>◆ Bonds with equity-type features (e.g., warrants, convertibility to equity)<br>◆ Floating-rate issues<br>◆ State and local government series (SLGs) bonds<br>◆ Resolution Trust Funding Corporation (REFCORP)<br>◆ STRIPS, TIPS, T-Bills, and Bellwethers |

| Rebalancing Rules | |
| --- | --- |
| Frequency | The composition of the Returns Universe is rebalanced monthly at each month end and represents the set of bonds on which index returns are calculated. The Statistics Universe changes daily to reflect issues dropping out and entering the index, but is not used for return calculation. On the last business day of the month, the composition of the latest Statistics Universe becomes the Returns Universe for the following month. |
| Index Changes | During the month, indicative changes to securities (maturity, credit rating change, sector reclassification, amount outstanding) are reflected in both the Statistics and Returns Universe of the index on a daily basis. These changes may cause bonds to enter or fall out of the Statistics Universe of the index on a daily basis, but will affect the composition of the Returns Universe only at month-end when the index is rebalanced. |
| Reinvestment of Cash Flows | Interest and principal payments earned by the Returns Universe are held in the index without a reinvestment return until month-end when it is removed from the index. |
| New Issues | Qualifying securities issued, but not necessarily settled, on or before the month-end rebalancing date qualify for inclusion in the following month's Returns Universe. |

| Index History | |
| --- | --- |
| July 1, 2005 | Fitch ratings added to Moody's and S&P to determine index eligibility. |
| January 1, 2005 | Sector re-classification into Treasury, Government-Related, Corporate, and Securitized. |
| October 1, 2003 | Started using the most conservative rating of Moody's and S&P to determine index eligibility instead of Moody's only for split-rated securities. |
| July 1, 2000 | Absorbed all Yankee Corporates into their respective industry and sector classification. |
| January 1, 1998 | Removed U.S. TIPS from the U.S. Treasury Index. |
| August 1, 1988 | Inception date of U.S. Treasury Index as a subset of the U.S. Government Index |
| January 1, 1979 | U.S. Government/Credit Index introduced. |
| January 1, 1976 | Inception date of the U.S. Agency Index. |
| January 1, 1973 | Inception date of U.S. Government Index. Inception date of the U.S. Treasury Index. |

## LEHMAN BROTHERS

# U.S. MBS Index

## Overview

The U.S. Mortgage Backed Securities (MBS) Index covers agency mortgage-backed passthrough securities (both fixed-rate and hybrid ARM) issued by Ginnie Mae (GNMA), Fannie Mae (FNMA), and Freddie Mac (FHLMC). Introduced in 1986, the GNMA, FHLMC, and FNMA fixed-rate indices for 30- and 15-year securities were backdated to January 1976, May 1977, and November 1982, respectively. Balloon securities were added in 1992 and removed on January 1, 2008. 20-year securities were added in July 2000. On April 1, 2007, agency hybrid adjustable-rate mortgage (ARM) passthrough securities were added to the U.S. MBS Index. Hybrid ARMs are eligible until 1 year prior to their floating coupon date



| Index Composition as of 12/31/2007 | Access to the Index |
|---|---|

**LehmanLive Website**
**www.lehmanlive.com**

**KEY FEATURES**
- Daily index returns and statistics
- Historical index time series downloadable into Excel
- Standardized market structure reports
- Fully customizable views
- Index primers and shelf reference documents
- Latest index and portfolio strategies research publications

Fixed-Rate MBS 90.7%
Hybrid ARM 9.3%

**Bloomberg Index Page <LEHM> <14>**
**Key statistics and returns**
**<LUMS> <INDEX>**

**TICKERS**
- Total Return Index Value: LUMSTRUU
- Since Inception Total Return: LUMSSIUU
- Month to Date Excess Return: LUMSER
- Market Value: LUMSMVU
- Yield to Worst: LUMSYW
- Mod. Adj. Duration: LUMSMD
- Returns Mod. Adj. Duration: LUMSRMD
- Average OAS: LUMSOAS
- Maturity: LUMSMAT

**Sector Breakdown as of 12/31/2007**

Conv. 15 Year 13.9%
GNMA 15 Year 0.3%
Conv. 20 Year 3.2%
GNMA 30 Year 8.9%
Hybrid ARMs 9.3%
Conv. 30 Year 64.4%

**POINT (Portfolio and Index Tool)**
**Long Name: US MBS**
**Short Name: mbs**

**KEY FEATURES**
- Index level returns and statistics
- Historical index constituents
- Fully customizable market structure reports
- Index dynamics and turnover reports
- Portfolio upload/analysis
- Multi-factor Global Risk Model
- Portfolio performance attribution
- Automated batch processing

## Pricing and Related Issues

| | |
|---|---|
| **Sources & Frequency** | MBS bonds are priced by traders on a daily basis, with generic prices derived from these marks. The fixed-rate aggregates included in the index are priced daily using a matrix pricing routine based on trader TBA price quotations by agency, program, coupon, and WALA. Hybrid ARM bonds are OAS priced on a weekly, mid-month and month-end basis by traders, with daily subaggregate prices (narrower subsets of the hybrid aggregates used to determine index eligibility) derived from these spread levels and market movements. *For details on Hybrid ARM subaggregates, please see the U.S. Hybrid ARM Index factsheet.* |
| **Timing** | 3:00 pm (New York time) each day. If the last business day of the month is a public holiday in the U.S. market, prices from the previous business day are used. |
| **Bid or Offer Side** | Bonds in the index are priced on the bid side. |
| **Settlement Assumptions** | MBS passthroughs (both fixed-rate and Hybrid ARMs) are priced for Public Securities Association (PSA) settlement in the following month and discounted back to same-day settlement at the mortgage repurchase rate. |
| **Verification** | The primary price for each security is analyzed through both statistical routines and scrutiny by the research staff. Significant discrepancies are researched and corrected, as necessary. On occasion, index users may also challenge price levels, which are then reviewed by the pricing team. Prices are then updated as needed using input from the trading desk. |

## Contacts

| New York | London | Tokyo | Hong Kong |
|---|---|---|---|
| index@lehman.com | londonindexgroup@lehman.com | tkindexhelp@lehman.com | hongkongasiaindex@lehman.com |
| +1-212-526-7400 | +44-207-102-2220 | +81-3-6440-1770 | +852-2252-6230 |

# U.S. MBS Index

Global Family of Indices

## Rules for Inclusion

| | |
|---|---|
| **Amount Outstanding** | Pool aggregates must have at least USD 250 million current outstanding. Fixed-rate pool aggregates are comprised of individual TBA deliverable MBS pools mapped on the basis of agency, program, coupon, and origination year of the pool. Hybrid ARM Subaggregates that are used to price the index have no minimum liquidity, but must be part of an aggregate that is larger than USD 250 million. |
| **Maturity** | Pool aggregates must have a weighted average maturity of at least 1 year. Hybrid ARM Pools/Aggregates must have at least 12 months remaining in the security's fixed-rate term prior to its conversion to a floating rate coupon. |
| **Coupon** | Fixed-rate in half percent increments; Hybrid ARMs in quarter coupon buckets. Hybrid ARM pools are index-eligible only when the pool pays a fixed-rate coupon. Hybrid ARM pools within a subaggregate can range between plus or minus 0.125% from each quarter coupon increment. Fixed-rate quarter coupons were dropped on January 1, 1999. |
| **Currency** | Denominated in USD. |
| **Market of Issue** | SEC-registered, fully taxable issues. |
| **Security Types** | **Included:** <br>◆ Agency MBS: GNMA, FHLMC, FNMA <br>◆ 30-year, 15-year, 20-year <br>◆ 3/1, 5/1, 7/1, and 10/1 Hybrid ARMS <br>  *(as of April 1, 2007)* <br><br>**Excluded:** <br>◆ Non-agency (whole loan) collateral and jumbos <br>◆ TBAs <br>◆ Collateralized mortgage obligations (CMOs) <br>◆ Floating ARMs <br>◆ GPMs, Buydowns, graduated-equity, and project loans <br>◆ Manufactured home mortgages <br>◆ Prepayment penalty collateral <br>◆ 10-year securities <br>◆ Balloons |
| **Paydowns** | Paydown estimates are made on the first business day of the month using the previous month's factor. This estimate and actual paydowns are updated on the 16th business days of the month. |

## Rebalancing

| | |
|---|---|
| **Frequency** | The composition of the Returns Universe is rebalanced monthly at each month end and represents the set of bonds on which index returns are calculated. The Statistics Universe changes daily to reflect issues dropping out and entering the index, but is not used for return calculation. On the last business day of the month, the composition of the latest Statistics Universe becomes the Returns Universe for the following month. |
| **Index Changes** | During the month, indicative changes to securities (e.g. amount outstanding) are reflected in both the Statistics and Returns Universe of the index on a daily basis. These changes may cause bonds to enter or fall out of the Statistics Universe of the index on a daily basis, but will affect the composition of the Returns Universe only at month-end when the index is rebalanced. During the month, the MBS pool aggregates may see changes in amount outstanding due to paydowns and new production among their underlying pools. However, beginning of the month weights are used to aggregate performance from the MBS generic level. |
| **Reinvestment of Cash flows** | Interest and principal payments/paydowns earned by the Returns Universe are held in the index without a reinvestment return until month-end when it is removed from the index. |
| **New Issues** | Qualifying securities issued, but not necessarily settled, on or before the month-end rebalancing date qualify for inclusion in the following month's Returns Universe. |

## Index History

| | |
|---|---|
| January 1, 2008 | MBS balloon issues removed from the index. |
| April 1, 2007 | Agency Hybrid Adjustable Rate Mortgage (ARM) securities added to the index. |
| July 1, 2004 | Discontinued using the implied Aaa+ rating. issues are now rated Aaa at the security level in average quality calculations. |
| July 1, 2000 | 20-year securities added. |
| January 1, 1999 | Quarter coupons securities and adjustable-rate mortgages (ARMs) dropped. |
| January 1, 1995 | Graduated-payment mortgages (GPMs) dropped for lack of liquidity. |
| January 1, 1992 | MBS balloon issues added to the index. Manufactured homes dropped for lack of liquidity. |
| January 1, 1986 | Launch of the U.S. MBS Index with performance history backfilled to January 1, 1976. |
| November 1, 1982 | FNMA 30- and 15-year MBS included in index history. |
| May 1, 1977 | FHLMC 30- and 15-year MBS included in index history. |
| January 1, 1976 | Inception date of U.S. MBS Index with the inclusion of GNMA 30- and 15-year MBS. |

# LEHMAN BROTHERS

# U.S. Hybrid ARM Index

## Overview

The U.S. Hybrid Adjustable Rate Mortgage (ARM) Index covers agency passthrough securities that pay a fixed interest rate for a period of time (usually, 3, 5, 7, or 10 years) before switching to a floating coupon rate, thereby combining the features of both fixed and adjustable rate mortgages. Hybrid ARM securities are index eligible for their fixed rate term and are removed from the index, 1 year prior to their floating coupon date. As of April 1, 2007, the index became a subset of both the U.S. MBS and U.S. Aggregate Indices in its entirety, but not a part of the Global Aggregate Index.  The index was launched August 1, 2005.



**Agency Breakdown** as of 12/31/2007

Fannie Mae 50.3%
Ginnie Mae 0.3%
Freddie Mac 49.4%

**Program Breakdown** as of 12/31/2007

10/1 10.6%
3/1 2.3%
7/1 21.4%
5/1 65.7%

### Access to the Index

**LehmanLive Website**
**www.lehmanlive.com**

**KEY FEATURES**
- Daily index returns and statistics
- Historical index time series downloadable into Excel
- Standardized market structure reports
- Fully customizable views
- Index primers and shelf reference documents
- Latest index and portfolio strategies research publications

**Bloomberg Index Page <LEHM> <18>**
**Key statistics and returns**
**<LD11> <INDEX>**

**TICKERS**
- Total Return Index Value: LD11TRUU
- Since Inception Total Return: LD11SIUU
- Month to Date Excess Return: LD11ER
- Market Value (USD): LD11MVU
- Yield to Worst: LD11YW
- Mod. Adj. Duration: LD11MD
- Returns Mod. Adj. Duration: LD11RMD
- Average OAS: LD11OAS
- Maturity: LD11MAT

**POINT (Portfolio and Index Tool)**
**Long Name: US Hybrid ARMs**

**KEY FEATURES**
- Index level returns and statistics
- Historical index constituents
- Fully customizable market structure reports
- Index dynamics and turnover reports
- Portfolio upload/analysis
- Multi-factor Global Risk Model
- Portfolio performance attribution

### Rules for Inclusion

| | |
|---|---|
| **Agency Affiliation** | Securities must be issued by Fannie Mae (FNMA), Freddie Mac (FHLMC), or Ginnie (Mae) |
| **Program** | 3/1 (Fixed-rate for 3 years at time of issuance, floating-rate reset annually or semi-annually thereafter), 5/1, 7/1, 10/1 |
| **Amount Outstanding** | Hybrid ARM Aggregates based on agency, program, coupon, and origination year must have at least USD 250 million current outstanding. Subaggregates that are used to price the index have no minimum liquidity, but must be part of an aggregate that is larger than USD 250 million. |
| **Maturity** | Pools/Aggregates must have at least 12 months remaining in the security's fixed-rate term prior to its conversion to a floating rate coupon. |
| **Coupon** | Index eligible only when the pool pays a fixed-rate coupon. Index includes hybrid ARM pools grouped in quarter percent increments; pools within a subaggregate can range between plus or minus 0.125% from each quarter coupon increment. |
| **Currency** | Denominated in USD |
| **Market of Issue** | SEC-registered, fully taxable issues. |
| **Paydowns** | Paydown estimates are made on the first business day of the month using the previous month's factor. This estimate and actual paydowns are updated on the 16th business days of the month. |

### Contacts

| **New York** | **London** | **Tokyo** | **Hong Kong** |
|---|---|---|---|
| index@lehman.com | londonindexgroup@lehman.com | tkindexhelp@lehman.com | hongkongasiaindex@lehman.com |
| +1-212-526-7400 | +44-207-102-2220 | +81-3-6440-1770 | +852-2252-6230 |

# U.S. Hybrid ARM Index

Global Family of Indices

## Pricing and Related Issues

| | |
|---|---|
| **Sources & Frequency** | Hybrid ARM bonds are OAS priced on a weekly basis, mid-month and month-end by traders, with daily subaggregate prices derived from these spread levels and daily curve and volatility movements. |
| **Settlement Assumptions** | The Hybrid ARM Index is priced for Public Securities Association (PSA) settlement in the following month and discounted back to same-day settlement at the mortgage repurchase rate. Hence, paydown returns are realized on the first day of the month. |
| **Timing** | 3:00 pm (New York time) each day. If the last business day of the month is a public holiday in the U.S. market, prices from the previous business day are used. |
| **Bid or Offer Side** | Bonds in the index are priced on the bid side. |

## Hybrid ARM Subaggregates

| | |
|---|---|
| **Overview** | Hybrid ARM subaggregates are groups of pools with similar characteristics that are used to price the index. Subaggregates further segregate index aggregates (which are already defined by agency, program, coupon, and origination year) by a pool's reference rate index for the floating rate leg, floating rate coupon cap structure, and whether a security is an interest only or level pay security. Subaggregates are assigned 8-character identifiers known as "generic CUSIPS" that are the index constituents and reflect all of these features. Derivation of the 8-character subaggregate generic is outlined below |
| **Agency** | First character of the subaggregate identifies which agency has issued the hybrid ARM |
| | ♦ F for Fannie Mae, H for Freddie Mac, G for Ginnie Mae |
| **Program** | Second character of the subaggregate identifies the hybrid ARM program (length of fixed rate-term) |
| | ♦ 3 for 3/1, 5 for 5/1, 7 for 7/1, A for 10/1 |
| **Rate Index/Floating Coupon Cap Structure** | Third Character of the subaggregate identifies what reference rate is used when the security switches to a floating-rate coupon and what caps exist on how much the floating coupon is allowed to fluctuate at various reset dates during the floating rate term. Floating coupon cap structures are defined by the maximum amount a coupon can fluctuate at the first reset date, periodic reset dates, and for the life of the security. For example, a 225, has a 2% initial cap, 2% periodic cap, and 5% lifetime cap. This value is defined by the following matrix: |

|  | | | Interest Rate Caps | | |
|---|---|---|---|---|---|
| **Rate Index** | **225** | **525** | **226** | **526** | **115** |
| 1-year LIBOR | A | B | E | F | M |
| 1-year CMT | C | D | G | H | N |
| 6-month LIBOR | I | J | K | L | O |

| | |
|---|---|
| **Interest Only/Level Pay** | Fourth character of the subaggregate identifies whether the security is an interest only or level pay security |
| | ♦ O for IO, N for Level Pay |
| **Coupon** | Fifth and Six characters identify the subaggregate's coupon in quarter percent increments. The maximum pool coupon variation within an aggregate will be +/- 0.125% around the aggregate's coupon. The weighted average coupon of each subaggregate will fall within this range, but may fluctuate based on which specific pools are mapped to the aggregate. For example, 42 would represent a 4.25% coupon subaggregate |
| **Origination Year** | Seventh and Eighth characters of the subaggregate represent the origination year based on the weighted average origination year of the underlying loans. |
| **Sample Derivation** | **F3AO4203** would represent pools with the following characteristics: Fannie Mae (**F**3AO4203), 3/1 (F**3**AO4203), Floating rate referenced to 1-year LIBOR (F3**A**O4203), Cap on the amount the Floating Rate coupon can move of 2% at initial reset, 2% each reset thereafter, and 5% for the life of the security (F3**A**O4203), IO (F3A**O**4203), 4.25% coupon (F3AO**42**03), 2003 origination year (F3AO42**03**) |

## Rebalancing

| | |
|---|---|
| **Frequency** | The composition of the Returns Universe is rebalanced monthly at each month end and represents the set of bonds on which index returns are calculated. The Statistics Universe changes daily to reflect issues dropping out and entering the index, but is not used for return calculation. On the last business day of the month, the composition of the latest Statistics Universe becomes the Returns Universe for the following month. |
| **Index Changes** | During the month, indicative changes to securities (e.g. amount outstanding) are reflected in both the Statistics and Returns Universe of the index on a daily basis. These changes may cause bonds to enter or fall out of the Statistics Universe of the index on a daily basis, but will affect the composition of the Returns Universe only at month-end when the index is rebalanced. During the month, the MBS pool aggregates may see changes in amount outstanding due to paydowns, new production, or remapping among their underlying pools. However, beginning of the month weights are used to aggregate performance from the MBS generic level. |
| **Reinvestment of Cash flows** | Interest and principal payments/paydowns earned by the Returns Universe are held in the index without a reinvestment return until month-end when it is removed from the index. |

# LEHMAN BROTHERS

# U.S. Fixed-Rate Asset-Backed Securities Index

## Overview

The U.S. Fixed-Rate Asset-Backed Securities (ABS) Index covers fixed-rate ABS with the following collateral types: credit cards, autos, home equity loans and stranded-cost utility (rate reduction bonds). To be included in the index, an issue must have a fixed-rate coupon structure, have an average life greater than or equal to one year, and be part of a public offering. Manufactured housing asset-backed securities were removed from the U.S. ABS Index on January 1, 2008. The index was introduced in January 1992 when it was also added to the U.S. Aggregate Bond Index in its entirety.



| **Sector Breakdown** as of 12/31/2007 | **Access to the Index** | |
|---|---|---|
| Utility 13.7% | **LehmanLive Website** **www.lehmanlive.com** | **KEY FEATURES** ◆ Daily index returns and statistics ◆ Historical index time series downloadable into Excel ◆ Standardized market structure reports ◆ Fully customizable views ◆ Index primers and shelf reference documents ◆ Latest index and portfolio strategies research publications |
| Home Equity 22.2% Credit Card 42.0% Auto 22.1% | **Bloomberg Index Page <LEHM> <14>** **Key statistics and returns** **<LUAB> <INDEX>** | **TICKERS** ◆ Total Return Index Value: LUABTRUU ◆ Since Inception Total Return: LUABSIUU ◆ Month to Date Excess Return: LUABER ◆ Market Value: LUABMVU ◆ Yield to Worst: LUABYW ◆ Mod. Adj. Duration: LUABMD ◆ Returns Mod. Adj. Duration: LUABRMD ◆ Average OAS: LUABOAS ◆ Maturity: LUABMAT |
| **Quality Breakdown** as of 12/31/2007 Baa 2.5% A 3.2% Aa 1.2% Aaa 93.1% | **POINT (Portfolio and Index Tool)** **Long Name: US ABS** **Short Name: abs** | **KEY FEATURES** ◆ Index level returns and statistics ◆ Historical index constituents ◆ Fully customizable market structure reports ◆ Index dynamics and turnover reports ◆ Portfolio upload/analysis ◆ Multi-factor Global Risk Model ◆ Portfolio performance attribution ◆ Automated batch processing |

## Pricing and Related Issues

| **Sources & Frequency** | ABS spreads are updated weekly for autos/credit cards/utilities and monthly or semi-monthly for home equity to generate daily prices. Spreads levels are used with daily swaps and treasury curves to generate a dollar price for the securities. |
|---|---|
| **Pricing Quotes** | Bonds are quoted as a spread over the swaps curve. Daily security price changes are the result of movement of the underlying swap and treasury curves and/or changes in the quoted spread. |
| **Timing** | 3:00 pm (New York time) each day. If the last business day of the month is a public holiday in the U.S. market, prices from the previous business day are used. |
| **Bid or Offer Side** | Bonds in the index are priced on the bid side. The initial price for new issues entering the index is the offer side; after that, the bid side price is used. |
| **Settlement Assumptions** | T+1 settlement basis. |
| **Verification** | Multi-contributor verification: The primary price for each security is analyzed and compared to other third-party pricing sources through both statistical routines and scrutiny by the research staff. Significant discrepancies are researched and corrected, as necessary. On occasion, index users may also challenge price levels, which are then reviewed by the pricing team. Prices are then updated as needed using input from the trading desk. |

## Contacts

| **New York** | **London** | **Tokyo** | **Hong Kong** |
|---|---|---|---|
| index@lehman.com +1-212-526-7400 | londonindexgroup@lehman.com +44-207-102-2220 | tkindexhelp@lehman.com +81-3-6440-1770 | hongkongasiaindex@lehman.com +852-2252-6230 |

# U.S. Fixed-Rate Asset-Backed Securities Index

Global Family of Indices

| Rules for Inclusion | |
|---|---|
| **Amount Outstanding** | USD 500 million minimum deal size and USD 25 million tranche size for specific ABS issuers where Lehman Brothers can accurately price the securities. |
| **Eligible Issuers** | Must be from ABS issuers where Lehman Brothers can accurately price the securities. The list of index-eligible issuers is available on www.lehmanlive.com. |
| **Quality** | Must be rated investment grade (Baa3/BBB-/BBB- or above) using the middle rating of Moody's, S&P, and Fitch, respectively. |
| | ◆ When all three agencies rate an issue, a median or "two out of three" rating is used to determine index eligibility by dropping the highest and lowest rating. |
| | ◆ When a rating from only two agencies is available, the lower ("most conservative") of the two is used. |
| | ◆ When a rating from only one agency is available, that rating is used to determine index eligibility. |
| **Maturity** | Must have a remaining average life of at least 1 year. |
| **Seniority of Debt** | Includes only the senior class of each ABS issue and the ERISA-eligible B and C tranche. |
| **Coupon** | Fixed-rate only. |
| **Currency** | Denominated in USD. |
| **Market of Issue** | SEC-registered, fully taxable issues. SEC Rule 144A securities with Registration Rights are included; a security with both SEC Regulation S and SEC Rule 144A tranches is treated as one security. To prevent double-counting, we include the 144A tranche and exclude the Reg-S tranche; Issues with global market of issue are included. |
| **Security Types** | **Included:** |
| | ◆ Credit and charge card, auto, home equity loan and stranded-cost utility collateral types only |
| | ◆ Passthroughs |
| | ◆ Controlled amortization structures |
| | **Excluded:** |
| | ◆ Floating-rate issues |
| | ◆ Commercial mortgage-backed securities |
| | ◆ Other collateral types: manufactured housing, student loans, floor plans, whole loans, etc. |

| Rebalancing | |
|---|---|
| **Frequency** | The composition of the Returns Universe is rebalanced monthly at each month end and represents the set of bonds on which index returns are calculated. The Statistics Universe changes daily to reflect issues dropping out and entering the index, but is not used for return calculation. On the last business day of the month, the composition of the latest Statistics Universe becomes the Returns Universe for the following month. |
| **Index Changes** | During the month, indicative changes to securities (maturity, credit rating change, amount outstanding) are reflected in both the Statistics and Returns Universe of the index on a daily basis. These changes may cause bonds to enter or fall out of the Statistics Universe of the index on a daily basis, but will affect the composition of the Returns Universe only at month-end when the index is rebalanced. |
| **Reinvestment of Cash flows** | Interest and principal payments earned by the Returns Universe are held in the index without a reinvestment return until month-end when it is removed from the index. |
| **New Issues** | Qualifying securities issued, but not necessarily settled, on or before the month-end rebalancing date qualify for inclusion in the following month's Returns Universe. Timing of index inclusion is also dependent on the availability of deal cash flow data which is either modeled by Lehman Brothers or made available by third party vendors. |

| Index History | |
|---|---|
| January 1, 2008 | Manufactured housing securities removed from the index. |
| July 1, 2005 | Fitch ratings added to Moody's and S&P to determine index eligibility. |
| October 1, 2003 | Started using the most conservative rating of Moody's and S&P to determine index eligibility instead of Moody's only for split-rated securities. |
| July 1, 2000 | Liquidity constraint raised to USD 500 million for deal size and USD 25 million for tranches. |
| January 1, 1999 | Manufactured housing securities added. |
| January 1, 1997 | Stranded cost utilities added to the index. |
| January 1, 1992 | Inception of the U.S. ABS Index. |

# LEHMAN BROTHERS

# U.S. Floating-Rate Asset-Backed Securities Index

## Overview

The U.S. Floating-Rate Asset-Backed Securities (ABS) Index covers floating-rate ABS with the following collateral types: home equity, credit card, auto (retail and wholesale loans), and student loans. To be included in the index, an issue must have a floating-rate coupon structure, have an average life greater than or equal to one year, and be ERISA-eligible. The index was introduced in May 2005 with history available from January 2005.



### Sector Breakdown as of 12/31/2007

- Credit Card 40.0%
- Student Loan 17.9%
- Auto 5.7%
- Home Equity 36.4%

### Quality Breakdown as of 12/31/2007

- Baa 1.4%
- A 1.2%
- Aa 8.8%
- Aaa 88.6%

### Access to the Index

**LehmanLive Website**
**www.lehmanlive.com**

**KEY FEATURES**
- Daily index returns and statistics
- Historical index time series downloadable into Excel
- Standardized market structure reports
- Fully customizable views
- Index primers and shelf reference documents
- Latest index and portfolio strategies research publications

**Bloomberg Index Page <LEHM> <18>**
**Key statistics and returns <LD09> <INDEX>**

**TICKERS**
- Total Return Index Value: LD09TRUU
- Since Inception Total Return: LD09SIUU
- Month to Date Excess Return: LD09ER
- Market Value: LD09MVU
- Yield to Worst: LD09YW
- Mod. Adj. Duration: LD09MD
- Returns Mod. Adj. Duration: LD09RMD
- Average OAS: LD09OAS
- Maturity: LD09MAT

**POINT (Portfolio and Index Tool)**
**Long Name: US ABS Floating Rate Index**
**Short Name: absflt**

**KEY FEATURES**
- Index level returns and statistics
- Historical index constituents
- Fully customizable market structure reports
- Index dynamics and turnover reports
- Portfolio upload/analysis
- Multi-factor Global Risk Model
- Portfolio performance attribution
- Automated batch processing

## Pricing and Related Issues



| | |
|---|---|
| **Sources & Frequency** | ABS spreads are marked weekly to generate daily prices. Spreads levels are used with daily swaps and treasury curves to generate a dollar price for the securities. |
| **Pricing Quotes** | Bonds are quoted as a spread over the swaps curve. Daily security price changes are the result of movements of the underlying swap and treasury curves and/or changes in the quoted spread. |
| **Timing** | 3:00 pm (New York time) each day. If the last business day of the month is a public holiday in the U.S. market, prices from the previous business day are used. |
| **Bid or Offer Side** | Bonds in the index are priced on the bid side. The initial price for new issues entering the index is the offer side; after that, the bid side price is used. |
| **Settlement Assumptions** | T+1 settlement basis. |
| **Verification** | Multi-contributor verification: The primary price for each security is analyzed and compared to other third-party pricing sources through both statistical routines and scrutiny by the research staff. Significant discrepancies are researched and corrected, as necessary. On occasion, index users may also challenge price levels, which are then reviewed by the pricing team. Prices are then updated as needed using input from the trading desk. |

## Contacts

| **New York** | **London** | **Tokyo** | **Hong Kong** |
|---|---|---|---|
| index@lehman.com | londonindexgroup@lehman.com | tkindexhelp@lehman.com | hongkongasiaindex@lehman.com |
| +1-212-526-7400 | +44-207-102-2220 | +81-3-6440-1770 | +852-2252-6230 |

# U.S. Floating-Rate Asset-Backed Securities Index

Global Family of Indices

| Rules for Inclusion | |
|---|---|
| **Amount Outstanding** | USD 500 million minimum deal size and USD 25 million tranche size for specific ABS issuers where Lehman Brothers can accurately price the securities. The list of index-eligible issuers is available on www.lehmanlive.com. |
| **Eligible Issuers** | Must be from ABS issuers where Lehman Brothers can accurately price the securities. The list of index-eligible issuers is available on www.lehmanlive.com. Any changes to the inclusion list will be disseminated via public press release at least three months in advance of implementation. |
| **Quality** | Credit card, auto loan, and student loans must be rated investment grade (Baa3/BBB-/BBB- or above) using the middle rating of Moody's, S&P, and Fitch, respectively. Home equity loans must be rated Aa3 or higher (with a rating from Moody's required). <ul><li>When all three agencies rate an issue, a median or "two out of three" rating is used to determine index eligibility by dropping the highest and lowest rating.</li><li>When a rating from only two agencies is available, the lower ("most conservative") of the two is used.</li><li>When a rating from only one agency is available, that rating is used to determine index eligibility.</li></ul> |
| **Maturity** | Must have a remaining average life of at least 1 year. |
| **Seniority of Debt** | Includes only ERISA-eligible tranches. |
| **Coupon** | Floating-rate only. |
| **Currency** | Denominated in USD |
| **Market of Issue** | Securities must be ERISA-eligible (no 144A or private securities) |
| **Security Types** | **Included:** <ul><li>Credit and charge card, auto, home equity loan, and student loans only</li><li>Passthroughs</li><li>Controlled amortization structures</li></ul> **Excluded:** <ul><li>Fixed-rate issues</li><li>Commercial mortgage-backed securities</li><li>Other collateral types: stranded cost utility, manufactured housing, floor plans, whole loans, etc.</li><li>Interest-only (IO) securities, and net interest margin (NIM) loans</li><li>HEL second-lien-only and high-LTV transactions</li></ul> |

| Rebalancing | |
|---|---|
| **Frequency** | The composition of the Returns Universe is rebalanced monthly at each month end and represents the set of bonds on which index returns are calculated. The Statistics Universe changes daily to reflect issues dropping out and entering the index, but is not used for return calculation. On the last business day of the month, the composition of the latest Statistics Universe becomes the Returns Universe for the following month. |
| **Index Changes** | During the month, indicative changes to securities (maturity, credit rating change, amount outstanding) are reflected in both the Statistics and Returns Universe of the index on a daily basis. These changes may cause bonds to enter or fall out of the Statistics Universe of the index on a daily basis, but will affect the composition of the Returns Universe only at month-end when the index is rebalanced. |
| **Reinvestment of Cash flows** | Interest and principal payments earned by the Returns Universe are held in the index without a reinvestment return until month-end when it is removed from the index. |
| **New Issues** | Qualifying securities issued, but not necessarily settled, on or before the month-end rebalancing date qualify for inclusion in the following month's Returns Universe. Timing of index inclusion is also dependent on the availability of deal cash flow data which is either modeled by Lehman Brothers or made available by third party vendors. |

| Index History | |
|---|---|
| July 1, 2005 | Fitch ratings added to Moody's and S&P to determine index eligibility. |
| January 1, 2005 | Inception of the U.S. Floating-Rate ABS Index. |

# LEHMAN BROTHERS

# U.S. Commercial Mortgage-Backed Securities Indices

## Overview

The Commercial Mortgage-Backed Securities (CMBS) Index family consists of four components: CMBS Investment-Grade Index, CMBS High-Yield Index, CMBS Interest-Only Index, and Commercial Conduit Whole Loan Index (all bond classes and interest-only classes). The CMBS Investment-Grade Index is further subdivided into two components: The U.S. Aggregate-eligible component that contains bonds that are ERISA eligible under the underwriter's exemption and the non-U.S. Aggregate-eligible component that consists of bonds that are not ERISA eligible. The CMBS Indices were launched on January 1, 1997.

| Quality Breakdown as of 12/31/2007 | Access to the Index | |
|---|---|---|



### U.S. Investment-Grade CMBS Index

Aaa 90.7%
Aa 3.5%
A 2.8%
Bb 3.0%

### U.S. High-Yield CMBS Index

B 27.9%
Caa 2.4%
Ca-NR 14.9%
Ba 54.8%

**LehmanLive Website**
**www.lehmanlive.com**

**KEY FEATURES**
- Daily index returns and statistics
- Historical index time series downloadable into Excel
- Standardized market structure reports
- Fully customizable views
- Index primers and shelf reference documents
- Latest index and portfolio strategies research publications

**Bloomberg Index Page <LEHM> <18> <6>**
**Key statistics and returns**
**<LUCM> <INDEX>**
*(for U.S. Aggregate-eligible CMBS)*

**TICKERS**
- Total Return Index Value: LUCMTRUU
- Since Inception Total Return: LUCMSIUU
- Month to Date Excess Return: LUCMER
- Market Value: LUCMMVU
- Yield to Worst: LUCMYW
- Mod. Adj. Duration: LUCMMD
- Returns Mod. Adj. Duration: LUCMRMD
- Average OAS: LUCMOAS
- Maturity: LUCMMAT

**POINT (Portfolio and Index Tool)**
**Long Names:  US CMBS**
**US CMBS Erisa**
**US CMBS HY**
**Short Names:  cmbs**
**aggcmbs**
**cmbshy**

**KEY FEATURES**
- Index level returns and statistics
- Historical index constituents
- Fully customizable market structure reports
- Index dynamics and turnover reports
- Portfolio upload/analysis
- Multi-factor Global Risk Model
- Portfolio performance attribution
- Automated batch processing

| Pricing and Related Issues | |
|---|---|
| **Sources & Frequency** | CMBS spreads are updated as needed, as often as daily, by Lehman Brothers traders and used with daily swaps and treasury curves to generate a dollar price for the securities. |
| **Pricing Quotes** | Bonds are priced as a spread over the swap curve. Daily security price changes result from movement of the underlying swap and treasury curves and/or changes in the quoted spread. |
| **Timing** | 3:00 pm (New York time) each day. If the last business day of the month is a public holiday in the U.S. market, prices from the previous business day are used. |
| **Bid or Offer Side** | Bonds in the index are priced on the bid side. The initial price for new issues entering the index is the offer side; after that, the bid side price is used. |
| **Settlement Assumptions** | T+1 settlement basis. |
| **Verification** | Multi-contributor verification: The primary price for each security is analyzed and compared to other third-party pricing sources through both statistical routines and scrutiny by the research staff. Significant discrepancies are researched and corrected, as necessary. On occasion, index users may also challenge price levels, which are then reviewed by the pricing team. Prices are then updated as needed using input from the trading desk. |

| Contacts | | | |
|---|---|---|---|
| **New York** | **London** | **Tokyo** | **Hong Kong** |
| index@lehman.com | londonindexgroup@lehman.com | tkindexhelp@lehman.com | hongkongasiaindex@lehman.com |
| +1-212-526-7400 | +44-207-102-2220 | +81-3-6440-1770 | +852-2252-6230 |

# U.S. Commercial Mortgage-Backed Securities Indices

Global Family of Indices

| Rules for Inclusion | |
|---|---|
| **Amount Outstanding** | For the U.S. Aggregate Index-eligible portion of the invest-grade CMBS Index, USD 500 million minimum original deal size with at least USD 300 million amount outstanding remaining in the deal; USD 25 million minimum tranche size. |
| | The broader Investment-Grade and High-Yield CMBS Indices do not have such tranche size restrictions. |
| **Quality** | For investment-grade indices, must be rated investment grade (Baa3/BBB-/BBB- or above) using the middle rating of Moody's, S&P, and Fitch, respectively. |
| | For the high-yield index, must be rated Ba1 or lower using the middle rating of Moody's, Fitch, and S&P. |
| | ◆ When all three agencies rate an issue, a median or "two out of three" rating is used to determine index eligibility by dropping the highest and lowest rating. |
| | ◆ When a rating from only two agencies is available, the lower ("most conservative") of the two is used. |
| | ◆ When a rating from only one agency is available, that rating is used to determine index eligibility. |
| **Maturity** | Must have an remaining average life of at least 1 year. |
| **Seniority of Debt** | Senior and subordinated issues are included. |
| **Coupon** | Must be either fixed-rate, weighted average coupon (WAC), or capped WAC securities. |
| **Currency** | Denominated in USD. |
| **Market of Issue** | SEC-registered, fully taxable issues as well as SEC Rule 144A securities. ERISA-eligible CMBS must be SEC-registered or have Registration Rights. |
| **Security Types** | **Included:**      **Excluded:** |
| | ◆ Private label transactions      ◆ Floating-rate certificates |
| | ◆ SEC Rule 144A registrations      ◆ Agency transactions |
| |      ◆ Collateral not originated specifically for securitization |

| Rebalancing | |
|---|---|
| **Frequency** | The composition of the Returns Universe is rebalanced monthly at each month end and represents the set of bonds on which index returns are calculated. The Statistics Universe changes daily to reflect issues dropping out and entering the index, but is not used for return calculation. On the last business day of the month, the composition of the latest Statistics Universe becomes the Returns Universe for the following month. |
| **Index Changes** | During the month, indicative changes to securities (maturity, credit rating change, sector reclassification, amount outstanding) are reflected in both the Statistics and Returns Universe of the index on a daily basis. These changes may cause bonds to enter or fall out of the Statistics Universe of the index on a daily basis, but will affect the composition of the Returns Universe only at month-end when the index is rebalanced. |
| **Reinvestment of Cash flows** | Interest and principal payments earned by the Returns Universe are held in the index without a reinvestment return until month-end when it is removed from the index. |
| **New Issues** | Qualifying securities issued, but not necessarily settled, on or before the month-end rebalancing date qualify for inclusion in the following month's Returns Universe. Timing of index inclusion is also dependent on the availability of deal cash flow data which is either modeled by Lehman Brothers or made available by third party vendors. |

| Index History | |
|---|---|
| July 1, 2005 | Fitch ratings added to Moody's and S&P to determine index eligibility. |
| July 1, 2004 | Liquidity constraint raised to USD 250 million/ USD 25 million CMBS tranche size from USD 200 million. |
| October 1, 2003 | Started using the most conservative rating of Moody's and S&P to determine index eligibility instead of Moody's only for split-rated securities. |
| July 1, 1999 | Liquidity constraint raised to USD 150 million from USD 100 million. ERISA-eligible CMBS issues added to the index. |

| CMBS - Specific Returns Calculations |
|---|

In addition to price, coupon, and paydown returns calculated for all securities, two additional return types are calculated for CMBS securities only:

◆ Writedown Return:  return related to the reduction in the outstanding class balance due to a loss of principal. The principal loss is valued at the ending price of the bond.

◆ Prepayment Premium Return:  return due to additional penalty premiums paid in connection with certain prepayments. The premiums are generally distributed as excess interest on the Certificates

# LEHMAN BROTHERS

# U.S. Treasury Inflation-Protected Securities (TIPS) Index

## Overview

On March 1, 1997, Lehman Brothers launched the Lehman Brothers U.S. TIPS Index, a rules-based, market value-weighted index that tracks inflation-protected securities issued by the U.S. Treasury. The U.S. TIPS Index is a subset of the Global Inflation-Linked Index, with a 36.0% market value weight in the index (as of December 2007), but is not eligible for other nominal treasury or aggregate indices. In order to prevent the erosion of purchasing power, TIPS is indexed to the non-seasonally adjusted Consumer Price Index for All Urban Consumers, or the CPI-U (CPI).



### Maturity Breakdown as of 12/31/2007

1 to 3 — 13.8%
3 to 5 — 18.5%
5 to 7 — 15.7%
7 to 10 — 24.6%
10 to 20 — 14.2%
20 + — 13.3%

### Maturity Breakdown as of 12/31/2007

Long — 27.5%
Intermediate — 72.5%

### Access to the Index

**LehmanLive Website**
**www.lehmanlive.com**

**KEY FEATURES**

◆ Daily index returns
◆ Historical index time series downloadable into Excel
◆ Standardized market structure reports
◆ Fully customizable views
◆ Index primers and shelf reference documents
◆ Latest index and portfolio strategies research publications

**Bloomberg Index Page <LEHM> <8><2>**
**Key statistics and returns <LBUT> <INDEX>**

**TICKERS**

◆ Total Return Index Value: LBUTTRUU
◆ Since Inception Total Return: LBUTSIUU
◆ Market Value: LBUTMVU
◆ Real Yield: LBUTRY
◆ Mod. Adj. Duration: LBUTAD
◆ Maturity: LBUTMAT

**POINT (Portfolio and Index Tool)**
**Long Name: US Treasury TIPS**

**KEY FEATURES**

◆ Index level returns and statistics
◆ Historical index constituents with specific bond-level inflation analytics
◆ Fully customizable market structure reports
◆ Index dynamics and turnover reports
◆ Portfolio upload/analysis
◆ Multi-factor Global Risk Model with detailed inflation and breakeven risk factors
◆ Portfolio performance attribution

## Pricing and Related Issues

| | |
|---|---|
| **Sources & Frequency** | All U.S. TIPS are priced by Lehman Brothers traders each trading day. |
| **Timing** | 3:00 pm (New York time) each day. If the last business day of the month is a public holiday in the U.S. market, prices from the previous business day are used. |
| **Bid or Offer Side** | Bonds in the index are priced on the bid side. |
| **Settlement Assumptions** | T+1 settlement basis for all bonds |
| **Verification** | Multi-contributor verification: The primary price for each security is analyzed and compared to other third-party pricing sources through both statistical routines and scrutiny by the research staff. Significant discrepancies are researched and corrected, as necessary. |

## Rebalancing

| | |
|---|---|
| **Frequency** | The composition of the Returns Universe is rebalanced monthly at each month end and represents the set of bonds on which index returns are calculated. The Statistics Universe changes daily to reflect issues dropping out and entering the index, but is not used for return calculation. On the last business day of the month, the composition of the latest Statistics Universe becomes the Returns Universe for the following month. |
| **Index Changes** | During the month, indicative changes to securities (maturity, amount outstanding) are reflected in both the Statistics and Returns Universe of the index on a daily basis. These changes may cause bonds to enter or fall out of the Statistics Universe of the index on a daily basis, but will affect the composition of the Returns Universe only at month-end when the index is rebalanced. |
| **Reinvestment of Cash flows** | Interest and principal payments earned by the Returns Universe are held in the index without a reinvestment return until month-end when it is removed from the index. |
| **New Issues** | Qualifying securities issued, but not necessarily settled, on or before the month-end rebalancing date qualify for inclusion in the following month's Returns Universe. |

# U.S Treasury Inflation-Protected Securities (TIPS) Index

Global Family of Indices

| Rules for Inclusion | |
|---|---|
| **Amount Outstanding** | USD 250 million minimum par amount outstanding. |
| **Quality** | Must be rated investment grade (Baa3/BBB-/BBB- or above) using the middle rating of Moody's, S&P, and Fitch, respectively. |
| | ◆  When all three agencies rate an issue, a median or "two out of three" rating is used to determine index eligibility by dropping the highest and lowest rating. |
| | ◆  When a rating from only two agencies is available, the lower ("most conservative") of the two is used. |
| | ◆  When a rating from only one agency is available, that rating is used to determine index eligibility. |
| **Maturity** | At least 1 year until final maturity, regardless of optionality. |
| **Coupon** | Fixed-rate |
| **Currency** | Denominated in USD |
| **Market of Issue** | SEC-registered, fully taxable issues. |
| **Security Types** | **Included:**   **Excluded:** |
| | ◆  Public Obligations of the U.S. Treasury     ◆  Strips |
| | ◆  Inflation-Protected Securities     ◆  Private placements |
| | ◆  Floating-rate issues |

| Published U.S. TIPS Index – Specific Analytics |
|---|

**Amount Outstanding Reported for TIPS:**  Equal to the notional par value of each TIP security available for purchase by the public as reported by the Treasury in the *Quarterly Treasury Bulletin.* This number is then adjusted (divided) by the compounded rate of inflation since the date of issue (represented by the index ratio). The number is updated quarterly, at the end of a month that the *Quarterly Treasury Bulletin* is released.

**Amount Outstanding for New Issuance or Re-Openings:**  When a new TIPS is issued or an existing issue is reopened, the full uninflated par amount outstanding enters the index for returns purposes on the first day of the following month. Only when the next published *Quarterly Treasury Bulletin* includes the new issuance or reopening will this amount be adjusted to reflect the amount outstanding net of holdings by the Treasury.

**Index ratio:** Used as a multiplier to adjust the nominal principal and coupon payments of the security so that their real values remain unchanged.

Index Ratio = (Reference CPI)/(Base CPI)

**Reference CPI:**  Calculated by linearly interpolating between the two most recent CPI levels available as of the start of the month, but assumes next calendar day settlement.

**Base CPI:**  The CPI value determined at issue date which remains fixed throughout the life of the bond. It is calculated using the same linear interpolation method as the reference CPI, using the published CPI for the two and three months prior to the issue date of the security.

**Inflated Price**$_t$ = Quoted (Uninflated) Price$_t$ * Index Ratio$_t$

**Inflated Accrued Interest**$_t$ = ½ * Annual Coupon * (# of days accrued/ # of days in coupon period) * Par * Index Ratio$_t$

**Market Value** = ((Inflate Price + Inflated Accrued Interest)/100) *Amount Outstanding

**Nominal Yield:**  calculate analytics based on specific assumptions about future inflation. We apply the assumption that inflation in the last 12 months ("Assumed Inflation") is our estimate of future inflation.

**Assumed Inflation:** The rolling 12-month change in the index ratio for the security, used to calculate nominal analytics.

**Nominal (Empirical) Duration:**  Allows investors to compare the duration of TIPS with that of nominal bonds. It is calculated by creating a minimum-variance hedge (using a covariance matrix of price returns based on the trailing 60 days' worth of daily yield changes multiplied by the appropriate duration of each instrument on day 60) portfolio of nominal Treasuries and TIPS and computing a beta from it. The weighted average duration of this portfolio becomes the estimate of the nominal duration of the TIPS security.

**Real Yield:**  To calculate a real yield, set the future inflation to zero and perform a standard price-to-yield calculation, treating the bond like a fixed coupon bond with an unaccreted notional using the uninflated cash flows and prices

**Real Modified Duration:**  Measures sensitivity of bond to changes in real interest rates. Real duration is computed as the sensitivity of the TIPS real price to changes in its real yield.

| Index History |
|---|

| | |
|---|---|
| January 1, 1998 | U.S. TIPS removed from the U.S. Aggregate Index |
| October 1, 1997 | Inception of Global Inflation-Linked Index. |
| March 1, 1997 | Inception of U.S. TIPS Index. |

| Contacts | | | |
|---|---|---|---|
| **New York** | **London** | **Tokyo** | **Hong Kong** |
| index@lehman.com | londonindexgroup@lehman.com | tkindexhelp@lehman.com | hongkongasiaindex@lehman.com |
| +1-212-526-7400 | +44-207-102-2220 | +81-3-6440-1770 | +852-2252-6230 |

# LEHMAN BROTHERS

# U.S. Municipal Index

## Overview

The U.S. Municipal Indices cover the USD-denominated long term tax exempt bond market. The index has four main sectors: state and local general obligation bonds, revenue bonds, insured bonds, and prefunded bonds. Many of the indices have historical data to January 1980. In addition, several subindices based on maturity and revenue source have been created, some with inception dates after January 1980 but no later than 7/1/93.

In January 1996, Lehman Brothers also began publishing a non-investment grade municipal bond index and "enhanced" state-specific indices for Arizona, Connecticut, Maryland, Massachusetts, Minnesota and Ohio. These indices are published separately from the Lehman Brothers Municipal Bond Index.

In 2005, Lehman Brothers began publishing Managed Money Municipal Indices and Insurance Mandate Municipal Indices

| Sector Breakdown as of 12/31/2007 | Access to the Index |
|---|---|



Sector Breakdown as of 12/31/2007:
- Local GO 5.9%
- Revenue 23.5%
- Prefunded 16.2%
- State GO 9.8%
- Insured 44.6%

**LehmanLive Website**
**www.lehmanlive.com**

**KEY FEATURES**
- ◆ Daily index returns and statistics
- ◆ Historical index time series downloadable into Excel
- ◆ Standardized market structure reports
- ◆ Fully customizable views
- ◆ Index primers and shelf reference documents
- ◆ Latest index and portfolio strategies research publications

**Bloomberg Index Page <LEHM> <16>**
**Key returns**
- ◆ Current Month Returns & Statistics
- ◆ Previous Month Returns & Statistics



State Breakdown as of 12/31/2007:
- California 16.4%
- Massachusetts 4.9%
- Florida 5.5%
- New York 15.1%
- Texas 6.9%
- Others 51.2%

**POINT (Portfolio and Index Tool)**

**KEY FEATURES**
- ◆ Index level returns and statistics
- ◆ Historical index constituents
- ◆ Fully customizable market structure reports
- ◆ Index dynamics and turnover reports
- ◆ Portfolio upload/analysis
- ◆ Multi-factor Global Risk Model
- ◆ Portfolio performance attribution
- ◆ Automated batch processing

## Pricing and Related Issues

| | |
|---|---|
| **Sources & Frequency** | All bonds are priced daily using MullerData (IDC) as the primary pricing source. Prior to 2000, the index was published weekly, and prior to 1998 it was published monthly |
| **Timing** | 3:00 pm (New York time) each day. If the last business day of the month is a public holiday in the U.S. market, prices from the previous business day are used. |
| **Bid or Offer Side** | Bonds in the index are priced on the bid side. |
| **Settlement Assumptions** | T+1 settlement basis for all bonds. |

## Contacts

**Municipal Index Research**
muni_research@lehman.com
+1-212-528-1288

# U.S. Municipal Index

Global Family of Indices

| **Rules for Inclusion** | |
|---|---|
| Amount Outstanding | ◆ Investment-Grade Municipal Index: Par value of at least $7 million; issued as part of a transaction at least $75 million |
| | ◆ High-Yield Municipal Index: Par value of at least $3 million; issued as part of a transaction at least $20 million |
| | ◆ Enhanced State Specific Indices: Par value of at least $2 million; issued as part of a transaction at least $20 million |
| Quality | Investment-grade indices must have a minimum rating of Baa3/BBB-/BBB-, using the middle rating of Moody's, S&P, and Fitch, respectively. High-yield indices have a maximum rating of Ba1/BB+/BB+ using the middle rating. Managed Money Indices have a minimum rating of Aa3/AA- and Insurance Mandate Indices have a minimum rating of A3/A- |
| | ◆ When all three agencies rate an issue, a median or "two out of three" rating is used to determine index eligibility by dropping the highest and lowest rating. |
| | ◆ When a rating from only two agencies is available, the lower ("most conservative") of the two is used. |
| | ◆ When a rating from only one agency is available, that rating is used to determine index eligibility. |
| Maturity | ◆ At least 1 year until final maturity |
| | ◆ Bonds with a dated-date of January 1, 1991 and later are eligible for inclusion into the benchmark. |
| Coupon | Fixed-rate. |
| Currency | Denominated in USD. |
| Published Subindices | **Type:**      **Revenue Bond Subindices:** |

| Published Subindices | | |
|---|---|---|
| | **Type:** | **Revenue Bond Subindices:** |
| | ◆ General Obligation | ◆ Electric |
| | ◆ Revenue Bond | ◆ Housing |
| | ◆ Prerefunded | ◆ Hospitals |
| | ◆ Insured | ◆ IDR/PCR |
| | | ◆ Transportation |
| | **Maturity:** | ◆ Education |
| | ◆ 1-year (1-2 Years to Maturity) | ◆ Water & Sewer |
| | ◆ 3-year (2-4 Years to Maturity) | ◆ Resource Recovery |
| | ◆ 5-year (4-6 Years to Maturity) | ◆ Leasing |
| | ◆ 7-year (6-8 Years to Maturity) | ◆ Special Tax |
| | ◆ 10-year (8-12 Years to Maturity) | |
| | ◆ 15-year (12-17 Years to Maturity) | |
| | ◆ 20-year (17-22 Years to Maturity) | |
| | ◆ Long Bond (22+ Years to Maturity) | |
| Security Types | **Included:** | **Excluded:** |
| | ◆ Mandatory put bonds | ◆ Taxable Municipals |
| | ◆ Partial Pre-refunded bonds | ◆ Floating-rate |
| | | ◆ Derivatives |
| Managed Money Subindex Rules | ◆ Must be non-AMT | |
| | ◆ Issued within the last 5 years | |
| | ◆ Rated at least Aa3 | |
| | ◆ May not be an airline, hospital, housing, or tobacco bond | |

| **Rebalancing** | |
|---|---|
| Frequency | The composition of the Returns Universe is rebalanced monthly at each month end and represents the set of bonds on which index returns are calculated. The Statistics Universe changes daily to reflect issues dropping out and entering the index, but is not used for return calculation. On the last business day of the month, the composition of the latest Statistics Universe becomes the Returns Universe for the following month. |
| Index Changes | During the month, indicative changes to securities (maturity, credit rating change, sector reclassification, amount outstanding) are reflected in both the Statistics and Returns Universe of the index on a daily basis. These changes may cause bonds to enter or fall out of the Statistics Universe of the index on a daily basis, but will affect the composition of the Returns Universe only at month-end when the index is rebalanced. |
| Reinvestment of Cash flows | Interest and principal payments earned by the Returns Universe are held in the index without a reinvestment return until month-end when it is removed from the index. |
| New Issues | Qualifying securities issued, but not necessarily settled, on or before the month-end rebalancing date qualify for inclusion in the following month's Returns Universe. |

| **Contacts** |
|---|
| **Municipal Index Research** |
| muni_research@lehman.com |
| +1-212-528-1288 |

# LEHMAN BROTHERS

# U.S. Corporate High-Yield Index

## Overview

The U.S. Corporate High-Yield Index the covers the USD-denominated, non-investment grade, fixed-rate, taxable corporate bond market. Securities are classified as high-yield if the middle rating of Moody's, Fitch, and S&P is Ba1/BB+/BB+ or below. The index excludes Emerging Markets debt. The index was created in 1986, with index history backfilled to January 1, 1983. The U.S. Corporate High-Yield Index is part of the U.S. Universal and Global High-Yield Indices.



| **Sector Breakdown** as of 12/31/2007 | **Access to the Index** | |
|---|---|---|

**Sector Breakdown** (pie chart):
- Financial 25.7%
- Industrial 48.7%
- Utility 25.6%

**Quality Breakdown** as of 12/31/2007 (pie chart):
- Ca-NR 0.9%
- Ba 36.1%
- Caa 20.0%
- B 43.1%

**LehmanLive Website**
www.lehmanlive.com

**KEY FEATURES**
- Daily index returns and statistics
- Historical index time series downloadable into Excel
- Standardized market structure reports
- Fully customizable views
- Index primers and shelf reference documents
- Latest index and portfolio strategies research publications

**Bloomberg Index Page <LEHM> <15>**
**Key statistics and returns <LF98> <INDEX>**

**TICKERS**
- Total Return Index Value: LF98TRUU
- Since Inception Total Return: LF98SIUU
- Month to Date Excess Return: LF98ER
- Market Value: LF98MVU
- Yield to Worst: LF98YW
- Mod. Adj. Duration: LF98MD
- Returns Mod. Adj. Duration: LF98RMD
- Average OAS: LF98OAS
- Maturity: LF98MAT

**POINT (Portfolio and Index Tool)**
**Long Name: US HY**
**Short Name: hi-all**

**KEY FEATURES**
- Index level returns and statistics
- Historical index constituents
- Fully customizable market structure reports
- Index dynamics and turnover reports
- Portfolio upload/analysis
- Multi-factor Global Risk Model
- Portfolio performance attribution
- Automated batch processing

## Pricing and Related Issues

| | |
|---|---|
| **Sources & Frequency** | All bonds are priced by either Lehman Brothers traders or FT Interactive Data (IDC) on a daily basis. |
| **Pricing Quotes** | Bonds can be quoted in a variety of ways including nominal spreads over benchmark securities/treasuries, spreads over swap curves, or direct price quotes as a percentage of par. In some instances the quote type used is a spread measure that results in daily security price changes from the movement of the underlying curve and/or changes in the quoted spread. |
| **Timing** | 3:00 pm (New York time) each day. If the last business day of the month is a public holiday in the U.S. market, prices from the previous business day are used. |
| **Bid or Offer Side** | Bonds in the index are priced on the bid side. The initial price for newly issued corporate bonds entering the index is the offer side; after that, the bid side price is used. Fallen angels use the bid side prices. |
| **Settlement Assumptions** | T+1 settlement basis |
| **Verification** | Multi-contributor verification: The primary price for each security is analyzed and compared to other third-party pricing sources through both statistical routines and scrutiny by the research staff. Significant discrepancies are researched and corrected, as necessary. On occasion, index users may also challenge price levels, which are then reviewed by the pricing team. Prices are then updated as needed using input from the trading desk. |

## Contacts

| **New York** | **London** | **Tokyo** | **Hong Kong** |
|---|---|---|---|
| index@lehman.com | londonindexgroup@lehman.com | tkindexhelp@lehman.com | hongkongasiaindex@lehman.com |
| +1-212-526-7400 | +44-207-102-2220 | +81-3-6440-1770 | +852-2252-6230 |

# U.S. Corporate High-Yield Index

Global Family of Indices

| Rules for Inclusion | |
|---|---|
| Amount Outstanding | Minimum outstanding par value of at least USD 150 million. |
| Quality | Must be rated high-yield (Ba1/BB+/BB+ or below) using the middle rating of Moody's, S&P, and Fitch, respectively  (before July 1, 2005, the lower of Moody's and S&P was used). |
| | ◆  When a rating from only two agencies is available, the lower ("most conservative") of the two is used. |
| | ◆  When a rating from only one agency is available, that rating is used to determine index eligibility. |
| | ◆  A small number of unrated bonds is included in the index; to be eligible they must have previously held a high-yield rating or have been associated with a high-yield issuer, and must trade accordingly. |
| Maturity | At least 1 year until final maturity, regardless of optionality. |
| Seniority of Debt | Senior and subordinated issues are included. |
| Coupon | Fixed-rate. Original issue zero coupon bonds, step-up coupons, and coupons that change according to a predetermined schedule are also included. |
| Currency | Denominated in USD. |
| Market of Issue | SEC-registered, fully taxable issues or SEC Rule 144A securities (with and without Registration Rights). |

| Security Types | **Included:** | **Excluded:** |
|---|---|---|
| | ◆  Corporate bonds | ◆  Non-corporate bonds |
| | ◆  Fixed-rate bullet, puttable and callable bonds | ◆  Structured notes with embedded swaps or other special features |
| | ◆  SEC Rule 144A securities | ◆  Private placements |
| | ◆  Original issue zeros | ◆  Bonds with equity-type features (e.g., warrants, convertibility) |
| | | ◆  Floating-rate issues |
| | | ◆  Eurobonds |
| | | ◆  Defaulted bonds |
| | | ◆  Emerging market bonds (sovereign rating of Baa1/BBB+ and below using the middle of Moody's, S&P, and Fitch) |
| | | ◆  Pay-in-kind (PIK) bonds |

| Issuer-Capped Indices | Lehman Brothers provides a rules-based methodology for limiting issuer exposures to specified maximum levels where excess market value is redistributed either index-wide on a prorated basis or according to a sector-neutral basis. 1%, 2%, 3%, and 4% capped versions using the index-wide distribution method have been published for the U.S. HY, U.S. HY Ba, U.S. HY Ba/B, and U.S. HY B indices. |
|---|---|

| Rebalancing | |
|---|---|
| Frequency | The composition of the Returns Universe is rebalanced monthly at each month end and represents the set of bonds on which index returns are calculated. The Statistics Universe changes daily to reflect issues dropping out and entering the index, but is not used for return calculation. On the last business day of the month, the composition of the latest Statistics Universe becomes the Returns Universe for the following month. Fallen angels do not enter the index until the next monthly reset. |
| Index Changes | During the month, indicative changes to securities (maturity, credit rating change, sector reclassification, amount outstanding) are reflected in both the Statistics and Returns Universe of the index on a daily basis. These changes may cause bonds to enter or fall out of the Statistics Universe of the index on a daily basis, but will affect the composition of the Returns Universe only at month-end when the index is rebalanced. |
| Reinvestment of Cash flows | Interest and principal payments earned by the Returns Universe are held in the index without a reinvestment return until month-end when it is removed from the index. |
| New Issues | Qualifying securities issued, but not necessarily settled, on or before the month-end rebalancing date qualify for inclusion in the following month's Returns Universe. |

| Index History | |
|---|---|
| July 1, 2005 | Fitch ratings added to Moody's and S&P to determine index eligibility. |
| October 1, 2003 | Started using the most conservative rating of Moody's and S&P to determine index eligibility instead of Moody's only for split-rated securities. |
| July 1, 2000 | Liquidity constraint raised to USD 150 million from USD 100 million. Defaulted securities removed. |
| January 1, 1998 | SEC Rule 144A securities added. |
| January 1, 1986 | U.S. Corporate High-Yield Index introduced, with historical data backfilled to 1983. |
| January 1, 1983 | Inception date of U.S. Corporate High-Yield Index. |



# U.S. High-Yield Very Liquid Index

## Overview

The U.S. High-Yield Very Liquid Index (VLI) is a more liquid version of the U.S. Corporate High-Yield Index that covers USD-denominated, non-investment grade, fixed-rate, taxable corporate bonds. The VLI follows the same index construction rules as the U.S. Corporate High-Yield Index, but caps maturity at 3 years, has a USD 600 million minimum amount outstanding and includes only the largest issue from each issuer. The VLI is part of the U.S. Universal, Global High-Yield and U.S. Corporate High-Yield Indices. The VLI was created on January 1, 1994.



| **Sector Breakdown** as of 12/31/2007 | |
|---|---|
| Financial | 4.8% |
| Utility | 15.5% |
| Industrial | 79.8% |

| **Quality Breakdown** as of 12/31/2007 | |
|---|---|
| Caa | 22.6% |
| Ca | 0.5% |
| B | 48.8% |
| Ba | 28.1% |

### Access to the Index

**LehmanLive Website**
**www.lehmanlive.com**

**KEY FEATURES**
- Daily index returns and statistics
- Historical index time series downloadable into Excel
- Standardized market structure reports
- Fully customizable views
- Index primers and shelf reference documents
- Latest index and portfolio strategies research publications

**Bloomberg Index Page <LEHM> <15>**
**Key statistics and returns**
**<LHVL> <INDEX>**

**TICKERS**
- Total Return Index Value: LHVLTRUU
- Since Inception Total Return: LHVLSIUU
- Month to Date Excess Return: LHVLER
- Market Value (USD): LHVLMVU
- Yield to Worst: LHVLYW
- Mod. Adj. Duration: LHVLMD
- Returns Mod. Adj. Duration: LHVLRMD
- Average OAS: LHVLOAS
- Maturity: LHVLMAT

**POINT (Portfolio and Index Tool)**
**Long Name: US HY Very Liquid**
**Short Name: Very Liquid High Yield Index**

**KEY FEATURES**
- Index level returns and statistics
- Historical index constituents
- Fully customizable market structure reports
- Index dynamics and turnover reports
- Portfolio upload/analysis
- Multi-factor Global Risk Model
- Portfolio performance attribution
- Automated batch processing

### Pricing and Related Issues

| | |
|---|---|
| **Sources & Frequency** | All bonds are priced by either Lehman Brothers traders or FT Interactive Data (IDC) on a daily basis. |
| **Pricing Quotes** | Bonds can be quoted in a variety of ways including nominal spreads over benchmark securities/treasuries, spreads over swap curves, or direct price quotes as a percentage of par. In some instances the quote type used is a spread measure that results in daily security price changes from the movement of the underlying curve and/or changes in the quoted spread. |
| **Timing** | 3:00 pm (New York time) each day. If the last business day of the month is a public holiday in the U.S. market, prices from the previous business day are used. |
| **Bid or Offer Side** | Bonds in the index are priced on the bid side. The initial price for newly issued corporate bonds entering the index is the offer side; after that, the bid side price is used. Fallen angels use the bid side prices. |
| **Settlement Assumptions** | T+1 settlement basis |
| **Verification** | Multi-contributor verification: The primary price for each security is analyzed and compared to other third-party pricing sources through both statistical routines and scrutiny by the research staff. Significant discrepancies are researched and corrected, as necessary. On occasion, index users may also challenge price levels, which are then reviewed by the pricing team. Prices are then updated as needed using input from the trading desk. |

### Contacts

| **New York** | **London** | **Tokyo** | **Hong Kong** |
|---|---|---|---|
| index@lehman.com | londonindexgroup@lehman.com | tkindexhelp@lehman.com | hongkongasiaindex@lehman.com |
| +1-212-526-7400 | +44-207-102-2220 | +81-3-6440-1770 | +852-2252-6230 |

# U.S. High-Yield Very Liquid Index

Global Family of Indices

| Rules for Inclusion | |
|---|---|
| **Amount Outstanding** | Minimum outstanding par value of at least USD 600 million. |
| **Quality** | Must be rated high-yield (Ba1/BB+/BB+ or below) using the middle rating of Moody's, S&P, and Fitch, respectively (before July 1, 2005, the lower of Moody's and S&P was used).<br>◆ When a rating from only two agencies is available, the lower ("most conservative") of the two is used.<br>◆ When a rating from only one agency is available, that rating is used to determine index eligibility.<br>◆ A small number of unrated bonds is included in the index; to be eligible they must have previously held a high-yield rating or have been associated with a high-yield issuer, and must trade accordingly. |
| **Maturity** | At least 1 year until final maturity, regardless of optionality. Each issue has a maximum age of three years. |
| **Seniority of Debt** | Senior and subordinated issues are included. |
| **Coupon** | Fixed-rate. Original issue zero coupon bonds, step-up coupons, and coupons that change according to a predetermined schedule are also included. |
| **Currency** | Denominated in USD. |
| **Market of Issue** | SEC-registered, fully taxable issues or SEC Rule 144A securities (with and without Registration Rights). |
| **Security Types** | **Included:**<br>◆ Corporate bonds<br>◆ Fixed-rate bullet, puttable and callable bonds<br>◆ SEC Rule 144A securities<br>◆ Original issue zeros<br><br>**Excluded:**<br>◆ Non-corporate bonds<br>◆ Structured notes with embedded swaps or other special features<br>◆ Private placements<br>◆ Bonds with equity-type features (e.g., warrants, convertibility)<br>◆ Floating-rate issues<br>◆ Eurobonds<br>◆ Defaulted bonds<br>◆ Emerging market bonds (sovereign rating of Baa1/BBB+ and below using the middle of Moody's, S&P, and Fitch)<br>◆ Pay-in-kind (PIK) bonds |
| **Largest Issue Constraint** | Lehman Brothers provides a rules-based methodology for issue inclusion where only the largest issue, based on amount outstanding, of each issuer will be included. |

| Rebalancing | |
|---|---|
| **Frequency** | The composition of the Returns Universe is rebalanced monthly at each month end and represents the set of bonds on which index returns are calculated. The Statistics Universe changes daily to reflect issues dropping out and entering the index, but is not used for return calculation. On the last business day of the month, the composition of the latest Statistics Universe becomes the Returns Universe for the following month. Fallen angels do not enter the index until the next monthly reset. |
| **Index Changes** | During the month, indicative changes to securities (maturity, credit rating change, sector reclassification, amount outstanding) are reflected in both the Statistics and Returns Universe of the index on a daily basis. These changes may cause bonds to enter or fall out of the Statistics Universe of the index on a daily basis, but will affect the composition of the Returns Universe only at month-end when the index is rebalanced. |
| **Reinvestment of Cash flows** | Interest and principal payments earned by the Returns Universe are held in the index without a reinvestment return until month-end when it is removed from the index. |
| **New Issues** | Qualifying securities issued, but not necessarily settled, on or before the month-end rebalancing date qualify for inclusion in the following month's Returns Universe. |

# LEHMAN BROTHERS

# U.S. Corporate HY - 2% Issuer Capped

## Overview

The U.S. Corporate High-Yield 2% Issuer Capped Index is an issuer-constrained version of the U.S. Corporate High-Yield Index that covers the USD-denominated, non-investment grade, fixed-rate, taxable corporate bond market. The U.S. HY 2% Issuer Capped Index follows the same index construction rules as the uncapped index but limits issuer exposures to a maximum 2% and redistributes the excess market value index-wide on a pro-rata basis. The index was incepted in 2004 with history from January 1, 1993.



### Sector Breakdown as of 12/31/2007

- Financial 6.1%
- Utility 11.5%
- Industrial 82.4%

### Quality Breakdown as of 12/31/2007

- Ba 36.4%
- B 42.5%
- Ca-NR 0.9%
- Caa 20.1%

## Access to the Index

**LehmanLive Website**
**www.lehmanlive.com**

**KEY FEATURES**
- Daily index returns and statistics
- Historical index time series downloadable into Excel
- Standardized market structure reports
- Fully customizable views
- Index primers and shelf reference documents
- Latest index and portfolio strategies research publications

**Bloomberg Index Page <LEHM> <15>**
**Key statistics and returns**
**<LF89> <INDEX>**

**TICKERS**
- Total Return Index Value: LF89TRUU
- Since Inception Total Return: LF89SIUU
- Month to Date Excess Return: LF89ER
- Market Value: LF89MVU
- Yield to Worst: LF89YW
- Mod. Adj. Duration: LF89MD
- Returns Mod. Adj. Duration: LF89RMD
- Average OAS: LF89OAS
- Maturity: LF89MAT

**POINT (Portfolio and Index Tool)**
**Long Name: US HY 2% Capped**

**KEY FEATURES**
- Index level returns and statistics
- Historical index constituents
- Fully customizable market structure reports
- Index dynamics and turnover reports
- Portfolio upload/analysis
- Multi-factor Global Risk Model
- Portfolio performance attribution
- Automated batch processing

## Pricing and Related Issues



| | |
|---|---|
| **Sources & Frequency** | All bonds are priced by either Lehman Brothers traders or FT Interactive Data (IDC) on a daily basis. |
| **Pricing Quotes** | Bonds can be quoted in a variety of ways including nominal spreads over benchmark securities/treasuries, spreads over swap curves, or direct price quotes as a percentage of par. In some instances the quote type used is a spread measure that results in daily security price changes from the movement of the underlying curve and/or changes in the quoted spread. |
| **Timing** | 3:00 pm (New York time) each day. If the last business day of the month is a public holiday in the U.S. market, prices from the previous business day are used. |
| **Bid or Offer Side** | Bonds in the index are priced on the bid side. The initial price for newly issued corporate bonds entering the index is the offer side; after that, the bid side price is used. Fallen angels use the bid side prices. |
| **Settlement Assumptions** | T+1 settlement basis |
| **Verification** | Multi-contributor verification: The primary price for each security is analyzed and compared to other third-party pricing sources through both statistical routines and scrutiny by the research staff. Significant discrepancies are researched and corrected, as necessary. On occasion, index users may also challenge price levels, which are then reviewed by the pricing team. Prices are then updated as needed using input from the trading desk. |

## Contacts

| **New York** | **London** | **Tokyo** | **Hong Kong** |
|---|---|---|---|
| index@lehman.com | londonindexgroup@lehman.com | tkindexhelp@lehman.com | hongkongasiaindex@lehman.com |
| +1-212-526-7400 | +44-207-102-2220 | +81-3-6440-1770 | +852-2252-6230 |

# U.S. Corporate HY - 2% Issuer Capped Index

Global Family of Indices

| Rules for Inclusion | |
|---|---|
| **Amount Outstanding** | Minimum outstanding par value of at least USD 150 million. |
| **Quality** | Must be rated high-yield (Ba1/BB+/BB+ or below) using the middle rating of Moody's, S&P, and Fitch, respectively  (before July 1, 2005, the lower of Moody's and S&P was used).<br>◆ When a rating from only two agencies is available, the lower ("most conservative") of the two is used.<br>◆ When a rating from only one agency is available, that rating is used to determine index eligibility.<br>◆ A small number of unrated bonds is included in the index; to be eligible they must have previously held a high-yield rating or have been associated with a high-yield issuer, and must trade accordingly. |
| **Maturity** | At least 1 year until final maturity, regardless of optionality. |
| **Seniority of Debt** | Senior and subordinated issues are included. |
| **Coupon** | Fixed-rate. Original issue zero coupon bonds, step-up coupons, and coupons that change according to a predetermined schedule are also included. |
| **Currency** | Denominated in USD. |
| **Market of Issue** | SEC-registered, fully taxable issues or SEC Rule 144A securities (with and without Registration Rights). |
| **Security Types** | **Included:**<br>◆ Corporate bonds<br>◆ Fixed-rate bullet, puttable and callable bonds<br>◆ SEC Rule 144A securities<br>◆ Original issue zeros<br><br>**Excluded:**<br>◆ Non-corporate bonds<br>◆ Structured notes with embedded swaps or other special features<br>◆ Private placements<br>◆ Bonds with equity-type features (e.g., warrants, convertibility)<br>◆ Floating-rate issues<br>◆ Eurobonds<br>◆ Defaulted bonds<br>◆ Emerging market bonds (sovereign rating of Baa1/BBB+ and below using the middle of Moody's, S&P, and Fitch)<br>◆ Pay-in-kind (PIK) bonds |

| Rebalancing & Issuer Capping Method | |
|---|---|
| **Issuer Capping Methodology** | All issuers (viewed at the parent company level) that exceed 2% of the market value of the uncapped U.S. HY Index are limited at 2%. The excess market value over the 2% cap will be redistributed on a pro-rata basis to all other issuers' bonds in the index that are under the 2% cap. This process is repeated until no issuer exceeds the 2% limit. For example, an issuer that represents 3.5% of the uncapped index will have 1.5% of the index's market value redistributed to each bond from all issuers under the 2% cap on a pro-rata basis. |
| **Frequency** | The composition of the Returns Universe is rebalanced monthly at each month end and represents the set of bonds on which index returns are calculated. The Statistics Universe changes daily to reflect issues dropping out and entering the index, but is not used for return calculation. On the last business day of the month, the composition of the latest Statistics Universe becomes the Returns Universe for the following month. Fallen angels do not enter the index until the next monthly reset. |
| **Index Changes** | During the month, indicative changes to securities (maturity, credit rating change, sector reclassification, amount outstanding) are reflected in both the Statistics and Returns Universe of the index on a daily basis. These changes may cause bonds to enter or fall out of the Statistics Universe of the index on a daily basis, but will affect the composition of the Returns Universe only at month-end when the index is rebalanced. |
| **Reinvestment of Cash flows** | Interest and principal payments earned by the Returns Universe are held in the index without a reinvestment return until month-end when it is removed from the index. |
| **New Issues** | Qualifying securities issued, but not necessarily settled, on or before the month-end rebalancing date qualify for inclusion in the following month's Returns Universe. |

| Other Issuer-Capped Indices | |
|---|---|
| **U.S. HY** | 1%, 2%, 3%, and 4% Issuer-Capped Indices |
| **U.S. HY Ba/B** | 1%, 2%, 3%, and 4% Issuer-Capped Indices |
| **U.S. HY Ba** | 1%, 2%, 3%, and 4% Issuer-Capped Indices |
| **U.S. HY B** | 1%, 2%, 3%, and 4% Issuer-Capped Indices |
| **Pan Euro HY** | 2%, 2.5%, 3%, 4%, and 5% Issuer-Capped Indices |
| **Euro HY** | 2%, 3%, 4%, and 5% Issuer-Capped Indices |

# LEHMAN BROTHERS

# U.S. Convertibles Index

## Overview

The U.S. Convertible Indices tracks the performance of the USD-denominated convertibles markets and include all four major classes of convertible securities (i.e., cash pay bonds, zeros/OIDs, preferreds, and mandatories). These bonds offer upside participation with an equity component (usually a non-detachable common stock warrant) and downside protection with a fixed income component (usually a bond or preferred stock) and can offer various degrees of equity exposure. The index consists of seven main categories of subindices: security type, profile, outstanding par value, credit quality, high-yield, underlying company market capitalization, and subsector. The index was created in 2003.

### Security Type as of 12/31/2007



Mandatories 7.2%
Preferreds 10.2%
Zero Cpn/OID 6.5%
Cash Pay Bonds 76.1%

### Profile Breakdown as of 12/31/2007



Busted 15.4%
Distressed 1.2%
Typical 39.3%
Equity Sensitive 44.1%

### Access to the Index

**LehmanLive Website**
**www.lehmanlive.com**

**KEY FEATURES**
- Daily index returns and statistics
- Historical index time series downloadable into Excel
- Standardized market structure reports
- Fully customizable views
- Index primers and shelf reference documents
- Latest index and portfolio strategies research publications

**Bloomberg Index Page <LEHM> <17>**

**KEY FEATURES**
- Monthly Index Returns & Statistics
- Mid-month Returns & Statistics

### Pricing and Related Issues

| | |
|---|---|
| **Sources & Frequency** | Index is priced daily. Prior to February 2007, index pricing occurred twice a month on the 15th and the end of each month. Price sources used to derive the convertible index for non-exchange listed OTC securities include: Lehman Brothers trader pricing, Lehman Brothers' own proprietary convertible valuation model, and external sources such as industry broker's brokers price lists. The 4:00 PM New York time closing price is used for all exchange-listed convertible preferreds and mandatories, in the absence of trader pricing. |
| **Timing** | 4:00 pm (New York time). If the last business day of the month is a public holiday in the U.S. market, prices from the previous business day are used. |
| **Bid or Offer Side** | Bonds in the index are priced on the bid side. |
| **Settlement Assumptions** | T+1 settlement basis for all bonds. |

### Rebalancing

| | |
|---|---|
| **Frequency** | The composition of the Returns Universe is rebalanced monthly at each month end and represents the set of bonds on which index returns are calculated. The Statistics Universe changes daily to reflect issues dropping out and entering the index, but is not used for return calculation. On the last business day of the month, the composition of the latest Statistics Universe becomes the Returns Universe for the following month. |
| **New Issues** | Qualifying securities issued, but not necessarily settled, on or before the month-end rebalancing date qualify for inclusion in the following month's Returns Universe. |

### Contacts

| New York | London | Tokyo | Hong Kong |
|---|---|---|---|
| index@lehman.com | londonindexgroup@lehman.com | tkindexhelp@lehman.com | hongkongasiaindex@lehman.com |
| +1-212-526-7400 | +44-207-102-2220 | +81-3-6440-1770 | +852-2252-6230 |

# U.S. Convertibles Index

Global Family of Indices

| Rules for Inclusion | |
|---|---|
| **Amount Outstanding** | USD 50 million par amount outstanding (or accreted face value for Zeros/OIDs) |
| **Maturity** | At least 31 days until maturity |
| **Seniority of Debt** | Non-called, non-defaulted securities |
| **Currency** | Denominated in USD |
| **Market of Issue** | SEC-registered or SEC Rule 144A registered convertible tranches |

**Published Subindices**

**Security Type:**
- ◆ Cash Pay
- ◆ Zero Coupon/OIDs
- ◆ Preferreds
- ◆ Mandatories
- ◆ Bonds Only (excludes preferreds & mandatories)

**Profile:**
- ◆ Typical: Conversion Premium 20% to 70%
- ◆ Equity Sensitive: Conversion Premium < 20%
- ◆ Busted: Conversion Premium > 70%
- ◆ Distressed: Bid price below 60% of par (or below 60% of accreted value for zeros and OIDs), excluding mandatories.

**Amount Outstanding:**
- ◆ USD 250 million or greater
- ◆ USD 500 million or greater

**Credit Quality:**
- ◆ Investment-grade
- ◆ High-Yield
- ◆ Non-Rated

**High-Yielding**
- ◆ All convertibles with the greater of current yield, yield-to-maturity, or yield-to-put equal to at least 7.5%, separated by convertible type (i.e. cash pays, zeros/OIDs, preferreds, mandatories, and bonds only (excludes mandatories and preferreds).

**Underlying Company Market Capitalization**
- ◆ Small Cap: Underlying company market cap less than USD 3 billion
- ◆ Mid Cap: Underlying company market cap between USD 3 billion and USD 8 billion
- ◆ Large Cap: Underlying company market cap greater than USD 8 billion

**Sector**
- ◆ 60 total subindices falling under Industrials, Utilities, and Financial Institutions

## Published U.S. Convertibles Index-Specific Analytics

- ◆ CY/YTM/YTP YTP: The average of the greater of current yield, yield to maturity, or yield to put for each issue. Note that for mandatories, only current yield is used. Similarly with preferreds, yield to maturity is less meaningful and therefore, only the greater of current yield or yield to put is used.

- ◆ Percent Premium: The average percentage premium to conversion value (parity), based on the bid prices of the securities.

- ◆ Rich/(Cheap): The average premium/(discount) to the securities' theoretical values, based on the bid prices of the securities.

- ◆ Implied Volatility: The average implied volatility based on the convertible's bid price. Issues for which implied volatility is not meaningful (i.e., all mandatories, and securities with individual implied volatilities below 5% or above 100%) are excluded from the calculation.

- ◆ Premium Over Investment Value: Also known as the "Risk Premium," measures the average percentage difference between the price of each security and its investment value (its value as a fixed income instrument) based on the bid prices and our credit spread assumptions. Mandatories are excluded from this calculation given the lack of a fixed redemption value. Similarly, distressed securities are also excluded.

- ◆ S over IV: The average S over IV ratio (the ratio of a security's conversion value (parity) to its investment value) expressed as a fraction. This ratio measures the degree to which a security is in-the-money or out-of-the-money based on its proximity to the value 1.0. Mandatories and distressed securities are excluded from this calculation.

- ◆ Vega-Weighted Implied Volatility: The average implied volatility based on the bid prices and weighted by the total vega (in U.S. dollars) of each issue. Compared with the market value weighted average implied volatility, the vega-weighted average tends to assign lower weights to bonds that are far out-of-the-money or deep-in-the-money. All securities except for mandatories are included in the calculation, with the upper and lower boundaries for the implied volatility set at 100% and 5%, respectively.

- ◆ Duration Weighted OAS: The average OAS, weighted by duration and market value of each issue. By weighting a security's OAS by its duration, convertibles with shorter durations (i.e., those with shorter maturities, deep-in-the-money, etc.) and therefore, less sensitive to interest rate changes, are assigned a lower weight, allowing a greater contribution from securities for which the implied spread is more meaningful.

- ◆ Delta: The average theoretical delta per share (in percentage terms) weighted by the market value of each issue. It is a measure of the convertible's sensitivity to small changes in the underlying stock price.

- ◆ Gamma: The average gamma per share (in percentage terms) weighted by the market value of each issue. Gamma is a measure of the rate of change of delta.

- ◆ Vega: The average theoretical vega expressed as a percentage of par and weighted by the market value of each issue. Vega measures the sensitivity of the convertible's price to a 1% change in volatility.

- ◆ Stock Dividend Yield: The average annual dividend yield of the underlying securities making up any particular index, weighted by the convertible market value of each issue.

- ◆ Call Protection: The average remaining call protection in years, weighted by the market value of each issue.

- ◆ Break Even: The average breakeven time in years, weighted by the market value of each issue. Breakeven measures the time in years for an investor to recoup the premium paid through the convertible's incremental income advantage versus its underlying common stock (i.e., income pickup over common stock). Note that we exclude zeros, OIDs, and securities with breakevens in excess of 10 years from this calculation.

# LEHMAN BROTHERS

# U.S. Corporate FRN Index

## Overview

On October 1, 2003, the U.S. Floating-Rate Note (FRN) Index was launched, measuring the performance of floating-rate notes across sector, credit quality, maturity, and asset class while providing an important boost to liquidity into the FRN market. This index is not part of any of our U.S. Aggregate Index, which is a fixed coupon index.

| Sector Breakdown as of 12/31/2007 | Access to the Index |
|---|---|



**Sector Breakdown**
- Sovereign 0.2%
- Agency 1.2%
- Local Authority 0.2%
- Industrial 10.0%
- Utility 0.5%
- Financial Institutions 87.9%

**LehmanLive Website**
**www.lehmanlive.com**

**KEY FEATURES**
- ◆ Daily index returns and statistics
- ◆ Historical index time series downloadable into Excel
- ◆ Standardized market structure reports
- ◆ Fully customizable views
- ◆ Index primers and shelf reference documents
- ◆ Latest index and portfolio strategies research publications

**Bloomberg Index Page**      **<LEHM><18><7>**

| Quality Breakdown as of 12/31/2007 | |
|---|---|



**Quality Breakdown**
- Aaa 11.0%
- Baa 6.6%
- A 29.4%
- Aa 53.0%

**POINT (Portfolio and Index Tool)**
**Long Name: US FRN**
**Short Name: US FRN**

**KEY FEATURES**
- ◆ Index level returns and statistics
- ◆ Historical index constituents
- ◆ Fully customizable market structure reports
- ◆ Index dynamics and turnover reports
- ◆ Portfolio upload/analysis
- ◆ Multi-factor Global Risk Model
- ◆ Portfolio performance attribution
- ◆ Automated batch processing

## Pricing and Related Issues

| | |
|---|---|
| **Sources & Frequency** | All bonds are marked daily by FT Interactive Data (IDC). Additionally, up to 50 actively traded benchmark corporate securities are priced by traders at different times throughout the month. |
| **Pricing Quotes** | Bonds priced by FT Interactive Data are quoted using direct price quotes as a percentage of par. Bonds priced by the Lehman traders are quoted using a discount margin. |
| **Timing** | 3:00 pm (New York time) each day. If the last business day of the month is a public holiday in the U.S. market, prices from the previous business day are used. |
| **Bid or Offer Side** | Bonds in the index are priced on the bid side. |
| **Settlement Assumptions** | T+3 settlement basis for all bonds |
| **Reinvestment of Cash flows** | Index cashflows are reinvested at the start of the month following their receipt. There is no return on cash held intra-month. |

| Contacts | | | |
|---|---|---|---|
| **New York** | **London** | **Tokyo** | **Hong Kong** |
| index@lehman.com | londonindexgroup@lehman.com | tkindexhelp@lehman.com | hongkongasiaindex@lehman.com |
| +1 212 526 7400 | +44 20 7102-2220 | +81 3 6440 1770 | +852 2252 6230 |

# U.S. Corporate FRN Index

Global Family of Indices

| Rules for Inclusion | |
|---|---|
| Amount Outstanding | USD 300 million minimum par amount outstanding. |
| Quality | Must be rated investment grade (Baa3/BBB-/BBB- or above) using the middle rating of Moody's, S&P, and Fitch, respectively.<br>◆ When all three agencies rate an issue, a median or "two out of three" rating is used to determine index eligibility by dropping the highest and lowest rating.<br>◆ When a rating from only two agencies is available, the lower ("most conservative") of the two is used.<br>◆ When a rating from only one agency is available, that rating is used to determine index eligibility. |
| Maturity | ◆ Minimum of 1 month to final maturity with an issue date of 1998 or later. Prior to April 1, 2007, the minimum time to maturity was 13 months.<br>◆ Must have an original maturity of at least 18 months. |
| Seniority of Debt | Senior and subordinated issues are included. |
| Currency | Denominated in USD. |
| Coupon | Step-up coupons and 3-month LIBOR-based fixed spread securities. |
| Market of Issue | SEC-registered, fully taxable issues. SEC Rule 144A securities with and without Registration Rights are included. |
| Security Types | **Included:**<br>◆ Bullet and callable structures<br>◆ FRNs with coupon step-ups<br>◆ 3-month LIBOR-based fixed spread securities<br>◆ Corporate entities and funding agreements | **Excluded:**<br>◆ Yankee CDs<br>◆ ABS<br>◆ Preferreds<br>◆ Perpetuals<br>◆ Longer dated maturity<br>◆ Agency issues |

| Rebalancing Rules | |
|---|---|
| Frequency | The composition of the Returns Universe is rebalanced monthly at each month end and represents the set of bonds on which index returns are calculated. The Statistics Universe changes daily to reflect issues dropping out and entering the index, but is not used for return calculation. On the last business day of the month, the composition of the latest Statistics Universe becomes the Returns Universe for the following month. |
| Index Changes | During the month, indicative changes to securities (maturity, credit rating change, sector reclassification, amount outstanding) are reflected in both the Statistics and Returns Universe of the index on a daily basis. These changes may cause bonds to enter or fall out of the Statistics Universe of the index on a daily basis, but will affect the composition of the Returns Universe only at month-end when the index is rebalanced. |
| Reinvestment of Cash Flows | Interest and principal payments earned by the Returns Universe are held in the index without a reinvestment return until month-end when it is removed from the index. |
| New Issues | Qualifying securities issued, but not necessarily settled, on or before the month-end rebalancing date qualify for inclusion in the following month's Returns Universe. |

| Index History | |
|---|---|
| October 1, 2003 | U.S. Corporate FRN Index introduced |

# LEHMAN BROTHERS

# U.S. Emerging Markets Index

## Overview

The U.S. Lehman Brothers Emerging Markets Index includes fixed and floating-rate USD-denominated debt from emerging markets in the following regions: Americas, Europe, Middle East, Africa, and Asia. For the index, an emerging market is defined as any country that has a long term foreign currency debt sovereign rating of Baa1/BBB+/BBB+ or below using the middle rating of Moody's, S&P, and Fitch. The index was launched on January 1, 1997 with index history backfilled to January 1, 1993 from the predecessor Emerging Americas Bond Index.

### Country Breakdown as of 12/31/2007



- Russia 19.6%
- Brazil 17.3%
- Mexico 13.0%
- Turkey 8.1%
- Philippines 7.0%
- Venezuela 6.4%
- Argentina 3.5%
- Other 25.2%

### Quality Breakdown as of 12/31/2007



- Ba 52.8%
- Baa 37.1%
- B 7.0%
- Caa-NR 1.6%
- A 1.5%

### Access to the Index

| | |
|---|---|
| **LehmanLive Website**<br>**www.lehmanlive.com** | **KEY FEATURES**<br>◆ Daily index returns and statistics<br>◆ Historical index time series downloadable into Excel<br>◆ Standardized market structure reports<br>◆ Fully customizable views<br>◆ Index primers and shelf reference documents<br>◆ Latest index and portfolio strategies research publications |
| **Bloomberg Index Page <LEHM> <42>**<br>**Key statistics and returns** | ◆ Monthly Total Return Breakdown<br>◆ Since Inception and Periodic Total Returns<br>◆ Market Value<br>◆ Average Maturity<br>◆ Average Duration<br>◆ Average Price<br>◆ Yield to Worst |
| **POINT (Portfolio and Index Tool)**<br>**Long Name: US EM**<br>**Short Name: emg-all** | **KEY FEATURES**<br>◆ Index-level returns and statistics<br>◆ Historical index constituents<br>◆ Fully customizable market structure reports<br>◆ Index dynamics and turnover reports<br>◆ Portfolio upload/analysis<br>◆ Multi-factor Global Risk Model<br>◆ Portfolio performance attribution<br>◆ Automated batch processing |

### Pricing and Related Issues

| | |
|---|---|
| **Sources & Frequency** | All bonds in the index are priced by Lehman Brothers traders in New York City and London on a daily basis. European-issued bonds are marked out of London and Latin American- and Asian-issued bonds are marked out of New York. Prices are captured from trader pricing runs on positions that they have traded during the day. At month-end, all index positions are marked by the traders. Because the bonds are marked on a price basis, no spread matrix is used. |
| **Timing** | 3:00 pm (New York time) and 4:15 pm (London time). If the last business day of the month is a public holiday in one of the major regional markets, prices from the previous business day are used for that region. |
| **Bid or Offer Side** | Bonds in the index are dollar-priced on the bid side. The initial price for new issues entering the index is the offer side; after that, the bid side price is used. |
| **Settlement Assumptions** | T+1 settlement basis. |
| **Verification** | Multi-contributor verification: The primary price for each security is analyzed and compared to other third-party pricing sources through both statistical routines and scrutiny by the research staff. Significant discrepancies are researched and corrected, as necessary. On occasion, index users may also challenge price levels, which are then reviewed by the pricing team. Prices are then updated as needed using input from the trading desk. |

### Contacts

| **New York** | **London** | **Tokyo** | **Hong Kong** |
|---|---|---|---|
| index@lehman.com | londonindexgroup@lehman.com | tkindexhelp@lehman.com | hongkongasiaindex@lehman.com |
| +1-212-526-7400 | +44-207-102-2220 | +81-3-6440-1770 | +852-2252-6230 |

# U.S. Emerging Markets Index

Global Family of Indices

| Rules for Inclusion | |
|---|---|
| **Amount Outstanding** | ◆ At the security level, USD 500 million minimum par amount outstanding. |
| | ◆ Corporate issuers must have at least USD 1 billion in outstanding debt trading in the market. |
| **Sovereign Rating** | Country must be rated Baa1/BBB+/BBB+ or below using the middle rating of Moody's, S&P, and Fitch, respectively. |
| | ◆ When all three agencies rate a country, a median or "two out of three" rating is used to determine index eligibility by dropping the highest and lowest rating. |
| | ◆ When a rating from only two agencies is available, the lower ("most conservative") of the two is used. |
| | ◆ When a rating from only one agency is available, that rating is used to determine index eligibility. |
| **Issue Rating** | ◆ Both investment-grade and high-yield bonds are permitted. |
| | ◆ Unrated bonds may use an implied issuer rating when not rated by an agency. |
| **Maturity** | At least 1 year until final maturity, regardless of optionality. |
| **Seniority of Debt** | Senior and subordinated issues are included. |
| **Coupon** | Issues can be either fixed or floating-rate. |
| **Currency** | Denominated in USD only. |
| **Market of Issue** | Publicly issued in the global and regional markets. |
| **Security Types** | **Included:** ◆ Fixed-rate bullet, puttable and callable bonds ◆ Sovereigns, agencies, local issues, and corporate debt ◆ Brady bonds, Eurobonds, Globals, loans, and local issues ◆ Eurobonds not SEC Rule 144A/Regulation S-eligible must be seasoned (41 business days after issue date) | **Excluded:** ◆ Bonds with equity-type features (e.g., warrants, convertibility) ◆ Private placements ◆ Unseasoned Eurobonds not SEC Rule 144A/Regulation S-eligible |

| Rebalancing | |
|---|---|
| **Frequency** | The composition of the Returns Universe is rebalanced monthly at each month end and represents the set of bonds on which index returns are calculated. The Statistics Universe changes daily to reflect issues dropping out and entering the index, but is not used for return calculation. On the last business day of the month, the composition of the latest Statistics Universe becomes the Returns Universe for the following month. |
| | Defaulted corporate bonds are removed from the index at the end of the month of the default. Defaulted sovereign bonds remain in the index until they are restructured, defeased, exchanged, or no longer outstanding. |
| **Index Changes** | During the month, indicative changes to securities (maturity, credit rating change, sector reclassification, amount outstanding) are reflected in both the Statistics and Returns Universe of the index on a daily basis. These changes may cause bonds to enter or fall out of the Statistics Universe of the index on a daily basis, but will affect the composition of the Returns Universe only at month-end when the index is rebalanced. |
| **Reinvestment of Cash flows** | Interest and principal payments earned by the Returns Universe are held in the index without a reinvestment return until month-end when it is removed from the index. |
| **New Issues** | Qualifying securities issued, but not necessarily settled, on or before the month-end rebalancing date qualify for inclusion in the following month's Returns Universe. |

| Index History | |
|---|---|
| January 1, 2006 | Sovereign rating ceiling raised to Baa1/BBB+/BBB+ from Baa3/BBB-/BBB- to determine country index eligibility. Minimum amount outstanding at the security level for USD issues raised to USD 500 million from USD 300 million for corporates/sovereigns and USD 500 million for local issues/Brady bonds. Corporate bonds must be from issuers with at least USD 1 billion debt outstanding. |
| July 1, 2005 | Fitch ratings added to Moody's and S&P to determine index eligibility. |
| October 1, 2003 | Started using the most conservative rating of Moody's and S&P to determine index eligibility instead of Moody's only for split-rated securities. |
| January 1, 2001 | Liquidity constraint for USD issues increased to USD 300 million for corporates from USD 150 million and to USD 300 million from USD 200 million for sovereigns. |
| January 1, 1997 | Inception date of the U.S. Emerging Markets Index. New index includes the Emerging Americas Bond Index and also better reflects other emerging market regions: Americas, Europe, Asia, Middle East, and South Africa. |
| January 1, 1993 | Inception date of Emerging Americas Bond Index, consisting of debt from Argentina, Brazil, Mexico, and Venezuela. |

# LEHMAN BROTHERS

# Pan-European Universal Index

## Overview

The Pan-European Universal Index contains fixed-rate securities denominated in the following currencies: Euro, British Pounds, Norwegian Krone, Danish Krone, Swedish Krone, Czech Koruna, Hungarian Forint, Polish Zloty, and Slovakian Koruna. Inclusion is based on the currency of the issue, and not the domicile of the issuer. The index is the union of the Pan-European Aggregate, Pan-European High Yield and Pan-European EM indices. Securities in the index are also part of either the Global Aggregate or Global High Yield Indices. The Pan-European Universal Index was launched on August 1, 2001.

### Sector Breakdown as of 12/31/2007



Govt.-Related 12.5%
Industrial 6.6%
Utility 1.4%
Financial 10.2%
ABS 0.8%
CMBS 0.2%
Covered 13.5%
Treasury 54.9%

### Quality Breakdown as of 12/31/2007



Baa 4.0%
Ba 0.8%
B 0.5%
Caa-Ca 0.1%
A 12.2%
Aa 23.9%
Aaa 58.5%

### Access to the Index

**LehmanLive Website**
**www.lehmanlive.com**

**KEY FEATURES**
- Daily index returns and statistics
- Historical index time-series can be downloaded into Excel
- Standardized market structure reports
- Fully customizable views
- Index primers and shelf reference documents
- Latest index and portfolio strategies research publications

**Bloomberg Index Page <LEHM> <21>**
**Key statistics and returns**

- Total Return
- Yield
- Duration
- Issue count
- Average Maturity
- Market value

**POINT (Portfolio and Index Tool)**
**Long Name: Pan Euro Universal**
**Short Name: Pan-European Universal**

**KEY FEATURES**
- Index level returns and statistics
- Historical index constituents
- Fully customizable market structure reports
- Index dynamics and turnover reports
- Portfolio upload/analysis
- Multi-factor Global Risk Model
- Portfolio performance attribution
- Automated batch processing

### Pricing and Related Issues

| | |
|---|---|
| **Sources & Frequency** | All bonds are priced daily by Lehman Brothers traders, third-party vendors or for traditional Pfandbriefe using an interpolated yield curve. |
| **Timing** | 4:15pm London time. If European markets are open, but the U.K. is closed, then pricing will remain constant until the close of the next U.K. business day. If the last business day of the month is a public holiday in the major European markets, then prices from the previous business day are used. |
| **Bid or Offer Side** | Outstanding issues are priced on the bid side, with the exception of Euro and Sterling Treasury bonds, which use mid dollar prices. New issues enter the index on the offer side. |
| **Settlement Assumptions** | T+1 settlement basis. |
| **Verification** | Multi-contributor verification. The primary price for each security is analyzed and compared to other third-party pricing sources through both statistical routines and scrutiny by the research staff. Significant discrepancies are researched and corrected as necessary. On occasion, index users may also challenge price levels, which are then reviewed by the pricing team. Prices are then updated as needed using input from the trading desk. |

### Contacts

| New York | London | Tokyo | Hong Kong |
|---|---|---|---|
| index@lehman.com | londonindexgroup@lehman.com | tkindexhelp@lehman.com | hongkongasiaindex@lehman.com |
| +1-212-526-7400 | +44-207-102-2220 | +81-3-6440-1770 | +852-2252-6230 |

# Pan-European Universal Index

Global Family of Indices

| Rules for Inclusion | |
|---|---|
| **Amount Outstanding** | High yield bonds €100 million minimum par amount outstanding, investment-grade bonds €300 million minimum or £200 million minimum, EM bonds €500 million minimum par amount outstanding. For non-Euro or GBP issues we take the local currency amount equal to €100 million for high-yield, €300 million for high grade and €500 million for EM using the exchange rates set at the end of November of each year. |
| **Quality** | Includes both investment-grade and high-yield debt. Quality is determined using the middle rating of Moody, Fitch and S&P.<br><br>◆ When all three agencies rate an issue, a median or "two out of three" rating is used to determine index eligibility by dropping the highest and the lowest rating.<br>◆ When a rating from only two agencies is available, the lowest ( "most conservative") of the two is used.<br>◆ When a rating from only one agency is available, that rating is used to determine index eligibility. |
| **Maturity** | ◆ At least one year until final maturity, regardless of optionality. For securities with a coupon that converts from fixed to floating at least one year until the conversion date.<br>◆ Perpetual securities are included in the index provided they are callable or their coupons switch from fixed to variable rate. These are included until one year before their first call date, providing they meet all other index criteria. |
| **Seniority of Debt** | Senior and subordinated issues are included. Undated securities are included provided their coupons switch from fixed to variable rate. |
| **Coupon** | Fixed-rate. Step-up coupons and coupons that change according to a predetermined schedule are also included. Capital securities with coupons that convert from fixed to floating-rate are index-eligible given that they are currently fixed-rate; the maturity date then equals the conversion date. Fixed-rate perpetual capital securities which remain fixed-rate following their first call date, and which provide no incentives to call the bonds, are excluded (refer to *Global Capital Securities Index Fact Sheet*) |
| **Currency** | Euro, Sterling, Norwegian Krone, Danish Krone, Swedish Krone, Czech Koruna, Hungarian Forint, Polish Zloty, and Slovakian Koruna. |
| **Market of Issue** | Publicly issued in the Eurobond and index–member domestic markets. |
| **Security Types** | **Included:**<br>◆ Fixed-rate bullet, puttable and callable<br>◆ Soft bullets<br>◆ Fixed-rate and fixed to floating capital securities (refer to *Global Capital Securities Index Fact Sheet*) | **Excluded:**<br>◆ Bonds with equity-type features (e.g., warrants, convertibility to equity)<br>◆ Private placements, including Schuldscheine<br>◆ Floating-rate issues<br>◆ Inflation-linked bonds<br>◆ Swiss Franc denominated bonds |

| Rebalancing Rules | |
|---|---|
| **Frequency** | The composition of the Returns universe is rebalanced monthly at each month-end and represents the set of bonds on which index returns are calculated. The Statistics Universe changes daily to reflect issues dropping out and entering the index, but is not used for returns calculation. On the last business day of the month, the composition of the latest Statistics universe becomes the Returns universe for the following month. |
| **Index Changes** | During the month, indicative changes to securities (maturity, credit rating change, sector reclassification, amount outstanding) are reflected in both the Statistics and Returns universe of the index on a daily basis. These changes may cause bonds to enter or fall out of the Statistics universe of the index on a daily basis, but will affect the composition of the Returns universe only at month-end when the index is rebalanced. |
| **Reinvestment of Cash flows** | Interest and principal payments earned by the Returns universe are held in the index without a reinvestment return until month-end when it is removed from the index. |
| **New Issues** | Qualifying securities issued, but not necessarily settled, on or before the month-end rebalancing date qualify for inclusion in the following month's Returns universe. |

## LEHMAN BROTHERS

# Pan-European Aggregate Index

## Overview

The Pan-European Aggregate Index tracks fixed-rate, investment-grade securities issued in the following European currencies: Euro, British Pounds, Norwegian Krone, Danish Krone, Swedish Krona, Czech Koruna, Hungarian Forint, Polish Zloty, and Slovakian Koruna. Inclusion is based on the currency of the issue, and not the domicile of the issuer. The principal asset classes in the index are Treasuries, Government-Related, Corporate and Securitised, which include Pfandbriefe, other covered bonds and asset-backed securities. Securities in the index are all part of the Global Aggregate Index. The Pan-European Aggregate Index was launched on January 1, 1999.

### Sector Breakdown as of 12/31/2007



Securitised 14.7%
Corporate 17.3%
Govt.-Related 12.2%
Treasury 55.8%

### Quality Breakdown as of 12/31/2007

Aaa 59.4%
Aa 24.2%
A 12.4%
Baa 3.9%

### Access to the Index

**LehmanLive Website**
**www.lehmanlive.com**

**KEY FEATURES**
- Daily index returns and statistics
- Historical index time series downloadable into Excel
- Standardized market structure reports
- Fully customizable views
- Index primers and shelf reference documents
- Latest index and portfolio strategies research publications

**Bloomberg Index Page <LEHM> <22>**
**Key statistics and returns <LP06> <INDEX>**

**TICKERS**
- Total Return Index Value: LP06TRGU (GBP, Unhedged)
- Total Return Index Value: LP06TREU (EUR, Unhedged)
- Since Inception Total Return: LP06SIGU (GBP, Unhedged)
- Since Inception Total Return: LP06SIEU (EUR, Unhedged)
- Month to Date Excess Return: LP06ER
- Market Value: LP06MVG (GBP)
- Market Value: LP06MVE (EUR)
- Yield to Worst: LP06YW
- ISMA Modified Duration: LP06MD
- ISMA Returns Modified Duration: LP06RMD
- Average OAS: LP06OA

**POINT (Portfolio and Index Tool)**
**Long Name: Pan Euro Aggregate**
**Short Name: peall**

**KEY FEATURES**
- Index-level returns and statistics
- Historical index constituents
- Fully customizable market structure reports
- Index dynamics and turnover reports
- Portfolio upload/analysis
- Multi-factor Global Risk Model
- Portfolio performance attribution

### Pricing and Related Issues

| | |
|---|---|
| **Sources and Frequency** | All bonds are priced daily by Lehman Brothers traders, third-party vendors or for traditional Pfandbriefe using an interpolated yield curve. |
| **Timing** | 4:15pm London time. If European markets are open, but the U.K. is closed, then pricing will remain constant until the close of the next U.K. business day. If the last business day of the month is a public holiday in the major European markets, then prices from the previous business day are used. |
| **Bid or Offer Side** | Outstanding issues are priced on the bid side, with the exception of Euro and Sterling Treasury bonds, which use mid dollar prices. New issues enter the index on the offer side. |
| **Settlement Assumptions** | T+1 settlement basis |
| **Verification** | Multi-contributor verification: The primary price for each security is analysed and compared to other third-party pricing sources through both statistical routines and scrutiny by the research staff. Significant discrepancies are researched and corrected as necessary. On occasion, index users may also challenge price levels, which are then reviewed by the pricing team. Prices are then updated as needed using input from the trading desk. |

### Contacts

| New York | London | Tokyo | Hong Kong |
|---|---|---|---|
| index@lehman.com | londonindexgroup@lehman.com | tkindexhelp@lehman.com | hongkongasiaindex@lehman.com |
| +1-212-526-7400 | +44-207-102-2220 | +81-3-6440-1770 | +852-2252-6230 |

# Pan-European Aggregate Index

Global Family of Indices

| Rules for Inclusion | |
|---|---|
| **Amount Outstanding** | €300 million/£200 million minimum par amount outstanding. For non-Euro currencies, we take the local currency equivalent equal to €300 million using the exchange rates at the end of November of each year. |
| **Quality** | Must be rated investment grade ( Baa3/BBB-/BBB – or above ) using the middle rating of Moody's, S&P and Fitch, respectively. |
| | ◆ When all three agencies rate an issue, a median or "two out of three" rating is used to determine index eligibility by dropping the highest and the lowest rating. |
| | ◆ When a rating from only two agencies is available, the lowest ( "most conservative") of the two is used. |
| | ◆ When a rating from only one agency is available, that rating is used to determine index eligibility. |
| | ◆ Unrated Pfandbriefe are assigned ratings that are one full rating category above the issuer's unsecured debt. This is consistent with Moody's methodology and reflects the underlying collateral. |
| **Maturity** | ◆ At least one year until final maturity, regardless of optionality. For securities with a coupon that converts from fixed to floating at least one year until the conversion date. |
| | ◆ Perpetual securities are included in the index provided they are callable or their coupons switch from fixed to variable rate. These are included until one year before their first call date, providing they meet all other index criteria. |
| **Seniority of Debt** | Senior and subordinated issues are included. Undated securities are included provided their coupons switch from fixed to variable rate. |
| **Coupon** | Fixed-rate. Step-up coupons and coupons that change according to a predetermined schedule are also included. Capital securities with coupons that convert from fixed to floating-rate are index-eligible given that they are currently fixed-rate; the maturity date then equals the conversion date. Fixed-rate perpetual capital securities which remain fixed-rate following their first call date, and which provide no incentives to call the bonds, are excluded (refer to *Global Capital Securities Index Fact Sheet*) |
| **Currency** | Euro or Eurozone legacy currency, British Pounds, Norwegian Krone, Danish Krone, Swedish Krona, Czech Koruna, Hungarian Forint, Polish Zloty, and Slovakian Koruna. |
| **Market of Issue** | Publicly issued in the Eurobond and index –member domestic markets. |
| **Security Types** | **Included:** **Excluded:** |

**Security Types**

| Included: | Excluded: |
|---|---|
| ◆ Fixed-rate bullet, puttable and callable | ◆ Bonds with equity-type features (e.g., warrants, convertibility to equity) |
| ◆ Soft bullets | ◆ Private placements, including Schuldscheine |
| ◆ Fixed-rate and fixed to floating capital securities (refer to *Global Capital Securities Index Fact Sheet*) | ◆ Floating-rate issues |
| | ◆ Inflation-linked bonds |
| | ◆ Swiss Franc denominated bonds |

| Rebalancing Rules | |
|---|---|
| **Frequency** | The composition of the Returns universe is rebalanced monthly at each month-end and represents the set of bonds on which index returns are calculated. The Statistics Universe changes daily to reflect issues dropping out and entering the index, but is not used for returns calculation. On the last business day of the month, the composition of the latest Statistics universe becomes the Returns universe for the following month. |
| **Index Changes** | During the month, indicative changes to securities (maturity, credit rating change, sector reclassification, amount outstanding) are reflected in both the Statistics and Returns universe of the index on a daily basis. These changes may cause bonds to enter or fall out of the Statistics universe of the index on a daily basis, but will affect the composition of the Returns universe only at month-end when the index is rebalanced. |
| **Reinvestment of Cash flows** | Interest and principal payments earned by the Returns universe are held in the index without a reinvestment return until month-end when it is removed from the index. |
| **New Issues** | Qualifying securities issued, but not necessarily settled, on or before the month-end rebalancing date qualify for inclusion in the following month's Returns universe. |

## LEHMAN BROTHERS

# Euro-Aggregate Index

## Overview

The Euro-Aggregate Index tracks fixed-rate, investment-grade Euro-denominated securities. Inclusion is based on the currency of the issue, and not the domicile of the issuer. The principal sectors in the index are Treasury, Corporate, Government-Related and Securitised. Securities in the index are part of the Pan-European Aggregate and the Global Aggregate Indices. The Euro-Aggregate Index was launched on July 1, 1998.



| **Sector Breakdown** as of 12/31/2007 | **Access to the Index** | |
|---|---|---|
| Securitised 15.4% | **LehmanLive Website** | **KEY FEATURES** |
| Corporate 15.7% | **www.lehmanlive.com** | ◆ Daily index returns and statistics |
| Govt.-Related 12.5% | | ◆ Historical index time-series can be downloaded into Excel |
| Treasury 56.5% | | ◆ Standardized market structure reports |
| | | ◆ Fully customizable views |
| | | ◆ Index primers and shelf reference documents |
| | | ◆ Latest index and portfolio strategies research publications |

**Sector Breakdown** as of 12/31/2007
- Securitised 15.4%
- Corporate 15.7%
- Govt.-Related 12.5%
- Treasury 56.5%

**Access to the Index**

**LehmanLive Website**
**www.lehmanlive.com**

**KEY FEATURES**
◆ Daily index returns and statistics
◆ Historical index time-series can be downloaded into Excel
◆ Standardized market structure reports
◆ Fully customizable views
◆ Index primers and shelf reference documents
◆ Latest index and portfolio strategies research publications

**Bloomberg Page <LEHM> <23>**
**Key statistics and returns <LBEA> <INDEX>**

**TICKERS**
◆ Total Return Index Value: LBEATREU
◆ Since Inception Total Return: LBEASIEU
◆ Excess Return: LBEAER
◆ Market Value: LBEAMVE
◆ ISMA Yield to Worst: LBEAYW
◆ ISMA Modified Duration: LBEAMD
◆ Average OAS: LBEAOAS
◆ Maturity: LBEAMAT

**Quality Breakdown** as of 12/31/2007
- Aa 27.5%
- Aaa 58.0%
- A 10.8%
- Baa 3.6%

**POINT (Portfolio and Index Tool)**
**Long Name: Euro Aggregate**
**Short Name: ea**

**KEY FEATURES**
◆ Index level returns and statistics
◆ Historical index constituents
◆ Fully customizable market structure reports
◆ Index dynamics and turnover reports
◆ Portfolio upload/analysis
◆ Multi-factor Global Risk Model
◆ Portfolio performance attribution
◆ Automated batch processing



| **Pricing and Related Issues** | |
|---|---|
| **Sources & Frequency** | All bonds are priced daily by Lehman Brothers traders, third-party vendors or for traditional Pfandbriefe using an interpolated yield curve. |
| **Timing** | 4:15pm London time. If European markets are open, but the U.K. is closed, then pricing will remain constant until the close of the next U.K. business day. If the last business day of the month is a public holiday in the major European markets, then prices from the previous business day are used. |
| **Bid or Offer Side** | Outstanding issues are priced on the bid side, with the exception of Euro Treasury bonds, which use mid dollar prices. New issues enter the index on the offer side. |
| **Settlement Assumptions** | T+1 settlement basis. |
| **Verification** | Multi-contributor verification. The primary price for each security is analyzed and compared to other third-party pricing sources through both statistical routines and scrutiny by the research staff. Significant discrepancies are researched and corrected as necessary. On occasion, index users may also challenge price levels, which are then reviewed by the pricing team. Prices are then updated as needed using input from the trading desk. |

| **Contacts** | | | |
|---|---|---|---|
| **New York** | **London** | **Tokyo** | **Hong Kong** |
| index@lehman.com | londonindexgroup@lehman.com | tkindexhelp@lehman.com | hongkongasiaindex@lehman.com |
| +1-212-526-7400 | +44-207-102-2220 | +81-3-6440-1770 | +852-2252-6230 |

# Euro-Aggregate Index

Global Family of Indices

| Rules for Inclusion | |
|---|---|
| **Amount Outstanding** | €300 million minimum par amount outstanding. |
| **Quality** | Must be rated investment grade ( Baa3/BBB-/BBB- or above ) using the middle rating of Moody's, S&P and Fitch, respectively.<br><br>◆ When all three agencies rate an issue, a median or "two out of three" rating is used to determine index eligibility by dropping the highest and the lowest rating.<br>◆ When a rating from only two agencies is available, the lowest ( "most conservative") of the two is used.<br>◆ When a rating from only one agency is available, that rating is used to determine index eligibility.<br>◆ Unrated Pfandbriefe are assigned ratings that are one full rating category above the issuer's unsecured debt. This is consistent with Moody's methodology and reflects the underlying collateral. |
| **Maturity** | ◆ At least one year until final maturity, regardless of optionality. For securities with a coupon that converts from fixed to floating at least one year until the conversion date.<br>◆ Perpetual securities are included in the index provided they are callable or their coupons switch from fixed to variable rate. These are included until one year before their first call date, providing they meet all other index criteria. |
| **Seniority of Debt** | Senior and subordinated issues are included. Undated securities are included provided their coupons switch from fixed to variable rate. |
| **Coupon** | Fixed-rate. Step-up coupons and coupons that change according to a predetermined schedule are also included. Capital securities with coupons that convert from fixed to floating-rate are index-eligible given that they are currently fixed-rate; the maturity date then equals the conversion date. Fixed-rate perpetual capital securities which remain fixed-rate following their first call date, and which provide no incentives to call the bonds, are excluded (refer to *Global Capital Securities Index Fact Sheet*). |
| **Currency** | Euro. |
| **Market of Issue** | Publicly issued in the Eurobond and Euro-zone domestic markets. |
| **Security Types** | **Included:**<br>◆ Fixed-rate bullet, puttable and callable<br>◆ Soft bullets<br>◆ Fixed-rate and fixed-to-floating capital securities (refer to *Global Capital Securities Index Fact Sheet*)<br><br>**Excluded:**<br>◆ Bonds with equity-type features (e.g., warrants, convertibility to equity)<br>◆ Private placements, including Schuldsheine<br>◆ Floating-rate issues<br>◆ Inflation-linked bonds<br>◆ German Schuldscheine and Genussscheine |

| Rebalancing Rules | |
|---|---|
| **Frequency** | The composition of the Returns Universe is rebalanced monthly at each month end and represents the set of bonds on which index returns are calculated. The Statistics Universe changes daily to reflect issues dropping out and entering the index, but is not used for return calculation. On the last business day of the month, the composition of the latest Statistics Universe becomes the Returns Universe for the following month. |
| **Index Changes** | During the month, indicative changes to securities (maturity, credit rating change, sector reclassification, amount outstanding) are reflected in both the Statistics and Returns universe of the index on a daily basis. These changes may cause bonds to enter or fall out of the Statistics universe of the index on a daily basis, but will affect the composition of the Returns universe only at month-end when the index is rebalanced. |
| **Reinvestment of Cash flows** | Interest and principal payments earned by the Returns universe are held in the index without a reinvestment return until month-end when it is removed from the index. |
| **New Issues** | Qualifying securities issued, but not necessarily settled, on or before the month-end rebalancing date qualify for inclusion in the following month's Returns universe. |

# LEHMAN BROTHERS

# Euro-Aggregate Corporate Index

## Overview

The Euro-Aggregate Corporate Index contains fixed-rate, investment-grade Euro-denominated securities from industrial, utility and financial issuers only. Inclusion is based on the currency of the issue, and not the domicile of the issuer. Securities in the index are also part of the Euro-Aggregate, Pan-European Aggregate and the Global Aggregate Indices. The Euro-Aggregate Corporate Index was launched on July 1, 1998.



### Sector Breakdown as of 12/31/2007

- Industrials 36.2%
- Financials 56.9%
- Utilities 6.9%

### Quality Breakdown as of 12/31/2007

- Aa 33.2%
- Aaa 5.3%
- A 41.9%
- Baa 19.7%

### Access to the Index

**LehmanLive Website**
www.lehmanlive.com

**KEY FEATURES**
- Daily index returns and statistics
- Historical index time-series can be downloaded into Excel
- Standardized market structure reports
- Fully customizable views
- Index primers and shelf reference documents
- Latest index and portfolio strategies research publications

**Bloomberg Page <LEHM> <23>**
**Key statistics and returns**
**<LECP> <INDEX>**

**TICKERS**
- Total Return Index Value: LECPTREU
- Since Inception Total Return: LECPSIEU
- Excess Return: LECPER
- Market Value: LECPMVE
- ISMA Yield to Worst: LECPYW
- ISMA Modified Duration: LECPMD
- Average OAS: LECPOAS
- Maturity: LECPMAT

**POINT (Portfolio and Index Tool)**
**Long Name: Euro Aggregate Corporate**
**Short Name: eacorp**

**KEY FEATURES**
- Index level returns and statistics
- Historical index constituents
- Fully customizable market structure reports
- Index dynamics and turnover reports
- Portfolio upload/analysis
- Multi-factor Global Risk Model
- Portfolio performance attribution
- Automated batch processing

### Pricing and Related Issues



| | |
|---|---|
| **Sources & Frequency** | All bonds are priced daily by Lehman Brothers traders or third-party vendors. |
| **Timing** | 4:15pm London time. If European markets are open, but the U.K. is closed, then pricing will remain constant until the close of the next U.K. business day. If the last business day of the month is a public holiday in the major European markets, then prices from the previous business day are used. |
| **Bid or Offer Side** | Outstanding issues are priced on the bid side. New issues enter the index on the offer side. |
| **Settlement Assumptions** | T+1 settlement basis. |
| **Verification** | Multi-contributor verification. The primary price for each security is analyzed and compared to other third-party pricing sources through both statistical routines and scrutiny by the research staff. Significant discrepancies are researched and corrected as necessary. On occasion, index users may also challenge price levels, which are then reviewed by the pricing team. Prices are then updated as needed using input from the trading desk. |

### Contacts

| New York | London | Tokyo | Hong Kong |
|---|---|---|---|
| index@lehman.com | londonindexgroup@lehman.com | tkindexhelp@lehman.com | hongkongasiaindex@lehman.com |
| +1-212-526-7400 | +44-207-102-2220 | +81-3-6440-1770 | +852-2252-6230 |

# Euro-Aggregate Corporate Index

Global Family of Indices

## Rules for Inclusion

| | |
|---|---|
| **Amount Outstanding** | €300 million minimum par amount outstanding. |
| **Quality** | Must be rated investment grade ( Baa3/BBB-/BBB- or above ) using the middle rating of Moody's, S&P and Fitch, respectively. |
| | ◆ When all three agencies rate an issue, a median or "two out of three" rating is used to determine index eligibility by dropping the highest and the lowest rating. |
| | ◆ When a rating from only two agencies is available, the lowest ( "most conservative") of the two is used. |
| | ◆ When a rating from only one agency is available, that rating is used to determine index eligibility. |
| **Maturity** | ◆ At least one year until final maturity, regardless of optionality. For securities with a coupon that converts from fixed to floating at least one year until the conversion date. |
| | ◆ Perpetual securities are included in the index provided they are callable or their coupons switch from fixed to variable rate. These are included until one year before their first call date, providing they meet all other index criteria. |
| **Seniority of Debt** | Senior and subordinated issues are included. Undated securities are included provided their coupons switch from fixed to variable rate. |
| **Coupon** | Fixed-rate. Step-up coupons and coupons that change according to a predetermined schedule are also included. Capital securities with coupons that convert from fixed to floating-rate are index-eligible given that they are currently fixed-rate; the maturity date then equals the conversion date. Fixed-rate perpetual capital securities which remain fixed-rate following their first call date, and which provide no incentives to call the bonds, are excluded (refer to *Global Capital Securities Index Fact Sheet*). |
| **Currency** | Euro. |
| **Market of Issue** | Publicly issued in the Eurobond and Euro-zone domestic markets. |
| **Security Types** | **Included:** <br> ◆ Fixed-rate bullet, puttable and callable <br> ◆ Soft bullets <br> ◆ Fixed-rate and fixed-to-floating capital securities (refer to *Global Capital Securities Index Fact Sheet*) | **Excluded:** <br> ◆ Bonds with equity-type features (e.g., warrants, convertibility to equity) <br> ◆ Private placements, including Schuldsheine <br> ◆ Floating-rate issues |

## Rebalancing Rules

| | |
|---|---|
| **Frequency** | The composition of the Returns universe is rebalanced monthly at each month-end and represents the set of bonds on which returns are calculated. The Statistics Universe changes daily to reflect issues dropping out and entering the index, but is not used for returns calculation. On the last business day of the month, the composition of the latest Statistics universe becomes the Returns universe for the following month. |
| **Index Changes** | During the month, indicative changes to securities (maturity, credit rating change, sector reclassification, amount outstanding) are reflected in both the Statistics and Returns universe of the index on a daily basis. These changes may cause bonds to enter or fall out of the Statistics universe of the index on a daily basis, but will affect the composition of the Returns universe only at month-end when the index is rebalanced. |
| **Reinvestment of Cash flows** | Interest and principal payments earned by the Returns universe are held in the index without a reinvestment return until month-end when it is removed from the index. |
| **New Issues** | Qualifying securities issued, but not necessarily settled, on or before the month-end rebalancing date qualify for inclusion in the following month's Returns universe. |

# LEHMAN BROTHERS

# Pan-European High-Yield Index

## Overview

The Pan-European High-Yield Index contains fixed-rate, non-investment grade corporate securities denominated in the following currencies: Euro, Sterling, Norwegian Krone, Danish Krone, Swedish Krone, Czech Koruna, Hungarian Forint, Polish Zloty, and Slovakian Koruna. Inclusion is based on the currency of the issue, and not the domicile of the issuer. The index does not contain Government-related, Securitized or EM debt. Securities in the index are also part of the Global High-Yield Index. The Pan-European High-Yield Index was launched on January 1, 1999.



### Currency Breakdown as of 12/31/2007

Sterling 14.4%

Euro 85.6%

### Quality Breakdown as of 12/31/2007

Caa 7.9%

Ba 48.5%

B 43.6%

### Access to the Index

**LehmanLive Website**
**www.lehmanlive.com**

**KEY FEATURES**
- Daily index returns and statistics
- Historical index time series downloadable into Excel
- Standardized market structure reports
- Fully customizable views
- Index primers and shelf reference documents
- Latest index and portfolio strategies research publications

**Bloomberg Index Page <LEHM> <24>**
**Key statistics and returns**
**<LP01> <INDEX>**

**TICKERS**
- Total Return Index Value: LP01TRGU (GBP, Unhedged)
- Total Return Index Value: LP01TREU (EUR, Unhedged)
- Since Inception Total Return: LP01SIGU (GBP, Unhedged)
- Since Inception Total Return: LP01SIEU (EUR, Unhedged)
- Month to Date Excess Return: LP01ER
- Market Value: LP01MVG (GBP)
- Market Value: LP01MVE (EUR)
- Yield to Worst: LP01YW
- ISMA Modified Duration: LP01MD
- ISMA Returns Modified Duration: LP01RMD
- Average OAS: LP01OAS

**POINT (Portfolio and Index Tool)**
**Long Name: Pan Euro HY**

**KEY FEATURES**
- Index-level returns and statistics
- Historical index constituents
- Fully customizable market structure reports
- Index dynamics and turnover reports
- Portfolio upload/analysis
- Multi-factor Global Risk Model
- Portfolio performance attribution

### Pricing and Related Issues

**Sources and Frequency**   All bonds are priced daily by Lehman Brothers traders or third-party vendors.

**Timing**   4:15pm London time. If European markets are open, but the U.K. is closed, then pricing will remain constant until the close of the next U.K. business day. If the last business day of the month is a public holiday in the major European markets, then prices from the previous business day are used.

**Bid or Offer Side**   Outstanding issues are priced on the bid side. Newly issued corporate bonds enter the index on the offer side. Downgraded issues that were part of the Pan-European Aggregate enter on the bid-side.

**Settlement Assumptions**   T+1 settlement basis

**Verification**   Multi-contributor verification: The primary price for each security is analyzed and compared to other third-party pricing sources through both statistical routines and scrutiny by the research staff. Significant discrepancies are researched and corrected as necessary. On occasion, index users may also challenge price levels, which are then reviewed by the pricing team. Prices are then updated as needed using input from the trading desk.

### Contacts

| New York | London | Tokyo | Hong Kong |
|---|---|---|---|
| index@lehman.com | londonindexgroup@lehman.com | tkindexhelp@lehman.com | hongkongasiaindex@lehman.com |
| +1-212-526-7400 | +44-207-102-2220 | +81-3-6440-1770 | +852-2252-6230 |

# Pan-European High-Yield Index

Global Family of Indices

## Rules for Inclusion

| | |
|---|---|
| **Amount Outstanding** | €100 million minimum par amount outstanding or equivalent. For non-Euro issues we take the local currency amount equal to €100 million using the exchange rates set at the end of November of each year. |
| **Quality** | Must be rated below investment grade (Ba1/BB+/BB+ or below) using the middle rating of Moody's, S&P and Fitch, respectively. |
| | ◆ When all three agencies rate an issue, a median or "two out of three" rating is used to determine index eligibility by dropping the highest and the lowest rating. |
| | ◆ When a rating from only two agencies is available, the lowest ( "most conservative") of the two is used. |
| | ◆ When a rating from only one agency is available, that rating is used to determine index eligibility. |
| | ◆ Unrated bonds and bonds with a D rating using the middle rating are excluded. |
| **Maturity** | ◆ At least one year until final maturity, regardless of optionality. For securities with a coupon that converts from fixed to floating at least one year until the conversion date. |
| | ◆ Perpetual securities are included in the index providing their coupons are callable or their coupons switch from fixed to variable rate. These are included until one year before their first call date, providing they meet all other index criteria. |
| **Seniority of Debt** | Senior and subordinated issues are included. Undated securities are included provided their coupons switch from fixed to variable rate. |
| **Coupon** | Fixed-rate. Step-up coupons and coupons that change according to a predetermined schedule are also included. Capital securities with coupons that convert from fixed to floating-rate are index-eligible given that they are currently fixed-rate; the maturity date then equals the conversion date. Fixed-rate perpetual capital securities which remain fixed-rate following their first call date, and which provide no incentives to call the bonds, are excluded (refer to *Global Capital Securities Index Fact Sheet*) |
| **Currency** | Euro, Sterling, Norwegian Krone, Danish Krone, Swedish Krone, Czech Koruna, Hungarian Forint, Polish Zloty, and Slovakian Koruna are eligible. As of January 2006, only EUR and GBP meet the index rules. |
| **Market of Issue** | Publicly issued in the Eurobond and index–member domestic markets. |
| **Security Types** | **Included:**<br>◆ Fixed-rate bullet, puttable and callable<br>◆ Soft bullets<br>◆ Fixed-rate and fixed to floating capital securities (refer to *Global Capital Securities Index Fact Sheet*) | **Excluded:**<br>◆ Bonds with equity-type features (e.g., warrants, convertibility to equity)<br>◆ Private placements, including Schuldscheine<br>◆ Floating-rate issues<br>◆ Inflation-linked bonds<br>◆ Emerging markets debt<br>◆ PIK bonds<br>◆ Govt-Related and Securitized issues |

## Rebalancing Rules

| | |
|---|---|
| **Frequency** | The composition of the Returns Universe is rebalanced monthly at each month end and represents the set of bonds on which index returns are calculated. The Statistics Universe changes daily to reflect issues dropping out and entering the index, but is not used for return calculation. On the last business day of the month, the composition of the latest Statistics Universe becomes the Returns Universe for the following month. |
| **Index Changes** | During the month, indicative changes to securities (maturity, credit rating change, sector reclassification, amount outstanding) are reflected in both the Statistics and Returns universe of the index on a daily basis. These changes may cause bonds to enter or fall out of the Statistics universe of the index on a daily basis, but will affect the composition of the Returns universe only at month-end when the index is rebalanced. |
| **Reinvestment of Cash flows** | Interest and principal payments earned by the Returns universe are held in the index without a reinvestment return until month-end when it is removed from the index |
| **New Issues** | Qualifying securities issued, but not necessarily settled, on or before the month-end rebalancing date qualify for inclusion in the following months Returns universe. |

# LEHMAN BROTHERS

# Pan-European Emerging Markets Index

## Overview

The Lehman Brothers Pan Euro Emerging Markets Index includes Pan Euro debt from emerging markets in the following regions: Americas, Europe, Middle East, Africa, and Asia. For the index, an emerging market is defined as any country that has a long term foreign currency debt sovereign rating of Baa1/BBB+/BBB+ or below using the middle rating of Moody's, S&P, and Fitch. Along with the U.S. EM Index, the Pan Euro Index is included in the Global Emerging Markets Index. It was launched on August 1, 2001.

| Country Breakdown as of 12/31/2007 | Access to the Index |
|---|---|



**Country Breakdown as of 12/31/2007**

Brazil 6.6%
Croatia 4.0%
Other 16.7%
Argentina 6.9%
Turkey 14.9%
Russia 14.2%
Mexico 16.4%
Hungary 20.5%

**LehmanLive Website**
www.lehmanlive.com

**KEY FEATURES**
- ◆ Daily index returns and statistics
- ◆ Historical index time series downloadable into Excel
- ◆ Standardized market structure reports
- ◆ Fully customizable views
- ◆ Index primers and shelf reference documents
- ◆ Latest index and portfolio strategies research publications

**Bloomberg Index Page <LEHM> <22>**
**Key statistics and returns <LP06> <INDEX>**

**TICKERS**
- ◆ Total Return Index Value: LPE1TRGU (GBP, Unhedged)
- ◆ Total Return Index Value: LPE1TREU (EUR, Unhedged)
- ◆ Since Inception Total Return: LPE1SIGU (GBP, Unhedged)
- ◆ Since Inception Total Return: LPE1SIEU (EUR, Unhedged)
- ◆ Month to Date Excess Return: LPE1ER
- ◆ Market Value: LPE1MVG (GBP)
- ◆ Market Value: LPE1MVE (EUR)
- ◆ Yield to Worst: LPE1YW
- ◆ ISMA Modified Duration: LPE1MD
- ◆ Average OAS: LPE1OAS



**Quality Breakdown as of 12/31/2007**

Ca 6.5%
Aa 1.6%
A 2.4%
B 0.4%
Ba 29.0%
Baa 60.1%

**POINT (Portfolio and Index Tool)**
**Long Name: Pan Euro EM**
**Short Name: Pan Euro EMG**

**KEY FEATURES**
- ◆ Index-level returns and statistics
- ◆ Historical index constituents
- ◆ Fully customizable market structure reports
- ◆ Index dynamics and turnover reports
- ◆ Portfolio upload/analysis
- ◆ Multi-factor Global Risk Model
- ◆ Portfolio performance attribution

## Pricing and Related Issues

| | |
|---|---|
| **Sources & Frequency** | All bonds in the index are priced by Lehman Brothers traders. Prices are captured from trader pricing runs on positions that they have traded during the day. At month-end all index positions are marked by the traders. Because the bonds are marked on a price basis, no spread matrix is used. |
| **Timing** | On a daily basis at 4:15 pm (GMT time). If the last business day of the month is a public holiday in one of the major regional markets, prices from the previous business day are used for that region. |
| **Bid or Offer Side** | Bonds in the index are dollar-priced on the bid side. The initial price for new issues entering the index is the offer side; after that, the bid side price is used. |
| **Settlement Assumptions** | T+1 settlement basis for all bonds. |
| **Verification** | Multi-contributor verification: The primary price for each security is analyzed and compared to other third-party pricing sources through both statistical routines and scrutiny by the research staff. Significant discrepancies are researched and corrected, as necessary. On occasion, index users may also challenge price levels, which are then reviewed by the pricing team. Prices are then updated as needed using input from the trading desk. |

## Contacts

| New York | London | Tokyo | Hong Kong |
|---|---|---|---|
| index@lehman.com | londonindexgroup@lehman.com | tkindexhelp@lehman.com | hongkongasiaindex@lehman.com |
| +1-212-526-7400 | +44-207-102-2220 | +81-3-6440-1770 | +852-2252-6230 |

# Pan-European Emerging Markets Index

Global Family of Indices

| Rules for Inclusion | |
|---|---|
| **Amount Outstanding** | ◆ At the security level, EUR 500 million (or equivalent) minimum par amount outstanding.<br>◆ Corporate issuers must have at least EUR 1 billion (or equivalent) in outstanding debt trading in the market. |
| **Sovereign Rating** | Country must be rated Baa1/BBB+/BBB+ or below using the middle rating of Moody's, S&P, and Fitch, respectively.<br>◆ When all three agencies rate a country, a median or "two out of three" rating is used to determine index eligibility by dropping the highest and lowest rating.<br>◆ When a rating from only two agencies is available, the lower ("most conservative") of the two is used.<br>◆ When a rating from only one agency is available, that rating is used to determine index eligibility. |
| **Issue Rating** | ◆ Both investment-grade and high-yield bonds are permitted.<br>◆ Unrated bonds may use an implied issuer rating when not rated by an agency. |
| **Maturity** | At least 1 year until final maturity, regardless of optionality. |
| **Seniority of Debt** | Senior and subordinated issues are included. |
| **Coupon** | Fixed-rate only. |
| **Currency** | Denominated in EUR, GBP, DKK, SEK, or NOK. |
| **Market of Issue** | Publicly issued in the global and regional markets. |
| **Security Types** | **Included:**<br>◆ Fixed-rate bullet, puttable and callable bonds<br>◆ Sovereigns, agencies, local issues, and corporate debt<br>◆ Eurobonds, Globals, loans, and local issues<br><br>**Excluded:**<br>◆ Bonds with equity-type features (e.g., warrants, convertibility)<br>◆ Private placements |

| Rebalancing | |
|---|---|
| **Frequency** | The composition of the Returns Universe is rebalanced monthly at each month end and represents the set of bonds on which index returns are calculated. The Statistics Universe changes daily to reflect issues dropping out and entering the index, but is not used for return calculation. On the last business day of the month, the composition of the latest Statistics Universe becomes the Returns Universe for the following month.<br><br>Defaulted corporate bonds are removed from the index at the end of the month of the default. Defaulted sovereign bonds remain in the index until they are restructured, defeased, exchanged, or no longer outstanding. |
| **Index Changes** | During the month, indicative changes to securities (maturity, credit rating change, sector reclassification, amount outstanding) are reflected in both the Statistics and Returns Universe of the index on a daily basis. These changes may cause bonds to enter or fall out of the Statistics Universe of the index on a daily basis, but will affect the composition of the Returns Universe only at month-end when the index is rebalanced. |
| **Reinvestment of Cash flows** | Interest and principal payments earned by the Returns Universe are held in the index without a reinvestment return until month-end when it is removed from the index. |
| **New Issues** | Qualifying securities issued, but not necessarily settled, on or before the month-end rebalancing date qualify for inclusion in the following month's Returns Universe. |

| Index History | |
|---|---|
| January 1, 2006 | Sovereign rating ceiling raised to Baa1/BBB+/BBB+ from Baa3/BBB-/BBB- to determine country index eligibility.<br>Minimum outstanding at the security level for Pan Euro issues raised to EUR 500 million equivalent from EUR 300 million equivalent. Corporate bonds must be from issuers with at least EUR 1 billion equivalent debt outstanding. |
| July 1, 2005 | Fitch ratings added to Moody's and S&P to determine index eligibility. |
| October 1, 2003 | Started using the most conservative rating of Moody's and S&P to determine index eligibility instead of Moody's only for split-rated securities. |
| August 1, 2001 | Pan-European Emerging Markets Index launched. Joined the U.S. Emerging Markets Index to create the Global Emerging Markets Index that was also launched on this date. |

## LEHMAN BROTHERS

# Lehman Brothers Zero Coupon Swap Indices

## Overview

Lehman Brothers Zero Coupon Swap Indices provide a suite of benchmarks designed to allow investors to track the characteristics of nominal and inflation-linked liabilities. There are two types of zero coupon swap indices; the zero coupon inflation swap index and the zero coupon nominal swap index. These indices are published on the index website on LehmanLive.

### Zero Coupon Nominal Swap Indices

◆ Zero coupon swap indices represent the performance of single cash flows at maturity priced off the swap curve.

◆ Index returns reflect the change in present value of a fully funded investment in a zero coupon bond.

◆ Zero coupon swap rates are derived from the par swap curve.

### Zero Coupon Inflation Swap Indices

◆ Inflation swap indices represent funded investments in hypothetical inflation-linked single cash flows.

◆ The single cashflow at maturity is given by the growth in the inflation index between the time of investment I(0) and the maturity date I(T) .

◆ The present value is a function of the observed realised rate of inflation and the real rate of interest priced off the nominal and inflation swap curves.

### Key Applications

◆ Regulatory changes have made it necessary for pension funds to periodically mark-to-market their liabilities, bringing with it the need for a more realistic valuation of those liabilities against which to assess performance.

◆ Asset managers do not need to rely upon generic long-maturity bond indices to reflect the nature of these future obligations.

 – Nominal and inflation swap indices can be combined to create benchmarks for liability driven investment (LDI) which closely track the inflation-linked and fixed nominal characteristics of future cash streams.

◆ The zero coupon swap indices are consistent with the implementation of liquid unfunded strategies

 – Nominal swap indices provide pure interest rate exposure, without being exposed to bond-specific factors like variations in issuer or bond-specific spread

 – Inflation swap indices provide pure inflation exposure

◆ Client customised weighting of combinations of zero and inflation-linked swap indices will be possible

## Zero Coupon Swap Indices - Coverage

**Rolling Maturity Swap Indices** are suitable for open funds where liabilities are extending. The index is rebalanced at every month end and the maturity date shifts forward one month with a new breakeven.

**Fixed Maturity Date Swap Indices** are appropriate for closed funds. The index is static and is not rebalanced after inception. This means that the index maturity will decrease through time to match the characteristics of a closed fund.

| | | Nominal | Inflation-Linked |
|---|---|---|---|
| **Rolling Maturity** | ◆ Roll every month-end to maintain maturity and risk profile | ◆ EUR<br>◆ GBP<br>◆ USD<br>◆ JPY | ◆ €-HICPxT<br>◆ FR CPIxT<br>◆ UK RPI<br>◆ US CPI |
| **Fixed Maturity** | ◆ Calendar year-end<br>◆ Maintained until maturity<br>◆ Custom indices available | ◆ EUR<br>◆ GBP | ◆ €-HICPxT<br>◆ FR CPIxT<br>◆ UK RPI |

| Contacts | | | |
|---|---|---|---|
| **New York**<br>index@lehman.com<br>+1-212-526-7400 | **London**<br>londonindexgroup@lehman.com<br>+44-207-102-2220 | **Tokyo**<br>tkindexhelp@lehman.com<br>+81-3-6440-1770 | **Hong Kong**<br>hongkongasiaindex@lehman.com<br>+852-2252-6230 |

March 2008

# Lehman Brothers Zero Coupon Swap Indices

Global Family of Indices

## Index Analytics

| | Nominal | | Inflation-Linked | |
|---|---|---|---|---|
| | Returns Universe | Statistics Universe | Returns Universe | Statistics Universe |
| Returns (daily, monthly, cumulative) | ✓ | | ✓ | |
| Discount Factor | ✓ | ✓ | ✓ | ✓ |
| Nominal / Inflation Duration | ✓ | ✓ | ✓ | ✓ |
| Breakeven Inflation | | ✓ | | ✓ |
| Nominal / Real Yield | | ✓ | | ✓ |
| OAS / Libor OAS | | ✓ | | ✓ |

## Index Tenors



## Navigation on LehmanLive



Zero Coupon Inflation Swap Indices

Zero Coupon Nominal Swap Indices

# LEHMAN BROTHERS

# Lehman Brothers Par Swap Indices

## Overview

Lehman Brothers Par Swap Indices provide a suite of benchmarks designed to allow investors to track the performance of interest rates swaps combined with short-term deposits, and are therefore comparable with investments in fixed-coupon bonds. Swap indices are available for selected G10 and non-G10 markets.

## Characteristics

◆ Each swap is effectively a long position in a fixed-coupon bond plus a short in the floating leg (with principal).

◆ At inception and on all quarterly payment dates, the floating leg is worth exactly par because it represents borrowing at the prevailing market rate.

◆ The swap is initiated at zero cost, while the bond must be worth par because the value of the fixed leg initially equals that of the floating leg.

## Total Return Calculations

◆ **Rebalancing:**  In accordance with the current Lehman index policy of keeping the total return universe fixed during each calendar month, the proposed portfolio consisting of a par swap and a cash investment is created on the last business day of each month. The portfolio gets liquidated on the last business day of the following month and is replaced by a new trade of a par swap and a cash investment. On the unwind date (which defines the total return for the swap for that month), the swap is one month shorter than at inception.

◆ **Coupon:**  New swaps are initiated on the last calendar day of the month at par. The coupon on the swap is the par coupon as obtained from the Lehman closing mid-market marks for swap rates from the most recent business day.

◆ **Mark-to-market:**  The total returns calculated on any day will be based on the Lehman closing mid-market swap curve for that day.

◆ **Settlement:**  For total return calculations, settlement assumption is in one calendar day. This contrasts with standard settlement in the U.S., which is in two business days. The one calendar day settlement assumption conforms with other Lehman indices, allowing direct comparison of swap total returns with other Lehman indices.

## Key Applications

◆ **Benchmark for money management:**  Can be used to track the returns of active strategies invested in specific yield curve points within and/or across individual markets. Swap indices of various tenors may also be used to proxy the bond market performance of a given market, which is especially useful for emerging markets that may suffer from limited and/or illiquid bond markets.

◆ **Track pension or insurance liabilities:**  Can form building blocks for constructing customized investment benchmarks that accurately represent investors' desired risk profile.

◆ **Security selection decisions and performance attribution:**  A security's spread to swaps effectively represents the residual risk of holding that security, after the common risk of spread products is stripped out. For money managers who use the OAS framework for security selection and relative value analysis, the swaps indices may help facilitate this process by allowing easy computation of returns relative to swaps.

◆ **Asset allocation decisions:**  Excess returns to swaps play an important role in asset allocation. To understand the benefits of diversification in a portfolio, investors frequently focus on the correlation of security returns in excess of risk-free interest rates. When this is done using excess returns to Treasuries, the correlations are artificially high because of the systematic inception of investment-grade credit spreads and the liquidity premium of Treasuries. By using excess returns to swaps, this common factor is further stripped out, leading to improved evaluation of sector allocations.

## Par Swap Indices – Market Coverage

| G10 Currencies | Non-G10 Currencies |
|---|---|
| – Canadian Dollar (CAD) | – Czech Koruna (CZK) |
| – Swiss Francs (CHF) | – Hungarian Forint (HUF) |
| – Euro (EUR) | – Mexican Peso (MXN) |
| – British Sterling (GBP) | – Polish Zloty (PLN) |
| – Japanese Yen (JPY) | – Slovakian Koruna (SKK) |
| – Swedish Krona (SEK) | – South African Rand (ZAR) |
| – U.S. Dollar (USD) | |

## Contacts

| New York | London | Tokyo | Hong Kong |
|---|---|---|---|
| index@lehman.com | londonindexgroup@lehman.com | tkindexhelp@lehman.com | hongkongasiaindex@lehman.com |
| +1-212-526-7400 | +44-207-102-2220 | +81-3-6440-1770 | +852-2252-6230 |

# Lehman Brothers Par Swap Indices

Global Family of Indices



## Index Tenors

| Currency | Tenors (years) |
|---|---|

**G10**
-- British Sterling (GBP)
-- Canandian Dollar (CAD)
-- Euro (EUR)
-- Japanese Yen (JPY)
-- Swedish Krona (SEK)
-- Swiss Francs (CHF)
-- U.S. Dollar (USD)

**Non-G10**
-- Czech Koruna (CZK)
-- Hungarian Forint (HUF)
-- Mexican Peso (MXN)
-- Polish Zloty (PLN)
-- Slovakian Koruna (SKK)
-- South African Rand (ZAR)

## Navigation on LehmanLive



Non-G10 Swap Indices

G-10 Swap Indices

# LEHMAN BROTHERS

# Sterling Aggregate Index

## Overview

The Sterling Aggregate Index contains fixed-rate, investment-grade Sterling-denominated securities. Inclusion is based on the currency of the issue, and not the domicile of the issuer. The principal asset classes in the index are Treasuries (Gilts), Corporates, Government Related and Securitised. Securities in the index are all eligible for the Pan-European Aggregate and Global Aggregate indices. The Sterling Aggregate Index was launched on January 1, 1999.



### Sector Breakdown as of 12/31/2007

Gilts 47.2%
Govt.-Related 15.2%
Corporate 32.0%
Securitised 5.7%

### Quality Breakdown as of 12/31/2007

Baa 6.9%
A 13.4%
Aa 12.2%
Aaa 67.5%

### Access to the Index

**LehmanLive Website**
**www.lehmanlive.com**

**KEY FEATURES**
- Daily index returns and statistics
- Historical index time series downloadable into Excel
- Standardized market structure reports
- Fully customizable views
- Index primers and shelf reference documents
- Latest index and portfolio strategies research publications

**Bloomberg Index Page <LEHM> <26>**
**Key statistics and returns <LC58> <INDEX>**

**TICKERS**
- Total Return Index Value: LC58TRGU
- Since Inception Total Return: LC58SIGU
- Month to Date Excess Return: LC58ER
- Market Value (GBP): LC58MVG
- Yield to Worst: LC58YW
- ISMA Modified Duration: LC58MD
- Average OAS: LC58OAS

**POINT (Portfolio and Index Tool)**
**Long Name: Sterling Agg**
**Short Name: gbpall**

**KEY FEATURES**
- Index-level returns and statistics
- Historical index constituents
- Fully customizable market structure reports
- Index dynamics and turnover reports
- Portfolio upload/analysis
- Multi-factor Global Risk Model
- Portfolio performance attribution
- Automated batch processing

### Pricing and Related Issues

| | |
|---|---|
| **Sources & Frequency** | All bonds are priced by daily Lehman Brothers traders and third-party vendors. |
| **Timing** | 4:15pm London time. If European markets are open, but the U.K. is closed, then pricing will remain constant until the close of the next U.K. business day. If the last business day of the month is a public holiday in the major European markets, then prices from the previous business day are used. |
| **Bid or Offer Side** | Outstanding issues are priced on the bid side, with the exception of Sterling Treasury bonds, which use mid dollar prices. New issues enter the index on the offer side. |
| **Settlement Assumptions** | T+1 settlement basis. |
| **Verification** | Multi-contributor verification: The primary price for each security is analyzed and compared to other third-party pricing sources through both statistical routines and scrutiny by the research staff. Significant discrepancies are researched and corrected, as necessary. On occasion, index users may also challenge price levels, which are then reviewed by the pricing team. Prices are then updated as needed using input from the trading desk. |

### Contacts

| New York | London | Tokyo | Hong Kong |
|---|---|---|---|
| index@lehman.com | londonindexgroup@lehman.com | tkindexhelp@lehman.com | hongkongasiaindex@lehman.com |
| +1-212-526-7400 | +44-207-102-2220 | +81-3-6440-1770 | +852-2252-6230 |

# Sterling Aggregate Index

Global Family of Indices

| Rules for Inclusion | |
| --- | --- |
| **Amount Outstanding** | £200 million minimum par amount outstanding. |
| **Quality** | Must be rated investment grade (Baa3/BBB-/BBB- or above) using the middle rating of Moody's, S&P, and Fitch, respectively. |
| | ◆ When all three agencies have a rating for the issue, a median or "two out of three" approach is applied for qualification purposes |
| | ◆ Where a rating from only two agencies is available, the lowest of the two is used. |
| | ◆ Where a rating from only one agency is available, that rating is used to determine the bond's index rating |
| | ◆ Unrated securities are included if an issuer rating is applicable |
| | ◆ Unrated subordinated securities are included if a subordinated issuer rating is applicable |
| **Maturity** | ◆ One year minimum to final maturity on dated bonds, regardless of put or call features |
| | ◆ Undated securities are included in the index provided their coupons switch from fixed to variable rate. These are included until one year before their first call dates, providing they meet all other index criteria |
| | ◆ Fixed-rate perpetual capital securities which remain fixed-rate following their first call dates, and which provide no economic incentives to call the bonds, are excluded. |
| **Seniority of Debt** | Senior and subordinated issues are included. Undated securities are included provided their coupons switch from fixed to variable rate. |
| **Coupon** | The index includes fixed-rate bonds. The following fixed to variable-rate security structures will also qualify for the index |
| | ◆ If the holder has the option to force the issuer to issue preference shares post the call date |
| | ◆ If there are other economic incentives for the issuer to call the issue, such as the removal of tax benefits after the first call date |
| **Currency of Issue** | GB Pounds |
| **Market of Issue** | Domestic UK and Eurobond |
| **Security Types** | **Included:** **Excluded:** |
| | ◆ Fixed-rate bullet, puttable and callable  ◆ Bonds with equity-type features (e.g., warrants, convertibility to equity) |
| | ◆ Soft bullets  ◆ Private placements |
| | ◆ Floating-rate issues |
| | ◆ Inflation-linked bonds |

| Rebalancing | |
| --- | --- |
| **Frequency** | The composition of the Returns Universe is rebalanced monthly at each month end and represents the set of bonds on which index returns are calculated. The Statistics Universe changes daily to reflect issues dropping out and entering the index, but is not used for return calculation. On the last business day of the month, the composition of the latest Statistics Universe becomes the Returns Universe for the following month. |
| **Index Changes** | During the month, indicative changes to securities (maturity, credit rating change, sector reclassification, amount outstanding) are reflected in both the Statistics and Returns Universe of the index on a daily basis. These changes may cause bonds to enter or fall out of the Statistics Universe of the index on a daily basis, but will affect the composition of the Returns Universe only at month-end when the index is rebalanced. |
| **Reinvestment of Cash flows** | Interest and principal payments earned by the Returns Universe are held in the index without a reinvestment return until month-end when it is removed from the index. |
| **New Issues** | Qualifying securities issued, but not necessarily settled, on or before the month-end rebalancing date qualify for inclusion in the following month's Returns Universe. |

# LEHMAN BROTHERS

# Eurodollar Index

## Overview

The Eurodollar Index contains US dollar-denominated securities that are registered outside of the United States (except for global issues which can be SEC-registered). Inclusion is based on the currency of the issue, and not the country of domicile of the issuer. The index is a component of the U.S. Universal index in its entirety and some its bonds (SEC-registered) also qualify for the U.S. Aggregate. The index can include government-related, corporate, and securitized bonds, though the index is primarily corporates. The Eurodollar Index was introduced on April 1, 1994.



### U.S. Aggregate Eligibility as of 12/31/2007

Not Eligible for U.S. Agg
23.6%

Aggregate Index Eligible
76.4%

### Quality Breakdown as of 12/31/2007

Baa
16.4%

Aaa
47.0%

A
20.4%

Aa
16.2%

### Access to the Index

**LehmanLive Website**
**www.lehmanlive.com**

**KEY FEATURES**
- Daily index returns and statistics
- Historical index time series downloadable into Excel
- Standardized market structure reports
- Fully customizable views
- Index primers and shelf reference documents
- Latest index and portfolio strategies research publications

**Bloomberg Index Page <LEHM> <18> <1>**
**Key returns and statistics**
- Current Month Returns & Statistics
- Previous Month Returns & Statistics

**POINT (Portfolio and Index Tool)**
**Long Name: Eurodollar**
**Short Name: comp**

**KEY FEATURES**
- Index level returns and statistics
- Historical index constituents
- Fully customizable market structure reports
- Index dynamics and turnover reports
- Portfolio upload/analysis
- Multi-factor Global Risk Model
- Portfolio performance attribution
- Automated batch processing

### Pricing and Related Issues

| | |
|---|---|
| **Sources & Frequency** | Combination of Lehman Brothers trader and third party vendor pricing. All bonds are priced by Lehman Brothers traders at mid month and month end. On a daily basis, a subset of the index continues to be trader priced or vendor priced, with the remaining bonds model/matrix priced using actively traded benchmark securities to generate issuer pricing curves and populate a spread matrix algorithm that also accounts for daily changes in the yield and swap curves. |
| **Timing** | 3:00 pm (New York time) each day. If the last business day of the month is a public holiday in the U.S. market, prices from the previous business day are used. |
| **Bid or Offer Side** | Bonds in the index are priced on the bid side. The initial price for new corporate issues entering the index is the offer side; after that, the bid side price is used. |
| **Settlement Assumptions** | T+1 settlement basis. |
| **Verification** | Multi-contributor verification: The primary price for each security is analyzed and compared to other third-party pricing sources through both statistical routines and scrutiny by the research staff. Significant discrepancies are researched and corrected, as necessary. On occasion, index users may also challenge price levels, which are then reviewed by the pricing team. Prices are then updated as needed using input from the trading desk. |

### Contacts

| New York | London | Tokyo | Hong Kong |
|---|---|---|---|
| index@lehman.com | londonindexgroup@lehman.com | tkindexhelp@lehman.com | hongkongasiaindex@lehman.com |
| +1-212-526-7400 | +44-207-102-2220 | +81-3-6440-1770 | +852-2252-6230 |

# Eurodollar Index

Global Family of Indices

| Rules for Inclusion | |
|---|---|
| **Amount Outstanding** | USD 250 million minimum par amount outstanding (or USD 200 million in case of Japanese ex-warrant bonds). |
| **Quality** | Must be rated investment grade (Baa3/BBB-/BBB- or above) using the middle rating of Moody's, S&P, and Fitch, respectively. |
| | ◆ When all three agencies have a rating for the issue, a median or "two out of three" approach is applied for qualification purposes, after dropping the highest and lowest rating. |
| | ◆ Where a rating from only two agencies is available, the lowest of the two is used. |
| | ◆ Where a rating from only one agency is available, that rating is used to determine the bond's index rating |
| **Maturity** | ◆ At least 1 year until final maturity, regardless of optionality. For securities with coupon that converts from fixed to floating-rate, at least 1 year until the conversion date. |
| | ◆ Perpetual securities are included in the index provided they are callable or their coupons switch from fixed to variable rate. These are included until one year before their first call date, providing they meet all other index criteria. |
| **Seasoning** | Securities become index-eligible 41 days after their dated date for non Regulation S bonds. |
| **Seniority of Debt** | Senior and subordinated issues are included. |
| **Sector** | Can include Government-Related, Corporate, and Securitized bonds, though index is mostly corporates |
| **Currency of Issue** | USD |
| **Market of Issue** | Bonds must be non-SEC registered (except for global bonds, which can be SEC-registered). Eurobonds issued as part of Euro medium-term note programmes are included, as are Dragon bonds (bearer securities that are launched, syndicated and sold in Asia excluding Japan). |
| **Security Types** | **Included:** <br> ◆ Fixed-rate bullet, puttable and callable <br> ◆ Soft bullets <br> ◆ Eurobonds issued as part of Euro-medium-term note programs <br> ◆ Dragon bonds (bearer securities that are launched, syndicated and sold in Asia, excluding Japan). <br><br> **Excluded:** <br> ◆ Bonds with equity-type features (e.g., warrants, convertibility to equity) <br> ◆ Private placements <br> ◆ Floating-rate issues <br> ◆ Strips <br> ◆ Inflation-linked bonds |

| Rebalancing Rules | |
|---|---|
| **Frequency** | The composition of the Returns Universe is rebalanced monthly at each month end and represents the set of bonds on which index returns are calculated. The Statistics Universe changes daily to reflect issues dropping out and entering the index, but is not used for return calculation. On the last business day of the month, the composition of the latest Statistics Universe becomes the Returns Universe for the following month. |
| **Index Changes** | During the month, indicative changes to securities (maturity, credit rating change, sector reclassification, amount outstanding) are reflected in both the Statistics and Returns Universe of the index on a daily basis. These changes may cause bonds to enter or fall out of the Statistics Universe of the index on a daily basis, but will affect the composition of the Returns Universe only at month-end when the index is rebalanced. |
| **Reinvestment of Cash flows** | Interest and principal payments earned by the Returns Universe are held in the index without a reinvestment return until month-end when it is removed from the index. |
| **New Issues** | Qualifying securities issued, but not necessarily settled, on or before the month-end rebalancing date qualify for inclusion in the first month's Returns Universe after 41 days from the dated date for non-Regulation S bonds. |

# LEHMAN BROTHERS

# Asian-Pacific Aggregate Index

## Overview

The Asian-Pacific Aggregate Index contains fixed-rate investment-grade securities denominated in Japanese Yen, Australian Dollar, Hong Kong Dollar, Malaysian Ringgit, New Zealand Dollar, Singapore Dollar, South Korean Won, and Taiwan Dollar. Thai baht debt was removed from the index on March 1, 2007 and will be added back on July 1, 2008. Inclusion is based on the currency of the issue, and not the country of domicile of the issuer. The index is composed primarily of local currency sovereign debt but also includes government-related, corporate, and securitized bonds. The Asian-Pacific Aggregate Index family includes a wide range of standard and customized subindices by liquidity constraint, sector, quality, and maturity. This index is a subset of the Global Aggregate Index in its entirety. The Asian-Pacific Aggregate Index was launched on July 1, 2000.



| **Sector Breakdown** as of 12/31/2007 | **Access to the Index** | |
|---|---|---|
| | **LehmanLive Website**<br>www.lehmanlive.com | **KEY FEATURES**<br>◆ Daily index returns and statistics<br>◆ Historical index time series downloadable into Excel<br>◆ Standardized market structure reports<br>◆ Fully customizable views<br>◆ Index primers and shelf reference documents<br>◆ Latest index and portfolio strategies research publications |

Government-Related 11.7%
Corporate 6.3%
Securitized 0.1%
Treasury 82.0%

**Bloomberg Index Page <LEHM> <31>**
**Key statistics and returns**
**<LGAP> <INDEX>**

**TICKERS**
◆ Total Return Index Value: LGAPTRJU
◆ Since Inception Total Return: LGAPSIJU
◆ Month to Date Excess Return: LGAPER
◆ Market Value (JPY): LGAPMVJ
◆ Yield to Worst:LGAPYW
◆ Mod. Adj. Duration:LGAPRMD
◆ Average OAS: LGAPOAS
◆ Maturity: LGAPMAT

### Quality Breakdown as of 12/31/2007

A 9.1%
Baa 0.3%
Aaa 4.7%
Aa 85.9%

**POINT (Portfolio and Index Tool)**
**Name: Asia Pac Aggregate**
**Short Name: apindex**

**KEY FEATURES**
◆ Index level returns and statistics
◆ Historical index constituents
◆ Fully customizable market structure reports
◆ Index dynamics and turnover reports
◆ Portfolio upload/analysis
◆ Multi-factor Global Risk Model
◆ Portfolio performance attribution

## Rebalancing

| **Frequency** | The composition of the Returns Universe is rebalanced monthly at each month end and represents the set of bonds on which index returns are calculated. The Statistics Universe changes daily to reflect issues dropping out and entering the index, but is not used for return calculation. On the last business day of the month, the composition of the latest Statistics Universe becomes the Returns Universe for the following month. |
|---|---|
| **Index Changes** | During the month, indicative changes to securities (maturity, credit rating change, sector reclassification, amount outstanding) are reflected in both the Statistics and Returns Universe of the index on a daily basis. These changes may cause bonds to enter or fall out of the Statistics Universe of the index on a daily basis, but will affect the composition of the Returns Universe only at month-end when the index is rebalanced. |
| **Reinvestment of Cash flows** | Interest and principal payments earned by the Returns Universe are held in the index without a reinvestment return until month-end when it is removed from the index. |
| **New Issues** | Qualifying securities issued, but not necessarily settled, on or before the month-end rebalancing date qualify for inclusion in the following month's Returns Universe. On occasion, index users may also challenge price levels, which are then reviewed by the pricing team. Prices are then updated as needed using input from the trading desk. |

## Contacts

| **New York**<br>index@lehman.com<br>+1-212-526-7400 | **London**<br>londonindexgroup@lehman.com<br>+44-207-102-2220 | **Tokyo**<br>tkindexhelp@lehman.com<br>+81-3-6440-1770 | **Hong Kong**<br>hongkongasiaindex@lehman.com<br>+852-2252-6230 |
|---|---|---|---|

# Asian-Pacific Aggregate Index

Global Family of Indices

## Rules for Inclusion

| | |
|---|---|
| **Amount Outstanding** | ◆ JPY35 billion for Yen-denominated issues. |
| | ◆ For non-Yen issues, JPY35 billion equivalent at an exchange rate fixed at the end of November each year. |
| **Quality** | Must be rated investment grade (Baa3/BBB-/BBB- or above) using the middle rating of Moody's, S&P, and Fitch, respectively. |
| | ◆ When all three agencies rate an issue, a median or "two out of three" rating is used to determine index eligibility by dropping the highest and lowest rating. |
| | ◆ When a rating from only two agencies is available, the lower ("most conservative") of the two is used. |
| | ◆ When a rating from only one agency is available, that rating is used to determine index eligibility. |
| | ◆ Domestic local currency sovereign bonds will be rated by calculating the most observed bond level rating for all outstanding bonds |
| | ◆ Japan's local currency sovereign rating is assigned to Japanese government, agency, and local government securities denominated in JPY. |
| **Maturity** | ◆ At least 1 year until final maturity, regardless of optionality. For securities with coupon that converts from fixed to floating-rate, at least 1 year until the conversion date. |
| | ◆ Undated securities are included in the index provided their coupons switch from fixed to variable rate. These are included until one year before their first call dates, providing they meet all other index criteria. |
| **Seniority of Debt** | Senior and subordinated issues are included. |
| **Coupon** | Fixed-rate. Step-up coupons and coupons that change according to a predetermined schedule are also included. Various types of fixed to variable-rate security structures will also qualify for the index if the holder has the option to force the issuer to issue preference shares post the call date or if there are other economic incentives for the issuer to call the issue, such as the removal of tax benefits after the first call date |
| **Currency** | Japanese Yen, Australian Dollar, Hong Kong Dollar, New Zealand Dollar, Singapore Dollar, South Korean Won, Taiwan Dollar (as of January 1, 2006), Malaysian Ringgit (as of January 1, 2006). Thai baht debt was removed on March 1 2007 and will be added back on July 1, 2008. |
| | Currencies eligible for inclusion must be freely tradable and hedgeable; local currencies' sovereign bonds (both local and foreign) must have an investment-grade sovereign rating following the quality criteria outlined above. The list of eligible currencies is reviewed once a year. |
| **Market of Issue** | Fully taxable, publicly issued in the global and regional markets. |

| | Included: | Excluded: |
|---|---|---|
| **Security Types** | ◆ Fixed-rate bullet, puttable and callable bonds | ◆ Bonds with equity-type features (e.g., warrants, convertibility) |
| | ◆ Soft bullets | ◆ Private placements |
| | ◆ Original issue zero coupon, step-ups, and underwritten MTN | ◆ Floating-rate issues |
| | | ◆ Strips |
| | ◆ Fixed-rate and fixed to floating capital securities (refer to *Global Capital Securities Index Factsheet*) | ◆ Inflation-linked bonds |
| | | ◆ Privately-placed Japanese Government Bonds (JGB) |
| | ◆ Thai baht debt (as of July 1, 2008) | ◆ JFHA RMBS |

## Pricing and Related Issues

| | |
|---|---|
| **Sources & Frequency** | Index eligible Japanese Government Bonds are priced by Lehman Brothers traders on a daily basis. All other bonds prices provided by third party sources. |
| **Timing** | On a daily basis at each local market's own closing time and subject to change based on semi-annual reviews: 3:00 pm for Japan and Taiwan; 4:00 pm for Hong Kong and Singapore; 4:30 pm for South Korea and Malaysia; 5:00 pm Australia and New Zealand; 2:30 pm for Thailand. If the last business day of the month is a public holiday in a major regional market, prices from the previous business day are used to price bonds in the particular market. |
| **Bid or Offer Side** | Bonds in the index are priced on the bid side. |
| **Settlement Assumptions** | T+1 settlement basis for all bonds |
| **Verification** | Multi-contributor verification: The primary price for each security is analyzed and compared to other third-party pricing sources through both statistical routines and scrutiny by the research staff. Significant discrepancies are researched and corrected, as necessary. |

## Index History

| | |
|---|---|
| July 1, 2008 | Thai baht debt added back to the index |
| March 1, 2007 | Thai baht debt removed from the index |
| January 1, 2006 | Taiwan dollar and Malaysian ringgit eligible for inclusion in the index. |
| July 1, 2005 | Fitch ratings added to Moody's and S&P to determine index eligibility. |
| January 1, 2005 | Sector re-classification into Treasury, Government-Related, Corporate, and Securitized. |
| October 1, 2003 | Capital and senior unsecured securities with fixed-to-variable coupons added to the index. |
| January 1, 2002 | Liquidity constraint raised to JPY 35 billion from JPY 20 billion. Malaysian ringgit, Taiwan dollar, and Chinese yuan excluded from the index. |
| October 1, 2000 | Asian-Pacific Aggregate Index joined the Global Aggregate Index. |
| July 1, 2000 | Creation of Asian-Pacific Aggregate Index. |

March 2008

# LEHMAN BROTHERS

# Japanese Aggregate Index

## Overview

The Japanese Aggregate Index contains fixed-rate investment-grade securities that are issued in Japanese yen and registered in Japan. The index is composed primarily of Japanese Government Bond (JGB) debt but also includes government-related, corporate, and securitized bonds. On April 1, 2007, yen-denominated Japan Housing Finance Agency (JHFA) Residential Mortgage Backed Securities (RMBS) were added to the Japanese Aggregate Index. The non-JFHA portion of the Japanese Aggregate Index is a subset of Asian-Pacific Aggregate and Global aggregate Indices. The Japanese Aggregate Index was launched on July 1, 2000.



| Sector Breakdown as of 12/31/2007 | | Access to the Index | |
| --- | --- | --- | --- |

**Sector Breakdown as of 12/31/2007**

Treasury 81.4%
Government-Related 11.1%
Corporate 6.3%
Securitized 1.2%

**Quality Breakdown as of 12/31/2007**

Aa 95.5%
A 1.6%
Baa 0.3%
Aaa 2.5%

**Access to the Index**

LehmanLive Website
www.lehmanlive.com

KEY FEATURES
- Daily index returns and statistics
- Historical index time series downloadable into Excel
- Standardized market structure reports
- Fully customizable views
- Index primers and shelf reference documents
- Latest index and portfolio strategies research publications

Bloomberg Index Page <LEHM> <31>
Key statistics and returns
- Total Return
- Yield
- Duration
- Issue Count
- Average Price
- Market Value

POINT (Portfolio and Index Tool)
Name: Japanese Aggregate
Short Name: Japanese Aggregate

KEY FEATURES
- Index level returns and statistics
- Historical index constituents
- Fully customizable market structure reports
- Index dynamics and turnover reports
- Portfolio upload/analysis
- Multi-factor Global Risk Model
- Portfolio performance attribution



## Rebalancing

| | |
| --- | --- |
| **Frequency** | The composition of the Returns Universe is rebalanced monthly at each month end and represents the set of bonds on which index returns are calculated. The Statistics Universe changes daily to reflect issues dropping out and entering the index, but is not used for return calculation. On the last business day of the month, the composition of the latest Statistics Universe becomes the Returns Universe for the following month. |
| **Index Changes** | During the month, indicative changes to securities (maturity, credit rating change, sector reclassification, amount outstanding) are reflected in both the Statistics and Returns Universe of the index on a daily basis. These changes may cause bonds to enter or fall out of the Statistics Universe of the index on a daily basis, but will affect the composition of the Returns Universe only at month-end when the index is rebalanced. |
| **Reinvestment of Cash flows** | Interest and principal payments earned by the Returns Universe are held in the index without a reinvestment return until month-end when it is removed from the index. |
| **New Issues** | Qualifying securities issued, but not necessarily settled, on or before the month-end rebalancing date qualify for inclusion in the following month's Returns Universe. |

## Contacts

| New York | London | Tokyo | Hong Kong |
| --- | --- | --- | --- |
| index@lehman.com | londonindexgroup@lehman.com | tkindexhelp@lehman.com | hongkongasiaindex@lehman.com |
| +1-212-526-7400 | +44-207-102-2220 | +81-3-6440-1770 | +852-2252-6230 |

# Japanese Aggregate Index

Global Family of Indices

| Rules for Inclusion | |
|---|---|
| **Amount Outstanding** | JPY35 billion. |
| **Quality** | Must be rated investment grade (Baa3/BBB-/BBB- or above) using the middle rating of Moody's, S&P, and Fitch, respectively. |
| | ◆ When all three agencies rate an issue, a median or "two out of three" rating is used to determine index eligibility by dropping the highest and lowest rating. |
| | ◆ When a rating from only two agencies is available, the lower ("most conservative") of the two is used. |
| | ◆ When a rating from only one agency is available, that rating is used to determine index eligibility. |
| | ◆ Domestic local currency sovereign bonds will be rated by calculating the most observed bond level rating for all outstanding bonds |
| | ◆ Japan's local currency sovereign rating is assigned to Japanese government, agency, and local government securities denominated in JPY. |
| **Maturity** | ◆ At least 1 year until final maturity, regardless of optionality. For securities with coupon that converts from fixed to floating-rate, at least 1 year until the conversion date. |
| | ◆ Undated securities are included in the index provided their coupons switch from fixed to variable rate. These are included until one year before their first call dates, providing they meet all other index criteria. |
| **Seniority of Debt** | Senior and subordinated issues are included. |
| **Coupon** | Fixed-rate. Step-up coupons and coupons that change according to a predetermined schedule are also included. Various types of fixed to variable-rate security structures will also qualify for the index if the holder has the option to force the issuer to issue preference shares post the call date or if there are other economic incentives for the issuer to call the issue, such as the removal of tax benefits after the first call date |
| **Currency** | Japanese Yen |
| **Market of Issue** | Fully taxable, publicly issued in the global and regional markets. |
| **Security Types** | **Included:**      **Excluded:** |

**Security Types**

Included:
- ◆ Domestic Bonds (issued by resident issuers)
- ◆ Samurai bonds (issued and registered in Japan by non-Japanese issuers)
- ◆ JFHA RMBS
- ◆ Fixed-rate bullet, puttable and callable bonds
- ◆ Soft bullets
- ◆ Original issue zero coupon, step-ups, and underwritten MTN
- ◆ Fixed-rate and fixed to floating capital securities (refer to *Global Capital Securities Index Factsheet*)

Excluded:
- ◆ Bonds with equity-type features (e.g., warrants, convertibility)
- ◆ Private placements
- ◆ Floating-rate issues
- ◆ Strips
- ◆ Inflation-linked bonds
- ◆ Privately-placed Japanese Government Bonds (JGB)

| Pricing and Related Issues | |
|---|---|
| **Sources & Frequency** | Index eligible Japanese Government Bonds are priced by Lehman Brothers traders on a daily basis. All other bonds prices provided by Japan Securities Dealers Association or third party sources. |
| **Timing** | 3:00 p.m. Tokyo time |
| **Bid or Offer Side** | Bonds in the index are priced on the bid side. |
| **Settlement Assumptions** | T+1 settlement basis for all bonds |
| **Verification** | Multi-contributor verification: The primary price for each security is analyzed and compared to other third-party pricing sources through both statistical routines and scrutiny by the research staff. Significant discrepancies are researched and corrected, as necessary. On occasion, index users may also challenge price levels, which are then reviewed by the pricing team. Prices are then updated as needed using input from the trading desk. |

| Index History | |
|---|---|
| April 1, 2007 | JFHA RMBS added to Japanese Aggregate Index |
| July 1, 2005 | Fitch ratings added to Moody's and S&P to determine index eligibility. |
| January 1, 2005 | Sector re-classification into Treasury, Government-Related, Corporate, and Securitized. |
| October 1, 2003 | Capital and senior unsecured securities with fixed-to-variable coupons added to the index. |
| January 1, 2002 | Liquidity constraint raised to JPY 35 billion from JPY 20 billion. |
| October 1, 2000 | Asian-Pacific Aggregate Index joined the Global Aggregate Index. |
| July 1, 2000 | Creation of Japanese Aggregate Index. |

# LEHMAN BROTHERS

# Lehman Brothers/HFN Hedge Fund Indices

## Overview

The Lehman Brothers/HFN Global Hedge Fund Index is a broad based index whose underlying constituents are hedge funds, rather than publicly traded securities. It is constructed using Hedgefund.net's (HFN) market-leading database of hedge fund returns and Lehman Brothers' approach to objective rules-based indexing. Index composition is reset monthly to include hedge funds that meet index rules on assets under management, length of track record, timeliness of returns reporting, and frequency of fund audits.

The index uses a proprietary multi-dimensional classification scheme to create subindices that segment the hedge fund universe by investment style/strategy, market, and geography. All published returns are reported net of fees and are calculated concurrently with two different weighting assumptions: equal weighted and asset weighted (using beginning of period weights).

Index history is available back to January 1, 2000.

### Style Breakdown ( # of funds) as of 12/31/07



- Relative Value 24.0%
- Multi-Style 12.2%
- Macro/Directional 63.8%

### Geographic Breakdown as of 12/31/07



- Europe 13.7%
- Other 2.2%
- Asia-Pacific 7.2%
- Global 54.8%
- US 22.1%

### Access to the Index

**LehmanLive Website**
**lehmanlive.com**

**KEY FEATURES**
- Monthly index returns and statistics
- Historical index time series downloadable into Excel
- Index primers and shelf reference documents
- Latest index and portfolio strategies research publications

**Bloomberg <LEHM> <10>**
**Key statistics and returns**

- Monthly Total Return Breakdown
- Since Inception and Periodic Total Returns
- Sector/Style Weights

### Rules for Index Inclusion

| | |
|---|---|
| **Assets Under Management** | All funds must have at least USD 25 million AUM. If a fund starts the period above USD 25 million and then falls below, it will be included in the index returns until it exits the index |
| **Track Record** | All funds must have at least a 1 year track record of reported monthly returns. |
| **Monthly Reporting Window** | All funds will have two calendar months after month end to report monthly returns for official index inclusion. If returns are not submitted within that window, the fund will not be included in either an equal weighted or asset weighted benchmark for that month and will be dropped from the index. All funds must submit reported returns within the required two month reporting window for at least 3 consecutive months. |
| **Annual Audit** | All fund returns must be audited annually. |
| **Exclusions** | Fund of Funds are not eligible so as to avoid double counting. There is also no restriction on closed funds |
| **Part of HFN Database** | All index-eligible funds must report returns to HedgeFund.net (HFN), a division of Channel Capital Group Inc which is owned by Guggenheim Partners and Capital Z. HFN is a leading source for hedge fund news and information with an online returns database of more than 5,500 hedge funds, funds-of-funds and CTA/managed futures vehicles. |

### Contacts

| **New York** | **London** | **Tokyo** | **Hong Kong** |
|---|---|---|---|
| index@lehman.com | londonindexgroup@lehman.com | tkindexhelp@lehman.com | hongkongasiaindex@lehman.com |
| +1 212 526 7400 | +44 20 7102-2220 | +81 3 6440 1770 | +852 2252 6230 |

# Lehman/HFN Global Hedge Fund Index

Global Family of Indices

| **Published Subindices** | |
|---|---|
| **Investment Style/Strategy** | **Macro/Directional:** |
| | ◆ *Macro* |
| | ◆ *Long/Short (Long Only, Long Bias, Variable Bias, Short Bias, Short Only)* |
| | ◆ *CTA (Fundamental, Trend Following, Passive)* |
| | **Relative Value:** |
| | ◆ *Statistical Arbitrage* |
| | ◆ *Special Situations/Event Driven (Distressed, Reg D, Merger Arbitrage)* |
| | ◆ *Capital Structure Arbitrage* |
| | ◆ *Market Neutral-Equity Only* |
| | ◆ *Broad Relative Value* |
| | **Multi-Style** |
| **Market** | **Fixed Income:** |
| | ◆ *Government* |
| | ◆ *Corporate (IG, HY, Structured Credit)* |
| | ◆ *Mortgage Securitized* |
| | ◆ *Multi-Sector* |
| | **Equities:** |
| | ◆ *Energy, Finance, Healthcare, Technology, Real Estate, Multi-Market* |
| | ◆ *Small/Micro Cap, Mid/Large Cap, Volatility/Options, All Cap* |
| | **Commodities:** |
| | ◆ *Metals, Oil Products* |
| | ◆ *Agriculture* |
| | ◆ *Multi-Sector* |
| | **FX** |
| | **Convertibles** |
| | **Broad Market** |
| **Geography** | ◆ **Global:** *Broad Market, Developed Markets, Emerging Markets* |
| | ◆ **Americas:** *US, Canada, Mexico, Developed, EM* |
| | ◆ **Europe:** *Broad Market, Developed Markets, Emerging Markets* |
| | ◆ **Asia Pacific:** *Japan, Non-Japan, Australia, China, Developed, EM* |
| | ◆ **Africa/Middle East** |
| **Assets Under Management** | ◆ Greater than USD 25 million |
| | ◆ Greater than USD 50 million |
| | ◆ Greater than USD 100 million |
| | ◆ Greater than USD 250 million |
| | ◆ Greater than USD 500 million |
| | ◆ Greater than USD 1 billion |

| **Index Return Calculations** | |
|---|---|
| **Timing and Frequency** | Initial monthly return estimates are first published 10 days after month-end using only funds that have reported to HFN at that time. This initial monthly return is then updated daily until the two month reporting window for index-eligible funds has expired. If there is a major return restatement by a fund after the two month reporting window has ended, a fund may be removed from the index. |
| **Net of Fees Returns** | Fund returns must be reported net of all fees. If a fund has reported returns that does not include certain fees, the fund may be removed from the index. |
| **Reporting Currency** | Fund returns will be reported in each fund's specified base reporting currency and are assumed to be unhedged. Index returns will be available hedged and unhedged in multiple base currencies after each fund return has been converted to the same reporting currency. |
| **Weighting Assumptions** | All indices are published with two different weighting assumptions: equal weighting and asset weighting of index-eligible fund returns |

# LEHMAN BROTHERS

# Lehman Brothers Commodity Index - LBCI

## Overview

On July 1, 2006, Lehman Brothers launched the Lehman Brothers Commodity Index (LBCI), an objective and rules-based index of commodities futures that uses liquidity as the primary criterion for commodity selection and weights. The Lehman Brothers Commodity Index's components are both selected and weighted based on historical commodity futures liquidity.  For index purposes, liquidity is derived from the exchange reported trading volume of non-financial commodities futures.

### Sector Breakdown as of January 2008



- Livestock 2.7%
- Agricultural 11.7%
- Metals 27.7%
- Energy 57.9%

### Initial Annual Commodity Weights 2001-2007

| Sector/Commodity | *Initial Annual LBCI Index Weights* | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2007 | 2006 | 2005 | 2004 | 2003 | 2002 | 2001 |
| **Energy** | 55.8% | 56.2% | 52.1% | 51.2% | 50.8% | 46.8% | 40.3% |
| Crude Oil | 29.0% | 26.7% | 23.5% | 22.2% | 22.4% | 20.8% | 17.7% |
| Natural Gas | 13.3% | 14.6% | 15.1% | 15.9% | 15.3% | 13.7% | 12.0% |
| Unleaded Gas | 6.1% | 7.5% | 7.1% | 6.8% | 6.8% | 6.3% | 5.4% |
| Heating Oil | 7.4% | 7.4% | 6.5% | 6.3% | 6.3% | 6.0% | 5.3% |
| **Metals** | 25.5% | 22.5% | 24.5% | 25.2% | 26.2% | 28.9% | 32.1% |
| **Industrial Metals** | 16.9% | 14.1% | 16.1% | 18.1% | 20.3% | 22.2% | 23.8% |
| Aluminum | 5.1% | 4.3% | 6.1% | 8.1% | 9.1% | 9.7% | 9.9% |
| Copper | 8.1% | 6.7% | 6.6% | 7.0% | 7.5% | 8.3% | 8.7% |
| Nickel | 1.6% | 1.6% | 1.6% | 1.5% | 1.8% | 2.2% | 2.7% |
| Zinc | 2.1% | 1.6% | 1.6% | 1.6% | 1.8% | 2.1% | 2.5% |
| **Precious Metals** | 8.6% | 8.6% | 8.4% | 7.1% | 5.9% | 6.7% | 8.3% |
| Gold | 6.6% | 6.8% | 6.7% | 5.7% | 4.5% | 4.9% | 5.8% |
| Silver | 2.0% | 1.8% | 1.7% | 1.4% | 1.5% | 1.9% | 2.5% |
| **Agricultural** | 15.8% | 18.2% | 20.6% | 20.4% | 19.8% | 20.7% | 24.0% |
| **Grains** | 12.1% | 14.6% | 17.2% | 17.0% | 16.2% | 16.3% | 18.4% |
| Soybeans | 5.2% | 6.9% | 7.9% | 7.3% | 6.6% | 6.7% | 7.9% |
| Corn | 3.0% | 3.1% | 3.7% | 3.8% | 4.0% | 4.0% | 4.3% |
| Soybean Meal | 1.4% | 1.9% | 2.3% | 2.4% | 2.3% | 2.3% | 2.4% |
| Wheat | 1.6% | 1.6% | 1.9% | 2.0% | 2.0% | 2.0% | 2.0% |
| Soybean Oil | 1.0% | 1.2% | 1.5% | 1.5% | 1.3% | 1.3% | 1.7% |
| **Softs** | 3.6% | 3.6% | 3.4% | 3.3% | 3.6% | 4.4% | 5.6% |
| Coffee | 1.4% | 1.4% | 1.3% | 1.2% | 1.3% | 1.8% | 2.3% |
| Cotton | 0.9% | 1.1% | 1.2% | 1.3% | 1.3% | 1.5% | 2.1% |
| Sugar | 1.4% | 1.1% | 0.9% | 0.9% | 1.0% | 1.1% | 1.2% |
| **Livestock** | 2.9% | 2.8% | 2.9% | 3.2% | 3.3% | 3.6% | 3.6% |
| Live Cattle | 1.8% | 1.9% | 2.0% | 2.4% | 2.3% | 2.5% | 2.5% |
| Lean Hogs | 1.1% | 1.0% | 0.9% | 0.9% | 1.0% | 1.1% | 1.1% |
| | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |

## Index Eligibility

**Index Eligibility & Contract Selection**

Commodities are selected for the LBCI based on their liquidity as defined by dollar trading volume

- ◆ Commodities with an average daily dollar trading volume exceeding USD 250 million over the previous three years as of November 30 are eligible for inclusion in the LBCI. Commodity liquidity is evaluated across all contracts and settlement dates on the various global commodity futures exchanges. Industrial metals traded on the London Metals Exchange (LME) will require a minimum average daily trading volume of USD 1 billion because of differences in their method for reporting volumes compared with other exchanges.

- ◆ Index-eligible commodities will remain in the index until their average daily dollar volume traded drops below USD 200 million (USD 800 million for LME metals).

- ◆ Only the largest contract per commodity based on liquidity will be index-eligible. If the second largest contract's liquidity surpasses that of the largest contract during the course of the year, it will not replace the index-eligible contract until the following year's composition reset in January.

- ◆ If the index-eligible contract of a particular commodity is discontinued or substituted in the market by a different contract as a result of external factors such as government regulations, Lehman Brothers may substitute the new contract in between rebalancing dates after providing advanced notice to index users.

- ◆ Commodities that are considered to be derivatives or downstream products created from other index-eligible commodities are treated as separate commodities so long as they have sufficient market liquidity and are evaluated for index eligibility on a standalone basis.

- ◆ Only dollar-denominated contracts are currently index-eligible for the flagship LBCI.

### Contacts

| **New York** | **London** | **Tokyo** | **Hong Kong** |
|---|---|---|---|
| index@lehman.com | londonindexgroup@lehman.com | tkindexhelp@lehman.com | hongkongasiaindex@lehman.com |
| +1-212-526-7400 | +44-207-102-2220 | +81-3-6440-1770 | +852-2252-6230 |

# Lehman Brothers Commodity Index

Global Family of Indices

## Index Weighting & Return Calculations

**Index Weighting of Eligible Commodities**

Index eligible contracts are weighted by liquidity as well

- Each commodity is re-weighted in the index at the start of each year (implemented during the January roll period) using its trailing 3-year average daily liquidity as of the previous November month-end. Daily index weightings will adjust throughout the year with the price movements of the underlying commodity contract prices, until weights are reset the following year.

- Each index-eligible commodity will be weighted in the LBCI in proportion to its liquidity *relative* to the other index-eligible contracts/commodities. LME volumes are scaled by a factor of two to more accurately reflect the relative liquidity of these metals to other index-eligible commodities.

- There are no caps or floors on a particular commodity or sector weighting based on the liquidity.

- Index weights for the LBCI are published daily. In addition, we also calculate projected index weights for the following year using the trailing 3-year average daily volume as of that day. On November 30, this projected weight will become the initial weight for the following year.

**Commodity Roll Calendar and Active Contract Calendar**

- The underlying constituents of the LBCI are commodities futures contracts that are rolled forward to a new contract date during the month as they approach their settlement date. Therefore, at the contract level, there are up to two contracts that can contribute to index returns during the month: the prompt (nearby) contract and the prompt + 1 (next nearby) contract that is rolled into. See LBCI Contract Calendar below.

- At the start of the month, the prompt contract is used for index returns calculations. During the roll period (5th through 9th business days), the prompt contract and the prompt + 1 are used to price the index.

- After the roll has been completed, what was initially the prompt + 1 contract at the start of the month becomes the prompt contract for the remainder of the month (until the start of the next roll period) and is used to price the commodity.

- The LBCI business day calendar will follow the New York Mercantile Exchange (NYMEX) holiday calendar and the LBCI will only be published on days when the NYMEX is open for trading (including half days).

**Return Calculations**

- **Spot Return:** Commodity level spot returns represent the daily price appreciation of the underlying futures contracts used to price the index before any contract rolling has occurred. It will reflect the return of the current day's prompt contract or a combination of the prompt and prompt + 1 contracts compared to the previous day's closing price before that day's roll has occurred.

- **Excess Return:** Commodity level excess returns represent the daily price appreciation of the underlying futures contracts plus roll yield. Positive roll yield is generated in backward-dated markets when higher priced spot or near-term futures contracts are "sold" to "buy" lower priced longer dated contracts. Negative roll yield occurs in contangoed markets as higher futures prices roll down to the spot price.

- **Total Return:** A fully collateralized long futures position earns a risk-free return on the collateral in addition to the daily price appreciation of the futures contract. For the LBCI and its components, we calculate a Treasury Bill return that is added to commodity excess returns to represent the total return earned by a fully collateralized futures position.

## LBCI Commodity Contract Calendar (Futures Contracts Used Each Month by Commodity to Price the Index)

| Commodity | Contract | Exchange | Ticker | Jan (F) | Feb (G) | Mar (H) | Apr (J) | May (K) | June (M) | July (N) | Aug (Q) | Sep (U) | Oct (V) | Nov (X) | Dec (Z) | Excluded Contracts |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | \multicolumn Current Active Contract / Next Active Contract by Index Reporting Month | | | | | | | | | | | | |
| Crude Oil | West Texas Intermediate | NYMEX | CL | G/H | H/J | J/K | K/M | M/N | N/Q | Q/U | U/V | V/X | X/Z | Z/F | F/G | |
| Heating Oil | Heating Oil | NYMEX | HO | G/H | H/J | J/K | K/M | M/N | N/Q | Q/U | U/V | V/X | X/Z | Z/F | F/G | |
| Natural Gas | Henry Hub | NYMEX | NG | G/H | H/J | J/K | K/M | M/N | N/Q | Q/U | U/V | V/X | X/Z | Z/F | F/G | |
| Unleaded Gas | NYH RBOB | NYMEX | XB | G/H | H/J | J/K | K/M | M/N | N/Q | Q/U | U/V | V/X | X/Z | Z/F | F/G | |
| Aluminum | High Grade Aluminum | LME | LA | G/H | H/J | J/K | K/M | M/N | N/Q | Q/U | U/V | V/X | X/Z | Z/F | F/G | |
| Copper | Copper | LME | LP | G/H | H/J | J/K | K/M | M/N | N/Q | Q/U | U/V | V/X | X/Z | Z/F | F/G | |
| Nickel | Primary Nickel | LME | LN | G/H | H/J | J/K | K/M | M/N | N/Q | Q/U | U/V | V/X | X/Z | Z/F | F/G | |
| Zinc | High Grade Zinc | LME | LX | G/H | H/J | J/K | K/M | M/N | N/Q | Q/U | U/V | V/X | X/Z | Z/F | F/G | |
| Gold | Gold (New York) | COMEX | GC | G/J | J | J/M | M | M/Q | Q | Q/Z | Z | Z | Z | Z/G | G | V |
| Silver | Silver (New York) | COMEX | SI | H | H/K | K | K/N | N | N/U | U | U/Z | Z | Z | Z/H | H | F |
| Lean Hogs | Lean Hogs | CME | LH | G/J | J | J/M | M | M/N | N/Q | Q/V | V | V/Z | Z | Z/G | G | K |
| Live Cattle | Live Cattle | CME | LC | G/J | J | J/M | M | M/Q | Q | Q/V | V | V/Z | Z | Z/G | G | K, N |
| Corn | Corn | CBOT | C | H | H/K | K | K/N | N | N/U | U | U/Z | Z | Z | Z/H | H | |
| Soybean | Soybean | CBOT | S | H | H/K | K | K/N | N | N/X | X | X | X | X/F | F | F/H | Q, U |
| Soybean Meal | Soybean Meal | CBOT | SM | H | H/K | K | K/N | N | N/Z | Z | Z | Z | Z/F | F | F/H | V, Q |
| Soybean Oil | Soybean Oil | CBOT | BO | H | H/K | K | K/N | N | N/Z | Z | Z | Z | Z/F | F | F/H | V, Q |
| Wheat | Wheat (Chicago) | CBOT | W | H | H/K | K | K/N | N | N/U | U | U/Z | Z | Z | Z/H | H | |
| Coffee | Coffee 'C' | NYBOT | KC | H | H/K | K | K/N | N | N/U | U | U/Z | Z | Z | Z/H | H | |
| Cotton | Cotton No. 2 | NYBOT | CT | H | H/K | K | K/N | N | N/Z | Z | Z | Z | Z/H | H | H | V |
| Sugar | Sugar No. 11 | NYBOT | SB | H | H/K | K | K/N | N | N/V | V | V | V/H | H | H | H | |

**Analyst Certification**

The views expressed in this report accurately reflect the personal views of Brian Upbin, the primary analyst responsible for this report, about the subject securities or issuers referred to herein, and no part of such analyst's compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed herein.

**Important Disclosures**

Lehman Brothers Inc. and/or an affiliate thereof (the "firm") regularly trades, generally deals as principal and generally provides liquidity (as market maker or otherwise) in the debt securities that are the subject of this research report (and related derivatives thereof).  The firm's proprietary trading accounts may have either a long and / or short position in such securities and / or derivative instruments, which may pose a conflict with the interests of investing customers.

Where permitted and subject to appropriate information barrier restrictions, the firm's fixed income research analysts regularly interact with its trading desk personnel to determine current prices of fixed income securities.

The firm's fixed income research analyst(s) receive compensation based on various factors including, but not limited to, the quality of their work, the overall performance of the firm (including the profitability of the investment banking department), the profitability and revenues of the Fixed Income Division and the outstanding principal amount and trading value of, the profitability of, and the potential interest of the firms investing clients in research with respect to, the asset class covered by the analyst.

Lehman Brothers generally does and seeks to do investment banking and other business with the companies discussed in its research reports.  As a result, investors should be aware that the firm may have a conflict of interest.

To the extent that any historical pricing information was obtained from Lehman Brothers trading desks, the firm makes no representation that it is accurate or complete. All levels, prices and spreads are historical and do not represent current market levels, prices or spreads, some or all of which may have changed since the publication of this document.

Lehman Brothers' global policy for managing conflicts of interest in connection with investment research is available at www.lehman.com/researchconflictspolicy.

To obtain copies of fixed income research reports published by Lehman Brothers please contact Valerie Monchi (vmonchi@lehman.com; 212-526-3173) or clients may go to https://live.lehman.com/.

**Legal Disclaimer**

This material has been prepared and/or issued by Lehman Brothers Inc., member SIPC, and/or one of its affiliates ("Lehman Brothers"). Lehman Brothers Inc. accepts responsibility for the content of this material in connection with its distribution in the United States. This material has been approved by Lehman Brothers International (Europe), authorised and regulated by the Financial Services Authority, in connection with its distribution in the European Economic Area. This material is distributed in Japan by Lehman Brothers Japan Inc., and in Hong Kong by Lehman Brothers Asia Limited. This material is distributed in Australia by Lehman Brothers Australia Pty Limited, and in Singapore by Lehman Brothers Singapore Pte Ltd. Where this material is distributed by Lehman Brothers Singapore Pte Ltd, please note that it is intended for general circulation only and the recommendations contained herein do not take into account the specific investment objectives, financial situation or particular needs of any particular person. An investor should consult his Lehman Brothers' representative regarding the suitability of the product and take into account his specific investment objectives, financial situation or particular needs before he makes a commitment to purchase the investment product. This material is distributed in Korea by Lehman Brothers International (Europe) Seoul Branch.  Any U.S. person who receives this material and places an order as result of information contained herein should do so only through Lehman Brothers Inc.  This document is for information purposes only and it should not be regarded as an offer to sell or as a solicitation of an offer to buy the securities or other instruments mentioned in it. With exception of the disclosures relating to Lehman Brothers, this report is based on current public information that Lehman Brothers considers reliable, but we do not represent that this information, including any third party information, is accurate or complete and it should not be relied upon as such. It is provided with the understanding that Lehman Brothers is not acting in a fiduciary capacity. Opinions expressed herein reflect the opinion of Lehman Brothers' Fixed Income Research Department and are subject to change without notice. The products mentioned in this document may not be eligible for sale in some states or countries, and they may not be suitable for all types of investors. If an investor has any doubts about product suitability, he should consult his Lehman Brothers representative. The value of and the income produced by products may fluctuate, so that an investor may get back less than he invested. Value and income may be adversely affected by exchange rates, interest rates, or other factors. Past performance is not necessarily indicative of future results. If a product is income producing, part of the capital invested may be used to pay that income. Lehman Brothers may, from time to time, perform investment banking or other services for, or solicit investment banking or other business from any company mentioned in this document. No part of this document may be reproduced in any manner without the written permission of Lehman Brothers. © 2008 Lehman Brothers. All rights reserved. Additional information is available on request. Please contact a Lehman Brothers' entity in your home jurisdiction.