# Exhibit E

## AMENDED CERTIFICATION

I, Corbin Robertson III, as Director, Chief Executive Officer of Lion Fund LP ("Lion Fund"), hereby certify as follows:

1. I am fully authorized to enter into and execute this Certification on behalf of Lion Fund. I have reviewed the Consolidated Amended Class Action Complaint prepared against Regions Morgan Keegan Funds (Closed-End Funds) ("RMK") alleging violations of the federal securities laws;

2. Lion Fund did not purchase securities of RMK at the direction of counsel or in order to participate in any private action under the federal securities laws;

3. Lion Fund is willing to serve as a lead plaintiff in this matter, including providing testimony at deposition and trial, if necessary;

4. Lion Fund's transactions in RMK during the class period are reflected in Exhibit A, attached hereto;

5. Lion Fund has not sought to serve as a lead plaintiff in any class action under the federal securities laws during the last three years;

6. Beyond its pro rata share of any recovery, Lion Fund will not accept payment for serving as a lead plaintiff on behalf of the class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

Dated: 2-21-11

Corbin Robertson III
Director, Chief Executive Officer

# EXHIBIT A

## TRANSACTIONS IN
## REGIONS MORGAN KEEGAN FUNDS (CLOSED-END FUNDS)

| Fund Type | Ticker | Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|---|---|
| RMK Advantage Income Fund | RMA | Purchase | 03/20/07 | 1,500.00 | $14.7867 | ($22,180.05) |
| RMK Advantage Income Fund | RMA | Purchase | 03/21/07 | 1,200.00 | $14.8200 | ($17,784.00) |
| RMK Advantage Income Fund | RMA | Purchase | 03/26/07 | 2,000.00 | $14.9700 | ($29,940.00) |

| Fund Type | Ticker | Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|---|---|
| RMK High Income Fund | RMH | Purchase | 02/15/07 | 400.00 | $16.1000 | ($6,440.00) |
| RMK High Income Fund | RMH | Purchase | 02/15/07 | 2,300.00 | $16.1100 | ($37,053.00) |
| RMK High Income Fund | RMH | Purchase | 02/15/07 | 5,800.00 | $16.1016 | ($93,389.41) |
| RMK High Income Fund | RMH | Purchase | 02/28/07 | 100.00 | $15.8400 | ($1,584.00) |
| RMK High Income Fund | RMH | Purchase | 02/28/07 | 3,900.00 | $15.8423 | ($61,785.00) |
| RMK High Income Fund | RMH | Purchase | 02/28/07 | 4,000.00 | $15.8500 | ($63,400.00) |
| RMK High Income Fund | RMH | Purchase | 03/02/07 | 3,042.00 | $15.7233 | ($47,830.23) |
| RMK High Income Fund | RMH | Purchase | 03/05/07 | 2,958.00 | $15.7234 | ($46,509.75) |
| RMK High Income Fund | RMH | Purchase | 03/06/07 | 130.00 | $15.2068 | ($1,976.89) |
| RMK High Income Fund | RMH | Purchase | 03/06/07 | 4,000.00 | $15.3424 | ($61,369.59) |
| RMK High Income Fund | RMH | Purchase | 03/14/07 | 3,870.00 | $14.9926 | ($58,021.29) |
| RMK High Income Fund | RMH | Purchase | 06/21/07 | 200.00 | $13.9100 | ($2,781.99) |
| RMK High Income Fund | RMH | Purchase | 06/21/07 | 9,800.00 | $13.9000 | ($136,220.00) |
| RMK High Income Fund | RMH | Purchase | 06/27/07 | 5,000.00 | $13.6519 | ($68,259.49) |
| RMK High Income Fund | RMH | Purchase | 07/17/07 | 3,200.00 | $12.0431 | ($38,537.99) |

| RMK High Income Fund | RMH | Purchase | 07/17/07 | 3,100.00  | $12.0531 | ($37,364.68)  |
| RMK High Income Fund | RMH | Purchase | 07/17/07 | 3,700.00  | $12.0500 | ($44,585.00)  |
| RMK High Income Fund | RMH | Purchase | 07/17/07 | 5,000.00  | $11.9320 | ($59,659.99)  |
| RMK High Income Fund | RMH | Purchase | 07/17/07 | 5,000.00  | $11.9020 | ($59,509.99)  |
| RMK High Income Fund | RMH | Purchase | 07/17/07 | 5,000.00  | $11.8920 | ($59,459.99)  |
| RMK High Income Fund | RMH | Purchase | 07/27/07 | 10,000.00 | $11.5110 | ($115,109.99) |
| RMK High Income Fund | RMH | Purchase | 08/10/07 | 25,000.00 | $9.4714  | ($236,784.99) |
| RMK High Income Fund | RMH | Purchase | 08/14/07 | 4,200.00  | $6.9838  | ($29,331.87)  |
| RMK High Income Fund | RMH | Purchase | 08/14/07 | 15,800.00 | $6.9900  | ($110,442.00) |
| RMK High Income Fund | RMH | Purchase | 11/19/07 | 400.00    | $5.3650  | ($2,145.99)   |
| RMK High Income Fund | RMH | Purchase | 11/19/07 | 100.00    | $5.3500  | ($535.00)     |
| RMK High Income Fund | RMH | Purchase | 11/19/07 | 49,500.00 | $5.4000  | ($267,300.00) |
| RMK High Income Fund | RMH | Purchase | 12/10/07 | 50,000.00 | $5.5902  | ($279,509.99) |
| RMK High Income Fund | RMH | Purchase | 01/18/08 | 36,790.00 | $3.8500  | ($141,641.50) |
| RMK High Income Fund | RMH | Purchase | 01/18/08 | 300.00    | $3.8733  | ($1,161.99)   |
| RMK High Income Fund | RMH | Purchase | 04/09/07 | 10,000.00 | $15.0060 | ($150,060.00) |
| RMK High Income Fund | RMH | Purchase | 07/25/07 | 10,000.00 | $11.7608 | ($117,608.00) |