# Exhibit F

## AMENDED CERTIFICATION

I, J. Samir Sulieman[1], hereby certify as follows:

1. I am fully authorized to enter into and execute this Certification. I have reviewed the Consolidated Amended Class Action Complaint prepared against Regions Morgan Keegan Funds (Closed-End Funds) ("RMK") alleging violations of the federal securities laws;

2. I did not purchase securities of RMK at the direction of counsel or in order to participate in any private action under the federal securities laws;

3. I am willing to serve as a lead plaintiff in this matter, including providing testimony at deposition and trial, if necessary;

4. I have transactions in RMK during the class period as reflected in Exhibit A, attached hereto;

5. I have not sought to serve as a lead plaintiff in any class action under the federal securities laws during the last three years;

6. Beyond my pro rata share of any recovery, I will not accept payment for serving as a lead plaintiff on behalf of the class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

Dated: 2/22/11

J. Samir Sulieman

---

[1] J. Samir Sulieman is asserting claims for losses that occurred in his individual retirement account, in his joint account with his wife, Sarah Ann Sulieman, as trustee for his children, Samir David Sulieman, Jr. and Salwa Elizabeth Sulieman.

# EXHIBIT A

## TRANSACTIONS IN
## REGIONS MORGAN KEEGAN FUNDS (CLOSED-END FUNDS)

| Fund Type | Ticker | Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds | Account |
|---|---|---|---|---|---|---|---|
| RMK Strategic Income Fund | RSF | Purchase | 07/19/07 | 8,100.00 | $11.8404 | ($95,907.24) | IRA Account |
| RMK Strategic Income Fund | RSF | Purchase | 07/19/07 | 1,000.00 | $11.9001 | ($11,900.10) | IRA Account |
| RMK High Income Fund | RMH | Purchase | 12/01/05 | 3,234.00 | $17.8172 | ($57,620.82) | IRA Account |
| RMK Advantage Income Fund | RMA | Purchase | 06/06/05 | 1,388.00 | $15.7886 | ($21,914.58) | IRA Account |

| Fund Type | Ticker | Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds | Account |
|---|---|---|---|---|---|---|---|
| RMK Strategic Income Fund | RSF | Purchase | 06/09/05 | 11,638.00 | $16.6992 | ($194,345.29) | Joint Account |
| RMK High Income Fund | RMH | Purchase | 06/09/05 | 10,547.00 | $17.6481 | ($186,134.51) | Joint Account |
| RMK Advantage Income Fund | RMA | Purchase | 06/09/05 | 11,863.00 | $16.1868 | ($192,024.01) | Joint Account |

| Fund Type | Ticker | Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds | Account |
|---|---|---|---|---|---|---|---|
| RMK High Income Fund | RMH | Purchase | 05/02/06 | 1,420.00 | $17.6279 | ($25,031.62) | Samir David Sulieman Jr. Trust |
| RMK Advantage Income Fund | RMA | Purchase | 05/02/06 | 1,450.00 | $17.2906 | ($25,071.37) | Samir David Sulieman Jr. Trust |

| Fund Type | Ticker | Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds | Account |
|---|---|---|---|---|---|---|---|
| RMK Strategic Income Fund | RSF | Purchase | 12/13/05 | 388.00 | $17.0544 | ($6,617.11) | Salwa Elizabeth Sulieman |
| RMK Strategic Income Fund | RSF | Purchase | 02/16/06 | 1,000.00 | $16.7479 | ($16,747.86) | Salwa Elizabeth Sulieman |
| RMK Advantage Income Fund | RMA | Purchase | 12/13/05 | 250.00 | $16.6157 | ($4,153.93) | Salwa Elizabeth Sulieman |
| RMK Multi-Sector High Income Fund | RHY | Purchase | 12/19/06 | 900.00 | $16.7096 | ($15,038.68) | Salwa Elizabeth Sulieman |