# Exhibit H

## **AMENDED CERTIFICATION**

I, C. Fred Daniels, as court-appointed Trustee *ad Litem* for the Leroy McAbee, Sr. Family Foundation Trust (the "McAbee Foundation Trust"), being first duly sworn, hereby certify as follows:

1. In my capacity as Trustee *ad Litem* for the McAbee Foundation Trust, I am fully authorized to make and execute this Certification. I have reviewed the Consolidated Amended Class Action Complaint in *In Re: Regions Morgan Keegan Closed-End Fund Litigation*, 2:07-cv-02830, in the United States District Court For The Western District of Tennessee, alleging violations of the federal securities laws on behalf of purchasers of securities of RMK High Income Fund, Inc ("RMH Fund"), RMK Advantage Income Fund, Inc. ("RMA Fund"), RMK Strategic Income Fund, Inc. ("RSF Fund"), and RMK Multi-Sector High Income Fund, Inc ("RHY Fund"). (The RMH Fund, RMA Fund, RSF Fund, and RHY Fund are referred to collectively as the "RMK Closed-End Funds").

2. The McAbee Foundation Trust did not purchase securities of any RMK Closed-End Funds at the direction of counsel or in order to participate in any private action under the federal securities laws.

3. In my capacity as Trustee *ad Litem* for the McAbee Foundation Trust, I am willing to serve as a representative plaintiff on behalf of a class in this matter, including providing testimony at deposition and trial, if necessary.

4. The McAbee Foundation Trust has transactions in RMK Closed-End Funds during the class period as reflected in <u>Exhibit A</u>, attached hereto.

5. The McAbee Foundation Trust has not sought to serve as a representative plaintiff in any class action under the federal securities laws during the last three years other than Case Nos. 2:08-cv-02453 and 2:08-cv-02456 in the United States District Court for the Western

District of Tennessee, which have previously been consolidated with this litigation (*In Re: Regions Morgan Keegan Closed-End Fund Litigation*, 2:07-cv-02830). Other trusts and custodial accounts have, through me, as their court-appointed Trustee *ad Litem*, filed two additional actions (2:08-cv-02452 and 2:08-cv-02455) under the federal securities laws as representative plaintiffs on behalf of classes of trusts and custodial accounts that purchased securities of the RMK Closed-End Funds. Those actions have previously been consolidated with this litigation. Finally, other separate and distinct trusts and custodial accounts have, through me, as their court-appointed Trustee *ad Litem*, filed an action (2:08-cv-02454) under the federal securities laws as representative plaintiffs on behalf of purchasers of securities of Morgan Keegan Select Fund, Inc. That action has been consolidated with *In Re: Regions Morgan Keegan Open-End Mutual Fund Litigation*, 2:07-cv-02784, in the United States District Court for the Western District of Tennessee. The trusts and custodial accounts that filed, through me as Trustee *ad Litem*, Case No. 2:08-cv-02454, are not Lead Plaintiffs in the consolidated litigation.

6. Beyond the McAbee Foundation Trust's *pro rata* share of any recovery, the McAbee Foundation Trust will not accept payment for serving as a representative plaintiff on behalf of the class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

Dated: 2/22/11

_____
C. Fred Daniels, as Trustee *ad Litem* for the
Leroy McAbee, Sr. Family Foundation Trust

# EXHIBIT A

## TRANSACTIONS IN
## REGIONS MORGAN KEEGAN FUNDS (CLOSED-END FUNDS)

| Fund Type | Ticker | Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|---|---|
| RMK Multi-Sector High Income Fund | RHY | Purchase | 1/24/06 | 3,333.00 | $15.00 | ($49,995.00) |
| RMK Multi-Sector High Income Fund | RHY | Purchase | 6/12/06 | 6,080.00 | $16.54 | ($100,554.08) |
| RMK Advantage Income Fund | RMA | Purchase | 6/12/06 | 5,715.00 | $17.39 | ($99,382.14) |