# Exhibit J

| | |
|---|---|
| **From:** | AL LANDERS [ALLANDERS@bloomberg.net] |
| **Sent:** | Friday, February 23, 2007 3:00 PM |
| **To:** | EVAN KESTENBERG |
| **Subject:** | Hey Evan.  I hope you're doing well.  I think we bought NORMA |

Hey Evan.  I hope you're doing well.  I think we bought NORMA
07-1A E from you guys but I don't know whether or not you were involved.  If you were, can you tell me what kind of CDO it is
(CLO, RMBS, Trust Pfd, CRE, etc)?  Also, if you have any docs and/or mktg materials for it please pass those along.  Thank you.

Al