# Exhibit K

| | |
|---|---|
| **From:** | AL LANDERS [ALLANDERS@bloomberg.net] |
| **Sent:** | Friday, February 23, 2007 2:54 PM |
| **To:** | KIM PANDICK |
| **Subject:** | Paul/Gunny, can you tell me what kind of CDO Silver Elms is |

```
Paul/Gunny, can you tell me what kind of CDO Silver Elms is
(RMBS, CLO, Trust Pfd, CRE, etc)?  Thank you.
```