# Exhibit L

| | |
|---|---|
| **From:** | AL LANDERS [ALLANDERS@bloomberg.net] |
| **Sent:** | Monday, February 26, 2007 9:59 AM |
| **To:** | EVAN KESTENBERG |
| **Subject:** | Good morning Evan.  Is GSAM2 2A backed mostly by corp hy bonds? |

Good morning Evan.  Is GSAM2 2A backed mostly by corp hy bonds?
 It's not a CLO is it?

Also, what type of CDO is Ischus CDO III?

Thank you.

Al

1