# Exhibit N

| | |
|---|---|
| **From:** | AL LANDERS [ALLANDERS@bloomberg.net] |
| **Sent:** | Tuesday, May 01, 2007 1:01 PM |
| **To:** | TOM RAQUE |
| **Subject:** | Tom/Amy, do you have a marketing book or something along those |

Tom/Amy, do you have a marketing book or something along those
lines for the Squared CDO (SQRD) we bought recently?  If so,
please pass it along to me.  I want it mainly to determine what
type of CDO it is so I can specifically classify it for our
internal reporting.  If you don't have a marketing book, please let me know what type of
CDO it is, along with sending over any
documentation you do have for it.

Thank you.

Al Landers