# Exhibit O

**From:** AL LANDERS [ALLANDERS@bloomberg.net]
**Sent:** Tuesday, May 29, 2007 9:12 AM
**To:** MICHAEL HUBBE
**Subject:** Mike, can you send along any deal docs and/or marketing

```
Mike, can you send along any deal docs and/or marketing
materials for MAC Capital, including something that would tell
me what kind of a deal it is?  Thank you.

Al
```