# Exhibit P

| | |
|---|---|
| **From:** | AL LANDERS [ALLANDERS@bloomberg.net] |
| **Sent:** | Tuesday, June 26, 2007 11:45 AM |
| **To:** | EVAN KESTENBERG |
| **Subject:** | Hey Evan.  It looks like we bought Broderick CDO from you guys |

```
Hey Evan.  It looks like we bought Broderick CDO from you guys back in March.  Do you have
a mktg book for that and/or any of
the offering doc's.  I'm trying to get a handle on how much
subprime exposure we have in our CDO's (we're getting asked a
lot of questions by shareholders, as you can probably imagine), so I'm hoping those docs
might clue me in to how much is in this  deal.  In the meantime I'll be looking for the
trustee reports since that might help too.  Thank you.  Al
```