# Exhibit Q

**From:**          AL LANDERS [ALLANDERS@bloomberg.net]
**Sent:**          Tuesday, June 26, 2007 9:34 AM
**To:**            CARY WILLIAMS
**Subject:**       Good morning Cary.  What general term would you use to describe

Good morning Cary.  What general term would you use to describe the recent parcs trade?  I
know it's not a CDO or other typical
cash bond.  I'm just trying to classify it for reporting
purposes.  Thank you.