# Exhibit R

**From:** AL LANDERS [ALLANDERS@bloomberg.net]
**Sent:** Monday, July 02, 2007 11:07 AM
**To:** SUNITA CENCI
**Subject:** Good morning Sunita. We bought Aladdin 2006-3A (cusip

```
Good morning Sunita.  We bought Aladdin 2006-3A (cusip
45667JAA5) from you last July/August.  If you have any of the
original deal docs on this such as Offering Circular/Memorandum,  please send them along
to me when you get a chance.  Thank you
very much.

Al Landers
```