# Exhibit U

| | |
|---|---|
| **From:** | Escue  Kim [Kim.Escue@morgankeegan.com] |
| **Sent:** | Tuesday, July 31, 2007 5:11 AM |
| **To:** | Pinckernell, Chet |
| **Subject:** | FW: Intermediate Bond Report |

I assume they finally called me back because they know we have dropped coverage of proprietary products and that we will no longer need the info I have requested or comments from them.   They have let me sit for nearly 3 weeks with no comments, feedback, or information that I have requested.

I called her back and she said  that she just heard right after she sent the email.  They were in no way going to continue providing us with information or allow us to do our due diligence.  This was their way of trying to look like they were after the fact. She would not even stay on the phone with me for more than about 3 seconds.  I told her that I was going to be calling today to let them know about Wealth Management dropping coverage of all proprietary products and she immediately said "I know, I just heard after I sent the email",  I started to talk and she just let me go immediately.  I have been stalled and put off since the get go on this and it is definitely in our best interest to drop coverage if we cannot do our regular due diligence.

Kim Escue, CFA
Vice President
Morgan Keegan & Co.
50 North Front Street
Memphis, TN 38103
901-579-4907
kim.escue@morgankeegan.com

---

**From:**   Nash, Courtney
**Sent:**   Tuesday, July 31, 2007 9:39 AM
**To:**   Escue, Kim
**Subject:**   RE: Intermediate Bond Report

Kim- Do you have some time today?  I have been waiting for Jim to come back with his comments before I called.  But he has not had time to review either of these.  David and I have though.  Let me know.  Thanks!

Courtney H. Nash
Director of Marketing
Morgan Asset Management
901-374-7810

---

**From:** Escue, Kim
**Sent:** Tuesday, July 17, 2007 3:36 PM
**To:** Nash, Courtney; Kelsoe, Jim; Tannehill, David
**Subject:** Intermediate Bond Report

I just wanted to send the report on Intermediate Bond for your review.

Thanks Kim

1

<< File: Regions Intermediate Bond.pdf >>

Kim Escue, CFA
Vice President
Morgan Keegan & Co.
50 North Front Street
Memphis, TN 38103
901-579-4907
kim.escue@morgankeegan.com

2