UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
(MEMPHIS DIVISION)

| | | |
|---|---|---|
| IN RE REGIONS MORGAN KEEGAN ERISA LITIGATION | ) ) ) | Case No. 2:09-md-02009 |
| This Document Relates to: *In Regions Morgan Keegan ERISA Litig.,* Case No. 2:08-cv-2192-SHM-dkv | ) ) ) ) ) | Judge Samuel H. Mays, Jr. Magistrate Judge Diane K. Vescovo |

### JOINT MOTION FOR STAY OF THE ACTION PENDING SETTLEMENT NEGOTIATIONS

All parties to this action, by their undersigned counsel, respectfully move the Court for an Order staying this action for a period of 120 days to allow the parties to schedule and conduct a settlement mediation. A memorandum of law is submitted below in support of this motion.

### Memorandum in Support

Plaintiffs originally filed this Action in March of 2008. Since then, the Court has ruled on Defendants' Motions to Dismiss. Plaintiffs subsequently filed their Corrected Third Amended Consolidated Amended Class Action Complaint ("TAC") which added bond fund subclass claims asserted by the Trustee *Ad Litem* on behalf of ERISA Customer Plans for which Regions Bank served as Trustee. Additional Motions to Dismiss followed. The Parties have conducted extensive written and document discovery and Defendants' production of ESI is on going. The Parties are currently engaged in deposition discovery and believe that sufficient facts have been developed through the course of discovery permit meaningful participation in a mediation.

To allow the Parties to fully explore settlement options through mediation and any settlement discussions that may result thereafter, the Parties request that this Court stay discovery and all briefing deadlines for a period of 120 days. In the event the Parties are not able to reach a

settlement of the case prior to expiration of the stay, the Parties will jointly submit, on or before October 4, 2012, a Proposed Amended Scheduling Order for the completion of class certification discovery, class certification briefing, the completion of merits discovery, pre-trial disclosures, and trial.

    Based on the foregoing, the Parties jointly and respectfully request entry of an Order Granting Stay as set forth above. A proposed order will be transmitted to the Court via e-mail in accordance with the requirements of Local Civil Rule 7.2(a)(1)(A).

DATED: May 24, 2012.

                                **KELLER ROHRBACK L.L.P**

                                <u>s/ Derek W. Loeser</u>
Lynn L. Sarko
lsarko@kellerrohrback.com
Derek W. Loeser
dloeser@kellerrohrback.com
Margaret E. Wetherald
mwetherald@kellerrohrback.com
Matt Gerend
mgerend@kellerrohrback.com
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel.: (206) 623-1900
Fax: (206) 623-3384

*Interim Co-Lead Counsel for the Class and Co-Counsel for Plaintiffs Harrison, Smith and Smith*

Ellen M. Doyle
edoyle@stemberfeinstein.com
Pamina Ewing
pewing@stemberfeinstein.com
Stephen M. Pincus
spincus@stemberfeinstein.com
**STEMBER FEINSTEIN DOYLE PAYNE & KRAVEC LLC**
1705 Allegheny Building

- 2 -

429 Forbes Avenue
Pittsburgh, PA 15219
Tel: (412) 281-8400
Fax:(412) 281-1007

*Interim Co-lead Counsel for the Class and Co-Counsel for Plaintiffs Hamby and Jackson*

**MAYNARD COOPER & GALE, PC**

s/ William B. Wahlheim (w/permission)
William B. Wahlheim, Jr.
wwahlheim@maynardcooper.com
Richard Davis
rdavis@maynardcooper.com
John David Collins
gjcollins@maynardcooper.com
1901 – 6th Avenue North, Suite 2400
Birmingham, AL 35203-2602
Tel.: 205-254-1068
Fax: 205-254-1999

Michael J. Prame
mprame@groom.com
Tom Fitzgerald
tff@groom.com
Sarah Zumwalt
szumwalt@goom.com
**GROOM LAW GROUP, CHARTERED**
1701 Pennsylvania Avenue, N.W., Suite 1200
Washington, DC  20006-5811
Tel.: 202-857-0620
Fax: 202-659-4503

*Counsel for the Regions Defendants and Individual Defendants*

**WYATT, TARRANT & COMBS, LLP**

s/ Robert E. Craddock (w/permission)
Robert E. Craddock, Jr.
rcraddock@wyattfirm.com
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120-4367
Tel.: 901-537-1000

Fax: 901-537-1010

*Counsel for Defendants Kemmons Wilson, Jr. and Michael S. Starnes*

**BASS BERRY & SIMS PLC**

s/ W. Brantley Phillips, Jr. (w/permission)
W. Brantley Phillips, Jr.
bphillips@bassberry.com
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Tel.: 615-742-6200
Fax: 615-742-2803

Shepherd D. Tate
state@bassberry.com
Michael A. Brady
mbrady@bassberry.com
**BASS BERRY & SIMS PLC**
100 Peabody Place, Suite 900
Memphis, TN 38103-3672
Tel.: 901-543-5900

*Counsel for Defendants Morgan Keegan & Co., Inc., and Morgan Asset Management, Inc.*

- 5 -

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2012, I caused the foregoing document to be filed with the Clerk of the Court via the CM/ECF system, which will send notice of such filing to all Counsel of Record in the case. There are no non-CM/ECF participants.

DATED this 24th day of May, 2012.

s/ Derek W. Loeser
Derek W. Loeser
