UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
(MEMPHIS DIVISION)

| | |
|---|---|
| IN RE REGIONS MORGAN KEEGAN ERISA ) <br> LITIGATION                                              ) <br>                                                       ) <br> This Document Relates to:                            ) <br> *In Regions Morgan Keegan ERISA Litig.*,              ) <br> Case No. 2:08-cv-2192-SHM-dkv                        ) <br>                                                       ) | Case No. 2:09-md-02009 <br><br> Judge Samuel H. Mays, Jr. <br><br> Magistrate Judge Diane K. Vescovo |

## ORDER GRANTING JOINT MOTION FOR STAY OF
## THE ACTION PENDING SETTLEMENT NEGOTIATIONS

This matter came on for decision by the undersigned Judge of the above entitled Court on the Joint Motion of the Parties for a Stay Pending Settlement Negotiations. The Court considered the Parties' Joint Motion and the attached Memorandum in Support. Based on the foregoing, it is hereby:

ORDERED that action is stayed for a period of 120 days pending settlement negotiations. In the event the Parties are not able to reach a settlement of the case prior to expiration of the stay, the Parties will jointly submit, on or before October 4, 2012, a Proposed Amended Scheduling Order for the completion of class certification discovery, class certification briefing, the completion of merits discovery, pre-trial disclosures, and trial.

DATED this 25th day of May, 2012.

s/Diane K. Vescovo
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

- 2 -

Presented by:


s/ Derek W. Loeser
Lynn L. Sarko
lsarko@kellerrohrback.com
Derek W. Loeser
dloeser@kellerrohrback.com
Margaret E. Wetherald
mwetherald@kellerrohrback.com
Matt Gerend
mgerend@kellerrohrback.com
**KELLER ROHRBACK L.L.P**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel.: (206) 623-1900
Fax: (206) 623-3384

*Interim Co-Lead Counsel for the Class and Co-Counsel for Plaintiffs Harrison, Smith and Smith*

Ellen M. Doyle
edoyle@stemberfeinstein.com
Pamina Ewing
pewing@stemberfeinstein.com
Stephen M. Pincus
spincus@stemberfeinstein.com
**STEMBER FEINSTEIN DOYLE PAYNE & KRAVEC LLC**
1705 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Tel: (412) 281-8400
Fax:(412) 281-1007

*Interim Co-lead Counsel for the Class and Co-Counsel for Plaintiffs Hamby and Jackson*

s/ William B. Wahlheim, Jr (w/permission)
William B. Wahlheim, Jr.
wwahlheim@maynardcooper.com
Richard Davis
rdavis@maynardcooper.com
John David Collins

gjcollins@maynardcooper.com
**MAYNARD COOPER & GALE, PC**
1901 – 6th Avenue North, Suite 2400
Birmingham, AL 35203-2602
Tel.: 205-254-1068
Fax: 205-254-1999

Michael J. Prame
mprame@groom.com
Tom Fitzgerald
tff@groom.com
Sarah Zumwalt
szumwalt@goom.com
**GROOM LAW GROUP, CHARTERED**
1701 Pennsylvania Avenue, N.W., Suite 1200
Washington, DC  20006-5811
Tel.: 202-857-0620
Fax: 202-659-4503

*Counsel for the Regions Defendants and Individual Defendants*

Robert E. Craddock, Jr. (w/permission)
Robert E. Craddock, Jr.
rcraddock@wyattfirm.com
**WYATT, TARRANT & COMBS, LLP**
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120-4367
Tel.: 901-537-1000
Fax: 901-537-1010

*Counsel for Defendants Kemmons Wilson, Jr. and Michael S. Starnes*

W. Brantley Phillips, Jr. (w/permission)
W. Brantley Phillips, Jr.
bphillips@bassberry.com
**BASS BERRY & SIMS PLC**
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Tel.: 615-742-6200
Fax: 615-742-2803

Shepherd D. Tate
state@bassberry.com

Michael A. Brady
mbrady@bassberry.com
**BASS BERRY & SIMS PLC**
100 Peabody Place, Suite 900
Memphis, TN 38103-3672
Tel.: 901-543-5900

*Counsel for Defendants Morgan Keegan & Co., Inc., and Morgan Asset Management, Inc.*