## UNITED STATES COURT OF APPEALS
### FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: September 24, 2012

Mr. Thomas M. Gould
Western District of Tennessee at Memphis
167 N. Main Street
Suite 242
Memphis, TN 38103-0000

    Re: Case No. 10-6335, *C. Daniels, et al v. Morgan Asset Management, Inc., et al*
         Originating Case No. : 2:09-cv-2800 : 2:09-md-2009

Dear Clerk:

  Enclosed is a copy of the mandate filed in this case.

                        Sincerely yours,

                        s/Jeanine R. Hance on behalf of Patricia Elder
                        Case Manager
                        Direct Dial No. 513-564-7037

cc: Mr. Michael L. Dagley
    Mr. Albert C. Harvey
    Mr. Britt King Latham
    Mr. Justin Edward Mitchell
    Mr. Wade Brantley Phillips Jr.
    Mr. S. Lawrence Polk
    Mr. Richard Carlton Smyly
    Mr. David Edward Swarts
    Mr. David Bruce Tulchin

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 10-6335

Filed: September 24, 2012

C. FRED DANIELS, as trustee and litem in substitution for Regions Bank, dba Regions Morgan Keegan Trust as trustee for the Juanita H. Schaffer irrevocable trust; THE TRUST UNDER WILL OF MARY B. WELCH; THE TRUST UNDER LAST WILL AND TESTAMENT OF J.S. COOPER FOR BENEFIT OF CORRINE COOPER; THE TRUST UNDER WILL OF WILLIAM THOMAS HARDISON, SR.; THE TRUST UNDER WILL OF HORACE SMALL FOR BENEFIT OF ROGER SMALL; THE MAMIE C. HOWELL TRUST UNDER AGREEMENT; THE DAVID T. UNDERWOOD, JR. REVOCABLE TRUST; THE TRUST FOR NOEL A.M. GAYLOR UNDER LAST WILL AND TESTAMENT OF ANN GAYLOR; THE TRUST UNDER WILL OF JESSE S. COOPER FOR BENEFIT OF JUDITH ANNE CARRAWAY; THE SANDRA CARR REVOCABLE TRUST UNDER AGREEMENT; A CLASS OF ALL SIMILARLY SITUATED TRUSTS AND CUSTODIAL ACCOUNTS, together with their repective trustees, representatives and fiduciaries

    Plaintiffs - Appellants

v.

MORGAN ASSET MANAGEMENT, INC.; MORGAN KEEGAN & COMPANY, INC.; MK HOLDINGS, INC.; REGIONS FINANCIAL CORPORATION; JAMES C. KELSOE, JR.; ALLEN B. MORGAN, JR.; J. KENNETH ALDERMAN; BRIAN B. SULLIVAN; JOSEPH C. WELLER; J. THOMPSON WELLER; CHARLES D. MAXWELL; MICHELL F. WOOD; DAVID H. TANNEHILL; JOHN BOSTON; CHARLIE A. MURRAY; MATT R. SMITH; DOUG WILLIAMS; GARY PARTRIDGE; JENNY JOHNS; GUILLERMO R. ARAOZ; JOHN 1-20 DOES

    Defendants - Appellees

## MANDATE

  Pursuant to the court's disposition that was filed 08/31/2012 the mandate for this case hereby issues today.

COSTS: None