UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

IN RE REGIONS MORGAN KEEGAN
SECURITIES, DERIVATIVE and
ERISA LITIGATION

This Document Relates to:                              09-md-2009-Ma

*Garrett v. Regions Financial Corp.*
No. 2:09-cv-02557-SHM-dkv

# JUDGMENT

Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice in accordance with the Order of Dismissal docketed July 24, 2013.

**APPROVED:**


  *s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE


 *July 24, 2013*                              THOMAS M. GOULD
DATE                                          CLERK

                                               *s/  Zandra Frazier*
                                              (By) DEPUTY CLERK