IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

IN RE REGIONS MORGAN KEEGAN
SECURITIES, DERIVATIVE and
ERISA LITIGATION

This Document Relates to:                      09-md-2009-Ma

*In re Regions Morgan Keegan Closed-End
Fund Litigation*,
No. 2:07-cv-02830-SHM-dkv

---

ORDER DENYING MOTION AS MOOT

---

On September 4, 2013, objector W. Allen McDonald filed a motion to alter and/or amend the Court's August 5, 2013 order approving the proposed settlement and award of attorney's fees and expenses. On September 24, 2013, Mr. McDonald filed a notice of withdrawal of his motion to alter and/or amend.

IT IS THEREFORE ORDERED AND ADJUDGED that objector W. Allen McDonald's motion to alter and/or amend the Court's order approving proposed settlement and award of attorney's fees and expenses (D.E. 352) is DENIED as MOOT.

SO ORDERED this 24th day of September, 2013.

*s/  Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE