IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE & ERISA LITIGATION, | CASE NO. 2:09-md-2009-SMH |
| Sandmann Davies, June Davies and Frank Davies, | |
| Plaintiffs, | |
| v. | Case No. 2:09-cv-02520 |
| Morgan Asset Management, Inc., et al., | |
| Defendants. | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Sandmann Davies, June Davies and Frank Davies ("Plaintiffs"), by and through their undersigned counsel, hereby voluntarily dismiss with prejudice all claims brought by them in this action against all Defendants. Defendants do not oppose this dismissal and, therefore, by and through their undersigned counsel, consent to the dismissal of these Plaintiffs' claims with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

Respectfully submitted this the 20th day of June, 2014.

*s/ James F. Willeford*
James F. Willeford
**WILLEFORD & TOLEDANO**
201 St. Charles Avenue, Suite 4208
New Orleans, Louisiana 70170
Telephone: (504) 582-1286
jimwilleford@willefordlaw.com

*One of the Attorneys for Plaintiffs*

02934107.1

*s/ Michael A. Brady*
Michael A. Brady
**BASS BERRY & SIMS PLC**
100 Peabody Place, Suite 900
Memphis, Tennessee 38103
Telephone: (901) 543-5900
mbrady@bassberry.com

*One of the Attorneys for Defendant*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the 20th day of June, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/Michael A. Brady

02934107.1