# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| IN RE REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE & ERISA LITIGATION, | Case No. 2:09-md-2009-SHM |
| **Stewart Goddard Family Living Trust U/A, et al.,** | |
| Plaintiffs, | Case No. 2:09-cv-02544-SHM-DKV |
| v. | (*Transferred from Southern District of New York* |
| **Morgan Keegan & Company, Inc., et al.** | Case No. 1:09-cv-5308) |
| Defendants. | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, as well as Rule 2.1(c) of the Rules of Procedure for the U.S. Judicial Panel on Multidistrict Litigation, Plaintiffs Stewart Goddard Family Living Trust U/A and the Goddard Foundation ("Plaintiffs"), by and through their undersigned counsel, hereby voluntarily dismiss with prejudice all claims brought by them in this action against all Defendants. Defendants do not oppose this dismissal and, therefore, by and through their undersigned counsel, consent to the dismissal of these Plaintiffs' claims with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

DATED this 10th day of July, 2014.

Respectfully submitted,

*/s/ Brian H. Brick*

Brian H. Brick
**NAPOLI BERN RIPKA SHKOLNIK, LLP**
350 Fifth Avenue
Suite 7413
New York, NY 10118
(212) 267-3700
bbrick@napolibern.com

Attorney for Plaintiffs
Stewart Goddard Family Living Trust U/A and the Goddard Foundation

*/s/ W. Brantley Phillips, Jr.*

Michael L. Dagley
W. Brantley Phillips, Jr.
**BASS, BERRY & SIMS PLC**
150 3rd Avenue South, Suite 2800
Nashville, TN 37201
(615)742-6200
mdagley@bassberry.com
bphillips@bassberry.com

Attorneys for Defendants
Morgan Asset Management, Inc., Morgan Keegan & Company, Inc., Allen B. Morgan, Jr., J. Kenneth Alderman, Brian B. Sullivan, J. Thompson Weller, Charles D. Maxwell, James C. Kelsoe, Jr., Michele F. Wood and Thomas R. Gamble

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on July 10, 2014, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following, and/or served the following via U.S. Mail:

Brian H. Brick
NAPOLI BERN RIPKA & SHKOLNIK LLP
350 Fifth Avenue, Suite 7413
New York, NY 10118

                            /s/ W. Brantley Phillips, Jr.