UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
(MEMPHIS DIVISION)

| | |
|---|---|
| IN RE REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE AND ERISA LITIGATION | )<br>)<br>)<br>) Case No. 2:09-md-2009-Ma |
| This document relates to:<br>*In re Regions Morgan Keegan ERISA Litig.,*<br>Case No. 2:08-cv-2192-SHM-dkv | )<br>)<br>)<br>) |

### ORDER ON PLAINTIFFS' MOTION FOR LEAVE TO FILE OVER LENGTH BRIEF

Before the Court is plaintiffs' September 4, 2014 unopposed motion for leave to file over length brief. For good cause shown, the motion is GRANTED. Plaintiffs' Motion and Memorandum in Support for Final Approval of Class Action Settlement Agreement, for Settlement Subclass Approval and for Approval of Plan of Allocation shall consist of no more than thirty-five (35) pages in length.

SO ORDERED this 4th day of September, 2014.

       *s/ Samuel H. Mays, Jr.*
       SAMUEL H. MAYS, JR.
       UNITED STATES DISTRICT JUDGE