IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
(MEMPHIS DIVISION)

| | |
|---|---|
| IN RE REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE AND ERISA LITIGATION<br><br>This document relates to:<br>*In re Regions Morgan Keegan ERISA Litig.,*<br>No. 2:08-cv-02192-SHM-dkv | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 2:09-cv-02009-SHM |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT, SETTLEMENT SUBCLASS CERTIFICATION AND APPROVAL OF PLAN OF ALLOCATION**

Named Plaintiffs Gary Shamblin, Terry Hamby, Nancy Jackson, Barbara Williams, Robert Harrison, Caesar L. Smith and James K. Smith, III, and the Representative Customer Plans, including court-appointed trustee *ad Litem* of trust or custodial accounts for the Representative Customer Plans, C. Fred Daniels (who is included among the Named Plaintiffs only and solely in his capacity as the court-appointed trustee *ad Litem* of trust or custodial accounts for each of the Representative Plans), respectfully move the Court for an Order: (a) finally approving the Class Action Settlement Agreement; (b) finally certifying the four subclasses for settlement purposes and appointing Co-Lead Class Counsel; and (c) approving the Plan of Allocation.

This motion is based on Plaintiffs' Memorandum in Support of Co-Lead Class Counsels' Motion for Award of Attorneys' Fees and Expenses and Named Plaintiff Case Contribution Awards; the Declaration of Derek W. Loeser in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement Agreement, for Settlement Subclass Certification, And for Approval

1

of Plan of Allocation, and Co-Lead Class Counsel's Motion for Award of Attorneys' Fees and Expenses and Named Plaintiff Case Contribution Awards and Exhibit nos. 1 through 16 thereto, the Declaration of Margaret E. Wetherald and Exhibit nos. 1 through 4 thereto, and the Declaration of Jennifer M. Keough Regarding Notice Dissemination and Publication and Exhibit nos. A through E thereto.  Plaintiffs also submit the [Proposed] Final Approval Order and Judgment and Appendix A thereto.

Respectfully submitted this 23rd day of September, 2014.

Respectfully Submitted,

/s/Margaret E. Wetherald
Lynn L. Sarko
Derek W. Loeser
Margaret E. Wetherald
Matthew M. Gerend
KELLER ROHRBACK L.L.P
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel.: (206) 623-1900
Fax: (206) 623-3384
Email: lsarko@kellerrohrback.com
   dloeser@kellerrohrback.com
   mwetherald@kellerrohrback.com
   mgerend@ kellerrohrback.com

*Co-Lead Counsel for the Sub-Classes and Co-Counsel for Plaintiffs Harrison, C. Smith and J. Smith*

2

Ellen M. Doyle
Pamina Ewing
Stephen M. Pincus
Edward J. Feinstein
FEINSTEIN DOYLE PAYNE & KRAVEC, LLC
1705 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Tel: (412) 281-8400
Fax:(412) 281-1007
Email: edoyle@fdpklaw.com
pewing@fdpklaw.com
spincus@fdpklaw.com
efeinstein@fdpklaw.com

*Co-Lead Counsel for the Sub-Classes and Co-Counsel for Plaintiffs Hamby and Jackson*

Jeffrey Harris
Brian Giles
STATMAN, HARRIS & EYRICH, LLC
441 Vine Street
3700 Carew Tower
Cincinnati, OH 45202
Tel:  (513) 621-2666
Fax:  (512) 345-8289
Email: jharris@statmanharris.com
bgiles@statmanharris.com

*Co-Counsel for Plaintiffs Harrison and Smith*

Jon C. Goldfarb
WIGGINS CHILDS QUINN PANTAZIS FISHER & GOLDFARB, LLC
The Kress Building
301 19th Street N
Birmingham, AL  35203
Tel.:  (205) 314-0500
Fax:  (205) 254-1500
Email: jgoldfarb@wigginschilds.com

*Co-Counsel for Plaintiffs Hamby and Jackson*

Joseph H. Meltzer

3

Edward W. Ciolko
Joseph A. Weeden
KESSLER TOPAZ MELTZER & CHECK, LLP
280 King of Prussia Road
Radnor, PA 19087
Tel:  (610) 667-7706
Fax:  (610) 667-7056
Email: jmeltzer@ktmc.com
          ecioko@ktmc.com

*Co-Counsel for Plaintiff Williams*

Peter H. Burke
BURKE HARVEY LLC
2151 Highland Ave. S., Suite 120
Birmingham, AL  35205
Tel.:  (205) 930-0991
Email: pburke@burkeharvey.com

*Co-Counsel for Plaintiff Shamblin*

Gregory Porter
BAILEY & GLASSER LLP
910 17th Street NW, Suite 800
Washington, DC 20006
Tel:  (202) 543-0226
Fax:  (202) 463-2103
Email: gporter@baileyglasser.com

Brian McTigue
MCTIGUE LAW LLP
4530 Wisconsin Avenue NW, Suite 300
Washington, DC  20016
Tel:  (202) 364-6900
Fax:  (202) 364-9960
Email: bmctique@mctiguelaw.com

*Co-Counsel for Plaintiff Shamblin*

Garrett W. Wotkyns
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS, LLP
180 Montgomery Street, Suite 2000
San Francisco, CA 94104-4207

Phone:  (415) 421-7100
Fax:  (415) 421-7105
Email:  gwotkyns@schneiderwallace.com

*Co-Counsel for Plaintiff Shamblin*

5

## CERTIFICATE OF SERVICE

I hereby certify that I have on September 23, 2014 filed

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT, SETTLEMENT SUBCLASS CERTIFICATION AND APPROVAL OF PLAN OF ALLOCATION**

electronically with the Clerk of Court, which will send notification of such filing to counsel in this matter.

| | | |
|---|---|---|
| W. Brantley Phillips<br>bphillips@bassberry.com | Matthew M. Curley<br>mcurley@bassberry.com | Michael A. Brady<br>mbrady@bassberry.com |
| Wendee M. Hiderbrand<br>whilderbrand@bassberry.com | Michael Prame<br>mprame@groom.com | Sarah A. Zumwalt<br>szumwalt@groom.com |
| Thomas F. Fitzgerald<br>tff@groom.com | Richard Davis<br>rdavis@maynardcooper.com | William B. Wahlheim<br>wwahlheim@maynardcooper.com |
| Peter S. Fruin<br>pfruin@maynardcooper.com | John David Collins<br>jcollins@maynardcooper.com | Robert E. Craddock, Jr.<br>rcraddock@wyattfirm.com |
| Scott S. Brown<br>sbrown@maynardcooper.com | Thomas S. Gigot<br>tgigot@groom.com | |

/s/Margaret E. Wetherald
Margaret E. Wetherald