IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
(MEMPHIS DIVISION)

| | | |
|---|---|---|
| IN RE REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE AND ERISA LITIGATION | ) ) ) ) | |
| This document relates to:<br>*In re Regions Morgan Keegan ERISA Litig.*,<br>No. 2:08-cv-02192-SHM-dkv | ) ) ) ) ) ) | Case No. 2:09-cv-02009-SHM |

## CO-LEAD CLASS COUNSELS' MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES AND NAMED PLAINTIFF CASE CONTRIBUTION AWARDS

Co-Lead Class Counsel, Keller Rohrback, LLP and Feinstein Doyle Payne & Kravec, LLC, move the Court for an Order: (a) awarding attorneys' fees and expenses; and (b) awarding Named Plaintiff Case Contribution Awards. This motion is based on Plaintiffs' Memorandum in Support of Co-Lead Class Counsels' Motion for Award of Attorneys' Fees and Expenses and Named Plaintiff Case Contribution Awards; the Declaration of Derek W. Loeser in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement Agreement, for Settlement Subclass Certification, And for Approval of Plan of Allocation, and Co-Lead Class Counsel's Motion for Award of Attorneys' Fees and Expenses and Named Plaintiff Case Contribution Awards and Exhibit nos. 1 through 16 thereto, the Declaration of Margaret E. Wetherald and Exhibit nos. 1 through 4 thereto, and the Declaration of Jennifer M. Keough Regarding Notice Dissemination and Publication and Exhibit nos. A through E thereto. Plaintiffs also submit the [Proposed] Final Approval Order and Judgment.

Respectfully submitted this 23rd day of September, 2014.

1

/s/Margaret E. Wetherald
Lynn L. Sarko
Derek W. Loeser
Margaret E. Wetherald
Matthew M. Gerend
KELLER ROHRBACK L.L.P
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel.: (206) 623-1900
Fax: (206) 623-3384
Email:   lsarko@kellerrohrback.com
         dloeser@kellerrohrback.com
         mwetherald@kellerrohrback.com
         mgerend@ kellerrohrback.com

*Co-Lead Counsel for the Sub-Classes and Co-Counsel for Plaintiffs Harrison, C. Smith and J. Smith*

Ellen M. Doyle
Pamina Ewing
Stephen M. Pincus
Edward J. Feinstein
FEINSTEIN DOYLE PAYNE & KRAVEC, LLC
1705 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Tel: (412) 281-8400
Fax:(412) 281-1007
Email:   edoyle@fdpklaw.com
         pewing@fdpklaw.com
         spincus@fdpklaw.com
         efeinstein@fdpklaw.com

*Co-Lead Counsel for the Sub-Classes and Co-Counsel for Plaintiffs Hamby and Jackson*

Jeffrey Harris
Brian Giles
STATMAN, HARRIS & EYRICH, LLC
441 Vine Street
3700 Carew Tower
Cincinnati, OH 45202

2

Tel: (513) 621-2666
Fax: (512) 345-8289
Email: jharris@statmanharris.com
bgiles@statmanharris.com

*Co-Counsel for Plaintiffs Harrison and Smith*

Jon C. Goldfarb
WIGGINS CHILDS PANTAZIS FISHER & GOLDFARB, LLC
The Kress Building
301 19th Street N
Birmingham, AL 35203
Tel.: (205) 314-0500
Fax: (205) 254-1500
Email: jgoldfarb@wigginschilds.com

*Co-Counsel for Plaintiffs Hamby and Jackson*

Peter H. Burke
BURKE HARVEY, LLC
2151 Highland Ave. S., Suite 120
Birmingham, AL 35205
Tel.: (205) 930-0991
Email: pburke@burkeharvey.com

*Co-Counsel for Plaintiff Shamblin*

Joseph H. Meltzer
Edward W. Ciolko
Joseph A. Weeden
KESSLER TOPAZ MELTZER & CHECK, LLP
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
Email: jmeltzer@btkmc.com
ecioko@btkmc.com

*Co-Counsel for Plaintiff Williams*

3

Gregory Porter
BAILEY & GLASSER LLP
910 17th Street NW, Suite 800
Washington, DC 20006
Tel: (202) 543-0226
Fax: (202) 463-2103
Email: gporter@baileyglasser.com

Brian McTigue
MCTIGUE LAW LLP
4530 Wisconsin Avenue NW, Suite 300
Washington, DC 20016
Tel: (202) 364-6900
Fax: (202) 364-9960
Email: bmctique@mctiguelaw.com

*Co-Counsel for Plaintiff Shamblin*

Garret W. Wotkyns
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS, LLP
180 Montgomery Street, Suite 2000
San Francisco, CA 94104-4207
Phone: (415) 421-7100
Fax: (415) 421-7105
Email: gwotkyns@schneiderwallace.com

*Co-Counsel for Plaintiff Shamblin*

4

## CERTIFICATE OF SERVICE

I hereby certify that I have on September 23, 2014 filed

**CO-LEAD CLASS COUNSEL'S MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES AND NAMED PLAINTIFF CASE CONTRIBUTION AWARDS**

electronically with the Clerk of Court, which will send notification of such filing to counsel in this matter.

| | | |
|---|---|---|
| W. Brantley Phillips<br>bphillips@bassberry.com | Matthew M. Curley<br>mcurley@bassberry.com | Michael A. Brady<br>mbrady@bassberry.com |
| Wendee M. Hiderbrand<br>whilderbrand@bassberry.com | Michael Prame<br>mprame@groom.com | Sarah A. Zumwalt<br>szumwalt@groom.com |
| Thomas F. Fitzgerald<br>tff@groom.com | Richard Davis<br>rdavis@maynardcooper.com | William B. Wahlheim<br>wwahlheim@maynardcooper.com |
| Peter S. Fruin<br>pfruin@maynardcooper.com | John David Collins<br>jcollins@maynardcooper.com | Robert E. Craddock, Jr.<br>rcraddock@wyattfirm.com |

/s/ Margaret E. Wetherald
Margaret E. Wetherald

5