IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE & ERISA LITIGATION, | CASE NO. 2:09-md-2009 |
| **This Document Relates To:** | |
| Andrew M. Stein, Stein Holdings, Inc., and Stein Investments, LLC, | |
| Plaintiffs, | |
| v. | |
| Regions Morgan Keegan Select High Income Fund, Inc., RMK High Income Fund, Inc., RMK Strategic Income Fund, Inc., RMK Advantage Income Fund, Inc., RMK Multi-Sector High Income Fund, Inc., Regions Financial Corporation, RFC Financial Holding, LLC, Regions Investment Management, Inc., | Case No. 2:13-cv-02841 |
| Defendants. | |

## DEFENDANTS' MOTION FOR RECONSIDERATION

COME NOW Defendants Regions Financial Corporation, RFC Financial Services Holding, LLC, and Regions Investment Management, Inc. (collectively "Defendants"), by and through their undersigned counsel and pursuant to Rule 54(b) of the Federal Rules of Civil Procedure and Local Rule 7.3(b), and respectfully move this Court to reconsider its Order of September 29, 2014 denying Defendants' Motion to Dismiss.

Defendants respectfully submit that this Court must reconsider its Order because (1) there has been an intervening change of law with respect to *Police & Fire Ret. Sys. v. Indymac MBS, Inc.*, 721 F.3d 95 (2d Cir. 2013), in light of the fact that the United States Supreme Court has withdrawn its grant of *certiorari* and allowed the Second Circuit's decision to stand; (2) the Court failed to consider that *Wyser-Pratte Mgmt. Co. v. Telxon Corp.*, 413 F.3d 553 (6th Cir.

03045462.2

2005), is binding precedent in the Sixth Circuit, as confirmed in the Sixth Circuit's subsequent decision in *In re Vertrue Mktg. & Sales Practices Litig.*, 719 F.3d 474, 480 (6th Cir. 2013); (3) the Court's opinion fails to consider the rules of the arbitration forum and results in differential treatment of arbitration parties; and (4) the Court erred by applying Tennessee law instead of Alabama law with respect to the preclusive effects of Plaintiffs' prior state court action.

WHEREFORE, PREMISES CONSIDERED, for the reasons set forth herein, and more fully in the contemporaneously filed Memorandum of Law, Defendants respectfully request that this Court reconsider its Order and dismiss the claims of Plaintiffs in their entirety.

Respectfully submitted this 13th day of October, 2014.

s/ Peter S. Fruin
Peter S. Fruin

**MAYNARD, COOPER & GALE, P.C.**
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203-2602
(205) 254-1000
(205) 254-1999 (fax)
pfruin@maynardcooper.com

Counsel for Defendants
Regions Financial Corporation, RFC
Financial Holding, LLC, and Regions
Investment Management, Inc.

<u>**OF COUNSEL:**</u>

Michael A. Brady
**BASS, BERRY & SIMS PLC**
The Tower at Peabody Place
100 Peabody Place
Memphis, Tennessee 38103
(901) 543-5900
(901) 543-5999 (fax)
mbrady@bassberry.com

03045462.2                           2

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on October 13, 2014 a true and correct copy of the foregoing document was forwarded by electronic means through the Court's ECF System upon the following:

H. Naill Falls Jr.
John B. Veach III
Falls & Veach
1143 Sewanee Road
Nashville, TN 37220
615-242-1800

Scott T. Beall
6800 Poplar Avenue
Atrium I, Suite 215
Memphis, TN 38138
901-681-0500

*Counsel for Plaintiffs*


Kevin C. Logue
Kevin P. Broughel
**PAUL HASTINGS LLP**
75 East 55th Street
New York, New York 10022
(212) 318-6039
(212) 230-7620 (fax)
kevinlogue@paulhastings.com
kevinbroughel@paulhastings.com

*Counsel for Defendants Regions Morgan Keegan Select High Income Fund, Inc., RMK High Income Fund, Inc., RMK Strategic Income Fund, Inc., RMK Advantage Income Fund, Inc., and RMK Multi-Sector High Income Fund, Inc.*


                                        s/ Peter S. Fruin
                                        OF COUNSEL