# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

|  |  |
|---|---|
| IN RE REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE and ERISA LITIGATION<br><br>This Document Relates to:<br>*Landers* v. *Morgan Asset Management, Inc.*,<br>No. 2:08-cv-02260-SHM-dkv<br><br>─ and ─<br><br>*In re Regions Morgan Keegan Open-End Mutual Fund Litigation*,<br>No. 2:07-cv-02784-SHM-dkv | MDL Docket No. 2009<br><br>Judge Samuel H. Mays, Jr.<br><br>Magistrate Judge Diane K. Vescovo |

**LEAD PLAINTIFFS' AND DERIVATIVE PLAINTIFFS' UNOPPOSED JOINT MOTION AND MEMORANDUM IN SUPPORT TO SET HEARING ON PLAINTIFFS' MOTIONS SEEKING PRELIMINARY APPROVAL OF CLASS ACTION AND DERIVATIVE ACTION SETTLEMENTS**

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN  55401
(612) 339-6900

**APPERSON CRUMP PLC**
6070 Poplar Avenue, Sixth Floor
Memphis, TN 38119-3972
(901) 260-5133 direct

**ZIMMERMAN REED, P.L.L.P.**
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 341-0400

*Attorneys for Plaintiffs*

## Unopposed Joint Motion

COME NOW Lead Plaintiffs in Case No. 2:07-cv-02784-SHM-dkv (the "*Class Action*"), the Kathryn S. Cashdollar Estate, Dajalis Ltd., Jeanette H. Landers, H. Austin Landers, and Frank D. Tutor and Derivative Plaintiffs in Case No. 2:08-cv-02260-SHM-dkv (the "*Landers Derivative Action*"), H. Austin Landers, Jeanette H. Landers, James H. Frazier, James P. Whitaker and Peggy C. Whitaker, and the Estates of Charles M. Crump and Diana W. Crump (Lead Plaintiffs and Derivative Plaintiffs, collectively the "Plaintiffs"), and respectfully submit this motion and supporting memorandum requesting that the Court schedule a hearing on Lead Plaintiffs' Motion seeking Preliminary Approval of the Proposed Class Action Settlement and Class Certification (Case No. 07-2784, ECF No. 415) and Derivative Plaintiffs' Motion for Preliminary Approval of the Proposed Derivative Action Settlement (Case No. 08-2260, ECF No. 174)(collectively, the "Preliminary Approval Motions").

## Memorandum in Support

On January 22, 2015, Plaintiffs filed their Preliminary Approval Motions seeking entry of Orders preliminarily approving the settlements reached in the *Class Action* and the *Landers Derivative Action*. The Preliminary Approval Motions were unopposed by the Defendants in the *Class Action* and the *Landers Derivative Action*. In connection with Lead Plaintiffs' Motion seeking Preliminary Approval of the Proposed Class Action Settlement and Class Certification (Case No. 07-2784, ECF No. 415), Lead Plaintiffs submitted to the Court a [Proposed] Order Preliminarily Approving Class Settlement and Providing for Notice ("Class Settlement Preliminary Approval Order"). The Class Settlement Preliminary Approval Order makes reference to a preliminary fairness hearing being held before the Court, during which the parties are to present oral arguments addressing the proposed Class

Settlement. In addition, Derivative Plaintiffs submitted to the Court a [Proposed] Order Preliminarily Approving Derivative Settlement and Providing for Notice (the "Derivative Settlement Preliminary Approval Order"). The Derivative Settlement Preliminary Approval Order makes reference to a preliminary fairness hearing being held before the Court, during which the parties are to present oral arguments addressing the proposed Derivative Settlement.

The Preliminary Approval Motions contemplate that the Court will conduct a preliminary fairness hearing before the Court can enter the Class Settlement Preliminary Approval Order that has been submitted to the Court by the Lead Plaintiffs and the Derivative Settlement Preliminary Approval Order that has been submitted to the Court by Derivative Plaintiffs. Pursuant to Fed. R. Civ. P. 16(a) the Court may order the attorneys in an action to appear for one or more pretrial conferences for such purposes as: (1) expediting disposition of the action … and (5) facilitating settlement. In keeping with the purposes addressed in Fed. R. Civ. P. 16(a)(1) and (5), Plaintiffs request the Court to schedule a preliminary fairness hearing (the "Preliminary Fairness Hearing") on Lead Plaintiffs' Motion seeking Preliminary Approval of the Proposed Class Action Settlement and Class Certification (Case No. 07-2784, ECF No. 415) and on Derivative Plaintiffs' Motion for Preliminary Approval of the Proposed Derivative Action Settlement (Case No. 08-2260, ECF No. 174). If the Court believes that it is necessary to hold a status conference with counsel for all parties for the purpose of scheduling the Preliminary Fairness Hearing, counsel for all parties are prepared to participate in such a status conference.

## Consultation by Counsel

Pursuant to LR 7.2 (a)(1)(B) of the Local Rules of the United States District Court for the Western District of Tennessee, filed herewith is a Certificate of Consultation with Counsel affirming that counsel for Plaintiffs and Defendants have consulted with one another concerning this Joint Motion, that Defendants do not oppose this Joint Motion, and that Defendants are in agreement with the action requested by this Joint Motion.

**Proposed Order**

A proposed order approving the Joint Motion to Set Hearing will be transmitted to the Court via e-mail in accordance with the requirements of LR 7.2 (a)(1)(A) of the Local Rules of the U.S. District Court for the Western District of Tennessee.

Dated: February 18 , 2015                    Respectfully submitted,

                        **APPERSON CRUMP PLC**
                        *s/ Jerome A. Broadhurst*
                        Jerome A. Broadhurst, TN BPR 12529
                        Charles D. Reaves, TN BPR 22550
                        6070 Poplar Avenue, Sixth Floor
                        Memphis, TN 38119-3954
                        Tel : 901-260-5133
                        Fax : 901-435-5133
                        jbroadhurst@appersoncrump.com

                        **LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
                        Richard A. Lockridge
                        Vernon J. Vander Weide
                        Gregg M. Fishbein
                        100 Washington Avenue South
                        Suite 2200
                        Minneapolis, MN  55401
                        Tel:  (612) 339-6900
                        Fax:  (612) 339-0981
                        gmfishbein@locklaw.com

                        **ZIMMERMAN REED, P.L.L.P.**
                        Carolyn G. Anderson
                        Patricia A. Bloodgood
                        1100 IDS Center
                        80 South 8th Street
                        Minneapolis, MN 55402
                        Telephone:  612-341-0400
                        Fax: 612-341-0844
                        cga@zimmreed.com

                        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this 18th day of February, 2015, a true and correct copy of PLAINTIFFS' UNOPPOSED JOINT MOTION AND MEMORANDUM IN SUPPORT TO SET HEARING ON PLAINTIFFS' MOTIONS SEEKING PRELIMINARY APPROVAL OF CLASS ACTION AND DERIVATIVE ACTION SETTLEMENTS was served by electronic means via e-mail transmission (including the Court's ECF System) on the following:

Shepherd D. Tate, Esq.
Michael A. Brady, Esq.
**Bass, Berry, & Sims, PLC**
100 Peabody Place, Suite 900
Memphis, TN 38103-3672

Matthew M. Curley, Esq.
Michael L. Dagley, Esq.
Britt K. Latham, Esq.
W. Brantley Phillips, Jr., Esq.
**Bass, Berry, & Sims, PLC**
150 Third Avenue South, Ste. 2800
Nashville, TN 37201

David B. Tulchin, Esq.
David E. Swarts, Esq.
**Sullivan & Cromwell, LLP**
125 Broad Street
New York, NY 10004

S. Lawrence Polk, Esq.
**Sutherland Asbill & Brennan LLP**
999 Peachtree Street, NE
Atlanta, GA 30309-3996

5

Jeffrey Maletta, Esq.
Nicole A. Baker, Esq.
**K & L Gates**
1601 K Street NW
Washington, DC 20006

Emily Nicklin, Esq.
Timothy A. Duffy, Esq.
Kristopher Ritter, Esq.
Devon M. Largio, Esq.
**Kirkland & Ellis**
200 East Randolph Dr., Ste. 5400
Chicago, IL 60601-6636

Leo Maurice Bearman, Jr., Esq.
Eugene J. Podesta, Jr., Esq.
**Baker Donelson Bearman Caldwell & Berkowitz**
165 Madison Avenue, Suite 2000
Memphis, TN 38103

Peter S. Fruin, Esq.
Scott S. Brown, Esq.
Luther M. Dorr, Jr., Esq.
Maibeth J. Porter, Esq.
**Maynard Cooper & Gale PC**
2400 Regions Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203

R. Hal Meeks, Jr., Esq.
Amanda N. Wilson, Esq.
**James Bates Brannan Grover LLP**
3339 Peachtree Street, NE
Suite 1700
Atlanta, GA 30326

s/ Jerome A. Broadhurst
Jerome A. Broadhurst