IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **IN RE REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE & ERISA LITIGATION,**<br><br>**Ceil Walker Norris** *in her role as co-trustee and beneficiary of the Walker Martial Trust #2, the Vernon Walker Trust for Cecila Walker and the Vernon Walker Trust for Deloss Walker, as principal and beneficiary of the Ceil Walker Rollover, IRA,* **Walker & Associates, Inc., and Walker Revocable Trust,**<br><br>    **Plaintiffs,**<br>**v.**<br><br>**MK Holding, Inc. and Regions Financial Corporation,**<br><br>    **Defendants.** | **CASE NO. 2:09-md-2009**<br><br><br><br><br><br><br><br>**Case No. 2:08-cv-2830-SHM/dkv** |

## ORDER REFERRING CASE FOR MEDIATION

This matter is referred to the Magistrate Judge for mediation at a date and time to be determined by the Magistrate Judge. The deadline for mediation is February 16, 2016.

SO ORDERED this 3rd day of November, 2015.

                                                 *s/ Samuel H. Mays, Jr.*
                                               SAMUEL H. MAYS, JR.
                                               UNITED STATES DISTRICT JUDGE