```
                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF TENNESSEE
                          WESTERN DIVISION
```

IN RE REGIONS MORGAN KEEGAN
SECURITIES, DERIVATIVE and
ERISA LITIGATION

This Document Relates to:                              09-md-2009-Ma

*Agnes Donalson Roberts v.*
*Regions Bank and Regions*
*Morgan Keegan Trust,*
No. 2:10-cv-02440-SHM-dkv


# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order of Dismissal, docketed November 23, 2015. Each party to bear its own costs.


**APPROVED:**


 *s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE


| *November 23, 2015* | THOMAS M. GOULD |
|---|---|
| DATE | CLERK |
| | *s/ Zandra Frazier* |
| | (By) DEPUTY CLERK |